# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION
*ELECTRONICALLY FILED*

| | |
|---|---|
| AMANDA HOSKINS and ) <br> JONATHAN TAYLOR ) <br>         PLAINTIFFS ) <br> ) <br> V. ) <br> ) <br> KNOX COUNTY, CITY OF ) <br> BARBOURVILLE ET AL. ) <br>         DEFENDANTS ) | Case No.: 6:17-cv-00084-DLB |

## **INITIAL DISCLOSURES OF CITY OF BARBOURVILLE AND MIKE BROUGHTON**

Comes the Defendants, City of Barbourville and Police Officer in his Individual Capacity, Mike Broughton, by and through counsel, pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), and make the following initial disclosures.

### **PRELIMINARY STATEMENT**

These disclosures are based on information reasonably available to the Defendants at this time. These Defendants have not completed their investigation of the facts of this case and do not intend these disclosures to be a waiver or limitation of any privilege, immunity, or other right of the Defendants, or of any objection they have or might have to the admissibility at trial of any of the disclosed information. These Defendants reserve the right to amend these disclosures at any time throughout this litigation.

**A. INDIVIDUALS BELIEVED TO HAVE DISCOVERABLE INFORMATION AND SUBJECTS OF SUCH INFORMATION.**

Pursuant to Federal Rule 26(a)(1)(A)(i), the Defendants identify below certain individuals who are likely to have discoverable information along with the subjects of that information, which they may use to support their defenses. Additional subject areas of potential

relevance, or additional individuals with knowledge, may be identified as this litigation and the Defendants' investigation proceed.

1. **Plaintiffs Amanda Hoskins and Jonathan Taylor:** It is anticipated that the Plaintiff possesses discoverable information regarding the subject incident and their claimed damages.

2. **Defendant Mike Broughton:** It is anticipated that Defendant Broughton possesses discoverable information regarding an interview of Amanda Hoskins, for which he was present but did not participate.

3. **Unidentified representatives of Knox County Sheriff's Department, including but not limited to John Pickard and Derek Eubanks:** Anticipated to have info concerning the investigation and/or the prosecution of Amanda Hoskins and Jonathan Taylor.

4. **Unidentified representatives of Kentucky State Police, including but not limited to Jason York, Brian Johnson, Mark Mefford, Dallas Eubanks, Kelly Farris, Jackie Pickerell (aka Jacqualine Joseph), and Jason Bunch:** Anticipated to have info concerning the investigation and/or the prosecution of Amanda Hoskins and Jonathan Taylor.

5. **Commonwealth Attorney Jackie Steele:** Anticipated to have info concerning the investigation and/or the prosecution of Amanda Hoskins and Jonathan Taylor.

6. **Medical Examiner:** Anticipated to have info concerning the investigation and/or the prosecution of Amanda Hoskins and Jonathan Taylor.

7. **Unidentified representatives of Knox County EMS:** Anticipated to have info concerning the investigation and/or the prosecution of Amanda Hoskins and Jonathan Taylor.

8. Additional As-Yet-Unnamed Individuals

(a) Any professional involved in the investigation of this matter on behalf of any of the parties (liability and/or damages).

(b) Any person the other parties which may be listed or disclosed (liability and/or damages).

(c) Any person necessary for rebuttal or impeachment (liability and/or damages).

(d) Any person deposed by the other parties (liability and/or damages).

(e) Any person necessary to authenticate business records for trial exhibits (liability and/or damages).

(f) Any fact witness later identified through discovery and investigation of this matter (liability and/or damages).

**B. DESCRIPTION BY CATEGORY OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS IN THE POSSESSION, CUSTODY, OR CONTROL OF DEFENDANT.**

Pursuant to Federal Rule 26(a)(1)(A)(ii), the Defendants provide a description by category of non-privileged and non-work product documents and electronically stored information in its possession, custody or control that it may use to support its defenses.

At this time, Defendants possess no records or documents, nor created any record or document, within its custody or control related to this lawsuit. This was a KSP investigation and the KSP would maintain all documents and records regrading this investigation.

**C. COMPUTATION OF CLAIMED DAMAGES.**

Per Federal Rule 26(a)(1)(A)(iii), the Defendants claim no damages in this action.

**D. INSURANCE AGREEMENTS.**

A copy of the policy has been requested and will be produced upon receipt.

Respectfully submitted,

**WARD, HOCKER & THORNTON, PLLC**
Vine Center
333 West Vine Street, Suite 1100
Lexington, Kentucky 40507
Telephone: (859) 422-6000
Fax: (859) 422-6001

By: /s/: Licha H. Farah, Jr.
Licha H. Farah, Jr.
Nicole L. Antolic
*Counsel for City of Barbourville
and Mike Broughton*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via ECF electronic filing system upon the following:

| | |
|---|---|
| Arthur Loevy | Charles D. Cole |
| Jon Loevy | L. Scott Miller |
| Michael Kanowitz | Derrick T. Wright |
| Elliott Slosar | Sturgill, Turner, Barker & Moloney, PLLC |
| Amy Robison Staples | 333 West Vine Street, Suite 1500 |
| Loevy & Loevy | Lexington, KY 40507 |
| 311 N. Aberdeen, 3rd Floor | *Counsel for Jason York* |
| Chicago, IL 60607 | |
| *Counsel for Plaintiffs* | |
| | |
| Matthew J. Johnson | Jason E. Williams |
| Kentucky State Police | Williams Farmer & Towe Law Group |
| 919 Versailles Road | 802 N. Main Street |
| Frankfort, KY 40601 | P.O. Box 3199 |
| *Counsel for Mark Mefford, Bryan Johnson, Kelly Farris and Jacqualine Joseph (identified in Complaint as Jackie Pickrell)* | London, KY 40743 *Counsel for Knox County, Kentucky, John Pickard and Derek Eubanks* |

Christian Matthew Feltner
Caldwell & Feltner, PLLC
P.O. Box 3073
London, KY 40743

All on this the 8th day of August, 2017.

4

*/s/ Licha H. Farah, Jr.*
Licha H. Farah, Jr.
Nicole L. Antolic
Cl6322.pleadings.