UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CASE NO: 6:17-CV-00084-DLB

*THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED*

| | |
|---|---|
| AMANDA HOSKINS and | |
| JONATHAN TAYLOR, | PLAINTIFFS, |
| V. | |
| KNOX COUNTY, et al, | DEFENDANTS. |

## NOTICE OF FILING

Comes now the Defendant, John Pickard, by and through counsel, and hereby gives notice that he has served First Supplemental Answers to Interrogatories and Fifth Supplemental Responses to Request for Production of Documents upon the Plaintiffs, Amanda Hoskins and Jonathan Taylor, herein on the 25th day of February, 2019.

Respectfully Submitted,

Jason E. Williams, Esq.
Williams & Towe Law Group, PLLC
303 S. Main Street
P.O. Box 3199
London, Kentucky 40743
Telephone (606) 877-5291
KY BAR ID: 85092

By:   /s/ Jason E. Williams
       Jason E. Williams, Esq.
       Counsel for Knox County, Kentucky; John Pickard

1

## CERTIFICATE OF SERVICE

   I hereby certify that on April 26, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Arthur Loevy, Esq.<br>Jon Loevy, Esq.<br>Michael Kanovitz, Esq.<br>Elliot Slosar, Esq.<br>LOEVY & LOEVY<br>311 N. Aberdeen, 3rd Floor<br>Chicago, IL 60607 | Morgan Todd Osterloh, Esq.<br>Charles David Cole, Esq.<br>Derrick T. Wright, Esq.<br>Lyndol Scott Miller, Esq.<br>Sturgill, Turner, Barker & Moloney, PLLC<br>333 W. Vine Street, Suite 1500<br>Lexington, Kentucky 40507 |
| Matthew J. Johnson, Esq.<br>Shawna Virgin Kincer, Esq.<br>Cody Weber, Esq.<br>Kentucky State Police Legal Office | Licah H. Farah, Jr., Esq.<br>Nicole L. Antolic, Esq.<br>Ward, Hocker & Thornton<br>333 West Vine Street, Suite 1100<br>Lexington, Kentucky 40507 |

               /s/ Jason E. Williams
               Jason E. Williams, Esq.
               Counsel for Knox County, Kentucky; John Pickard