LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



**KENTUCKIANA**

— COURT REPORTERS —

**NO. 17-cv-84**

**AMANDA HOSKINS, ET AL.**

**V.**

**KNOX COUNTY, ET AL.**

**DEPONENT:**

**JONATHAN TAYLOR, VOLUME I**

**DATE:**

**March 28, 2018**



a courtroom **powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN

DISTRICT OF KENTUCKY

NO. 17-cv-84

HON. DAVID L. BUNNING

HON. CANDACE J. SMITH


AMANDA HOSKINS, et al.,

PLAINTIFFS


V.


KNOX COUNTY, et al.,

DEFENDANTS


DEPONENT:  JONATHAN TAYLOR, VOLUME I

DATE:      MARCH 28, 2018

REPORTER:  JESSICA VAN TILBURG



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 2

```
1                          APPEARANCES

2

3    ON BEHALF OF THE PLAINTIFFS, AMANDA HOSKINS, et al.:

4    ELLIOT SLOSAR

5    AMY ROBINSON-STAPLES

6    LOEVY & LOEVY

7    311 NORTH ABERDEEN STREET

8    THIRD FLOOR

9    CHICAGO, ILLINOIS 60607

10   TELEPHONE NO.: (312) 243-5900

11   E-MAIL: ELLIOT@LOEVY.COM

12

13   ON BEHALF OF THE DEFENDANTS, BRIAN JOHNSON, MARK

14   MEFFORD, JACKIE JOSEPH, AND DALLAS EUBANKS:

15   SHAWNA VIRGIN KINCER

16   CODY WEBER

17   KENTUCKY STATE POLICE GENERAL COUNSEL

18   919 VERSAILLES ROAD

19   FRANKFORT, KENTUCKY 40601

20   TELEPHONE NO.: (502) 573-1636

21   E-MAIL: SHAWNA.KINCER@KY.GOV

22

23

24

25
```

Page 4

```
1                     APPEARANCES CONTINUED

2

3

4    ON BEHALF OF THE DEFENDANTS, JOHN PICKARD AND DEREK

5    EUBANKS:

6    JASON WILLIAMS

7    WILLIAMS FARMER & TOWE

8    303 SOUTH MAIN STREET

9    P.O. BOX 3199

10   LONDON, KENTUCKY 40743

11   TELEPHONE NO.: (606) 877-5291

12   E-MAIL: JASON@WFTLAW.COM

13

14

15

16

17

18

19

20

21

22

23   ALSO PRESENT: DEREK EUBANKS, DEFENDANT; JOHN PICKARD,

24   DEFENDANT, JASON YORK, DEFENDANT; AMANDA HOSKINS,

25   PLAINTIFF; LACEE TOWNSEND, VIDEOGRAPHER
```

Page 3

```
1                     APPEARANCES CONTINUED

2

3    ON BEHALF OF THE DEFENDANTS, JASON YORK AND TROOPER

4    BUNCH:

5    DERRICK T. WRIGHT

6    STURGILL, TURNER, BARKER & MOLONEY, PLLC.

7    333 WEST VINE STREET

8    SUITE 1500

9    LEXINGTON, KENTUCKY 40507

10   TELEPHONE NO.: (859) 255-8581

11   E-MAIL: DWRIGHT@STURGILLTURNER.CO

12

13   ON BEHALF OF THE DEFENDANTS, MIKE BROUGHTON AND CITY OF

14   BARBOURVILLE:

15   LICHA H. FARAH, JR.

16   WARD HOCKER THORNTON

17   333 WEST VINE STREET

18   SUITE 1100

19   LEXINGTON, KENTUCKY 40507

20   TELEPHONE NO.: (859) 422-6000

21   E-MAIL: LFARAH@WHTLAW.COM

22

23

24

25
```

Page 5

```
1                            INDEX

2                                                    Page

3    DIRECT EXAMINATION BY MR. WRIGHT                   8

4    EXAMINATION BY MR. WILLIAMS                      200

5

6

7                          EXHIBITS

8                                                    Page

9    1 - RULE 26 DISCLOSURES                          41

10   2 - PICTURES                                     58

11   3 - INTERROGATORIES                              79

12   4 - CITATION                                    112

13   5 - ARREST WARRANT                              115

14   6 - PICTURES                                    156

15

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 6

```
 1                    STIPULATION
 2
 3
 4   The VIDEO deposition of JONATHAN TAYLOR, VOLUME I taken
 5   at the HAMPTON INN, 200 ALAMO DRIVE, LONDON, KENTUCKY
 6   40741 on WEDNESDAY, the 28th day of MARCH, 2018 at
 7   approximately 9:21 a.m.; said video deposition was taken
 8   pursuant to the FEDERAL Rules of Civil Procedure. It is
 9   agreed that JESSICA VAN TILBURG, being a Notary Public
10   and Court Reporter for the State of KENTUCKY, may swear
11   the witness and that the reading and signing of the
12   completed transcript by the witness is not waived.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1                    PROCEEDINGS
 2        VIDEOGRAPHER:  My name is Lacee Townsend.  I'm
 3   the video technician today.  Jessica Van Tilburg is
 4   the court reporter.  Today is the 28th day of
 5   March.  The time is 9:21 a.m.  We are at the -- at
 6   the Hampton Inn located in London, Kentucky to take
 7   the deposition of Jonathan Taylor Thomas in the
 8   matter of --
 9        COURT REPORTER:  Jonathan Taylor.
10        VIDEOGRAPHER:  -- Jonathan Taylor in the
11   matter of Amanda Hoskins, et al. v. Knox County, et
12   al., pending in the United States District for the
13   Eastern District of Kentucky, number 17-cv-84.
14   Will Counsel please identify themselves for the
15   record?
16        MR. FARAH:  Elliot?
17        MR. SLOSAR:  Elliot Slosar and Amy Robinson-
18   Staples for the plaintiffs, Amanda Hoskins and
19   Jonathan Taylor.
20        MR. WRIGHT:  Derrick Wright for Defendants
21   Jason Bunch and Jason York.
22        MS. KINCER:  Shawna Kincer for Defendants KSP
23   Mark Mefford, Jackie Joseph, Brian Johnson, Kelly
24   Farris, and Dallas Eubanks.
25        MR. FARAH:  Licha Farah for Mike Broughton and
```

Page 8

```
 1   the City of Barbourville.
 2        VIDEOGRAPHER:  Sir, will you please raise your
 3   right hand to be sworn in?
 4        COURT REPORTER:  Do you solemnly swear or
 5   affirm the testimony you're about to give will be
 6   the truth, the whole truth, and nothing but the
 7   truth?
 8        THE WITNESS:  Yes.
 9        COURT REPORTER:  Thank you.
10             DIRECT EXAMINATION
11   BY MR. WRIGHT:
12        Q    Mr. Taylor, my name's Derrick Wright.  We've
13   never met before, but I'm just going to -- I'm here
14   today to ask you some questions about your case.  Have
15   you ever given a deposition before?
16        A    No, sir.
17        Q    No.  Just a couple ground rules.  So the court
18   reporter can take everything down, let me finish my
19   question and I'll let you answer and not talk over each
20   other, okay?
21        A    Sure.
22        Q    And be sure to verbalize your answers, because
23   it's hard to tell from head shakes and nods; you
24   understand that?
25        A    Yes, sir.
```

Page 9

```
 1        Q    And this isn't a marathon so if you need a
 2   break, let me know and we can take a break.  My only
 3   request would be that if I ask a question, you answer it
 4   before we take the break; is that fair?
 5        A    Yes, sir.
 6        Q    I believe I have your full birthdate in
 7   records, so I don't want you to give that on the record,
 8   but were you born in 1987?
 9        A    (No verbal response.)
10        Q    Yes?  Can you verbalize that "yes"?
11        A    Yes.
12        Q    Yes.  Okay.  So are you 31 now?
13        A    No.
14        Q    How old are you?
15        A    30.
16        Q    30.
17        A    I'm thinking.
18        Q    When Katherine Mills was found dead in
19   December 2010, how old were you then?
20        A    I'm not really for sure.
21        Q    Would you have been about 23?
22        A    Probably somewhere in that area.
23        Q    In 2010?  Were you living with Linda Taylor in
24   December of 2010?
25        A    Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 10

1    Q    And was her address at that time Topaz Court?
2    A    Yes.
3    Q    And Linda Taylor is the mother of Amanda
4  Hoskins?
5    A    Yes.
6    Q    And Amanda was also living at that address?
7         MR. SLOSAR: Objection to form.
8    Q    At that time? Let me rephrase that. In
9  December of 2010, to your understanding, was Amanda
10  living with Linda Taylor?
11        MR. SLOSAR: Objection to form. You can
12  answer the question, Jonathan. You can answer.
13    A    I mean, yes, but no. I mean
14    Q    So she stayed there on occasion?
15    A    Yes.
16    Q    Where else did she stay at that time?
17    A    She had a friend and, I mean, it was like a
18  family friend and she was with them quite a bit.
19    Q    Who was that?
20    A    William Lester.
21    Q    And you referred to him as a family friend?
22    A    Yes.
23    Q    Were they ever in a relationship, to your
24  understanding?
25    A    I -- I really don't know. I don't recall.

Page 11

1    Q    Okay. And when you say that she stayed with
2  him on occasion, that was the December 2010 time frame?
3    A    I don't -- I don't recall. I mean, I really
4  don't.
5    Q    Anywhere else Amanda Hoskins was staying in
6  December 2010?
7         MR. SLOSAR: Objection to form. Asked and
8  answered. You can answer the question, Jonathan,
9  if you know.
10        THE WITNESS: I don't, so
11        MR. SLOSAR: You got to tell him that.
12    A    I mean, I don't -- I'm sorry about that. No.
13  BY MR. WRIGHT:
14    Q    In December 2010, who else was living at Linda
15  Taylor's home, to your memory?
16    A    I know it was my aunt, Linda Taylor, and her
17  grandbabies.
18    Q    And would that have been Amanda's children?
19    A    Yes.
20    Q    And she had two at the time, right?
21    A    Yes.
22    Q    And Amanda's kids lived there. Did -- was
23  Linda married in December 2010?
24    A    I don't recall.
25    Q    Do you know whether she was in a relationship

Page 12

1  with any man that was staying at that house?
2         MR. SLOSAR: Objection to form and relevance.
3  You can answer the question, although I think you
4  just did. You can answer it, if you know.
5    A    I don't -- I don't really know.
6  BY MR. WRIGHT:
7    Q    Don't know? That's fair. If you don't know,
8  that's fine. I'm just trying to get an idea who --
9    A    Right.
10    Q    -- was living --
11    A    Right.
12    Q    -- at Linda Taylor's home in December 2010.
13  Did William Lester ever stay at Linda Taylor's home?
14        MR. SLOSAR: Objection to form. Foundation.
15  You can answer if you know, Jonathan.
16    A    Far as I know, no.
17    Q    Did Joe King ever stay at Linda Taylor's home
18  in December 2010?
19    A    I mean -- I mean, I know right off the bat,
20  no, it's -- like, just staying there or anything, but
21  that's his son. You know what I mean?
22    Q    He might come visit the son?
23    A    Yeah.
24    Q    Okay. Was a Jerry Smith staying at Linda
25  Taylor's home in December 2010?

Page 13

1    A    Yes.
2    Q    Okay. Who is Jerry Smith? Is he --
3    A    That -- that's my brother.
4    Q    And is he a younger brother or an older
5  brother?
6    A    He's a younger brother.
7    Q    How many years younger is he then you?
8    A    Six, eight years.
9    Q    Do you know how long he'd been living at Linda
10  Taylor's home prior to December 2010?
11    A    No. I don't. I don't recall.
12    Q    How long had you been living at Linda Taylor's
13  home prior to 2010?
14    A    I had a -- I had apartment and I moved from
15  that apartment and, I mean, I pretty much didn't have
16  nowhere to go, so I mean, my aunt took me in. So I
17  mean, so she took me in, and I -- I turned around and I
18  got me another -- another apartment right off the bat.
19    Q    I understand. So it sounds like you were
20  staying at Linda Taylor's while you were between
21  apartments?
22    A    Yeah.
23    Q    Do you know what that time period was that you
24  were between apartments?
25    A    No. I can't

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 14

```
 1    Q    Do you know -- before you moved in with Linda
 2  Taylor, where was the apartment you were living; do you
 3  remember?
 4    A    Now, what was it, again?
 5    Q    Before you moved into Linda Taylor, do you
 6  remember what apartment you were living at, the address
 7  or the name of the complex?
 8    A    I don't know the address or none of that, but
 9  it was -- I know the name of it.  It was called -- it
10  was apartments and it was Jackson -- Jackson Manor in
11  Barbourville.
12    Q    And do you remember when you moved into
13  Jackson Manor?
14    A    I don't -- I can't recall.
15    Q    You said you moved out of Linda Taylor's when
16  you got another apartment; do you know when that was?
17    A    I -- I really don't recall, for real.
18    Q    Do you know the name or the address of the
19  apartment complex that you moved into after you left
20  Linda Taylor's home?
21    A    It was -- the address was a -- a full -- Full
22  -- Full Moon Court.
23    Q    And just to complete the record where you've
24  been, did you live anywhere else after the Full Moon
25  Court apartments before you were taken into custody?
```

Page 15

```
 1    A    Did I what now?
 2    Q    You were later arrested on the charges that
 3  are at issue in the lawsuit, right?  Yes?
 4    A    What was it again?
 5    Q    Before you were --
 6    A    Sorry.
 7    Q    -- before you were arrested on the charges
 8  relating to Katherine Mills, did you live at any other
 9  place?
10    A    No.  I was -- I -- I -- out there at my
11  apartment that you just asked about.
12    Q    Okay.  And then before you moved into Linda
13  Taylor's, you indicated you were at an apartment complex
14  called Jackson Manor?
15    A    Well, I mean, see, I had a -- I got in a bad
16  car accident and, I mean, I had two different apartments
17  at Jackson Manor.  I went from upstairs to downstairs
18  because I was just handicapped and stuff.
19    Q    I understand that.  Did you live anywhere
20  prior to Jackson Manor?
21    A    No.
22    Q    No?  Do you know how old you were when you
23  moved into the Jackson Manor complex?
24    A    No.
25    Q    And you mentioned a car accident; when was
```

Page 16

```
 1  that?
 2    A    I don't know the exact day, but it was
 3  November of '08, but I don't know the exact day.
 4    Q    That's fine.  Where was it?  Do you know what
 5  county?
 6    A    Bell County.
 7    Q    Bell?  Were you driving?
 8    A    Yes.
 9    Q    Was it single-vehicle, multi-vehicle?  What
10  happened?
11    A    Single-vehicle.
12    Q    Was anybody riding with you?
13    A    No, sir.
14    Q    Did it run off the road, you hit something?
15  What happened?
16    A    It just -- just lost control.  Wet road was
17  all I could figure.
18    Q    Was it raining that day?
19    A    Yes.
20    Q    And you were living at Jackson Manor when that
21  happened?
22    A    Yes.
23    Q    And you had to move into a different -- from
24  an upstairs to a downstairs apartment because of the
25  accident?
```

Page 17

```
 1    A    Yes.
 2    Q    Were you in a wheelchair or...?
 3    A    Yes.
 4    Q    And I take it that was temporary, right?
 5    A    What do you mean by that?
 6    Q    The wheelchair.  You're not in one today,
 7  right?
 8    A    No.  No.
 9    Q    Did you make a full recovery from that
10  accident?
11    A    No, sir.  I still got a colostomy bag and a
12  dislocated pelvis bone and all that.
13    Q    And I know you're not a doctor, but just any
14  other injuries, to your knowledge, that are continuing
15  from that car accident?
16    A    What do you mean, like as in, like, that
17  bothers me or something?
18    Q    Yes.
19    A    I mean, I go -- I go through aches and pains
20  and stuff like that.  I got a dislocated pelvis bone
21  that's never been fixed.  You know what I mean?  So
22    Q    Did EMS come to the scene?
23    A    Yes.
24    Q    Did they take you to the hospital?
25    A    Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 18

1  Q   Do you know -- remember which one?

2  A   They tried -- they tried to airlift me out to
3  UT was how bad shape I was in, and they couldn't get a
4  chopper in the air because the weather was so bad where
5  it was raining, foggy, and all that, and they ended up
6  shipping me to UT.

7  Q   Did you end up getting airlifted or did they
8  have to take you by ambulance?

9  A   It was by ambulance.

10  Q   How long were you at UT; do you remember?

11  A   In a ballpark range, I could give you,
12  probably two, three months.

13  Q   Did you have any rehab after you got out of
14  the hospital?

15  A   What do you mean by that?

16  Q   Just physical therapy, any type of rehab?

17  A   Oh, yes.  Yes.

18  Q   Are you finished with that or are you still
19  doing it?

20  A   No.

21  Q   Was intoxication a factor in the motor vehicle
22  accident?

23  A   No.

24  Q   You mentioned that Jerry Smith is your
25  brother; is that a full brother, half-brother?

Page 19

1  A   We have the same mom.

2  Q   Do you have any other siblings?

3  A   Like as a brother or sister?

4  Q   Right.

5  A   Is that what you mean?

6  Q   Yes.

7  A   Same as him, I have on my dad's side a -- a --
8  a sister and another brother, and they're -- they're
9  younger, too.

10  Q   Do they live in Kentucky?

11  A   Yes.

12  Q   Do they live in this area?  What county do
13  they live in?

14  A   Bell County.

15  Q   Okay.  Can I -- can you give me their names,
16  just for jury pool purposes?

17  MR. SLOSAR:  You can give them the names.

18  That's fine, Jonathan.

19  A   My brother and sister?

20  Q   Yes.

21  A   My sister is Megan Carnes.

22  Q   Is that Carnes?

23  A   Carnes.

24  Q   Okay.  C-A-R-N-E-S; does that sound right?

25  A   Yeah.

Page 20

1  Q   And then the brother?

2  A   Dylan Carnes.

3  Q   Carnes as well?

4  A   Yes.

5  Q   Are they over the age of 18 now, to your
6  understanding?

7  A   I really don't fool with that side of the
8  family, to be honest with you.  I mean, bad as it
9  sounds.  You know what I mean?  But, I mean, I didn't
10  have my dad's last name or nothing.  Took Mom's -- my
11  mom's maiden name and all that when I was come into the
12  world or whatever, but, I mean, they -- I don't know.

13  Q   You don't know their ages?  And that's fine.

14  A   I know my sister's a -- a -- she's above 18,
15  or maybe 18, but I know my -- my little brother on my
16  dad's side, I know he's -- he's -- I don't think he's of
17  age.

18  Q   Okay.  And doesn't sound like you have much
19  relationship with either one of them --

20  A   No.

21  Q   -- currently?  No?

22  A   No.

23  Q   And did you have any type of relationship with
24  them in 2010?

25  A   (No verbal response.)

Page 21

1  Q   No?

2  A   No.

3  Q   All right.

4  A   I mean, off and on.  You know what I mean? But
5  it wasn't -- it ain't -- not dad-and-son type stuff. You
6  know what I mean?

7  Q   Right.  Are your parents still alive?

8  A   Yes.

9  Q   Okay.  What are their names?

10  MR. SLOSAR:  It's okay.

11  A   My mom is Donna Taylor, and then my dad's name
12  is Michael Carnes.

13  Q   Is Donna Taylor Linda Taylor's sister?

14  A   Yes.

15  Q   Do they live in the area, your parents?

16  A   Like what area are you talking about?

17  Q   Well, what county do they live in?

18  A   Bell County.

19  Q   And you weren't living with either one of your
20  parents in December 2010?

21  A   No.

22  Q   In December 2010, you said Jerry Smith was six
23  to eight years younger than you, you estimated; does
24  that sound about right?

25  A   (No verbal response.)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 22

1    Q    Yes?
2    A    I -- I'm -- yes.  I think that's right.
3    Q    So he would've been a teenager in December
4  2010; does that sound right?
5    A    If the math add -- adds up, know what I mean?
6    Q    Okay.  Do you have memory of whether he was
7  employed at that time?
8    A    What do you mean, like working?
9    Q    Right.  He have a job, December 2010?
10   A    I don't think so.
11   Q    Was he going to school?
12   A    I'm really not for sure.
13   Q    Do you know whether he graduated?
14   A    I just know -- I just know that it wasn't
15 through high school or nothing like that, but he did get
16 his GED.
17   Q    Do you know what year that was?
18   A    I have no clue.
19   Q    Was it after December 2010?
20   A    I don't
21   Q    Was he -- I don't know what his age was, but
22 do you remember whether he was in any relationship with
23 anybody when -- in December 2010?
24   A    Uh-uh.
25   Q    No?

Page 23

1    A    No.  Sorry about that.
2    Q    Does he have any history of drug use?
3    A    No.
4    Q    Currently?
5    A    No.
6    Q    In 2010?
7    A    No.  My brother's never -- that goes for both
8  of my brothers and my sister.
9    Q    Okay.  Are your grandparents still alive?
10   A    On one side of the family they are.
11   Q    Okay.  Do they live in -- what county do they
12 live in?
13   A    Bell County.
14   Q    All right.  What are their names?
15       MR. SLOSAR:  You can give them.
16   A    My mammaw is Mabeline (phonetic) Carnes, and
17 that's on my dad's side, and Billy Ray Carnes.
18       MR. WRIGHT:  Counsel, I don't want to have to
19 go through all this.  I asked in an interrogatory.
20 All I want to know is just for jury purposes.  It's
21 interrogatory two.  Will you supplement that and I
22 can short circuit some of this questioning about --
23       MR. SLOSAR:  What is your interrogatory number
24 2?
25       MR. WRIGHT:  Interrogatory number 2 just asks

Page 24

1  for his relatives --
2        MR. SLOSAR:  Stops -- it asks for if he has a
3  spouse.
4        MR. WRIGHT:  I said "related to you by blood
5  or marriage."  That's why I did it in my
6  interrogatory, to not have to do this.
7        MR. SLOSAR:  Well, I know that you issued
8  these interrogatories a long time ago in 2017 and I
9  think we responded in February of 2018 and I
10 understand that you're not wanting to have to go
11 through this, but if you had raised this with me
12 prior to today, we would have supplemented prior to
13 today so you would have this information.  I read
14 this as looking to see if he had spouses, but what
15 type of information are you trying to learn by
16 blood?  Like, I mean, we're not going to create a
17 genealogical tree.
18       MR. WRIGHT:  I understand.  I just -- the
19 first line is aunts, uncles, cousins, siblings, is
20 what I was going for.  Just regular jury pool stuff
21 --
22       MR. SLOSAR:  It's -- he's --
23       MR. WRIGHT:  -- but I don't want his family
24 members.
25       MR. SLOSAR:  I mean, in addition to his

Page 25

1  siblings which he's given you, his parents which
2  he's given to you, his grandparents which he's
3  given you -- you know his aunt is Linda Taylor; is
4  there any information that you don't otherwise have
5  from today that you want us to supplement?
6  BY MR. WRIGHT:
7    Q    All right.  Let me ask this: do you have any
8  other aunts and uncles?
9    A    Yes.
10   Q    All right.  Who are those?
11   A    Well, I mean, you know, what side are you
12 talking about?
13   Q    Either.
14   A    I've got them all, besides one, and there's
15 quite a few of them.
16   Q    All right.  Do you have -- are you close to
17 any of them?
18   A    Yes.
19   Q    How many?
20   A    How many out of both sides?
21   Q    Yeah.
22   A    About four or five of them.
23   Q    Okay.  So can you just list -- can you name
24 those for me, please?
25   A    Larry Taylor, my uncle.  There's Jerry Taylor,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 26

1   my uncle.  Joyce Dement (phonetic).
2      Q    What was that name again?
3      A    Joyce Dement is my aunt, and Pam Carnes, and
4   that's on my dad's side and that's about it.  It wraps
5   it up for that side.
6      Q    Are Larry Taylor, Jerry Taylor, Linda Taylor,
7   Donna Taylor, are they all brother sisters?
8      A    Yes.
9      Q    Are you close to any of their children who
10  would be your cousins?
11     A    Of whose now?  Of my aunts and my uncles and
12  stuff?
13     Q    Yes.  Are you close to any cousins?
14     A    Yeah.  That's -- like my cousin, first cousin
15  right there, but that's my sister.  You know what I
16  mean?
17     Q    I do know what you mean.  So you're very close
18  to Amanda Hoskins; is that right?
19     A    Yeah.  I mean, and then a few more other ones.
20     Q    Who are those?
21     A    The Taylor twins, Kevin and Travis Taylor, and
22  Brandon Taylor.
23     Q    Brandon Taylor?  Anybody else?
24     A    That's -- that wraps it up.
25     Q    And your interrogatory indicated you've never

Page 27

1   been married, right?
2      A    Right.
3      Q    Do you have any children with anybody?
4      A    No.
5      Q    Have you talked to Amanda about your case?
6          MR. SLOSAR:  I -- I'm just going to put an
7      objection on the record.  If you can specify
8      outside the presence of counsel of any of those
9      that --
10         MR. WRIGHT:   Sure.  I'll be happy to do
11     that.
12  BY MR. WRIGHT:
13     Q    Outside the presence of your attorneys, have
14  you talked to Amanda about your civil lawsuit?
15     A    Like away from my lawyers, just like me and
16  her or something?
17     Q    Just you and her.  Yes.
18     A    No.
19     Q    And you and her or any third party who's not
20  your attorneys?
21     A    What do you mean?
22     Q    Just have you ever talked to her about your
23  case with anybody other than your attorneys?
24     A    No.
25     Q    Did you ever talk to her about the criminal

Page 28

1   prosecution outside of when you-all were with your
2   attorneys?
3      A    I don't know what that means.
4          MR. SLOSAR:  So, like, when you were -- I
5      don't want to give him the answer, but he was --
6      Q    Right.  So when you were -- you were in
7   custody and facing charges relating to Katherine Mills,
8   right?
9      A    (No verbal response.)
10     Q    Yes?
11     A    Yes.
12     Q    During that time that you were being
13  prosecuted, did you talk to Amanda Hoskins outside of
14  your criminal defense attorneys?
15     A    No.
16     Q    No?  What about before you were arrested?  Did
17  you and Amanda talk about the police investigation?
18     A    No.
19     Q    So you-all -- you say she's like a sister.
20  That's what you said, yes?
21     A    Yeah.  She is.
22     Q    But you never talked about the investigation
23  of Katherine Mills with Amanda Hoskins?
24     A    What?
25         MR. SLOSAR:  Outside the presence of your

Page 29

1   lawyers.
2      Q    Yes.  Outside the presence of attorneys?
3      A    I mean, attorneys wasn't there, but when Mr.
4   York, Mr. Pickard and a -- a -- a few more and stuff
5   like that, that when they took us in, she got questioned
6   like right before I did or whatever, and she did say,
7   like, before they took her on over to jail, like, "Yeah.
8   They going to probably talk to you bad," or whatever.
9   You know what I mean?  And, "Might as well get ready for
10  it."  You know what I'm saying?  When I go to get
11  interrogated or whatever.
12     Q    You remember when that conversation was?
13     A    When -- when I got -- it was at the city hall,
14  but I don't know, like, when it was.  You know what I
15  mean?
16     Q    Other than that conversation, did you have any
17  other conversations with Ms. Hoskins outside of your
18  all's attorneys about Katherine Mills?
19     A    No.
20     Q    Do you know Kayla Mills?  Did you know her?
21     A    Yes.
22     Q    Did you date her?
23     A    Yes.
24     Q    Were you dating her in December 2010?
25     A    I really don't know if it was 2010, but, you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 30

1   know, it was around that ballpark.  We was off and on
2   having problems.
3       Q   Were you off and on before December 2010?
4       A   Like I said.  You know what I mean?
5       Q   Did that off-and-on relationship continue
6   after December 2010?
7       A   Yes.
8       Q   How long did that last, to your memory?
9       A   When they come in and -- Pickard and Eubanks,
10  they come all in and busted down my door and I, I mean,
11  had full-faced toboggans on, all black, nothing
12  representing who they was, no police, no sheriff's
13  department, no nothing, and, I mean, done me pretty
14  wrong.  You know what I mean?  So
15      Q   So the question was how long were you in an
16  on-and-off relationship with Kayla Mills?  Are you
17  saying that when you were arrested by the sheriff's
18  office that when it ended?
19      A   It -- it wasn't the sheriff's -- Yeah.  I
20  mean, pretty much, yes, but it wasn't the sheriff's
21  department that -- and it was Dallas Eubanks is the ones
22  that signed off on my stuff.  That was the only two that
23  took their masskes [sic] off was Mr. Pickard and
24  Eubanks.
25      Q   Was that in 2012?

Page 31

1       A   This is when they arrested me.
2       Q   Was that for meth manufacturing charges, to
3   your memory?
4       A   Yes.  But it -- it was -- I mean, just because
5   I -- I mean, got a manufacturing charge that they got to
6   prove that I was guilty on, whereas I should've never
7   been charged in the first place, but, I mean, they
8   didn't have to do me the way they done me.  You know
9   what I mean?
10      Q   Did Kayla Mills or her mom ever bond you out
11  of jail?
12      A   No.  They never bonded me out of jail.  They
13  got me out of jail once before, but they wasn't no --
14  putting up no money or nothing.
15      Q   Okay.  So they got you out of jail; when was
16  that?
17      A   I can't recall, I mean...
18      Q   You remember what the charge was for?
19      A   It was just traffic violations of a -- like
20  unpaid fines or something.
21      Q   Was that after December 2010; do you remember?
22      A   I don't -- I don't recall.
23      Q   Did Kayla ever tell you that she didn't like
24  Amanda Hoskins?
25      A   No.  She -- I mean, no.  I mean, they're -- I

Page 32

1   mean, like, whenever we had, I mean, couple arguments
2   and stuff like that and then she just -- I mean, she'd
3   be like, "Yeah.  Who -- who's Amanda Hoskins?"  You know
4   what I mean?  Acting like she wasn't nobody.  You know
5   what I mean?  Just as little stuff like that, but it
6   ain't like she was going around saying that she couldn't
7   -- like she hated her and stuff.
8       Q   Did they talk, to your memory, talk to each
9   other?
10          MR. SLOSAR:  Objection to form.  Foundation.
11      You can answer the question, Jonathan, if you
12      understand it.
13      A   Can you repeat the question?
14  BY MR. WRIGHT:
15      Q   Yeah.  Do you ever remember Kayla and Amanda
16  socializing?
17      A   I mean, they have.
18      Q   When was that?
19      A   I mean, I can't -- it's -- it's been a long
20  time, you know, that
21      Q   Would it have been before December 2010?
22      A   Well, I guess it had to be before I got locked
23  up in 2012.
24      Q   But you don't know if they were friends or
25  socialized before December 2010?

Page 33

1       A   I mean, like I said, we was off and on and
2   stuff like that, and I can't answer for who she talked
3   to or what she done or anything.
4       Q   Did Amanda ever tell you she didn't like Kayla
5   Mills?
6           MR. SLOSAR:  Objection to form.  And again, I
7       would just ask that you frame these questions to be
8       outside the presence of his counsel.
9   BY MR. WRIGHT:
10      Q   Can we just -- I'll preface that any time I
11  ask you for communications, I'm talking about
12  communications you had outside of your attorneys; do you
13  understand that?
14          MR. SLOSAR:  And not just the ones here.  That
15      would include Sam and Heather and --
16          THE WITNESS:  Sam and all.  Yeah.
17          MR. SLOSAR:  -- Lisa and Josh and all your
18      criminal attorneys, so you're not going to be
19      talking about any conversations you had with Amanda
20      and any of your attorneys today, okay?  Dating all
21      the way back to
22  2012.
23      A   So no, I can't -- I can't recall.  I mean -- I
24  mean, I got multiple head injuries.  You know what I
25  mean?  I mean, I can't recall that.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 34

1  BY MR. WRIGHT:
2       Q    Was the head injuries from the motor vehicle
3  accident?
4       A    That was one of them.
5       Q    What other head injuries do you have -- or
6  when did you sustain other head injuries?
7       A    When I was younger, and I got two more.
8       Q    When you were younger?  Do you know what age
9  you were?
10      A    All I know is elementary.
11      Q    And you had two head injuries when you were in
12  elementary school?
13      A    No.  I had -- yeah.  When I was in elementary,
14  but they -- I mean, it didn't -- both of them didn't
15  happen in the school.  You know what I mean?
16      Q    I understand, but you were elementary age --
17      A    Yeah.
18      Q    -- when it happened?
19      A    Yeah.
20      Q    Was it -- what happened?  Did you fall?  Did
21  you -- were you in another accident?
22      A    I got -- I got knocked -- the recess bell
23  rung, I got knocked down and my head hit up against the
24  block wall and it busted a hole and I got a scar all the
25  way down back of my head.  And once before when I was

Page 35

1  younger, in elementary, around that time or whatever,
2  that I -- I was at home.  We was just running through
3  the house and door was open and ran right in the corner
4  of it and that's why there's a scar right there, too.
5       Q    And did you sustain head injuries, to your
6  understanding, from your motor vehicle accident in 2008?
7       A    Yes.  They -- they had me on -- on locking --
8  locking floors and everything.  A brain injury unit is
9  what they had me on.
10      Q    Have those injuries, did they impair your
11  ability to recall events, as you sit here today?
12      A    I mean --
13           MR. SLOSAR:  Objection to form.  Calls for
14  speculation.  You can answer to the extent you
15  understand the question, Jonathan.
16      A    I don't understand which?
17           MR. SLOSAR:  Ask it a different way.
18  BY MR. WRIGHT:
19      Q    You mentioned that you have a hard time
20  remembering because of your head injuries; did I
21  understand you?  Is that what you testified?
22      A    Yes, but they -- they diagnosed me with, like,
23  short-term memory loss and stuff like that, that I know
24  of.  Could be more.  I -- I really don't know.
25      Q    When was that?  Was that when you were a child

Page 36

1  or was that from your motor vehicle accident?
2       A    Accident.
3       Q    The motor vehicle one?
4       A    Yes.
5       Q    You mentioned you were in an on-again, off-
6  again relationship with Kayla Mills around the December
7  2010 time frame; is that fair?
8       A    Yeah.  Somewhere around there.
9       Q    Any other romantic relationships with any
10  other women in that time frame?
11      A    Like me?
12      Q    Yes.
13      A    No.
14      Q    Were you ever in a relationship with a female
15  by the name of Amber Simpson?
16      A    No.
17      Q    Do you know Amber Simpson?
18      A    Yes.
19      Q    Was she a neighbor of yours?
20      A    Yes.
21      Q    Was that at the Full Moon apartments?
22      A    Yes.
23      Q    Do you know the time frame when she would've
24  been your neighbor?
25      A    Well, I got locked up 2012, so 2012.

Page 37

1       Q    Did she live on her own or was she living with
2  someone else?
3       A    No.  One of her brothers was a friend of mine
4  and they lived right across the road, right out my door
5  and their door's straight across from mine.
6       Q    Who was her brother?  What was his name?
7       A    There's a few of them, but
8       Q    Which one was she living with?
9       A    There was two in there.
10      Q    Okay.  Who were they?
11      A    Casey Garland and Josh Garland.
12      Q    Were both of them your friend?
13      A    Yeah.  I mean, they was -- they was -- they
14  was friends and that's how I got to know Amber or
15  whatever.  You know what I mean?  Like you saying, being
16  a neighbor.  You know what I mean?
17      Q    And to your understanding, Amber lived with
18  her brothers?
19      A    And her mom and dad.
20      Q    Her mom and dad lived in that same area, too?
21      A    Yes.
22      Q    Do you remember how old she was at that time?
23      A    No.  During -- during the case, I mean, I
24  think it's saying something about -- I mean, I -- I
25  don't know the age at all, but they was saying something

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 38

1  about her juvenile files being in -- that you can't open
2  them back up or something like that, because she give a
3  statement on me or whatever.
4       MR. SLOSAR: Jonathan, just -- sorry. Real
5       quick. Just, you know, any information that you
6       got from your attorneys, you know, that they
7       might've told you about investigation they did into
8       Amber or information they learned during that
9       investigation, you're not to talk about any of
10      that, okay?
11 BY MR. WRIGHT:
12      Q   Yeah. Again, I want to preface, I don't want
13 to invade your privilege with your attorneys. I don't
14 know that they can shield facts based on it, but we can
15 talk about that later, but I don't want to invade the
16 privilege that any communication you have with your
17 attorneys, whether it's in this civil lawsuit or
18 criminal, okay?
19      A   (No verbal response.)
20      Q   Okay?
21      A   Yes.
22      Q   Okay. When you were at the -- at those
23 apartments -- was it Full Moon Creek? Is that the name
24 of them?
25      A   Name of what, the --

Page 39

1       Q   At those apartments where you were neighbors
2  with Amber Simpson.
3       A   Was it what now?
4       Q   Was it called Full Moon Creek? I think you
5  said something about Full Moon. Was that the name --
6       A   No. Are you talking about the address?
7       Q   Address or the name. Either one.
8       A   I never did even know it had a name.
9       Q   Okay. Was the address -- was that the name of
10 the street, Full Moon?
11      A   I don't know what -- there was a number, but I
12 mean, I don't know what the number was. I don't recall
13 the number or anything, but it -- number Full Moon Court
14 or --
15      Q   Full Moon Court. That's what I was looking
16 for. Is that -- does that sound like the address to
17 that apartment complex?
18      A   Yeah, but there's still -- I mean, there's
19 numbers to it and stuff, but I don't -- I don't -- don't
20 know what they are.
21      Q   All right. At Full Moon Court, were you
22 living by yourself or did you have roommates?
23      A   I was living by -- by myself.
24      Q   Would -- is it true that Amber Simpson would
25 come over and cook for you?

Page 40

1       A   No.
2       Q   She didn't?
3       A   No.
4       Q   Did she clean your apartment for you?
5       A   Clean my apartment?
6       Q   Yeah. At Full Moon Court?
7       A   No.
8       Q   Did she ever come over to your apartment by
9  herself?
10      A   I mean, there's just -- there's been not --
11 well, me and -- like I said, me and her brothers was
12 friends and stuff and we would hang out. You know what
13 I mean?
14      Q   Yeah.
15      A   And like, she would show up. You know what I
16 mean? Because it was her brothers just right across the
17 street, and then after that -- I mean, there's been at
18 least -- I mean, I know a time or two, but no more than
19 that that. Like, they run out -- run over there and get
20 them a cup of coffee or something like that. Then she'd
21 just be sitting there. You know what I mean? But they
22 would be -- they would be right back. You know what I
23 mean? And we'd -- we would all hang out.
24      Q   So you just remember a time or two where you
25 would've been with Amber Simpson alone?

Page 41

1       MR. SLOSAR: Objection to form. You can
2       answer.
3       A   I mean, if you call alone two minutes to go
4  get a cup of coffee or something, you know what I mean,
5  then I guess so.
6       MR. WRIGHT: I think we've got most of the
7       relatives, Elliot, but if you don't mind, we can
8       just take a second off the record to review the
9       Rule 26 Disclosures just to see if there's any
10      relatives that we haven't talked about that are
11      listed, and we can take a little break if we want
12      and you can take a look at that.
13      MR. SLOSAR: Let's do it over break.
14      MR. WRIGHT: Yeah. All right. That's good.
15      Let's go off the record for a minute.
16      VIDEOGRAPHER: Off the record at 10:05.
17          (OFF THE RECORD)
18      VIDEOGRAPHER: Back on the record at 10:19.
19 BY MR. WRIGHT:
20      Q   Mr. Taylor, I'm going to hand you a document
21 that's labeled "Rule 26 Disclosures". Did you have a
22 chance to look at that while we had a break?
23      A   Yes.
24      Q   And I'll mark that Exhibit 1 for the record.
25 As I understand it, all of the people listed on there



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 42

1  who are relatives of you are listed at the beginning in
2  the section at the bottom half of page 6; is that right?
3         (EXHIBIT 1 MARKED FOR IDENTIFICATION)
4      A    Now, what was your question again?
5      Q    I just wanted to know if anybody on this list
6  are relatives of yours, and my understanding is that
7  group starting with Linda Taylor on page 6 going down,
8  are those the only relatives of yours on this Rule 26
9  Disclosure list?
10     A    Yes.
11     Q    And then was there maybe a relation through
12 marriage of Jody Reisner?
13     A    Yes.
14     Q    And just briefly, what is her relation to you?
15     A    His relationship?  I mean, his relation?
16     Q    Oh, it's a male?
17     A    Yes.
18     Q    I'm sorry about that.  What is his
19 relationship to you?  And maybe it might not be brief,
20 but just give the best description you can.
21     A    It's my step-mother's sister's husband.
22     Q    And do you know what information he has
23 relating to your lawsuit?
24     A    (No verbal response.)
25     Q    No?

Page 43

1      A    No.
2      Q    And who is your step-mother?
3      A    Angie -- Angela Carnes.
4      Q    Do you have any other step-parents?
5      A    My -- my mother ain't married or nothing, but,
6  so I can't call him my step-dad.  You know what I mean?
7      Q    She's not married?
8      A    No.
9      Q    She -- no?  Okay.  Now, you mentioned you'd
10 had some head injuries that have affected your short-
11 term memory; is that right?
12     A    (No verbal response.)
13     Q    Yes?
14     A    Yes.
15     Q    Are you currently on any medication that, to
16 your understanding, impairs your ability to remember?
17     A    I mean, I -- I'm on medications from the
18 doctor, and it's really good for me.  Know what I mean?
19 And then -- and then all the stuff I been through and
20 then this now.  I always got to look over my shoulder
21 and then, I mean, it's just -- it's -- it gets old, but
22 they -- they put me on prescriptions.  Yes.
23     Q    Okay.  To your understanding, do those have
24 any side effects that would affect your memory?
25         MR. SLOSAR:  Objection to the form.  Calls for

Page 44

1  speculation.  You can answer the question,
2  Jonathan, if you know.
3         THE WITNESS:  Do what now?
4         MR. SLOSAR:  You can answer the question if
5  you know what he's looking for.
6      A    No.
7  BY MR. WRIGHT:
8      Q    No?
9         MR. WRIGHT:     I don't to get into his
10 medical history.  Can you just provide what
11 prescriptions he's currently on under separate
12 cover?
13        MR. SLOSAR:  We can.  Sure.
14        MR. WRIGHT:  Agree to do that?  Thank you, Mr.
15 --
16        MR. SLOSAR:  We'll do it under the protective
17 order.
18        MR. WRIGHT:  And that's fine.  You can do it
19 by letterhead and just label it subject to the
20 protective order.
21 BY MR. WRIGHT:
22     Q    And I'm going to ask a similar question.  Back
23 in 2010, were you on any prescriptions, to your memory?
24     A    I think -- I -- I think that my prescriptions
25 run out.  I got in that wreck in 2008, at the end of it,

Page 45

1  didn't get out until so many months of 2009, and I think
2  that's when my prescriptions run out.
3      Q    So to your knowledge, you weren't on any
4  prescription medication in December 2010?
5      A    No.
6      Q    Were you on any prescription medication from
7  December 2010 through the time that you were arrested
8  for the charges relating to Katherine Mills?
9      A    I mean, what caused the car wreck -- I mean,
10 I'm not going to lie.  I was -- I mean, the -- the pain
11 medication.  You know what I mean?  And that's why what
12 -- you nailed it talking about a second ago about not
13 turning over my prescriptions and stuff, and these'll
14 show.  You know what I mean?
15     Q    So you -- from your car accident, you may have
16 been on a painkiller, pain relief medication?
17     A    Could've been, but I don't recall.
18     Q    Do you remember what the -- what type of
19 medication it was?  Oxycodone or what type of pain --
20     A    That's -- that's what I done, but I can't
21 recall if I was that night or not.
22     Q    What night, the December 2010?  What night are
23 you talking about?
24     A    No.  I was -- you was talking about the car
25 wreck, wasn't you?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 46

1    Q    The car wreck.  Okay.  Do you remember if you
2  were using those medications at the time of your car
3  wreck?
4    A    That night, I can't -- I can't recall.
5    Q    Do you use drugs illicitly?
6         MR. SLOSAR:  Objection to form.  Foundation.
7  You can answer the question to the extent you
8  understand it.
9    A    I don't know what that means.
10  BY MR. WRIGHT:
11   Q    You've mentioned that you have a prescription
12  for some medications, right?
13   A    Right.
14   Q    Do you take any drugs that you do not have a
15  prescription for?
16   A    No.  Right now?
17   Q    Right now.
18   A    No.
19   Q    Were you taking any drugs you didn't have a
20  prescription for in 2008?
21   A    2008 or -- no.  I didn't have no
22  prescriptions.  Let's see.  I wrecked in '08.  Yeah.  I
23  was on prescriptions, but they run in out in 2009, but
24  when they run out 2009, I mean, I did -- I did get my
25  oxycodone.  You know what I mean?

Page 47

1    Q    Did you use anything else?
2    A    No.
3    Q    Were you using oxycodones in 2010?
4    A    Yes.
5    Q    Did you have a prescription at that time?
6    A    No, but that -- I -- that was what was wrote
7  to me, but I don't know how long -- how far it went.  You
8  know what I mean?
9    Q    Did you continue using that oxycodones into
10  2011?
11        MR. SLOSAR:  Objection to form.  Asked and
12        answered.  You can answer the question if you
13        understand it.  You can answer.
14   A    What was it again?
15  BY MR. WRIGHT:
16   Q    I'm just trying to get the timeline.  Did you
17  continue using oxycodones into 2011?
18        MR. SLOSAR:  Same objection.
19   Q    Let me ask it a different way: did you ever
20  stop using oxycodones?
21   A    Yes.
22   Q    When?
23   A    When I got wrongfully accused of this, and it
24  took five years of my life and beatings and this and
25  that and that and this.  I mean, yeah, when I got out

Page 48

1  finally that, I mean, I went the route that would help
2  me.  You know what I mean?  And that was what you and me
3  was talking about just a minute ago.
4    Q    So up until the date that you were arrested on
5  the charges relating to Katherine Mills, you were still
6  using oxycodones, correct?
7    A    Yes.
8    Q    Do you know how much you took?
9         MR. SLOSAR:  Objection to form.  Foundation.
10        You can answer if you understand.
11   A    It ain't -- no.
12   Q    Did you use it daily?
13   A    No.  No.  I couldn't -- I couldn't -- I
14  couldn't afford -- afford that.  You know what I mean?
15   Q    How much did it cost?
16   A    I don't recall back then.  You know what I
17  mean?  It's been so long.
18   Q    You don't remember how much it would cost in
19  2010?
20        MR. SLOSAR:  Objection to form.  Asked and
21        answered.  You can answer if you understand.
22   A    No.  It was --
23   Q    How much you would pay for oxycodone in 2010?
24        MR. SLOSAR:  Same objection.
25   A    I mean, I don't really -- I really don't

Page 49

1  recall, I mean, because, I mean, just how it was on the
2  streets.  You know what I mean?
3    Q    Well, I don't know what you mean "on the
4  streets," and did it --
5    A    I understand.
6    Q    -- did you buy it in pills?  Were they pills?
7  Is that --
8    A    Yes.
9    Q    Would you buy one pill at a time?
10        MR. SLOSAR:  Objection to form.  Foundation.
11        You can answer, Jonathan, if you know.
12   A    I mean, I -- I don't recall every day.  No.
13   Q    But you -- is it true that you weren't using
14  it every day because you couldn't afford it?
15        MR. SLOSAR:  Objection to form.  Foundation.
16   A    No.  It was just like -- Yeah.  I mean, you
17  just -- you didn't do too much of it.  You know what I
18  mean?  It was just whether -- I mean, just getting a
19  ride, I guess.  You know what I mean?  The car wreck.
20  You know what I mean?  All that.
21   Q    Did you use it for pain, or did you use it to
22  get high?
23   A    Used it for pain.
24   Q    And you don't recall -- were you taking it
25  daily?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 50

1   A   When I was on the prescriptions, yes.

2   Q   **After you were off the prescriptions?**

3   A   No.  I know it wasn't daily.  No.

4   Q   **Can you estimate how much you were -- how**
**often you were using it in December 2010?  Weekly, twice**
6   **a week?**

7       MR. SLOSAR:  Objection to form.  Calls for
8   speculation.

9   A   I don't recall.

10  Q   **When you were prescribed that medication,**
11  **before your prescription ran out, were you taking it**
12  **daily then?**

13      MR. SLOSAR:  Objection to form.  Foundation.
14  Calls for speculation.

15  A   Now what now?

16  Q   **Well, you mentioned after your motor vehicle**
17  **accident in 2008 you were prescribed oxycodone, right?**

18  A   (No verbal response.)

19  Q   **Yes?**

20  A   Yes.

21  Q   **Do you recall, to your memory, did you take**
22  **that prescription daily?**

23  A   If it was my -- yeah.  It was my prescription,
24  you know.  Yeah.  I mean, I took it for pain.

25  Q   **And you took it daily?**

Page 51

1   A   I mean, yeah.  They put you on it for daily, I
2   reckon.

3   Q   **And your testimony is you're not currently on**
4   **that, not using that drug; is that right?**

5   A   No.

6   Q   **And you -- did you stop after you got out of**
7   **prison, when you were in prison?  When did you stop**
8   **using them?**

9       MR. SLOSAR:  Objection to form.  He's never --
10  he didn't go to prison on this.

11  Q   **Okay.  I'm sorry.  Did you stop using it while**
12  **you were incarcerated?**

13      MR. SLOSAR:  You're talking about the
14  oxycodone?

15      MR. WRIGHT:  Yeah.

16      MR. SLOSAR:  Sorry.  You can answer the
17  question if you're --

18  A   Now what was it again?

19  BY MR. WRIGHT:

20  Q   **Did you stop using the oxycodone while you**
21  **were incarcerated?**

22  A   Well, I mean, they -- they're not going to
23  give it to me in the jail.  I mean, you know what I
24  mean, but when I went in, I mean, that was it, and I'm
25  still messed up to this day.  You know what I mean? Walk

Page 52

1   crooked and everything, colostomy bag and all. But, I
2   mean, when I got out, I mean, still ain't done one.  You
3   know what I mean?  And that's -- that's -- when I got in
4   the car wreck and stuff, that's -- it got me addicted to
5   it.  And then once I got cut off or whatever, you know
6   what I mean, then they -- everybody has the -- so that's
7   the way I done.  You know what I mean?  It was for the
8   better.

9   Q   **Did you know -- when you were living at the**
10  **Full Moon Court apartments, and you were neighbors to**
11  **Amber Simpson's family at that time, right?**

12  A   (No verbal response.)

13  Q   **Yes?**

14  A   Yes.

15  Q   **Did they have a home phone?**

16      MR. SLOSAR:  Objection to the form.
17  Foundation.  You can answer, Jonathan.

18  A   I don't know.

19  Q   **Do you remember calling them?**

20  A   No.

21  Q   **If you don't mind, you mentioned you were in**
22  **an on-again, off-again relationship with Kayla Mills.**
23  **Could you just scan those Rule 26 Disclosures and if**
24  **there's any other witness listed on there that you had**
25  **any romantic relationship, just identify them for me?**

Page 53

1   Could you take a second to look at that?

2   A   The whole packet?

3   Q   **Yeah.  Just look through it, please.**

4   A   Just write it?

5       MS. ROBINSON-STAPLES:  Yes.

6       MR. SLOSAR:  That's correct.

7   A   Now, what did you ask me again?

8   Q   **Just whether you had any romantic relationship**
9   **with anybody on there.  I know you've testified to Kayla**
10  **Mills already, but if there's anybody else.**

11  A   That's what I was pointing at was Kayla.

12  Q   **Kayla?  Okay.  I -- we talked about her, so if**
13  **you don't mind --**

14  A   So scan on?

15  Q   **Yes, please.  I believe that's the end of the**
16  **witness list --**

17  A   Yeah.

18  Q   **-- and did you see anybody else?**

19  A   No.

20  Q   **No?  Okay.  So out of those Rule 26**
21  **Disclosures, Kayla Mills was the only person who you had**
22  **a relationship with that you saw, right?**

23  A   Yes.

24  Q   **Did you live or stay with Kayla Mills in 2010?**

25  A   Well, now, if I remember right, I mean, I

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 54

1 think she -- we was off alone around that time and --
2 because of her mother, and -- but we lived together and
3 everything. We had a few different places together.
4 **Q    Where did you-all have places together with --**
5 **you and Kayla Mills?**
6 A    Like I said, the -- the car wreck or whatever,
7 upstairs to -- to downstairs. Jackson Manor, would be
8 two apartments. And --
9 **Q    She lived with you at the Full Moon Court**
10 **apartments?**
11 A    Yeah. That's what I was going to say, the one
12 that they -- off -- I really don't know what they call
13 it, but where they come and arrested me at, she was at -
14 - she was staying there with me. And then at one time
15 we had to stay at her mom's house until I got me another
16 apartment.
17 **Q    So you stayed at her mom's house for a period**
18 **of time?**
19 A    Not long periods. No.
20 **Q    But you did stay overnight with them on**
21 **occasion?**
22 A    Yes.
23 **Q    Where is her mom's house at?**
24 A    Up there at -- is it Highway 223, I think.
25 **Q    Is it near a place called Escoe's Market?**

Page 55

1 A    Yes.
2 **Q    Can you see Escoe's Market from her house?**
3 A    Yes.
4 **Q    Do you remember what time frame you were**
5 **living at -- or staying overnight at -- strike that. Let**
6 **me start over. Was her mom's name Donna Mills?**
7 A    Yes.
8 **Q    And I think she also had a nickname,**
9 **"Cricket"?**
10 A    Yes.
11 **Q    Were you -- do you have a memory if you were**
12 **staying overnight with Kayla Mills at her mom's home in**
13 **December 2010?**
14 MR. SLOSAR: Objection to form.
15 A    Uh-uh.
16 **Q    You don't remember?**
17 A    I mean, no. I -- like I told you before, I
18 mean, around that ballpark range. You know what I mean?
19 **Q    Yeah.**
20 A    We -- it was off and on that whole time,
21 because she had to go to jail time, too. You know what
22 I mean?
23 **Q    Okay. Did Kayla Mills have a car?**
24 MR. SLOSAR: Objection to form.
25 **Q    In 2010?**

Page 56

1 MR. SLOSAR: Oh, sorry. Objection to form.
2 Foundation. You can answer to the extent you know.
3 A    What was it now?
4 **Q    Did Kayla Mills have a blue car in December**
5 **2010?**
6 MR. SLOSAR: Same objection.
7 A    2010. See, I wrecked her blue car in 2008.
8 And she -- she got another one, but she -- see, when I
9 say that she was -- we was off and on, I mean, I hate to
10 say it, though, but she was with somebody else and they
11 lived together.
12 **Q    Well, my question was: did she have a blue car**
13 **--**
14 A    Yes.
15 **Q    -- to your memory? Yes?**
16 A    Yes.
17 **Q    And that would've been in December 2010 time**
18 **frame?**
19 A    I can't --
20 MR. SLOSAR: Objection to form. Foundation.
21 **Q    You don't remember? Do you know what type of**
22 **car it was?**
23 MR. SLOSAR: Objection to form. Foundation.
24 A    Not right off.
25 **Q    No? Now, you mentioned that you were off**

Page 57

1 again and on again and she was -- did you say she was
2 also dating someone else?
3 A    Yeah.
4 **Q    Who was that?**
5 A    Derrick, but I couldn't tell you his last
6 name. I don't -- I -- I -- I don't know.
7 **Q    Did you give a first name? I'm sorry. I**
8 **didn't hear you.**
9 A    Derrick.
10 **Q    Derrick?**
11 A    Yeah. But --
12 **Q    But you don't know the last name?**
13 A    No. But she was living with him and
14 everything.
15 **Q    Do you -- she was living with him?**
16 A    Yes.
17 **Q    Do you know when they dated, what time frame?**
18 A    Around 2010, 2011, somewhere through there.
19 **Q    Where was Kayla living when she was with**
20 **Derrick; do you know?**
21 A    I mean, I heard [sic] this and I heard [sic]
22 that, but I'm really not for sure, for the record, but I
23 really don't even know, but the road, 11, it goes
24 towards Manchester, I think.
25 **Q    Did Derrick have his own place or was he with**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 58

1    his parents; do you know?

2        A    No.  I mean, I would still talk to her from

3    time to time, you know what I mean, over the phone, and

4    she would mention his parents quite a bit, so I really

5    don't know.

6        Q    I'm going to hand you some documents produced

7    by your attorneys labeled PL 25973 through 25985.  You

8    want to take a look at these first.  Then I'll -- didn't

9    have a chance to make additional copies.

10       MR. SLOSAR:  Do you have copies of your other

11   exhibits?

12       MR. WRIGHT:  No.  Not of these pictures.  You

13   want to take a second to look at them?

14       MR. SLOSAR:  This is Exhibit 2, you're going

15   to put it?

16       MR. WRIGHT:  Yeah.  We can make it Exhibit 2.

17       (EXHIBIT 2 MARKED FOR IDENTIFICATION)

18       A    And what do you want me to do?

19   BY MR. WRIGHT:

20       Q    Just take a look at those pictures for a

21   moment.

22       MR. SLOSAR:  I'm sorry, Derrick.  Did you say

23   -- you can -- take a look at those.  Do you have

24   copies of any of your other exhibits?

25       MR. WRIGHT:  The discovery and those items,

Page 59

1    but these colored pictures I didn't get a chance to

2    make additional copies of.  Sorry.  I don't know

3    that we have to make them an exhibit since they got

4    a Bates number, but we can if you want.

5        MR. FARAH:  Derrick, what was Exhibit 1?

6        MR. WRIGHT:  The Rule 26 Disclosures.

7        MR. FARAH:  Okay.

8        A    What is that?

9    BY MR. WRIGHT:

10       Q    I think that's just a misprint.  I just left

11   it in there because it was in a sequence.  I don't think

12   -- not relevant.

13       A    Well, you asked me what kind it was and I seen

14   what kind it was just then, and it was a Pontiac.

15       Q    Now, is that -- to the best of your memory and

16   belief, was that Kayla Mills' car in those pictures?

17       A    Yes.

18       Q    It is?  And it's a Pontiac; is that what you

19   said?

20       A    I mean, it shows right there.

21       Q    Is it a Sunfire?

22       MR. SLOSAR:  Objection to form.  Calls for

23   speculation.

24       Q    You don't know the model?

25       A    No.

Page 60

1        Q    Okay.  Do you know where that car is located

2    in those pictures?

3        MR. SLOSAR:  Objection to form.  Foundation.

4        Q    It's next to a garage.  Is that the home of

5    John Valdez; do you know?

6        MR. SLOSAR:  Objection to form.  Calls for

7    speculation.

8        A    I mean, I'm not 100 percent sure, but it --

9    they -- they do have a garage.  I mean, it -- I mean, it

10   could be.  Were you asking if it was at John Valdez?

11       Q    I don't know where it's at.  Those pictures

12   came from your attorney.  Is that Donna Mills' garage?

13   Whose -- where is that, if you know?

14       MR. SLOSAR:  Objection to form.  Foundation,

15   calls for speculation.

16       A    I mean, I don't -- I mean, it looks like it.

17       Q    It looks like what?

18       A    What you just said.

19       Q    That it was -- I said -- I was asking if it

20   was Donna Mills or John Valdez; which one --

21       A    No.  You said it was John --

22       MR. SLOSAR:  I'm going to -- objection to

23   form.  Calls for speculation.  You can answer the

24   question to the extent you know the answer.

25       A    I mean, you said it was John Valdez' house and

Page 61

1    then you turn around and you said or it could be Donna

2    Mills'.

3    BY MR. WRIGHT:

4        Q    I was asking you if you knew, if you

5    recognized that garage.

6        MR. SLOSAR:  Same objection.

7        A    I mean, it -- it -- it -- it looks like her

8    property or whatever.  You know what I mean?

9        Q    And that's fair.  So you're testifying that it

10   looks like Donna Mills' property?

11       A    Yeah.  I mean, you only got so much of it

12   right there.

13       Q    Okay.

14       A    You know what I mean?  In the pictures.

15       Q    Have the pictures.  Clip them together so we

16   don't lose them.  All right.  So looking at number

17   25983, that's a bigger picture of the garage.

18       MR. SLOSAR:  Objection to form.  Foundation.

19       Q    Does that look to be Donna Mills' garage?

20       MR. SLOSAR:  Same objection.  Calls for

21   speculation.  You can answer if you know.

22       A    I mean, I see just the barely the part of a

23   brick house and it does -- it does look like it.

24       Q    And you've been to Donna Mills' property,

25   right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 62

1    A    Yes.  I have.
2    Q    And you've seen her home?
3    A    Yes.
4    Q    You've seen her garage?
5    A    (No verbal response.)
6    Q    Yes?
7    A    Yes.  Yes.
8    Q    And best you can tell, that looks like Donna
9  Mills' garage?
10        MR. SLOSAR:  Objection to form.  Calls for
11  speculation.
12    A    I mean, now it does.  You know what I mean?
13  Compared to the pictures that you showed me a minute
14  ago.
15    Q    Okay.  You can put that in the stack there, if
16  you don't mind.  Thank you.  And this is stapled with a
17  bunch of other documents, so I'm just going to identify
18  this.  This is Plaintiff's -- this document's labeled,
19  PL 010479.  Can you look at the picture on the bottom of
20  that?
21    A    On the bottom?
22        MR. SLOSAR:  Let me look at it for a second.
23        MR. WRIGHT:  Yeah.  Sure.  Let your attorneys
24    look at it.
25        THE WITNESS:  You say the bottom picture?

Page 63

1        MR. FARAH:  Derrick, that PL number again?
2        MR. WRIGHT:  I'll read it when I get it back.
3        MR. SLOSAR:  Can I see the other exhibit.
4        MR. WRIGHT:  Sure.
5        MR. SLOSAR:  Oh, sorry.  It's right here.
6        MR. WRIGHT:  Yeah.
7        MR. SLOSAR:  I'm sorry, Derrick.  Sorry.  Let
8    me see that.
9        THE WITNESS:  Sorry.
10       MR. WRIGHT:  I know it's not the same car.  I'm
11   not going to ask that.  You may hand it to the
12   witness.
13  BY MR. WRIGHT:
14    Q    Do you see that bottom picture on that page?
15    A    Yeah.
16    Q    Does that look to be Escoe's Market?
17        MR. SLOSAR:  Objection to form.  Calls for
18   speculation.
19    Q    Can you tell?
20        MR. SLOSAR:  Foundation.
21    A    No.  I can't.
22    Q    Can't?
23    A    No.
24    Q    Okay.  Hand that back to me, please.  That
25  number was 010479.  Did you get along with Kayla's

Page 64

1  mother, Donna Mills?
2        MR. SLOSAR:  Objection to form.  Foundation.
3    You can answer.
4    A    Yes.
5    Q    You did?  You've mentioned -- I thought you
6  testified earlier that -- you mentioned where you were
7  living and you said something about, "because of her
8  mother."
9    A    Yeah.  That was just, I mean, about when we
10  didn't have a car and she let us drive her SUV and that
11  was the only car she had.  You know what I mean?  And
12  she said have it back at a certain time and if we was
13  late or anything like that, you know, she would get us
14  for it.  You know what I mean?  We wouldn't be allowed
15  back in or nothing like that, so
16    Q    You wouldn't be allowed in Donna Mills'
17  vehicle?
18    A    Yeah.
19    Q    And you said that was an SUV?
20    A    Yes.
21    Q    Kayla had her own blue car, though, right?
22        MR. SLOSAR:  Objection to form.  Foundation.
23    A    No.  Far as I know, she didn't have no blue car
24  yet.
25    Q    When did she get that blue car?

Page 65

1    A    I don't -- I don't know.
2    Q    You don't know?
3    A    No.
4    Q    Was it before December 2010?
5        MR. SLOSAR:  Objection to form.  Calls for
6    speculation.
7    A    I don't know.
8    Q    You don't know one way or the other?
9    A    No.  I wrecked one blue car but the other one
10  I don't know when she got it.
11    Q    Was the blue car that you wrecked, was that
12  your car?
13    A    That was her car.
14    Q    Kayla Mills' car?
15    A    (No verbal response.)
16    Q    Is that "yes"?
17    A    Yes.
18    Q    I'm sorry.  I know it's --
19    A    That's -- that's all right.
20    Q    I'm not doing it to be mean, just to --
21    A    Yeah.
22    Q    -- make a record.  Do you remember what blue
23  car that was, what brand, make, model?
24        MR. SLOSAR:  You can answer, if you remember.
25    A    It was -- I don't know the model, but it was a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 66

1  Cougar -- a blue Cougar.
2      Q    And was that the car that you wrecked in the
3  2008 accident?
4      A    Yeah.  Yes.
5      Q    And you don't know how long it was after that
6  wreck that Kayla Mills got another blue car?
7          MR. SLOSAR:  Objection to the form.  Asked and
8  answered.
9      A    I don't know when she got another car.
10     Q    Did you ever have a car, own a car?
11     A    No.  Yeah.  I mean, I've owned some before.
12  You know what I mean?
13     Q    Did you own any cars prior to December 2010?
14     A    No.  I didn't have no cars.  I had Jeeps and
15  trucks.
16     Q    Did you actually own them?
17     A    Yes.
18     Q    Did you have a vehicle in December 2010?
19     A    No.  No.
20     Q    How long had you been without a vehicle; do
21  you know?
22     A    They took my license, so I couldn't drive.
23     Q    Although you couldn't drive, did you have a
24  vehicle?
25     A    No.  No.

Page 67

1      Q    How long did you not have a license prior to
2  December 2010?
3      A    What do you mean prior?
4      Q    Before.
5      A    So before up until 2010?
6      Q    Yeah.  You said in December 2010 you didn't
7  have a car, right?
8      A    No.
9      Q    And you didn't have a driver's license, right?
10     A    No.
11     Q    How long had you been that way before December
12  2010?
13     A    Pretty good while.
14     Q    A pretty good while?
15     A    Pretty good while.
16     Q    During that time, were you driving vehicles
17  belonging to Donna Mills?
18         MR. SLOSAR:  Objection to form.  Foundation.
19  You can answer.
20     A    I mean, I drove her -- what do you call it?
21     Q    Her SUV?
22     A    Yeah, but it's a -- a Nismo -- had a Nismo kit
23  on it, exterior.
24     Q    Did you drive any cars belonging to Kayla
25  Mills during that time?

Page 68

1      A    No.
2      Q    None at all?
3      A    No.  That's when she -- when I say we was off
4  and on, that -- and if I ain't mistaken, the other boy's
5  the one that bought it for her, so I really don't know.
6  You know what I mean?
7      Q    That car in Exhibit 2, in your memory, that
8  looks like a car that was owned by Kayla Mills?
9          MR. SLOSAR:  Objection to form.  Calls for
10  speculation.
11     Q    Is that fair?
12         MR. SLOSAR:  You can answer if you know.
13     Q    Is that fair?
14     A    What's that?
15     Q    That car in Exhibit 2, that blue car, do you
16  recognize it?
17     A    Is this it?
18     Q    Yes.
19         MR. SLOSAR:  Same objection.
20     A    I mean, yeah.  She had a blue car.
21     Q    Did you ever drive a blue car that looked like
22  that?
23     A    No.  They wouldn't let -- they wouldn't let me
24  drive.
25     Q    You said that her -- you would drive her

Page 69

1  mother's car.
2      A    Yeah, but her -- her -- like, if I pulled out
3  from the driveway and me driving, we would -- we
4  wouldn't be allowed back in.  You know what I mean?  And
5  -- but when we left, Kayla let me drive it.  Know what I
6  mean?  We would go up in the mountains and stuff where
7  it's four-wheel drive.
8      Q    Did you have a cell phone in December 2010?
9      A    I don't recall, but I don't -- I don't think I
10  did.
11     Q    Did you have a cell phone before December
12  2010?
13     A    Before -- no.  Don't think I did.  And they
14  wrote down my brother's.  Mr. York here did, and said
15  that it said J.T. on the AT&T records and pointed
16  towards it and it was my brother's phone.
17     Q    Did you use your brother's phone?
18     A    No.
19     Q    Never?
20     A    I mean, yeah.  I mean, I've used it before,
21  but it ain't like I -- it stayed in my pocket and I'd
22  leave.  You know what I mean?
23     Q    Well, what number would you give if you were
24  asked in December 2010 if you didn't have a cell phone?
25         MR. SLOSAR:  Objection to the form.  Calls for

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 70

1    speculation.
2        A    What do you mean?
3        Q    If you were going to a doctor's office, doing
4    anything, would you give a phone number?
5        MR. SLOSAR:  Same objection.
6        A    If I went where?
7        Q    If you were pulled over by the police --
8        A    Right.
9        Q    -- would you give them a phone number?
10       A    I don't have no phone number to give.  I -- I
11   wouldn't be driving.  I mean, the only time I was
12   driving was, like I told you, was in mountains with
13   the four-wheel drive.
14       Q    So you would never give a phone number if you
15   were asked for one in December 2010?
16       MR. SLOSAR:  Same objection.  You can answer.
17       A    No.
18       Q    You said that your brother was six to eight
19   years younger than you -- Jerry Smith?
20       A    Yes.
21       Q    Was that the phone number you're talking about
22   --
23       A    Yes.
24       Q    -- that was on the records?
25       A    Yes.

Page 71

1        Q    You were 23 or so in 2010, right?
2        A    I guess.
3        Q    Yeah.
4        A    I'm not -- I've not really looked -- looked
5    back on it and done the math on it or anything.
6        Q    To your knowledge, did Jerry Smith have a cell
7    phone in 2010?
8        A    I -- I think my brother's always had a cell
9    phone.
10       Q    Where did he get his cell phone?  Who was
11   providing it to him; do you know?
12       A    I don't know.
13       Q    And he had one but you didn't?
14       A    Yeah.
15       Q    But it is true you used his cell phone, isn't
16   it?
17       MR. SLOSAR:  Objection to form.  Asked and
18   answered numerous times.
19       THE WITNESS:  And what?
20       MR. SLOSAR:  You can answer if you understand
21   his question.  He's already answered this.  You can
22   answer it.
23       A    I don't understand.
24   BY MR. WRIGHT:
25       Q    It is true that you used your younger

Page 72

1    brother's cell phone?
2        MR. SLOSAR:  Objection to form.  Asked and
3    answered.
4        Q    That's true, isn't it?
5        A    Yes.  I've used it before.
6        Q    And isn't it true you were using it in
7    December 2010?
8        MR. SLOSAR:  Objection to form.  Asked and
9    answered, repeatedly.
10       A    I mean, I can't -- I can't recall from 2010
11   from now if I used it or not.  You know what I mean? But
12   -- and half the time I wouldn't even been -- I -- I
13   wouldn't even be at the house.  You know what I mean?
14   Around my brother -- my brother don't -- he -- he's one
15   of the types he -- he don't leave the house.  You know
16   what I'm saying?
17       Q    Did Amanda Hoskins have a cell phone in
18   December 2010?
19       A    I'm not -- I'm not for sure.
20       Q    Did --
21       A    I don't get in nobody's business, man.  I
22   don't -- I -- I really ain't -- I'm not nosy.
23       Q    Did Linda Taylor have a cell phone?
24       A    Now, I know she's always had a cell phone.
25       Q    Did she have a home phone?

Page 73

1        A    I can't -- I don't know.  She could have.  I
2    don't know.
3        Q    You lived at her house, but you don't know if
4    she had a home phone?
5        A    No.  I know they -- they -- that they had
6    Internet, but I don't know if it come with a phone or
7    not.  You know what I mean?
8        Q    Did you ever give Linda Taylor's phone number
9    as your phone number?
10       MR. SLOSAR:  Objection to form.  Foundation.
11       THE WITNESS:  What does that mean?
12       MR. SLOSAR:  You can answer the question if
13   you understand it.
14       A    What was it again?
15   BY MR. WRIGHT:
16       Q    Did you ever give Linda Taylor's phone number
17   as your phone number?
18       MR. SLOSAR:  Objection to form.  Foundation.
19       A    As my phone number?
20       Q    Right.
21       A    Like, I don't know what you mean.
22       Q    We'll talk about it later.  So in December
23   2010, you indicated you were between apartments, right?
24       A    Between apartments?
25       Q    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 74

1          MR. SLOSAR:  Objection to form.  Well, I
2     withdraw the objection.  It's asked and answered.
3     You can answer his question.  He is just recapping
4     what you already testified to.
5     A     Now, what was it again?
6  BY MR. WRIGHT:
7     Q     In December 2010 you were between apartments,
8     right?
9     A     What do you mean "between apartments"?
10    Q     You had an apartment before then at Jackson
11    Manor and you had an apartment after that at Full Moon
12    Court, right?
13    A     I don't know what you're talking about.
14    Q     All right.  You were living off and on with
15    Linda Taylor in December 2010, true?
16    A     Not off and on.  I mean, I -- I --
17         MR. SLOSAR:  Objection to form.  Asked and
18    answered.
19    A     I mean, not off and on.  I mean, if I lost one
20    apartment, you know, I'd go over here and she'd help me
21    get one right off the jump again, then I'd get me
22    another apartment.
23    Q     Can you tell me anywhere else you were living
24    or staying in December 2010?  We've talked about Linda
25    Taylor's home.  We've talked about Kayla Mills and her

Page 75

1  mother.  Anywhere else you were living and staying in
2  December 2010, to your memory?
3     A     No.  No.
4     Q     Did Amanda Hoskins have a car in December
5  2010?
6     A     I'm not for sure.
7     Q     Do you know if your brother, Jerry Smith, had
8  a car in December 2010?
9     A     No.  The way I -- the way I know that is just
10 because he just now got his first car, just now.
11    Q     Did Linda Taylor have a car in December 2010?
12    A     I'm thinking she did.
13    Q     Do you know what it was?
14    A     No.
15    Q     Did you ever drive it?
16    A     No.  I didn't ever drive this car.
17    Q     Did anybody provide you a car to get around in
18 December 2010?
19    A     No.
20    Q     So how'd you get around?
21    A     I mean, hitchhike a ride here and there and
22 give them gas money and -- you know what I mean?  But it
23 ain't nobody loaning me no cars or nothing like that.
24    Q     Did you ride around with William Lester in
25 December 2010?

Page 76

1     A     Who?
2     Q     William Lester.
3     A     I can't recall if it was 2010 or not, but I --
4  he has given me a ride before.
5     Q     You said that you don't believe you had a cell
6  phone in December 2010; is that right?
7     A     Yeah.  It was -- the records going back to
8  then that York said that had a arrow pointing down to it
9  and saying that that was the number, and I know that
10 number looked familiar, because my mind, it's gone, man.
11 And it finally come to me in jail.  You know what I
12 mean?  And when I was doing that time, and it ended up
13 being my brother's number.
14    Q     That wasn't exactly what I asked.  You don't
15 recall having a cell phone number in December 2010,
16 correct?
17         MR. SLOSAR:  Derrick, I'm going to object.
18 You've asked this question a dozen times, and he
19 has answered it the best he could.
20 BY MR. WRIGHT:
21    Q     Okay.  When do you remember getting a cell
22 phone?  Did you ever have a cell phone after December
23 2010?
24    A     To be honest with you, I don't even -- I mean,
25 I know I -- I'm not answering your question, but in 2008

Page 77

1  when I got in a wreck, I don't even think I had a cell
2  phone then, you know what I mean, for real.
3     Q     And you're right.  I'm just trying to put this
4  together.
5     A     I understand.
6     Q     And I think you've testified that to your
7  memory you don't remember having a cell phone in
8  December 2010 or before that?
9     A     No.  No.
10    Q     Do you remember getting a cell phone after
11 December 2010?
12    A     I think I had one right before they -- if I
13 ain't mistaken, before they kicked my door in in 2012.
14    Q     And to your memory, that's the first one you
15 had?
16    A     Probably, or second.  It wasn't like -- you
17 know what I mean?  I've had a bunch of them.
18    Q     Did Kayla Mills have a cell phone?
19         MR. SLOSAR:  Objection to form.  Foundation.
20    A     I'm guessing she has -- she -- she had one.
21    Q     You've seen her use one?
22    A     Yeah.  I've seen her use one.
23    Q     Did she have that in December 2010, to your
24 memory?
25         MR. SLOSAR:  Objection to form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 78

1    A    I mean, I don't recall.  I mean, I can't -- I
2  can't remember.
3    Q    Did Donna Mills have a cell phone in December
4  2010?
5    A    I don't know about 2010, but she's about like
6  Linda.  You know what I mean?  Always has a phone.
7    Q    Did they have a phone -- did Donna Mills have
8  a home phone?
9    A    No.  Well, at one time, Kayla was on house
10  arrest and they had to have a phone because of the hook
11  up her house arrest box or whatever.
12    Q    Do you know what that phone number was?
13    A    No.  I don't.
14    MR. WRIGHT:  I'm going to start talking about
15    discovery.  Why don't we just take a quick break
16    since we're there, and if you want to -- think you
17    verified this, just take a look at this and --
18    MR. SLOSAR:  If you want --
19    MR. WRIGHT:  -- make sure it's what he's
20    verified.
21    MR. SLOSAR:  He -- if that's the interrogatory
22    responses, you could just ask him.
23    MR. WRIGHT:  Okay.
24    THE WITNESS:  You just need to look at this
25    here?

Page 79

1    MR. SLOSAR:  It's what we went over.  He'll
2    ask you if you've seen that document before --
3    THE WITNESS:  Oh, okay.
4    MR. SLOSAR:  -- whether you --
5    MR. WRIGHT:  Why don't you just take a couple
6    minutes to review that and then we'll go back on
7    the record?
8    VIDEOGRAPHER:  Off the record at 11:09.
9    (OFF THE RECORD)
10    VIDEOGRAPHER:  Back on the record at 11:30.
11  BY MR. SLOSAR:
12    Q    You can keep that.  All right.  Mr. Taylor,
13  put -- you can put that in front of you.  The -- do you
14  see the documents that are labeled your responses to
15  defendant York's first set of interrogatories request
16  for production?  Do you see that at the middle, that
17  heading?
18    (EXHIBIT 3 MARKED FOR IDENTIFICATION)
19    A    Yeah.
20    Q    Okay.  And we've labeled that Exhibit 3; you
21  see that at the bottom?
22    A    Yeah.
23    Q    Did you review that earlier today and verify
24  that your answers in there are true and accurate to the
25  best of your knowledge and belief?

Page 80

1    A    Yes.
2    Q    I want you to go to, on page 6, interrogatory
3  number 8.  It asks you for any employment between
4  January 2007 through December 2010; do you see that?
5    A    Yeah.
6    Q    And your answer is on the next page.  You
7  indicated in your answer that you worked for Save-a-lot
8  in Barbourville; is that true?
9    A    Yes.
10    Q    You didn't give a time frame; were you working
11  there after your accident in 2008, to your memory?
12    A    Not -- no.
13    Q    The next interrogatory is number 9, and it
14  asks for any other income or financial support during
15  that January 2007 to December 2010; do you see that?
16    A    What do you mean?  Like, getting money?
17    Q    Yeah.  Just -- the only job you identified in
18  the prior interrogatory was Save-a-lot, correct?  That's
19  the only job you had from December 2007 to 2010, true?
20    MR. SLOSAR:  Well, that interrogatory just
21    says from 2007 to 2010.  It doesn't give a -- the
22    December is not dispositive.
23  BY MR. WRIGHT:
24    Q    Before December 2010, did you work anywhere
25  other than Save-a-lot in Barbourville?

Page 81

1    A    Can you repeat that again?  What was it?
2    Q    Let me withdraw that.  After your motor
3  vehicle accident in 2008, were you employed anywhere?
4    A    After the accident?
5    Q    Right.
6    A    No.
7    Q    No?
8    A    No.
9    Q    Okay.  So now interrogatory number 9 on page
10  7, it asks for any other source of income or financial
11  support between 2007 and December 20, 2010; do you see
12  that?
13    A    Only thing, when I -- when I got out of the
14  wreck in 2008, the only thing I -- I had coming in, I
15  had a income tax and that is, like, far as money
16  goes.  You know what I mean?
17    Q    Income tax, is that what you said?  Like a tax
18  refund?
19    A    No.  Income taxes.  Like, I -- I got them that
20  year, if that matters.  You know what I mean?
21    Q    I understand.  So you -- income taxes in 2008;
22  is that what you said?
23    A    No.  It was a -- let's see, I -- I quit --
24  let's see, when I got in the car wreck, okay, that means
25  I won't be -- I wouldn't be working again, you know what

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 82

1  I mean, because I was all messed up.  Okay.  And when I
2  got out of the hospital, it -- my W2s come in.  It was
3  around that time.  You know what I mean?
4       Q    I understand.
5       A    And -- and then I got -- I got my tax money.
6       Q    Tax money.  Got it.  Your answer to
7  interrogatory number 9 is on page 8.  It makes reference
8  to $698 per month for a disability check.  Do you see
9  that figure?
10      A    Yep.
11      Q    Was that after 2010 that you started getting
12 that disability?
13           MR. SLOSAR:  Objection to form.  He should
14      review the answer and see --
15           THE WITNESS:  Huh?
16           MR. SLOSAR:  Do you want to --
17           MR. WRIGHT:    I'll withdraw the question.
18 BY MR. WRIGHT:
19      Q    Do you have a memory of when that disability
20 check started?
21      A    I have two different cases on it, so it's --
22 it's hard to tell.  I mean, not really.  Without
23 paperwork being in front of my face, I couldn't tell
24 you.  Know what I mean?
25      Q    Did you review that paperwork to answer this

Page 83

1  question?
2       A    This right here?
3       Q    Yes.
4       A    Yeah.  I reviewed all of this right here.
5           MR. SLOSAR:  Derrick, I think the question --
6      when you were saying "reviewing the paperwork," are
7      you referring to, like, did he review this
8      paperwork prior to signing it or did he review
9      paperwork --
10          MR. WRIGHT:  I understand.  Yeah.  I'll
11     clarify.
12 BY MR. WRIGHT:
13      Q    Did you review your disability paperwork to
14 answer this question?
15      A    I don't -- I don't get what you mean.
16      Q    This question asks for income or financial
17 support and you've listed $698 per month for disability,
18 right?
19      A    Yeah.
20      Q    And you've told me that you don't know when
21 that started without looking at paperwork, right?
22      A    Well, I wrecked in November of 2008, and I got
23 signed up, like, day or two after I got in a wreck
24 because they knew it was going to be bad.  You know what
25 I mean?  I had to learn how to walk and all that again.

Page 84

1  So I mean, yeah.  I was -- I was getting my disability.
2       Q    Was that permanent that you still get today or
3  was that temporary?
4       A    No.  I get -- I'm on disability right now.
5       Q    Is it that figure, $698 per month?
6       A    No.  It -- it raised up to 750 now.
7       Q    Do you know when it raised up to 759?
8       A    No.  750.
9       Q    I'm sorry.  Do you know when it raised to 750?
10      A    I think there was that first year, I think.
11      Q    And then it also references food stamps.  Were
12 you on food stamps from 2007 to December 2010?
13      A    Yeah.  I was on food stamps.
14      Q    Okay.  That's the only other income you had at
15 that 2007 to December 2010, right?
16      A    Yeah.
17      Q    Did you graduate from high school?
18      A    No.  I did not.
19      Q    What age were you when you stopped going or
20 dropped out?
21      A    I really don't know.  I -- all I could tell
22 you is I finished tenth and went to 11th and didn't
23 finish 11th.
24      Q    Didn't finish 11th?
25      A    Yeah.

Page 85

1       Q    And you've not got a GED or anything since
2  then?
3       A    No.
4       Q    Are you currently enrolled in any GED program?
5       A    No.
6       Q    Do you have any plans to enroll in any GED
7  program?
8       A    I mean, Yeah.  To better myself.  You know
9  what I mean?
10      Q    What's your plans?
11      A    I mean, it's going to be hard for me just
12 because how I am.  You know what I mean?
13      Q    I understand.
14      A    Where I -- where I took some licks.  You know
15 what I mean?  It'd probably be hard for me to get it, be
16 honest with you.
17      Q    It'd be hard to finish school?
18      A    The GED.  Is that what you said?
19      Q    Yeah.  So you don't anticipate finishing that?
20      A    Huh?
21      Q    You don't anticipate getting a GED?
22           MR. SLOSAR:  Objection to form.  Asked and
23      answered.
24      Q    Okay.  You can answer.
25      A    I mean, I would like to, but I just don't see

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Page 86**

1  myself passing it, for real.

2      Q      We talked about your prescription medicines

3  and your use of oxycodones.  I'm going to -- I don't

4  want to go back over that.  Do you know whether -- did

5  you know William Lester before December 2010?

6      A      Yes.

7      Q      You did?

8      A      Yeah.

9      Q      Did you ever know him to use drugs?

10     A      No.

11     Q      What about your cousin, Amanda Hoskins?  Did

12  she use drugs?

13     A      She has.

14     Q      Did she have a prescription for it?

15     A      I'm not for sure.

16     Q      Okay.  Do you know what it was she was using?

17     A      I'm not for -- I can't

18     Q      Have you heard the term "roxies"?

19     A      That's what I was on.

20     Q      That's what you were on?

21     A      Uh-huh.

22     Q      Do you know whether Amanda Hoskins was using

23  those, too?

24         MR. SLOSAR:  Objection to form.  Foundation.

25  You can answer.

**Page 87**

1      Q      Did you ever see her use them?

2      A      I mean --

3         MR. SLOSAR:  Same objection.  You can answer.

4      A      -- I mean, I can't for sure put my finger on

5  it and say that she was doing Lorcet to a -- a -- a

6  Roxicet or -- or whatever.  You know what I mean?

7      Q      Did you have reason to believe she was using

8  those drugs?

9         MR. SLOSAR:  Objection to form.  Calls for

10  speculation.  You can answer if you understand.

11     A      I don't understand.

12     Q      You said you couldn't put your finger on it;

13  did you suspect she was using drugs?

14         MR. SLOSAR:  Objection to form.  Foundation.

15  You can answer if you know.

16     A      I mean, I'd say she was.  You know what I

17  mean?

18     Q      So why do you say she was?

19     A      Why?

20     Q      Uh-huh.

21     A      I mean, I don't know.  I mean, I don't know.

22     Q      Do you have any information as to how often

23  she used roxies of other drugs?

24         MR. SLOSAR:  Objection to the form.  Asked and

25  answered.

**Page 88**

1      A      No.

2      Q      No?  Did you -- when you were using those

3  drugs, did you do it at Linda Taylor's house?

4      A      No, because her grandkids.

5      Q      Where would you go?

6      A      Where I didn't drive or nothing, I would go

7  down the road, you know what I mean, wherever.

8      Q      Were you using them by yourself?  Were there

9  people you would use it with?

10     A      No.  I mean, I have used it with other people,

11  but -- but, like, when I'd be at Linda's, I would

12  respect her house, you know what I mean, and grandkids.

13     Q      I understand.  Was there -- if you don't mind,

14  the Exhibit 1, the Rule 26 Disclosures --

15     A      Disclosures?

16     Q      -- yeah.  The -- it has the Exhibit 1 sticker.

17         MR. SLOSAR:  That would be the one on the

18  bottom, Jonathan.

19     Q      It -- and behind the pictures.

20     A      Behind the --

21     Q      I understand.

22     A      I wasn't sure --

23     Q      Can you just scan through there and tell me on

24  that right there whether you did drugs with anybody on

25  that list?

**Page 89**

1         MR. SLOSAR:  While he's doing that, I'm just

2  going to -- take a look through that, Jonathan --

3  put on the record that we're going to request that

4  any testimony today related to any of Mr. Taylor's

5  medical treatment, medicine use, or drug use be

6  placed into the protective order that's in place in

7  this case.  You can keep looking through that.

8      A      Kayla.

9  BY MR. WRIGHT:

10     Q      You used drugs with Kayla Mills?

11     A      Yes.

12         MR. SLOSAR:  Objection to form.  Foundation.

13     Q      Go -- you can continue on.  Kayla Mills was

14  the only one you saw on your Rule 26 Disclosures?

15     A      That I seen.

16     Q      Okay.  What about Amber Simpson's brothers?

17  Did you use drugs with them?

18     A      Well, we smoked pot and stuff together.

19     Q      What other stuff would you do with them?

20         MR. SLOSAR:  Objection to form.  Foundation.

21  You can answer.

22     A      I mean, nothing.  I mean, we were hanging out

23  in my house and then next thing I know, the door gets

24  busted in.  You know what I mean?  And then they

25  hollering manufacturing.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 90

1    Q    So you mentioned pot; were you using pot in
2    December 2010?
3    A    I mean, I don't -- pot ain't nothing, but, I
4    mean, I've smoked pot off and on for few years now.
5    Q    Okay.  And you talked earlier about oxycodone;
6    any other drugs you were using in December 2010?
7    A    (No verbal response.)
8    Q    Yes?
9    A    What was it?
10   Q    Any other drugs you were using in December
11   2010, to your memory?
12   A    Just them 30s.  I done -- I done 30s for my
13   pain, and that's why, but I mean, I'm -- I do what I do
14   now, I mean, because I'm trying to better myself.  You
15   know what I mean?  I go to counseling and everything.
16   You know what I mean?
17   Q    Did you -- was Kayla Mills a heavy drug user?
18        MR. SLOSAR:  Objection to form.  Foundation.
19   A    What's that mean?
20   Q    You can answer best you can.  Was she a heavy
21   drug user?
22        MR. SLOSAR:  Same objection.
23   A    I mean, yeah.  She used drugs.
24   Q    Did she use them regularly?
25   A    Yes.

Page 91

1    Q    Like every day?
2        MR. SLOSAR:  Objection to form.  Foundation.
3    You can answer if you know.
4    A    I mean, we was off and on.  I couldn't tell
5    you.  I don't know.
6    Q    When you were with her did she use them every
7    day?
8    A    Not every day.  No.  What, heavy, like you
9    were saying.  You know what I mean?
10   Q    Do you know whether her mother, Donna Mills,
11   used drugs?
12   A    Well, she's a RN at the hospital so I don't...
13   Q    What drugs would you do with Kayla Mills?
14        MR. SLOSAR:  Objection to form.  Foundation.
15   You can answer.
16   A    Just the 30s.
17   Q    Are those -- is that the roxies?
18   A    Yes.
19   Q    Did you ever know Kayla Mills to steal?
20   A    Not really.  No.
21   Q    Is that a --
22   A    I mean, she's -- she's talked about it.  I've
23   heard [sic] her talk about it before, but, I mean,
24   never went through with it.  You know what I'm saying?
25   So

Page 92

1    Q    Was --
2    A    She would get stoled [sic] off of.  I tell you
3    that much.
4    Q    Did she talk about having stolen from
5    somebody?
6    A    What do you mean?
7    Q    Well you say she wouldn't go through with it;
8    what do you mean?  What was she saying?  Was she talking
9    about she wanted to steal from somebody but didn't?
10   A    Like her mother with the -- with -- under --
11   under the in-ground pool, okay, say steal with it and
12   thinking they can get $7,500 out of it.  You know what I
13   mean?  Thought hard about it, but didn't go through with
14   it.  Know what I mean?  Didn't do it.
15   Q    Any other conversations you had with her about
16   stealing?
17   A    No.
18   Q    What about Amanda Hoskins.  Did you ever know
19   her to steal?
20   A    I know she got charged one time, but I really
21   don't know -- know much about it.
22   Q    When was the charge; do you remember?
23   A    Uh-uh.  I couldn't tell you.  I don't -- I
24   don't have first clue.
25   Q    Do you know what she was charged with

Page 93

1    stealing?
2    A    Jewelry, I think, wasn't it?
3    Q    Do you know who she was accused of stealing
4    from?
5        MR. SLOSAR:  Objection to form.  Calls for
6    speculation.  You can answer if you know.
7    Q    Did you ever hear?
8    A    What was it?
9    Q    Did you ever hear who she was -- stole from on
10   those charges?
11        MR. SLOSAR:  Objection to form.  Calls for
12   speculation.  You can answer if you know.
13   A    I think -- if I ain't mistaken, I think off of
14   Donna.
15   Q    You think what?
16   A    If I ain't -- if I ain't mistaken, I think it
17   was from Donna or John or somebody like that they was
18   all --
19   Q    Donna Mills?
20   A    Yes.
21   Q    And John Valdez?
22   A    Yes.
23   Q    Any other information you've heard that she's
24   stolen from others?
25   A    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 94

1    Q    I don't know much about your brother.  I know
2  he's younger than you.  Did you ever know him to steal
3  from anybody?
4    A    No.  Never.
5    Q    Has he ever been charged with any crimes?
6    A    No.  Never.
7    Q    What about William Lester?  Did you ever know
8  him to steal?
9    A    No.
10   Q    Did he ever talk about stealing?
11   A    No.  I mean, what I knowed of him that he
12 didn't -- he didn't have to steal.  I mean, he worked
13 good job and stuff like that.  You know what I mean?
14   Q    Was he working in December 2010?
15   A    I mean, ever since I've knowed him, he's
16 always worked, but I can't tell you exactly around that
17 time period.  You know what I mean?
18   Q    What was his job; do you know?
19   A    Building, like, doctors' offices on contracts
20 or something.  You know what I mean?  He goes out of
21 town, Georgia, out of state somewhere, I don't know.
22   Q    Do you remember when you met William Lester --
23 first met him?
24   A    Shoot, I can't recall.
25   Q    Did you meet him before December 2010?

Page 95

1    A    Yeah.
2    Q    You did?
3    A    Yeah.  That was my car wreck.  Yeah.  That's
4  how I remember.
5    Q    So you've known him since your car wreck in
6  2008?
7    A    Yeah.  That's how I knew that.
8    Q    Do you know where he lived in December 2010?
9    A    I think up on the highway 223, if I'm -- if
10 I'm getting it right.
11   Q    Did you ever visit his house?
12   A    Yeah.  I've been to his house.
13   Q    Were you visiting his house in December 2010?
14   A    I doubt it, because, I mean, I -- I've not
15 been there just a couple times, you know what I mean,
16 few times, so probably not.
17   Q    Did you ever talk to him on the phone?
18   A    Have I talked to him on the phone?
19   Q    Yeah.
20   A    Yes.
21   Q    You didn't have a cell phone, so whose phone
22 was it; do you remember?
23   A    It -- I was using everybody's phone.
24   Q    Did you talk to him on your brother's phone?
25   A    I can't -- I don't have -- just like I said, I

Page 96

1  don't
2    Q    Did you all talk -- did you call -- talk on
3  the phone regularly?
4    A    No.  Not regularly.  No.
5    Q    If he wanted to call you, who would he call?
6    MR. SLOSAR:  Objection to the form.  Calls for
7  speculation.
8    A    He couldn't call me.  I didn't have no phone.
9    Q    But you talked on the phone with him, right?
10   A    Yeah.
11   MR. SLOSAR:  Objection.  Asked and answered.
12   Q    Were you calling him only?
13   A    Yeah.
14   Q    He never called you?
15   A    I mean, I didn't have a phone for him to call
16 me.
17   Q    Did he -- was he friends with Jerry Smith?
18   A    Who?
19   Q    Your brother.
20   A    Yes.
21   Q    Would he call him on the phone?
22   MR. SLOSAR:  Objection to the form.
23 Foundation.
24   A    Would he call my brother on the phone?
25   Q    Yeah.

Page 97

1    A    I'm -- I'd say he has.
2    Q    Would he call your brother to talk to you?
3    A    Maybe -- maybe once or twice.  I don't know.
4  Could've been.
5    Q    Did you ever drive any of William's vehicles?
6    A    No.  Wouldn't let me.  No license.
7    Q    Well, do you know whether William Lester was -
8  - did he socialize with Kayla Mills?
9    A    To be honest with you, yeah.  I just don't
10 really think that he liked her.  Know what I mean?
11   Q    Was there any reason why you got that
12 impression?
13   A    I mean, just the way that he would put stuff,
14 you know what I mean, when he'd talk when she wasn't
15 around.  You know what I mean?  "You need to get away
16 from that.  You know what I mean?  This and that.
17   Q    Did he socialize with Kayla's mom, Donna
18 Mills?
19   A    I think so.
20   Q    Why do you think that?
21   A    They got a mad clown boys society thing, a
22 four-wheel riding group and they all go on.
23   Q    They're part of a driving group; is that what
24 you said?
25   A    Yeah.  The, like, side-by-sides, four-

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  wheelers.
2      Q    Who else is in that group?
3           MR. SLOSAR:  Objection to form.  Foundation.
4      Q    If you know.
5      A    I don't know.  I don't know.
6      Q    Do you know when they were in that group
7  together?  When that started?
8      A    I remember when it started.  It was -- first
9  time was up there.  I can't tell you when it was, but it
10 was around, like, Halloween one year, and it was at a --
11 a -- a garage, and had a four-wheeler set up with a mad
12 clown boys -- the clown faces on it.  You know what I
13 mean?  But they said that was their first party.  They
14 just opened up the -- four-wheel society place.
15     Q    Was that after 2010?  Before?  Do you have any
16 recollection?
17     A    2010 -- before.
18     Q    Before?
19     A    Before.
20     Q    Would they do that on weekends?  Do you know
21 when they did that?
22     A    Oh, they would go out here and they'd load up
23 -- that I remember, they loaded up and go just where --
24 wherever the ride was at.  You know what I mean?
25     Q    Did you know Jesse Lawson?

1      A    I don't know him, but I know who he is.
2      Q    Did you meet him before December 2010?
3           MR. SLOSAR:  Objection to form.  Foundation.
4      A    I can't tell you.  I couldn't tell you if it
5  was before or after.  Know what I mean?
6      Q    Did you ever talk to him on the phone?
7      A    No.  I -- I didn't know him like that.  You
8  know what I mean?  I just mainly knowed it was -- what
9  would it be?  It would be Will's -- not grandson.  It
10 would be Will's brother-in-law.
11     Q    Okay.  Did you ever see him at Linda Taylor's?
12     A    No.
13     Q    Ever see him at Donna Mills'?
14     A    Yes.
15     Q    Did you ever see him at William Lester's?
16     A    Yes.
17     Q    How many times you see him there?
18     A    Just, I mean, couple times that I've been
19 there.  You know what I mean?  Because his daughter
20 would stop in because they had a car lot right beside of
21 it that they running.
22     Q    Did he have his own place that he was living
23 at?
24     A    Who?
25     Q    Jesse Lawson.  Did he live with William or did

1  he live somewhere else, to your understanding?
2      A    He lived somewhere else, but I don't -- I
3  don't know.
4      Q    What about his wife?  Was that Jennifer
5  Lawson, to your understanding?
6      A    There's a Jennifer and Michelle, but I don't -
7  - I really don't -- ain't for sure which one was his.
8      Q    Did you ever talk to them on the phone?
9      A    No.
10     Q    Did you ever socialize with them?
11     A    No.
12     Q    Ever see them at Linda Taylor's house?
13     A    No.
14     Q    Ever see them at Donna Mills' house?
15     A    No.
16     Q    What about Joe King?  Did you know him before
17 December 2010?
18     A    Yes.
19     Q    Where did he live?
20     A    I don't know.
21     Q    You've never been to a home of his?
22     A    My -- yeah.  One time once before, but this
23 was years and years and years and years back.
24     Q    Well, before 2010?
25     A    Yeah.  It's been long time ago.

1      Q    Did you see him at Linda Taylor's?
2      A    I mean, he come visit the kid from time to
3  time.  I mean
4      Q    Okay.  Did you see him at William Lester's?
5      A    No.
6      Q    Did Joe King and Amanda stay at a place that
7  William Lester took care of?
8      A    I don't -- do now?
9      Q    Did they ever -- was Amanda and Joe King ever
10 living together, to your knowledge?
11     A    I -- I think they had an apartment at one time
12 together, but I don't think it lasted too, too -- too
13 long.  Know what I mean?
14     Q    Yeah.  I understand.  Was that before or after
15 2010?
16     A    This was way before 2010.
17     Q    After 2010, did you ever know whether they --
18 did you ever have any reason to believe they were living
19 together?
20     A    (No verbal response.)
21     Q    No?  No?
22     A    No.  Sorry about that.
23     Q    You're fine.  Thanks.  Michael Simpson, did
24 you know him before December 2010?
25     A    I mean, I don't care what kind of date it is,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 102

1 I never did know the guy.

2 Q You never knew -- you've never known him?

3 A I -- I just know the name.

4 Q So you don't ever recall meeting him in

5 person?

6 A Huh?

7 Q You don't ever recall meeting him in person?

8 A Yeah. One time on a jail -- on a jail van.

9 Q On what?

10 A On the jail van.

11 Q Jail van. When was that?

12 A When we was supposed to go to trial and they

13 ended up backing out on it again.

14 Q Did you talk to him?

15 A No. He talked to me.

16 Q What'd he say?

17 A He was saying that it was a bunch of BS, that

18 he was in work release at Clay County and they took him

19 out and made him come to Knox County to go to trial, and

20 then they set the trial off again for, like, the 12th

21 time, and turns around, and we was on our way back, and

22 I was in -- I was housed in Leslie County, and he was

23 just saying it was a bunch of BS. You know what I mean?

24 And I was just sitting back just looking out the window.

25 You know what I mean? Minding my own business, because

Page 103

1 I didn't -- once I found out who he was, you know what I

2 mean, then I was like, "And that -- that's that Mike

3 Simpson guy?" And they was like, "Yeah." And he just -

4 - when we got on the bus and then I was just trying to

5 do me. You know what I mean?

6 Q Did you ever talk to Jesse Lawson about

7 Katherine Mills?

8 A No.

9 Q Did you ever talk to any of William Lester's

10 daughters about Katherine Mills?

11 A I never even talked to them.

12 Q Okay. Have you ever talked to Joe King about

13 Katherine Mills?

14 A No.

15 Q Did you ever talk to Kayla Mills about

16 Katherine Mills?

17 A No.

18 Q Did you ever talk to Amber Simpson about

19 Katherine Mills?

20 A No.

21 Q What about Allen Helton? Did you know him --

22 A Uh-uh.

23 Q -- before December 2010?

24 A I don't care what date it is on that, too.

25 Don't know the guy.

Page 104

1 Q So --

2 A Know of him, but don't -- do not know him. If

3 I seen him out in the store, I couldn't tell you who he

4 was.

5 Q And I know you may have crossed paths with him

6 and not have known it, but to your knowledge, you've

7 never met him personally?

8 A No. Sure ain't.

9 Q Who would you buy -- when you were off the

10 prescription but you were still using oxycodone, who

11 would you buy those from?

12 MR. SLOSAR: Objection to form. Foundation.

13 You can answer if you remember.

14 A I mean, it's been a while. I don't know. I -

15 - I don't know.

16 Q And that was a broad time period. Maybe if I

17 specified December 2010, do you remember who you

18 would've been buying that -- those drugs from?

19 MR. SLOSAR: Same objection.

20 A No.

21 Q No? But wouldn't have been Mike Simpson,

22 because you said you didn't know him, right?

23 A Oh, yeah.

24 Q Or Allen Helton?

25 A No. Neither one of them.

Page 105

1 Q What about Bob Smith?

2 A Don't know -- I mean, I know of him, but,

3 like, if he -- like, I heard he sold stuff like that,

4 okay? If I went up there, there's no possible way. I'd

5 probably get shot or -- or -- you know what I mean?

6 You'd get run off or something like that, because he

7 don't know me from Adam and Eve. You know what I mean?

8 So that's another one.

9 Q Did you ever strike Katherine Mills?

10 A Did I what?

11 Q Did you strike her? Hit her?

12 A No.

13 Q Did you witness who did?

14 A No.

15 Q Were you ever on her property?

16 A No.

17 Q So you deny that you hit Ms. Mills, but is it

18 true you've been charged with assault before?

19 MR. SLOSAR: Objection to form. Foundation.

20 Q Have you been charged with assault?

21 A I -- yeah. I -- it's -- I mean, it's

22 nothing to do with her, but, I mean, prior with somebody

23 else, yeah, we've had -- we've had a rough time. You

24 know what I mean?

25 Q Was that Kayla Mills?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 106

```
 1     A    Yes.
 2     Q    Did you have an altercation with her?
 3     A    We both -- we both had disagreement --
 4  disagreement, and then it just got worser and worser.
 5     Q    Did you push her?
 6     A    I -- I mean, it was just -- yeah.
 7     Q    Did you hit her?
 8     A    I mean --
 9          MR. SLOSAR:  Objection to form.  Foundation.
10     A    I mean, it was wrote up.  I mean, I still got
11  a citation on it.  No visible injuries.
12     Q    Was what she said in the citation true?
13          Mr. SLOSAR:  Objection to form.  Calls for
14  speculation.
15     A    I don't -- I don't know what she said in the
16  citation because I don't have it in front of me.
17     Q    Well, what do you remember happening?
18          MR. SLOSAR:  Objection to form.  Foundation.
19     Q    You were there, right?
20          MR. SLOSAR:  Same objection.
21     Q    Yes?  Yes?
22     A    I got took to jail.
23     Q    So what happened?
24     A    I mean, it was -- I mean, it all got dropped.
25  I mean, no charges against me, against -- on assault
```

Page 107

```
 1  four --
 2     Q    I'm not asking about the charges.  I'm asking
 3  what happened.
 4          MR. SLOSAR:  Let him -- Derrick, let him
 5  finish the --
 6          MR. WRIGHT:  He didn't answer the question.
 7          MR. SLOSAR:  Okay.  Just because you don't
 8  like his answer doesn't mean that you can cut him
 9  off.  Let the witness finish answering the question,
10  and you can ask it again like you've done dozens of
11  times today, so
12     A    What was your question again?
13  BY MR. WRIGHT:
14     Q    What happened between you and Kayla Mills --
15          MR. SLOSAR:  Same objection.
16     Q    -- when you get charged with assault?
17          MR. SLOSAR:  Same objection.
18     A    I mean, they come in and charged me with
19  assault four, no visible injuries and took me to jail,
20  and then it got dropped about three days later.  We went
21  to court together.  You know what I mean?
22     Q    So that's the charges and what got dropped,
23  though.  Did you lay hands on Kayla Mills?
24          MR. SLOSAR:  Objection.  Asked and answered.
25          THE WITNESS:  Huh?
```

Page 108

```
 1          MR. SLOSAR:  You can answer.  You've already
 2  answered.
 3          MR. WRIGHT:  No.  He's not.  He's not talked
 4  of what happened.
 5          MR. SLOSAR:  He has.  The transcript is clear,
 6  Derrick.  Asked and answered.  You can answer the
 7  question.
 8     A    I mean, you said did I push her, yeah.  So I
 9  mean, you going to ask me again.
10  BY MR. WRIGHT:
11     Q    Did she fall down?
12     A    No.
13     Q    Did she bump into something?
14     A    No.  There was a -- plate throwed at me,
15  because there was cooking.  You know what I mean?  And
16  another bowl got throwed, and that was about it, and
17  then the cops was there.  They handcuffed me behind me
18  back and just throwed me to the floor, took me to jail.
19     Q    Did she call the cops?
20     A    I'm really not for sure.  I don't
21     Q    Did you call the cops?
22     A    No.
23     Q    Was this at the Jackson Manor apartments?
24     A    Yes.  It was.
25     Q    Did you have another charge of assault
```

Page 109

```
 1  involving Kayla Mills?
 2     A    Yes.
 3     Q    What happened in that episode?
 4     A    Nothing.
 5     Q    Nothing at all?
 6     A    No.  We was just drunk and running that mouth
 7  and just -- I was just trying to calm things down, and
 8  the more I talked, louder it get -- louder she'd get,
 9  and then it moved on from there.  Then the next thing I
10  know, she locks herself in the bathroom, calls the law.
11  Got hit -- got hit with a domestic and violent assault,
12  fourth degree, and it got throwed out three days later.
13     Q    You get charged with intimidating a witness?
14     A    No.  That got throwed out.
15     Q    Did you get charged with it?
16     A    Yes.
17     Q    Did you lay hands on her in that encounter?
18     A    Well, I mean, in what counter?  What you
19  talking about?
20     Q    The one where you got the -- the second time
21  you're describing where you got charged with
22  intimidating a witness?
23     A    Well, no.  The first one is, yeah, when I
24  pushed her.  You got to lay hands on her.
25     Q    All right.  You were charged with assault
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 110

1  again, right?
2     A    Yeah.
3     Q    **You said she locked herself in the bathroom,**
4  **right?**
5     A    Yeah.  She did.  She was in the bathroom when
6  the cops got there.
7     Q    **Did you lay hands on her before she got in the**
8  **bathroom?**
9     A    Nope.  Sure didn't.
10        MR. SLOSAR:  Let's take a short break.  And
11    before we go off the record, though, I'm assuming
12    just like the last deposition that you guys have
13    arranged how you're going to allocate time in light
14    of Rule 30(d)(1) in this other outline.  We can go
15    off the record.
16        MR. WRIGHT:  All right.
17        VIDEOGRAPHER:  Off the record at 12:09.
18        (OFF THE RECORD)
19        VIDEOGRAPHER:  Back on the record at 12:23.
20    BY MR. WRIGHT:
21    Q    **All right.  Mr. Taylor, we were just talking**
22    **about some prior criminal charges, and you mentioned**
23    **that you had a citation from one of your charges**
24    **involving Kayla Mills; is that right?**
25    A    That's right.

Page 111

1     Q    **I'm going to hand you a document that's**
2  **labeled PL 00091 to 93.  You can hand that to your**
3  **attorney.  I think he'd like to look at it.**
4        MR. SLOSAR:  You don't have copies of those
5     either?
6        MR. WRIGHT:  No.  Sorry.
7        MR. SLOSAR:  I mean, Derrick, with the -- at
8     our depositions, I've traveled from Chicago with
9     literally boxes of documents, so I would expect
10    that you would extend the same courtesy since
11    you're driving 45 minutes.  Just to make clear, you
12    don't have a single copy of any exhibit that you
13    intend to use today?
14    MR. WRIGHT:  No, I do, but I don't have a copy
15    of that.  I just have one copy of this citation,
16    but it's produced by you to me.
17        MR. SLOSAR:  Sure, but prior to the -- prior
18    to using this exhibit, which will be 4, you have
19    not had a copy of any other exhibit that you used
20    today, right?
21    MR. WRIGHT:  No.  I believe we had a copy of
22    the discovery and the Rule 26 Disclosures.
23        MR. SLOSAR:  Did you give it to everybody?
24    I've never -- I don't have -- I'm just making a
25    record. Move forward.  I just hope that in future

Page 112

1  depositions you'll have copies.
2  BY MR. WRIGHT:
3     Q    **All right.  Mr. Taylor, can you take a look at**
4  **that?**
5     A    Yes.
6     Q    **And keep it for a moment.  Does that appear to**
7  **be a copy of the citation that you were referring to?**
8     A    Yeah.  It looks -- looks right.
9     Q    **And in it, in the narrative portion, the**
10    **handwritten narrative portion in that box, it indicates**
11    **that "she advised he had struck her in the back of the**
12    **head, causing substantial pain"; do you see that?**
13    A    Yeah.  It says a pump knot, but at the same
14    time, okay, if you have a pump knot, then that's a
15    visible injury, so why -- I mean, it's wrote up, "No
16    visible injury."
17    Q    **Did you strike her in the back of the head?**
18    A    No.
19    Q    **No?  Okay.  Make that Exhibit 4, if you could**
20    **hand that to me.**
21        (EXHIBIT 4 MARKED FOR IDENTIFICATION)
22    A    This right here?
23    Q    **Yes.  And you indicated you were later**
24    **arrested for or charged with another incident with Kayla**
25    **Mills in 2010; is that right?**

Page 113

1     A    I'm not for sure what the date was.
2     Q    **There was a second incident, right?**
3     A    Yes.
4     Q    **PL 009211 -- I'm sorry, PL 009201 was given to**
5  **me by your attorney, and it purports to be a warrant**
6  **relating to you and Kayla Mills.  I'll let you take a**
7  **look at that.**
8     A    This here?
9        MR. SLOSAR:  Just for the record, these are
10    disclosures that were made by our law firm, not
11    something that was personally given to him.
12        MR. WRIGHT:  That's fine.  Yes.  It was
13    document production by your attorneys.  Here, I can
14    take that sticky note off.
15        MR. SLOSAR:  Is this going to be an exhibit?
16        MR. WRIGHT:  We can.  I read the Bates number.
17        MR. SLOSAR:  Again, for the record, there's no
18    copies for any counsel.  Since there are no copies
19    for anyone, I'd just ask that you would wait until
20    I open up the digital document so I can find the
21    exhibit that you showed my client.  Okay.
22    BY MR. WRIGHT:
23    Q    **Do you recognize that document, Mr. Taylor?**
24    A    No.  Is this -- is this when they charged me
25    the second time.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 114

1    Q    It's the warrant for the second time.  Do you
2  recognize -- have you seen that before?
3    A    I don't think I have.
4    Q    It says in the narrative portion on the bottom
5  of that first page that "the defendant kept Kayla Mills
6  against her will and beat Kayla in her eyes with his
7  fists"; do you see that?
8    A    Uh-huh.  I read it.
9    Q    Is that true?
10    A    Uh-uh.
11    Q    No?  It goes on to say that you "used his
12  hands to open her mouth with force and cause injury to
13  Kayla Mills"; do you see that?
14    A    No.  I'm lost there, but I hear what you said,
15  though.
16    Q    Is that true?
17    A    No.  That's -- that's crazy.  Open -- open her
18  mouth.
19    Q    It then says that "the defendant," which would
20  be referring to you, "also called Kayla Mills and
21  threatened her."  Did you call her and threaten her?
22    A    No.  That's -- and that's where that
23  intimidating a witness come from, wasn't it?
24    Q    I don't know, but you say that's not true?
25    A    Yeah.  It's not true.

Page 115

1    Q    Make that Exhibit 5.
2         (EXHIBIT 5 MARKED FOR IDENTIFICATION)
3    A    From the get-go, I knew it was going to be
4  dropped.
5    Q    Did you ever steal from Katherine Mills?
6    A    Who?  Me?
7    Q    Yes.
8    A    I did not know Katherine Mills.
9    Q    Didn't know her?  Did you receive any of the
10  money that was stolen from Katherine Mills?
11    A    No.
12    Q    Have you stolen before?
13    A    Have I?
14    Q    Yes.
15    A    I hate to say it, but Yeah.  I have.
16    Q    Okay.  Have you -- is it true that you
17  committed burglary within ten days of this -- of
18  December 20, 2010 when Katherine Mills was found dead?
19         MR. SLOSAR:  Objection to form.  Compound
20    question.  You can answer if you know.
21    A    Ten -- ten days.
22    Q    Did you steal from a -- do you know who
23  William Billing is?
24    A    (No verbal response.)
25    Q    You don't know?

Page 116

1    A    No.
2    Q    Did you steal items from William Billing on
3  December 11, 2010?
4    A    No.  I don't know William Billings.
5    Q    In August of 2011, did you plead guilty to the
6  charge of burglary in the third degree?
7    A    Yeah.  It was -- they tried to start it out as
8  a second and then they dropped it down to the third, and
9  that was my first -- first charge.
10    Q    And that was a burglary charge, right?  You
11  plead guilty in August 2011, but the crime was committed
12  before then, right?
13         MR. SLOSAR:  Objection to the form.  Calls for
14    speculation.
15    Q    Did you commit burglary?  You plead guilty,
16  right?
17    A    Yeah.  I mean, I went to --
18         MR. SLOSAR:  Objection to the form.
19    A    I went to -- I went to court over it and
20  stuff.
21    Q    Who did you commit burglary against?
22         MR. SLOSAR:  Objection to form.  You can
23    answer.
24    A    What'd you say that guy's name was?
25    Q    William Billing.

Page 117

1    A    No.  Charlie Billings.
2    Q    Did you enter into his home?
3    A    I mean, I got my five years, and I done done
4  my five years, but they -- they put me out on -- or,
5  yeah, probation on it, and that was what they give me.
6  They dropped it down, but Yeah.  There was no forced
7  entry.  There was nothing.
8    Q    But you did enter his home?
9    A    Yeah.  I mean, but I was told to come down
10  there the next morning, and my money was supposed to
11  been there and it wasn't.
12    Q    What did you take from him at home?
13    A    I didn't take nothing.  I got stripped by him
14  and the cop before I even got out.  I wasn't let out of
15  sight or nothing.  I stayed right there, and he had me
16  with gunpoint until the cops got there, and then they
17  both stripped me all the way down.  Didn't have nothing,
18  cigarettes, lighter, and my wallet.
19    Q    So you were apprehended before you left his
20  home --
21    A    What?
22    Q    -- is that what you're saying?
23    A    What do you mean?
24    Q    You went into his home to collect money; is
25  that your testimony?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 118

```
 1    A    Yeah.  I mean, he told me the night before,
 2 before he goes to work, that if I needed it, you'd
 3 better catch him before he goes to work.  Know what I
 4 mean?
 5    Q    Do you know what night that was?
 6    A    Don't have a clue.
 7    Q    Was it December 2010?
 8    MR. SLOSAR:  Objection to form.  Calls for
 9 speculation.
10    A    I don't know.
11    Q    You don't know?
12    A    No.
13    Q    And your testimony is you went into his home,
14 but before you got out, law enforcement had already
15 arrived?
16    A    No.  He arrived.
17    Q    He arrived?
18    A    Yes.
19    Q    Did he call law enforcement?
20    A    Yes.
21    Q    And did they end up charging you that day?
22    A    Yes.
23    Q    Who arrested you?  Do you remember what --
24    A    No.  I mean, it was the county, but I just
25 don't remember who it was.
```

Page 119

```
 1    Q    And that's what I was getting at.  So it's the
 2 -- was this in Bell County or Knox County?
 3    A    Bell County.
 4    Q    Any other instances of stealing?
 5    A    I mean, one time up there, but, I mean, they
 6 treated me -- they treated me wrong, but that -- I --
 7 that still don't give me a right to do what I done.  You
 8 know what I mean?  But my mammaw and papaw owns a -- a
 9 store, and just see money laying around, whatever.
10 They'd forget about it.  You know what I mean?  It
11 happens all the time.  And I would just -- like, they'd
12 take clothes off, go to the wash room.  You know what I
13 mean?  They wore out from doing the store all day.  Then
14 they'd have money.  You know what I mean?  Time to go
15 wash the clothes.  And instead of returning it, I'd just
16 -- just stick it in my pocket.  I ain't going to lie.
17    Q    Was that cash or was that goods; what did you
18 say?
19    A    Cash.
20    Q    Okay.  And that was from --
21    A    That way in -- way back in the day.  It
22 was a long time ago.
23    Q    Okay.  So were you under 18?
24    A    Yeah.
25    Q    All right.  And did you say that was your
```

Page 120

```
 1 grandparents' store?
 2    A    Yes.
 3    Q    Okay.  Have you ever been charged with
 4 attempted robbery, theft?
 5    A    No.
 6    Q    Never?
 7    A    No.
 8    Q    Those are the only two instances of stealing
 9 that you can remember that you've been involved in?
10    A    Yeah.
11    Q    On the Charlie Billing, do you know whether
12 you were ordered to pay restitution to him?
13    A    Yeah.  My restitution was paid.
14    Q    If you didn't get out of his house, what were
15 you paying restitution for?
16    A    He thought -- he -- he was hollering that
17 there was something gone, but they stripped me right
18 there, him and the law did, because he held me at
19 gunpoint until the law got there.  He wouldn't let me
20 move.  So I mean, how -- if I stole something, how can I
21 get rid of it real quick before the cops got there --
22    Q    Okay.  You --
23    A    -- before they stripped me?  You know what I'm
24 saying?
25    Q    Do you have any memory of what it was you were
```

Page 121

```
 1 alleged to have taken?
 2    A    If I ain't mistaken, it was an iPod or iPad or
 3 something like that.  He was hollering, but it was 200
 4 or 250 on the restitution, and it's been paid.
 5    Q    Did you know that Katherine Mills had a sum of
 6 money before she was found dead on December 20, 2010?
 7    A    Uh-uh.
 8    Q    William Lester hadn't told that to you?
 9    A    No.
10    Q    Had Amanda Hoskins told that to you?
11    A    No.
12    Q    Did Amanda tell you that she had known about
13 the money after the robbery had occurred?
14    A    No.
15    Q    What about Lester?  Did he tell you that he
16 knew about the money before she was found dead?
17    A    Nobody told me, period, about any of that
18 stuff.
19    Q    Did you hear from anybody that she had any
20 money?
21    A    No.  Not until it started coming out on the
22 news and stuff.  Like, that she ended up passing away.
23 Right before she ended up passing away, that she was
24 supposed to have sold some logs.  There was a rumor that
25 was going around.  You know what I mean?  And that's the
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 122

1 first time I heard of it. But before then, no. Never.
2    Q    So you heard about it on the news after it
3 happened; is that your testimony?
4    A    Yeah. I seen on the news.
5    Q    And now I think you also referenced rumors; is
6 that right?
7        MR. SLOSAR: Objection to the form. Misstates
8        his testimony.
9    Q    Did you say you'd heard rumors about what had
10 happened?
11        MR. SLOSAR: You can answer if you understand
12        his question.
13    A    What is it now?
14    Q    Did you hear rumors about what had happened to
15 Katherine Mills after it happened?
16    A    No. I just heard she was passed away andYou
17 know what I mean?
18    Q    What do you remember hearing --
19    A    I mean, it was on the news.
20    Q    What do you remember hearing on the news?
21    A    I can't -- it's hard -- it's hard to recall,
22 man. I mean, it's -- it's...
23    Q    Okay. That's fine if you don't remember. Do
24 you remember how long afterwards that you heard about it
25 on the news? Was it the next day, that night, weeks

Page 123

1 later?
2    A    I think it was the -- late that night. You
3 know what I mean? Really late that night. 11:00 I
4 think is when it comes on or something like that.
5    Q    So she was found dead on December 20th. Do
6 you remember where you were at on December 19th?
7        MR. SLOSAR: Objection to form. Foundation.
8    A    I mean, it's hard to -- I mean, it's been a
9 long time, man. You know what I mean? I -- it's hard
10 to answer that.
11    Q    So you don't know -- the day before she was
12 found dead on December 20, 2010, you don't know where
13 you were at that day? You don't remember?
14        MR. SLOSAR: Well, can you rephrase your
15        question? It's unclear as to whether you're
16        talking about the day before or the day of.
17 BY MR. WRIGHT:
18    Q    The day before she was found dead, on December
19 19, 2010, that's the day she was found -- the day she
20 was found dead was December 20th, so the day before was
21 December 19th. On December 19th, do you have a memory
22 of what you did that day?
23    A    No. I mean, we -- we was prepping for my
24 birthday around that time, because I got a birthday on
25 the 21st. You know what I mean? Doing it with my

Page 124

1 family.
2    Q    Do you remember anybody you saw on the 19th?
3    A    What do you mean saw?
4    Q    Did anybody see you on the 19th that you
5 remember?
6    A    My aunt, Linda.
7    Q    Do you remember going to bed that night at
8 Linda's house?
9    A    I can't recall, but yeah, probably.
10    Q    You can't recall if you slept there or not?
11    A    I mean, yeah. I was staying around around
12 that time. You know what I mean? But I mean
13    Q    So Linda. Anybody else you think saw you on -
14 -
15    A    My brother.
16    Q    Jerry Smith?
17    A    Yes.
18    Q    Anybody else?
19    A    That was it. This -- this household, you know
20 what I mean, besides the grandkids.
21    Q    I believe the 20th, the day she was found
22 dead, was a Monday, so December 19th would've been a
23 Sunday.
24    A    Uh-huh.
25    Q    Do you remember doing any activities that day?

Page 125

1    A    It's just hard to recall. I mean --
2    Q    Do you go --
3    A    -- it was so long.
4    Q    Do you go to church?
5    A    I have been to church, but no, I don't go to
6 church right now.
7    Q    Were you going to church December 2010?
8    A    I really don't think I was.
9    Q    Do you remember where you woke up on December
10 20, 2010?
11    A    At my aunt's house.
12    Q    You were at Amanda's house?
13    A    My aunt's house.
14    Q    Your aunt's house. I'm sorry. Linda Taylor?
15    A    Yeah.
16    Q    Do you remember what time you got up?
17    A    No. I have no clue.
18    Q    Was it in the morning?
19    A    I'm guessing. Don't you wake up in the
20 morning?
21    Q    I don't -- maybe you sleep to noon. I don't
22 know what your sleeping habits are.
23    A    I mean, you go to sleep at nighttime. Don't
24 everybody in here wake up in the morning?
25    Q    I just want to know when you woke up.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 126

1    A    Well, I don't know, because that's been
2 daggone years and years and years ago.
3    Q    **Haven't you thought a lot about that day?**
4    A    What do you mean?
5         MR. SLOSAR:  Objection to form.  Irrelevant.
6         Do you have a --
7    Q    **Haven't you wracked your brain about what you**
8 **were doing on December 20, 2010?**
9    A    I really didn't have to, because none of this
10 got -- really ain't got nothing to do with me.  I
11 shouldn't even have to be going through none of this
12 bullshit right here, for real.
13   Q    **Well, haven't you filed this lawsuit?**
14   A    Yes.  I have.
15   Q    **So isn't it true then you do have to go**
16 **through this, right?**
17   A    Oh, I understand that.
18        MR. SLOSAR:  Objection to form.  Do you have
19        relevant questions?
20        MR. WRIGHT:  These are relevant questions.
21 BY MR. WRIGHT:
22   Q    **You don't remember what time you woke up on**
23 **December 20, 2010, do you?**
24        MR. SLOSAR:  Objection to form.  Asked and
25        answered.  You can answer the question, Jonathan.

Page 127

1    A    I mean, I really don't know.
2         MR. SLOSAR:  He doesn't know.  There's your
3         answer.
4    Q    **Do you remember seeing anybody that morning?**
5    A    Yeah.  My brother.  I mean, the household that
6 lives there.
7    Q    **Did you see your cousin, Amanda?**
8    A    I think she was there.  I think she was.
9 Daggone.  Look how long we're talking, though.  You know
10 what I mean?
11   Q    **What's that?**
12   A    I said, "Look how long we're talking, though."
13 Look how many years ago, and look at all the stuff I've
14 been through and been put through.
15   Q    **I understand.  I would just think that you**
16 **would be thinking a lot about what you were doing that**
17 **day.**
18        MR. SLOSAR:  Counselor, do you have a
19        question?  That's not a question.  It's an
20        argument, perjury.
21   Q    **Have you thought about what you were doing on**
22 **that day?**
23        MR. SLOSAR:  Objection to form.  Asked and
24        answered.  Jonathan, you can answer.  You've
25        answered it before.  You can answer it.

Page 128

1         THE WITNESS:  Huh?
2         MR. SLOSAR:  You can answer his question.
3    A    What was you saying?  Excuse me.  Sorry.
4 BY MR. WRIGHT:
5    Q    **Have you thought about what you were doing on**
6 **December 20, 2010?**
7         MR. SLOSAR:  Objection to form.  Asked and
8         answered.  Jonathan, you can answer the question.
9    A    Yeah.  I mean, I have thought about it.  You
10 know what I mean?  I mean, I'm in jail five years flat.
11 You know what I mean?
12   Q    **And over the time that you've thought about**
13 **it, you can't -- who do you remember seeing that**
14 **morning?**
15        MR. SLOSAR:  Aside from what he's testified to
16        already?  He's given you some names of people he
17        saw.
18        THE WITNESS:  Huh?
19        MR. SLOSAR:  You can answer his question.
20        Who'd you see that morning?
21   A    I'm pretty sure, I mean -- I mean, it was me.
22 It was my brother.  It was my aunt, the grandkids, and
23 Amanda, I think.
24 BY MR. WRIGHT:
25   Q    **Did you see William Lester that day?**

Page 129

1    A    No.
2    Q    **Do you remember what time of the day you saw**
3 **Amanda Hoskins on December 20, 2010?**
4    A    Whatever time it was when I woke up, but I'm
5 not for sure what time I woke up.
6    Q    **Was she there the whole day?**
7    A    I don't -- I don't recall.
8    Q    **Were you there the whole day?**
9    A    I really don't recall, for real.
10   Q    **Do you ever remember leaving the house?**
11   A    Like I said, I don't recall.
12   Q    **Did anybody come to the house?  I know that**
13 **you said you think you saw people who lived there; do**
14 **you recall anybody coming to the house who didn't live**
15 **there to visit that day, December 20, 2010?**
16   A    I saw people there.
17   Q    **At Linda Taylor's home?**
18   A    Yeah.
19   Q    **Who'd you see?**
20   A    The ones I named off.
21   Q    **And that was Amanda, the grandkids, Jerry**
22 **Smith, and Linda Taylor, right?**
23   A    Yeah.
24   Q    **So my question was: do you recall anybody who**
25 **didn't live there coming by that day?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 130

1    A    No.  No.

2    Q    Did you see Kayla Mills that day?

3    A    No.

4    Q    And you can't remember ever leaving the house

5  --

6    A    No.  We split up around that time.  That's

7  when she was with Derrick.

8    Q    And your testimony is you can't remember ever

9  leaving the home that day?

10    A    I mean, I say I did, go get bacco or whatever

11  I needed.  You know what I mean?  Go get a can of Skoal

12  down there at Tennessee right beside of me or something,

13  but I didn't have no car.  You know what I mean?  I

14  mean, it's hard.  I mean, where am I going to go?  My

15  Nikes ain't going to take me too far.

16    Q    I'm just asking if you remember doing any of

17  that.

18    A    Well, I mean, like I told you

19    Q    Let's talk about the people who were there.

20  Did Amanda Hoskins ever leave that day -- leave the

21  house?

22    A    I don't -- I don't recall, man.  I don't -- I

23  don't know.

24    Q    Did Linda Taylor ever leave the house?

25    A    What day would that would've been on?

Page 131

1    Q    December 20, 2010?

2    A    I mean, what day?

3    Q    What day?

4    A    Yeah.

5    Q    December 20, 2010, the day that Katherine

6  Mills was found dead.

7    A    What day was that?  Does anybody know,

8  because, I mean, she worked, like, six days a week, so

9  she could've been at work or something.

10    Q    I believe it was a Monday.

11    A    A Monday?

12    Q    Uh-huh.

13    A    So she -- she could've been at work.  You know

14  what I mean?  Went to work that day.

15    Q    Where did she work?

16    A    The Appalachian Children's Home.

17    Q    Do you know did she have regular hours?

18         MR. SLOSAR:  Objection to form.  Calls for

19  speculation.  You can answer if you know.

20    A    I really don't -- I really don't know.

21    Q    You don't remember whether she left at a

22  regular time of the morning to go into work?

23         MR. SLOSAR:  Same objection.

24    A    I don't know.

25    Q    Do you know when she would get home from work?

Page 132

1    A    Yeah.  It'd be in the evening time.

2    Q    But you don't know when she would leave?

3    A    No, because sometimes she would be gone time I

4  wake up, sometimes.  You know what I mean?  And

5  sometimes she might be there when I woke up, and then

6  she would head out.  Know what I mean?  But I can't

7  recall what time it was when she headed out.  Know what

8  I mean?  I don't know how long we're talking.

9    Q    What about Jerry Smith?  Did he leave the

10  house that day?

11    A    He don't leave the house.

12    Q    Is there any -- does he have, like, any

13  condition or something that would make him not want to

14  go out in public of is that just his habit?

15    A    He's just set in his ways.  You know what I

16  mean?

17    Q    Okay.  Does he have any friends?

18    A    He's got -- he's got a few.  Yeah.

19    Q    How does he make friends with people if he

20  doesn't get out?

21    A    Church.

22    Q    So he does get out to church?

23    A    Yeah.

24    Q    Anywhere else he gets out to?

25    A    I mean, he drives now.  You know what I mean?

Page 133

1  But

2    Q    How about in December 2010?  Did he get out to

3  church back then?

4    A    Yeah.  He went to church.  He's always went to

5  church.

6    Q    What about Amanda's kids?  Did they go to

7  school?

8    A    Did they go to school?

9    Q    Yeah.

10    A    Yeah.  They go to school.

11    Q    Were they going to school in December 2010?

12    A    Guessing so.

13    Q    Do you know how old they were?

14    A    I mean, not right off of my head I don't.

15         MR. SLOSAR:  Derrick, when you get to a

16  natural resting place, maybe we can take a break.

17         MR. WRIGHT:  We might be there.  We can do

18  that now.

19         MR. SLOSAR:  Again, I'm just going to make my

20  record real quick.  I would strongly urge you-all

21  to allocate your time so that you can ask questions

22  on behalf of your clients, because we'll be

23  probably less than seven hours.  Go off the record.

24         VIDEOGRAPHER:  Off the record at 12:55.

25         (OFF THE RECORD)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 134

1    VIDEOGRAPHER: Back on the record at 1:57.
2  BY MR. WRIGHT:
3    Q    All right, Mr. Taylor. We're back on the
4  record. Do you recall when you heard about or heard the
5  news that Katherine Mills had been found dead?
6    A    Excuse me. Like when?
7    Q    When, yes.
8    A    That -- that night -- late that night or the
9  next day or something. I -- I can't really remember but
10 it's somewhere in that ballpark.
11   Q    Pretty close in time to when it happened?
12   A    Yeah.
13   Q    And do you remember if you heard that on TV,
14 radio --
15   A    On TV. It was on Mountain News.
16   Q    And then the day following would've been
17 December 21; do you have any recollection of where you
18 were at that day?
19   A    That was my birthday and I -- they was -- my
20 aunt -- my aunt and them was going to go get me some
21 stuff that I like. You know what I mean? But it was
22 just going to be simple. It wasn't going to be no get-
23 together or nothing like that. Know what I mean? But
24 it was all simple, so
25   Q    Did you have a party that day?

Page 135

1    A    No.
2    Q    Did people come visit you that day?
3    A    No. It was just family members.
4    Q    Was it at Linda's house?
5    A    Yeah. Just probably two, three, family
6  members.
7    Q    Did you go anywhere else that day?
8    A    I think I went with a friend out in his car
9  that day.
10   Q    Okay. Do you remember what you all did?
11   A    I don't really remember. I think he was
12 wanting me to go to E-town with him.
13   Q    When you heard the news, do you remember any -
14 - either the 20th or the 21st, do you remember any
15 details that you are aware of that were reported?
16   A    What -- on the news?
17   Q    Yeah.
18   A    I just remember the news.
19   Q    Okay. Did they say whether money had been
20 stolen?
21   A    I don't --
22        MR. SLOSAR: Objection to form. Asked and
23 answered. You can answer if you understand.
24   A    I don't.
25   Q    Okay. Do you remember ever seeing a sketch of

Page 136

1  a suspect?
2    A    Yeah. When York showed it to me.
3    Q    Is that the only time you -- is that the first
4  time you saw it?
5    A    Yeah. He -- and he showed me ten, 12 pictures
6  lying out on the table, when I got brought in for
7  questioning.
8    Q    Okay. And I'll get to that in a minute. I
9  think that was probably in 2011, several weeks after
10 this happened, right?
11   A    Yeah. Beginning of '11.
12   Q    Yeah. So you didn't see a sketch on the news,
13 to your memory?
14   A    I can't
15   Q    Did you ever see a sketch later on?
16   A    Yeah. I seen a sketch.
17   Q    On the news? I'm sorry.
18        MR. SLOSAR: Objection to form. Foundation.
19 You can answer, Jonathan.
20   A    I'm not for sure for sure.
21   Q    Did you ever tell Amber Simpson that the
22 sketch kind of looked like you?
23   A    No. No, but, I mean, I -- the neighbors knew
24 that they brought me in to question me and they
25 automatically started accusing me of that I done it,

Page 137

1  because I was brought in and questioned.
2    Q    Did you think the sketch looked like you?
3    A    No.
4        MR. SLOSAR: Objection to form. Asked and
5  answered. You can --
6        THE WITNESS: Answer?
7        MR. SLOSAR: -- answer. I think you already
8  did.
9    Q    No?
10   A    No.
11   Q    No. You didn't think so, huh? Was it ever
12 reported on the news that law enforcement were looking
13 for a blue car? Did you ever hear that?
14        MR. SLOSAR: Objection to form. Asked and
15 answered. He's --
16        MR. WRIGHT: I never have asked whether he --
17 about a blue car.
18        MR. SLOSAR: But he's testified that he
19 doesn't recall what was on the news, so I think
20 that covers these types of questions. You can
21 answer it to the extent you know. You can answer
22 it, Jonathan.
23   A    What was it now that --
24 BY MR. WRIGHT:
25   Q    The question was -- and he can repeat his

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 138

1  objection.  The question was: do you remember hearing
2  reported on the news that police were looking for a blue
3  car in connection with the Katherine Mills murder?
4       MR. SLOSAR:  Same objection.
5       A    Yeah.  Well, I -- I think -- I -- I think I do
6  remember something about the blue car.  They tried to go
7  up to children's home, get it.  You know what I mean?
8  And they got proved wrong right there because it -- they
9  was getting it filled up.  You know what I mean?
10      MR. SLOSAR:  So, Jonathan, he's asking you a
11      little bit different question, okay?  He's just
12      asking what you saw on the news, not what happened
13      later in the investigation.
14 BY MR. WRIGHT:
15      Q    Oh, well, that's okay.  Let's -- did you hear
16 that on the news about the blue car?
17      A    I think so.
18      Q    Okay.  Did you hear it from anywhere else --
19 rumors, word of mouth?
20      A    No.  No.
21      Q    So the only information you had that police
22 were looking for a blue car was from the news?
23      A    Yeah.
24      Q    And do you remember how far in time after
25 December 20, 2010 you heard that?

Page 139

1       A    Come again?  What was it?
2       Q    Yeah.  She was found dead on December 20,
3  2010; did you hear that police were looking for a blue
4  car later on or close in time to the -- when she was
5  found dead?
6       MR. SLOSAR:  Objection to form.  Foundation.
7       You can answer if you understand or you know.
8       A    I really don't know.
9       Q    You don't know when that news came across or
10 came to your attention?
11      A    (No verbal response.)
12      Q    No?
13      A    I mean, I remember watching the news and
14 stuff, but
15      Q    Okay.  Did you ever talk to anybody that Kayla
16 Mills had a blue car?
17      A    No.
18      Q    Did you ever tell Kayla Mills that you left
19 one laying?
20      A    Left what?
21      Q    Left one laying?
22      A    What is that?
23      Q    I believe she was implying that you left one
24 laying dead; did you ever say anything like that to
25 Kayla Mills?

Page 140

1       THE WITNESS:  What is he saying?
2       MR. SLOSAR:  Can you -- objection to form.  Can
3       you just ask it a different way?
4  BY MR. WRIGHT:
5       Q    Sure.  Kayla Mills gave a statement to
6  Detective York that she heard you say you had left one
7  laying.
8       A    One what?
9       Q    I don't know.  Do you know?  Did you ever say
10 that to her?
11      A    No.  Because I don't even know what you're
12 talking about.
13      Q    Okay.  Did you -- she said that you spoke to
14 William Lester and that he was worried about law
15 enforcement talking to the drug dealers; did you talk to
16 William Lester about that?
17      A    No.
18      Q    Did you talk to William Lester at all about
19 the investigation?
20      A    No.
21      Q    Isn't it true that after Katherine Mills was
22 found dead, her car was stored behind a camper at the
23 home of John Valdez?
24      MR. SLOSAR:  Objection to form.  Calls for
25      speculation.  Wait.  Who's "her"?  Can you rephrase

Page 141

1  that?
2       MR. WRIGHT:    Sure.
3  BY MR. WRIGHT:
4       Q    Kayla Mills -- isn't it true that after
5  Katherine Mills was found dead, Kayla Mills' car was
6  stored behind a camper at the home of John Valdez?
7       MR. SLOSAR:  Objection to the form.  Calls for
8       speculation.  You can answer if you know.
9       Q    Do you have any knowledge of that?
10      A    I heard one time that -- when we was going to
11 go to trial, that --
12      MR. SLOSAR:  Well -- sorry.  I -- so if you
13      learned this information from any of your attorneys
14      or the investigators on your team, you shouldn't
15      repeat it, so I don't know if you did or not, but
16      if that's where you heard about whatever you're
17      going to say, you shouldn't -- I'm instructing you
18      not to say that.
19      THE WITNESS:  Right.
20      MR. SLOSAR:  And he's not trying to get that
21      out of you.  I know that, okay?  So if you know the
22      answer to his question outside of that -- of your
23      attorneys, your investigators, you can answer it.
24      A    I mean, it wasn't -- I mean, I wasn't around
25 or anything like that, but I did hear that the -- John

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 142

1  Valdez did say that that car was tore up and it couldn't
2  be moved.  It couldn't get out from a camper or nothing
3  like that.
4  BY MR. WRIGHT:
5      Q    You don't know where you heard that from?
6      A    (No verbal response.)
7      Q    Did you hear it from him directly?  John
8  Valdez?
9      A    No.  Me and him don't get along.
10     Q    Never -- have you spoken to him before?
11     A    Yes.
12     Q    How come you don't get along with him?
13     A    He just don't like me.
14     Q    And do you know why?
15     A    I guess, at the time, drugs.
16     Q    Do you know where he lives or lived in 2010?
17     A    I'm thinking with Donna.
18     Q    He lived with Donna?
19     A    I'm thinking so --
20     Q    Do you know whether --
21     A    -- if I'm right.
22     Q    Do you know whether he had his own home
23 somewhere?
24     A    No.  I don't think so.
25     Q    Do you know an individual by the name -- I

Page 143

1  think he goes by Mickey Bruner?
2      A    Uh-uh.
3           MR. SLOSAR:  He -- I think you're referring to
4  Mikey Bruner.
5      Q    Mikey.  I'm sorry, Mikey Bruner.
6      A    Oh, Mikey Bruner?  No.  I mean, I -- yeah.  I
7  mean, I know -- know of him.
8      Q    Thank you.  So how do you know Mikey Bruner?
9      A    Through his cousin, but I really don't know
10 Mikey Bruner.
11     Q    Okay.  Who's his cousin that you know?
12     A    Little Jack Davis, which would be his cousin.
13     Q    Did you ever talk to Mr. Bruner about the --
14 about Katherine Mills?
15     A    No.  I would talk with Jack and Mikey would be
16 with Jack.
17     Q    Did you ever talk with Jack about --
18     A    No.
19     Q    -- Katherine Mills?
20     A    Nope.
21     Q    Did you ever tell Amber Simpson that William
22 Lester had planned the robbery of Katherine Mills?
23     A    No.
24     Q    Did you ever tell Amber Simpson that Kayla
25 Mills was the lookout?

Page 144

1      A    I never told Amber Simpson nothing.  There was
2  nothing to tell.
3      Q    You never told her that you hit Ms. Mills in
4  the head with a hammer?
5      A    No.
6      Q    You never told her that you had to hit her
7  again?
8      A    No.  I never told her nothing.  Why -- I just
9  couldn't make up something like that by myself.
10     Q    Did you ever call Amber Simpson or her family?
11     A    No.  I talked to her brothers and her daddy.
12 That's all I would talk to.
13          MR. SLOSAR:  Hey, JT, just try to sit up a
14     little bit.
15          THE WITNESS:  Huh?
16          MR. SLOSAR:  The -- you're -- the mic is not -
17     - when you lean over the -- she's having a hard
18     time hearing.  You're good.  There you go.
19 BY MR. WRIGHT:
20     Q    So let me talk about your interactions with
21 Detective York; when was the first time that you
22 interacted with him, to your memory?
23     A    Like me and him, like, speaking or running
24 into each other?
25     Q    Right.

Page 145

1      A    When they took me in for questioning at
2  Barbourville Police Department.
3      Q    Okay.  Do you know when that was?
4      A    I mean, I --
5      Q    Would February 2011 sound about right?
6      A    Yeah.  It was in '11.
7      Q    So then --
8      A    But I'm not for sure, like, February, whatever
9  you said.  You know what I mean?  I really am not for
10 sure.
11     Q    Is it true that you didn't see him until you
12 got to the police department at Barbourville?
13     A    No.  We all -- they followed us.  We was all
14 together.  They put me and her in Pickard's SUV and then
15 there was, like, three states behind us.  There was,
16 like, another cop car in front of us and we all headed
17 towards town.
18     Q    And you said, "They put me and her"; who's the
19 "her" you're referring to?
20     A    Me and my cousin.
21     Q    Amanda?
22     A    Yes.
23     Q    Where did they pick you up at?
24     A    At Linda's.
25     Q    At Linda's?  Do you remember why they picked

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 146

1  you up?
2      A    I had traffic violations out of Bell County
3  that I failed to pay the fines on it, and it -- just of
4  $300, and that's why they picked me up to bring me in
5  for questioning.
6      Q    Okay.  Do you remember which agency -- were
7  you in handcuffs when you went to the police department?
8      A    I can't -- I can't remember.
9      Q    Did you say you rode together or were in
10 separate vehicles?
11     A    No.  We rode together.
12     Q    Do you remember what -- was it a sheriff's car
13 or a city police, state trooper?
14     A    No.  It was John Pickard's SUV.
15     Q    Okay.  Did John Pickard take you to the car
16 and -- who was it who initiated the arrest?  Was it John
17 Pickard?
18     A    Like, signed off on it or whatever?
19     Q    Yeah.  When they came to Linda, who approached
20 you?
21     A    York, Pickard, a -- a black -- a black cop
22 that's the state.  I don't know his name.  And like
23 three more.
24     Q    What time of day was it; do you remember?
25     A    No.  I don't.

Page 147

1      Q    Well, was it daytime, nighttime?
2      A    Yeah.  It was daytime.
3      Q    And you remember Detective York being there?
4      A    Yes.
5      Q    Okay.  And then, you were in Sheriff Pickard's
6  vehicle with your cousin and he transported you straight
7  to the Barbourville Police department?
8      A    Yes.
9      Q    What happens at the police department?
10     A    They sent her on to jail to Knox County, then
11 they told me to step out, and all them -- it was Mike
12 Broughton, John Pickard, and Jason York -- took me into
13 the Barbourville Police Department and was questioned.
14 And we went to walk in the back room and he told Pickard
15 to hold me out.  He went in just for a second, Mr. York
16 did, and I don't know what he done or whatever, but just
17 took a second and then he opened the door back up and
18 was like, "Come on in."  So I figured it was -- he set
19 his audio up, but
20     Q    So they -- Detective York and Sheriff Pickard
21 were in an -- some sort of room?
22     A    There was me, him -- there was me, York,
23 Pickard, and Mike Broughton in the same room together.
24     Q    Okay.  And I think you said there was a time
25 where you were separated from them?  They were in the

Page 148

1  room by themselves; is that what you said?
2      A    No.  He -- he left me -- he -- he put about
3  ten, 12 pictures out of the crime scene of something
4  that, I mean, I've never seen in my life.  You know what
5  I mean?  And it was awful and laid them pictures out in
6  front of me, and it was about ten, 12 pictures on this
7  big table.  And he said, "You see in if -- in that
8  corner of that wall right there?"  And it was a camera.
9  He said, "We're going to walk out," and he said, "And
10 we'll be in the next room watching you."  And he said,
11 "You better not take your face off of them pictures
12 you're looking at them."  And then he said, "Then just
13 see what you've done, realize what you've done.  And
14 when I come back in here, you better tell me."  You know
15 what I mean?  Then I got left in there for a little bit.
16     Q    And is it true that when he came back in, you
17 told him you didn't know anything?
18     A    Yeah.  I didn't -- I didn't know nothing.
19     Q    And is that all you told him?
20     A    Yeah.  Then he -- he walked out, and then I
21 talked to Pickard, and then he walked out, and then I
22 talked to Broughton, like, one-on-one.  Know what I'm
23 saying?
24     Q    Yeah.
25     A    But when it first started it was all four of

Page 149

1  us.
2      Q    So Detective York leaves some crime scene
3  pictures for you to look at for a time by yourself; is
4  that what you're saying?
5      A    Yes.
6      Q    And then he comes back in.  You indicate that
7  you don't know anything, right?
8      A    Yes.
9      Q    And there was no further questioning; is that
10 right, by Detective York?
11     A    I mean, he could've -- he could've talked to
12 me a little bit.  You know what I mean?  But I can't --
13 I can't remember.  You know what I mean?
14     Q    Nothing stands out?
15     A    Nothing stands out to me.
16     Q    And to your memory, you spoke separately then
17 with Sheriff Pickard and Detective Broughton?
18     A    Yeah.
19     Q    And was it in that order, Pickard then
20 Broughton?
21     A    And now, I ain't for sure about that, now,
22 about the order.  You know what I mean?
23     Q    Do you remember whether Detective York went
24 first?
25     A    I think York was first.  Yeah.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 150

1    Q    But you don't remember what the next sequence
2  was?
3    A    No, but after that, they told me to step out
4  into the hallway and they fixed me up with a -- a -- a -
5  - a thing put on my head, told me to pull it back a
6  little bit where they could see my hair and where they
7  took all the pictures and all that stuff.
8    Q    Was that -- what you were wearing, was that
9  your coat?
10    A    Yeah.  That was my coat.
11    Q    Okay.  And did you put the hood on?
12    A    Yeah.  I mean, I didn't have nothing to hide.
13  You know what I mean?  And I was cooperating with them
14  because I didn't have nothing to hide.  So if you needed
15  some pictures, here's you some pictures again if that's
16  what you want.  See what I'm saying?
17    Q    So who asked you for the pictures?
18    A    York.
19    Q    And you said you'd do that?
20    A    Yeah.
21    Q    Okay.  And do you remember how many pictures
22  they took?
23    A    It was -- they took a -- quite a few.
24    Q    Okay.  Did they take pictures of your hands
25  and wrists?

Page 151

1    A    Yes.  They did.
2    Q    And I see that you've got some tattoos on
3  there, but from my viewing of the pictures, all I can
4  remember seeing is a star on your left hand.
5    A    That's all you seen, and that "JT" right
6  there.  That's the only tattoos I had.
7    Q    At that time?
8    A    Yeah.  And it shows my forearms on both sides
9  and everything.  It's all clear.
10    Q    Yeah.
11    A    I ain't got nothing like that.  That's the
12  only two tattoos I have.
13    Q    And those other tattoos you have now were all
14  after the fact, right?
15    A    Yes.
16    Q    Did you have that star tattoo and the JT
17  tattoo in December 2010?
18    A    Yeah.  I had it for quite a while.
19    Q    All right.  Any other pictures, to your
20  memory?
21    A    Any what now?
22    Q    Any other pictures taken of you, to your
23  memory.  You said a -- hood and pictures of your hand
24  and wrists.
25    A    Well, I didn't appreciate the fact that Mr.

Page 152

1  York and Broughton was down there talking, and after
2  you-all took you-all's pictures, he's sitting there
3  saying "Yeah," and it was initials of someplace that it
4  -- that they was going to send it to of the sketch and
5  then with the pictures they just took of me, and it was
6  like, "Yeah.  We got him."  You know what I mean?  "We're
7  charging him with murder.  It's him."  You know what I
8  mean?  "We're sending him down."
9    Q    Did they say that to you directly, or is that
10  just something you overheard?
11    A    No.  They was -- they was talking, but Yeah.  I
12  overheard it.  I was in the same hallway they was, but
13  they was in one side, I was in another, because we'd
14  just got done taking the pictures.
15    Q    Were they talking to each other or was there
16  anybody else around?
17    A    No.  They was talking to each other.
18    Q    Do you remember how many pictures of the crime
19  scene you were shown?
20    A    Be honest with you, I mean, eight to ten, ten
21  or 12, something like that.  You know what I mean?  And
22  they -- they was scattered all over the table, placed
23  all over the table.  It about took the whole tabletop
24  up.
25    Q    Have you -- did you see those pictures again

Page 153

1  in the course of your criminal prosecution?
2    A    What do you -- what do you mean?
3    Q    The pictures of the crime scene?
4    MR. SLOSAR:  I would -- outside the presence
5  of his counsel and we're --
6    MR. WRIGHT:  I don't know -- is it -- he's --
7  he was showed pictures.  I just want to know if he
8  ever saw them again -- if that was the only time
9  he's seen them or not.
10    MR. SLOSAR:  Outside the presence of his
11  attorneys or investigators or just any time?
12    MR. WRIGHT:  I feel like there's nothing
13  privileged about whether he's seen them more than
14  once?
15    MR. SLOSAR:  I -- you know, with defendant
16  York's deposition, you instructed him not to answer
17  any questions about documents that he looked at in
18  preparing for the deposition, even if it was
19  outside of your presence, stuff that you gave him,
20  so I'm having a hard time understanding how when --
21  how, if that is, you know, work product privilege
22  or attorney-client privilege to talk about
23  documents shown to a client during the course of
24  litigation, how this would be any different, since
25  there's an attorney-client privilege that's been

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 154

1  maintained between Mr. Taylor and his criminal
2  defense attorneys and Mr. Taylor between our team.
3       MR. WRIGHT:  Well, that's fine.  Are you
4  instructing him not to answer that question?
5       MR. SLSOAR:  Well, I'm asking you: are you
6  asking him is it outside the presence of attorneys
7  or at any time?
8  BY MR. WRIGHT:
9       Q    Well, let's start this way: did you see those
10 pictures again outside the presence of your attorneys?
11      A    No.
12      Q    Did you ever seen them -- I know that there
13 were a lot of court appearances during your prosecution,
14 right?
15      A    Yeah.
16      Q    Did you ever see those pictures in open court?
17      A    Not open court, but
18      MR. SLOSAR:  And Jonathan, I would, at least
19 at this point, ask you not to reveal the content of
20 any documents that you've reviewed during the
21 course of your criminal prosecution with your
22 defense team.
23      THE WITNESS:  Yeah.
24      MR. SLOSAR:  Keep going.  If you --
25 BY MR. WRIGHT:

Page 155

1       Q    So the question was, and I asked it to not
2  invade any privilege, in open court.  So when you made a
3  court appearances and everybody was present, did you see
4  crime scene photos in any those court appearances?
5       A    No.
6       Q    No?  In any of your other interactions with
7  police, not just detective York, but any police, were
8  you ever shown the crime scene photos again?
9       A    No.
10      Q    So other than with counsel, the only time you
11 saw those crime scene photos were when you were in that
12 Barbourville Police Department?
13      A    Yeah.  When I was getting interrogated.  Yeah.
14      MR. WRIGHT:  Okay.  Let's go off the record
15 just one second.
16      VIDEOGRAPHER:  Off the record at 2:23.
17           (OFF THE RECORD)
18      VIDEOGRAPHER:  Back on the record at 2:31.
19 BY MR. WRIGHT:
20      Q    All right, Mr. Taylor, we're back on the
21 record.  I'm going to hand you some photographs that
22 have been produced in discovery by your attorneys
23 labeled PL 010433 through PL 010450, and I believe that
24 these have duplicates, but I just left the duplicates in
25 there because of the range number.  If you'd just look

Page 156

1  at those and see if those are the photographs that you
2  were referring to that were taken at the Barbourville
3  Police Department.
4           (EXHIBIT 6 MARKED FOR IDENTIFICATION)
5       A    They had me pose it.  If I ain't mistaken,
6  that's the table right there that I was telling you
7  about while ago, but I'll answer your question.  Yes.  It
8  is the photos.
9       Q    Okay.  Is there any -- I know it's been a long
10 time, but just to your memory, do you -- is there any
11 other photographs that were taken that you don't see in
12 that range?
13      A    Like is there more?
14      Q    Yes.  And I know those were duplicates, so
15 that makes the range longer, but
16      A    I looked at the first couple of these.  Yeah.
17      Q    Okay.  Just to keep them in order, can you put
18 that clip back on those?
19      A    Yeah.
20      Q    Thanks.  Thank you.
21      A    You're welcome.
22      Q    And in those pictures, there is a black coat
23 that you're wearing, true?
24      A    Yes.
25      Q    And that -- and you testified that that was

Page 157

1  your coat, right?
2       A    Yeah.
3       Q    All right.  You mentioned that after the
4  pictures were taken, you overheard Detective York and
5  Detective Broughton speaking to each other in the
6  hallway; is that right?
7       A    Yes.
8       Q    Was that the last interaction you had with
9  Detective York at the Barbourville Police Department?
10      A    Pretty much, because I remember his old lady
11 pulling up out front, he went out there to talk to her,
12 and then they sent a cruiser to come and get me and take
13 me on over to Knox County Jail until Bell County come
14 and got me.
15      Q    Okay.  And who do you mean "his old lady"; who
16 are you talking about?
17      A    Ms. York.
18      Q    You think his wife showed up; is that --
19      A    Yeah.  He was talking to her, so I had no more
20 interaction with him.
21      Q    All right.
22      A    And they put me in a cop car and took me on
23 over to jail.
24      Q    Were you, like, in a lobby or out front?  Where
25 -- how would you see somebody pull up in a car?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 158

1    A    They was walking me out.
2    Q    Okay.  And where did they say they took you
3  after that?
4    A    Knox County Jail until Bell County come and
5  got me.
6    Q    And did you get out of custody eventually
7  after that arrest?
8    A    I got out when I done my time, set my time out
9  on my phones.
10   Q    I -- and I understand.  Do you remember how
11 long that was?
12   A    I mean, it was 300-some dollars or whatever
13 they give you a -- a day.  I'm not really for sure how
14 much they give you a day.
15   Q    And I know.  Is it -- were you in there for
16 weeks, months, do you remember?
17   A    It's 50 -- it's 50, $100 a day and it was 300-
18 some dollars, so whatever that adds up to be.
19   Q    All right.
20   A    So
21   Q    You were back out in 2011, though, right?
22   A    Yeah.
23   Q    Is the next interaction you had with Detective
24 York when you had the meth manufacturing arrest in 2012?
25   A    Well, when they come in my house.

Page 159

1    Q    I believe that was the Full Moon Court
2  apartments; is that right?
3    A    I never seen Detective York, because they all
4  come in solid black, not -- nothing representing who he
5  was, didn't say "police," didn't say "sheriff," didn't
6  say none of that.  They was in solid black and had solid
7  black masks on.  Only two that took their masks [sic]
8  off was John Pickard and Dallas Eubanks.  But I don't
9  know if Detective York was there or not.
10   Q    Okay.  That's fine.  And was that the arrest
11 for the meth manufacturing charges, to your memory?
12   A    Yeah.
13   Q    And was the time frame February of 2012?  Does
14 that sound right?
15   A    Yeah.  Sounds right.
16   Q    And did you see any agency cars in your lot
17 when you were arrested at that time?
18   A    What does that mean?
19   Q    Like sheriff's, police, city police?
20   A    They had them all.  They had -- they had
21 unmarked cars, like that his SUV when he was the sheriff.
22   Q    You talking about John Pickard?
23   A    John Pickard and the regular state police
24 cars.  Like I said, the unmarked.  They had the -- his
25 deputies in the Chargers.  That's just the county.  And

Page 160

1  then they had the Charger, black and white cities.  They
2  had the whole parking lot.
3    Q    Do you remember how many vehicles there were?
4    A    Of cop cars?
5    Q    Yeah.
6    A    Daggone.  I'd probably say seven or eight, I
7  mean, for real.  That's being honest.
8    Q    Okay.  And they were all in the parking lot to
9  the apartment complex?
10   A    Yeah.  They -- they filled up the whole
11 parking lot and then went all the way out to the
12 driveway up to the road.
13   Q    Was this daytime or nighttime?
14   A    Nighttime, right after midnight.
15   Q    And were you living by yourself at the time?
16   A    Yeah, but I had company.
17   Q    Who did you have at your house?
18   A    Think it was --
19   Q    Did you --
20   A    -- me -- it was me, Kayla, Amber's brother
21 Josh Garland, and my friend, Mingo, that I -- I growed
22 up in school with.
23   Q    And I didn't catch that name.  I'm sorry?
24   A    Well, his name is Michael Bailey.  They call
25 him Mingo because where he's Mexican.  And I growed up -

Page 161

1  - I growed up school with him, but he was there because
2  I ain't got to see him in a long time and he was going
3  to come down to spend the night.  And then Kim.  That
4  was, oh, Amber's brother's girlfriend at the time.
5    Q    Josh -- Josh's --
6    A    Yes.
7    Q    And you said her name was Kim?
8    A    Yeah.
9    Q    And do you know her last name?
10   A    No.
11   Q    Did they just arrest you or did they arrest
12 others?
13   A    They arrested all of us.
14   Q    So all five of those people you listed?
15   A    Yeah.
16   Q    Did they arrest anybody out of any other
17 apartments or just yours?
18   A    No.  It was just mine.
19   Q    All right.  And how -- did they knock or what
20 -- how did you enter -- first come into contact with
21 them?
22   A    They knocked a couple times and then door
23 never got opened and then next thing I know, they hit
24 about three times and door come open.
25   Q    How many people, how many of the law

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 162

1  enforcement came into your apartment?
2      A    Every one of them.
3      Q    You know about how many that was -- half a
4  dozen, dozen?   Just a ballpark.
5      A    I -- I can't -- I can't really remember, but,
6  I mean, squad cars -- it was unbelievable how many was
7  there.  People with all the masks [sic] on, cops, and
8  it -- I mean, it was unreal.  I ain't never seen nothing
9  like this, like something you'd see on TV, for real.
10 Know what I mean?  But I really -- I really couldn't
11     Q    Did they handcuff you there?
12     A    Yes.
13     Q    Did they put you in separate --
14     A    They drove me -- they drove me -- I'm not
15 going to lie, man.  I have five years on me for another
16 county, okay?  I told them that I wasn't going to resist
17 or anything like that, okay?  They pulled me out -- had
18 to pull me out of the closet, drug me out in the middle
19 of the floor, and stretched me out and told me to stop
20 resisting, and whooped the shit out of me.
21     Q    Do you know --
22     A    And I was -- and I was screaming bloody
23 murder, man.  I thought they really would kill me.
24     Q    Were you hiding in a closet?
25     A    Yeah.  I was.

Page 163

1      Q    And then when you found them -- did they find
2  you?
3      A    Yes.
4      Q    And so what was said then?
5      A    Well, they was calling me Jeff.  "Jeff, we
6  know you in there."  But I don't if that was -- got the
7  John and Jeff mixed up or what.
8      Q    Did you come out or did they have to open up
9  the closet door and get you out?
10     A    They opened up the closet door.
11     Q    Did you know or did you see the face of the
12 people who took you into custody when they got you out
13 of that closet?
14     A    No.  The only two took their mask off, like I
15 said, was John Pickard, the ex-sheriff that was the
16 sheriff at the time, and Dallas Eubanks that was the
17 state police and he was the one that signed off on my
18 charges.  But the other ones would not take their masks
19 [sic] off.
20     Q    Did -- when did you say that the masks come --
21 was that after you were already in handcuffs?
22     A    Yes.  Yeah.
23     Q    Were you outside at that point?
24     A    No.  I -- they brought me down to the bottom
25 of the steps and sat me on the bottom of my steps that

Page 164

1  goes upstairs.  There was a group standing out front,
2  four or five of them, with masks [sic] on talking.
3  There was two, three, four of them running around the
4  house, searching the house, had masks on.  You know what
5  I mean?  But Pickard and Dallas Eubanks had theirs off.
6  They pulled theirs off.  But I -- still yet today, I
7  couldn't tell you who was in them masks [sic].
8      Q    And I'm sorry if I didn't catch this, but did
9  they pull the masks off, you said, after you were
10 already in handcuffs or before?
11     A    This is when they put handcuffs on me, took me
12 downstairs, and set me on the bottom of the steps.
13     Q    Did you go hide in the closet when you first
14 heard the knock at the door?
15     A    Yes.
16     Q    Did they announce police?  Is that how you
17 knew that it --
18     A    No.  I mean, I didn't -- I didn't hear
19 nothing.  I heared [sic] knocks on the door.  I mean, it
20 kind of sounded like a police officer.  I ain't going to
21 lie, but, I mean, I didn't know it was the police.  I
22 never looked out, you know what I mean, or nothing.
23     Q    What did the other people at your house do?
24     A    Well, they was just stayed in the living room,
25 which was Kayla at the time.  She's passed away now. You

Page 165

1  know what I mean?  But she stayed in the living room.
2      Q    And then you mentioned Josh Garland, his
3  girlfriend, and Michael Bailey were there, too, right?
4      A    Yeah.
5      Q    So they stayed in the living room as well?
6      A    No.  They went upstairs to the extra bedroom.
7      Q    So they went and hid, too?
8      A    No.  They didn't hide.  They was just sitting
9  out in -- right in the middle of the bedroom.
10     Q    So they find you in the closet, take you down
11 the steps, right?
12     A    No.  They wore masks.  They pulled me out in
13 the middle of the floor.
14     Q    Well, what happened?
15     A    What do you mean "what happened"?
16     Q    Well, you said they whooped you.  What --
17     A    They stretched me -- they got me down, got me
18 on my stomach, stretched my arms out and stuff, put a
19 boot in my neck and pushed down on it right here and
20 turned around.  They -- they was hitting me in the ribs,
21 kicking me, and hollering, "Stop resisting," everything.
22 Turned the bedroom lights off and everything.  You know
23 what I mean?  They had their flashlights on and
24 everything, and I was screaming bloody murder, man,
25 because I didn't think I was going to make it out of the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 166

1  bedroom.  I really didn't.

2  **Q    Were the lights on in the bedroom?**

3  A    Yeah.  At first.  Then they --

4  **Q    Did you turn them --**

5  A    -- killed them.  No.  I didn't -- I didn't

6  turn them on.

7  **Q    Okay.  Do you know who put you in the -- well,**

8  **you get taken to the bottom of the steps; what happens**

9  **after you're at the bottom of the steps?**

10  A    I get to set there a good five, ten minutes

11  and that's right at the door where they kicked it in

12  and that's where I kept all my shoes at, and I throwed

13  some shoes on to go to -- go on to jail with, you know

14  what I mean, where I wouldn't be barefoot.  And by the

15  time I got my shoes on, they told me, they says, "Let's

16  get your ass on out of here."  You know what I mean?  So

17  I was the first one that went.  So I had to walk past

18  all them cop cars to the very last one, and it was a

19  city cop car, and the guy took me and backed out and

20  took me on to jail.  And then when he got in the car and

21  took his mask off and he was a city cop with glasses,

22  and I don't know who he is.  Don't have a clue who he

23  is.

24  **Q    And did you say you were taken to the city**

25  **police department?**

Page 167

1  A    No.

2  **Q    Okay.  Where'd --**

3  A    No.  I was --

4  **Q    -- they take you?**

5  A    I -- huh?

6  **Q    Where did they take you to?  I'm sorry.  I**

7  **didn't catch that.**

8  A    Knox County Detention Center.

9  **Q    All right.  Did you see -- were all these**

10  **people wearing vests or, like, some sort of black getup?**

11  **Is that what you said?**

12  A    It -- they was all in solid black: black

13  shoes, black pants, black whatever's on their chest, all

14  the way around.  You know what I mean?  Maskes [sic] --

15  all you could see was their eyes and the bridges of

16  their nose right here.  That's all you could see.

17  **Q    So then you get to the Knox County Jail,**

18  **right?**

19  A    Yeah.

20  **Q    All right.  What happens when you get there?**

21  A    I get booked in and get hold in the drunk

22  tank, and then it wasn't about two or three days and I

23  couldn't -- I couldn't move, couldn't do nothing, and

24  tried to get them to come in there.  I was bruised up

25  and everything and tried to get them to come in there

Page 168

1  and take pictures and stuff and they wouldn't even do

2  it.

3  **Q    And the jail people wouldn't?**

4  A    Jail people would not do it.

5  **Q    Did you see Detective York at the Knox County**

6  **Jail?**

7  A    Did I what?

8  **Q    Did you ever -- on that -- after that arrest**

9  **and you were taken to the Knox County Jail, did you ever**

10  **see Detective York?**

11  A    No.

12  **Q    No?**

13  A    No.

14  **Q    When was the next time you saw Detective York?**

15  A    When he come down and talked shit to me and

16  charged me and wadded up the -- a piece of paper and

17  throwed it at me and was yelling at me, cussing, saying,

18  "Yeah.  If you -- if you -- I'm going to do everything

19  in me for you to rot in the penitentiary on this."  He

20  said, "What you done and if you get out, if you make

21  bond, if you bit the case, if it gets dismissed or

22  whatever, then I'll have you done away with."

23  **Q    Where --**

24  A    I mean, I was like, "Well

25  **Q    Where was this said?**

Page 169

1  A    Huh?

2  **Q    Were you at the Knox County Jail still?**

3  A    No.  This -- this was at Whitley County Jail

4  when he come down there and charged me.

5  **Q    And that was the charge for murder and robbery**

6  **for Katherine Mills?**

7  A    Yes.

8  **Q    Who was with him when that happened?**

9  A    Nobody.

10  **Q    Were you in a --**

11  A    And he had a --

12  **Q    -- cell?**

13  A    -- and he had a recorder of Amber Simpson.

14  **Q    Did he play it for you?**

15  A    He slid it across the thing and told me to

16  press play and I slid it right back to him.  I said,

17  "You -- you want it to play, you press play."  Pressed

18  play on it on it, and then she -- I heard that

19  statement.  You know what I mean?

20  **Q    You didn't give a statement at that**

21  **interaction with Detective York, right?**

22  A    No.  I listened to that -- Amber Simpson's.  He

23  had it on tape.

24  **Q    So you listened to her statement, right?**

25  A    Yeah.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 170

1    Q    Did you listen to any other statements?
2    A    No.
3    Q    Were you in a cell by yourself?
4    A    No.
5    Q    Who was in the cell with you; do you know?
6    A    At the time when he come, I didn't know none
7  of them.  I mean, I ain't been there no time when he
8  come and charged me.
9    Q    So this exchange that you described, did that
10 happen in front of the cellmates?
11   A    There was one getting booked in.  It happened
12 in front of a couple guards.  You know what I mean?  But
13 it wasn't the same room, but there was a window that
14 split us.  You know what I mean?  And there was a guy
15 that got put in, which, I mean, like I said, can't talk
16 about it because it's through my other lawyers and
17 stuff.  But it got looked into, and he was the one that
18 come testify at court, whatever, about how he was
19 yelling and going off, you know what I mean, on me and
20 stuff.  And he said, "What's going" -- he was getting
21 booked in.  He said, "What's going on in there?"  And
22 they said, "You don't even want to know."
23   Q    And do you know the name of that person?
24   A    Of the person that was getting booked in?
25   Q    Yeah.

Page 171

1    A    Elliot Ernstein.
2    Q    And you believe he saw the exchange that you
3  had with Detective York?
4    A    Huh?
5    Q    Elliot Ernstein, you believe he was there when
6  you had this exchange with Detective York?
7    A    He was getting booked in.  He was standing
8  right -- right on the other side of the glass from us.
9    Q    Okay.  And I've not been to -- you said it was
10 the Whitley County Jail?
11   A    Whitley County.
12   Q    So you were in a cell with other cellmates
13 when Detective York first came into contact with you
14 there, right?
15   A    Yes.
16   Q    And he slid a recording of an Amber Simpson
17 statement to you while you were in the jail cell, right?
18   A    No.
19        MR. SLOSAR:  Objection to form.  Foundation.
20 It -- you were going to explain that.  You can go
21 ahead.
22   A    Yeah.  No.  It -- it wasn't in a jail cell.
23 They come and got me and put me and him in a room up
24 there at booking --
25   Q    I see.

Page 172

1    A    -- where we -- where we can, you know what I
2  mean, have our conversations in private and stuff.
3    Q    So you didn't see Detective York while you
4  were in the cell with the other mates; the jail staff
5  came and got you out of there?
6    A    Yeah.
7    Q    And then they took you to a room?
8    A    Yeah.  An office.
9    Q    An office?
10   A    Yeah.
11   Q    And was Detective York escorting you into the
12 office or was he already in there?
13   A    He was -- he was standing at booking when the
14 officer was bringing me through -- coming from my cell.
15   Q    So did he follow you into the office?
16   A    No.  They told us to go on in there and I
17 followed him in.
18   Q    Okay.  And was anybody else in the office with
19 you?
20   A    No.
21   Q    Do you know --
22   A    At -- at first they was.  She was just telling
23 him that, "Make yourself at home.  If you need a paper,
24 pencil, whatever,"  You know what I mean?  "It's there.
25 It's in the drawer," whatever.  Then she shuts the door.

Page 173

1  Then I have a seat, and he has a seat on the other side
2  of the desk and then --
3    Q    Who was that; do you know?  Was that the jail
4  guard?
5    A    Yeah.  She -- she was up there, too.  She was
6  like J-2 at the time.
7    Q    A what?
8    A    J-2.
9    Q    Is that like a rank or something?
10   A    Yeah.  It's like a assistant jailer.
11   Q    Do you know whose office it was?
12   A    It was hers.  At the time, it was hers.
13   Q    Is that because you saw her name on the door?
14 How'd you know that?
15   A    Because I was doing time there.
16   Q    Okay.  And so, the exchange between you and
17 Detective York was in that room?
18   A    Yes.
19   Q    And no one else was in there?
20   A    No.
21   Q    And at what point did that Ernstein see
22 something?
23   A    What do you mean?
24   Q    You said a Elliot Ernstein saw this happening;
25 what did he see happening?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 174

1    A    He was hearing it. He was getting booked in,
2  then when he was hearing it, he turned around to look
3  and -- and he was like, "What's going on in there?" And
4  he goes "hearing him" and turns around and they was
5  like, "You" -- because he ended up getting put in my
6  cell and then he was like, "Goodness," he was like,
7  "They was hammering you, wasn't they?" and turns around
8  and he said -- or the guard said, "You -- you don't want
9  no part of that." You know what I mean?
10   Q    So after your meeting with Detective York in
11 the office, you go back into another cell at Whitley
12 County?
13   A    Not another cell. I go back to my cell --
14   Q    In your cell?
15   A    -- that I come out of.
16   Q    Okay. And was Ernstein in there when you got
17 back?
18   A    No.
19   Q    You ran into him later at Whitley County?
20   A    Yeah. They put him in the same cell with me
21 about -- because you got to stay in the drunk tank for,
22 like, two days before you can go back to population.
23   Q    Okay. After you left the room with Detective
24 York, was there anything else said between you all?
25   A    Uh-uh.

Page 175

1    Q    No? Did -- how did you get exited out of
2  there? Did he escort you out? Did the jail staff come
3  in? How did that end?
4    A    Oh, he told me he was going to rush it, man,
5  that we was done. You know what I mean?
6    Q    So did he leave and leave you in there?
7    A    No. He -- we motioned the guards to -- we're
8  done. You know what I mean? He needs to get escorted
9  back and then he needs to get buzzed out to go home.
10   Q    Was the door closed during your-all's meeting?
11   A    Yes. It was.
12   Q    So how did he motion the guards? Did he open
13 up the door or anything?
14   A    It's all -- it's all glass, man, like I said.
15   Q    Okay. So the office has glass walls?
16   A    It's all glass.
17   Q    And I'm sorry, I don't know what it looks
18 like.
19   A    I understand.
20   Q    Was that the last time you -- and I know that
21 you may have seen him at a court appearance, and so I
22 don't want to get into that, as far as where you-all
23 interacted personally. Any other interactions with
24 Detective York?
25   A    Yeah. When I was up north in Kenton County.

Page 176

1    Q    Okay. When was that?
2    A    He kept -- I don't remember for sure, but he
3  kept trying to take my DNA, DNA, DNA, and it was court-
4  ordered that I got to have a professional there to watch
5  him do it. You know what I mean? And he kept trying to
6  do it without a professional. And him and my lawyer got
7  into it, this and that and that and this, and the lawyer
8  told him -- or the judge told him that, "Well, it's like
9  this, like we've done told you." Know what I mean? Done
10 granted him his -- over the blood work or to look - -
11 watch him, make sure everything was done right, and --
12 an expert -- and he come to Kenton County. And then my
13 expert come to Kenton County, and one of the main guards
14 from the jail come in there, and they had me handcuffed,
15 and he swabbed my mouth and stuff.
16   Q    So that interaction was with a -- other people
17 to take DNA; is that right?
18   A    Yeah.
19   Q    All right. Any other interactions with
20 Detective York?
21   A    No.
22   MR. WRIGHT: Elliot, I might be finished. Let
23 me go off the record for a minute.
24   MR. SLOSAR: Just for a minute. Okay.
25   VIDEOGRAPHER: Off the record at 2:56.

Page 177

1    (OFF THE RECORD)
2    VIDEOGRAPHER: Back on the record at 3:08.
3  BY MR. WRIGHT:
4    Q    All right. Mr. Taylor, back on the record.
5  There are a few other people I need to run by you and
6  then I should be finished not too long from now. Michael
7  Crump -- have you ever met him personally?
8    A    No.
9    Q    Have you ever spoken to him about the case?
10   A    No.
11   Q    How many -- after you were taken into custody
12 on murder charges in, was that, March of 2012? Does
13 that sound right?
14   A    Somewhere in there. Yeah.
15   Q    Yeah. You were -- your memory was you were in
16 Whitley County on the meth charges, and that's when --
17 is that right?
18   A    Yes.
19   Q    And that's when Detective York served the
20 charges relating to Katherine Mills?
21   A    Yes.
22   Q    How many cell mates did you have from then
23 until the time you got released from custody? I know
24 that's probably a big number; is it dozens?
25   A    What are you talking about for that?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 178

```
 1            MR. SLOSAR:  Are you saying over the five
 2   years?
 3       Q   Yeah.  How many different cell mates?
 4            MR. SLOSAR:  Out of all these different jails,
 5   not just that jail?
 6       Q   Yeah.  I mean, just was it dozens, hundreds?
 7            MR. SLOSAR:  If you know.  You can answer if
 8   you know.
 9       A   I know it was a lot, I mean --
10       Q   Too many to remember?
11       A   I mean, yeah, because, I mean, up north
12   they're 70-med open pods.  You know what I mean?
13       Q   Did --
14       A   And then I went to seven different jails, so
15   it was pretty a lot of people.
16       Q   And that may have been a factor in how many
17   people you were cellmates with because you rotated to
18   different jails in that time, right?
19       A   (No verbal response.)
20       Q   Yes?
21       A   Yes.
22       Q   Was Robert Beach a cellmate of yours?
23       A   He -- he wasn't a cellmate, but he was in the
24   pod with me.
25       Q   Okay.  You-all were in the same jail at one
```

Page 179

```
 1   point in time?
 2       A   Yes.
 3       Q   Do you remember how long that would've been,
 4   how long that overlapped?
 5       A   Not long at all.  Month.
 6       Q   A month is what you estimate?
 7       A   Month-and-a-half, somewhere.  No -- no longer
 8   than that.
 9       Q   Do you remember what jail it was?
10       A   Whitley County.
11       Q   Did you talk to him about the Katherine Mills
12   --
13       A   No.
14       Q   Nothing about her?
15       A   No.
16       Q   What about Daniel Wilson?  Do you remember him
17   being a cell -- or a -- were you in a jail with him?
18       A   Yes.
19       Q   Which jail was that?
20       A   Whitley County.
21       Q   When -- how long was he in jail with you, just
22   best you can estimate?
23       A   They -- they shipped him out in probably not
24   even a month, because he wasn't nothing but a trouble
25   maker.  Know what I mean?  And they shipped him out of
```

Page 180

```
 1   there.
 2       Q   And do you know what time frame that would've
 3   been in Whitley County?  Would that have been in 2012,
 4   not long after the charges?
 5       A   Yeah.
 6       Q   Yes?
 7       A   Yeah.
 8       Q   Did you end up cycling back to Whitley County
 9   or once you left there you never came back to Whitley?
10       A   I -- I never come back to Whitley.
11       Q   Okay.  Do you remember when you left Whitley
12   County?
13       A   Let's see, he -- did you say he charged me in
14   March; is that right?
15       Q   That's what I believe is the time frame.  Yeah.
16       A   So March -- by April, sometime in April, they
17   -- they sent out everybody.  They sent out half to
18   Barren County and the other half up farthest north to
19   Kenton County and I was on the Kenton County bus.
20       Q   Was Robert Beach and Daniel Wilson -- did
21   their time with you at Whitley County overlap with each
22   -- with them?
23       A   What do you mean?
24       Q   You were in Whitley County for a few months,
25   it sounds like; was Robert Beach in there the same time
```

Page 181

```
 1   that Daniel Wilson was, or were they in there at
 2   separate times; do you remember?
 3       A   I don't -- I don't recall, for real.  I really
 4   -- I really don't know.
 5       Q   That's fine.  Was Wilson -- Daniel Wilson --
 6   was he a cellmate of yours?
 7       A   He wasn't a cellmate, but he was in the same
 8   pod.
 9       Q   Did you talk to him about the Katherine Mills
10   --
11       A   No.
12       Q   -- murder?  No?
13       A   No.
14       Q   Did you talk to anybody you were in jail with
15   about the investigation?
16       A   Not never, but I mean, if you -- just the cell
17   I was in, I mean, whoever's in there, like child mos --
18   I don't know if you know what that means or whatever.
19       Q   I don't.  What is it?
20       A   That -- that's child molesters.
21       Q   Okay.
22       A   That -- don't allow them.  You know what I
23   mean?  They're getting on the door, they're going to PC,
24   protective custody.  You know what I mean?  So everybody
25   knows everybody's charges.  And -- but as far as it --
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 182

1   as far as it goes, there wasn't no talking about no
2   case.  There wasn't no investigation, like you said.  You
3   know what I mean?  All that, but there wasn't none of
4   that.  But they did know that I was on a murder charge.
5       Q   How do you -- why do you believe they knew?
6   Did you tell them?
7       A   No.  It was on the news.
8       Q   Okay.  Did you speak to them at all?
9       A   What do you mean speak to them?
10      Q   What's that?
11      A   What do you mean speak to them?
12      Q   Did you talk to them at all, not necessarily
13  about the Katherine Mills, but did you talk to Robert
14  Beach?  Did you interact with him?
15      A   I spoke to him.  Yeah.
16      Q   What about Daniel Wilson?  Did you speak with
17  him?
18      A   I -- I spoke with him.
19      Q   Did you -- did it come to your attention that
20  Robert Beach had given a statement that implicated you?
21      A   Did I know that?
22      Q   Yes.
23      A   Later on down the line I did.
24      Q   Was that after he was no longer in your jail?
25      A   Uh-huh.

Page 183

1       Q   What about Wilson?  Did you come to find out
2   that he gave a statement that you confessed to --
3       A   Same thing.
4       Q   So by the time you found that out, he'd
5   already moved on to another jail?
6       A   Yes.
7       Q   Did you ever see them again?
8       A   No.
9       Q   Have you ever talked to them?
10      A   Well, yeah.  I did see -- I did see one of
11  them, and they went and did put me in a cell with him at
12  Knox County and he run out the cell.
13      Q   He ran out the cell?
14      A   He ran out the cell because I was coming in.
15      Q   Did you talk to him?
16      A   No.  I mean, I didn't even get no chance to
17  even hardly even get a glance of him.  You know what I
18  mean?  But he was gone.  He didn't want to be in that
19  cell with me.
20      Q   Who was that?  Which one was that?
21      A   That was -- name them off again.  Not Beach,
22  but the other one.
23      Q   I do believe it was Daniel Wilson; does that
24  sound --
25      A   Wilson.  Wilson.

Page 184

1       Q   So you think you think you saw him again at
2   Knox County?
3       A   I did see him again at Knox County, because he
4   was supposed to been at a court date because it was
5   supposed to been trial, and they continued it again.
6       Q   So you laid eyes on him at that time but you
7   never had any communication with him?
8       A   No.  No.  I was packing my mat and my clothes
9   and stuff then, and he grabbed his mat and shot out the
10  door.
11      Q   Have you ever spoken to a female by the name
12  of Christy Branson?
13      A   I don't even know who it is.
14      Q   Okay.  Has it come to your attention that she
15  gave a statement implicating you and Amanda Hoskins?
16      A   I didn't think it was implicating me, but I --
17  I've heard about it.  Yeah.
18      Q   All right.  What about a Marcy Baker?
19      A   I don't even know who that is.
20      Q   You never had any communication with her?
21      A   No.
22      Q   How about a --
23      A   You can't -- you can't in jail, with females
24  and males.
25      Q   I understand.  What about Heather Warren?

Page 185

1       A   No.  I mean, same -- same thing.  You know
2   what I mean?
3       Q   Is she a cousin of Kayla Mills?
4       A   Supposed to be, but I don't even know how true
5   that is.
6       Q   All right.  Did you ever interact with her
7   before you were incarcerated?
8       A   I've seen her once or twice on the streets,
9   but we never hung out, never -- you know what I mean?
10  Nothing like that.  But, like, she know who I was and I
11  knew who she was, and it was just -- we'd pass by each
12  other we'd just "Hello".  You know what I mean?  And go
13  on about our day.
14      Q   Did she socialize with Kayla Mills any, to
15  your memory?
16      A   I reckon she did when we -- once we split out,
17  because they was supposed to went out and partied
18  together and all that good stuff, so
19      Q   Was that while you were in jail, to your
20  understanding?
21      A   I can't -- I don't know if I was in jail or
22  not.
23      Q   Okay.  And you seem to believe at some point
24  in time Kayla started running around with Heather, but
25  that was after your relationship with Kayla had ended?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 186

1   A   Yeah.  We wasn't together at the time.

2   Q   **Okay.  Why do you believe they were running**
3   **around together?  Did you see them together?  Did you**
4   **hear it word of mouth?**

5   A   Yeah.  I -- I just -- I just heard -- well, it
6   come about that Heather supposed to come to the law
7   enforcement or something like that and told them that
8   Kayla was drunk when they was running around each other
9   and she said something to Heather, then Heather said
10  something to the law enforcement.

11  Q   **Okay.  Have any more -- outside of what you've**
12  **talked with your attorneys, do you have any more**
13  **information about what Heather and Kayla Mills talked**
14  **about?**

15  A   (No verbal response.)

16  Q   **No?**

17  A   No.

18  Q   **No.  Did -- in December of 2010 -- I know you**
19  **were on again and off again with Kayla Mills, but do you**
20  **remember was she working or going to school at that time**
21  **period?**

22      MR. SLOSAR:  What time period?

23      MR. WRIGHT:  December 2010.

24      MR. SLOSAR:  To?

25      MR. WRIGHT:  Just in that month.

Page 187

1       MR. SLOSAR:  Okay.  Sorry.

2   BY MR. WRIGHT:

3   Q   **Was she employed or in school, just to your**
4   **memory?**

5       MR. SLOSAR:  Okay.  If you remember.

6   A   I know she worked at KFC and Long John
7   Silver's, but I don't know if she was working there or
8   getting her high school diploma at the time, so I really
9   don't know.

10  Q   **You don't know when she worked at those**
11  **places?**

12  A   I'm not for sure.

13  Q   **Do you know -- you said that she was getting**
14  **her high school diploma; do you know whether she dropped**
15  **out of school?**

16  A   No.  She got her high -- she got her high
17  school diploma.

18  Q   **She did?**

19  A   Yes.

20  Q   **Do you know what year she graduated?**

21  A   2009, because that's when I got out of the
22  hospital.

23  Q   **And so after she graduated, is that when she**
24  **had these KFC and Long John Silver jobs?**

25  A   No.  She had them before.

Page 188

1   Q   **So after she graduated, did she have any jobs,**
2   **to your memory?**

3   A   Uh-uh.

4   Q   **Did you read interrogatory number 5?  I**
5   **believe that's Exhibit number 2 right there in front of**
6   **you.  Now, that's on page 3, is the question and then**
7   **the answer, if you can just take a minute to review that**
8   **for me.**

9   A   Do what, number 4?

10  Q   **Five.**

11  A   Five?

12  Q   **The question starts on page 3 --**

13  A   3?

14  Q   **-- and goes to page 4.**

15  A   Okay.

16  Q   **And it actually goes on a little bit to page**
17  **5.**

18      MR. SLOSAR:  Derrick, while he's doing that,
19  we do intend to supplement interrogatory number 11
20  based on some of the recent depositions.  That's
21  just the misconduct one, so we'll continue
22  supplementing that throughout the litigation.
23  Derrick, are you going to ask him specific
24  questions about damages?

25      MR. WRIGHT:  I just want to know if there's

Page 189

1   anything he's going to -- if that's a complete and
2   accurate description of the damages he's claiming.

3       MR. SLOSAR:  There is a -- there's a
4   supplement that'll be consistent with the one that
5   we just provided to Licha which has some additional
6   language about his -- the colostomy bag and the
7   potential that his car accident injury might not be
8   reversible any longer.  I'll supplement this one,
9   but it's in the Barbourville one, too, 37.

10      VIDEOGRAPHER:  Do you want us to stay on
11  record for this?

12      MR. WRIGHT:  Yeah.  If -- can we go off the
13  record for a minute, unless you're about finished.

14      VIDEOGRAPHER:  Off the record at 3:24.

15      (OFF THE RECORD)

16      VIDEOGRAPHER:  Back on the record at 3:26.

17  BY MR. WRIGHT:

18  Q   **All right, Mr. Taylor.  You've had a chance to**
19  **read your answer to my interrogatory number 5 just a**
20  **minute ago.  Is that a -- your counsel indicated that**
21  **there is a supplement about the opportunity for surgery**
22  **to reverse prior medical injuries; other than that, is**
23  **that a complete description of the damages you're**
24  **claiming?**

25  A   Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 190

1   Q   All right.  And as far as the surgeries, which
2   you -- which your attorneys indicated will be
3   supplemented, were you provided medical care in jail?
4   A   No.
5   Q   None?
6   A   No.  They didn't do nothing for me in there.
7   Q   Did you request it?
8   A   Yeah.  Nurse call after nurse call.
9       MR. WILLIAMS:  We didn't get that last entry
10      on -- the court reporter --
11      COURT REPORTER:  You said, "None?" and then
12      what was his response?
13  A   I tried just sick call after sick call and
14  just couldn't -- tried to switch jails to see if they
15  could give me better medical and the only one that tried
16  to do anything is Clay County, but that's out of seven
17  different jails, so if that tells you.  You know what I
18  mean?
19  BY MR. WRIGHT:
20  Q   Did you report that to anybody, any agencies?
21  A   Yeah.  The jail -- jailers and everything.
22  That's the main person in the jail.
23  Q   Did you report it to your attorneys?
24  A   No.
25  Q   No?  Has a doctor told you that you may have

Page 191

1   been deprived of the opportunity to reverse injuries?
2   A   What do you mean?
3   Q   Well, this supplement that I'm reading for
4   Barbourville says that you've been deprived of a surgery
5   that would've reversed prior medical injuries; did a
6   doctor tell you that?
7   A   What does "deprived" mean?
8   Q   It means that you're not going to have the
9   opportunity, not going to get the chance to have a
10  surgery.
11  A   Well, they told me at UT, to reverse my
12  colostomy bag and get me back right, close to 100
13  percent, that I can't wait to over five years.  If it
14  goes over five years, no doctor's going to attempt to
15  try to fix me back.  You know what I mean?
16  Q   Did you make any efforts to have that surgery
17  before you were in -- put in -- incarcerated?
18  A   No.  I was just trying to heal on up.  I still
19  had an open wound and everything.  Had an open wound for a
20  long time.  I had a car part -- metal go through my butt
21  and come out my stomach.
22  Q   And that was -- you said to your memory it was
23  five years you had to have that surgery?
24  A   You got to have it within -- within five
25  years, but no doctor wants to do it after five years.

Page 192

1   Q   Okay.
2   A   Because it's a risky operation.  Know what I
3   mean?
4   Q   Did you have health care before you were taken
5   into custody?
6   A   Yeah.  I had disability and everything.
7   Q   Did you make any efforts to have the surgery
8   done?
9   A   I couldn't because my wound wasn't healed yet
10  on my butt.
11  Q   Is this from your 2008 motor vehicle accident?
12  A   Yeah.  I had to heal from the inside out.  They
13  couldn't stitch me up.  They couldn't do none of that
14  stuff.  I'm -- I'm sliced from here to here and my butt,
15  same way, and I had to heal from the inside out, and
16  that took a long time -- a long time.
17  Q   Do you -- and I know you're not a doctor, but
18  has a doctor told you when that healing process had
19  ended?
20  A   No.  Last time I went and got checked, I got a
21  wound vac took out of me, and there was a hose that run
22  out of my butt and it's sucking out all the infection
23  and all the stuff, bacteria, whatever, you know what I
24  mean, that needs to be out of your body.  And I went to
25  Dr. Kumar and he said that the hose they was sticking up

Page 193

1   in -- in me, he said the tunnel -- the call them
2   tunnels, and they said it's getting smaller and smaller,
3   and they said before too long that I will be able to go
4   ahead and go on with my surgeries and stuff, wherever --
5   no -- I didn't have to go back to UT, but wherever I
6   wanted to go.  You know what I mean?
7   Q   When was this visit you were told this?
8   A   If I could talk to my aunt, I could tell you
9   but me, right now, I don't know.
10      MR. WRIGHT:   Do you know whether -- I know
11      there's been medical records produced; do you know
12      whether this type of medical records have been
13      produced?
14      MR. SLOSAR:  I have -- I'm not sure.  I just
15      know that we've produced a ton of medical records.
16      I'm not sure whether this specific visit is
17      reflected in there.
18  BY MR. WRIGHT:
19  Q   Any other doctors visits that you are aware of
20  that have talked about your opportunity for this
21  surgery?
22  A   Just -- just that one.
23  Q   And you don't know when that was?
24  A   No.  Not exactly.  No.
25  Q   And who was the doctor again?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 194

1    A    Dr. Kumar
2    Q    **Where is he at?**
3    A    Knox County.
4    Q    **Is he at a clinic, a hospital?**
5    A    No.  He's at the hospital.
6         MR. SLOSAR:  Derrick, I will say that we're --
7    you know, we intend to do some investigation into
8    this and we'll, you know, likely have an expert on
9    this issue.
10        MR. WRIGHT:  Yeah.  Well, I mean, I'm not -- I
11   have it in front of me, but I'm sure I've made a
12   request for some documents relating to claims of
13   damages, so I think that would be a Rule 26
14   Disclosure, I would think anyway.
15        MR. SLOSAR:  We produced, I think, thousands
16   of pages of medical records.
17        MR. WRIGHT:  I know.  I'm just asking that you
18   produce these medical records, and I -- at this
19   time, we don't know, right?
20        MR. SLOSAR: I have no idea whether we have
21   these or not.
22   BY MR. WRIGHT:
23   Q    **Okay.  As far as -- you also sued two KSP**
24   **employees, a Jason and a Josh, or a Joshua Bunch.  I**
25   **represent Jason Bunch as well.  Do you recall any**

Page 195

1    **interactions with trooper Jason Bunch?**
2    A    What do you mean, like
3    Q    **Would you know his face if you saw him?**
4    A    I mean, be honest with you, I get them all
5    mixed up, besides that and that sitting right there.
6    Q    **As you sit here, and I don't want to get into**
7    **your conversations with your attorneys, but what facts**
8    **do you know, from independent sources, that Trooper**
9    **Bunch committed any wrongdoing?**
10   A    I don't know right off.
11   Q    **All right.  Outside of anything that you've**
12   **talked to your attorney, and I'm just going to ask a few**
13   **series of questions to finish this up, what facts do you**
14   **know that there was any statements from Robert Beach**
15   **were fabricated or coerced?**
16   A    What do you mean by that?
17   Q    **Well, just -- how do --**
18        MR. SLOSAR:  Aside from what he testified to
19   earlier here today?
20        MR. WRIGHT:      I don't know that I've -- I
21   just asked if he knew any statements.  I mean,
22   Robert Beach could've made that up for any number
23   of reasons.
24   BY MR. WRIGHT:
25   Q    **Do you have any facts as to Detective York's**

Page 196

1    role in the statement from Robert Beach?
2         MR. SLOSAR:  That -- maybe -- can we just go
3    off the record?
4         MR. WRIGHT:  Sure.
5         VIDEOGRAPHER:  Off the record at 3:35.
6         (OFF THE RECORD)
7         VIDEOGRAPHER:  Back on the record at 3:36.
8    BY MR. WRIGHT:
9    Q    **All right.  We're back on the record, Mr.**
10   **Taylor, and I'm just going to run through to see if you**
11   **have any independent knowledge of the interactions of**
12   **some of the witnesses against you with Detective York**
13   **and, as we prefaced off the record with your attorney,**
14   **I'm not looking for communications you had with your**
15   **attorneys and their investigators; you understand that?**
16   A    (No verbal response.)
17   Q    **Yes?**
18   A    Yes.
19   Q    **All right.  So for Robert Beach, either from**
20   **Robert Beach or from any other source other than your**
21   **attorneys, do you have any information relating to his**
22   **interaction with Detective York?**
23   A    No.
24   Q    **Same question for Daniel Wilson?**
25   A    No.

Page 197

1    Q    **What about Allen Helton?**
2    A    I don't even know Allen Helton.
3    Q    **Have you just heard from anybody other than**
4    **your attorneys or your defense team about what Allen**
5    **Helton -- his statements against you or your --**
6    A    Yeah.  I -- it was all -- they said it was all
7    over the streets people talking about it.
8    Q    **Did that get back to you?**
9    A    It got back to me in jail.
10   Q    **And that was from sources other than your**
11   **attorneys or --**
12   A    Yes.
13   Q    **-- investigators?  Yes?**
14   A    Yes.
15   Q    **So what'd you hear about Allen Helton?**
16   A    Just that they -- he gave statements, you know
17   what I mean, that he supposed to being a rat and was
18   getting protected and all this good stuff.  I don't
19   know.  I hear -- I mean, hear all kinds of -- I mean.
20   You know what I mean?
21   Q    **Did -- you mentioned he was a rat; did you**
22   **ever hear him ratted out, and I know that you'd --**
23   A    No.
24   Q    **-- say that -- you, but anybody else?**
25   A    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 198

```
1         MR. SLOSAR:  Objection to form.  You can
2    answer.
3    Q    Anybody?
4    A    No.
5    Q    No?  What about Mike Simpson?  Have you heard
6    any information about any of his interactions with
7    Detective York, outside of what you've talked to with
8    your attorneys?
9    A    My old attorneys, no.
10   Q    What was that?  I'm sorry?
11   A    My old attorneys and stuff, no.    No.
12   Q    What about Kayla Mills?  Any information,
13   other than from your attorneys, about her interactions
14   with Detective York.
15   A    No.  I just quit talking to her and I never
16   heard nothing about it and then she passed away.
17        MR. WRIGHT:  I think I am going to pass the
18   witness.  Let's just take a quick break.  I got to
19   go off the record for a minute.
20        VIDEOGRAPHER:  Off the record at 3:39.
21             (OFF THE RECORD)
22        VIDEOGRAPHER:  Back on the record at 3:56.
23   BY MR. WRIGHT:
24   Q    All right, Mr. Taylor, we're back on the
25   record and I'm about finished.  There was a couple of
```

Page 199

```
1    people I just want to ask the same questions as we did
2    before.  Bob Smith -- do you know of any facts or any
3    information about his interactions with Detective York
4    from any sources other than your attorneys?
5    A    No, sir.
6    Q    No?  What about Michael Crump?  Any facts or
7    information that you know about his interactions with
8    Detective York from sources other than your attorneys?
9    A    No.
10   Q    No?  Paragraph 47 of your complaint alleges
11   that Mr. Helton and Mr. Simpson were likely responsible
12   for killing Ms. Mills; any facts or information that you
13   have, other than sources from your attorneys, that they
14   are the perpetrators?
15   A    Do I have any?
16   Q    Right.
17   A    No.  I don't -- I -- I don't even know.  I
18   don't -- I don't know.
19   Q    Did you know your complaint identified them as
20   the likely -- as the people likely responsible for
21   killing her?
22   A    They was the first suspects, wasn't they?
23   Q    Is -- any other information or knowledge other
24   than what your attorneys told you?
25   A    No.
```

Page 200

```
1         MR. WRIGHT:  No?  That's all the questions I
2    have.
3         VIDEOGRAPHER:  Off the record at 3:57.
4             (OFF THE RECORD)
5         VIDEOGRAPHER:  Back on the record at 3:58.
6             EXAMINATION
7    BY MR. WILLIAMS:
8    Q    Mr. Taylor, good afternoon.
9    A    Good afternoon.
10   Q    My name's Jason Williams.  I represent John
11   Pickard, Derek Eubanks, and Knox County in this lawsuit,
12   just so you kind of know where my questions are coming
13   from.  Try to remember to continue to answer verbally.
14   It's hard for the court reporter to get down head shakes
15   and "uh-huhs" and "uh-uhs," that type of thing, okay?
16   You follow me there?
17   A    Yes.
18   Q    I may jump around a little bit because you've
19   already been asked a lot of questions this morning and
20   this afternoon, okay?
21   A    Yes.
22   Q    But there are some gaps I need to try to fill
23   in if I could.
24   A    Right.
25   Q    All right.  I wanted to ask you some questions
```

Page 201

```
1    about your background prior to becoming an adult, okay?
2    Did -- were you born in Knox County or Bell County or
3    where?
4    A    Bell -- Bell County.
5    Q    Okay.  Other than Bell and Knox County, what
6    counties have you lived in?
7    A    Just them two.
8    Q    Just those two?
9    A    Well, I just -- I just moved somewhere [sic]
10   else, but, I mean, they is -- my addresses are not like
11   that that's come up, right?
12        MS. ROBINSON-STAPLES:  You can answer.  That's
13   okay.
14   A    Well, I -- I moved to Tennessee.
15   Q    You're living in Tennessee now?
16   A    Yeah.
17   Q    Okay.  What did you do to prepare for today's
18   deposition?
19   A    To prepare for it?
20   Q    Yes, sir.
21   A    Just --
22        MS. ROBINSON-STAPLES:  And let me interrupt.
23   The same rule applies.  Don't discuss any
24   discussions that you had with your attorney.
25        THE WITNESS:  Huh?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 202

1        MS. ROBINSON-STAPLES:  But you -- you can't --
2 do not tell them anything we discussed, but you can
3 answer the question otherwise.
4     A   Oh, yeah.  Really, I mean, not much of
5 nothing, for real.
6 BY MR. WILLIAMS:
7     Q   Okay.  That's a fair answer.  I ask everybody
8 I depose these same or similar questions --
9     A   Right.
10     Q   -- okay?  So I'm not trying to get you out
11 where I don't ask these questions of other folks.  In
12 fact, they ask these types of questions in court.  Often
13 times the judge will.  But in the last say 48 hours,
14 have you taken any medications?
15     A   No.  I'm -- I'm on medications, but no, I just
16 don't want to discuss them.
17     Q   Well, sir, I'm afraid that that's not an
18 option.  I need to know which medications you've been
19 taking in the last 48 hours.
20        MS. ROBINSON-STAPLES:  But I believe that
21 we've decided we were going to do that under the
22 protective order, correct?
23        THE WITNESS:  Yeah.
24        MR. WILLIAMS:  If you want to have this under
25 the protective order seal, that's fine.

Page 203

1        THE WITNESS:  Yeah.
2        (CONFIDENTIAL PORTION)
3 BY MR. WILLIAMS:
4     Q   So the -- under the protective order, this
5 portion of your deposition will be sealed from public
6 view, unless some order says otherwise, okay?
7        MS. ROBINSON-STAPLES:  So you can answer that
8 question.
9        THE WITNESS:  I can answer it?
10        MS. ROBINSON-STAPLES:  Uh-huh.
11        THE WITNESS:  So tell them what?
12        MS. ROBINSON-STAPLES:  Yes.
13        THE WITNESS:  I was on -- for the car wreck
14 and stuff, like I told him, you know what I mean,
15 that -
16     -
17        MS. ROBINSON-STAPLES:  And he asked for the
18 last 48 hours.
19        THE WITNESS:  In the last --
20        MS. ROBINSON-STAPLES:  So the last two days.
21        THE WITNESS:  For the last two days?
22        MS. ROBINSON-STAPLES:  Yes.
23 BY MR. WILLIAMS:
24     Q   And at this point, Mr. Taylor, I'm not asking
25 you why you've taken the medications, I'd just like a

Page 204

1 list of the medications you've taken in the last 48
2 hours.
3     A   I mean, it's Suboxone.  It's gabapentin.
4     Q   Okay.  If you would slow down for me, okay?
5 I've got to write them down.  Suboxone, gabapentin?
6     A   Yes.
7     Q   Okay.  Go on, sir.  Thank you.
8     A   And ibuprofen 800 and Klonopin 2.
9     Q   Klopotin [sic]?
10     A   Klonopin.
11     Q   Klonopin?
12     A   Yeah.  2 milligram.
13     Q   All right.  And were all of those medications
14 taken today?
15     A   Early this morning.
16     Q   This morning.  Is that when you typically take
17 them?
18     A   Yeah.
19     Q   Do any of those medications tend to make you
20 sleepy or groggy or slow you down any?
21     A   No.  They -- they make me level-headed.  You
22 know what I mean?  They do.  They really do.
23     Q   Has only one doctor prescribed all those
24 medications?
25     A   Yes, sir.

Page 205

1     Q   And who is that doctor, please?
2     A   He's out of Tennessee, in Jacksboro, and I
3 really don't know his name.  Every time you go, you see
4 another doctor, so it's hard to say.
5     Q   Okay.  Well, let's narrow it down then.  You
6 may not know the physician's name, but what's the name
7 of the clinic you go to?
8     A   EHC.
9     Q   I'm sorry?
10     A   EHC.
11     Q   AHC?
12     A   EHC.
13     Q   EHC.
14     A   Yeah.  Medical.
15     Q   And do you know what those initials stand for?
16     A   I really don't.
17     Q   How long have you been receiving prescriptions
18 from EHC in Jacksboro, Tennessee?
19     A   Ever since I've been out, besides two months.
20     Q   So after you were released from jail, you
21 started receiving prescriptions from there?
22     A   Yeah.
23     Q   Okay.  And so that was approximately 2016
24 sometime; is that fair?
25     A   Yeah.  I got out June 30th, and it was about

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 206

1  two months later, and that's when I got enrolled in --
2  into the clinic.
3      Q    All right.  Prior to 2016 when you began
4  receiving these medications from the clinic in
5  Jacksboro, did you receive any of those medications
6  previously, or before?
7      A    No.
8      Q    No other doctor before 2016 had prescribed
9  Suboxone, gabapentin, ibuprofen 800, or Klonopin; is
10 that correct?
11     A    No.  I -- at one time, I mean, when I got out
12 of the hospital, but that's been long time ago.  But
13 they give me the gabapentin once before, but that's been
14 my car wreck in 2008.
15     Q    All right.  After -- or let's say before you
16 were incarcerated -- was that in 2012 that you were
17 incarcerated?
18     A    Yes, sir.
19     Q    Before you were incarcerated in 2012, what
20 medications were you taking, prescribed medications?
21     A    I wasn't taking none when I got locked up.
22     Q    So you weren't on any medications at all that
23 were prescribed to you?
24     A    No.
25     Q    Okay.  During the time that you were

Page 207

1  incarcerated, from the beginning to the end, did you
2  take any medications that the jail provided to you?
3      A    I did.
4      Q    Okay.  Tell me what you took while you were in
5  jail.
6      A    Just some little Tylenol, ibuprofen.
7      Q    Okay.  Over-the-counter medications?
8      A    Yeah.  Maybe Benadryl.  You know what I mean?
9      Q    No medicines that would require a
10 prescription?
11     A    No.
12     Q    And did you take those things for headaches or
13         -- I'll ask you: what'd you take them for?
14     A    Where I was banged up from my car wreck.  I
15 got the colostomy bag, dislocated hip and pelvis and all
16 that.
17     Q    Okay.  All right.  And I have to cover a
18 couple other rounds.  Again, I do this in every
19 deposition.  I know you've described to me some
20 prescribed medications that you've taken in the last 48
21 hours.  Have you drank any alcohol in the last 48 hours?
22     A    No.
23     Q    Okay.  And have you taken any medicines that
24 weren't prescribed to you in the last 48 hours?
25     A    No.

Page 208

1      Q    Okay.  You mentioned during your earlier
2  testimony that at one time you were taking a drug called
3  roxies, correct?
4      A    Yes.
5      Q    And I think you also referred to them as 30s?
6      A    Yes.
7      Q    And are those the same drugs?
8      A    Yes.
9      Q    Okay.  And that's short for Roxicet?
10     A    Roxicet.  Yeah.
11     Q    Okay.  And if I understood your testimony
12 correctly, you said at one point you had a physician who
13 was prescribing you those medications; is that correct?
14     A    He was -- not Roxicet, but he was giving me
15 Oxycontin.
16     Q    Oxycontin.
17     A    And Percocet.
18     Q    And was that after your automobile accident?
19     A    Yes.
20     Q    Which physician prescribed you Oxycontin?
21     A    Cardinal Hill.
22     Q    Cardinal Hill?
23     A    Yeah.
24     Q    Okay.  Do you remember the doctor?
25     A    Dr. Sawyer, a female doctor out of Lexington.

Page 209

1      Q    When did you last take Oxycontin?
2      A    Before I got locked up.  Long, long time.
3      Q    Okay.  Before 2012 sometime?
4      A    Yes.
5      Q    But you're not sure when?
6      A    No. I'm not sure when.
7      Q    Did you continue taking Oxycontin after it was
8  prescribed to you?
9      A    What do you mean?
10     Q    After your prescription for Oxycontin ran out,
11 did you continue to receive Oxycontin from other
12 sources?
13     A    Yeah.  For a short period of time, and then I
14 got locked up.
15     Q    Was that at or near the same time that you
16 were receiving roxies?
17     A    No.  I wasn't receiving roxies.  That's what I
18 was getting, because they quit making the oxys.
19     Q    Okay.  So let me make sure I understand.  At
20 some point, they quit making Oxycontin and your doctor
21 switched over to roxies?
22     A    No.  I was getting roxies off the streets.
23     Q    I see.  Good.  Who was prescribing -- or, I'm
24 sorry, who was selling you roxies on the street?
25         MS. ROBINSON-STAPLES:  I'm going to object to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 210

1   that question, and then instruct him not to answer
2   that question.
3           MR. WILLIAMS: Okay. Can you give me the
4   basis for instructing him not to answer so we can
5   have a record of that, please?
6           MS. ROBINSON-STAPLES: Sure. Relevancy.
7           MR. WILLIAMS: Well, this is a discovery
8   deposition. Discovery's broad. I think if he's
9   admitting to using Roxicet from an illegal source
10  at the time, it's a very expensive drug. The
11  underlying crime involving Katherine Mills involves
12  a theft of money, so I think it's certainly
13  relevant as to where he was getting his Roxicets at
14  the time and how much they would cost him. So with
15  that objection said, it's -- okay. Thank you.
16          MS. ROBINSON-STAPLES: I'm still going to
17  instruct him not to answer.
18  BY MR. WILLIAMS:
19      Q    All right. So your attorney's instructing you
20  not to answer who you were buying them from. Were you
21  buying them from more than one source?
22      A    Just ain't going to answer it, man.
23      Q    I'm sorry?
24      A    Just ain't going to answer it.
25          MS. ROBINSON-STAPLES: You can answer that

Page 211

1   question --
2           THE WITNESS: Okay.
3           MS. ROBINSON-STAPLES: -- if you were buying
4   from more than one person.
5       A    Like I said from the get-go, I got them on the
6   street.
7   BY MR. WILLIAMS:
8       Q    So you're going to refuse to answer how many
9   people --
10      A    No. I ain't refusing to answer nothing.
11          MS. ROBINSON-STAPLES: Jonathan --
12      Q    You're not?
13      A    No. I'm -- what I said from the get-go.
14      Q    I'm sorry, what did you say from the get-go?
15      A    That I bought them off the street. That don't
16  mean that I went and bought them off four, five
17  different people. You know what I mean? I just got
18  them off the street. You know what I mean?
19      Q    Yes, sir. And I'm trying to determine how
20  many folks you've bought --
21      A    That's one person.
22      Q    Just one person?
23      A    Yeah.
24      Q    For how long of a period of time did you buy
25  Roxicets off the street?

Page 212

1       A    I done told you. Not too -- not too long at
2   all because I got locked up, got beat to death, got
3   punished five years.
4       Q    I'm -- again, I'm just trying to determine the
5   time period, and "not too long" doesn't give me a lot of
6   information. Folks have different ideas about what a
7   short period of time is. So are we talking less than a
8   year or a few days, weeks?
9       A    Couple months.
10      Q    Couple months. Okay. When you were
11  purchasing Roxicets off the street, how much were those
12  costing you?
13      A    Around $20, $25, something like that.
14      Q    20 to 25.
15          (END OF CONFIDENTIAL PORTION)
16      Q    During this time period, you were living with
17  Linda Taylor; is that right?
18      A    When?
19      Q    Right before your arrest?
20      A    No. I was -- I had my own apartment.
21      Q    Okay. So how much was your apartment costing
22  you per month?
23      A    Well, I was on HUD.
24      Q    On HUD?
25      A    They paid every bit of it.

Page 213

1       Q    So you had no expense for your living?
2       A    No.
3       Q    All right. And were you receiving SSI or
4   Social Security disability at that --
5       A    Disability.
6       Q    Okay. And just so I understand, I've always
7   learned or felt or believed that SSI was provided to
8   folks who hadn't worked much in the past and Social
9   Security disability was for folks who had worked a long
10  work life, or at least some time, so I'm -- were you on
11  SSI or Social Security disability?
12      A    I never -- I'm -- I -- I really don't know the
13  difference. I've never worked, but I got a bad car
14  accident and I was just got hurt and it was just
15  disability, so whichever one that is.
16      Q    Okay. You -- when your check comes on a
17  monthly basis, it doesn't say what it is?
18      A    I got a over share, so I never see the check.
19  You know what I mean?
20      Q    When did you begin receiving your check,
21  whether it's disability or SSI? When did you start
22  receiving it?
23      A    Are you talking about before I went in or is -
24  - got put back on it when I got out?
25      Q    No. For the very first time.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 214

1    A    Four to six months before I got locked up,
2 something like that.
3    Q    Four to six months before you got locked up?
4    A    But I fought it for a long time.
5    Q    Okay.  Did you have an attorney help you get
6 it?
7    A    Yes.
8    Q    Who was the attorney who helped you get
9 disability?
10   A    Paul Becker.
11   Q    Okay.  When you filed for disability, it was
12 some time before that.  You filed and got denied and
13 appealed it, that type of thing --
14   A    Yes.
15   Q    -- is that correct?
16   A    Yes.
17   Q    What was the basis of your disability that you
18 filed for?  What did you tell the government was wrong
19 with you in order to get disability benefits?
20   A    I mean, they run all these tests on me and
21 stuff and it come back that, I mean, what messed me up
22 from the get-go, like you said, like them denying me and
23 stuff, is one, I missed a doctor's appointment, and then
24 after that, now, I started taking my regular tests like
25 they was giving me and I got it right off the jump, no

Page 215

1 questions asked, and it was half physical and half
2 mental.  And then when I went down on death penalty for
3 five calendars, and then I got out and then they re-
4 evaluated me, and then now it's all 100 percent mental.
5    Q    Okay.  So had you began the process of trying
6 to get disability before your motor vehicle accident?
7    A    No.
8    Q    Okay.  So as a child, were there any times --
9 let's say up until you were 18.  Were there times that
10 you were in the hospital at any time?
11   A    Yes.
12   Q    Okay.  What were you hospitalized for as a
13 child?
14   A    Head injuries.
15   Q    And you described a couple of those.
16   A    Yes.
17   Q    One was at school when you hit a concrete
18 wall?
19   A    Yes.
20   Q    And then the other one -- I'm sorry, I've
21 forgotten what caused it.
22   A    It was at the house with a door open and I
23 just run smack dead into it.  I mean, young.  You know
24 what I mean?
25   Q    Yes, sir.  Were you hospitalized for both of

Page 216

1 those injuries?
2    A    Yes.
3    Q    And where were you hospitalized at?
4    A    Pineville.
5    Q    Pineville Community Hospital?
6    A    Yes.
7    Q    All right.  And treated and released?
8    A    Yes.
9    Q    Those were both before you turned 18?
10   A    Yeah.
11   Q    All right.  Any other times you were in the
12 hospital before you turned 18?
13   A    No.
14   Q    Any other times you visited the emergency room
15 before you were 18?
16   A    Not that I recall.
17   Q    Okay.  Let's talk about after turning 18,
18 okay?  I know you were at UT after your motor vehicle
19 accident, right?  Any other times you were in the
20 hospital other than the time you were at UT for your car
21 accident?
22   A    What, going to, like, an ER or something like
23 that?
24   Q    Well, let's start with any time that you were
25 there for more than a day; any hospitalizations like

Page 217

1 that?
2    A    No.  Not overnight or nothing like that.
3    Q    Okay.  Then let's talk about emergency room
4 visits then.
5    A    I been to Knox County.  I been to Pineville ER
6 and all that, just because I was fighting back for my
7 check and -- and how I wasn't getting it to get my
8 supplies paid for and I got to have them, my colostomy
9 supplies, and I had to go in there to get -- see if they
10 can get me some bags and flanges and stuff like that to
11 help me out.
12   Q    All right.  Other than the motor vehicle
13 accident that you had the severe injuries in, have you
14 been involved in any other motor vehicle accidents?
15   A    No.
16   Q    Any other times you've been to the emergency
17 room that we haven't discussed?
18   A    No.
19   Q    So the hospitals you've been in are Knox
20 County, Pineville Community --
21   A    Yeah.
22   Q    -- University of Tennessee.  I think you said
23 you were up at Cardinal Hill --
24   A    And Cardinal Hill.
25   Q    -- Cardinal Hill for a while?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

218..221

Page 218

```
1      A    Yes.
2      Q    Any others?
3      A    No.
4      Q    Did you have a family physician that you saw
5  before you turned 18?
6      A    No.  Afterwards.
7      Q    After you turned 18, did you have a family
8  physician that you would go to see from time to time?
9      A    Yeah.  I had one not long ago.
10     Q    Okay.  Who's that?
11     A    Chad Gambrill?
12     Q    I'm sorry?
13     A    Chad Gambrill out of Pineville.
14     Q    Okay.  Any others you can think of since
15  you've been an adult?
16     A    Not besides my Suboxone doctor.
17     Q    And that's the doctor in Jacksboro, right?
18     A    Right.
19     Q    Okay.  Now, you mentioned you had a -- you
20  finished tenth grade, right?
21     A    Yes.
22     Q    At any time, have you ever had your IQ tested,
23  your intelligence quotient tested?
24     A    Yes.
25     Q    When was that?
```

Page 219

```
1      A    When I was locked up, fighting the death
2  penalty, before I got out.
3      Q    Were you sent away for an evaluation as part
4  of that process?
5      A    No.  They came to me.
6      Q    Okay.  So you didn't go up to KCPC?
7      A    No.  KCPC came to me and then a doctor out of
8  Charlotte, North Carolina come to me and both results
9  matched up on my IQ.
10     Q    Do you remember what they said it was?
11     A    I -- I can't recall.
12     Q    Okay.  Now, you mentioned you've moved to
13  Tennessee now, right?
14     A    Right.
15     Q    And where are you living in Tennessee?
16     A    I'd rather not say, for real.
17          MS. STAPLES:  Just generally?
18          MR. WILLIAMS:  Just generally.  Yes.
19          MS. ROBINSON-STAPLES:  You can answer just
20  generally.
21          THE WITNESS:  What do you mean?
22          MS. ROBINSON-STAPLES:  Like, the area, the
23  city.
24     A    Harrogate.
25  BY MR. WILLIAMS:
```

Page 220

```
1      Q    In Harrogate.  Okay.  Just -- that's right
2  across from Middlesboro, right?
3      A    Right.  Right.
4      Q    Other than Tennessee and Kentucky, have you
5  ever lived in any other states?
6      A    No.
7      Q    All right.  Now, I know in your past you've
8  had quite a few arrests, correct?
9      A    Yeah.
10     Q    So before 2012, when you were arrested in
11  relation to the Mills murder charges, you had been in
12  jail before, correct?
13     A    Yes.
14     Q    All right.  Tell me what jails you had been in
15  before being arrested on the Katherine Mills case?
16     A    Just Knox and Bell on petty stuff, traffic
17  violations, you know what I mean, not paying fines.
18     Q    So you had been in the Knox County Jail,
19  correct?
20     A    Yeah.  And Bell.
21     Q    Bell County Jail?
22     A    And Bell County Jail.
23     Q    Ever incarcerated in any other state other
24  than Kentucky?
25     A    No.
```

Page 221

```
1      Q    You were also incarcerated at Whitley County
2  at one point, correct?
3      A    Well, I -- well, I'll tell you.  Another state
4  -- they got me in Tennessee for driving about -- so many
5  -- so many months ago or something like that, and they
6  took me in, but they bonded me right straight back out
7  and then I took care of all that, because I had tags and
8  insurance, license, and all that.  You know what I mean?
9  And they just -- they just threw it out.  You know what
10  I mean?  But I -- I been in Claiborne -- Claiborne Jail,
11  too, but I -- I forgot about it.
12     Q    Is that the charge you were just discussing?
13     A    Yeah.
14     Q    Okay.  So you've been in the jail in Claiborne
15  County?
16     A    Yes.
17     Q    Now you also mentioned -- let's go back to the
18  time period -- what I want to do is take you back to
19  December of 2010 and talk about that general time
20  period, okay?  You with me?
21     A    (No verbal response.)
22     Q    All right.  Did you have a group of friends
23  that you hung around with, ran around with, visited with
24  during that time period?
25     A    I mean, Alex.  We hung out for years and years
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 222

1   and years and years, so probably -- me and him is
2   hanging out probably around that time, too.  You know
3   what I mean?
4      Q   I'm sorry, who?
5      A   Alex Garland, one -- a friend --
6      Q   Alex Garland?
7      A   -- but it wasn't a group of friends.  It was
8   just me and him.
9      Q   All right.  Anybody else?
10     A   Just when I go visit my mom, my step-brother
11  might be up there and he's my age.  You know what I
12  mean?
13     Q   What's your step-brother's name?
14     A   Eric.
15     Q   Eric what?
16     A   Brock.
17     Q   Brock?
18     A   Yeah.
19     Q   Thank you.  Any other friends that you would
20  frequently hang out with at that time?
21     A   Uh-uh.
22     Q   So in December of 2010, were you already
23  receiving SSI or Social Security disability?
24     A   Yeah.
25     Q   Had you been approved by that time?

Page 223

1      A   Yes.
2      Q   And what was your monthly check at that time?
3      A   When I went in, it was 698.  When I come out,
4   when it hit first of the year, it was 750.
5      Q   And at that time your housing was being paid
6   for; is that right?
7      A   Yes.
8      Q   So other than -- I guess you didn't have any
9   housing expenses, right?
10     A   Only thing I had was -- we had free water, and
11  I didn't have cable, and I just had my electricity bill
12  and my phone card bill.  That was it.
13     Q   Anybody help you out with any money or
14  anything like that?
15     A   Yeah.  My aunt from time to time, if I needed
16  help.
17     Q   Was that Linda?
18     A   Yes.
19     Q   Now, you mentioned also using the drug
20  marijuana during your testimony earlier; when did you
21  begin using marijuana?
22     A   I mean, I -- I ain't no user of it, but, I
23  mean, when I first started it, it was back in middle
24  school or something.  You know what I mean?
25     Q   Yes, sir.  So back in December of 2010, were

Page 224

1   you using marijuana, or smoking it?
2      A   That's -- I really don't know, be honest with
3   you.
4      Q   All right.  How about roxies?  Were you using
5   roxies during that time period?
6      A   Yeah.
7      Q   You were?
8      A   Probably was.  Yeah.
9      Q   Okay.  Any other illegal drugs during that
10  time period of December of 2010 that we haven't covered,
11  haven't talked about?
12     A   On what?
13     Q   During December of 2010, during that time
14  period, any other illegal drugs that you were using that
15  we haven't talked about already?
16     A   No.
17     Q   So it would've been roxies, perhaps marijuana?
18     A   Yeah.
19     Q   Nothing else at that time?
20     A   No.
21     Q   Did you use alcohol during that time?
22     A   Never been a drinker.
23     Q   Okay.  All right.  Now, as I said, I represent
24  Derek Eubanks and Mr. Pickard, and as I heard your
25  testimony here earlier, it sounded like there were a

Page 225

1   couple of occasions where you encountered John Pickard,
2   the former sheriff of Knox County, and I just want to
3   make sure I've got those times covered, okay?  Before I
4   do that, let me ask you about Derek Eubanks; do you know
5   Mr. Eubanks?
6      A   I do.
7      Q   Okay.  I haven't heard you talk about him
8   today, so as we sit here today, do you have any
9   knowledge or information that you're relating to Mr.
10  Derek Eubanks, anything that you're claiming that he did
11  wrong in this case?
12     A   No.
13     Q   You have none?
14     A   Uh-uh.
15     Q   All right.  So I'm just going to move on from
16  him.  This is my one chance to ask you about that, okay?
17  All right.  Now I want to ask you about John Pickard,
18  okay?  Now, as I understand your testimony earlier,
19  sometime, I think it was in early 2011, you're saying
20  that you were taken to the police station in
21  Barbourville, correct?
22     A   Yes.
23     Q   And I think you said that you might've arrived
24  there in Sheriff Pickard's SUV?
25     A   Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 226

1    Q    Okay.  Anybody else in the vehicle with you on
2 the ride to the sheriff's department -- I'm sorry, to
3 the Barbourville Police Department?
4    A    Yes.
5    Q    Who else was in the vehicle with you?
6    A    My first cousin, Amanda.
7    Q    Okay.  And that's your co-plaintiff sitting
8 here with us today, correct?
9    A    Yes.
10    Q    All right.  And you had been picked up where?
11    A    At my aunt's house.
12    Q    At Linda Taylor's house?
13    A    Yes.
14    Q    Okay.  When the folks from the various police
15 departments came there to pick you up, who was at your
16 aunt's house other than you and Amanda?
17    A    My brother.
18    Q    Jerry?
19    A    Yes.  And if I'm not mistaken, the kids.
20    Q    All right.
21    A    If I ain't mistaken.  You know what I mean?
22    Q    Anybody else?
23    A    No.
24    Q    Okay.  At Ms. Taylor's house, Linda Taylor's
25 house, did then-sheriff -- I'm just going to refer to

Page 227

1 him as Sheriff Pickard --
2    A    Right.
3    Q    -- because he was Sheriff then --
4    A    Right.
5    Q    -- okay?  Did Sheriff Pickard say anything to
6 you at Linda Taylor's house?
7    A    As of what?
8    Q    Do you remember anything he said to you at
9 Linda Taylor's house?
10    A    I mean, Pickard didn't say much -- much at
11 all.  You know what I'm saying?
12    Q    Yes, sir.
13    A    But, I mean, when we got down there at the
14 station and stuff, I mean, he tries a little
15 investigation or whatever,  Like, the piece of shit
16 York.  You know what I mean?  The -- the -- doing his
17 little sneak stuff and this and that.  You know what I
18 mean?  But Pickard wasn't like that.  You know what I
19 mean?  I mean, he sat down man to man and tried to, you
20 know what I mean, "You got something to tell me,"
21 whatever.  You know what I mean?  And I don't.  I -- but
22 I -- what do you want me to do?  Make something up.  You
23 know what I mean?  I mean, I ain't got nothing to tell
24 you.  You know what I'm saying?  But, I mean, far as
25 that goes, I mean, I never had no problems with -- with

Page 228

1 Pickard or nothing.
2    Q    Okay.  So I think I understand your testimony,
3 but it sounds like you don't have any criticism of how
4 Sheriff Pickard came to the house, picked you up, and
5 spoke with you at the scene -- or at the department; is
6 that correct?
7    A    Yes.
8    Q    Okay.  Now, as I understand it, you were shown
9 some photographs?
10    A    Yes.
11    Q    And if I understand your testimony correctly,
12 Detective York or KSP Officer York gave you those
13 photographs to look at?
14    A    Yes.
15    Q    While you were there, is it your recollection
16 that Sheriff Pickard came and went out of the room that
17 you were in?
18    A    Did he go out and come back in?
19    Q    Yes, sir.
20    A    Yes.
21    Q    Okay.  So he wasn't there the whole time that
22 Mr. York was speaking with you, correct?
23    A    Correct.
24    Q    Do you remember Mr. Pickard actually asking
25 you any questions?

Page 229

1    A    Yeah.  He -- we don't -- we all -- there was
2 Mike Broughton, there was Sheriff Pickard, and there was
3 Detective York, but, I mean, after all three of them
4 talked to me and stuff, then they laid out the pictures
5 -- not they, but Mr. York, he -- he laid out all the
6 pictures and he said they're going to the next room to
7 watch me and I better not take my face off of them, and
8 was like, "Look what you done."  You know what I mean.
9 This, that, and that and this, but, like, I don't know
10 what order it was or whatever.  You know what I mean?
11 But one time, I mean, Sheriff Pickard come in, you know
12 what I mean, and we had a talk, but I -- I really don't
13 know what really, really, really was said between me and
14 him.  You know what I mean?
15    Q    And that's what I'm trying to find out.  If
16 you don't remember, that's fine, but if you do, I need
17 to know now what was said.
18    A    Right.
19    Q    And you can't remember?
20    A    Not right off, can't.
21    Q    Now, there's some -- you also gave some
22 testimony that at some point someone asked you to put
23 your hood on or take a picture with your hood on?
24    A    Yeah.  I -- I mean, I come in because they was
25 rushing.  I ain't saying Pickard and I ain't saying

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 230

1   Broughton or York, whatever, but one of the -- one of
2   them that was there -- there was a black cop there and
3   everything, but they was rushing, rushing, rushing to
4   try and get us out of there.  I -- I just grabbed my --
5   I throwed on a Yamaha shirt, grabbed my jacket, took
6   off.  Had it in my hand the whole time, walked in with
7   it in my hand and stuff.  You know what I mean?  Get in
8   there and we talk.  Mike -- spit dip out.  Mike
9   Broughton asked me for a piece of gum.  I give him a
10  piece of gum and stuff.  You know what I mean?  After we
11  get done with the interrogation or whatever, then they --
12  - they take the pictures and ask me would I put my coat
13  on, put my hood on, stand so far back, turn this way,
14  turn that way, you know what I'm saying, and taking
15  pictures of me.
16      Q    Do you remember who took the pictures?  Who
17  was using the camera; do you remember?
18      A    It was York and Broughton.
19      Q    Okay.  Do you even remember if Pickard was
20  there during the picture-taking part?
21      A    Pickard was there.
22      Q    Okay.  All right.  But you can't say this
23  afternoon who it was to ask you to take the pictures?
24      A    What do you mean?
25      Q    You can't say who asked you to let the

Page 231

1   pictures be taken?  Or if you can, I need to know who it
2   was that asked you to take the pictures?
3       A    You asking me who -- who -- who asked me to
4   take the pictures?
5       Q    Yes.  Was it Detective York --
6       A    York.
7       Q    -- the officer that asked --
8       A    It was York.
9       Q    -- you to take the pictures?  Okay.
10      A    York.
11      Q    And do you remember about how long total you
12  were at the Barbourville Police Station?
13      A    A good hour-and-a-half, two hours.
14      Q    About two hours?
15      A    Good hour-and-a-half, two hours.
16      Q    Okay.  And of that time, do you remember how
17  long Sheriff Pickard was there?
18      A    Pickard was there the whole time because
19  Pickard was the one that transported me over to the
20  jail.
21      Q    Okay.  He took you over to Knox County or --
22      A    Yeah.  Before Bell County come get me.
23      Q    Do you remember anything that Sheriff Pickard
24  would've said to you on the way to the jail?
25      A    No.

Page 232

1       Q    All right.  Now, before that encounter that
2   you've just described, had you had any previous
3   encounters with Sheriff Pickard before that?
4       A    I did.  My girlfriend, that's the one that
5   passed away before, and he's been known to sit across
6   the road and sit there and watch, watch, and then one
7   time I left.  Soon as I left, I get a phone call from my
8   old lady and said that Sheriff Pickard drove York up
9   there and was trying to interrogate my old lady and
10  stuff and giving her a hard time and stuff, as soon as I
11  left, so they had to been watching.  You know what I
12  mean?  Soon as I left, they pulled straight in.
13      Q    Can you say when those times allegedly were?
14      A    I mean, he would know.
15      Q    Well, I'm asking you.  I need to know what
16  knowledge you have.
17      A    Well, I don't have no -- I mean, I don't -- I
18  don't know, man.
19      Q    Regardless of when those times were, did you
20  speak to Sheriff Pickard on any of those occasions?
21      A    No.
22      Q    So you didn't have any conversation with him
23  when he came there, if he did?
24      A    My old lady did.  She walked up and asked him
25  what his problem was, always sitting across the road and

Page 233

1   watching over our house and stuff.
2       Q    And she's deceased now, correct?
3       A    Yeah.  Yes.
4       Q    So I can't talk to her and ask her what --
5       A    Right.
6       Q    -- she said.  Okay.  So we've covered the talk
7   at the Barbourville City Police Station, correct?  And
8   we've talked about other times that Kayla told you that
9   he came by her place.  Now there's one other time you
10  mentioned Sheriff Pickard and it was in relation to --
11  for lack of a better way, I'll call it a bust at your
12  place; you know what I'm talking about?
13      A    Yeah.
14      Q    Other than this bust I'm going to be asking
15  you some questions about, did you have any other
16  encounters with Mr. Pickard?
17      A    Other than at the house and what we done
18  talked about?
19      Q    Yes, sir.
20      A    Uh-uh.
21      Q    Okay.  So that narrows it down to what I need
22  to ask you about.  So as I understand your testimony
23  earlier, you're saying that sometime after midnight,
24  Sheriff Pickard and other officers came to your place?
25      A    Sheriff Pickard was the main one.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 234

1    Q    Okay.  And do you remember what date that
2  occurred?
3    A    The day I went to jail, the first -- 2012.
4    Q    Sometime in 2012?
5    A    Yeah.
6    Q    And this was your residence?
7    A    Yes.
8    Q    It was a place you were renting?
9    A    Yes.
10   Q    So it was in your name?
11   A    Yes.
12   Q    And who was with you there that night?
13   A    There was me and four others.
14   Q    You and four others.  Okay.  Who were those
15 other persons?
16   A    Kayla, the one we just got done talking about.
17   Q    Yes, sir.
18   A    Michael Bailey.
19   Q    Michael Bailey?
20   A    Yes.
21   Q    Thanks.
22   A    Kim, but I don't know her last name, and then
23 Josh Garland.
24   Q    Josh Garland.  Was Ms. Simpson there that
25 night?

Page 235

1    A    No.
2    Q    And Kim, you don't know her name?
3    A    I don't know her last name.
4    Q    I was -- Yeah.  I'm sorry.  You don't know her
5  last name.
6    A    Yeah.  That was -- it was supposed to been a
7  girl that Josh just started dating and I just met her.
8  You know what I mean?  So I really don't know her last
9  name.
10   Q    So I'd kind of asked you earlier back in 2010
11 who you liked to hang around with and do things with.  Of
12 course, we're in 2012 now with this incident, right?  So
13 at that time, were you hanging out with Josh and Kim and
14 Kayla and Michael?
15   A    Then?
16   Q    Yes, sir.
17   A    No.  Michael, I ain't seen him since probably
18 about school.  I ain't seen him a long time, and he come
19 down to spend the night and all that happened, but that
20 wasn't us hanging out every day.  Now, I mean, Kayla,
21 yeah.  Josh, he lived right -- he's my neighbor.  I seen
22 him every day.  You know what I mean?  But the Kim girl,
23 I didn't know her from Adam and Eve.  You know what I
24 mean?  So
25   Q    You said earlier that you had company that

Page 236

1  evening.
2    A    Yeah.
3    Q    These folks were your company --
4    A    Yeah.
5    Q    -- right?  And what were you-all doing that
6  evening when the police arrived?
7    A    Sitting there listening to music,
8  bullshitting.
9    Q    All right.  And was any illegal activity going
10 on in the apartment when they arrived?
11   A    No.  They -- that's when they hit me for
12 manufacturing and there was nothing in my apartment at
13 all, but it was supposed to been something out back, and
14 it was apartment complex, but they picked my apartment
15 and I get hit with the other four.  All five of us get
16 hit with it.
17   Q    Okay.  And as I understand it, you said they
18 first knocked, correct?
19   A    (No verbal response.)
20   Q    I'll wait until you're done --
21   A    Yes.
22   Q    -- with your Pepsi.
23   A    Yes.
24   Q    So they first knocked and you-all didn't let
25 them in; is that fair?

Page 237

1    A    Yes.
2    Q    And then you said they made their way in,
3  correct?
4    A    Yes.
5    Q    And as I understood your testimony, you hid;
6  is that right?
7    A    Yes.
8    Q    Why'd you hide?
9    A    I don't know.  I was -- I had five years on
10 the shelf.  You know what I mean?
11   Q    You had already been in jail five years at
12 that point?
13   A    No.  I had -- I was -- I was on probation.
14   Q    On probation?
15   A    Yes.
16   Q    Okay.  Did they find anything inside of the
17 home?
18   A    Nope.
19   Q    Did they find anything on your person?
20   A    Huh?
21   Q    Did they find anything on your person?  Did
22 you have anything in your pockets --
23   A    Oh, no.
24   Q    -- or on your person?
25   A    Uh-uh.  No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 238

1    Q   How come you didn't answer the door when they
2  got there?
3    A   I don't know.  I just feel like they was out
4  to get me.  You know what I mean?  And I wouldn't answer
5  it.  They didn't announce who they was or nothing.  You
6  know what I mean?  I didn't look out the window or
7  nothing.
8    Q   Earlier you said that you remembered Sheriff
9  Pickard coming in and he had a mask on; is that right?
10   A   Yeah.
11   Q   Some point he takes it off?
12   A   Takes it off.
13   Q   And do you remember anything he said once he
14  took --
15   A   Now, when they come in, when they all come in,
16  now, I didn't know it was Pickard.  You know what I
17  mean?
18   Q   Yes, sir.
19   A   Because they all had toboggans on, but the
20  only two that took them off was Pickard and Dallas
21  Eubanks.  And then the other ones, I don't have a clue
22  who they are -- who they were.
23   Q   Okay.  So you can't testify who was there that
24  night other than Dallas Eubanks and Mr. Pickard?
25   A   Yeah.

Page 239

1    Q   Did Mr. Pickard say anything to you while he
2  was there?
3    A   No.  Not really.
4    Q   Okay.  At some point, were you placed under
5  arrest?
6    A   Yes.  I was placed under arrest off the jump.
7    Q   Do you know who placed you under arrest?
8    A   Dallas Eubanks.
9    Q   All right.  Did Dallas Eubanks take you on to
10  jail?
11   A   Yes.  But the -- No.  The city took me to
12  jail, but he told the city he would meet them down there
13  and he would go ahead and fill the paper out, and then
14  he was the one signed off on everything.  Like it was
15  his case.  You know what I mean?  He signed the citation
16  and everything.
17   Q   Now, you had also mentioned at some point, I
18  think, and correct me if I'm wrong, but they -- whoever
19  it was kind of got you out of a closet?
20   A   Yeah.
21   Q   You weren't necessarily cooperating with him
22  getting you out of the closet; is that a fair
23  characterization?
24   A   No.  I didn't put up no fight or not like
25  that.  You know what I mean?  And they -- they jerked me

Page 240

1  up out of there and drug me out in the middle of the
2  floor and done what they done --
3    Q   All right.  Tell --
4    A   -- like I said earlier.
5    Q   I'm sorry.  Tell me who it was that drug you
6  out in the floor.
7    A   I couldn't tell you.  They had maskes [sic]
8  on.  I couldn't tell you.
9    Q   So by this time, Sheriff Pickard already has
10  his mask off; is that fair?
11   A   Well, no.  I was upstairs, okay?  When I get
12  cuffed, all I had in my mind when I got to the top of
13  the steps, I thought they was going to do me dirty
14  because of what they just done to me.  I was like, "Just
15  -- man, just please let me get down these steps, man,"
16  because I was handcuffed behind my back and I thought
17  they was going to push me all the way down them steps
18  handcuffed.  You know what I mean?  But I got to the
19  bottom of the steps, sit down.  Pickard was down there
20  with my old lady and stuff.  Done had his toboggan off.
21  You know what I mean?  So I noticed him right off the
22  jump.  You know what I'm saying.  But -- and then it
23  went probably -- I was sleeping with my shoes on because
24  they told me to sit down on the bottom of the steps,
25  then it went just a few minutes, man, then here I --

Page 241

1  here comes Dallas Eubanks and he had his mask off.
2    Q   Okay.  So I think, if I understand everything
3  you just told us, you were upstairs being grabbed by
4  this other officer --
5    A   Which I don't -- yeah.  Like I said, I don't
6  think -- I don't think Pickard had nothing to do with
7  what they done to me upstairs.
8    Q   Okay.  Thank you.  That's all I was trying to
9  establish.  All right.
10   A   Because he was downstairs with my ex-old lady
11  that's passed away.
12   Q   Taken on to jail.  Did you speak with Sheriff
13  Pickard at any time after that?
14   A   No.
15   Q   As we sit here today, have you talked with him
16  about your case or about the facts of it at any time
17  since that time?
18   A   No.
19   Q   Has he said anything to you that you can
20  remember?
21   A   No.
22   Q   Other than what we've talked about?
23   A   (No verbal response.)
24   Q   Was that a "no"?
25   A   No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 242

1    Q   Okay.  All right.  You've -- in your answers
2    to interrogatories that were sent by the City of
3    Barbourville, specifically interrogatory number 22 --
4         MR. FARAH:  I'm going to go off the copy in
5    front of him, so I can ask questions --
6         MR. WILLIAMS:  Absolutely.  Thank you.
7    Appreciate it.  Thank you.
8    BY MR. WILLIAMS:
9    Q   I want you to, Mr. Taylor, take a moment to
10   look that over and when you're ready to answer some
11   questions about it, just let me know, okay?
12        MR. WRIGHT:  You said 22, right?
13        MR. WILLIAMS:  Yes, sir.  22.
14        MR. SLOSAR:  You want to take a minute off the
15   record while he does that?
16        MR. WILLIAMS:  Yeah.  That's fine.
17        VIDEOGRAPHER:  Off the record at 4:43.
18            (OFF THE RECORD)
19        VIDEOGRAPHER:  Back on the record at 4:56.
20   BY MR. WILLIAMS:
21   Q   Mr. Taylor, we're back after a break.  Your
22   attorney informed me shortly before we started back that
23   a question that I asked you earlier that she directed
24   you not to answer she is now going to allow you to
25   answer, and that was: during the time period in December

Page 243

1    of 2010, who you were purchasing illegal drugs from.
2    A   Go ahead and answer it?
3    Q   Yes.
4         MS. ROBINSON-STAPLES:  Yes.  You can answer
5    that, Jonathan.
6    A   I mean, to be honest with you, I mean, I'm not
7    for sure.
8    Q   All right.  Earlier you testified that you can
9    narrow it down to one person, because when I asked you,
10   you said it's not four or five, it's only one.  So your
11   testimony now is that you can't remember who that one
12   person was?
13   A   I mean, it's been a minute ago.  I mean, it's
14   been a long time ago.
15   Q   All right.  Well, I would ask you that if you
16   should later recall the name of that person that you
17   would allow -- tell your attorneys so that they can let
18   me know --
19   A   Sure.
20   Q   -- and we can supplement the record.
21   A   Sure.
22   Q   Thank you.  All right.  And have you had a
23   chance to look at answer to interrogatory number 22?
24   A   What is it now?
25   Q   Have you had a chance to look at your answer

Page 244

1    to interrogatory --
2    A   Yes.
3    Q   -- number 22?
4    A   Yes.
5    Q   Okay.  You talked about -- you were asked a
6    question about your claims for pain and suffering, that
7    type of damage, and you give an answer here.  I need to
8    ask you some questions about it, okay?  All right.  You
9    state in there that during this time you were subject to
10   enormous physical and psychological injuries stemming
11   from your wrongful incarceration, correct?
12   A   Yes.
13   Q   First of all, what physical injuries did you
14   have while you were incarcerated?
15   A   What physical?
16   Q   Yes, sir.
17   A   I mean, like, I couldn't get my surgeries
18   done.  I couldn't get none -- none of that stuff done,
19   and it was getting time right when I got locked up to
20   get it done.
21   Q   So just so I'm clear -- again, this is my one
22   chance to get to talk to you --
23   A   Right.
24   Q   -- you didn't have any actual injuries while
25   you were in jail, but your physical injuries you're

Page 245

1    referring to is your inability to get surgeries done?
2    A   I mean, not being able to and just stuff.
3    Q   And so that's your claim relating to physical
4    injuries is that you weren't able to get your surgery;
5    is that fair?
6    A   Yes.
7    Q   Okay.  Thank you.  Any other physical injuries
8    while you were incarcerated that we haven't talked
9    about?
10   A   Uh-uh.
11   Q   That's a "no"?
12   A   No.
13   Q   All right.  So at some point, if I understand
14   your testimony, you were told you needed to have
15   additional surgeries?
16   A   Yes.
17   Q   Okay.  Who told you that?
18   A   That I needed the surgeries?
19   Q   Yes, sir.
20   A   Like, being locked up or on the streets?
21   Q   Well, let's go back and you had your motor
22   vehicle accident in 2008?
23   A   Yes.
24   Q   And then, at some point after that, I take it
25   some physician said you needed to have some surgeries?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 246

1    A    Yes.
2    Q    Okay.  What physician was that?  Who was that?
3    A    That was that one at Cardinal Hill with Dr.
4    Sawyer, but she was going to be referring me to somebody
5    else.
6    Q    Okay.  So --
7    A    But we had to wait on my wound to heal before
8    they could do my surgeries, and I was right at the end
9    of it when they come in on me.
10   Q    All right.  So you're saying in approximately
11   2012 you were at a point, according to your
12   recollection, where your injuries had healed well enough
13   to have your surgery done?
14   A    It took me almost a year to get out -- get off
15   bed rest.  It was that bad.
16   Q    I'm just trying to understand.  So did you
17   actually have surgery scheduled when they came and
18   picked you up and arrested you or not?
19   A    We'd just got my insurance, like I said
20   earlier, and for four, six months, whatever it was, you
21   know what I mean, my disability, and -- and I fought for
22   -- for a while to -- when I do heal, to get my
23   surgeries.  And I'd just got -- I'd just got my
24   insurance to go get it done and that happened.
25   Q    Okay.  As we sit here today, have those

Page 247

1    surgeries ever been performed?
2    A    Have they ever been done?
3    Q    Yes, sir.  Have they ever been done?
4    A    No.
5    Q    Why haven't you had them done?
6    A    I was -- just got off -- it took me a while to
7    get on my disability this time.  Everybody said soon as
8    you get out you got signed straight back up on it, but
9    that -- that was a lie.  I had to see three, four
10   doctors before I even got it.
11   Q    Are you on Medicare now?
12   A    What do you mean "Medicare"?
13   Q    Do you get medical insurance through Medicare?
14   A    Well, I'm in Tennessee now, so I mean, I --
15   it's TennCare, I think.
16   Q    Some type of Medicaid program?
17   A    Yeah.
18   Q    Okay.  And how long have you been receiving
19   TennCare or Medicaid?
20   A    Just for a couple months.
21   Q    So you're saying you started receiving it,
22   like, in February or something?
23   A    When I moved to Tennessee.
24   THE WITNESS:  Do you remember?  I --
25   Q    She can't help you.  It's just the rules, but

Page 248

1    I just need --
2    A    Well, I -- yeah.  Right.  Right.  Yeah.
3    Q    -- your best memory.
4    A    I mean, no longer than three months I been
5    over there or something.  You know what I mean?
6    Q    So at any time since you got released from
7    jail, have you asked to have the surgery performed?
8    A    Oh, yeah.  We've -- we've been to doctors, and
9    they've checked me.  They've called other doctors.
10   They've -- was going to refer me from one surgeon to
11   another, and then have two surgeons come in at the same
12   time and break my pelvis bone and step out and let the
13   other one step in and slice me open and do the colostomy
14   thing.
15   Q    Who are the doctors that you're talking to
16   currently to have that surgery done?
17   A    That was in Perry County.
18   Q    In Perry County, Kentucky?
19   A    Yeah, but I don't -- I don't remember -- I
20   don't remember his name.
21   Q    And -- but as we sit here, you don't have
22   surgery scheduled?
23   A    I don't have surgery scheduled right this
24   second.  No.
25   Q    Okay.  Have any of the doctors that you've

Page 249

1    consulted with about this surgery indicated to you that
2    the delay in having it done has caused you any problems?
3    A    Yeah.  Just like -- the keep throwing it from
4    one to another.  You know what I'm saying?  So I -- they
5    keep referring me.  You know what I mean?  I don't think
6    no doctor's wanting to really do it, be honest with you.
7    Q    Okay.  But to answer my question, has any
8    physician told you that the delay while you were
9    incarcerated caused you any problems as it relates to
10   this surgery?
11   A    That's what I'm saying.  After five years,
12   doctors don't want to perform that surgery.
13   Q    Has anyone said that it was for the reason of
14   your incarceration that they don't want to do it?
15   A    No.  I don't think so.
16   MS. ROBINSON-STAPLES:  We're -- as we said,
17   we're going to supplement with records --
18   A    Yeah.
19   MS. ROBINSON-STAPLES:  -- if they have not yet
20   received on that.
21   Q    At any time while you were incarcerated, did
22   you make a medical request to have the surgery done or
23   to be evaluated for the surgery?
24   A    Yeah.  I've tried to go to KCPC.  I've tried
25   to go to KSR and everything when I was doing my state

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

250..253

Page 250

1  time. You know what I mean? And they just wouldn't
2  ever send me.
3      Q    Now, again, I don't want to ask you or have
4  you talk to me about what you've discussed with your
5  attorneys, but is your -- without telling me anything
6  they said to you, was it your understanding that while
7  you were incarcerated that your attorneys were working
8  towards to trying to get you the surgery?
9          MS. ROBINSON-STAPLES: I'm going to object to
10     form on that. You -- ask that again.
11     Q    I'm basically just trying to determine, again,
12  without having him testify about any discussions he had
13  which would be privileged, but just if he has any
14  knowledge about whether his physicians -- or, I'm sorry,
15  his attorneys at the time were working towards trying to
16  help him get his surgery performed.
17         MS. ROBINSON-STAPLES: And I'm going to object
18     under privilege.
19         MR. WILLIAMS: Okay. Are you directing him
20     not to answer that one?
21         MS. ROBINSON-STAPLES: Yes.
22  BY MR. WILLIAMS:
23     Q    All right. So while you were in jail, was
24  that -- what county was that in?
25     A    What, when I first got locked up?

Page 251

1      Q    Uh-huh.
2      A    Knox County.
3      Q    All right. Were you transferred later?
4      A    Yeah. I was transferred straight out.
5      Q    Okay. So you were in Knox County and Whitley
6  County?
7      A    I went to Knox, Bell, and then Whitley.
8      Q    Knox, Bell, and Whitley.
9      A    Yeah.
10     Q    Okay. So during the time period that you were
11  in any of those county jails, did you fill out any
12  medical request forms?
13     A    Yes.
14     Q    Okay. What did you request medical help on?
15     A    I told everything that they needed to know
16  about my medical.
17     Q    Okay. And again, I -- just so I'm clear with
18  you, a medical request form is where you're asking that
19  some medical care be provided to you, as opposed to just
20  telling the folks at the jail what your medical history
21  is?
22     A    No. I wasn't telling them my history. I tell
23  them what -- what's wrong with me and what I needed to
24  get done.
25     Q    Okay. So while you were incarcerated, did you

Page 252

1  ever visit any doctors?
2      A    I seen a doctor one time.
3      Q    Okay. Who'd you see?
4      A    I couldn't tell you his name. I don't recall
5  his name.
6      Q    Which county jail were you in when you saw the
7  doctor?
8      A    Clay County.
9      Q    Clay County?
10     A    Yes.
11     Q    Okay. And what did you see the doctor for?
12  What condition did he or she check out?
13     A    My pelvis and my stomach.
14     Q    Okay. Did they prescribe any treatment?
15     A    No.
16     Q    Okay. Was that the one and only time you saw
17  a physician while you were incarcerated? Is that
18  correct?
19     A    Yes.
20     Q    Any other medical requests that we haven't
21  talked about while you were incarcerated?
22     A    No.
23     Q    Okay. And you also allege that you suffered
24  some psychological injuries stemming from your wrongful
25  incarceration, correct? Tell me about that; why -- what

Page 253

1  psychological injuries have you sustained?
2      A    I mean, setting on death penalty, man. You
3  know what I mean? I mean, who -- you go in early 20s,
4  long hair, you come out, you bald. You know what I
5  mean? I mean, that's not a -- that's not a good thing.
6  You know what I mean? And it's just -- it's changed me
7  all the way around, man, and everybody around me that
8  has seen it. You know what I mean?
9      Q    Okay. And that's what I have to understand
10  while we're here today is: I need you to tell me what
11  differences from between -- before you were incarcerated
12  and after you were incarcerated that you feel you've
13  suffered from a psychological standpoint.
14     A    Like, I don't like being around a lot of
15  people. You know what I mean? I don't like nobody
16  getting nowhere even close to me. I don't like confined
17  areas. Just all kind of stuff, really.
18     Q    Right. I've heard that referred to as kind of
19  a panic attack or agoraphobia type situations; have you
20  been diagnosed with that?
21     A    Yeah. Anxiety and stuff like that. That's
22  why they got me on my nerve medication.
23     Q    All right. Has a doctor diagnosed you with
24  anxiety?
25     A    Yeah.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 254

1   Q   Okay.  Which doctor?

2   A   The one over there in Jacksboro.

3   Q   Jacksboro?

4   A   Yes.

5   Q   Before your incarceration, did you ever have

6 any anxiety?

7   A   No.

8   Q   Never were treated for anxiety or depression

9 before your incarceration?

10   A   I never did have it.

11   Q   Have you seen any psychologists or

12 psychiatrists to be treated for anxiety or depression?

13   A   Uh-uh.  No.

14   Q   You have not?

15   A   No.

16   Q   Have you ever seen any type of counselor?

17   A   Yeah.  I go through counseling every month.

18   Q   Okay.  Where do you attend counseling at?

19   A   Same place.

20   Q   At Jacksboro?

21   A   Yeah.

22   Q   Okay.  Who's the counselor you see there?

23   A   There's different ones.  There's, like, three

24 or four different ones.

25   Q   At that same clinic?

Page 255

1   A   Yeah.

2   Q   And who recommended counseling for you?

3   A   They did.

4   Q   Okay.  And is it drug abuse counseling or what

5 kind of counseling is it?

6   A   It is when you do group, but if you do one-on-

7 one, then it's whatever needs to be brought to the

8 table.  You know what I mean?

9   Q   During your one-on-one sessions, have you

10 expressed any psychological or psychiatric problems

11 you're having relating to the allegations in this

12 lawsuit?

13   A   I mean, I don't know nothing about the

14 lawsuit.

15       MS. ROBINSON-STAPLES:  And I'm going to object

16    to what he's talked with about the lawsuit to

17    medical providers.

18 BY MR. WILLIAMS:

19   Q   I don't necessarily want to know what you've

20 said to a psychologist or a psychiatrist or a counselor,

21 what you would've -- conversations you would've had with

22 them, but have you sought treatment for psychological

23 injuries related to this lawsuit?

24       MS. ROBINSON-STAPLES:  You can answer that

25    question.

Page 256

1   A   What is it again?  Sorry.

2   Q   Have you sought any treatment from a counselor

3 or psychiatrist, psychologist for anything that you're

4 relating to this lawsuit?

5   A   I really don't get what you mean.

6   Q   Well, you're alleging that you had some

7 psychological injuries stemming or arising or coming out

8 of your wrongful incarceration in your answer here, and

9 I'm just wondering if you've ever sought any treatment

10 for those alleged injuries with a psychiatrist,

11 psychologist, or counselor.

12   A   I mean, we've talked and stuff like that, but

13 it ain't like it's a all-the-time thing.  You know what

14 I mean?

15   Q   Okay.  You also mentioned that your romantic

16 relationships suffered as a result of your

17 incarceration?

18   A   Yeah.

19   Q   Okay.  And were you in a romantic relationship

20 at the time you were incarcerated?

21   A   I was just -- you talking about Kayla?

22   Q   Well, anybody.

23   A   I mean, I was with Kayla and then she passed

24 away while I was locked up.

25   Q   Okay.  At the time that you were arrested and

Page 257

1 put in jail in 2012, were you and Kayla in an ongoing

2 relationship at that time?

3   A   Yeah.  She went to jail with me and

4 everything.

5   Q   Okay.  And that's one question I need to ask

6 you before I forget it is: did you have visitors while

7 you were incarcerated?

8   A   Yes.

9   Q   Who visited you?

10   A   She did, family members.

11   Q   Which family members visited you?

12   A   All kinds of different forms.

13   Q   Okay.  Too many here to name today?

14   A   I mean, been a lot of them, on both sides of

15 the family.

16   Q   All right.  We may ask you in a written

17 question then for you to write down the folks that

18 visited you in jail, okay?  All right.  So do you

19 remember when Kayla passed?

20   A   In January 1, 2013.

21   Q   Okay.  Up and until the time that she passed,

22 were you-all in a romantic relationship?

23   A   The first -- I'd say the first so many months,

24 and then I say -- I say about the first six -- six,

25 eight months or something like that.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 258

1  Q  Okay. Any other persons you were romantically
2  involved with before you were incarcerated?
3  A  No.
4  Q  Okay. You also mentioned in your answers that
5  you lost opportunities for education. Were you planning
6  on finishing your education at the time you were
7  incarcerated?
8  A  I would like to.
9  Q  But you had not -- you weren't scheduled to
10  begin classes or signed up for school at the time you
11  were incarcerated, were you?
12  MS. ROBINSON-STAPLES: Objection to form.
13  Q  You can go ahead and answer.
14  A  Now, what was it again?
15  Q  At the time you were incarcerated in 2012,
16  were you enrolled anywhere to begin school?
17  A  I could've --
18  Q  Finish school?
19  A  I could've went to the GED programs and stuff
20  like that and -- but half the time I -- I couldn't make
21  it. You know what I mean? Didn't -- didn't feel good.
22  You know what I mean? Car wreck banged up. Hit me with
23  murder. Every time I turn around they was hitting me
24  with something, so I just didn't feel like -- just
25  didn't do -- just doing nothing, man. I was just sit --

Page 259

1  laying in my rack. You know what I mean?
2  Q  So just so I'm clear, you weren't signed up
3  for any classes at the time you were incarcerated that
4  you had to cancel because of the incarceration?
5  A  What do you mean "because of incarceration"?
6  Q  Well, your answer to interrogatory number 22
7  indicates that, as a result of being arrested, you
8  missed opportunities for education.
9  A  Not arresting, man.
10  Q  I'm sorry?
11  A  Me being -- me hurting and going on and stuff
12  came -- I -- I wouldn't be able to attend the classes
13  and stuff.
14  Q  And that's all I'm trying to understand, and
15  kind of make it a little bit simpler. You know, there's
16  -- there's the possibility of me going and getting
17  another degree someday, but I don't have anything
18  planned, and then there's actually being signed up and
19  paying tuition and being ready to start the class and
20  then I can't for whatever reason. And that's all I'm
21  trying to determine with you. So at the time of your
22  arrest in 2012, were you about to begin some education
23  program?
24  A  Before I got locked up?
25  Q  Yes, sir.

Page 260

1  A  No. Not before I got locked up.
2  Q  All right. While you were incarcerated, did
3  you take advantage of any opportunities you had for
4  education while you were incarcerated?
5  A  I was -- I was going to try to at one time.
6  That's what I was trying to say a minute ago.
7  Q  You had the ability to obtain your GED while
8  you were in the jail, correct?
9  A  Yes.
10  Q  And you chose not to?
11  MS. ROBINSON-STAPLES: Objection to form.
12  Q  Is that fair? You made the decision to not go
13  for your GED?
14  MS. ROBINSON-STAPLES: Objection again to
15  form, but you can answer, Jonathan.
16  Q  Let me ask it another way: were you prohibited
17  from attending GED classes while you were in jail
18  A  I was just -- I was just -- I don't care about
19  that GED, man. I don't care about it. Just move along.
20  Q  All right. In your answers to
21  interrogatories, you also mentioned that you suffered
22  irreparable harm to your reputation and standing within
23  the community.
24  A  Yeah. You go in the grocery store and stuff,
25  whatever, man, push a buggy by somebody and you overhear

Page 261

1  somebody say, "Yeah. That's that Jonathan Taylor." You
2  know what I mean?" That was charged on that murder.
3  You know what I mean? This and that. And I've heared
4  [sic] too many times, and it's like I don't even want to
5  get out of the house anymore. You know what I mean?
6  Q  Well --
7  A  Somebody's always got something to say.
8  Q  Actually, I don't know what you mean, so
9  that's what I'm trying to understand and ask you some
10  questions about, okay? Before you were arrested in
11  2012, I need to kind of get your idea. What was --
12  before your arrest, in your own mind, in your own
13  impressions, what was your reputation in the community?
14  A  My reputation in the community?
15  Q  Yes, sir.
16  A  I really didn't even get out that much, for
17  real. You know what I mean? I mean, but there -- there
18  was -- few people did know that. I mean, I did use
19  drugs, though, for real. You know what I mean? But it
20  wasn't like I was strung plumb out of nothing, but
21  Q  And what I need to know is since your charges
22  were dismissed and you've been released from jail, have
23  you had anyone that has come up to you and said -- and I
24  need to know this person's name, not just, "I heard it
25  in a store somewhere." Can you point out to any person

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 262

1  who has said, "Man, when you were in jail and all that
2  was going on, I just thought you were a bum," or
3  something along those lines? Has anybody that you can
4  name to us indicated that their opinion of you went down
5  during that time period?
6      A   I mean, nobody going to be calling me a bum.
7      Q   Well, I -- and not -- I'm not trying to limit
8  it to that word. I'm just trying to understand in your
9  -- your reputation and standing in the community is
10 alleged to have been damaged, and is there going to be
11 anyone that you will intend on calling in trial who can
12 say, "Beforehand I thought Jonathan had a great
13 reputation and now I think it's just really been
14 trashed," something along those lines?
15     MS. ROBINSON-STAPLES: And I'm going to object
16 to that question. I feel like that's getting into
17 some attorney-client privilege as to who he may be
18 calling at trial. We've disclosed potential
19 witnesses who have information.
20 BY MR. WILLIAMS:
21     Q   And I don't want to -- again, I don't want to
22 know about conversations you've had with your attorneys.
23 I'm just trying to determine can you think of anyone who
24 has said they think your reputation is worse or lower
25 because of what happened to you?

Page 263

1      A   No. Not now. I mean, you know, this is
2  hitting me with so many questions. I -- right off, I
3  don't -- I don't know, man. Right off, I don't know.
4      MS. ROBINSON-STAPLES: Jonathan, if you need a
5  break, tell us, okay?
6      MR. WILLIAMS: Actually, it's a good time to
7  take a break. I'm just going to look over my notes
8  real quick and see if there's anything else I have
9  for you, Mr. Taylor, okay?
10     VIDEOGRAPHER: Off the record at 5:21.
11         (OFF THE RECORD)
12     VIDEOGRAPHER: Back on the record at 5:41.
13     MR. FARAH: Actually, why don't you start with
14 explaining what's going on?
15     MS. ROBINSON-STAPLES: Going through the line
16 of questioning that Jonathan just went through,
17 after several other hours of questioning has
18 severely affected him to the point where he is no
19 longer able to continue with questioning today. We
20 have talked about it at length for the last few
21 minutes, and it's just not possible today. We do
22 apologize for that, and, you know, obviously we'll
23 bring him back at your-all's convenience.
24     MR. WILLIAMS: This is Jason Williams. I had
25 just a few more questions left that obviously we

Page 264

1  would prefer to complete, but it sounds like the
2  request to continue has -- is unfruitful, so I'll
3  just reserve the right to ask the few I have left.
4  Thanks.
5      MR. FARAH: Licha Farah for Mike Broughton and
6  the City of Barbourville. Obviously, we've not
7  asked our questions yet, and we would reserve our
8  right to continue to question the witness and ask
9  questions concerning the claims against our client.
10 Court Reporter, how much time is left?
11     COURT REPORTER: You have one hour and 40
12 minutes left.
13     MR. FARAH: Okay. So obviously within that --
14 constraints of that, we would reserve our
15 opportunity to take the deposition completed at a
16 later date.
17     MS. KINCER: This is Shawna Kincer and Cody
18 Weber on behalf of Defendants Mark Mefford, Brian
19 Johnson, Kelly Farris, Jackie Joseph, and Dallas
20 Eubanks, and likewise, we have not begun our
21 questioning of the witness, the plaintiff Jonathan
22 Taylor. We would like the opportunity to do that.
23 However, I understand that that's not going to
24 happen today, so we want to reserve the right to
25 ask our questions at a later date.

Page 265

1      MR. WRIGHT: Derrick Wright for Defendants
2  Jason York and Jason Bunch. I have had the
3  opportunity to do an initial cross-examination.
4  The rule provides for at least seven hours, which
5  has not yet been exhausted, so I reserve the right
6  and any objections to ask any follow-up questions,
7  especially at the times since our time limit is not
8  exceeded.
9      VIDEOGRAPHER: Off the record at 5:44.
10         (DEPOSITION SUSPENDED AT 5:44 P.M.)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 266

1                    CERTIFICATE OF REPORTER

2                COMMONWEALTH OF KENTUCKY AT LARGE

3

4     I do hereby certify that the witness in the foregoing

5     transcript was taken on the date, and at the time and

6     place set out on the Title page here of by me after

7     first being duly sworn to testify the truth, the whole

8     truth, and nothing but the truth; and that the said

9     matter was recorded stenographically and mechanically by

10    me and then reduced to typwritten form under my

11    direction, and constitutes a true record of the

12    transcript as taken, all to the best of my skill and

13    ability.  I certify that I am not a relative or employee

14    of either counsel, and that I am in no way interested

15    financially, directly or indirectly, in this action.

16

17

18            Jessica Van Tilburg

19

20

21

22    JESSICA VAN-TILBURG,

23    COURT REPORTER/NOTARY

24    COMMISSION EXPIRES:  06/28/2020

25    SUBMITTED ON:  04/16/2018

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | |
|---|---|

**Exhibits**

EXH 1
EXH 2
EXH 3
EXH 4
EXH 5
EXH 6

---

**$**

$100 158:17

$20 212:13

$25 212:13

$300 146:4

$698 82:8
83:17 84:5

$7,500 92:12

---

**0**

00091 111:2

009201 113:4

009211 113:4

010433 155:23

010450 155:23

010479 62:19
63:25

08 16:3 46:22

---

**1**

1 41:24 42:3
59:5 88:14,16
257:20

100 60:8
191:12 215:4

10:05 41:16

10:19 41:18

11 57:23 116:3
136:11 145:6
188:19

**11:00** 123:3

**11:09** 79:8

**11:30** 79:10

**11th** 84:22,23,
24

**12** 136:5 148:3,
6 152:21

**12:09** 110:17

**12:23** 110:19

**12:55** 133:24

**12th** 102:20

**17-cv-84** 7:13

**18** 20:5,14,15
119:23 215:9
216:9,12,15,17
218:5,7

**19** 123:19

**1987** 9:8

**19th** 123:6,21
124:2,4,22

**1:57** 134:1

---

**2**

**2** 23:24,25
58:14,16,17
68:7,15 188:5
204:8,12

**20** 81:11 115:18
121:6 123:12
125:10 126:8,
23 128:6 129:3,
15 131:1,5
138:25 139:2
212:14

**200** 121:3

**2007** 80:4,15,
19,21 81:11
84:12,15

**2008** 35:6
44:25 46:20,21
50:17 56:7 66:3
76:25 80:11
81:3,14,21
83:22 95:6
192:11 206:14

245:22

**2009** 45:1
46:23,24
187:21

**2010** 9:19,23,
24 10:9 11:2,6,
14,23 12:12,18,
25 13:10,13
20:24 21:20,22
22:4,9,19,23
23:6 29:24,25
30:3,6 31:21
32:21,25 36:7
44:23 45:4,7,22
47:3 48:19,23
50:5 53:24
55:13,25 56:5,
7,17 57:18 65:4
66:13,18 67:2,
5,6,12 69:8,12,
24 70:15 71:1,7
72:7,10,18
73:23 74:7,15,
24 75:2,5,8,11,
18,25 76:3,6,
15,23 77:8,11,
23 78:4,5 80:4,
15,19,21,24
81:11 82:11
84:12,15 86:5
90:2,6,11
94:14,25 95:8,
13 98:15,17
99:2 100:17,24
101:15,16,17,
24 103:23
104:17 112:25
115:18 116:3
118:7 121:6
123:12,19
125:7,10 126:8,
23 128:6 129:3,
15 131:1,5
133:2,11
138:25 139:3
142:16 151:17
186:18,23
221:19 222:22
223:25 224:10,
13 235:10
243:1

**2011** 47:10,17
57:18 116:5,11
136:9 145:5

158:21 225:19

**2012** 30:25
32:23 33:22
36:25 77:13
158:24 159:13
177:12 180:3
206:16,19
209:3 220:10
234:3,4 235:12
246:11 257:1
258:15 259:22
261:11

**2013** 257:20

**2016** 205:23
206:3,8

**2017** 24:8

**2018** 24:9

**20s** 253:3

**20th** 123:5,20
124:21 135:14

**21** 134:17

**21st** 123:25
135:14

**22** 242:3,12,13
243:23 244:3
259:6

**223** 54:24 95:9

**23** 9:21 71:1

**25** 212:14

**250** 121:4

**25973** 58:7

**25983** 61:17

**25985** 58:7

**26** 41:9,21 42:8
52:23 53:20
59:6 88:14
89:14 111:22
194:13

**28th** 7:4

**2:23** 155:16

**2:31** 155:18

**2:56** 176:25

---

**3**

**3** 79:18,20
188:6,12,13

**30** 9:15,16

**30(d)(1)** 110:14

**300-** 158:17

**300-some**
158:12

**30s** 90:12
91:16 208:5

**30th** 205:25

**31** 9:12

**37** 189:9

**3:08** 177:2

**3:24** 189:14

**3:26** 189:16

**3:35** 196:5

**3:36** 196:7

**3:39** 198:20

**3:56** 198:22

**3:57** 200:3

**3:58** 200:5

---

**4**

**4** 111:18
112:19,21
188:9,14

**40** 264:11

**45** 111:11

**47** 199:10

**48** 202:13,19
203:18 204:1
207:20,21,24

**4:43** 242:17

**4:56** 242:19

---

**5**

**5** 115:1,2 188:4,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

17 189:19

**50** 158:17

**5:21** 263:10

**5:41** 263:12

**5:44** 265:9,10

___

**6**

**6** 42:2,7 80:2 156:4

**698** 223:3

___

**7**

**7** 81:10

**70-med** 178:12

**750** 84:6,8,9 223:4

**759** 84:7

___

**8**

**8** 80:3 82:7

**800** 204:8 206:9

___

**9**

**9** 80:13 81:9 82:7

**93** 111:2

**9:21** 7:5

___

**A**

**a.m.** 7:5

**ability** 35:11 43:16 260:7

**Absolutely** 242:6

**abuse** 255:4

**accident** 15:16,25 16:25 17:10,15 18:22

34:3,21 35:6 36:1,2 45:15 50:17 66:3 80:11 81:3,4 189:7 192:11 208:18 213:14 215:6 216:19, 21 217:13 245:22

**accidents** 217:14

**accurate** 79:24 189:2

**accused** 47:23 93:3

**accusing** 136:25

**aches** 17:19

**Acting** 32:4

**activities** 124:25

**activity** 236:9

**actual** 244:24

**Adam** 105:7 235:23

**add** 22:5

**addicted** 52:4

**addition** 24:25

**additional** 58:9 59:2 189:5 245:15

**address** 10:1,6 14:6,8,18,21 39:6,7,9,16

**addresses** 201:10

**adds** 22:5 158:18

**admitting** 210:9

**adult** 201:1 218:15

**advantage** 260:3

**advised** 112:11

**affect** 43:24

**affected** 43:10 263:18

**affirm** 8:5

**afford** 48:14 49:14

**afraid** 202:17

**afternoon** 200:8,9,20 230:23

**age** 20:5,17 22:21 34:8,16 37:25 84:19 222:11

**agencies** 190:20

**agency** 146:6 159:16

**ages** 20:13

**agoraphobia** 253:19

**Agree** 44:14

**AHC** 205:11

**ahead** 171:21 193:4 239:13 243:2 258:13

**air** 18:4

**airlift** 18:2

**airlifted** 18:7

**alcohol** 207:21 224:21

**Alex** 221:25 222:5,6

**alive** 21:7 23:9

**all's** 29:18

**all-the-time** 256:13

**allegations** 255:11

**allege** 252:23

**alleged** 121:1 256:10 262:10

**allegedly** 232:13

**alleges** 199:10

**alleging** 256:6

**Allen** 103:21 104:24 197:1,2, 4,15

**allocate** 110:13 133:21

**allowed** 64:14, 16 69:4

**altercation** 106:2

**Amanda** 7:11, 18 10:3,6,9 11:5 26:18 27:5,14 28:13, 17,23 31:24 32:3,15 33:4,19 72:17 75:4 86:11,22 92:18 101:6,9 121:10, 12 127:7 128:23 129:3, 21 130:20 145:21 184:15 226:6,16

**Amanda's** 11:18,22 125:12 133:6

**Amber** 36:15, 17 37:14,17 38:8 39:2,24 40:25 52:11 89:16 103:18 136:21 143:21, 24 144:1,10 169:13,22 171:16

**Amber's** 160:20 161:4

**ambulance** 18:8,9

**Amy** 7:17

**andyou** 122:16

**Angela** 43:3

**Angie** 43:3

**announce** 164:16 238:5

**answering** 76:25 107:9

**answers** 8:22 79:24 242:1 258:4 260:20

**anticipate** 85:19,21

**anxiety** 253:21,24 254:6,8,12

**anymore** 261:5

**apartment** 13:14,15,18 14:2,6,16,19 15:11,13 16:24 39:17 40:4,5,8 54:16 74:10,11, 20,22 101:11 160:9 162:1 212:20,21 236:10,12,14

**apartments** 13:21,24 14:10, 25 15:16 36:21 38:23 39:1 52:10 54:8,10 73:23,24 74:7,9 108:23 159:2 161:17

**apologize** 263:22

**Appalachian** 131:16

**appealed** 214:13

**appearance** 175:21

**appearances** 154:13 155:3,4

**applies** 201:23

**appointment** 214:23

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**apprehended** 117:19

**approached** 146:19

**approved** 222:25

**approximately** 205:23 246:10

**April** 180:16

**area** 9:22 19:12 21:15,16 37:20 219:22

**areas** 253:17

**argument** 127:20

**arguments** 32:1

**arising** 256:7

**arms** 165:18

**arranged** 110:13

**arrest** 78:10,11 146:16 158:7, 24 159:10 161:11,16 168:8 212:19 239:5,6,7 259:22 261:12

**arrested** 15:2, 7 28:16 30:17 31:1 45:7 48:4 54:13 112:24 118:23 159:17 161:13 220:10, 15 246:18 256:25 259:7 261:10

**arresting** 259:9

**arrests** 220:8

**arrived** 118:15, 16,17 225:23 236:6,10

**arrow** 76:8

**asks** 23:25 24:2 80:3,14

**ass** 166:16

**assault** 105:18,20 106:25 107:16, 19 108:25 109:11,25

**assistant** 173:10

**assuming** 110:11

**AT&T** 69:15

**attack** 253:19

**attempt** 191:14

**attempted** 120:4

**attend** 254:18 259:12

**attending** 260:17

**attention** 139:10 182:19 184:14

**attorney** 60:12 111:3 113:5 195:12 196:13 201:24 214:5,8 242:22

**attorney's** 210:19

**attorney-client** 153:22,25 262:17

**attorneys** 27:13,20,23 28:2,14 29:2,3, 18 33:12,18,20 38:6,13,17 58:7 62:23 113:13 141:13,23 153:11 154:2,6, 10 155:22 186:12 190:2, 23 195:7 196:15,21 197:4,11 198:8, 9,11,13 199:4, 8,13,24 243:17

**81:**10 83:16

**250:**5,7,15 262:22

**audio** 147:19

**August** 116:5, 11

**aunt** 11:16 13:16 25:3 26:3 124:6 128:22 134:20 193:8 223:15

**aunt's** 125:11, 13,14 226:11, 16

**aunts** 24:19 25:8 26:11

**automatically** 136:25

**automobile** 208:18

**aware** 135:15 193:19

**awful** 148:5

**B**

**bacco** 130:10

**back** 33:21 34:25 38:2 40:22 41:18 44:22 48:16 63:2,24 64:12, 15 69:4 71:5 76:7 79:6,10 86:4 100:23 102:21,24 108:18 110:19 112:11,17 119:21 133:3 134:1,3 147:14, 17 148:14,16 149:6 150:5 155:18,20 156:18 158:21 169:16 174:11, 13,17,22 175:9 177:2,4 180:8, 9,10 189:16 191:12,15 193:5 196:7,9 197:8,9 198:22,

**24** 200:5 213:24 214:21 217:6 221:6,17, 18 223:23,25 228:18 230:13 235:10 236:13 240:16 242:19, 21,22 245:21 247:8 263:12, 23

**backed** 166:19

**background** 201:1

**backing** 102:13

**bacteria** 192:23

**bad** 15:15 18:3, 4 20:8 29:8 83:24 213:13 246:15

**bag** 17:11 52:1 189:6 191:12 207:15

**bags** 217:10

**Bailey** 160:24 165:3 234:18, 19

**Baker** 184:18

**bald** 253:4

**ballpark** 18:11 30:1 55:18 134:10 162:4

**banged** 207:14 258:22

**Barbourville** 8:1 14:11 80:8, 25 145:2,12 147:7,13 155:12 156:2 157:9 189:9 191:4 225:21 226:3 231:12 233:7 242:3 264:6

**barefoot** 166:14

**barely** 61:22

**Barren** 180:18

**based** 38:14 188:20

**basically** 250:11

**basis** 210:4 213:17 214:17

**bat** 12:19 13:18

**Bates** 59:4 113:16

**bathroom** 109:10 110:3,5, 8

**Beach** 178:22 180:20,25 182:14,20 183:21 195:14, 22 196:1,19,20

**beat** 114:6 212:2

**beatings** 47:24

**Becker** 214:10

**bed** 124:7 246:15

**bedroom** 165:6,9,22 166:1,2

**began** 206:3 215:5

**begin** 213:20 223:21 258:10, 16 259:22

**beginning** 42:1 136:11 207:1

**begun** 264:20

**behalf** 133:22 264:18

**belief** 59:16 79:25

**believed** 213:7

**bell** 16:6,7 19:14 21:18 23:13 34:22

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

119:2,3 146:2
157:13 158:4
201:2,4,5
220:16,20,21,
22 231:22
251:7,8

**belonging**
67:17,24

**Benadryl**
207:8

**benefits**
214:19

**big** 148:7
177:24

**bigger** 61:17

**bill** 223:11,12

**Billing** 115:23
116:2,25
120:11

**Billings** 116:4
117:1

**Billy** 23:17

**birthdate** 9:6

**birthday**
123:24 134:19

**bit** 10:18 58:4
138:11 144:14
148:15 149:12
150:6 168:21
188:16 200:18
212:25 259:15

**black** 30:11
146:21 156:22
159:4,6,7 160:1
167:10,12,13
230:2

**block** 34:24

**blood** 24:4,16
176:10

**bloody** 162:22
165:24

**blue** 56:4,7,12
64:21,23,25
65:9,11,22
66:1,6 68:15,
20,21 137:13,
17 138:2,6,16,

22 139:3,16

**Bob** 105:1
199:2

**body** 192:24

**bond** 31:10
168:21

**bonded** 31:12
221:6

**bone** 17:12,20
248:12

**booked** 167:21
170:11,21,24
171:7 174:1

**booking**
171:24 172:13

**boot** 165:19

**born** 9:8 201:2

**bothers** 17:17

**bottom** 42:2
62:19,21,25
63:14 79:21
88:18 114:4
163:24,25
164:12 166:8,9
240:19,24

**bought** 68:5
211:15,16,20

**bowl** 108:16

**box** 78:11
112:10

**boxes** 111:9

**boy's** 68:4

**boys** 97:21
98:12

**brain** 35:8
126:7

**brand** 65:23

**Brandon**
26:22,23

**Branson**
184:12

**break** 9:2,4
41:11,13,22
78:15 110:10

133:16 198:18
242:21 248:12
263:5,7

**Brian** 7:23
264:18

**brick** 61:23

**bridges** 167:15

**briefly** 42:14

**bring** 146:4
263:23

**bringing**
172:14

**broad** 104:16
210:8

**Brock** 222:16,
17

**brother** 13:3,4,
5,6 18:25 19:3,
8,19 20:1,15
26:7 37:6 70:18
72:14 75:7 94:1
96:19,24 97:2
124:15 127:5
128:22 160:20
226:17

**brother's** 23:7
69:14,16,17
71:8 72:1 76:13
95:24 161:4

**brother-in-law**
99:10

**brothers** 23:8
37:3,18 40:11,
16 89:16
144:11

**brought** 136:6,
24 137:1
163:24 232:8
255:7

**Broughton**
7:25 147:12,23
148:22 149:17,
20 152:1 157:5
229:2 230:1,9,
18 264:5

**bruised** 167:24

**Bruner** 143:1,

4,5,6,8,10,13

**BS** 102:17,23

**buggy** 260:25

**Building** 94:19

**bullshit** 126:12

**bullshitting**
236:8

**bum** 262:2,6

**bump** 108:13

**bunch** 7:21
62:17 77:17
102:17,23
194:24,25
195:1,9 265:2

**burglary**
115:17 116:6,
10,15,21

**bus** 103:4
180:19

**business**
72:21 102:25

**bust** 233:11,14

**busted** 30:10
34:24 89:24

**butt** 191:20
192:10,14,22

**buy** 49:6,9
104:9,11
211:24

**buying** 104:18
210:20,21
211:3

**buzzed** 175:9

— C —

**C-A-R-N-E-S**
19:24

**cable** 223:11

**calendars**
215:3

**call** 41:3 43:6
54:12 67:20
96:2,5,8,15,21,

4,5,6,8,10,13

24 97:2 108:19,
21 114:21
118:19 144:10
160:24 190:8,
13 193:1 232:7
233:11

**called** 14:9
15:14 39:4
54:25 96:14
114:20 208:2
248:9

**calling** 52:19
96:12 163:5
262:6,11,18

**calls** 35:13
43:25 50:7,14
59:22 60:6,15,
23 61:20 62:10
63:17 65:5 68:9
69:25 87:9
93:5,11 96:6
106:13 109:10
116:13 118:8
131:18 140:24
141:7

**calm** 109:7

**camera** 148:8
230:17

**camper** 140:22
141:6 142:2

**cancel** 259:4

**car** 15:16,25
17:15 45:9,15,
24 46:1,2 49:19
52:4 54:6 55:23
56:4,7,12,22
59:16 60:1
63:10 64:10,11,
21,23,25 65:9,
11,12,13,14,23
66:2,6,9,10
67:7 68:7,8,15,
20,21 69:1
75:4,8,10,11,
16,17 81:24
95:3,5 99:20
130:13 135:8
137:13,17
138:3,6,16,22
139:4,16
140:22 141:5
142:1 145:16

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

146:12,15
157:22,25
166:19,20
189:7 191:20
203:13 206:14
207:14 213:13
216:20 258:22

**card** 223:12

**Cardinal**
208:21,22
217:23,24,25
246:3

**care** 101:7,25
103:24 190:3
192:4 221:7
251:19 260:18,
19

**Carnes** 19:21,
22,23 20:2,3
21:12 23:16,17
26:3 43:3

**Carolina** 219:8

**cars** 66:13,14
67:24 75:23
159:16,21,24
160:4 162:6
166:18

**case** 8:14 27:5,
23 37:23 89:7
168:21 177:9
182:2 220:15
225:11 239:15
241:16

**cases** 82:21

**Casey** 37:11

**cash** 119:17,19

**catch** 118:3
160:23 164:8
167:7

**caused** 45:9
215:21 249:2,9

**causing**
112:12

**cell** 69:8,11,24
71:6,8,10,15
72:1,17,23,24
76:5,15,21,22
77:1,7,10,18

78:3 95:21
169:12 170:3,5
171:12,17,22
172:4,14 174:6,
11,13,14,20
177:22 178:3
179:17 181:16
183:11,12,13,
14,19

**cellmate**
178:22,23
181:6,7

**cellmates**
170:10 171:12
178:17

**Center** 167:8

**Chad** 218:11,
13

**chance** 41:22
58:9 59:1
183:16 189:18
191:9 225:16
243:23,25
244:22

**changed** 253:6

**characterizati
on** 239:23

**charge** 31:5,18
92:22 108:25
116:6,9,10
169:5 182:4
221:12

**charged** 31:7
92:20,25 94:5
105:18,20
107:16,18
109:13,15,21,
25 112:24
113:24 120:3
168:16 169:4
170:8 180:13
261:2

**Charger** 160:1

**Chargers**
159:25

**charges** 15:2,7
28:7 31:2 45:8
48:5 93:10
106:25 107:2,

22 110:22,23
159:11 163:18
177:12,16,20
180:4 181:25
220:11 261:21

**charging**
118:21 152:7

**Charlie** 117:1
120:11

**Charlotte**
219:8

**check** 82:8,20
213:16,18,20
217:7 223:2
252:12

**checked**
192:20 248:9

**chest** 167:13

**Chicago** 111:8

**child** 35:25
181:17,20
215:8,13

**children** 11:18
26:9 27:3

**children's**
131:16 138:7

**chopper** 18:4

**chose** 260:10

**Christy** 184:12

**church** 125:4,
5,6,7 132:21,22
133:3,4,5

**cigarettes**
117:18

**circuit** 23:22

**citation**
106:11,12,16
110:23 111:15
112:7 239:15

**cities** 160:1

**city** 8:1 29:13
146:13 159:19
166:19,21,24
219:23 233:7
239:11,12
242:2 264:6

**civil** 27:14
38:17

**Claiborne**
221:10,14

**claim** 245:3

**claiming**
189:2,24
225:10

**claims** 194:12
244:6 264:9

**clarify** 83:11

**class** 259:19

**classes** 258:10
259:3,12
260:17

**Clay** 102:18
190:16 252:8,9

**clean** 40:4,5

**clear** 108:5
111:11 151:9
244:21 251:17
259:2

**client** 113:21
153:23 264:9

**clients** 133:22

**clinic** 194:4
205:7 206:2,4
254:25

**clip** 61:15
156:18

**close** 25:16
26:9,13,17
134:11 139:4
191:12 253:16

**closed** 175:10

**closet** 162:18,
24 163:9,10,13
164:13 165:10
239:19,22

**clothes**
119:12,15
184:8

**clown** 97:21
98:12

**clue** 22:18

92:24 118:6
125:17 166:22
238:21

**co-plaintiff**
226:7

**coat** 150:9,10
156:22 157:1
230:12

**Cody** 264:17

**coerced**
195:15

**coffee** 40:20
41:4

**collect** 117:24

**colored** 59:1

**colostomy**
17:11 52:1
189:6 191:12
207:15 217:8
248:13

**commit**
116:15,21

**committed**
115:17 116:11
195:9

**communicatio
n** 38:16 184:7,
20

**communicatio
ns** 33:11,12
196:14

**community**
216:5 217:20
260:23 261:13,
14 262:9

**company**
160:16 235:25
236:3

**Compared**
62:13

**complaint**
199:10,19

**complete**
14:23 189:1,23
264:1

**completed**



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

272

264:15

**complex** 14:7, 19 15:13,23 39:17 160:9 236:14

**Compound** 115:19

**concrete** 215:17

**condition** 132:13 252:12

**confessed** 183:2

**CONFIDENTIAL** 203:2 212:15

**confined** 253:16

**connection** 138:3

**consistent** 189:4

**constraints** 264:14

**consulted** 249:1

**contact** 161:20 171:13

**content** 154:19

**continue** 30:5 47:9,17 89:13 188:21 200:13 209:7,11 263:19 264:2,8

**continued** 184:5

**continuing** 17:14

**contracts** 94:19

**control** 16:16

**convenience** 263:23

**conversation** 29:12,16 232:22

**conversations** 29:17 33:19 92:15 172:2 195:7 255:21 262:22

**cook** 39:25

**cooking** 108:15

**cooperating** 150:13 239:21

**cop** 117:14 145:16 146:21 157:22 160:4 166:18,19,21 230:2

**copies** 58:9, 10,24 59:2 111:4 112:1 113:18

**cops** 108:17, 19,21 110:6 117:16 120:21 162:7

**copy** 111:12, 14,15,19,21 112:7 242:4

**corner** 35:3 148:8

**correct** 48:6 53:6 76:16 80:18 202:22 206:10 208:3, 13 214:15 220:8,12,19 221:2 225:21 226:8 228:6,22, 23 233:2,7 236:18 237:3 239:18 244:11 252:18,25 260:8

**correctly** 208:12 228:11

**cost** 48:15,18 210:14

**costing** 212:12,21

**Cougar** 66:1

**could've** 45:17 97:4 131:9,13 149:11 195:22 258:17,19

**counsel** 7:14 23:18 27:8 33:8 113:18 153:5 155:10 189:20

**counseling** 90:15 254:17, 18 255:2,4,5

**counselor** 127:18 254:16, 22 255:20 256:2,11

**counter** 109:18

**counties** 201:6

**county** 7:11 16:5,6 19:12,14 21:17,18 23:11, 13 102:18,19, 22 118:24 119:2,3 146:2 147:10 157:13 158:4 159:25 162:16 167:8, 17 168:5,9 169:2,3 171:10, 11 174:12,19 175:25 176:12, 13 177:16 179:10,20 180:3,8,12,18, 19,21,24 183:12 184:2,3 190:16 194:3 200:11 201:2,4, 5 217:5,20 220:18,21,22 221:1,15 225:2 231:21,22 248:17,18 250:24 251:2,5, 6,11 252:6,8,9

**couple** 8:17 32:1 79:5 95:15 99:18 156:16 161:22 170:12 198:25 207:18 212:9,10 215:15 225:1 247:20

**court** 7:4,9 8:4, 9,17 10:1 14:22,25 39:13, 15,21 40:6 52:10 54:9 74:12 107:21 116:19 154:13, 16,17 155:2,3,4 159:1 170:18 175:21 184:4 190:10,11 200:14 202:12 264:10,11

**court-** 176:3

**courtesy** 111:10

**cousin** 26:14 86:11 127:7 143:9,11,12 145:20 147:6 185:3 226:6

**cousins** 24:19 26:10,13

**cover** 44:12 207:17

**covered** 224:10 225:3 233:6

**covers** 137:20

**crazy** 114:17

**create** 24:16

**Creek** 38:23 39:4

**Cricket** 55:9

**crime** 116:11 148:3 149:2 152:18 153:3 155:4,8,11 210:11

**crimes** 94:5

**criminal** 27:25 28:14 33:18 38:18 110:22 153:1 154:1,21

**criticism** 228:3

**crooked** 52:1

**cross-examination** 265:3

**crossed** 104:5

**cruiser** 157:12

**Crump** 177:7 199:6

**cuffed** 240:12

**cup** 40:20 41:4

**cussing** 168:17

**custody** 14:25 28:7 158:6 163:12 177:11, 23 181:24 192:5

**cut** 52:5 107:8

**cycling** 180:8

---

**D**

**dad** 37:19,20

**dad's** 19:7 20:10,16 21:11 23:17 26:4

**dad-and-son** 21:5

**daddy** 144:11

**daggone** 126:2 127:9 160:6

**daily** 48:12 49:25 50:3,12, 22,25 51:1

**Dallas** 7:24 30:21 159:8 163:16 164:5 238:20,24 239:8,9 241:1 264:19

**damage** 244:7

**damaged** 262:10

**damages** 188:24 189:2, 23 194:13



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Daniel** 179:16 180:20 181:1,5 182:16 183:23 196:24

**date** 29:22 48:4 101:25 103:24 113:1 184:4 234:1 264:16, 25

**dated** 57:17

**dating** 29:24 33:20 57:2 235:7

**daughter** 99:19

**daughters** 103:10

**Davis** 143:12

**day** 7:4 16:2,3, 18 49:12,14 51:25 83:23 91:1,7,8 118:21 119:13,21 122:25 123:11, 13,16,18,19,20, 22 124:21,25 126:3 127:17, 22 128:25 129:2,6,8,15,25 130:2,9,20,25 131:2,3,5,7,14 132:10 134:9, 16,18,25 135:2, 7,9 146:24 158:13,14,17 185:13 216:25 234:3 235:20, 22

**days** 107:20 109:12 115:17, 21 131:8 167:22 174:22 203:20,21 212:8

**daytime** 147:1, 2 160:13

**dead** 9:18 115:18 121:6, 16 123:5,12,18, 20 124:22

131:6 134:5 139:2,5,24 140:22 141:5 215:23

**dealers** 140:15

**death** 212:2 215:2 219:1 253:2

**deceased** 233:2

**December** 9:19,24 10:9 11:2,6,14,23 12:12,18,25 13:10 21:20,22 22:3,9,19,23 29:24 30:3,6 31:21 32:21,25 36:6 45:4,7,22 50:5 55:13 56:4,17 65:4 66:13,18 67:2, 6,11 69:8,11,24 70:15 72:7,18 73:22 74:7,15, 24 75:2,4,8,11, 18,25 76:6,15, 22 77:8,11,23 78:3 80:4,15, 19,22,24 81:11 84:12,15 86:5 90:2,6,10 94:14,25 95:8, 13 99:2 100:17 101:24 103:23 104:17 115:18 116:3 118:7 121:6 123:5,6, 12,18,20,21 124:22 125:7,9 126:8,23 128:6 129:3,15 131:1, 5 133:2,11 134:17 138:25 139:2 151:17 186:18,23 221:19 222:22 223:25 224:10, 13 242:25

**decided** 202:21

**decision** 260:12

**defendant** 79:15 114:5,19 153:15

**Defendants** 7:20,22 264:18 265:1

**defense** 28:14 154:2,22 197:4

**degree** 109:12 116:6 259:17

**delay** 249:2,8

**Dement** 26:1,3

**denied** 214:12

**deny** 105:17

**denying** 214:22

**department** 30:13,21 145:2, 12 146:7 147:7, 9,13 155:12 156:3 157:9 166:25 226:2,3 228:5

**departments** 226:15

**depose** 202:8

**deposition** 7:7 8:15 110:12 153:16,18 201:18 203:5 207:19 210:8 264:15 265:10

**depositions** 111:8 112:1 188:20

**depression** 254:8,12

**deprived** 191:1,4,7

**deputies** 159:25

**Derek** 200:11 224:24 225:4, 10

**Derrick** 7:20 8:12 57:5,9,10,

20,25 58:22 59:5 63:1,7 76:17 83:5 107:4 108:6 111:7 130:7 133:15 188:18, 23 194:6 265:1

**describing** 109:21

**description** 42:20 189:2,23

**desk** 173:2

**details** 135:15

**detective** 140:6 144:21 147:3,20 149:2, 10,17,23 155:7 157:4,5,9 158:23 159:3,9 168:5,10,14 169:21 171:3,6, 13 172:3,11 173:17 174:10, 23 175:24 176:20 177:19 195:25 196:12, 22 198:7,14 199:3,8 228:12 229:3 231:5

**Detention** 167:8

**determine** 211:19 212:4 250:11 259:21 262:23

**diagnosed** 35:22 253:20, 23

**difference** 213:13

**differences** 253:11

**digital** 113:20

**dip** 230:8

**diploma** 187:8, 14,17

**DIRECT** 8:10

**directed** 242:23

**directing** 250:19

**directly** 142:7 152:9

**dirty** 240:13

**disability** 82:8, 12,19 83:13,17 84:1,4 192:6 213:4,5,9,11, 15,21 214:9,11, 17,19 215:6 222:23 246:21 247:7

**disagreement** 106:3,4

**disclosed** 262:18

**Disclosure** 42:9 194:14

**disclosures** 41:9,21 52:23 53:21 59:6 88:14,15 89:14 111:22 113:10

**discovery** 58:25 78:15 111:22 155:22 210:7

**Discovery's** 210:8

**discuss** 201:23 202:16

**discussed** 202:2 217:17 250:4

**discussing** 221:12

**discussions** 201:24 250:12

**dislocated** 17:12,20 207:15

**dismissed** 168:21 261:22



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

dispositive 80:22

District 7:12, 13

DNA 176:3,17

doctor 17:13 43:18 190:25 191:6,25 192:17,18 193:25 204:23 205:1,4 206:8 208:24,25 209:20 218:16, 17 219:7 252:2, 7,11 253:23 254:1

doctor's 70:3 191:14 214:23 249:6

doctors 193:19 247:10 248:8,9, 15,25 249:12 252:1

doctors' 94:19

document 41:20 79:2 111:1 113:13, 20,23

document's 62:18

documents 58:6 62:17 79:14 111:9 153:17,23 154:20 194:12

dollars 158:12, 18

domestic 109:11

Donna 21:11, 13 26:7 55:6 60:12,20 61:1, 10,19,24 62:8 64:1,16 67:17 78:3,7 91:10 93:14,17,19 97:17 99:13 100:14 142:17, 18

door 30:10 35:3 37:4 77:13 89:23 147:17 161:22,24 163:9,10 164:14,19 166:11 172:25 173:13 175:10, 13 181:23 184:10 215:22 238:1

door's 37:5

doubt 95:14

downstairs 15:17 16:24 54:7 164:12 241:10

dozen 76:18 162:4

dozens 107:10 177:24 178:6

drank 207:21

drawer 172:25

drinker 224:22

drive 64:10 66:22,23 67:24 68:21,24,25 69:5,7 70:13 75:15,16 88:6 97:5

driver's 67:9

drives 132:25

driveway 69:3 160:12

driving 16:7 67:16 69:3 70:11,12 97:23 111:11 221:4

dropped 84:20 106:24 107:20, 22 115:4 116:8 117:6 187:14

drove 67:20 162:14

drug 23:2 51:4 89:5 90:17,21 140:15 162:18

208:2 210:10 223:19 240:1,5 255:4

drugs 46:5,14, 19 86:9,12 87:8,13,23 88:3,24 89:10, 17 90:6,10,23 91:11,13 104:18 142:15 208:7 224:9,14 243:1 261:19

drunk 109:6 167:21 174:21 186:8

duplicates 155:24 156:14

Dylan 20:2

— E —

E-TOWN 135:12

earlier 64:6 79:23 90:5 195:19 208:1 223:20 224:25 225:18 233:23 235:10,25 238:8 240:4 242:23 243:8 246:20

early 204:15 225:19 253:3

Eastern 7:13

education 258:5,6 259:8, 22 260:4

effects 43:24

efforts 191:16 192:7

EHC 205:8,10, 12,13,18

electricity 223:11

elementary 34:10,12,13,16 35:1

Elliot 7:16,17 41:7 171:1,5 173:24 176:22

emergency 216:14 217:3, 16

employed 22:7 81:3 187:3

employees 194:24

employment 80:3

EMS 17:22

encounter 109:17 232:1

encountered 225:1

encounters 232:3 233:16

end 18:7 44:25 53:15 118:21 175:3 180:8 207:1 212:15 246:8

ended 18:5 30:18 76:12 102:13 121:22, 23 174:5 185:25 192:19

enforcement 118:14,19 137:12 140:15 162:1 186:7,10

enormous 244:10

enroll 85:6

enrolled 85:4 206:1 258:16

enter 117:2,8 161:20

entry 117:7 190:9

episode 109:3

ER 216:22 217:5

Eric 222:14,15

Ernstein 171:1,5 173:21, 24 174:16

Escoe's 54:25 55:2 63:16

escort 175:2

escorted 175:8

escorting 172:11

establish 241:9

estimate 50:4 179:6,22

estimated 21:23

et al 7:11

Eubanks 7:24 30:9,21,24 159:8 163:16 164:5 200:11 224:24 225:4,5, 10 238:21,24 239:8,9 241:1 264:20

evaluated 215:4 249:23

evaluation 219:3

Eve 105:7 235:23

evening 132:1 236:1,6

events 35:11

eventually 158:6

everybody's 95:23 181:25

ex-old 241:10

ex-sheriff 163:15

exact 16:2,3



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**EXAMINATION** 8:10 200:6

**exceeded** 265:8

**exchange** 170:9 171:2,6 173:16

**Excuse** 128:3 134:6

**exhausted** 265:5

**exhibit** 41:24 42:3 58:14,16, 17 59:3,5 63:3 68:7,15 79:18, 20 88:14,16 111:12,18,19 112:19,21 113:15,21 115:1,2 156:4 188:5

**exhibits** 58:11, 24

**exited** 175:1

**expect** 111:9

**expense** 213:1

**expenses** 223:9

**expensive** 210:10

**expert** 176:12, 13 194:8

**explain** 171:20

**explaining** 263:14

**expressed** 255:10

**extend** 111:10

**extent** 35:14 46:7 56:2 60:24 137:21

**exterior** 67:23

**extra** 165:6

**eyes** 114:6 167:15 184:6

## F

**fabricated** 195:15

**face** 82:23 148:11 163:11 195:3 229:7

**faces** 98:12

**facing** 28:7

**fact** 151:14,25 202:12

**factor** 18:21 178:16

**facts** 38:14 195:7,13,25 199:2,6,12 241:16

**failed** 146:3

**fair** 9:4 12:7 36:7 61:9 68:11,13 202:7 205:24 236:25 239:22 240:10 245:5 260:12

**fall** 34:20 108:11

**familiar** 76:10

**family** 10:18,21 20:8 23:10 24:23 52:11 124:1 135:3,5 144:10 218:4,7 257:10,11,15

**Farah** 7:16,25 59:5,7 63:1 242:4 263:13 264:5,13

**Farris** 7:24 264:19

**farthest** 180:18

**February** 24:9 145:5,8 159:13 247:22

**feel** 153:12 238:3 253:12 258:21,24

**262:16**

**felt** 213:7

**female** 36:14 184:11 208:25

**females** 184:23

**fight** 239:24

**fighting** 217:6 219:1

**figure** 16:17 82:9 84:5

**figured** 147:18

**filed** 126:13 214:11,12,18

**files** 38:1

**fill** 200:22 239:13 251:11

**filled** 138:9 160:10

**finally** 48:1 76:11

**financial** 80:14 81:10 83:16

**find** 113:20 163:1 165:10 183:1 229:15 237:16,19,21

**fine** 12:8 16:4 19:18 20:13 44:18 101:23 113:12 122:23 154:3 159:10 181:5 202:25 229:16 242:16

**fines** 31:20 146:3 220:17

**finger** 87:4,12

**finish** 8:18 84:23,24 85:17 107:5,9 195:13 258:18

**finished** 18:18 84:22 176:22 177:6 189:13 198:25 218:20

**finishing** 85:19 258:6

**firm** 113:10

**fists** 114:7

**fix** 191:15

**fixed** 17:21 150:4

**flanges** 217:10

**flashlights** 165:23

**flat** 128:10

**floor** 108:18 162:19 165:13 240:2,6

**floors** 35:8

**foggy** 18:5

**folks** 202:11 211:20 212:6 213:8,9 226:14 236:3 251:20 257:17

**follow** 172:15 200:16

**follow-up** 265:6

**food** 84:11,12, 13

**fool** 20:7

**force** 114:12

**forced** 117:6

**forearms** 151:8

**forget** 119:10 257:6

**forgot** 221:11

**forgotten** 215:21

**form** 10:7,11 11:7 12:2,14 32:10 33:6 35:13 41:1 43:25 46:6 47:11 48:9,20 49:10,15 50:7,

**13** 51:9 52:16 55:14,24 56:1, 20,23 59:22 60:3,6,14,23 61:18 62:10 63:17 64:2,22 65:5 66:7 67:18 68:9 69:25 71:17 72:2,8 73:10,18 74:1, 17 77:19,25 82:13 85:22 86:24 87:9,14, 24 89:12,20 90:18 91:2,14 93:5,11 96:6,22 98:3 99:3 104:12 105:19 106:9,13,18 115:19 116:13, 18,22 118:8 122:7 123:7 126:5,18,24 127:23 128:7 131:18 135:22 136:18 137:4, 14 139:6 140:2, 24 141:7 171:19 198:1 250:10 251:18 258:12 260:11, 15

**forms** 251:12 257:12

**forward** 111:25

**fought** 214:4 246:21

**found** 9:18 103:1 115:18 121:6,16 123:5, 12,18,19,20 124:21 131:6 134:5 139:2,5 140:22 141:5 163:1 183:4

**Foundation** 12:14 32:10 46:6 48:9 49:10,15 50:13 52:17 56:2,20, 23 60:3,14 61:18 63:20 64:2,22 67:18



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

73:10,18 77:19
86:24 87:14
89:12,20 90:18
91:2,14 96:23
98:3 99:3
104:12 105:19
106:9,18 123:7
136:18 139:6
171:19

**four-** 97:25

**four-wheel**
69:7 70:13
97:22 98:14

**four-wheeler**
98:11

**fourth** 109:12

**frame** 11:2
33:7 36:7,10,23
55:4 56:18
57:17 80:10
159:13 180:2,
15

**free** 223:10

**frequently**
222:20

**friend** 10:17,
18,21 37:3,12
135:8 160:21
222:5

**friends** 32:24
37:14 40:12
96:17 132:17,
19 221:22
222:7,19

**front** 79:13
82:23 106:16
145:16 148:6
157:11,24
164:1 170:10,
12 188:5
194:11 242:5

**full** 9:6 14:21,
22,24 17:9
18:25 36:21
38:23 39:4,5,
10,13,15,21
40:6 52:10 54:9
74:11 159:1

**full-faced**

30:11

**future** 111:25

---

**G**

**gabapentin**
204:3,5 206:9,
13

**Gambrill**
218:11,13

**gaps** 200:22

**garage** 60:4,9,
12 61:5,17,19
62:4,9 98:11

**Garland** 37:11
160:21 165:2
222:5,6 234:23,
24

**gas** 75:22

**gave** 140:5
153:19 183:2
184:15 197:16
228:12 229:21

**GED** 22:16
85:1,4,6,18,21
258:19 260:7,
13,17,19

**genealogical**
24:17

**general** 221:19

**generally**
219:17,18,20

**Georgia** 94:21

**get along**
63:25 142:9,12

**get-** 134:22

**get-go** 115:3
211:5,13,14
214:22

**getup** 167:10

**girl** 235:7,22

**girlfriend**
161:4 165:3
232:4

**give** 8:5 9:7

18:11 19:15,17
23:15 28:5 38:2
42:20 51:23
57:7 69:23
70:4,9,10,14
73:8,16 75:22
80:10,21
111:23 117:5
119:7 158:13,
14 169:20
190:15 206:13
210:3 212:5
230:9 244:7

**giving** 208:14
214:25 232:10

**glance** 183:17

**glass** 171:8
175:14,15,16

**glasses**
166:21

**good** 41:14
43:18 67:13,14,
15 94:13
144:18 166:10
185:18 197:18
200:8,9 209:23
231:13,15
253:5 258:21
263:6

**Goodness**
174:6

**goods** 119:17

**government**
214:18

**grabbed** 184:9
230:4,5 241:3

**grade** 218:20

**graduate**
84:17

**graduated**
22:13 187:20,
23 188:1

**grandbabies**
11:17

**grandkids**
88:4,12 124:20
128:22 129:21

**grandparents**
23:9 25:2

**grandparents'**
120:1

**grandson** 99:9

**granted** 176:10

**great** 262:12

**grocery**
260:24

**groggy** 204:20

**ground** 8:17

**group** 42:7
97:22,23 98:2,6
164:1 221:22
222:7 255:6

**growed**
160:21,25
161:1

**guard** 173:4
174:8

**guards** 170:12
175:7,12
176:13

**guess** 32:22
41:5 49:19 71:2
142:15 223:8

**guessing**
77:20 125:19
133:12

**guilty** 31:6
116:5,11,15

**gum** 230:9,10

**gunpoint**
117:16 120:19

**guy** 102:1
103:3,25
166:19 170:14

**guy's** 116:24

**guys** 110:12

---

**H**

**habit** 132:14

**habits** 125:22

**hair** 150:6
253:4

**half** 42:2 72:12
162:3 180:17,
18 215:1
258:20

**half-brother**
18:25

**hall** 29:13

**Halloween**
98:10

**hallway** 150:4
152:12 157:6

**hammer** 144:4

**hammering**
174:7

**Hampton** 7:6

**hand** 8:3 41:20
58:6 63:11,24
111:1,2 112:20
151:4,23
155:21 230:6,7

**handcuff**
162:11

**handcuffed**
108:17 176:14
240:16,18

**handcuffs**
146:7 163:21
164:10,11

**handicapped**
15:18

**hands** 107:23
109:17,24
110:7 114:12
150:24

**handwritten**
112:10

**hang** 40:12,23
222:20 235:11

**hanging** 89:22
222:2 235:13,
20

**happen** 34:15
170:10 264:24



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**happened** 16:10,15,21 34:18,20 106:23 107:3, 14 108:4 109:3 122:3,10,14,15 134:11 136:10 138:12 165:14, 15 169:8 170:11 235:19 246:24 262:25

**happening** 106:17 173:24, 25

**happy** 27:10

**hard** 8:23 35:19 82:22 85:11,15,17 92:13 122:21 123:8,9 125:1 130:14 144:17 153:20 200:14 205:4 232:10

**harm** 260:22

**Harrogate** 219:24 220:1

**hate** 56:9 115:15

**hated** 32:7

**He'll** 79:1

**head** 8:23 33:24 34:2,5,6, 11,23,25 35:5, 20 43:10 112:12,17 132:6 133:14 144:4 150:5 200:14 215:14

**headaches** 207:12

**headed** 132:7 145:16

**heading** 79:17

**heal** 191:18 192:12,15 246:7,22

**healed** 192:9 246:12

**healing** 192:18

**health** 192:4

**hear** 57:8 93:7, 9 114:14 121:19 122:14 137:13 138:15, 18 139:3 141:25 142:7 164:18 186:4 197:15,19,22

**heard** 86:18 93:23 105:3 122:1,2,9,16,24 134:4,13 135:13 138:25 140:6 141:10, 16 142:5 164:14 169:18 184:17 186:5 197:3 198:5,16 224:24 225:7 253:18 261:24

**heared** 57:21 91:23 164:19 261:3

**hearing** 122:18,20 138:1 144:18 174:1,2,4

**Heather** 33:15 184:25 185:24 186:6,9,13

**heavy** 90:17,20 91:8

**held** 120:18

**helped** 214:8

**Helton** 103:21 104:24 197:1,2, 5,15 199:11

**Hey** 144:13

**hid** 165:7 237:5

**hide** 150:12,14 164:13 165:8 237:8

**hiding** 162:24

**high** 22:15 49:22 84:17 187:8,14,16

**highway** 54:24 95:9

**Hill** 208:21,22 217:23,24,25 246:3

**hip** 207:15

**history** 23:2 44:10 251:20, 22

**hit** 16:14 34:23 105:11,17 106:7 109:11 144:3,6 161:23 215:17 223:4 236:11,15,16 258:22

**hitchhike** 75:21

**hitting** 165:20 258:23 263:2

**hold** 147:15 167:21

**hole** 34:24

**hollering** 89:25 120:16 121:3 165:21

**home** 11:15 12:12,13,17,25 13:10,13 14:20 35:2 52:15 55:12 60:4 62:2 72:25 73:4 74:25 78:8 100:21 117:2,8, 12,20,24 118:13 129:17 130:9 131:16, 25 138:7 140:23 141:6 142:22 172:23 175:9 237:17

**honest** 20:8 76:24 85:16 97:9 152:20 160:7 195:4 224:2 243:6 249:6

**hood** 150:11 151:23 229:23

230:13

**hook** 78:10

**hope** 111:25

**hose** 192:21,25

**Hoskins** 7:11, 18 10:4 11:5 26:18 28:13,23 29:17 31:24 32:3 72:17 75:4 86:11,22 92:18 121:10 129:3 130:20 184:15

**hospital** 17:24 18:14 82:2 91:12 187:22 194:4,5 206:12 215:10 216:5, 12,20

**hospitalizations** 216:25

**hospitalized** 215:12,25 216:3

**hospitals** 217:19

**hour** 264:11

**hour-and-a-half** 231:13,15

**hours** 131:17 133:23 202:13, 19 203:18 204:2 207:21, 24 231:13,14, 15 263:17 265:4

**house** 12:1 35:3 54:15,17, 23 55:2 60:25 61:23 72:13,15 73:3 78:9,11 88:3,12 89:23 95:11,12,13 100:12,14 120:14 124:8 125:11,12,13, 14 129:10,12, 14 130:4,21,24 132:10,11 135:4 158:25

160:17 164:4, 23 215:22 226:11,12,16, 24,25 227:6,9 228:4 233:1,17 261:5

**housed** 102:22

**household** 124:19 127:5

**housing** 223:5, 9

**how'd** 75:20 173:14

**HUD** 212:23,24

**hundreds** 178:6

**hung** 185:9 221:23,25

**hurt** 213:14

**hurting** 259:11

**husband** 42:21

**I**

**ibuprofen** 204:8 206:9 207:6

**idea** 12:8 194:20 261:11

**ideas** 212:6

**IDENTIFICATION** 42:3 58:17 79:18 112:21 115:2 156:4

**identified** 80:17 199:19

**identify** 7:14 52:25 62:17

**illegal** 210:9 224:9,14 236:9 243:1

**illicitly** 46:5

**impair** 35:10

**impairs** 43:16

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

implicated
182:20

implicating
184:15,16

implying
139:23

impression
97:12

impressions
261:13

in-ground
92:11

inability 245:1

incarcerated
51:12,21 185:7
191:17 206:16,
17,19 207:1
220:23 221:1
244:14 245:8
249:9,21 250:7
251:25 252:17,
21 253:11,12
256:20 257:7
258:2,7,11,15
259:3 260:2,4

incarceration
244:11 249:14
252:25 254:5,9
256:8,17 259:4,
5

incident
112:24 113:2
235:12

include 33:15

income 80:14
81:10,15,17,19,
21 83:16 84:14

independent
195:8 196:11

individual
142:25

infection
192:22

information
24:13,15 25:4
38:5,8 42:22
87:22 93:23
138:21 141:13

186:13 196:21
198:6,12 199:3,
7,12,23 212:6
225:9 262:19

informed
242:22

initial 265:3

initials 152:3
205:15

initiated
146:16

injuries 17:14
33:24 34:2,5,6,
11 35:5,10,20
43:10 106:11
107:19 189:22
191:1,5 215:14
216:1 217:13
244:10,13,24,
25 245:4,7
246:12 252:24
253:1 255:23
256:7,10

injury 35:8
112:15,16
114:12 189:7

Inn 7:6

inside 192:12,
15 237:16

instances
119:4 120:8

instruct 210:1,
17

instructed
153:16

instructing
141:17 154:4
210:4,19

insurance
221:8 246:19,
24 247:13

intelligence
218:23

intend 111:13
188:19 194:7
262:11

interact 182:14

185:6

interacted
144:22 175:23

interaction
157:8,20
158:23 169:21
176:16 196:22

interactions
144:20 155:6
175:23 176:19
195:1 196:11
198:6,13 199:3,
7

Internet 73:6

interrogate
232:9

interrogated
29:11 155:13

interrogation
230:11

interrogatorie
s 24:8 79:15
242:2 260:21

interrogatory
23:19,21,23,25
24:6 26:25
78:21 80:2,13,
18,20 81:9 82:7
188:4,19
189:19 242:3
243:23 244:1
259:6

interrupt
201:22

intimidating
109:13,22
114:23

intoxication
18:21

invade 38:13,
15 155:2

investigation
28:17,22 38:7,9
138:13 140:19
181:15 182:2
194:7 227:15

investigators
141:14,23

153:11 196:15
197:13

involved 120:9
217:14 258:2

involves
210:11

involving
109:1 110:24
210:11

ipad 121:2

ipod 121:2

IQ 218:22 219:9

Irrelevant
126:5

irreparable
260:22

issue 15:3
194:9

issued 24:7

items 58:25
116:2

_____

J

_____

J-2 173:6,8

J.T. 69:15

Jack 143:12,
15,16,17

jacket 230:5

Jackie 7:23
264:19

Jacksboro
205:2,18 206:5
218:17 254:2,3,
20

Jackson
14:10,13 15:14,
17,20,23 16:20
54:7 74:10
108:23

jail 29:7 31:11,
12,13,15 51:23
55:21 76:11
102:8,10,11
106:22 107:19
108:18 128:10

147:10 157:13,
23 158:4
166:13,20
167:17 168:3,4,
6,9 169:2,3
171:10,17,22
172:4 173:3
175:2 176:14
178:5,25 179:9,
17,19,21
181:14 182:24
183:5 184:23
185:19,21
190:3,21,22
197:9 205:20
207:2,5 220:12,
18,21,22
221:10,14
231:20,24
234:3 237:11
239:10,12
241:12 244:25
248:7 250:23
251:20 252:6
257:1,3,18
260:8,17
261:22 262:1

jailer 173:10

jailers 190:21

jails 178:4,14,
18 190:14,17
220:14 251:11

January 80:4,
15 257:20

Jason 7:21
147:12 194:24,
25 195:1
200:1 263:24
265:2

Jeeps 66:14

Jeff 163:5,7

Jennifer 100:4,
6

jerked 239:25

Jerry 12:24
13:2 18:24
21:22 25:25
26:6 70:19 71:6
75:7 96:17
124:16 129:21



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Jesse** 98:25
99:25 103:6

**Jessica** 7:3

**Jewelry** 93:2

**job** 22:9 80:17,
19 94:13,18

**jobs** 187:24
188:1

**Jody** 42:12

**Joe** 12:17
100:16 101:6,9
103:12

**John** 60:5,10,
20,21,25 93:17,
21 140:23
141:6,25 142:7
146:14,15,16
147:12 159:8,
22,23 163:7,15
187:6,24
200:10 225:1,
17

**Johnson** 7:23
264:19

**Jonathan** 7:7,
9,10,19 10:12
11:8 12:15
19:18 32:11
35:15 38:4 44:2
49:11 52:17
88:18 89:2
126:25 127:24
128:8 136:19
137:22 138:10
154:18 211:11
243:5 260:15
261:1 262:12
263:4,16
264:21

**Joseph** 7:23
264:19

**Josh** 33:17
37:11 160:21
161:5 165:2
194:24 234:23,
24 235:7,13,21

**Josh's** 161:5

**Joshua** 194:24

**Joyce** 26:1,3

**JT** 144:13
151:5,16

**judge** 176:8
202:13

**jump** 74:21
200:18 214:25
239:6 240:22

**June** 205:25

**jury** 19:16
23:20 24:20

**juvenile** 38:1

___

**K**

**Katherine** 9:18
15:8 28:7,23
29:18 45:8 48:5
103:7,10,13,16,
19 105:9 115:5,
8,10,18 121:5
122:15 131:5
134:5 138:3
140:21 141:5
143:14,19,22
169:6 177:20
179:11 181:9
182:13 210:11
220:15

**Kayla** 29:20
30:16 31:10,23
32:15 33:4 36:6
52:22 53:9,11,
12,21,24 54:5
55:12,23 56:4
57:19 59:16
64:21 65:14
66:6 67:24 68:8
69:5 74:25
77:18 78:9
89:8,10,13
90:17 91:13,19
97:8 103:15
105:25 107:14,
23 109:1
110:24 112:24
113:6 114:5,6,
13,20 130:2
139:15,18,25
140:5 141:4,5

**143**:24 160:20
164:25 185:3,
14,24,25 186:8,
13,19 198:12
233:8 234:16
235:14,20
256:21,23
257:1,19

**Kayla's** 63:25
97:17

**KCPC** 219:6,7
249:24

**Kelly** 7:23
264:19

**Kenton** 175:25
176:12,13
180:19

**Kentucky** 7:6,
13 19:10 220:4,
24 248:18

**Kevin** 26:21

**KFC** 187:6,24

**kicked** 77:13
166:11

**kicking** 165:21

**kid** 101:2

**kids** 11:22
133:6 226:19

**kill** 162:23

**killed** 166:5

**killing** 199:12,
21

**Kim** 161:3,7
234:22 235:2,
13,22

**Kincer** 7:22
264:17

**kind** 59:13,14
101:25 136:22
164:20 200:12
235:10 239:19
253:17,18
255:5 259:15
261:11

**kinds** 197:19
257:12

**King** 12:17
100:16 101:6,9
103:12

**kit** 67:22

**Klonopin**
204:8,10,11
206:9

**Klopotin** 204:9

**knew** 61:4
83:24 95:7
102:2 115:3
121:16 136:23
164:17 182:5
185:11 195:21

**knock** 161:19
164:14

**knocked**
34:22,23
161:22 236:18,
24

**knocks** 164:19

**knot** 112:13,14

**knowed** 94:11,
15 99:8

**knowledge**
17:14 45:3 71:6
79:25 101:10
104:6 141:9
196:11 199:23
225:9 232:16
250:14

**Knox** 7:11
102:19 119:2
147:10 157:13
158:4 167:8,17
168:5,9 169:2
183:12 184:2,3
194:3 200:11
201:2,5 217:5,
19 220:16,18
225:2 231:21
251:2,5,7,8

**KSP** 7:22
194:23 228:12

**KSR** 249:25

**Kumar** 192:25
194:1

___

**L**

**label** 44:19

**labeled** 41:21
58:7 62:18
79:14,20 111:2
155:23

**Lacee** 7:2

**lack** 233:11

**lady** 157:10,15
232:8,9,24
240:20 241:10

**laid** 148:5
184:6 229:4,5

**language**
189:6

**Larry** 25:25
26:6

**lasted** 101:12

**late** 64:13
123:2,3 134:8

**law** 109:10
113:10 118:14,
19 120:18,19
137:12 140:14
161:25 186:6,
10

**Lawson** 98:25
99:25 100:5
103:6

**lawsuit** 15:3
27:14 38:17
42:23 126:13
200:11 255:12,
14,16,23 256:4

**lawyer** 176:6,7

**lawyers** 27:15
29:1 170:16

**lay** 107:23
109:17,24
110:7

**laying** 119:9
139:19,21,24
140:7 259:1

**lean** 144:17

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**learn** 24:15 83:25

**learned** 38:8 141:13 213:7

**leave** 69:22 72:15 130:20, 24 132:2,9,11 175:6

**leaves** 149:2

**leaving** 129:10 130:4,9

**left** 14:19 59:10 69:5 117:19 131:21 139:18, 20,21,23 140:6 148:2,15 151:4 155:24 174:23 180:9,11 232:7, 11,12 263:25 264:3,10,12

**length** 263:20

**Leslie** 102:22

**Lester** 10:20 12:13 75:24 76:2 86:5 94:7, 22 97:7 101:7 121:8,15 128:25 140:14, 16,18 143:22

**Lester's** 99:15 101:4 103:9

**letterhead** 44:19

**level-headed** 204:21

**Lexington** 208:25

**license** 66:22 67:1,9 97:6 221:8

**Licha** 7:25 189:5 264:5

**licks** 85:14

**lie** 45:10 119:16 162:15 164:21 247:9

**life** 47:24 148:4 213:10

**light** 110:13

**lighter** 117:18

**lights** 165:22 166:2

**likewise** 264:20

**limit** 262:7 265:7

**Linda** 9:23 10:3,10 11:14, 16,23 12:12,13, 17,24 13:9,12, 20 14:1,5,15,20 15:12 21:13 25:3 26:6 42:7 72:23 73:8,16 74:15,24 75:11 78:6 88:3 99:11 100:12 101:1 124:6,13 125:14 129:17, 22 130:24 146:19 212:17 223:17 226:12, 24 227:6,9

**Linda's** 88:11 124:8 135:4 145:24,25

**lines** 262:3,14

**Lisa** 33:17

**list** 25:23 42:5, 9 53:16 88:25 204:1

**listed** 41:11,25 42:1 52:24 83:17 161:14

**listen** 170:1

**listened** 169:22,24

**listening** 236:7

**literally** 111:9

**litigation** 153:24 188:22

**live** 14:24 15:8, 19 19:10,12,13

21:15,17 23:11, 12 37:1 53:24 99:25 100:1,19 129:14,25

**lived** 11:22 37:4,17,20 54:2,9 56:11 73:3 95:8 100:2 129:13 142:16, 18 201:6 220:5 235:21

**lives** 127:6 142:16

**living** 9:23 10:6,10 11:14 12:10 13:9,12 14:2,6 16:20 21:19 37:1,8 39:22,23 52:9 55:5 57:13,15, 19 64:7 74:14, 23 75:1 99:22 101:10,18 160:15 164:24 165:1,5 201:15 212:16 213:1 219:15

**load** 98:22

**loaded** 98:23

**loaning** 75:23

**lobby** 157:24

**located** 7:6 60:1

**locked** 32:22 36:25 110:3 206:21 209:2, 14 212:2 214:1, 3 219:1 244:19 245:20 250:25 256:24 259:24 260:1

**locking** 35:7,8

**locks** 109:10

**logs** 121:24

**London** 7:6

**long** 13:9,12 18:10 24:8 30:8,15 32:19

47:7 48:17 54:19 66:5,20 67:1,11 100:25 101:13 119:22 122:24 123:9 125:3 127:9,12 132:8 156:9 158:11 161:2 177:6 179:3,4, 5,21 180:4 187:6,24 191:20 192:16 193:3 205:17 206:12 209:2 211:24 212:1,5 213:9 214:4 218:9 231:11, 17 235:18 243:14 247:18 253:4

**longer** 156:15 179:7 182:24 189:8 248:4 263:19

**looked** 68:21 71:4 76:10 136:22 137:2 153:17 156:16 164:22 170:17

**lookout** 143:25

**Lorcet** 87:5

**lose** 61:16

**loss** 35:23

**lost** 16:16 74:19 114:14 258:5

**lot** 99:20 126:3 127:16 154:13 159:16 160:2,8, 11 178:9,15 200:19 212:5 253:14 257:14

**louder** 109:8

**lower** 262:24

**lying** 136:6

———————

**M**

**Mabeline**

23:16

**mad** 97:21 98:11

**made** 102:19 113:10 155:2 194:11 195:22 237:2 260:12

**maiden** 20:11

**main** 176:13 190:22 233:25

**maintained** 154:1

**make** 17:9 58:9,16 59:2,3 65:22,23 78:19 111:11 112:19 115:1 132:13, 19 133:19 144:9 165:25 168:20 172:23 176:11 191:16 192:7 204:19, 21 209:19 225:3 227:22 249:22 258:20 259:15

**maker** 179:25

**makes** 82:7 156:15

**making** 111:24 209:18,20

**male** 42:16

**males** 184:24

**mammaw** 23:16 119:8

**man** 12:1 72:21 76:10 122:22 123:9 130:22 162:15,23 165:24 175:4, 14 210:22 227:19 232:18 240:15,25 253:2,7 258:25 259:9 260:19, 25 262:1 263:3

**Manchester** 57:24

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Manor** 14:10, 13 15:14,17,20, 23 16:20 54:7 74:11 108:23

**manufacturing** 31:2,5 89:25 158:24 159:11 236:12

**marathon** 9:1

**March** 7:5 177:12 180:14, 16

**Marcy** 184:18

**marijuana** 223:20,21 224:1,17

**mark** 7:23 41:24 264:18

**MARKED** 42:3 58:17 79:18 112:21 115:2 156:4

**Market** 54:25 55:2 63:16

**marriage** 24:5 42:12

**married** 11:23 27:1 43:5,7

**mask** 163:14 166:21 238:9 240:10 241:1

**maskes** 159:7 162:7 163:18 164:2,7 167:14 240:7

**masks** 159:7 163:20 164:4,9 165:12

**maskses** 30:23

**mat** 184:8,9

**matched** 219:9

**mates** 172:4 177:22 178:3

**math** 22:5 71:5

**matter** 7:8,11

**matters** 81:20

**means** 28:3 46:9 81:24 181:18 191:8

**Medicaid** 247:16,19

**medical** 44:10 89:5 189:22 190:3,15 191:5 193:11,12,15 194:16,18 205:14 247:13 249:22 251:12, 14,16,18,19,20 252:20 255:17

**Medicare** 247:11,12,13

**medication** 43:15 45:4,6, 11,16,19 50:10 253:22

**medications** 43:17 46:2,12 202:14,15,18 203:25 204:1, 13,19,24 206:4, 5,20,22 207:2, 7,20 208:13

**medicine** 89:5

**medicines** 86:2 207:9,23

**meet** 94:25 99:2 239:12

**meeting** 102:4, 7 174:10 175:10

**Mefford** 7:23 264:18

**Megan** 19:21

**members** 24:24 135:3,6 257:10,11

**memory** 11:15 22:6 30:8 31:3 32:8 35:23 43:11,24 44:23 50:21 55:11

56:15 59:15 68:7 75:2 77:7, 14,24 80:11 82:19 90:11 120:25 123:21 136:13 144:22 149:16 151:20, 23 156:10 159:11 177:15 185:15 187:4 188:2 191:22 248:3

**mental** 215:2,4

**mention** 58:4

**mentioned** 15:25 18:24 35:19 36:5 43:9 46:11 50:16 52:21 56:25 64:5,6 90:1 110:22 157:3 165:2 197:21 208:1 218:19 219:12 221:17 223:19 233:10 239:17 256:15 258:4 260:21

**messed** 51:25 82:1 214:21

**met** 8:13 94:22, 23 104:7 177:7 235:7

**metal** 191:20

**meth** 31:2 158:24 159:11 177:16

**Mexican** 160:25

**mic** 144:16

**Michael** 21:12 101:23 160:24 165:3 177:6 199:6 234:18, 19 235:14,17

**Michelle** 100:6

**Mickey** 143:1

**middle** 79:16 162:18 165:9, 13 223:23

240:1

**Middlesboro** 220:2

**midnight** 160:14 233:23

**might've** 38:7 225:23

**Mike** 7:25 103:2 104:21 147:11,23 198:5 229:2 230:8 264:5

**Mikey** 143:4,5, 6,8,10,15

**milligram** 204:12

**Mills** 9:18 15:8 28:7,23 29:18, 20 30:16 31:10 33:5 36:6 45:8 48:5 52:22 53:10,21,24 54:5 55:6,12,23 56:4 60:20 64:1 66:6 67:17,25 68:8 74:25 77:18 78:3,7 89:10,13 90:17 91:10,13,19 93:19 97:8,18 103:7,10,13,15, 16,19 105:9,17, 25 107:14,23 109:1 110:24 112:25 113:6 114:5,13,20 115:5,8,10,18 121:5 122:15 130:2 131:6 134:5 138:3 139:16,18,25 140:5,21 141:4, 5 143:14,19,22, 25 144:3 169:6 177:20 179:11 181:9 182:13 185:3,14 186:13,19 198:12 199:12 210:11 220:11, 15

**Mills'** 59:16 60:12 61:2,10, 19,24 62:9 64:16 65:14 99:13 100:14 141:5

**mind** 41:7 52:21 53:13 62:16 76:10 88:13 240:12 261:12

**Minding** 102:25

**mine** 37:3,5 161:18

**Mingo** 160:21, 25

**minute** 41:15 48:3 62:13 136:8 176:23, 24 188:7 189:13,20 198:19 242:14 243:13 260:6

**minutes** 41:3 79:6 111:11 166:10 240:25 263:21 264:12

**misconduct** 188:21

**misprint** 59:10

**missed** 214:23 259:8

**Misstates** 122:7

**mistaken** 68:4 77:13 93:13,16 121:2 156:5 226:19,21

**mixed** 163:7 195:5

**model** 59:24 65:23,25

**molesters** 181:20

**mom** 19:1 21:11 31:10 37:19,20 97:17



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

222:10

**mom's** 20:10, 11 54:15,17,23 55:6,12

**moment** 58:21 112:6 242:9

**Monday** 124:22 131:10, 11

**money** 31:14 75:22 80:16 81:15 82:5,6 115:10 117:10, 24 119:9,14 121:6,13,16,20 135:19 210:12 223:13

**month** 82:8 83:17 84:5 179:5,6,24 186:25 212:22 254:17

**Month-and-a-half** 179:7

**monthly** 213:17 223:2

**months** 18:12 45:1 158:16 180:24 205:19 206:1 212:9,10 214:1,3 221:5 246:20 247:20 248:4 257:23, 25

**Moon** 14:22,24 36:21 38:23 39:4,5,10,13, 15,21 40:6 52:10 54:9 74:11 159:1

**morning** 117:10 125:18, 20,24 127:4 128:14,20 131:22 200:19 204:15,16

**mos** 181:17

**mother** 10:3 43:5 54:2 64:1,

8 75:1 91:10 92:10

**mother's** 69:1

**motion** 175:12

**motioned** 175:7

**motor** 18:21 34:2 35:6 36:1, 3 50:16 81:2 192:11 215:6 216:18 217:12, 14 245:21

**Mountain** 134:15

**mountains** 69:6 70:12

**mouth** 109:6 114:12,18 138:19 176:15 186:4

**move** 16:23 111:25 120:20 167:23 225:15 260:19

**moved** 13:14 14:1,5,12,15,19 15:12,23 109:9 142:2 183:5 201:9,14 219:12 247:23

**multi-vehicle** 16:9

**multiple** 33:24

**murder** 138:3 152:7 162:23 165:24 169:5 177:12 181:12 182:4 220:11 258:23 261:2

**music** 236:7

---

**N**

**nailed** 45:12

**name's** 8:12 200:10

**named** 129:20

**names** 19:15, 17 21:9 23:14 128:16

**narrative** 112:9,10 114:4

**narrow** 205:5 243:9

**narrows** 233:21

**natural** 133:16

**necessarily** 182:12 239:21 255:19

**neck** 165:19

**needed** 118:2 130:11 150:14 223:15 245:14, 18,25 251:15, 23

**neighbor** 36:19,24 37:16 235:21

**neighbors** 39:1 52:10 136:23

**nerve** 253:22

**news** 121:22 122:2,4,19,20, 25 134:5,15 135:13,16,18 136:12,17 137:12,19 138:2,12,16,22 139:9,13 182:7

**nickname** 55:8

**night** 45:21,22 46:4 118:1,5 122:25 123:2,3 124:7 134:8 161:3 234:12, 25 235:19 238:24

**nighttime** 125:23 147:1 160:13,14

**Nikes** 130:15

**Nismo** 67:22

**nobody's** 72:21

**nods** 8:23

**noon** 125:21

**north** 175:25 178:11 180:18 219:8

**nose** 167:16

**nosy** 72:22

**note** 113:14

**notes** 263:7

**noticed** 240:21

**November** 16:3 83:22

**number** 7:13 23:23,25 39:11, 12,13 59:4 61:16 63:1,25 69:23 70:4,9, 10,14,21 73:8, 9,16,17,19 76:9,10,13,15 78:12 80:3,13 81:9 82:7 113:16 155:25 177:24 188:4,5, 9,19 189:19 195:22 242:3 243:23 244:3 259:6

**numbers** 39:19

**numerous** 71:18

**nurse** 190:8

---

**O**

**object** 76:17 209:25 250:9, 17 255:15 262:15

**objection** 10:7,11 11:7 12:2,14 27:7 32:10 33:6 35:13 41:1 43:25 46:6

**nobody's** 47:11,18 48:9, 20,24 49:10,15 50:7,13 51:9 52:16 55:14,24 56:1,6,20,23 59:22 60:3,6, 14,22 61:6,18, 20 62:10 63:17 64:2,22 65:5 66:7 67:18 68:9,19 69:25 70:5,16 71:17 72:2,8 73:10,18 74:1,2,17 77:19,25 82:13 85:22 86:24 87:3,9,14,24 89:12,20 90:18, 22 91:2,14 93:5,11 96:6, 11,22 98:3 99:3 104:12,19 105:19 106:9, 13,18,20 107:15,17,24 115:19 116:13, 18,22 118:8 122:7 123:7 126:5,18,24 127:23 128:7 131:18,23 135:22 136:18 137:4,14 138:1, 4 139:6 140:2, 24 141:7 171:19 198:1 210:15 258:12 260:11,14

**objections** 265:6

**obtain** 260:7

**occasion** 10:14 11:2 54:21

**occasions** 225:1 232:20

**occurred** 121:13 234:2

**off-** 36:5

**off-again** 52:22



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**off-and-on** 30:5

**office** 30:18 70:3 172:8,9, 12,15,18 173:11 174:11 175:15

**officer** 164:20 172:14 228:12 231:7 241:4

**officers** 233:24

**offices** 94:19

**older** 13:4

**on-again** 36:5 52:22

**on-and-off** 30:16

**one-on-** 255:6

**one-on-one** 148:22 255:9

**ongoing** 257:1

**open** 35:3 38:1 113:20 114:12, 17 154:16,17 155:2 161:24 163:8 175:12 178:12 191:19 215:22 248:13

**opened** 98:14 147:17 161:23 163:10

**operation** 192:2

**opinion** 262:4

**opportunities** 258:5 259:8 260:3

**opportunity** 189:21 191:1,9 193:20 264:15, 22 265:3

**opposed** 251:19

**option** 202:18

**order** 44:17,20 89:6 149:19,22

156:17 202:22, 25 203:4,6 214:19 229:10

**ordered** 120:12 176:4

**outline** 110:14

**Over-the-counter** 207:7

**overhear** 260:25

**overheard** 152:10,12 157:4

**overlap** 180:21

**overlapped** 179:4

**overnight** 54:20 55:5,12 217:2

**owned** 66:11 68:8

**owns** 119:8

**oxycodone** 45:19 46:25 48:23 50:17 51:14,20 90:5 104:10

**oxycodones** 47:3,9,17,20 48:6 86:3

**Oxycontin** 208:15,16,20 209:1,7,10,11, 20

**oxys** 209:18

———

**P**

———

**P.M.** 265:10

**packet** 53:2

**packing** 184:8

**pages** 194:16

**paid** 120:13 121:4 212:25 217:8 223:5

**pain** 45:10,16, 19 49:21,23 50:24 90:13 112:12 244:6

**painkiller** 45:16

**pains** 17:19

**Pam** 26:3

**panic** 253:19

**pants** 167:13

**papaw** 119:8

**paper** 168:16 172:23 239:13

**paperwork** 82:23,25 83:6, 8,9,13,21

**Paragraph** 199:10

**parents** 21:7, 15,20 25:1 58:1,4

**parking** 160:2, 8,11

**part** 61:22 97:23 174:9 191:20 219:3 230:20

**partied** 185:17

**party** 27:19 98:13 134:25

**pass** 185:11 198:17

**passed** 122:16 164:25 198:16 232:5 241:11 256:23 257:19, 21

**passing** 86:1 121:22,23

**past** 166:17 213:8 220:7

**paths** 104:5

**Paul** 214:10

**pay** 48:23 120:12 146:3

**paying** 120:15 220:17 259:19

**PC** 181:23

**pelvis** 17:12,20 207:15 248:12 252:13

**penalty** 215:2 219:2 253:2

**pencil** 172:24

**pending** 7:12

**penitentiary** 168:19

**people** 41:25 88:9,10 128:16 129:13,16 130:19 132:19 135:2 161:14, 25 162:7 163:12 164:23 167:10 168:3,4 176:16 177:5 178:15,17 197:7 199:1,20 211:9,17 253:15 261:18

**Pepsi** 236:22

**percent** 60:8 191:13 215:4

**Percocet** 208:17

**perform** 249:12

**performed** 247:1 248:7 250:16

**period** 13:23 54:17 94:17 104:16 121:17 186:21,22 209:13 211:24 212:5,7,16 221:18,20,24 224:5,10,14 242:25 251:10 262:5

**periods** 54:19

**perjury** 127:20

**permanent** 84:2

**perpetrators** 199:14

**Perry** 248:17, 18

**person** 53:21 102:5,7 170:23, 24 190:22 211:4,21,22 237:19,21,24 243:9,12,16 261:25

**person's** 261:24

**personally** 104:7 113:11 175:23 177:7

**persons** 234:15 258:1

**petty** 220:16

**phone** 52:15 58:3 69:8,11, 16,17,24 70:4, 9,10,14,21 71:7,9,10,15 72:1,17,23,24, 25 73:4,6,8,9, 16,17,19 76:6, 15,22 77:2,7, 10,18 78:3,6,7, 8,10,12 95:17, 18,21,23,24 96:3,8,9,15,21, 24 99:6 100:8 223:12 232:7

**phones** 158:9

**phonetic** 23:16 26:1

**photographs** 155:21 156:1, 11 228:9,13

**photos** 155:4, 8,11 156:8

**physical** 18:16 215:1 244:10, 13,15,25 245:3, 7



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

physician 208:12,20 218:4,8 245:25 246:2 249:8 252:17

physician's 205:6

physicians 250:14

pick 145:23 226:15

Pickard 29:4 30:9,23 146:15, 17,21 147:12, 14,20,23 148:21 149:17, 19 159:8,22,23 163:15 164:5 200:11 224:24 225:1,17 227:1, 5,10,18 228:1, 4,16,24 229:2, 11,25 230:19, 21 231:17,18, 19,23 232:3,8, 20 233:10,16, 24,25 238:9,16, 20,24 239:1 240:9,19 241:6, 13

Pickard's 145:14 146:14 147:5 225:24

picked 145:25 146:4 226:10 228:4 236:14 246:18

picture 61:17 62:19,25 63:14 229:23

picture-taking 230:20

pictures 58:12, 20 59:1,16 60:2,11 61:14, 15 62:13 88:19 136:5 148:3,5, 6,11 149:3 150:7,15,17,21, 24 151:3,19,22, 23 152:2,5,14,

18,25 153:3,7 154:10,16 156:22 157:4 168:1 229:4,6 230:12,15,16, 23 231:1,2,4,9

piece 168:16 227:15 230:9, 10

pill 49:9

pills 49:6

Pineville 216:4,5 217:5, 20 218:13

PL 58:7 62:19 63:1 111:2 113:4 155:23

place 15:9 31:7 54:25 57:25 89:6 98:14 99:22 101:6 133:16 233:9, 12,24 234:8 254:19

places 54:3,4 187:11

plaintiff 264:21

Plaintiff's 62:18

plaintiffs 7:18

planned 143:22 259:18

planning 258:5

plans 85:6,10

plate 108:14

play 169:14,16, 17,18

plead 116:5,11, 15

plumb 261:20

pocket 69:21 119:16

pockets 237:22

pod 178:24

181:8

pods 178:12

point 154:19 163:23 173:21 179:1 185:23 203:24 208:12 209:20 221:2 229:22 237:12 238:11 239:4, 17 245:13,24 246:11 261:25 263:18

pointed 69:15

pointing 53:11 76:8

police 28:17 30:12 70:7 138:2,21 139:3 145:2,14 146:7, 13 147:7,9,13 155:7,12 156:3 157:9 159:5,19, 23 163:17 164:16,20,21 166:25 225:20 226:3,14 231:12 233:7 236:6

Pontiac 59:14, 18

pool 19:16 24:20 92:11

population 174:22

portion 112:9, 10 114:4 203:2, 5 212:15

pose 156:5

possibility 259:16

pot 89:18 90:1, 3,4

potential 189:7 262:18

preface 33:10 38:12

prefaced 196:13

prefer 264:1

prepare 201:17,19

preparing 153:18

prepping 123:23

prescribe 252:14

prescribed 50:10,17 204:23 206:8, 20,23 207:20, 24 208:20 209:8

prescribing 208:13 209:23

prescription 45:4,6 46:11, 15,20 47:5 50:11,22,23 86:2,14 104:10 207:10 209:10

prescriptions 43:22 44:11,23, 24 45:2,13 46:22,23 50:1,2 205:17,21

presence 27:8, 13 28:25 29:2 33:8 153:4,10, 19 154:6,10

present 155:3

press 169:16, 17

Pressed 169:17

pretty 13:15 30:13,20 67:13, 14,15 128:21 134:11 157:10 178:15

previous 232:2

previously 206:6

prior 13:10,13

15:20 24:12 66:13 67:1,3 80:18 83:8 105:22 110:22 111:17 189:22 191:5 201:1 206:3

prison 51:7,10

private 172:2

privilege 38:13,16 153:21,22,25 155:2 250:18 262:17

privileged 153:13 250:13

probation 117:5 237:13, 14

problem 232:25

problems 30:2 227:25 249:2,9 255:10

PROCEEDING
S 7:1

process 192:18 215:5 219:4

produce 194:18

produced 58:6 111:16 155:22 193:11,13,15 194:15

product 153:21

production 79:16 113:13

professional 176:4,6

program 85:4, 7 247:16 259:23

programs 258:19

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

prohibited 260:16

property 61:8, 10,24 105:15

prosecuted 28:13

prosecution 28:1 153:1 154:13,21

protected 197:18

protective 44:16,20 89:6 181:24 202:22, 25 203:4

prove 31:6

proved 138:8

provide 44:10 75:17

provided 189:5 190:3 207:2 213:7 251:19

providers 255:17

providing 71:11

psychiatric 255:10

psychiatrist 255:20 256:3, 10

psychiatrists 254:12

psychological 244:10 252:24 253:1,13 255:10,22 256:7

psychologist 255:20 256:3, 11

psychologists 254:11

public 132:14 203:5

pull 150:5 157:25 162:18 164:9

pulled 69:2 70:7 162:17 164:6 165:12 232:12

pulling 157:11

pump 112:13, 14

punished 212:3

purchasing 212:11 243:1

purports 113:5

purposes 19:16 23:20

push 106:5 108:8 240:17 260:25

pushed 109:24 165:19

put 27:6 43:22 51:1 58:15 62:15 77:3 79:13 87:4,12 89:3 97:13 117:4 127:14 145:14,18 148:2 150:5,11 156:17 157:22 162:13 164:11 165:18 166:7 170:15 171:23 174:5,20 183:11 191:17 213:24 229:22 230:12,13 239:24 257:1

putting 31:14

## Q

question 8:19 9:3 10:12 11:8 12:3 30:15 32:11,13 35:15 42:4 44:1,4,22 46:7 47:12

51:17 56:12 60:24 71:21 73:12 74:3 76:18,25 82:17 83:1,5,14,16 107:6,9,12 108:7 115:20 122:12 123:15 126:25 127:19 128:2,8,19 129:24 136:24 137:25 138:1, 11 141:22 154:4 155:1 156:7 188:6,12 196:24 202:3 203:8 210:1,2 211:1 242:23 244:6 249:7 255:25 257:5, 17 262:16 264:8

questioned 29:5 137:1 147:13

questioning 23:22 136:7 145:1 146:5 149:9 263:16, 17,19 264:21

questions 8:14 33:7 126:19,20 133:21 137:20 153:17 188:24 195:13 199:1 200:1,12,19,25 202:8,11,12 215:1 228:25 233:15 242:5, 11 244:8 261:10 263:2, 25 264:7,9,25 265:6

quick 38:5 78:15 120:21 133:20 198:18 263:8

quit 81:23 198:15 209:18, 20

quotient 218:23

## R

rack 259:1

radio 134:14

raining 16:18 18:5

raise 8:2

raised 24:11 84:6,7,9

ran 35:3 50:11 174:19 183:13, 14 209:10 221:23

range 18:11 55:18 155:25 156:12,15

rank 173:9

rat 197:17,21

ratted 197:22

Ray 23:17

re- 215:3

read 24:13 63:2 113:16 114:8 188:4 189:19

reading 191:3

ready 29:9 242:10 259:19

real 14:17 38:4 77:2 86:1 120:21 126:12 129:9 133:20 160:7 162:9 181:3 202:5 219:16 261:17, 19 263:8

realize 148:13

reason 87:7 97:11 101:18 249:13 259:20

reasons 195:23

recall 10:25 11:3,24 13:11 14:14,17 31:17, 22 33:23,25

35:11 39:12 45:17,21 46:4 48:16 49:1,12, 24 50:9,21 69:9 72:10 76:3,15 78:1 94:24 102:4,7 122:21 124:9,10 125:1 129:7,9,11,14, 24 130:22 132:7 134:4 137:19 181:3 194:25 216:16 219:11 243:16 252:4

recapping 74:3

receive 115:9 206:5 209:11

received 249:20

receiving 205:17,21 206:4 209:16, 17 213:3,20,22 222:23 247:18, 21

recent 188:20

recess 34:22

reckon 51:2 185:16

recognize 68:16 113:23 114:2

recognized 61:5

recollection 98:16 134:17 228:15 246:12

recommended 255:2

record 7:15 9:7 14:23 27:7 41:8,15,16,17, 18,24 57:22 65:22 79:7,8,9, 10 89:3 110:11, 15,17,18,19 111:25 113:9,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

17 133:20,23,
24,25 134:1,4
155:14,16,17,
18,21 176:23,
25 177:1,2,4
189:11,13,14,
15,16 196:3,5,
6,7,9,13
198:19,20,21,
22,25 200:3,4,5
210:5 242:15,
17,18,19
243:20 263:10,
11,12 265:9

**recorder**
169:13

**recording**
171:16

**records** 9:7
69:15 70:24
76:7 193:11,12,
15 194:16,18
249:17

**recovery** 17:9

**refer** 226:25
248:10

**reference** 82:7

**referenced**
122:5

**references**
84:11

**referred** 10:21
208:5 253:18

**referring** 83:7
112:7 114:20
143:3 145:19
156:2 245:1
246:4 249:5

**reflected**
193:17

**refund** 81:18

**refuse** 211:8

**refusing**
211:10

**regular** 24:20
131:17,22
159:23 214:24

**regularly**
90:24 96:3,4

**rehab** 18:13,16

**Reisner** 42:12

**related** 24:4
89:4 255:23

**relates** 249:9

**relating** 15:8
28:7 42:23 45:8
48:5 113:6
177:20 194:12
196:21 225:9
245:3 255:11
256:4

**relation** 42:11,
14,15 220:11
233:10

**relationship**
10:23 11:25
20:19,23 22:22
30:5,16 36:6,14
42:15,19 52:22,
25 53:8,22
185:25 256:19
257:2,22

**relationships**
36:9 256:16

**relatives** 24:1
41:7,10 42:1,6,
8

**release** 102:18

**released**
177:23 205:20
216:7 248:6
261:22

**relevance** 12:2

**Relevancy**
210:6

**relevant** 59:12
126:19,20
210:13

**relief** 45:16

**remember**
14:3,6,12 18:1,
10 22:22 29:12
31:18,21 32:15
37:22 40:24

43:16 45:18
46:1 48:18
52:19 53:25
55:4,16 56:21
65:22,24 76:21
77:7,10 78:2
92:22 94:22
95:4,22 98:8,23
104:13,17
106:17 118:23,
25 120:9
122:18,20,23,
24 123:6,13
124:2,5,7,25
125:9,16
126:22 127:4
128:13 129:2,
10 130:4,8,16
131:21 134:9,
13 135:10,11,
13,14,18,25
138:1,6,24
139:13 145:25
146:6,8,12,24
147:3 149:13,
23 150:1,21
151:4 152:18
157:10 158:10,
16 160:3 162:5
176:2 178:10
179:3,9,16
180:11 181:2
186:20 187:5
200:13 208:24
219:10 227:8
228:24 229:16,
19 230:16,17,
19 231:11,16,
23 234:1
238:13 241:20
243:11 247:24
248:19,20
257:19

**remembered**
238:8

**remembering**
35:20

**renting** 234:8

**repeat** 32:13
81:1 137:25
141:15

**repeatedly**
72:9

**rephrase** 10:8
123:14 140:25

**report** 190:20,
23

**reported**
135:15 137:12
138:2

**reporter** 7:4,9
8:4,9,18
190:10,11
200:14 264:10,
11

**represent**
194:25 200:10
224:23

**representing**
30:12 159:4

**reputation**
260:22 261:13,
14 262:9,13,24

**request** 9:3
79:15 89:3
190:7 194:12
249:22 251:12,
14,18 264:2

**requests**
252:20

**require** 207:9

**reserve** 264:3,
7,14,24 265:5

**residence**
234:6

**resist** 162:16

**resisting**
162:20 165:21

**respect** 88:12

**responded**
24:9

**response** 9:9
20:25 21:25
28:9 38:19
42:24 43:12
50:18 52:12
62:5 65:15 90:7
101:20 115:24
139:11 142:6
178:19 186:15

**rephrase**

190:12 196:16
221:21 236:19
241:23

**responses**
78:22 79:14

**responsible**
199:11,20

**rest** 246:15

**resting** 133:16

**restitution**
120:12,13,15
121:4

**result** 256:16
259:7

**results** 219:8

**returning**
119:15

**reveal** 154:19

**reverse** 189:22
191:1,11

**reversed**
191:5

**reversible**
189:8

**review** 41:8
79:6,23 82:14,
25 83:7,8,13
188:7

**reviewed** 83:4
154:20

**reviewing** 83:6

**ribs** 165:20

**rid** 120:21

**ride** 49:19
75:21,24 76:4
98:24 226:2

**riding** 16:12
97:22

**risky** 192:2

**RN** 91:12

**road** 16:14,16
37:4 57:23 88:7
160:12 232:6,
25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

robbery 120:4
121:13 143:22
169:5

Robert 178:22
180:20,25
182:13,20
195:14,22
196:1,19,20

Robinson-
7:17

ROBINSON-
STAPLES 53:5
201:12,22
202:1,20 203:7,
10,12,17,20,22
209:25 210:6,
16,25 211:3,11
219:19,22
243:4 249:16,
19 250:9,17,21
255:15,24
258:12 260:11,
14 262:15
263:4,15

rode 146:9,11

role 196:1

romantic 36:9
52:25 53:8
256:15,19
257:22

romantically
258:1

room 119:12
147:14,21,23
148:1,10
164:24 165:1,5
170:13 171:23
172:7 173:17
174:23 216:14
217:3,17
228:16 229:6

roommates
39:22

rot 168:19

rotated 178:17

rough 105:23

rounds 207:18

route 48:1

Roxicet 87:6
208:9,10,14
210:9

Roxicets
210:13 211:25
212:11

roxies 86:18
87:23 91:17
208:3 209:16,
17,21,22,24
224:4,5,17

rule 41:9,21
42:8 52:23
53:20 59:6
88:14 89:14
110:14 111:22
194:13 201:23
265:4

rules 8:17
247:25

rumor 121:24

rumors 122:5,
9,14 138:19

run 16:14 40:19
44:25 45:2
46:23,24 105:6
177:5 183:12
192:21 196:10
214:20 215:23

rung 34:23

running 35:2
99:21 109:6
144:23 164:3
185:24 186:2,8

rush 175:4

rushing 229:25
230:3

―――――――

S

Sam 33:15,16

sat 163:25
227:19

Save-a-lot
80:7,18,25

Sawyer 208:25
246:4

scan 52:23
53:14 88:23

scar 34:24 35:4

scattered
152:22

scene 17:22
148:3 149:2
152:19 153:3
155:4,8,11
228:5

scheduled
246:17 248:22,
23 258:9

school 22:11,
15 34:12,15
84:17 85:17
133:7,8,10,11
160:22 161:1
186:20 187:3,8,
14,15,17
215:17 223:24
235:18 258:10,
16,18

screaming
162:22 165:24

seal 202:25

sealed 203:5

searching
164:4

seat 173:1

section 42:2

Security
213:4,9,11
222:23

selling 209:24

send 152:4
250:2

sending 152:8

separate 44:11
146:10 162:13
181:2

separated
147:25

separately
149:16

sequence
59:11 150:1

series 195:13

served 177:19

sessions
255:9

set 79:15 98:11
102:20 132:15
147:18 158:8
164:12 166:10

setting 253:2

severe 217:13

severely
263:18

shakes 8:23
200:14

shape 18:3

share 213:18

Shawna 7:22
264:17

she'd 32:2
40:20 74:20
109:8

shelf 237:10

sheriff 147:5,
20 149:17
159:5,21
163:16 225:2,
24 227:1,3,5
228:4,16 229:2,
11 231:17,23
232:3,8,20
233:10,24,25
238:8 240:9
241:12

sheriff's 30:12,
17,19,20
146:12 159:19
226:2

shield 38:14

shipped
179:23,25

shipping 18:6

shirt 230:5

shit 162:20

168:15 227:15

shoes 166:12,
13,15 167:13
240:23

Shoot 94:24

short 23:22
110:10 208:9
209:13 212:7

short- 43:10

short-term
35:23

shortly 242:22

shot 105:5
184:9

should've 31:6

shoulder
43:20

show 40:15
45:14

showed 62:13
113:21 136:2,5
153:7 157:18

shown 152:19
153:23 155:8
228:8

shows 59:20
151:8

shuts 172:25

siblings 19:2
24:19 25:1

sic 30:23 57:21
91:23 92:2
159:7 162:7
163:19 164:2,7,
19 167:14
201:9 204:9
240:7 261:4

sick 190:13

side 19:7 20:7,
16 23:10,17
25:11 26:4,5
43:24 152:13
171:8 173:1

side-by-sides
97:25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**sides** 25:20 151:8 257:14

**sight** 117:15

**signed** 30:22 83:23 146:18 163:17 239:14, 15 247:8 258:10 259:2, 18

**signing** 83:8

**Silver** 187:24

**Silver's** 187:7

**similar** 44:22 202:8

**simple** 134:22, 24

**simpler** 259:15

**Simpson** 36:15,17 39:2, 24 40:25 101:23 103:3, 18 104:21 136:21 143:21, 24 144:1,10 169:13 171:16 198:5 199:11 234:24

**Simpson's** 52:11 89:16 169:22

**single** 111:12

**single-vehicle** 16:9,11

**sir** 8:2,16,25 9:5 16:13 17:11 199:5 201:20 202:17 204:7, 25 206:18 211:19 215:25 223:25 227:12 228:19 233:19 234:17 235:16 238:18 242:13 244:16 245:19 247:3 259:25 261:15

**sister** 19:3,8, 19,21 21:13

23:8 26:15 28:19

**sister's** 20:14 42:21

**sisters** 26:7

**sit** 35:11 144:13 195:6 225:8 232:5,6 240:19,24 241:15 246:25 248:21 258:25

**sitting** 40:21 102:24 152:2 165:8 195:5 226:7 232:25 236:7

**situations** 253:19

**sketch** 135:25 136:12,15,16, 22 137:2 152:4

**Skoal** 130:11

**sleep** 125:21, 23

**sleeping** 125:22 240:23

**sleepy** 204:20

**slept** 124:10

**slice** 248:13

**sliced** 192:14

**slid** 169:15,16 171:16

**Slosar** 7:17 10:7,11 11:7,11 12:2,14 19:17 21:10 23:15,23 24:2,7,22,25 27:6 28:4,25 32:10 33:6,14, 17 35:13,17 38:4 41:1,13 43:25 44:4,13, 16 46:6 47:11, 18 48:9,20,24 49:10,15 50:7, 13 51:9,13,16 52:16 53:6 55:14,24 56:1,

6,20,23 58:10, 14,22 59:22 60:3,6,14,22 61:6,18,20 62:10,22 63:3, 5,7,17,20 64:2, 22 65:5,24 66:7 67:18 68:9,12, 19 69:25 70:5, 16 71:17,20 72:2,8 73:10, 12,18 74:1,17 76:17 77:19,25 78:18,21 79:1, 4,11 80:20 82:13,16 83:5 85:22 86:24 87:3,9,14,24 88:17 89:1,12 90:18,22 91:2, 14 93:5,11 96:6,11,22 98:3 99:3 104:12,19 105:19 106:9, 13,18,20 107:4, 7,15,17,24 108:1,5 110:10 111:4,7,17,23 113:9,15,17 115:19 116:13, 18,22 118:8 122:7,11 123:7, 14 126:5,18,24 127:2,18,23 128:2,7,15,19 131:18,23 133:15,19 135:22 136:18 137:4,7,14,18 138:4,10 139:6 140:2,24 141:7, 12,20 143:3 144:13,16 153:4,10,15 154:18,24 171:19 176:24 178:1,4,7 186:22,24 187:1,5 188:18 189:3 193:14 194:6,15,20 195:18 196:2 198:1 242:14

**slow** 204:4,20

**SLSOAR** 89:20 154:5

**smack** 215:23

**smaller** 193:2

**Smith** 12:24 13:2 18:24 21:22 70:19 71:6 75:7 96:17 105:1 124:16 129:22 132:9 199:2

**smoked** 89:18 90:4

**smoking** 224:1

**sneak** 227:17

**Social** 213:4,8, 11 222:23

**socialize** 97:8, 17 100:10 185:14

**socialized** 32:25

**socializing** 32:16

**society** 97:21 98:14

**sold** 105:3 121:24

**solemnly** 8:4

**solid** 159:4,6 167:12

**Somebody's** 261:7

**someday** 259:17

**someplace** 152:3

**son** 12:21,22

**sort** 147:21 167:10

**sought** 255:22 256:2,9

**sound** 19:24 20:18 21:24 22:4 39:16

145:5 159:14 177:13 183:24

**sounded** 164:20 224:25

**sounds** 13:19 20:9 159:15 180:25 228:3 264:1

**source** 81:10 196:20 210:9, 21

**sources** 195:8 197:10 199:4,8, 13 209:12

**speak** 182:8,9, 11,16 232:20 241:12

**speaking** 144:23 157:5 228:22

**specific** 188:23 193:16

**specifically** 242:3

**speculation** 35:14 44:1 50:8,14 59:23 60:7,15,23 61:21 62:11 63:18 65:6 68:10 70:1 87:10 93:6,12 96:7 106:14 116:14 118:9 131:19 140:25 141:8

**spend** 161:3 235:19

**spit** 230:8

**split** 130:6 170:14 185:16

**spoke** 140:13 149:16 182:15, 18 228:5

**spoken** 142:10 177:9 184:11

**spouse** 24:3

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

spouses 24:14

squad 162:6

SSI 213:3,7,11, 21 222:23

stack 62:15

staff 172:4 175:2

stamps 84:11, 12,13

stand 205:15 230:13

standing 164:1 171:7 172:13 260:22 262:9

standpoint 253:13

stands 149:14, 15

stapled 62:16

Staples 7:18 219:17

star 151:4,16

start 55:6 78:14 116:7 154:9 213:21 216:24 259:19 263:13

started 82:11, 20 83:21 98:7,8 121:21 136:25 148:25 185:24 205:21 214:24 223:23 235:7 242:22 247:21

starting 42:7

starts 188:12

state 94:21 146:13,22 159:23 163:17 220:23 221:3 244:9 249:25

statement 38:3 140:5 169:19,20,24 171:17 182:20 183:2 184:15

196:1

statements 170:1 195:14, 21 197:5,16

states 7:12 145:15 220:5

station 225:20 227:14 231:12 233:7

stay 10:16 12:13,17 53:24 54:15,20 101:6 174:21 189:10

stayed 10:14 11:1 54:17 69:21 117:15 164:24 165:1,5

staying 11:5 12:1,20,24 13:20 54:14 55:5,12 74:24 75:1 124:11

steal 91:19 92:9,11,19 94:2,8,12 115:5,22 116:2

stealing 92:16 93:1,3 94:10 119:4 120:8

stemming 244:10 252:24 256:7

step 147:11 150:3 248:12, 13

step-brother 222:10

step-brother's 222:13

step-dad 43:6

step-mother 43:2

step-mother's 42:21

step-parents 43:4

steps 163:25 164:12 165:11 166:8,9 240:13, 15,17,19,24

stick 119:16

sticker 88:16

sticking 192:25

sticky 113:14

stitch 192:13

stole 93:9 120:20

stoled 92:2

stolen 92:4 93:24 115:10, 12 135:20

stomach 165:18 191:21 252:13

stop 47:20 51:6,7,11,20 99:20 162:19 165:21

stopped 84:19

Stops 24:2

store 104:3 119:9,13 120:1 260:24 261:25

stored 140:22 141:6

straight 37:5 147:6 221:6 232:12 247:8 251:4

street 39:10 40:17 209:24 211:6,15,18,25 212:11

streets 49:2,4 185:8 197:7 209:22 245:20

stretched 162:19 165:17, 18

strike 55:5 105:9,11

112:17

stripped 117:13,17 120:17,23

strongly 133:20

struck 112:11

strung 261:20

stuff 15:18 17:20 21:5 24:20 26:12 29:4 30:22 32:2,5,7 33:2 35:23 39:19 40:12 43:19 45:13 52:4 69:6 89:18,19 94:13 97:13 105:3 116:20 121:18, 22 127:13 134:21 139:14 150:7 153:19 165:18 168:1 170:17,20 172:2 176:15 184:9 185:18 192:14,23 193:4 197:18 198:11 203:14 214:21,23 217:10 220:16 227:14,17 229:4 230:7,10 232:10 233:1 240:20 244:18 245:2 253:17, 21 256:12 258:19 259:11, 13 260:24

subject 44:19 244:9

Suboxone 204:3,5 206:9 218:16

substantial 112:12

sucking 192:22

sued 194:23

suffered 252:23 253:13 256:16 260:21

suffering 244:6

sum 121:5

Sunday 124:23

Sunfire 59:21

supplement 23:21 25:5 188:19 189:4,8, 21 191:3 243:20 249:17

supplemented 24:12 190:3

supplementing 188:22

supplies 217:8,9

support 80:14 81:11 83:17

supposed 102:12 117:10 121:24 184:4,5 185:4,17 186:6 197:17 235:6 236:13

surgeon 248:10

surgeons 248:11

surgeries 190:1 193:4 244:17 245:1, 15,18,25 246:8, 23 247:1

surgery 189:21 191:4, 10,16,23 192:7 193:21 245:4 246:13,17 248:7,16,22,23 249:1,10,12,22, 23 250:8,16

suspect 87:13 136:1

suspects

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

199:22

**SUSPENDED**
265:10

**sustain** 34:6
35:5

**sustained**
253:1

**SUV** 64:10,19
67:21 145:14
146:14 159:21
225:24

**swabbed**
176:15

**swear** 8:4

**switch** 190:14

**switched**
209:21

**sworn** 8:3

———————

T

**table** 136:6
148:7 152:22,
23 156:6 255:8

**tabletop**
152:23

**tags** 221:7

**takes** 238:11,
12

**taking** 46:19
49:24 50:11
152:14 202:19
206:20,21
208:2 209:7
214:24 230:14

**talk** 8:19 27:25
28:13,17 29:8
32:8 38:9,15
58:2 73:22
91:23 92:4
94:10 95:17,24
96:2 97:2,14
99:6 100:8
102:14 103:6,9,
15,18 130:19
139:15 140:15,
18 143:13,15,
17 144:12,20

153:22 157:11
170:15 179:11
181:9,14
182:12,13
183:15 193:8
216:17 217:3
221:19 225:7
229:12 230:8
233:4,6 244:22
250:4

**talked** 27:5,14,
22 28:22 33:2
41:10 53:12
74:24,25 86:2
90:5 91:22
95:18 96:9
102:15 103:11,
12 108:3 109:8
144:11 148:21,
22 149:11
168:15 183:9
186:12,13
193:20 195:12
198:7 224:11,
15 229:4 233:8,
18 241:15,22
244:5 245:8
252:21 255:16
256:12 263:20

**talking** 21:16
25:12 33:11,19
39:6 45:12,23,
24 48:3 51:13
70:21 74:13
78:14 92:8
109:19 110:21
123:16 127:9,
12 132:8
140:12,15
152:1,11,15,17
157:16,19
159:22 164:2
177:25 182:1
197:7 198:15
212:7 213:23
233:12 234:16
248:15 256:21

**tank** 167:22
174:21

**tape** 169:23

**tattoo** 151:16,
17

**tattoos** 151:2,
6,12,13

**tax** 81:15,17
82:5,6

**taxes** 81:19,21

**Taylor** 7:7,9,
10,19 8:12 9:23
10:3,10 11:16
14:2,5 21:11,13
25:3,25 26:6,7,
21,22,23 41:20
42:7 72:23
74:15 75:11
79:12 110:21
112:3 113:23
125:14 129:22
130:24 134:3
154:1,2 155:20
177:4 189:18
196:10 198:24
200:8 203:24
212:17 242:9,
21 261:1 263:9
264:22

**Taylor's** 11:15
12:12,13,17,25
13:10,12,20
14:15,20 15:13
21:13 73:8,16
74:25 88:3 89:4
99:11 100:12
101:1 129:17
226:12,24
227:6,9

**team** 141:14
154:2,22 197:4

**technician** 7:3

**teenager** 22:3

**telling** 156:6
172:22 250:5
251:20,22

**tells** 190:17

**temporary**
17:4 84:3

**ten** 115:17,21
136:5 148:3,6
152:20 166:10

**tend** 204:19

**Tenncare**
247:15,19

**Tennessee**
130:12 201:14,
15 205:2,18
217:22 219:13,
15 220:4 221:4
247:14,23

**tenth** 84:22
218:20

**term** 43:11
86:18

**tested** 218:22,
23

**testified** 35:21
53:9 64:6 74:4
77:6 128:15
137:18 156:25
195:18 243:8

**testify** 170:18
238:23 250:12

**testifying** 61:9

**testimony** 8:5
51:3 89:4
117:25 118:13
122:3,8 130:8
208:2,11
223:20 224:25
225:18 228:2,
11 229:22
233:22 237:5
243:11 245:14

**tests** 214:20,24

**that'll** 189:4

**theft** 120:4
210:12

**then-sheriff**
226:25

**therapy** 18:16

**these'll** 45:13

**thing** 81:13,14
89:23 97:21
109:9 150:5
161:23 169:15
183:3 185:1
200:15 214:13
223:10 248:14
253:5 256:13

**things** 109:7
207:12 235:11

**thinking** 9:17
75:12 92:12
127:16 142:17,
19

**Thomas** 7:7

**thought** 64:5
92:13 120:16
126:3 127:21
128:5,9,12
162:23 240:13,
16 262:2,12

**thousands**
194:15

**threaten**
114:21

**threatened**
114:21

**threw** 221:9

**throwed**
108:14,16,18
109:12,14
166:12 168:17
230:5

**throwing**
249:3

**Tilburg** 7:3

**time** 7:5 10:1,8,
16 11:2,20
13:23 22:7 24:8
28:12 32:20
33:10 35:1,19
36:7,10,23
37:22 40:18,24
45:7 46:2 47:5
49:9 52:11
54:1,14,18
55:4,20,21
56:17 57:17
58:3 64:12
67:16,25 70:11
72:12 76:12
78:9 80:10 82:3
92:20 94:17
98:9 100:22,25
101:2,3,11
102:8,21
104:16 105:23
109:20 110:13



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

112:14 113:25
114:1 119:5,11,
14,22 122:1
123:9,24
124:12 125:16
126:22 128:12
129:2,4,5 130:6
131:22 132:1,3,
7 133:21
134:11 136:3,4
138:24 139:4
141:10 142:15
144:18,21
146:24 147:24
149:3 151:7
153:8,11,20
154:7 155:10
156:10 158:8
159:13,17
160:15 161:2,4
163:16 164:25
166:15 168:14
170:6,7 173:6,
12,15 175:20
177:23 178:18
179:1 180:2,15,
21,25 183:4
184:6 185:24
186:1,20,22
187:8 191:20
192:16,20
194:19 205:3
206:11,12,25
208:2 209:2,13,
15 210:10,14
211:24 212:5,7,
16 213:10,25
214:4,12
215:10 216:20,
24 218:8,22
221:18,19,24
222:2,20,25
223:2,5,15
224:5,10,13,19,
21 228:21
229:11 230:6
231:16,18
232:7,10 233:9
235:13,18
240:9 241:13,
16,17 242:25
243:14 244:9,
19 247:7 248:6,
12 249:21
250:1,15
251:10 252:2,

16 256:20,25
257:2,21 258:6,
10,15,20,23
259:3,21 260:5
262:5 263:6
264:10 265:7

**timeline** 47:16

**times** 71:18
76:18 95:15,16
99:17,18
107:11 161:22,
24 181:2
202:13 215:8,9
216:11,14,19
217:16 225:3
232:13,19
233:8 261:4
265:7

**toboggan**
240:20

**toboggans**
30:11 238:19

**today** 7:3,4
8:14 17:6
24:12,13 25:5
33:20 35:11
79:23 84:2 89:4
107:11 111:13,
20 164:6
195:19 204:14
225:8 226:8
241:15 246:25
253:10 257:13
263:19,21
264:24

**today's** 201:17

**told** 38:7 55:17
70:12 83:20
117:9 118:1
121:8,10,17
130:18 144:1,3,
6,8 147:11,14
148:17,19
150:3,5 162:16,
19 166:15
169:15 172:16
175:4 176:8,9
186:7 190:25
191:11 192:18
193:7 199:24
203:14 212:1
233:8 239:12

240:24 241:3
245:14,17
249:8 251:15

**ton** 193:15

**top** 240:12

**Topaz** 10:1

**tore** 142:1

**total** 231:11

**town** 94:21
145:17

**Townsend** 7:2

**traffic** 31:19
146:2 220:16

**transcript**
108:5

**transferred**
251:3,4

**transported**
147:6 231:19

**trashed** 262:14

**traveled** 111:8

**Travis** 26:21

**treated** 119:6
216:7 254:8,12

**treatment** 89:5
252:14 255:22
256:2,9

**tree** 24:17

**trial** 102:12,19,
20 141:11
184:5 262:11,
18

**trooper** 146:13
195:1,8

**trouble** 179:24

**trucks** 66:15

**true** 39:24
49:13 71:15,25
72:4,6 74:15
79:24 80:8,19
105:18 106:12
114:9,16,24,25
115:16 126:15
140:21 141:4

145:11 148:16
156:23 185:4

**truth** 8:6,7

**tuition** 259:19

**tunnel** 193:1

**tunnels** 193:2

**turn** 61:1
166:4,6 230:13,
14 258:23

**turned** 13:17
165:20,22
174:2 216:9,12
218:5,7

**turning** 45:13
216:17

**turns** 102:21
174:4,7

**TV** 134:13,15
162:9

**twins** 26:21

**Tylenol** 207:6

**type** 18:16
20:23 21:5
24:15 45:18,19
56:21 193:12
200:15 214:13
244:7 247:16
253:19 254:16

**types** 72:15
137:20 202:12

**typically**
204:16

_____

**U**

**Uh-huh** 86:21
87:20 114:8
124:24 131:12
182:25 203:10
251:1

**uh-huhs**
200:15

**Uh-uh** 22:24
55:15 92:23
103:22 114:10
121:7 143:2
174:25 188:3

222:21 225:14
233:20 237:25
245:10 254:13

**uh-uhs** 200:15

**unbelievable**
162:6

**uncle** 25:25
26:1

**unclear** 123:15

**uncles** 24:19
25:8 26:11

**underlying**
210:11

**understand**
8:24 13:19
15:19 24:10,18
32:12 33:13
34:16 35:15,16,
21 41:25 46:8
47:13 48:10,21
49:5 71:20,23
73:13 77:5
81:21 82:4
83:10 85:13
87:10,11 88:13,
21 101:14
122:11 126:17
127:15 135:23
139:7 158:10
175:19 184:25
196:15 209:19
213:6 225:18
228:2,8,11
233:22 236:17
241:2 245:13
246:16 253:9
259:14 261:9
262:8 264:23

**understanding**
10:9,24 20:6
35:6 37:17 42:6
43:16,23 100:1,
5 153:20
185:20 250:6

**understood**
208:11 237:5

**unfruitful**
264:2

**unit** 35:8

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

United 7:12

University 217:22

unmarked 159:21,24

unpaid 31:20

unreal 162:8

upstairs 15:17 16:24 54:7 164:1 165:6 240:11 241:3,7

urge 133:20

user 90:17,21 223:22

UT 18:3,6,10 191:11 193:5 216:18,20

---

V

vac 192:21

Valdez 60:5, 10,20 93:21 140:23 141:6 142:1,8

Valdez' 60:25

van 7:3 102:8, 10,11

vehicle 18:21 34:2 35:6 36:1, 3 50:16 64:17 66:18,20,24 81:3 147:6 192:11 215:6 216:18 217:12, 14 226:1,5 245:22

vehicles 67:14 97:5 146:10 160:3

verbal 9:9 20:25 21:25 28:9 38:19 42:24 43:12 50:18 52:12 62:5 65:15 90:7 101:20 115:24 139:11 142:6

178:19 186:15 196:16 221:21 236:19 241:23

verbalize 8:22 9:10

verbally 200:13

verified 78:17, 20

verify 79:23

vests 167:10

video 7:3

view 203:6

viewing 151:3

violations 31:19 146:2 220:17

violent 109:11

visible 106:11 107:19 112:15, 16

visit 12:22 95:11 101:2 129:15 135:2 193:7,16 222:10 252:1

visited 216:14 221:23 257:9, 11,18

visiting 95:13

visitors 257:6

visits 193:19 217:4

---

W

W2s 82:2

wadded 168:16

wait 113:19 140:25 191:13 236:20 246:7

wake 125:19, 24 132:4

walk 51:25 83:25 147:14 148:9 166:17

walked 148:20, 21 230:6 232:24

walking 158:1

wall 34:24 148:8 215:18

wallet 117:18

walls 175:15

wanted 42:5 92:9 96:5 193:6 200:25

wanting 24:10 135:12 249:6

warrant 113:5 114:1

Warren 184:25

wash 119:12, 15

watch 176:4,11 229:7 232:6

watching 139:13 148:10 232:11 233:1

water 223:10

ways 132:15

wearing 150:8 156:23 167:10

weather 18:4

Weber 264:18

week 50:6 131:8

weekends 98:20

Weekly 50:5

weeks 122:25 136:9 158:16 212:8

Wet 16:16

what'd 102:16 116:24 197:15 207:13

whatever's 167:13

wheelchair 17:2,6

wheelers 98:1

Where'd 167:2

whichever 213:15

white 160:1

Whitley 169:3 171:10,11 174:11,19 177:16 179:10, 20 180:3,8,9, 10,11,21,24 221:1 251:5,7,8

Who'd 128:20 129:19 252:3

whoever's 181:17

whooped 162:20 165:16

Why'd 237:8

wife 100:4 157:18

Will's 99:9,10

William 10:20 12:13 75:24 76:2 86:5 94:7, 22 97:7 99:15, 25 101:4,7 103:9 115:23 116:2,4,25 121:8 128:25 140:14,16,18 143:21

William's 97:5

Williams 190:9 200:7,10 202:6, 24 203:3,23 210:3,7,18 211:7 219:18, 25 242:6,8,13, 16,20 250:19, 22 255:18 262:20 263:6, 24

Wilson 179:16 180:20 181:1,5 182:16 183:1, 23,25 196:24

window 102:24 170:13 238:6

withdraw 74:2 81:2 82:17

witnesses 196:12 262:19

woke 125:9,25 126:22 129:4,5 132:5

women 36:10

wondering 256:9

word 138:19 186:4 262:8

wore 119:13 165:12

work 80:24 102:18 118:2,3 131:9,13,14,15, 22,25 153:21 176:10 213:10

worked 80:7 94:12,16 131:8 187:6,10 213:8, 9,13

working 22:8 80:10 81:25 94:14 186:20 187:7 250:7,15

world 20:12

worried 140:14

worse 262:24

worser 106:4

would've 22:3 36:23 40:25 56:17 104:18 124:22 130:25 134:16 179:3 180:2 191:5 224:17 231:24 255:21

wound 191:19 192:9,21 246:7

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

wracked 126:7

wraps 26:4,24

wreck 44:25
45:9,25 46:1,3
49:19 52:4 54:6
66:6 77:1
81:14,24 83:23
95:3,5 203:13
206:14 207:14
258:22

wrecked 46:22
56:7 65:9,11
66:2 83:22

Wright 7:20
8:11,12 11:13
12:6 23:18,25
24:4,18,23 25:6
27:10,12 32:14
33:9 34:1 35:18
38:11 41:6,14,
19 44:7,9,14,
18,21 46:10
47:15 51:15,19
58:12,16,19,25
59:6,9 61:3
62:23 63:2,4,6,
10,13 71:24
73:15 74:6
76:20 78:14,19,
23 79:5 80:23
82:17,18 83:10,
12 89:9 107:6,
13 108:3,10
110:16,20
111:6,14,21
112:2 113:12,
16,22 123:17
126:20,21
128:4,24
133:17 134:2
137:16,24
138:14 140:4
141:2,3 142:4
144:19 153:6,
12 154:3,8,25
155:14,19
176:22 177:3
186:23,25
187:2 188:25
189:12,17
190:19 193:10,
18 194:10,17,
22 195:20,24
196:4,8 198:17,

23 200:1
242:12 265:1

wrists 150:25
151:24

write 53:4
204:5 257:17

written 257:16

wrong 30:14
119:6 138:8
214:18 225:11
239:18 251:23

wrongdoing
195:9

wrongful
244:11 252:24
256:8

wrongfully
47:23

wrote 47:6
69:14 106:10
112:15

―――――――――
Y
―――――――――

Yamaha 230:5

year 22:17
81:20 84:10
98:10 187:20
212:8 223:4
246:14

years 13:7,8
21:23 47:24
70:19 90:4
100:23 117:3,4
126:2 127:13
128:10 162:15
178:2 191:13,
14,23,25 212:3
221:25 222:1
237:9,11
249:11

yelling 168:17
170:19

York 7:21 29:4
69:14 76:8
136:2 140:6
144:21 146:21
147:3,12,15,20,
22 149:2,10,23,

25 150:18
152:1 155:7
157:4,9,17
158:24 159:3,9
168:5,10,14
169:21 171:3,6,
13 172:3,11
173:17 174:10,
24 175:24
176:20 177:19
196:12,22
198:7,14 199:3,
8 227:16
228:12,22
229:3,5 230:1,
18 231:5,6,8,10
232:8 265:2

York's 79:15
153:16 195:25

you-all 28:1,19
54:4 133:20
152:2 175:22
178:25 236:5,
24 257:22

you-all's 152:2

young 215:23

younger 13:4,
6,7 19:9 21:23
34:7,8 35:1
70:19 71:25
94:2

your-all's
175:10 263:23

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS