```
 1           IN THE UNITED STATES DISTRICT COURT FOR THE
 2                   EASTERN DISTRICT OF KENTUCKY
 3                           NO. 17-CV-84
 4                    HON. DAVID L. BUNNING
 5                    HON. CANDACE J. SMITH
 6
 7                    AMANDA HOSKINS, ET AL.,
 8                           PLAINTIFFS
 9
10                               V.
11
12                      KNOX COUNTY, ET AL.,
13                           DEFENDANTS
14
15
16
17
18
19
20
21
22
23   DEPONENT:   MARK MEFFORD
24   DATE:       JUNE 5, 2018
25   REPORTER:   ASHLEY CALLAHAN MCDONNER
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



EXHIBIT 4

```
 1                    APPEARANCES
 2
 3  ON BEHALF OF THE PLAINTIFFS, AMANDA HOSKINS, ET AL.:
 4  ELLIOT SLOSAR
 5  LOEVY & LOEVY
 6  311 NORTH ABERDEEN STREET
 7  THIRD FLOOR
 8  CHICAGO, ILLINOIS 60607
 9  TELEPHONE NO.: (312) 243-5900
10  E-MAIL: ELLIOT@LOEVY.COM
11
12  ON BEHALF OF THE DEFENDANTS, BRYAN JOHNSON, MARK
13  MEFFORD, KELLY FERRIS, JACKIE JOSEPH, AND DALLAS
14  EUBANKS:
15  SHAWNA VIRGIN KINCER
16  CODY WEBER
17  KENTUCKY STATE POLICE GENERAL COUNSEL
18  919 VERSAILLES ROAD
19  FRANKFORT, KENTUCKY 40601
20  TELEPHONE NO.: (502) 573-1636
21  E-MAIL: SHAWNA.KINCER@KY.GOV
22
23
24
25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              APPEARANCES CONTINUED

 2

 3  ON BEHALF OF THE DEFENDANTS, JASON YORK AND JASON BUNCH:

 4  DERRICK T. WRIGHT

 5  STURGILL, TURNER, BARKER & MOLONEY, PLLC

 6  333 WEST VINE STREET, SUITE 1500

 7  LEXINGTON, KENTUCKY 40507

 8  TELEPHONE NO.: (859) 255-8581

 9  E-MAIL: DWRIGHT@STURGILLTURNER.COM

10

11  ON BEHALF OF THE DEFENDANTS, MICHAEL BROUGHTON AND CITY

12  OF BARBOURVILLE:

13  LICHA H. FARAH, JR.

14  WARD HOCKER THORNTON

15  333 WEST VINE STREET, SUITE 1100

16  LEXINGTON, KENTUCKY 40507

17  TELEPHONE NO.: (859) 422-6000

18  E-MAIL: LFARAH@WHTLAW.COM

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | |
|---|---|
| 1 | APPEARANCES CONTINUED |
| 2 | |
| 3 | ON BEHALF OF THE DEFENDANTS, JOHN PICKARD AND DEREK |
| 4 | EUBANKS: |
| 5 | JOHN F. KELLEY |
| 6 | WILLIAMS FARMER & TOWE |
| 7 | 303 SOUTH MAIN STREET |
| 8 | P.O. BOX 3199 |
| 9 | LONDON, KENTUCKY 40743 |
| 10 | TELEPHONE NO.: (606) 877-5291 |
| 11 | E-MAIL: JOHN@WFTLAW.COM |
| 12 | |
| 13 | ALSO PRESENT: ELIZABETH HARLOW, VIDEOGRAPHER |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  investigation?
2      A    I mean, I saw everyone periodically, but I
3  don't remember any interaction with them about this
4  case.
5      Q    Sitting here today, do you have any opinion as
6  to who killed Katherine Mills?
7      A    Well, looking at this Daniel Wilson interview,
8  it sounds like Amanda Hoskins and Jonathan Taylor did.
9      Q    Are you aware of any evidence, other than the
10 interview that you participated in, that implicates
11 Jonathan Taylor or Amanda Hoskins in the murder of
12 Katherine Mills?
13     A    No.
14     Q    Sitting here today, you said that you never
15 heard of Mike Simpson or Allen Helton or Jessie Lawson
16 prior to today's date; is that right?
17     A    I mean, I've read about them in the lawsuit.
18 I've heard the names.
19     Q    Okay.  Do you have any opinion sitting here
20 today as to who killed Katherine Mills?
21     A    No.
22     Q    Is it fair to say that the knowledge that you
23 have relating to this case is limited to your initial
24 involvement at the crime scene, your viewing of the
25 autopsy, and your participation in the interview of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

```
 1  interviewed there have been convicted of crimes.
 2      Q    Okay.  Do you know what reasoning was why Mr.
 3  Wilson was there, whether he had been convicted or was
 4  pending or what the charges were?
 5      A    I do not know.
 6      Q    Was his charges, pending or convicted charges,
 7  discussed?
 8      A    I don't recall.  I don't recall.
 9      Q    Do you know what jurisdiction they would've
10  been out of?
11      A    I do not.
12      Q    Do you recall any discussion about any
13  prosecutor over any of his crimes?
14      A    I just do not recall.
15         MR. WRIGHT:  No further questions.
16                    EXAMINATION
17  BY MR. FARAH:
18      Q    Sir, I represent Mike Broughton and the City
19  of Barbourville Police Department.  You said you were
20  involved at the initial investigation of the crime
21  scene, correct?
22      A    Yes.
23      Q    Was Mike -- do you know who Mike Broughton is?
24      A    I do.
25      Q    Okay.  Do you know members of the Barbourville
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

```
 1   Police Department?
 2       A    I do.
 3       Q    Were any of them present at the crime scene
 4   that night?
 5       A    No.
 6       Q    Okay.  When you attended the autopsy, was Mike
 7   Broughton or any member of the Barbourville Police
 8   Department present at that time?
 9       A    No.
10       Q    When you attended the interview with Mr.
11   Wilson, was Mike Broughton or any member of the
12   Barbourville Police Department present at that time?
13       A    No.
14       Q    You answered earlier in response to one of
15   Elliot's questions, you know, did you know of any
16   involvement or have any interaction with Mike Broughton
17   or the Police Department, and you indicated that you
18   might see them around but not necessarily as relates to
19   this case, correct?
20       A    Yes.
21       Q    I want to be clear about this.  Did you have
22   any personal interaction or involvement in the official
23   investigation to the Katherine Mills murder with Michael
24   Broughton or any member of the Barbourville Police
25   Department?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | | |
|---|---|---|
| 1 | A | I do not recall any such interaction. |
| 2 | Q | Okay.  Do you have any personal knowledge of |

3  any involvement they had in the investigation?

4       A    No.

5       Q    John asked you earlier about when you're the
6  lead officer or the case officer, you know, in a KSP
7  investigation, and if, for example, if it's in Knox
8  County, that you might utilize Knox County sheriff
9  deputies to aid and assist you because of their
10 familiarity with the locality; do you remember that
11 testimony?

12      A    I do.

13      Q    I want to ask you a similarly:  Would the City
14 of Barbourville, with the police department, would you
15 likewise utilize them in certain investigations as far
16 as giving you aid and assistance?

17      A    Yes.

18      Q    Irregardless, if you are the case man -- if
19 you're the case officer or lead investigator, you are in
20 charge of the investigation, though, correct?

21      A    Yes.

22      Q    For example, have you had occasion when you've
23 investigated something in Barbourville or Knox County,
24 would you utilize one of their facilities to interview
25 witnesses, for example.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A    Yes.
 2      Q    Have you done that before at the Barbourville
 3 Police Department?
 4      A    Regularly.
 5      Q    Okay.  And why do you do that?
 6      A    It's in a central location in the county.  The
 7 KSP has a small satellite office there, which is on loan
 8 at electric company, and it's really not set up to bring
 9 in people -- witnesses, things like that, and
10 Barbourville is in the center of the county, and it's a
11 facility that, you know, they allow us to use.
12      Q    Okay.  More of a professional courtesy between
13 law enforcement departments?
14      A    Yes.
15      Q    Okay.
16         MR. FARAH:  That's all I have.  Thank you.
17         MR. SLOSAR:  Just some limited follow-up.  You
18         don't have anything, right, Shawna?
19         MS. KINCER:  I don't.
20         MR. SLOSAR:  Okay.
21                   REDIRECT EXAMINATION
22         BY MR. SLOSAR:
23      Q    Sir, do you have -- you testified earlier, you
24 don't have any knowledge of Chief Broughton's
25 involvement in the Mills investigation; is that right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A    I have no knowledge of it, --
 2      Q    Assume --
 3      A    -- as far as the investigation goes.
 4      Q    You had -- you didn't participate in any
 5   questioning of Jonathan Taylor with Chief Broughton,
 6   Sheriff Pickard, or Detective York, did he?
 7      A    No.
 8      Q    You didn't participate in any photographing of
 9   Jonathan Taylor with Chief Broughton, Detective York, or
10   Sheriff Pickard, did you?
11      A    No.
12      Q    Okay.  So sitting here today, you can't
13   testify as to whether Chief Broughton's involvement in
14   the Mills homicide investigation was purely allowing
15   officers from KSP to use his office versus actively
16   participating in the investigation?
17      A    I -- I don't know.
18      Q    You have no idea one way or the other,
19   correct?
20      A    Correct.
21           MR. SLOSAR:  All right.  I don't have anything
22           further.  Thank you.
23           VIDEOGRAPHER:  This closes today's deposition. We
24           are off the record at 2:45.
25               (DEPOSITION CONCLUDED AT 2:45 P.M.)
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              CERTIFICATE OF REPORTER
 2           COMMONWEALTH OF KENTUCKY AT LARGE
 3
 4   I do hereby certify that the witness in the foregoing
 5   transcript was taken on the date, and at the time and
 6   place set out on the Title page hereof by me after first
 7   being duly sworn to testify the truth, the whole truth,
 8   and nothing but the truth; and that the said matter was
 9   recorded by me and then reduced to typewritten form
10   under my direction, and constitutes a true record of the
11   transcript as taken, all to the best of my skills and
12   ability. I certify that I am not a relative or employee
13   of either counsel, and that I am in no way interested
14   financially, directly or indirectly, in this action.
15
16
17
18
19
20   [signature: Ashley Callahan McDonner]
21
22   ASHLEY CALLAHAN MCDONNER,
23   COURT REPORTER / NOTARY
24   COMMISSION EXPIRES ON: 01/13/2021
25   SUBMITTED ON:  06/21/2018
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com