```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF KENTUCKY
 3                    CASE NO: 17-CV-84
 4
 5          AMANDA HOSKINS, ET AL.,
 6                      PLAINTIFFS
 7
 8                            V.
 9
10          KNOX COUNTY, ET AL.,
11                      DEFENDANTS
12
...
23  DEPONENT: DONNA MILLS
24  DATE:     SEPTEMBER 7, 2018
25  REPORTER: MADELINE WILLIAMSON
```



EXHIBIT 18

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFFS, AMANDA HOSKINS, ET AL.:
 4   ELLIOT SLOSAR
 5   AMY ROBINSON STAPLES
 6   LOEVY & LOEVY
 7   311 NORTH ABERDEEN STREET
 8   THIRD FLOOR
 9   CHICAGO, ILLINOIS 60607
10   TELEPHONE NO.: (312) 243-5900
11   E-MAIL: ELLIOT@LOEVY.COM
12
13   ON BEHALF OF THE DEFENDANT, KNOX COUNTY, ET AL.:
14   JASON WILLIAMS
15   WILLIAMS FARMER & TOWE
16   303 SOUTH MAIN STREET
17   P.O. BOX 3199
18   LONDON, KENTUCKY 40741
19   TELEPHONE NO.: (606) 877-5291
20   E-MAIL: JASON@WFTLAW.COM
21
22
23
24
25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANT, BARBOURVILLE POLICE
 4   DEPARTMENT:
 5   ALEXANDRA DEMOSS-CAMPBELL
 6   WARD HOCKER & THORNTON, PLLC
 7   333 WEST VINE STREET
 8   SUITE 1100
 9   LEXINGTON, KENTUCKY 40507
10   TELEPHONE NO.: (859) 422-6000
11   EMAIL: ALEXANDRA.DEMOSS-CAMPBELL@WHTLAW.COM
12
13
14
15   ON BEHALF OF THE DEFENDANTS, JASON YORK and JASON BUNCH:
16   DERRICK T. WRIGHT
17   STURGILL, TURNER, BARKER & MOLONEY, PLLC
18   333 WEST VINE STREET
19   SUITE 1500
20   LEXINGTON, KENTUCKY 40507
21   TELEPHONE NO.: (859) 255-8581
22   E-MAIL: DWRIGHT@STURGILLTURNER.COM
23
24
25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANTS, RIAN JOHNSON, MARK MEFFORD,
 4   JACKIE JOSEPH and DALLAS EUBANKS:
 5   CODY WEBER
 6   KENTUCKY STATE POLICE GENERAL COUNSEL
 7   919 VERSAILLES ROAD
 8   FRANKFORT, KENTUCKY 40601
 9   TELEPHONE NO.: (502) 573-1636
10   E-MAIL: CODY.WEBER@KY.GOV
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   you brought into where this conversation happened?
2       A    It was -- I think when we went in, we went to
3   the left and just a little small room with a table.  I
4   don't know.  I don't have -- probably only -- that's the
5   only time I remember being in there.
6       Q    Were any other law enforcement officers a part
7   of this conversation?
8       A    No.  None that -- just Jason York.
9       Q    Now, prior to being in an interrogation room
10  or a questioning room on March 16, 2012, did Kayla ever
11  tell you about any conversation she had had with
12  Detective York about the death of Katherine Mills?
13      A    Yes, he approached Kayla several times, and
14  each time she told me that he did, and I told her not to
15  talk to him.
16      Q    During those conversations, did Kayla ever
17  tell you what Detective York had told her?
18      A    Just that he knew he had witness statements
19  saying that some Brown man up on Browns Branch had told
20  him that Kayla had told him that Kayla had told her --
21  Jason York told Kayla that some Brown man that lived on
22  Browns Branch told him that Kayla told him, the Brown
23  man, I'm sorry, that her, Jonathan, William Lester and
24  Amanda Hoskins had robbed Katherine.  He knew it.  He
25  had statements.  And if she didn't tell him this, that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

1  correct?
2     A    That's correct.
3     Q    Okay.  Do you know Mike Broughton?
4     A    I actually do know him, yes.
5     Q    Okay.  And so you would recognize him if you
6  saw him?
7     A    Uh-huh.  Yes, I would.
8     Q    Okay.  And other than the interview taking
9  place at the Barbourville Police Department, and the
10 interview we've talked about, Mike Broughton was not
11 present.
12    A    I've never -- I don't know anything about him
13 in this case.
14    Q    Okay.
15    A    I didn't see him at the police station.
16    Q    You never saw him at the police station?  Did
17 you see any Barbourville Police Department officers come
18 into the room during the interview?
19    A    No.
20    Q    And earlier you had said when York and Sowders
21 had come to your house the day before the interview, was
22 Mike Broughton or any member of the Barbourville Police
23 Department present?
24    A    No.
25    Q    Okay.  And have you had any interaction as it

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  relates to the Katherine Mills investigation or
 2  prosecution or have you spoken with Mike Broughton or
 3  any member of the Barbourville Police Department?
 4       A    No.
 5       Q    Okay.  And do you have any knowledge, and I'm
 6  trying to be as broad as possible, about any involvement
 7  by Mike Broughton or the Barbourville Police Department
 8  in this investigation?
 9       A    No.
10       Q    Okay.  And that includes any information about
11  them talking to any of your family members?
12       A    I don't think -- I don't recall them talking
13  to any of my family members.
14       Q    That concludes my questions.  Thank you.
15                  REDIRECT EXAMINATION
16  BY MR SLOSAR:
17       Q    I just want to clarify one thing before we get
18  out of here.  I believe earlier you testified that from
19  the time you got to the police station on March 16, 2012
20  and the time that you left to go outside and throw up it
21  was approximately 40 or 45 minutes.
22       A    Inside?
23       Q    Yes.
24       A    Yes.
25            MR. WRIGHT:  Object to form.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 6:17-cv-00084-REW-HAI Doc #: 177-20 Filed: 05/06/19 Page: 8 of 8 - Page ID#: 2043
The Deposition of DONNA MILLS, taken on September 07, 2018
191

```
 1  CERTIFICATE OF REPORTER
 2  COMMONWEALTH OF KENTUCKY AT LARGE
 3
 4  I do hereby certify that the witness in the foregoing
 5  transcript was taken on the date, and at the time and
 6  place set out on the Title page hereof by me after first
 7  being duly sworn to testify the truth, the whole truth,
 8  and nothing but the truth; and that the said matter was
 9  recorded by me and then reduced to typewritten form
10  under my direction, and constitutes a true record of the
11  transcript as taken, all to the best of my skills and
12  ability. I certify that I am not a relative or employee
13  of either counsel, and that I am in no way interested
14  financially, directly or indirectly, in this action.
15
16
17
18
19
20
21  
22  MADELINE WILLIAMSON,
23  COURT REPORTER / NOTARY
24  COMMISSION EXPIRES ON: 05/11/2022
25  SUBMITTED ON: 09/20/2018
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com