```
 1    IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
 2                    DISTRICT OF KENTUCKY
 3                       NO. 17-CV-84
 4                 HON. DAVID L. BUNNING
 5                 HON. CANDACE J. SMITH
 6
 7
 8
 9
10
11              AMANDA HOSKINS, ET AL.,
12                      PLAINTIFFS
13
14                          V.
15
16              KNOX COUNTY, ET AL.,
17                      DEFENDANTS
18
19
20
21
22
23   DEPONENT:   JOE KING
24   DATE:       JUNE 6, 2018
25   REPORTER:   LACEE TOWNSEND
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


Kentuckiana Court Reporters

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com


EXHIBIT 21

| | |
|---|---|
| 1 | APPEARANCES |
| 2 | |
| 3 | ON BEHALF OF THE PLAINTIFFS, AMANDA HOSKINS, ET AL.: |
| 4 | AMY ROBINSON STAPLES |
| 5 | LOEVY & LOEVY |
| 6 | 311 NORTH ABERDEEN STREET |
| 7 | THIRD FLOOR |
| 8 | CHICAGO, ILLINOIS 60607 |
| 9 | TELEPHONE NO.: (312) 243-5900 |
| 10 | E-MAIL: ELLIOT@LOEVY.COM |
| 11 | |
| 12 | ON BEHALF OF THE DEFENDANTS, BRIAN JOHNSON, MARK |
| 13 | MEFFORD, JACKIE JOSEPH AND DALLAS EUBANKS: |
| 14 | CODY WEBER |
| 15 | KENTUCKY STATE POLICE GENERAL COUNSEL |
| 16 | 919 VERSAILLES ROAD |
| 17 | FRANKFORT, KENTUCKY 40601 |
| 18 | TELEPHONE NO.: (502) 573-1636 |
| 19 | E-MAIL: SHAWNA.KINCER@KY.GOV |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | |
|---|---|
| 1 | APPEARANCES (CONTINUED) |
| 2 | |
| 3 | ON BEHALF OF THE DEFENDANTS, JASON YORK AND JASON BUNCH: |
| 4 | DERRICK T. WRIGHT |
| 5 | STURGILL, TURNER, BARKER & MOLONEY, PLLC. |
| 6 | 333 WEST VINE STREET |
| 7 | SUITE 1500 |
| 8 | LEXINGTON, KENTUCKY 40507 |
| 9 | TELEPHONE NO.: (859) 255-8581 |
| 10 | E-MAIL: DWRIGHT@STURGILLTURNER.COM |
| 11 | |
| 12 | ON BEHALF OF THE DEFENDANTS, MIKE BROUGHTON AND CITY OF |
| 13 | BARBOURVILLE: |
| 14 | LICHA H. FARAH, JR. |
| 15 | WARD HOCKER THORNTON |
| 16 | 333 WEST VINE STREET |
| 17 | SUITE 1100 |
| 18 | LEXINGTON, KENTUCKY 40507 |
| 19 | TELEPHONE NO.: (859) 422-6000 |
| 20 | E-MAIL: LFARAH@WHTLAW.COM |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                APPEARANCES (CONTINUED)
 2
 3  ON BEHALF OF THE DEFENDANTS, JOHN PICKARD AND DEREK
 4  EUBANKS:
 5  JOHN KELLEY
 6  WILLIAMS FARMER & TOWE
 7  303 SOUTH MAIN STREET
 8  P.O. BOX 3199
 9  LONDON, KENTUCKY 40743
10  TELEPHONE NO.: (606) 877-5291
11  E-MAIL: JASON@WFTLAW.COM
12
13  ALSO PRESENT:  AMANDA HARRIS, VIDEOGRAPHER; JOHN
14  PICKARD, DEFENDANT
15
16
17
18
19
20
21
22
23
24
25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  that was contained in this narrative, that was put
2  together by Detective York, that it was false or untrue?
3      A    No.
4      Q    Do you have any information or reason to
5  believe that Michael Broughton or any Barbourville
6  Police Department officers had anything to do with the
7  Katherine Mills murder investigation or prosecution; do
8  you have any information?
9      A    No.
10          MR. FARAH:  Okay.  That's all I have.
11                 REDIRECT EXAMINATION
12 BY MS. STAPLES:
13     Q    Just a few quick follow-up questions.
14     A    I was ready to get --
15     Q    I know, I'm sorry.  It's going to be quick,
16 but they asked you a lot of stuff.  All right.
17          MR. FARAH:  I didn't ask that much.
18          MS. STAPLES:  No, I -- thank you, Licha.  I
19    appreciate you.
20 BY MS. STAPLES:
21     Q    We've talked a lot about the custody and child
22 support arrangement that you and Amanda have with
23 Landon.
24     A    Uh-huh.
25     Q    When she was incarcerated, did you ever move

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

CERTIFICATE OF REPORTER

STATE OF INDIANA

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page hereof by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded stenographically and mechanically by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.



LACEE TOWNSEND,

COURT REPORTER / NOTARY

MY COMMISSION EXPIRES: 06/19/2024

SUBMITTED ON: 6/25/2018

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS