```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF KENTUCKY
 3                         NO. 17-cv-84
 4                    HON. DAVID L. BUNNING
 5                    HON. CANDACE J. SMITH
 6
 7              AMANDA HOSKINS, ET AL.,
 8                         PLAINTIFFS
 9
10                            V.
11
12              KNOX COUNTY, ET AL.,
13                         DEFENDANTS
14
15
16
17
18
19
20
21
22
23   DEPONENT:   JOHN PICKARD
24   DATE:       MARCH 22, 2018
25   REPORTER:   JESSICA VAN TILBURG
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

EXHIBIT 27

```
 1                         APPEARANCES
 2

 3   ON BEHALF OF THE PLAINTIFFS, AMANDA HOSKINS, ET AL.:
 4   ELLIOT SLOSAR
 5   AMY ROBINSON STAPLES
 6   LOEVY & LOEVY
 7   311 NORTH ABERDEEN STREET, THIRD FLOOR
 8   CHICAGO, ILLINOIS 60607
 9   TELEPHONE NO.:  (312) 243-5900
10   E-MAIL:  ELLIOT@LOEVY.COM
11
12   ON BEHALF OF THE DEFENDANTS, BRIAN JOHNSON, MARK
13   MEFFORD, JACKIE JOSEPH, AND DALLAS EUBANKS:
14   SHAWNA VIRGIN KINCER
15   CODY WEBER
16   KENTUCKY STATE POLICE GENERAL COUNSEL
17   919 VERSAILLES ROAD
18   FRANKFORT, KENTUCKY 40601
19   TELEPHONE NO.:  (502) 573-1636
20   E-MAIL:   SHAWNA.KINCER@KY.GOV
21
22
23
24
25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    APPERANCES CONTINUED
 2
 3   ON BEHALF OF THE DEFENDANTS, REUBEN YORK AND JASON
 4   BUNCH:
 5   DERRICK T. WRIGHT
 6   STURGILL, TURNER, BARKER & MOLONEY, PLLC
 7   333 WEST VINE STREET, SUITE 1500
 8   LEXINGTON, KENTUCKY 40507
 9   TELEPHONE NO.:  (859) 255-8581
10   E-MAIL:  DWRIGHT@STURGILLTURNER.COM
11
12   ON BEHALF OF THE DEFENDANTS, MIKE BROUGHTON AND CITY OF
13   BARBOURVILLE:
14   LICHA H. FARAH, JR.
15   WARD, HOCKER & THORNTON
16   333 WEST VINE STREET, SUITE 1100
17   LEXINGTON, KENTUCKY 40507
18   TELEPHONE NO.:  (859) 422-6000
19   E-MAIL:  LFARAH@WHTLAW.COM
20
21
22
23
24
25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1
 2                    APPEARANCES CONTINUED
 3
 4   ON BEHALF OF THE DEFENDANTS, JOHN PICKARD AND DEREK
 5   EUBANKS:
 6   JASON WILLIAMS
 7   WILLIAMS, FARMER & TOWE
 8   303 SOUTH MAIN STREET
 9   LONDON, KENTUCKY 40743
10   TELEPHONE NO.:  (606) 877-5291
11   E-MAIL:  JOHN@WFTLAW.COM
12
13
14
15
16
17
18
19
20
21
22
23   ALSO PRESENT:  DEREK EUBANKS, DEFENDANT; MIKE BROUGHTON,
24   DEFENDANT; AMANDA HOSKINS, PLAINTIFF; LACEE TOWNSEND,
25   VIDEOGRAPHER
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1      A    I wasn't in interviews with all of them.
 2      Q    Okay.  But Detective Broughton certainly
 3  wasn't present, was he?
 4      A    No.
 5           MR. SLOSAR:  Objection to form.
 6      Q    Are you aware of any other interviews of any
 7  witnesses, of any witnesses, other than Amanda Hoskins,
 8  who I think you recall from a prior deposition, that
 9  Detective Broughton was present or participated in.  Are
10  you aware of any interviews of any witness, suspect,
11  anybody involved in the investigation into the Katherine
12  Mills' murder, that Detective Broughton was involved in?
13      A    Not to my knowledge.
14      Q    Did you ever have any discussions with
15  Detective Broughton about the investigation or about any
16  witnesses or anything concerning the investigation into
17  the murder of Katherine Mills?
18      A    Not that I recall.
19      Q    Do you recall ever sending Detective Broughton
20  out or asking him to go interview any witnesses or
21  examine any crime scenes or collect any evidence into
22  the investigation into the murder of Katherine Mills?
23      A    No.
24      Q    Now, I think you testified to this earlier. In
25  your mind, in your understanding, this was a Kentucky
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

CERTIFICATE OF REPORTER

COMMONWEALTH OF KENTUCKY AT LARGE

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page here of by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded stenographically and mechanically by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.

JESSICA VAN-TILBURG,

COURT REPORTER/NOTARY

COMMISSION EXPIRES: 06/28/2020

SUBMITTED ON: 05/09/2018

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com