```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF KENTUCKY
 3              CENTRAL DIVISION AT LEXINGTON
 4               CASE NO: 6:17-CV-00084-DLB
 5
 6         AMANDA HOSKINS AND JONATHAN TAYLOR,
 7                       PLAINTIFFS
 8
 9                           V.
10
11                  KNOX COUNTY, ET AL.,
12                       DEFENDANTS
13
14
15
16
17
18
19
20
21
22
23   DEPONENT: LISA EVANS
24   DATE:     SEPTEMBER 10, 2018
25   REPORTER: MADELINE WILLIAMSON
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



EXHIBIT 28

```
 1                        APPEARANCES
 2

 3   ON BEHALF OF THE PLAINTIFFS, AMANDA HOSKINS AND
 4   JONATHAN TAYLOR:
 5   ELLIOT SLOSAR
 6   AMY ROBINSON STAPLES
 7   LOEVY & LOEVY
 8   311 NORTH ABERDEEN STREET
 9    THIRD FLOOR
10   CHICAGO, ILLINOIS 60607
11   TELEPHONE NO.: (312) 243-5900
12   E-MAIL: ELLIOT@LOEVY.COM
13
14   ON BEHALF OF THE DEFENDANT, KNOX COUNTY, KENTUCKY:
15   JOHN KELLEY
16   WILLIAMS FARMER & TOWE
17   303 SOUTH MAIN STREET
18   P.O. BOX 3199
19   LONDON, KENTUCKY 40743
20   TELEPHONE NO.: (606) 877-5291
21   E-MAIL: JOHN@WFTLAW.COM
22
23
24
25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1
 2              APPEARANCES (CONTINUED)
 3
 4   ON BEHALF OF THE DEFENDANT, BARBOURVILLE POLICE
 5   DEPARTMENT:
 6   ALEXANDRA DEMOSS-CAMPBELL
 7   WARD HOCKER THORNTON
 8   333 WEST VINE STREET
 9   SUITE 1100
10   LEXINGTON, KENTUCKY 40507
11   TELEPHONE NO.: (859) 422-6000
12   EMAIL: ALEXANDRA.DEMOSS-CAMPBELL@WHTLAW.COM
13
14
15   ON BEHALF OF THE DEFENDANTS, JASON YORK
16   and JASON BUNCH:
17   DERRICK T. WRIGHT
18   STURGILL, TURNER, BARKER & MOLONEY, PLLC.
19   333 WEST VINE STREET SUITE 1500
20   LEXINGTON, KENTUCKY 40507
21   TELEPHONE NO.: (859) 255-8581
22   E-MAIL: DWRIGHT@STURGILLTURNER.COM
23
24
25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
                    APPEARANCES (CONTINUED)


 ON BEHALF OF THE DEFENDANTS, RIAN JOHNSON, MARK
 MEFFORD, JACKIE JOSEPH and DALLAS EUBANKS:
 CODY WEBER
 KENTUCKY STATE POLICE GENERAL COUNSEL
 919 VERSAILLES ROAD
 FRANKFORT, KENTUCKY 40601
 TELEPHONE NO.: (502) 573-1636
 E-MAIL: CODY.WEBER@KY.GOV


 ALSO PRESENT: JESSIE SMITH- ASSOCIATE AT WILLIAMS,
               FARMER & TOWE
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1         Thank you.
 2              THE WITNESS:  Uh-huh.
 3                      EXAMINATION
 4   BY MS. DEMOSS-CAMPBELL:
 5       Q    Hi.  I'm Alexandra Demoss-Campbell.  I'm here
 6   on behalf of Mike Broughton and the City of
 7   Barbourville.  My questions are going to be similarly
 8   limited.  Other than on Exhibit 6, page 2 which is
 9   Bates stamped 34628 --
10       A    You said that was 6?
11       Q    Exhibit 6.  Yes, ma'am.
12       A    Okay.
13       Q    And that'll be the second page where Mike
14   Broughton is mentioned?
15       A    Uh-huh.
16       Q    I believe earlier you testified that you
17   believed the only thing you needed to talk to him about
18   was the location to serve a subpoena?
19       A    I believe that's what this note was in
20   reference to.  It seems like I recall him being
21   involved and maybe he interviewed Ms. Hoskins or some
22   witness that I may have wanted to talk to him about,
23   but in this note, I'm sure it was because I was looking
24   for his new location for service of a subpoena.
25       Q    Okay.  So if there is only one subpoena in
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 the record that's been provided so far, and that would
2 be for September 14, 2015, does that seem like the
3 subpoena you were looking to serve?
4     A   I served one at the police department, at the
5 city police department on Mr. Broughton. And I
6 would've looked for him, you know, for any future trial
7 dates that we had.
8     Q   Okay.
9     A   That's all that I recall.
10     Q   Okay. And you were just saying that you were
11 wanting to talk to him about interviews with Amanda
12 Hoskins?
13     A   Potentially. It seemed like he interviewed
14 maybe a witness and I believe that it was Ms. Hoskins
15 but I'm totally going from --
16     Q   Okay. And you had said earlier that you had
17 looked into potential actions of police officers. Was
18 there anything that led you to look into Mike Broughton
19 in this investigation or prosecution?
20     MR. SLOSAR: Objection to the form.
21     A   Not from my recollection.
22     Q   Okay. So other than potentially being
23 present for an interview, you don't have any personal
24 knowledge of Mike Broughton's involvement?
25     A   Without reviewing the record, I don't.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1       Q    Okay.  And at no point is there a subpoena
 2   issued to any other Barbourville Police Department
 3   officer; isn't that correct?
 4       A    I don't recall issuing subpoenas to another
 5   city employee, but I'm not sure.  There was probably 70
 6   or more subpoenas going -- or at least attempting to be
 7   served on witnesses.  So...
 8       Q    And do you have any personal knowledge of any
 9   actions of any other Barbourville City Police
10   Department officers in the investigation or
11   prosecution?
12       A    Not from my -- not from memory, no.
13       Q    And in your -- I don't want to get into
14   anything privileged, but in your review or attempts to
15   locate Mike Broughton, were you aware of any
16   allegations or any misconduct by Mike Broughton?
17       A    I don't recall from memory any specific thing
18   regarding Mr. Broughton.
19            MS. DEMOSS-CAMPBELL:  Elliott, that concludes
20       my questions.  Thank you.
21            MR. SLOSAR:  I have nothing and we'll -- at
22       the end of the deposition, we haven't been doing
23       this, but we should.  You have the ability to
24       review the deposition, make sure that the court
25       reporter took down all your answers accurately and
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        CERTIFICATE OF REPORTER

2        COMMONWEALTH OF KENTUCKY AT LARGE

3

4   I do hereby certify that the witness in the foregoing

5   transcript was taken on the date, and at the time and

6   place set out on the Title page here of by me after

7   first being duly sworn to testify the truth, the whole

8   truth, and nothing but the truth; and that the said

9   matter was recorded stenographically and mechanically by

10  me and then reduced to typewritten form under my

11  direction, and constitutes a true record of the

12  transcript as taken, all to the best of my skill and

13  ability.  I certify that I am not a relative or employee

14  of either counsel, and that I am in no way interested

15  financially, directly or indirectly, in this action.

16

17

18

19  *[signature: Madeline Williamson]*

20

21  MADELINE WILLIAMSON,

22  COURT REPORTER/NOTARY

23  COMMISSION EXPIRES:  05/11/2022

24  SUBMITTED ON:  09/24/2018

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com