1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF KENTUCKY

3    CENTRAL DIVISION AT LEXINGTON

4    CASE NO: 6:17-CV-00084-DLB

5

6    AMANDA HOSKINS AND JONATHAN TAYLOR,

7    PLAINTIFFS

8

9    V.

10

11    KNOX COUNTY, ET AL.,

12    DEFENDANTS

13

14

15

16

17

18

19

20

21

22

23    DEPONENT:  JOSH POWELL

24    DATE:      AUGUST 28, 2018

25    REPORTER:  MADELINE WILLIAMSON

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



EXHIBIT
29

APPEARANCES

ON BEHALF OF THE PLAINTIFFS, AMANDA HOSKINS AND JONATHAN

TAYLOR:

ELLIOT SLOSAR

LOEVY & LOEVY

311 NORTH ABERDEEN STREET

THIRD FLOOR

CHICAGO, ILLINOIS 60607

TELEPHONE NO.: (312) 243-5900

E-MAIL: ELLIOT@LOEVY.COM

ON BEHALF OF THE DEFENDANT, KNOX COUNTY, KENTUCKY:

JOHN F. KELLEY, JR.

WILLIAMS & TOWE LAW GROUP, PLLC

303 SOUTH MAIN STREET

P.O. BOX 3199

LONDON, KENTUCKY 40743

TELEPHONE NO.: (606) 877-5291

E-MAIL: JOHN@WFTLAW.COM



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                 APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE DEFENDANT, BARBOURVILLE POLICE

 4   DEPARTMENT:

 5   LICAH H. FARAH

 6   WARD HOCKER & THORNTON, PLLC

 7   333 WEST VINE STREET

 8   SUITE 1100

 9   LEXINGTON, KENTUCKY 40507

10   TELEPHONE NO: (859) 422-6000

11   E-MAIL:  KFARAH@WHTLAW.COM

12

13   ON BEHALF OF THE DEFENDANTS, JASON YORK AND JASON BUNCH:

14   DERRICK T. WRIGHT

15   STURGILL, TURNER, BARKER & MOLONEY, PLLC

16   333 WEST VINE STREET

17   SUITE 1500

18   LEXINGTON, KENTUCKY 40507

19   TELEPHONE NO.: (859) 255-8581

20   E-MAIL:  DWRIGHT@STURGILLTURNER.COM

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      APPEARANCES (CONTINUED)

2

3   ON BEHALF OF THE DEFENDANTS, RIAN JOHNSON, MARK MEFFORD,

4   JACKIE JOSEPH, AND DALLAS EUBANKS:

5   CODY WEBBER

6   KENTUCKY STATE POLICE GENERAL COUNSEL

7   919 VERSAILLES ROAD

8   FRANKFORT, KENTUCKY 40601

9   TELEPHONE NO.: (502) 573-1636

10  E-MAIL:  CODY.WEBBER@KY.GOV

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  testimony, for any hearings or trial?

2      A    We attempted to subpoena him, but I couldn't

3  give it to his wife and he wasn't -- if he wasn't home,

4  there's no other way, because he was retired.  I

5  actually went to the Barbourville Police Department and

6  they were the ones that told me that he was retired.

7      Q    Now, when you were attempting to interview or

8  speak with him, what information did you have concerning

9  his possible involvement in the investigation into the

10  murder of Ms. Mills?

11      A    Main point with him was he was present at an

12  interview conducted with Jonathan Taylor which other

13  defendants in this case said never happened, so we were

14  just trying to confirm if Mr. Taylor was actually

15  interviewed at the police department.

16      Q    And anything else besides that one instance of

17  his involvement?

18      A    Off hand, that's the only reason I could think

19  of.

20      Q    Okay.  And I'm just trying to be as broad as I

21  can.  If there's any other issues or incidents or

22  involvement that you were trying to interview him

23  concerning regarding his possible involvement in this

24  investigation, anything else besides that?

25      A    Only thing I could remember was just the one

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 thing about did or did not Mr. Taylor get interviewed at

2 the police station.

3     Q    In the various other -- you know, obviously

4 you conducted a lot of investigation, interviewing

5 individuals, taking statements, et cetera. Did any of

6 these witnesses -- besides whoever mentioned that he --

7 that Mr. Broughton might've been present during Mr.

8 Taylor's interview, did anyone else indicate that Mike

9 Broughton had any other involvement in this

10 investigation?

11     A    No.

12     Q    And I'm jumping around a little bit, so I

13 apologize. Mr. Kelley took you through a lot of stuff

14 today. You mentioned a press conference where sometime

15 during that day you met with Mr. Taylor and some others.

16 You testified that you knew there was -- you knew that

17 Knox County and Detective York and the KSP were going to

18 sued in this lawsuit; is that correct?

19     A    Yes.

20     Q    Did you have that same knowledge concerning

21 Mike Broughton and/or the Barbourville Police

22 Department, that they were going to be sued in relation

23 to the investigation into this murder and prosecution of

24 Ms. Hoskins and Mr. Taylor?

25     A    The day of the press conference, I wasn't --



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    Okay.  Do you recall what you -- what

2 information you were trying to secure with that open

3 record request?

4    A    I don't recall.

5    Q    And obviously you indicated that you turned

6 over a very large investigation file to Attorney Slosar

7 in this case, and he's even referenced several times

8 today 31,000 pages of documents, correct?

9    A    Yes, sir.

10   Q    With regard to those documents, are you aware,

11 did anything stand out to you as far as any interview

12 statements or investigative materials that involve Mike

13 Broughton or the Barbourville Police Department that you

14 can sit here and recall at this deposition?

15   MR. SLOSAR:  Objection to form.

16   A    Best I can recall is he never wrote a report

17 that he was present during some interviews.

18   Q    And you said earlier that you understood that

19 Detective York (coughs)-- excuse me -- that Detective

20 York of the Kentucky State Police was the lead

21 investigator in this investigation, correct?

22   A    Yes.

23   Q    And that likewise, the Kentucky State Police

24 was the lead enforcement agency with regard to this

25 investigation, correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A    Yes.

2     Q    Okay.  Per your experience then, if

3   Mr. Broughton had some ancillary involvement in parts of

4   the investigation, it would not be unusual for him not

5   to issue a report; isn't that correct?

6     MR. SLOSAR:  Objection to form.

7     Q    Go ahead.

8     A    Yes, sir.

9     Q    In your experience in that general area in and

10  around Knox County and Barbourville, have you ever dealt

11  with a case where the Barbourville Police Department was

12  the lead investigating law enforcement agency?

13     A    No, sir.

14     Q    Have you ever dealt with a case where -- that

15  Mike Broughton, either when he was a detective or even

16  as a police chief of the City of Barbourville Police

17  Department -- where he acted as the lead investigator?

18     A    No, sir.

19     Q    In your experience, it's usually the lead

20  investigating agency and officers that issue reports in

21  these type of investigations; is that correct?

22     MR. SLOSAR:  Objection to form.  Foundation.

23     A    Yes, sir.

24     Q    And again, going through some of the records

25  that were produced and things that -- and reports that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  CERTIFICATE OF REPORTER

2  COMMONWEALTH OF KENTUCKY AT LARGE

3

4  I do hereby certify that the witness in the foregoing

5  transcript was taken on the date, and at the time and

6  place set out on the Title page here of by me after

7  first being duly sworn to testify the truth, the whole

8  truth, and nothing but the truth; and that the said

9  matter was recorded stenographically and mechanically by

10  me and then reduced to typewritten form under my

11  direction, and constitutes a true record of the

12  transcript as taken, all to the best of my skill and

13  ability.  I certify that I am not a relative or employee

14  of either counsel, and that I am in no way interested

15  financially, directly or indirectly, in this action.

16

17

18

19  

20

21  MADELINE WILLIAMSON,

22  COURT REPORTER/NOTARY

23  COMMISSION EXPIRES:  05/11/2022

24  SUBMITTED ON:  09/10/2018

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com