IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | |
|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| KNOX COUNTY, ET AL., | ) ) |
| Defendants. | ) |

Case No. 17-CV-84

Hon. ROBERT E. WEIR

Mag. HANLY A. INGRAM

JURY TRIAL DEMANDED

# **EXHIBIT 11**



Central Laboratory Branch

100 Sower Blvd. Suite 102
Frankfort, KY 40601
Telephone #: (502) 564-5230
Fax #: (502) 564-4821

LABORATORY#: 2-C-04976   REPORT#: 2
AGENCY: Kentucky State Police Post 10
COUNTY: Knox
AGENCY CASE#: 10-10-1058
CASE OFFICER: J. York
RE: Catherine Mills - [V]
Amanda Hoskins - [S]
William Lester - [S]
Jonathan Taylor - [S]

## REPORT OF FORENSIC LABORATORY EXAMINATION

### MATERIAL SUBMITTED: (AGENCY EXHIBIT NUMBER IN PARENTHESES)

| | | |
|---|---|---|
| Item | 1 DI#(1A): | Buccal standard from Amanda Hoskins |
| Item | 2 DI#(2A): | Buccal standard from William Lester |
| Item | 3.1: | Swabs from plastic |
| Item | 5 DI#(8): | Right hand fingernail clippings from Catherine Mills |
| Item | 6 DI#(9): | Left hand fingernail clippings from Catherine Mills |
| Item | 7 DI#(10): | Blood standard from Catherine Mills |
| Item | 8 DI#(11): | Head hair standard from Catherine Mills |
| Item | 9 DI#(3A): | Buccal standard from Jonathan Taylor |

### EXAMINATION REQUESTED:

Deoxyribonucleic Acid (DNA) Analysis

### RESULTS AND CONCLUSIONS:

Item 5 contains hair.

Human DNA was extracted from Items 1, 2, 3.1, 5.1 (swabs from right hand fingernail clippings), 6.1 (swabs from left hand fingernail clippings), 7 and 9. Polymerase Chain Reaction (PCR) analysis was conducted at the polymorphic Short Tandem Repeat (STR) loci D8S1179, D21S11, D7S820, CSF1PO, D3S1358, TH01, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, D5S818, and FGA along with the gender specific locus, amelogenin. The results are as follows:

The female DNA profile from Item 3.1 matches Catherine Mills at all loci. The estimated frequency of this profile is one person in 370 quintillion based on the relevant United States populations. This profile does not match Amanda Hoskins, William Lester or Jonathan Taylor.

The female DNA profile from Items 5.1 and 6.1 is consistent with Catherine Mills. This profile does not match Amanda Hoskins, William Lester or Jonathan Taylor.

No DNA profiles were entered into the Combined DNA Index System (CODIS).

No further analysis was conducted.

SABRINA CHRISTIAN

Laboratory # 12-C-04976
Report # 2
Agency Case # 10-10-1058

**Date of Completion:** February 05, 2013

*Sabrina Christian*
Sabrina Christian
Forensic Scientist Specialist II

Unless otherwise noted in the report, this evidence is available for release.

SABRINA CHRISTIAN