IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) | |
| | ) | Case No. 17-CV-84 |
| Plaintiffs, | ) ) | Hon. ROBERT E. WEIR |
| v. | ) ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) ) | JURY TRIAL DEMANDED |
| Defendants. | | |

# EXHIBIT 25





```
22F74E9A275543C9AC2D1EC5654C42D1
Powered by www.ScriptSure.com
                Brunswick Wellness, Inc.
                     106 Ownes Lane
                   Brunswick, GA 31525
              (912) 275-7480  Fax: (912) 275-7483
                   Ervin Wells, M.D.
DEA: FW1191573 Lic: GA057339 NPI: 1467400028
Name- MICHAEL SIMPSON
DOB- 5/25/1966 (44)
Date- Wednesday, December 22, 2010
Address1- 1894 MOORE CREEK RD
Address2- Fourmile, KY 40939
Phone- (606) 622-1780
```

XANax Oral 1 mg Tab

#90 (Ninety) Tablet

sig:1 (One) Tablet Every 8 Hours

Refill: 0 (Zero)

_____ M.D.

Dispense As Written

PL010474