IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | |
|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| KNOX COUNTY, ET AL., | ) ) |
| Defendants. | ) |

Case No. 17-CV-84

Hon. ROBERT E. WEIR

Mag. HANLY A. INGRAM

JURY TRIAL DEMANDED

# **EXHIBIT 36**



# KENTUCKY STATE POLICE

**Steven L. Beshear**
Governor

919 Versailles Road
Frankfort, Kentucky 40601
www.kentuckystatepolice.org

March 12, 2014

**J. Michael Brown**
Secretary

**Rodney Brewer**
Commissioner

Mr. Jackie Steele
Knox County Commonwealth Attorney
128 North Main Street
London, Kentucky 40741

Mr. Steele:

Detective Jason York, Unit 856 used Confidential Informant 10-256 (Jessie Lawson) on six of his cases.
The cases are:

**APRIL 2011**

10-11-0331 -- 04-18-11 – CW 10-256 – Drug Purchased: Roxicet 30 MG (6) $200.00
Outlay $100;                                Defendant: ▮

10-11-0314 -- 04-12-11 – CW 10-256 – Drug Purchased: Roxicet 30 MG (2) $70.00
Outlay $100;                                Defendant: ▮

10-11-0315 -- 04-12-11 – CW 10-256 – Drug Purchased: Heroin .44 MG $40.00
Outlay $100                                 Defendant: ▮

**MAY 2011**

10-11-0437 -- 05-17-11 – CW 10-256 – Drug Purchased: Roxicet (3) $105.00
Outlay $100                                 Defendant: ▮

10-11-0438 -- 05-17-11 – CW 10-256 – Drug Purchased: Roxicet (3) $90.00
Outlay $100                                 Defendant: ▮

**JUNE 2011**

10-11-0524 -- 06-14-11 – CW 10-256 – Drug Purchased: Roxicet 30 mg (3) $105.00
Outlay $100                                 Defendant: ▮



KentuckyUnbridledSpirit.com

An Equal Opportunity Employer M/F/D

PL004850

Page 2
March 12, 2014

Files are purged on CW's, but there are no guidelines on when they are performed. The Investigation Lieutenant performs the purge. Our files were last purged by Lieutenant Phillip Burnett on 08-01-09.
CW 10-240 was purged by Lieutenant Hatmaker on 06-02-10.

*Lieutenant Ryan Catron*
Lieutenant Ryan Catron, Unit 83
KSP Post 10 Harlan