IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) | Case No. 17-CV-84 |
| Plaintiffs, | ) ) | Hon. ROBERT E. WEIR |
| v. | ) ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

# **EXHIBIT 39**

JESSICAGIBSON 4/17/2013 5:57:50 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

## KNOX DISTRICT COURT / CASE NUMBER: 11-T-00136


Log-Off

| COMMONWEALTH VS. HELTON, JAMES ALLEN | | Source: S |
|---|---|---|
| Filed on 01/05/2011 | TRAFFIC ; Open Judge: HON. W. L. "Skip" HAMMONS JR. | ARRSTDT = 01/04/2011 |
| Disposed on 04/14/2011 | Judge: HON. W. L. "Skip" HAMMONS JR. | |
| **COMPLAINING WITNESS: YORK, JASON (KSP),** | | KSP1856JY |
| Address | KENTUCKY STATE POLICE ; HARLAN, KY 40831 | |
| **DEFENDANT / RESPONDENT: HELTON, JAMES ALLEN** | | @50000122142 |
| Address | 1133 HOUSTON BROUGHTON LANE ; DEWITT, KY 40930-0124 | |
| Id-Info | ; Sex: M DOB: ▮▮▮ , DLN: ▮▮▮ State Id Type: OLKY ; EyeColor: BN; Height: 505; Weight: 140 SCH #: 002721561178 | |
| Bail: 1 | Set on: 01/05/2011; Posted on: 01/05/2011; ; Amount: $2,500.00 CASH | SURETY: RANDY MERIDA |
| Conditions: No Other/New Violations; | | |
| **CHARGE 1 ORIGINAL: OPERATE MV UNDER/INFLUENCE ALCOHOL/DRUGS, .08, 3RD OFFENSE** | | |
| Charged on 01/04/2011 | UOR: 0021120; Citation: 113441203-1 | |
| Disposed on 04/14/2011 | Disp: DISMISSED; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY | |
| **CHARGE 2 ORIGINAL: FAILURE TO WEAR SEAT BELTS** | | |
| Charged on 01/04/2011 | UOR: 0004990; Citation: 113441203-2 | |
| Disposed on 04/14/2011 | Disp: DISMISSED; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY | |
| **CHARGE 3 ORIGINAL: FAILURE TO REGISTER TRANSFER OF MOTOR VEHICLE** | | |
| Charged on 01/04/2011 | UOR: 0004320; Citation: 113441203-3 | |
| Disposed on 04/14/2011 | Disp: DISMISSED; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY | |
| **CHARGE 4 ORIGINAL: FAILURE OF OWNER TO MAINTAIN REQUIRED INSURANCE/SECURITY 1ST** | | |
| Charged on 01/04/2011 | UOR: 0004800; Citation: 113441203-4 | |
| Disposed on | Disp: GUILTY; Trial Type: NO TRIAL Orig Plea: GUILTY | |

PL 018965

|   | 04/14/2011 |   |   |
|---|---|---|---|
|   | Sentenced on 04/14/2011 | COST $143.00; FINE $500.00; FINE SUSP. $500.00; | |
| **Document(s) Information** | | | |
| 1 | Filed on 01/06/2011 | ORDER FOR HOME INCARCERATION | |
| 2 | Filed on 01/06/2011 | CALENDAR ORDER | |
| 3 | Filed on 02/23/2011 | BLOOD TEST REPORT | ALCOHOL OF BLOOD: 0.00 |
| 4 | Filed on 03/03/2011 | BLOOD TEST REPORT | |
| 5 | Filed on 03/03/2011 | CALENDAR ORDER | |
| 6 | Filed on 04/12/2011 | RETURN OF SUBPOENA | |
| 7 | Filed on 04/12/2011 | RETURN OF SUBPOENA | |
| 8 | Filed on 04/14/2011 | RECEIPT | PAID IN FULL |
| 9 | Filed on 04/14/2011 | REPORT; | |
| 10 | Filed on 04/14/2011 | CALENDAR ORDER | |
| **Court Date(s) Information** | | | |
| 1 | SHOW CAUSE HEARING on | Judge: HON. W. L. "Skip" HAMMONS JR. Time: 1100 hours; Rm: 1 | PAID IN FULL |
| 2 | ARRAIGNMENT on 01/06/2011 | Judge: HON. W. L. "Skip" HAMMONS JR. Time: 0900 hours; Rm: 1 | |
| 3 | PRETRIAL CONFERENCE on 02/01/2011 | Judge: HON. W. L. "Skip" HAMMONS JR. Time: 0930 hours; Rm: 1 | |
| 4 | JURY TRIAL on 03/03/2011 | Judge: HON. W. L. "Skip" HAMMONS JR. Time: 0930 hours; Rm: 1 | |
| 5 | JURY TRIAL on 04/14/2011 | Judge: HON. W. L. "Skip" HAMMONS JR. Time: 0930 hours; Rm: 1 | |

County information last updated on: 4/17/2013 12:30:00 PM

CourtNet

Main Search | Calendar | Charge Disposition | Citation Search | Future Dates
User Account | Contact Us | Report A Problem

CourtNet Version 1.0.4

JESSICAGIBSON 4/17/2013 6:03:37 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

## KNOX DISTRICT COURT / CASE NUMBER: 12-T-00209


Log-Off

| COMMONWEALTH VS. HELTON, JAMES A | | Source: S |
|---|---|---|
| Filed on 01/18/2012 | TRAFFIC ; Open Judge: HON. JOHN PAUL CHAPPELL | VIOLTIME=14:08 ROP SERVED ON 8-20- 2012 |
| Disposed on 01/31/2012 | Judge: HON. JOHN PAUL CHAPPELL | |
| **DEFENDANT / RESPONDENT: HELTON, JAMES A** | | @50000136605 |
| Address | 1133 HOUSTON BROUGHTON LN ; DEWITT, KY 40930 | |
| Id-Info | Race: W; Sex: M; Non-Hispanic; DOB: ; DLN: State Id Type: OLKY SCH #: 002721561178 | |
| Issued on: 06/11/2012 | BENCH WARRANT; RETURNED SERVED Served on: 8/20/2012 | FTA FOR FINE OF $ 133.00 ROP PLUS $25.00 BAIL BOND FILING FEE ROP S ERVED ON 8-20-2012 |
| **COMPLAINING WITNESS: SOWDERS, JAY** | | KSP650HS |
| Address | KENTUCKY STATE POLICE POST #10; HARLAN,, KY 40831 | |

**CHARGE 1 ORIGINAL: FAILURE OF OWNER TO MAINTAIN REQUIRED INSURANCE/SECURITY 1ST**

| Charged on 12/19/2011 | UOR: 0004800; Citation: 1BB395321-1 |
|---|---|
| Disposed on 01/31/2012 | Disp: GUILTY; Trial Type: NO TRIAL Orig Plea: GUILTY |
| Sentenced on 01/31/2012 | COST $133.00; FINE $500.00; FINE SUSP. $500.00; |

**CHARGE 2 ORIGINAL: IMPROPER EQUIPMENT**

| Charged on 12/19/2011 | UOR: 0002060; Citation: 1BB395321-2 |
|---|---|
| Disposed on 01/31/2012 | Disp: GUILTY; Trial Type: NO TRIAL Orig Plea: GUILTY |
| Sentenced on 01/31/2012 | FINE $100.00; FINE SUSP. $100.00; |

**CHARGE 3 ORIGINAL: FAILURE TO WEAR SEAT BELTS**

| Charged on 12/19/2011 | UOR: 0004990; Citation: 1BB395321-3 |
|---|---|
| Disposed on | |

PL 018967

| 01/31/2012 | Disp: GUILTY; Trial Type: NO TRIAL Orig Plea: GUILTY | |
|---|---|---|
| Sentenced on 01/31/2012 | FINE $25.00; FINE SUSP. $25.00; | |
| **Document(s) Information** | | |
| 1 | Filed on 01/18/2012 | VEHICLE INFORMATION | VEHICLE LIC NO => 628KCM VEHICLE LIC STATE => KY VEHICLE LIC YEAR => 2012 VEHICLE YEAR => 2003 MAKE/MODEL => PONTIAC/GRAND AM COLOR => RED |
| 2 | Filed on 01/31/2012 | REPORT; | |
| **Court Date(s) Information** | | |
| 1 | ARRAIGNMENT on 01/23/2012 | Judge: HON. JOHN PAUL CHAPPELL Time: 1100 hours; Rm: 1 | |
| 2 | SHOW CAUSE HEARING on 06/11/2012 | Judge: HON. JOHN PAUL CHAPPELL Time: 1300 hours; Rm: 1 | BAL. $133.00 ROP SERVED ON 8-20-2012 |

County information last updated on: 4/17/2013 12:30:00 PM



Main Search | Calendar | Charge Disposition | Citation Search | Future Dates
User Account | Contact Us | Report A Problem

CourtNet Version 1.0.4

JESSICAGIBSON 4/17/2013 5:59:58 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

## KNOX DISTRICT COURT / CASE NUMBER: 12-F-00106



Log-Off

| COMMONWEALTH VS. HELTON, JAMES ALLEN | | Source: S |
|---|---|---|
| | Filed on 03/08/2012 | FELONY ; Open Judge: HON. JOHN PAUL CHAPPELL |
| | Disposed on 04/27/2012 | Judge: HON. JOHN PAUL CHAPPELL |
| **COMPLAINING WITNESS: HUDSON, CLAUDE (KCSD),** | | KCSD07CH |
| | Address | KNOX COUNTY COURTHOUSE ; BARBOURVILLE, KY 40906 |
| **ATTORNEY-PUBLIC ADVOCATE: OPA** | | OPA |
| | Address | OFFICE OF PUBLIC ADVOCACY POST OFFICE BOX 277; LONDON, KY 40741 |
| **DEFENDANT / RESPONDENT: HELTON, JAMES ALLEN** | | @50000138494 |
| | Address | 1133 HOUGHTON BROUGHTON RD ; DEWITT, KY 40930 |
| | Id-Info | Race: W; Sex: M; Non-Hispanic; DOB: ▓▓▓▓, DLN: ▓▓▓▓, State Id Type: OLKY ; EyeColor: BN; HairColor: BN; Height: 510; Weight: 160 SCH #: 002721561178 |
| | Bail: 1 | Set on: 03/07/2012; Amount: $25,000.00 CASH |
| | Conditions: No Other/New Violations; | |
| | Bail: 2 | Set on: 03/08/2012; Posted on: 03/08/2012; ; Amount: $10,000.00 SURETY | SURETY: ANDI HELTON |
| | Conditions: No Other/New Violations; | |
| **CHARGE 1 ORIGINAL: BURGLARY, 3RD DEGREE** | | |
| | Charged on 02/19/2012 | UOR: 0220620; Citation: 2J0772082-1 |
| | Disposed on 04/27/2012 | Disp: INDICTMENT BY GRAND JURY / INFORMATION ; Trial Type: NO TRIAL |
| **CHARGE 2 ORIGINAL: CRIMINAL MISCHIEF, 1ST DEGREE** | | |
| | Charged on 02/19/2012 | UOR: 0014010; Citation: 2J0772082-2 |
| | Disposed on 04/27/2012 | Disp: INDICTMENT BY GRAND JURY / INFORMATION ; Trial Type: NO TRIAL |
| **CHARGE 3 ORIGINAL: FLEEING OR EVADING POLICE, 1ST DEGREE (ON FOOT)** | | |
| | Charged on 02/19/2012 | UOR: 0001970; Citation: 2J0772082-3 |
| | Disposed on 04/27/2012 | Disp: INDICTMENT BY GRAND JURY / INFORMATION ; Trial Type: NO TRIAL |
| **CHARGE 4 ORIGINAL: RECEIVING STOLEN PROPERTY $10,000 OR MORE** | | |

PL 018969

|  | Charged on 02/19/2012 | UOR: 0280330; Citation: 2J0772082-4 | |
|---|---|---|---|
|  | Disposed on 04/27/2012 | Disp: INDICTMENT BY GRAND JURY / INFORMATION ; Trial Type: NO TRIAL | |
| **Document(s) Information** | | | |
| 1 | Filed on 03/08/2012 | CALENDAR ORDER | |
| 2 | Filed on 03/08/2012 | ORDER APPOINTING PUBLIC ADVOCATE | |
| **Court Date(s) Information** | | | |
| 1 | ARRAIGNMENT on 03/08/2012 | Judge: HON. JOHN PAUL CHAPPELL Time: 0900 hours; Rm: 1 | |
| 2 | PRELIMINARY HEARING on 03/13/2012 | Judge: HON. W. L. "Skip" HAMMONS JR. Time: 1000 hours; Rm: 1 | |
| 3 | PRELIMINARY HEARING on 03/27/2012 | Judge: HON. W. L. "Skip" HAMMONS JR. Time: 1100 hours; Rm: 1 | |
| 4 | OTHER HEARING on 04/27/2012 | Judge: HON. GREGORY A. LAY Time: 0900 hours; Rm: 2 | |

County information last updated on: 4/17/2013 12:30:00 PM

CourtNet

Main Search | Calendar | Charge Disposition | Citation Search | Future Dates
User Account | Contact Us | Report A Problem

CourtNet Version 1.0.4

JESSICA GIBSON 4/17/2013 6:04:13 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

## LAUREL DISTRICT COURT / CASE NUMBER: 12-M-00542


Log-Off

| COMMONWEALTH VS. HELTON, JAMES A | | Source: S |
|---|---|---|
| Filed on 04/23/2012 | MISDEMEANOR ; Open Judge: HON. JOHN PAUL CHAPPELL | VIOLTIME=18:15 ARRSTDT=04/20/2012 06/05/2012 - DEFENDANT WAS REMAND ED DUE TO POSITIVE DRUG SCREEN 12 /29/2012 - ROP $184.00 OR SERVE 4 DAYS 01/02/2013 - CTS - FINES & C OSTS DISCHARGED, BAL - 0-. Super Memo |
| Disposed on 08/15/2012 | Judge: HON. JOHN PAUL CHAPPELL | |
| **DEFENDANT / RESPONDENT: HELTON, JAMES A** | | @00000421548 |
| Address | 1133 HOUSTON BROUGHTON RD ; DEWITT, KY 40930 | |
| Id-Info | Race: W; Sex: M; Non-Hispanic; DOB: ▓▓▓ EyeColor: BN; HairColor: BK; Height: 510; Weight: 160 SCH #: 002721561178 | |
| Issued on: 12/07/2012 | BENCH WARRANT; RETURNED SERVED Served on: 12/29/2012 | FTA 12/07/2012 - ROP $184.00 OR SE RVE 4 DAYS |
| Bail: 1 | Set on: 04/23/2012; Posted on: 04/23/2012; ; Amount: $5,000.00 SURETY | SURETY TO FAMILY MEMBER - COND. HO ME INCARCERATION - RELEASE UPON H I HOOKUP - SANDRA HELTON, SURETY |
| Conditions: Other; | | |
| Bail: 2 | Set on: 06/05/2012; Amount: $0 NO BAIL SET (DEF MAY NOT POST BOND) | DEFENDANT REMANDED |
| **SURETY: HELTON, SANDRA** | | @00000422102 |
| Address | 1133 HOUSTON BROUGHTON ROAD ; DEWITT, KY 40930 | |
| Id-Info | DOB: ▓▓▓ ; DLN: ▓▓▓ State Id Type: OLKY | |
| **COMPLAINING WITNESS: SIZEMORE, EDDY LSO** | | LSO1102ES |
| Address | LAUREL CO. SHERIFF DEPT. ; LONDON, KY 40741 | |
| **CHARGE 1 ORIGINAL: THEFT BY UNLAWFUL TAKING/DISP-FROM AUTO** | | |

| | Charged on 04/20/2012 | UOR: 0230590; Citation: 2BD496521-1 | |
|---|---|---|---|
| | Disposed on 08/15/2012 | Disp: GUILTY; Trial Type: NO TRIAL Orig Plea: GUILTY | |
| | Sentenced on 08/15/2012 | COST $184.00; 360 DAYS; JAIL; 285 DAYS CD; | CTS - COND. NFV CD 2 YRS, |

### Document(s) Information

| | | | |
|---|---|---|---|
| 1 | Filed on 04/23/2012 | VEHICLE INFORMATION | VEHICLE LIC NO => 125KDS VEHICLE LIC STATE => KY VEHICLE LIC YEAR => 2012 VEHICLE YEAR => 2001 MAKE/MODEL => GENERAL MOTORS CORP /COLOR => GOLD |
| 2 | Filed on 07/16/2012 | RETURN OF SUBPOENA | EXECUTED ON EDDY SIZEMORE |
| 3 | Filed on 08/01/2012 | AFFIDAVIT OF INDIGENCY | |
| 4 | Filed on 08/02/2012 | RETURN OF SUBPOENA | EXECUTED ON EDDY SIZEMORE |
| 5 | Filed on 08/03/2012 | AFFIDAVIT OF INDIGENCY | |
| 6 | Filed on 08/03/2012 | ORDER OF INDIGENCY | |
| 7 | Filed on 08/15/2012 | REPORT; | |
| 8 | Filed on 01/23/2013 | NOTICE OF JAIL CREDIT (NON-PAYMENT) | KNOX CO JAIL |

### Court Date(s) Information

| | | | |
|---|---|---|---|
| 1 | ARRAIGNMENT on 04/23/2012 | Judge: HON. JOHN PAUL CHAPPELL Time: 1100 hours; Rm: D | |
| 2 | PRETRIAL CONFERENCE on 06/05/2012 | Judge: HON. JOHN PAUL CHAPPELL Time: 0930 hours; Rm: D | |
| 3 | JURY TRIAL on 08/01/2012 | Judge: HON. JOHN PAUL CHAPPELL Time: 0930 hours; Rm: D | 06/05/2012 - BOND WAS REVOKED - TESTED POSITIVE FOR MARIJUANA, ROXY, BENZO'S |
| 4 | JURY TRIAL on 08/15/2012 | Judge: HON. JOHN PAUL CHAPPELL Time: 0930 hours; Rm: D | 08/01/2012 - DEFENDANT IN KNOX COUNTY |
| 5 | SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT on 12/07/2012 | Judge: HON. JOHN PAUL CHAPPELL Time: 0930 hours; Rm: D | $184.00 |

County information last updated on: 4/17/2013 12:30:00 PM

CourtNet

Main Search | Calendar | Charge Disposition | Citation Search | Future Dates
User Account | Contact Us | Report A Problem

CourtNet Version 1.0.4

JESSICAGIBSON 4/17/2013 5:58:27 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

## KNOX CIRCUIT COURT / CASE NUMBER: 12-CR-00066-002



Log-Off

| COMMONWEALTH VS. HELTON, JAMES ALLEN | | Source: S |
|---|---|---|
| | Filed on 04/27/2012 | CIRCUIT CRIMINAL ; Open Judge: HON. GREGORY A. LAY |
| | Disposed on 02/27/2013 | Judge: HON. GREGORY A. LAY |
| WITNESS: WAGNER, CHAD (KCSD) | | SO3 |
| | Address | KNOX COUNTY SHERIFF DEPARTMENT KNOX COUNTY COURTHOUSE; BARBOURVILLE, KY 40906 |
| WITNESS: MILLS, DON | | |
| | Address | |
| WITNESS: BROUGHTON, LUCAS | | |
| | Address | |
| WITNESS: BARRETT, DARRELL | | |
| | Address | |
| WITNESS: GOODIN, RICKY | | |
| | Address | |
| WITNESS: SCOTT, DANNY | | |
| | Address | |
| WITNESS: HAYDEN, BUD | | |
| | Address | |
| WITNESS: COLLINS, KASANDRA | | |
| | Address | |
| WITNESS: OFFICE OF PROBATION AND PAROLE | | PROBP |
| | Address | 843 S MAIN ST ; LONDON, KY 40741 |
| COMPLAINING WITNESS: HUDSON, CLAUDE (KCSD), | | KCSD07CH |
| | Address | KNOX COUNTY COURTHOUSE ; BARBOURVILLE, KY 40906 |
| WITNESS: LIFORD, KEITH "BUSTER" (KCSD) | | KCSDSO6KL |
| | Address | KNOX COUNTY SHERIFF DEPARTMENT KNOX COUNTY COURTHOUSE; BARBOURVILLE, KY 40906 |
| WITNESS: CLOUSE, PAT (BPD) | | BPD35PC |

| | | |
|---|---|---|
| Address | BARBOURVILLE CITY POLICE DEPT. ; BARBOURVILLE, KY 40906 | |
| **ATTORNEY-PUBLIC ADVOCATE: MILLIGAN, JENNIFER** | | JENM123 |
| Address | PO BOX 277 ; LONDON, KY 40741 | |
| **ATTORNEY-PUBLIC ADVOCATE: HUDSON, COTHA** | | HUDSC |
| Address | 111 ARMADALE AVE ; MIDDLESBORO, KY 40965 | |
| **DEFENDANT / RESPONDENT: HELTON, JAMES ALLEN** | | @50000140482 |
| Address | 1133 HOUSTON BROUGHTON RD ; FLAT LICK, KY 40935-0124 | |
| Id-Info | ; Sex: M DOB: [REDACTED] DLN: [REDACTED] tate Id Type: OLKY ; EyeColor: BN; Height: 505; Weight: 140 SCH #: 002721561178 | |
| Issued on: 04/27/2012 | WARRANT OF ARREST ON INDICTMENT; RETURNED SERVED Served on: 6/21/2012 | SERVED BY JO-5 (JAIL OFFICER) |
| Bail: 1 | Set on: 04/27/2012; Amount: $10,000.00 PROPERTY BOND | SUBMIT TO RANDOM ALCOHOL AND DRUG TESTING LOW RISK ASSESSMENT, LARGE CRIMINAL HISTORY, FLIGHT RISK |
| | Conditions: No Alcohol/Drugs; No Other/New Violations; Other; Not To Possess Weapon/Firearm | |
| **WITNESS: BREWER, BUDDY** | | @50000140568 |
| Address | C/O KCSD; , | |
| **WITNESS: MILLS, JIM** | | @50000140569 |
| Address | C/O KCSD ; , | |
| **WITNESS: EVERSOLE, MICHAEL** | | @50000140570 |
| Address | C/O KCSD ; , | |
| **WITNESS: PATTERSON, ALBERT** | | @50000140571 |
| Address | C/O KCSD ; , | |
| **WITNESS: MERIDA, JEFF** | | @50000140572 |
| Address | C/O KCSD ; , | |
| **WITNESS: SIMPSON, MICHAEL** | | @50000140573 |
| Address | C/OKCSD; , | |
| **WITNESS: CARMACK, ELIZABETH** | | @50000140574 |
| Address | C/OKCSD ; , | |
| **CHARGE 1 ORIGINAL: BURGLARY, 3RD DEGREE** | | |
| Charged on 04/27/2012 | UOR: 0220620 | |

| | Disposed on 02/27/2013 | Disp: DISMISSAL BY MOTION OF PROSECUTOR; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY |
|---|---|---|
| **CHARGE 2 ORIGINAL: CRIMINAL MISCHIEF, 1ST DEGREE** | | |
| | Charged on 04/27/2012 | UOR: 0014010 |
| | Disposed on 02/27/2013 | Disp: GUILTY; Trial Type: NO TRIAL Orig Plea: NOT GUILTY |
| | Sentenced on 02/22/2013 | 1 YRS.; 6 MOS.; PRISON; | PAY RESTITUTION $1500.00 JOINTLY AND SEVERALLY DIRECTLY TO DON MILLS, 200 OTTER LANE, CORBIN KY COSTS WAIVED, |
| **CHARGE 3 ORIGINAL: RECEIVING STOLEN PROPERTY $10,000 OR MORE** | | |
| | Charged on 04/27/2012 | UOR: 0280330 |
| | Disposed on 02/27/2013 | Disp: DISMISSAL BY MOTION OF PROSECUTOR; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY |
| **CHARGE 4 ORIGINAL: RECEIVING STOLEN PROPERTY $10,000 OR MORE** | | |
| | Charged on 04/27/2012 | UOR: 0280330 |
| | Disposed on 02/27/2013 | Disp: DISMISSAL BY MOTION OF PROSECUTOR; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY |
| **CHARGE 5 ORIGINAL: RECEIVING STOLEN PROPERTY U/$10,000** | | |
| | Charged on 04/27/2012 | UOR: 0280320 |
| | Disposed on 02/27/2013 | Disp: DISMISSAL BY MOTION OF PROSECUTOR; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY |
| **CHARGE 6 ORIGINAL: RECEIVING STOLEN PROPERTY U/$10,000** | | |
| | Charged on 04/27/2012 | UOR: 0280320 |
| | Disposed on 02/27/2013 | Disp: DISMISSAL BY MOTION OF PROSECUTOR; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY |
| **CHARGE 7 ORIGINAL: RECEIVING STOLEN PROPERTY U/$10,000** | | |
| | Charged on 04/27/2012 | UOR: 0280320 |
| | Disposed on 02/27/2013 | Disp: DISMISSAL BY MOTION OF PROSECUTOR; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY |
| **CHARGE 8 ORIGINAL: RECEIVING STOLEN PROPERTY $10,000 OR MORE** | | |
| | Charged on 04/27/2012 | UOR: 0280330 |
| | Disposed on 02/27/2013 | Disp: DISMISSAL BY MOTION OF PROSECUTOR; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY |

PL 018975

**CHARGE 9 ORIGINAL: RECEIVING STOLEN PROPERTY U/$10,000**

| | Charged on 04/27/2012 | UOR: 0280320 |
|---|---|---|
| | Disposed on 02/27/2013 | Disp: DISMISSAL BY MOTION OF PROSECUTOR; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY |

**CHARGE 10 ORIGINAL: RECEIVING STOLEN PROPERTY U/$10,000**

| | Charged on 04/27/2012 | UOR: 0280320 |
|---|---|---|
| | Disposed on 02/27/2013 | Disp: DISMISSAL BY MOTION OF PROSECUTOR; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY |

**CHARGE 11 ORIGINAL: RECEIVING STOLEN PROPERTY U/$10,000**

| | Charged on 04/27/2012 | UOR: 0280320 |
|---|---|---|
| | Disposed on 02/27/2013 | Disp: DISMISSAL BY MOTION OF PROSECUTOR; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY |

**CHARGE 12 ORIGINAL: RECEIVING STOLEN PROPERTY U/$500**

| | Charged on 04/27/2012 | UOR: 0280310 |
|---|---|---|
| | Disposed on 02/27/2013 | Disp: DISMISSAL BY MOTION OF PROSECUTOR; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY |

**Document(s) Information**

| | | | |
|---|---|---|---|
| 1 | Filed on 04/27/2012 | INDICTMENT | |
| 2 | Filed on 04/27/2012 | DISTRICT COURT FILE | 12F106 |
| 3 | Filed on 04/27/2012 | VOLUNTARY COMPLIANCE | WITHANTICIAPATED ORDER OF DISCOVER Y AND BILL OF PARTICULARS AND REQU EST FOR RECIPROCAL DISCOVERY |
| 4 | Filed on 05/02/2012 | MISCELLANEOUS | JUDGE'S E WARRANT CONFIRMATION |
| 5 | Filed on 05/07/2012 | ORDER STATUS HEARING | CHECK ON STATUS OF CASE 5/25/12 TRANSFER TO DIV I |
| 6 | Filed on 05/25/2012 | ORDER STATUS HEARING | BENCH ORDER TO SET CASE 6/22/12 TO CHECK ON WARRANT |
| 7 | Filed on 06/22/2012 | VOLUNTARY COMPLIANCE | WITH ANTICIPATED ORDER OF DISCOVER Y AND BILL OF PARTICULARS AND REQU EST FOR RECIPROCAL DISCOVERY |
| 8 | Filed on 06/22/2012 | ORDER OF ARRAIGNMENT - NOT GUILTY PLEA | HON MILLIGAN PLEA NG PC SET 8-1-12 CONFLCIT COUSNERL TO BE APPT LOW RISK ASSESSEMNT LARGE CRIMINA L HISTORY RSK TO RE-OFFEND FLIGH T RISK |
| 9 | Filed on 06/22/2012 | ORDER SETTING TRIAL / HEARING; FIRST CLASS MAIL | PC 8-1-12 JT 8-14-12 |
| 10 | Filed on 06/30/2012 | NOTICE - OTHER | HON COTHA HUDSON |
| | Filed on | | SUPPLEMENTAL DISCOVERY AND REQUEST FOR |

| 11 | 07/03/2012 | SUPPLEMENTAL FILING | RECIPROCAL DISCOVERY |
|---|---|---|---|
| 12 | Filed on 07/17/2012 | RETURN OF SUBPOENA | KEITH LIFORD KCSD |
| 13 | Filed on 07/17/2012 | RETURN OF SUBPOENA | CHAD WAGNER KCSD |
| 14 | Filed on 07/19/2012 | RETURN OF SUBPOENA | MARKED FAXED TO ALVA PATTERSON BY KCSD |
| 15 | Filed on 07/19/2012 | RETURN OF SUBPOENA | MARKED MAILED TO BUDDY BREWER BY K CSD |
| 16 | Filed on 07/19/2012 | RETURN OF SUBPOENA | MARKED MAILED TO MICAHEL SIMPSON B Y KCSD |
| 17 | Filed on 07/19/2012 | RETURN OF SUBPOENA | MAILED TO JIM MILLS BY KCSD |
| 18 | Filed on 07/20/2012 | ORDER TO TRANSPORT; FIRST CLASS MAIL | FAXED TO ALL PARTIES |
| 19 | Filed on 07/24/2012 | RETURN OF SUBPOENA | DANNY SCOTT RETURNED VIA KCSD NO S UCH ADDRESS |
| 20 | Filed on 08/01/2012 | ORDER SETTING ASIDE | BENCH ORDER SET ASIDE AUGUST TRIA L DATE |
| 21 | Filed on 08/16/2012 | RETURN OF SUBPOENA | DARELL BARRETT |
| 22 | Filed on 08/16/2012 | RETURN OF SUBPOENA | LUCUS BROUGHTON |
| 23 | Filed on 08/16/2012 | RETURN OF SUBPOENA | KASONDRA COLLINS |
| 24 | Filed on 08/23/2012 | ORDER TO TRANSPORT; FIRST CLASS MAIL | TO KNOX XIRCUIT COURT 8-24-12 |
| 25 | Filed on 08/24/2012 | ORDER TO TRANSPORT; FIRST CLASS MAIL | ORIGINAL |
| 26 | Filed on 09/17/2012 | ORDER TO TRANSPORT; OTHER | FAXED TO CC, JAILS(KNOX,LAUREL0 K NOX SHERIFF |
| 27 | Filed on 09/17/2012 | RETURN OF SUBPOENA | CLAUDE HUDSON, KEITH LIFORD, CHAD WAGNER |
| 28 | Filed on 09/21/2012 | RETURN OF SUBPOENA | CLAUDE HUDSON FOR ELIZABETH CARMAC K |
| 29 | Filed on 09/21/2012 | RETURN OF SUBPOENA | CLAUDE HUDSON FOR MICHAEL SIMPSON |
| 30 | Filed on 09/21/2012 | RETURN OF SUBPOENA | CLAUDE HUDSON FOR JEFF MERIDA |
| 31 | Filed on 09/21/2012 | RETURN OF SUBPOENA | CLAUDE HUDSON FOR MIKE EVERSOLE |
| 32 | Filed on 09/21/2012 | RETURN OF SUBPOENA | CLAUSE HUDSON FOR JIM MILLS |
| 33 | Filed on 09/21/2012 | RETURN OF SUBPOENA | CLAUDE HUDSON FOR BUDDY BREWER |
|  | Filed on |  |  |

PL 018977

| 34 | 09/22/2012 | RETURN OF SUBPOENA | CLAUDE HUDSON FOR ALBERT PATTERSON |
|---|---|---|---|
| 35 | Filed on 09/24/2012 | RETURN OF SERVICE | SUBPOENA UNSERVED ON DON MILLS VIA WHITLEY CO SHERIFF NOT AT GIVEN A DDRESS |
| 36 | Filed on 09/27/2012 | ORDER TO CONSOLIDATE; FIRST CLASS MAIL | BENCH ORDER FROM 8-24-12 12CR66 AND 12CR67 CONSOLIFATED. ALL F UTURE COURT DATES REMAIN |
| 37 | Filed on 10/01/2012 | ORDER SETTING TRIAL / HEARING; FIRST CLASS MAIL | PC 1-31-13 JT 2-4-13 |
| 38 | Filed on 01/16/2013 | ORDER TO TRANSPORT; FIRST CLASS MAIL | FROM LAUREL JAIL |
| 39 | Filed on 01/16/2013 | RETURN OF SUBPOENA | CHAD WAGNER, KEITH LIFORD, CLAUDE HUDSON |
| 40 | Filed on 01/16/2013 | RETURN OF SUBPOENA | KEITH LIFORD |
| 41 | Filed on 01/16/2013 | RETURN OF SUBPOENA | CLAUDE HUDSON |
| 42 | Filed on 01/23/2013 | RETURN OF SUBPOENA | KASONDRA COLLINS SERVED BY KCSD |
| 43 | Filed on 01/23/2013 | MISCELLANEOUS | RETURNED SUBPOENA DANNY SCOTT NO S UCH ADDRESS |
| 44 | Filed on 01/23/2013 | RETURN OF SUBPOENA | LUCAS BROUGHTON SERVED BY KCSD |
| 45 | Filed on 01/31/2013 | ORDER OF ARRAIGNMENT - GUILTY PLEA | CT II |
| 46 | Filed on 01/31/2013 | COMMONWEALTH OFFER ON A PLEA OF GUILTY | RECOMMENDATION TO CT 2= 1 1/2YRS T O SERVE. PAY RESTITUTION TO DON MI LLS AMOUNT OF $1500 JOINTLY AND SE VERALLY JOINTLY AS CONDITION OF PA ROLE |
| 47 | Filed on 01/31/2013 | ENTRY OF GUILTY PLEA | MOTION TO ENTER GUILTY PLEA |
| 48 | Filed on 02/13/2013 | ORDER TO TRANSPORT; FIRST CLASS MAIL | TRANSPORT FOR 2-22-13 |
| 49 | Filed on 02/27/2013 | JUDGMENT / SENTENCE - PLEA OF GUILTY; FIRST CLASS MAIL | CC: CA, DEF ATTY, PROBATION, WARDE N, SHERIFF, JAIL |

**Court Date(s) Information**

| 1 | JURY TRIAL on | Judge: HON. GREGORY A. LAY Time: 0900 hours; Rm: 2 | |
|---|---|---|---|
| 2 | JURY TRIAL on | Judge: HON. GREGORY A. LAY Time: 0900 hours; Rm: 2 | |
| 3 | JURY TRIAL on | Judge: HON. GREGORY A. LAY Time: 0900 hours; Rm: 2 | |
| 4 | OTHER HEARING on 04/27/2012 | Judge: HON. GREGORY A. LAY Time: 1000 hours; Rm: 2 | GRAND JURY RETURNS DEF NOT PRESEN T |
| 5 | STATUS HEARING on 05/25/2012 | Judge: HON. GREGORY A. LAY Time: 1000 hours; Rm: 2 | |

PL 018978

| 6 | ARRAIGNMENT on 06/22/2012 | Judge: HON. GREGORY A. LAY Time: 1000 hours; Rm: 2 | |
| --- | --- | --- | --- |
| 7 | PRETRIAL CONFERENCE on 08/01/2012 | Judge: HON. GREGORY A. LAY Time: 0900 hours; Rm: 2 | |
| 8 | OTHER HEARING on 08/24/2012 | Judge: HON. GREGORY A. LAY Time: 1002 hours; Rm: 2 | CA MT TO JOIN CASES |
| 9 | PRETRIAL CONFERENCE on 10/01/2012 | Judge: HON. GREGORY A. LAY Time: 0900 hours; Rm: 2 | |
| 10 | PRETRIAL CONFERENCE on 01/31/2013 | Judge: HON. GREGORY A. LAY Time: 0900 hours; Rm: 2 | |
| 11 | SENTENCING on 02/22/2013 | Judge: HON. GREGORY A. LAY Time: 1300 hours; Rm: 2 | |

County information last updated on: 4/17/2013 12:30:00 PM

CourtNet

Main Search | Calendar | Charge Disposition | Citation Search | Future Dates
User Account | Contact Us | Report A Problem

CourtNet Version 1.0.4

JESSICAGIBSON 4/17/2013 5:55:18 PM

Information from this system cannot be used for employment, licensing, eligibility for government programs or any public dissemination. This responsibility resides solely with the Kentucky Court of Justice. Any violation will result in immediate suspension of access.

## KNOX DISTRICT COURT / CASE NUMBER: 11-M-00430


Log-Off

| COMMONWEALTH VS. HELTON, JAMES ALLEN | | Source: S |
|---|---|---|
| | Filed on 04/28/2011 | MISDEMEANOR ; Open Judge: HON. W. L. "Skip" HAMMONS JR. | PD IN FULL 08-04-11 |
| | Disposed on 08/04/2011 | Judge: HON. W. L. "Skip" HAMMONS JR. | |
| **COMPLAINING WITNESS: HAMILTON, BILL (KCSD),** | | SO17 |
| | Address | KNOX COUNTY SHERIFF DEPARTMENT ; BARBOURVILLE, KY 40906 | |
| **DEFENDANT / RESPONDENT: HELTON, JAMES ALLEN** | | @50000126672 |
| | Address | P.O.BOX 124 ; DEWITT, KY 40930-0124 | |
| | Id-Info | ; Sex: M DOB: ▓▓▓ DLN: ▓▓▓ State Id Type: OLKY ; EyeColor: BN; Height: 505; Weight: 140 SCH #: 002721561178 | |
| | Bail: 1 | Set on: 04/28/2011; Posted on: 04/28/2011; ; Amount: $1,000.00 CASH | |
| | Conditions: No Other/New Violations; | | |
| **CHARGE 1 ORIGINAL: *OBS* POSSESSION OF MARIJUANA** | | |
| | Charged on 04/28/2011 | UOR: 0423310; Citation: 1J0723972-1 | |
| | Disposed on 08/04/2011 | Disp: GUILTY; Trial Type: NO TRIAL Orig Plea: GUILTY | |
| | Sentenced on 08/04/2011 | COST $143.00; FINE $100.00; 30 DAYS; JAIL; 30 DAYS CD; | NFV CD 2 YRS, |
| **CHARGE 2 ORIGINAL: ALCOHOL INTOXICATION IN A PUBLIC PLACE-1ST & 2ND O** | | |
| | Charged on 04/28/2011 | UOR: 0023040; Citation: 1J0723972-2 | WOP, NFV |
| | Disposed on 08/04/2011 | Disp: DISMISSED; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY | |
| **CHARGE 3 ORIGINAL: *OBS* USE/POSSESS DRUG PARAPHERNALIA, 1ST OFFENSE** | | |
| | Charged on 04/28/2011 | UOR: 0420750; Citation: 1J0723972-3 | WOP, NFV |
| | Disposed on 08/04/2011 | Disp: DISMISSED; Trial Type: NO TRIAL Orig Plea: NOT GUILTY Final Plea: NOT GUILTY | |
| **Document(s) Information** | | |
| 1 | Filed on 08/02/2011 | RETURN OF SUBPOENA | |
| 2 | Filed on 08/04/2011 | CALENDAR ORDER | |
| 3 | Filed on 08/04/2011 | RECEIPT | PD IN FULL |

PL 018980

PL 018981