IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) | |
| | ) | Case No. 17-CV-84 |
| Plaintiffs, | ) ) | |
| | ) | Hon. ROBERT E. WEIR |
| v. | ) ) | |
| | ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | | |

# EXHIBIT 77

# NO. 17-cv-84

# AMANDA HOSKINS, ET AL.

# V.

# KNOX COUNTY, ET AL.

# DEPONENT:

# SHERIFF MICHAEL SMITH

# DATE:

# March 28, 2018

```
 1   IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
 2              DISTRICT OF KENTUCKY
 3                NO. 17-cv-84
 4            HON. DAVID L. BUNNING
 5            HON. CANDACE J. SMITH
 6
 7       AMANDA HOSKINS, et al.,
 8          PLAINTIFFS
 9
10              V.
11
12         KNOX COUNTY, et al.,
13          DEFENDANTS
14
15
16
17
18
19
20
21
22
23   DEPONENT:  SHERIFF MICHAEL SMITH
24   DATE:     MARCH 28, 2018
25   REPORTER: JESSICA VAN TILBURG
```

Page 2

1 APPEARANCES
2
3 ON BEHALF OF THE PLAINTIFFS, AMANDA HOSKINS, et al.:
4 ELLIOT SLOSAR
5 AMY ROBINSON-STAPLES
6 LOEVY & LOEVY
7 311 NORTH ABERDEEN STREET
8 THIRD FLOOR
9 CHICAGO, ILLINOIS 60607
10 TELEPHONE NO.: (312) 243-5900
11 E-MAIL: ELLIOT@LOEVY.COM
12
13 ON BEHALF OF THE DEFENDANTS, BRIAN JOHNSON, MARK
14 MEFFORD, JACKIE JOSEPH, AND DALLAS EUBANKS:
15 SHAWNA VIRGIN KINCER
16 CODY WEBER
17 KENTUCKY STATE POLICE GENERAL COUNSEL
18 919 VERSAILLES ROAD
19 FRANKFORT, KENTUCKY 40601
20 TELEPHONE NO.: (502) 573-1636
21 E-MAIL: SHAWNA.KINCER@KY.GOV
22
23
24
25

Page 3

1 APPEARANCES CONTINUED
2
3 ON BEHALF OF THE DEFENDANTS, JASON YORK AND TROOPER
4 BUNCH:
5 DERRICK T. WRIGHT
6 STURGILL, TURNER, BARKER & MOLONEY, PLLC.
7 333 WEST VINE STREET
8 SUITE 1500
9 LEXINGTON, KENTUCKY 40507
10 TELEPHONE NO.: (859) 255-8581
11 E-MAIL: DWRIGHT@STURGILLTURNER.COM
12
13 ON BEHALF OF THE DEFENDANTS, MIKE BROUGHTON AND CITY OF
14 BARBOURVILLE:
15 LICHA H. FARAH, JR.
16 WARD HOCKER THORNTON
17 333 WEST VINE STREET
18 SUITE 1100
19 LEXINGTON, KENTUCKY 40507
20 TELEPHONE NO.: (859) 422-6000
21 E-MAIL: LFARAH@WHTLAW.COM
22
23
24
25

Page 4

1 APPEARANCES CONTINUED
2
3 ON BEHALF OF THE DEFENDANTS, JOHN PICKARD AND DEREK
4 EUBANKS:
5 JASON WILLIAMS
6 WILLIAMS FARMER & TOWE
7 303 SOUTH MAIN STREET
8 P.O. BOX 3199
9 LONDON, KENTUCKY 40743
10 TELEPHONE NO.: (606) 877-5291
11 E-MAIL: JASON@WFTLAW.COM
12
13
14
15
16
17
18
19
20
21 ALSO PRESENT: CHRIS MILLS, ASSISTANT KNOX COUNTY
22 ATTORNEY; JASON YORK, KENTUCKY STATE POLICE; AMANDA
23 HOSKINS, PLAINTIFF; JONATHAN TAYLOR, PLAINTIFF; LACEE
24 TOWNSEND, VIDEOGRAPHER
25

Page 5

1 INDEX
2 Page
3 DIRECT EXAMINATION BY MR. SLOSAR 8
4
5
6 EXHIBITS
7 Page
8 1 - POLICY AND PROCEDURES 10
9 2 - STATUS UPDATE 22

Page 6

1       STIPULATION
2
3
4   The VIDEO deposition of SHERIFF MICHAEL SMITH taken at
5   the HAMPTON INN, 200 ALAMO DRIVE, LONDON, KENTUCKY 40741
6   on WEDNESDAY, the 28th day of MARCH, 2018 at
7   approximately 8:40 a.m.; said deposition was taken
8   pursuant to the FEDERAL Rules of Civil Procedure. It is
9   agreed that JESSICA VAN TILBURG, being a Notary Public
10  and Court Reporter for the State of KENTUCKY, may swear
11  the witness and that the reading and signing of the
12  completed transcript by the witness is not waived.

Page 7

1       PROCEEDINGS
2       VIDEOGRAPHER: My name is Lacee Townsend. I'm
3   the video technician today. Jessica Van Tilburg is
4   the court reporter. Today is the 28th day of
5   March, 2018. The time is 8:40 a.m. We are at the
6   Hampton Inn located in London, Kentucky to take the
7   deposition of Sheriff Mike Smith in the matter of
8   Amanda Hoskins, et al. v. Knox County, et al.,
9   pending in the United States District Court for the
10  Eastern District of Kentucky, number 17-cv-84; will
11  Counsel please identify themselves for the record?
12      MR. SLOSAR: Elliot Slosar for Plaintiffs
13  Amanda Hoskins and Jonathan Taylor.
14      MR. WILLIAMS: Jason Williams. I'm here on
15  behalf of Defendant Pickard and Derek Eubanks and
16  Knox County.
17      MR. MILLS: Christopher Mills. I'm here to
18  represent the witness, Mike Smith.
19      MR. WRIGHT: Derrick Wright on behalf of
20  Defendants Jason York and Jason Bunch.
21      MS. KINCER: Shawna Kincer and Cody Weber on
22  here on behalf of Defendants Mark Mefford, Dallas
23  Eubanks, Brian Johnson, Jackie Joseph, and Kelly
24  Faris.
25      MR. FARAH: Licha Farah on behalf of Mike

Page 8

1   Broughton and the City of Barbourville.
2       VIDEOGRAPHER: Sir, will you raise your right
3   hand to be sworn in by the reporter?
4       COURT REPORTER: Do you solemnly swear or
5   affirm the testimony you're about to give will be
6   the truth, the whole truth, and nothing but the
7   truth?
8       THE WITNESS: Yes.
9       COURT REPORTER: Thank you.
10          DIRECT EXAMINATION
11  BY MR. SLOSAR:
12  Q   Good morning, Sheriff Smith.
13  A   Good morning.
14  Q   My name's Elliot Slosar. I represent some of
15  the plaintiffs in this case, and I just am going to ask
16  you some limited questions this morning about efforts
17  that you've taken to find Sheriff Pickard's personnel
18  file. Okay?
19  A   Yes.
20  Q   I tend to not ask questions perfectly. So if
21  there's a question I ask you and you don't understand
22  it, please just let me know and I'd be happy to ask it a
23  better way, okay? In that same respect, if you answer a
24  question that I ask you, I'm going to assume that you
25  understood what was being asked; is that fair?

Page 9

1   A   Okay.
2   Q   Okay. You're already doing this, and I don't
3   expect you to have any problems with this, but and
4   please just continue to answer questions verbally
5   instead of, you know, through a nod of the head or a
6   similar answer.
7   A   Yes.
8   Q   You may hear objections. I doubt you will in
9   your deposition, but if you do, just allow for the other
10  attorney to make their record. There's no court here
11  today to determine the validity of the objection, so
12  you'll be able to answer after they object, okay?
13  A   Okay.
14  Q   If at any time you want to consult with your
15  attorney or use the washroom, although I promise it's
16  going to be very, very short this morning, just let me
17  know.
18  A   Okay.
19  Q   I'd be happy to give you a break to do either,
20  okay? Mr. Smith, can you please state what position you
21  currently hold at the Knox County Sheriff's Department?
22  A   I am the Knox County sheriff.
23  Q   When were you elected to become the Knox
24  County sheriff?
25  A   I began office January of 2015, January 1.

Page 10

1  Q  And at the time that you became sheriff, who
2  were you replacing?
3  A  The former sheriff, John Pickard.
4  Q  Okay. And as sheriff of Knox County, are you
5  familiar with the policies and procedures in place, at
6  least beginning in 2015 through today?
7  A  I am familiar with my policies that I
8  initiated in January of 2015. Yes.
9  Q  Okay. Sir, before you -- I'm going to refer
10 you to Exhibit number 1, which is the policies and
11 procedures of Knox County; do you see that Exhibit, sir?
12      (EXHIBIT 1 MARKED FOR IDENTIFICATION)
13 A  I do.
14 Q  Okay. Were these policies and procedures that
15 you're looking at, were these in effect at the time that
16 you took over office in --
17 A  Sir, when I took over office, I -- I had no
18 knowledge of these policies and procedures.
19 Q  Had you ever seen these policies and --
20 A  No, sir.
21 Q  -- procedures prior to that?
22 A  No, sir.
23 Q  At the time that you took office in January of
24 2015, were you aware of whether any policies or
25 procedures were in effect at the Knox County Sheriff's

Page 11

1  Department?
2  A  I was not aware of any policies or procedures
3  at the Knox County Sheriff's Department when I took over
4  in January of 2015.
5  Q  Prior to coming into this deposition today,
6  have you ever seen the policies and procedures manual
7  that's before you?
8  A  First time I've seen it.
9  Q  Does your office maintain -- well, does the
10 Knox County Sheriff's Department currently maintain
11 written policies and procedures?
12 A  Yes, sir. Currently we do. Yes.
13 Q  Okay. And are those policies and procedures
14 different than the manual that's before you?
15 A  Yes. I -- well, I assume -- I mean, I -- I
16 initiated my own policy and procedures. I haven't had a
17 chance to review these, but some of these may be
18 incorporated in those. I'm not sure.
19 Q  Okay. But looking at the first page of the
20 table of contents --
21 A  Uh-huh.
22 Q  -- does this table of contents -- well, let me
23 ask it a different way; is this the same table of
24 contents for the policies and procedures of Knox County
25 that are still in effect today?

Page 12

1  A  Yeah. Some of these orders would be in -- in
2  my policy and procedure manual.
3  Q  Okay. And are there additional policies and
4  procedures in place today that were not listed on this
5  table of contents?
6  A  I would -- yes. I -- I would think so. Yes.
7  Q  Do you recall --
8  A  No.
9  Q  -- any of those topics?
10 A  I can't. Not -- not exactly. No.
11 Q  Okay. All I would ask is that after this
12 deposition whenever you get a chance if you can copy the
13 current policies and procedures and give a copy to your
14 lawyer. I just ask that they produce them to us; is
15 that okay?
16 A  Why would I need to do that for my policies
17 and procedures?
18      MR. MILLS: Just to show current policy --
19      THE WITNESS: Okay.
20      MR. MILLS: -- and procedures and stuff. I
21 don't see any issue with that, providing them with
22 the --
23      THE WITNESS: Okay.
24      MR. MILLS: -- policies and procedures.
25      THE WITNESS: Okay.

Page 13

1      MR. MILLS: I don't think that --
2  BY MR. SLOSAR:
3  Q  We just want to see the changes --
4  A  Oh, okay.
5  Q  -- that took effect from Sheriff Pickard's
6  administration.
7  A  Because I wasn't, you know, involved with this
8  situation --
9  Q  Sure.
10 A  -- at all. Yeah.
11 Q  Yeah. No. I understand you're --
12 A  Okay.
13 Q  -- not a party here.
14 A  Right.
15 Q  I understand that. Sure. Where -- you know,
16 there are some -- you know, Sheriff Pickard testified
17 recently as to where he believed that these -- his
18 policies and procedures were in place in the Knox County
19 Sheriff's Department, so I'm going to ask you some
20 questions about where you keep yours --
21 A  Yes, sir.
22 Q  -- okay?
23 A  Yes, sir
24 Q  Where are the written policies and procedures
25 of the Knox County Sheriff's Department currently

**Page 14**

1  maintained?
2  A  I keep a copy in my office as well as my chief
3  deputy's office, and as well as in the deputy office in
4  the -- in the sheriff's office.
5  Q  Who's the current chief deputy?
6  A  Everett Johnson. He's my captain.
7  Q  Okay. And who's the deputy who also has a set
8  of these written policies and procedures?
9  A  Well, all of my deputies would be --
10  Q  All of them?
11  A  Yeah. Yes, sir.
12  Q  Okay.
13  A  I have a -- a deputies' room in the office and
14  -- and the manual's in -- in the deputies' room where
15  they would all have access to it and all review it. Yes.
16  Q  So currently in the Knox County Sheriff's
17  Department, every deputy under your command has access
18  to the written policies and procedures?
19  A  Yes, sir.
20  Q  And that's something that took effect after
21  you became sheriff --
22  A  Yes, sir.
23  Q  -- is that right?
24  A  Yes.
25  Q  To your understanding, at the time you became

**Page 15**

1  sheriff, was that ever done by Sheriff Pickard?
2  A  I'm not sure. I can't answer that question
3  because I wasn't there at the time, so
4  Q  Okay. I understand that -- it's my
5  understanding that you had never seen the policies and
6  procedures manual that's before you that was signed by
7  John Pickard on January 17, 2014; is that right?
8  A  Correct.
9  Q  Okay. I'm going to ask you to turn to the
10  second page. At the top of that page it says,
11  "Personnel Records"; do you see that?
12  A  I do.
13  Q  Okay. According to these policies, and, you
14  know, I understand your testimony that you had never
15  seen these before, but according to these policies, the
16  letter B says that a personnel file is to be maintained
17  by the bookkeeper or appropriate designee and shall be
18  created for each employee; do you see that, sir?
19  A  I do.
20  Q  Okay. At the time that you took over as
21  sheriff in January of 2015, were you aware of any rule
22  or policy or procedure in place requiring that a
23  personnel file be maintained for every employee of the
24  Knox County Sheriff's Department?
25  A  I was not aware of such policy.

**Page 16**

1  Q  At the time that you took over as sheriff in
2  January of 2015, was a personnel file maintained for
3  every employee of the Knox County Sheriff's Department?
4  A  For my employees?
5  Q  Yes.
6  A  Yes. Yes. We have a personnel file for my
7  employees. Yes.
8  Q  Prior to you becoming sheriff, do you know
9  whether personnel files were maintained for employees of
10  the Knox County Sheriff's Department?
11  A  Under Sheriff Pickard, is that how you --
12  Q  Yes.
13  A  No, sir. I'm not aware.
14  Q  Okay. Is a personnel file maintained at the
15  Knox County Sheriff's Department for you, as a sheriff?
16  A  Yes, sir.
17  Q  Okay. So under the policies and procedures in
18  place today, you understood those policies to require
19  that the acting sheriff maintain a personnel file,
20  correct?
21  A  Yes. I have. Yes.
22  Q  Now, Sheriff Pickard has testified in this
23  litigation that he had a personnel file at the Knox
24  County Sheriff's Department at the time that he left.
25  And my understanding is that you conducted a search of

**Page 17**

1  the Knox County Sheriff's Department prior to coming in
2  here today to look for Sheriff Pickard's personnel file;
3  is that correct, sir?
4  A  That is correct.
5  Q  Okay. Can you please tell us what steps you
6  have taken to search for Sheriff Pickard's personnel
7  file?
8  A  Yes, sir. I have personally searched the
9  office and the -- the outbuilding where we keep, you
10  know, older documents. My administrative personnel have
11  -- have looked for the files, and the -- and -- and we
12  were unable to locate those files that you're talking
13  about.
14  Q  So does it -- and where have you -- you said
15  that you searched the office yourself?
16  A  Yes, sir. I've -- I've searched the -- in the
17  bookkeeper's area. I've searched in the front lobby
18  area, you know, where the -- where I have my clerks. And
19  I've searched in my office and actually I had to -- to
20  make me an office when I became the sheriff, kind of
21  establish one, but in no -- in no files have I found
22  their personnel records.
23  Q  And you said that you also had an
24  administrative --
25  A  Person.

Page 18

1   Q   – assistant –
2   A   Uh-huh.
3   Q   – search for Sheriff Pickard's file, as well?
4   A   Yes, I have.
5   Q   Well, what is that person's name?
6   A   Gina Smith. Yeah.
7   Q   And are you aware of the efforts that Ms. Gina
8   Smith took to search for Sheriff Pickard's personnel
9   file?
10  A   Yes, sir. I'm very aware. I've asked them
11  several times to re-look, look, and re-look. And –
12  Q   And where – to your knowledge, where did Ms.
13  Smith look for Mr. Pickard's personnel file?
14  A   Throughout the sheriff's office. Every – in
15  every office in the Sheriff's office, as well as our
16  storage area.
17  Q   Sir, is it your belief that, based upon your
18  searching and Ms. Gina Smith's searching, that Sheriff
19  Pickard's personnel file has been destroyed?
20  A   Sir, I'm –
21      MR. WILLIAMS: Objection. Speculative.
22  A   – I'll – all – I'm sorry.
23  Q   You can answer.
24      MR. WILLIAMS: I was just making an objection,
25  sir.

Page 19

1   A   Okay. I – I – I – I can just say that we
2   were unable to locate it in the sheriff's office. I
3   don't know what – to that point, what happened.
4   Q   Based upon the searches that you've conducted,
5   is the personnel – is Sheriff Pickard's personnel file
6   located at the sheriff's department?
7   A   No, sir. I am unable to find his personnel
8   file at the sheriff's department.
9   Q   And based upon – and is it fair to say that
10  Sheriff Pickard is a close friend of former deputy Derek
11  Eubanks?
12  A   All I know is that he was his chief – Derek
13  Eubanks was his chief deputy under him and I don't know
14  how close a friendship they had or any kind of
15  relationships that they've had beyond that working
16  relationship.
17  Q   Is it your understanding that Sheriff Pickard
18  is supporting Mr. Eubanks in the upcoming election
19  against you?
20  A   It's my understanding that he is. Correct.
21  Q   Okay. Have you taken efforts to search for
22  Derek Eubanks' personnel file?
23  A   Yes, sir. I have.
24  Q   And have you taken similar efforts to search
25  for Derek Eubanks' personnel file that you looked to

Page 20

1   that of the efforts that you took to discover Sheriff
2   Pickard's?
3   A   Yes. Same efforts.
4   Q   And based upon those efforts, did you ever
5   locate former deputy Derek Eubanks' personnel file?
6   A   No.
7   Q   And did you also have your administrative
8   assistant search for Mr. Eubanks' file?
9   A   Yes, sir. I did.
10  Q   And was she able to find Mr. Eubanks' file?
11  A   No. She was not.
12  Q   Aside from Derek Eubanks and former sheriff
13  John Pickard, are you aware of any other personnel files
14  of Knox County employees missing?
15  A   No, sir.
16  Q   So these are the only two files that you're
17  aware – let me – strike that question.
18  A   Yeah.
19  Q   At this moment, are Derek Eubanks and John
20  Pickard's personnel files the only files that you're
21  aware of that are missing at the Knox County Sheriff's
22  Department?
23      MR. WILLIAMS: Object to the form.
24  Q   You can answer.
25      THE WITNESS: I can answer?

Page 21

1       MR. MILLS: Yes.
2   A   Sir, I'm not aware – I'm – I'm not sure all
3   of his previous employees, who he had employed or not,
4   so I really can't answer that exactly.    Yeah.
5   Q   But sitting here today, is it fair to say that
6   you're unaware of any other missing personnel files?
7       MR. WILLIAMS: Object to the form.
8   Q   You can answer.
9   A   I'm unaware.
10  Q   And is it your understanding that personnel
11  files at the Knox County Sheriff's Department are
12  supposed to include commendations and disciplinary
13  memoranda?
14  A   Yes. That's my understanding. Yes.
15  Q   And that – and is it your belief that those
16  types of documents should've been maintained as part of
17  Sheriff Pickard and Deputy Eubanks' personnel files?
18      MR. WRIGHT: Object to the form.
19      MR. WILLIAMS: I'll join.
20  Q   You can answer.
21  A   I can just say as – as a sheriff, and any of
22  my employees, I would have that information in their
23  personnel file.
24  Q   All right. Oh, yeah. Again, earlier this
25  morning you testified that at the time you took over as

Page 22

1  sheriff, you were unaware of any written policies or
2  procedures that were in place at the Knox County
3  Sheriff's Department; is that right?
4      A   Yes, sir.  I'm unaware of -- of those.
5      Q   I'm going to ask for you to look at the
6  Exhibit number 2.  It's the status update that you
7  likely have seen prior to coming in here today; have you
8  seen this document before today?
9          (EXHIBIT 2 MARKED FOR IDENTIFICATION)
10     A   Uh-huh.  Yes.  I've signed it.
11     Q   Okay.  Is that your signature at the bottom?
12     A   Yes, sir.
13     Q   Okay.  From looking at this document, are you
14  able to determine when you signed this document?
15     A   I signed it on the 9th of March, 2015.
16     Q   Okay.  And can you tell me the reason for why
17  this document was created?
18     A   I think through a Department of Criminal
19  Justice training that we were required to on any kind of
20  change of office personnel, that we are required to
21  submit this form.
22     Q   Okay.  And is it fair to say that this form
23  sort of formalized the shift in guard between Sheriff
24  Pickard and yourself?
25     A   Yes, sir.  That's my understanding of it, sir.

Page 23

1  Yes.
2      Q   Okay.  Sheriff Smith, earlier this morning you
3  testified that, to your knowledge, there were no written
4  policies or procedures in place in the Knox County
5  Sheriff's Department when you first became sheriff in
6  2015; is that right?
7      A   I were -- I were -- I was unable to find those
8  policies and procedures.  If they existed, I couldn't
9  find them.
10     Q   Okay.  At the time you became sheriff, were
11  you aware of any unwritten policies or procedures that
12  were in place at the Knox County Sheriff's Department?
13     A   No, sir.
14     Q   At the time that you became sheriff in 2015,
15  were you aware of any training that took place at the
16  Knox County Sheriff's Department on how to handle
17  criminal investigations?
18     A   No, sir.  I -- I -- I'm not aware of that.
19     Q   When you became sheriff in 2015, were you
20  aware of any formalized process for how Sheriff Pickard
21  would supervise employees under his command?
22     A   No, sir.
23         MR. WILLIAMS:  Object to the form.  Sorry.  Go
24  ahead.
25     A   I -- no, sir.  I'm unaware.

Page 24

1      Q   When you became sheriff in 2015, were you
2  aware of any process that existed at the Knox County
3  Sheriff's Department for the oversight of outside
4  training of deputies at the Knox County Sheriff's
5  Department?
6      A   No, sir.  Unaware.
7          MR. SLOSAR:  Can we just -- can I have a
8  minute?  Is that okay?  Think we might be done.
9  Hold on.
10         VIDEOGRAPHER:  Off the record at 8:58.
11         (OFF THE RECORD)
12         VIDEOGRAPHER:  Back on record at 9:00.
13 BY MR. SLOSAR:
14     Q   Sheriff Smith, earlier, a few minutes ago, you
15 testified that when you became sheriff you had to build
16 your own office or something like that; what --
17     A   Well, I mean --
18     Q   -- what happened?
19     A   -- I -- I -- we had to get computers for it
20 and there was -- there was really no per se sheriff
21 office.  I mean, it was a -- my -- my little office
22 within -- inside the office, so I had to kind of create
23 one.
24     Q   Prior to you becoming sheriff, are you aware
25 of any internal office that John Pickard maintained

Page 25

1  there at --
2      A   I -- I'm not aware, sir.
3      Q   Earlier you talked about the -- you spoke
4  about the efforts that you took to find the personnel
5  files of Sheriff Pickard and Deputy Eubanks; do you
6  recall testifying about that?
7      A   I do.
8      Q   Okay.  When you were searching for these
9  files, did you discover other people's personnel files?
10     A   I did.  Yes.
11     Q   And were some of those personnel files that
12 you discovered in place from the prior administration?
13     A   They were.
14         MR. SLOSAR:  Okay.  We don't have anything
15 further.
16         VIDEOGRAPHER:  Off the record at 9:01, and
17 that concludes the deposition.
18         MR. SLOSAR:  I'm just -- I'm -- do you guys
19 have anything?    I'm sorry.  I --
20         MR. WRIGHT:  I don't have any here.
21         MR. SLOSAR:  I know you're not going to have
22 anything.  Do you guys have questions?
23         MS. KINCER:  No questions.
24         MR. SLOSAR:  Okay.
25         MR. FARAH:  Go.

Page 26

1  (DEPOSITION CONCLUDED AT 9:01 A.M.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 27

1          CERTIFICATE OF REPORTER
2          COMMONWEALTH OF KENTUCKY AT LARGE
3
4  I do hereby certify that the witness in the foregoing
5  transcript was taken on the date, and at the time and
6  place set out on the Title page here of by me after
7  first being duly sworn to testify the truth, the whole
8  truth, and nothing but the truth; and that the said
9  matter was recorded stenographically and mechanically by
10 me and then reduced to typwritten form under my
11 direction, and constitutes a true record of the
12 transcript as taken, all to the best of my skill and
13 ability.  I certify that I am not a relative or employee
14 of either counsel, and that I am in no way interested
15 financially, directly or indirectly, in this action.
16
17
18
19
20
21
22 JESSICA VAN-TILBURG,
23 COURT REPORTER/NOTARY
24 COMMISSION EXPIRES:  06/28/2020
25 SUBMITTED ON:  04/16/2018

The Deposition of SHERIFF MICHAEL SMITH, taken on March 28, 2018
28

| Exhibits | administrative 17:10,24 20:7 | Broughton 8:1 | County 7:8,16 9:21,22,24 10:4,11,25 11:3,10,24 13:18,25 14:16 15:24 16:3,10, 15:24 17:1 20:14,21 21:11 22:2 23:4,12,16 24:2,4 | deputy's 14:3 |
|---|---|---|---|---|
| EXHIBIT 1 | affirm 8:5 | build 24:15 | | Derek 7:15 19:10,12,22,25 20:5,12,19 |
| EXHIBIT 2 | ahead 23:24 | Bunch 7:20 | | Derrick 7:19 |
| | Amanda 7:8,13 | **C** | | designee 15:17 |
| **1** | area 17:17,18 18:16 | captain 14:6 | | destroyed 18:19 |
| 1 9:25 10:10,12 | assistant 18:1 20:8 | case 8:15 | | determine 9:11 22:14 |
| 17 15:7 | assume 8:24 11:15 | chance 11:17 12:12 | court 7:4,9 8:4,9 9:10 | DIRECT 8:10 |
| 17-cv-84 7:10 | attorney 9:10,15 | change 22:20 | create 24:22 | disciplinary 21:12 |
| **2** | aware 10:24 11:2 15:21,25 16:13 18:7,10 20:13,17,21 21:2 23:11,15, 18,20 24:2,24 25:2 | chief 14:2,5 19:12,13 | created 15:18 22:17 | discover 20:1 25:9 |
| 2 22:6,9 | | Christopher 7:17 | criminal 22:18 23:17 | discovered 25:12 |
| 2014 15:7 | | City 8:1 | current 12:13,18 14:5 | District 7:9,10 |
| 2015 9:25 10:6,8,24 11:4 15:21 16:2 22:15 23:6,14,19 24:1 | | clerks 17:18 | | document 22:8,13,14,17 |
| 2018 7:5 | | close 19:10,14 | **D** | documents 17:10 21:16 |
| 28th 7:4 | | Cody 7:21 | Dallas 7:22 | doubt 9:8 |
| | **B** | command 14:17 23:21 | day 7:4 | |
| **8** | Back 24:12 | commendations 21:12 | Defendant 7:15 | **E** |
| 8:40 7:5 | Barboursville 8:1 | computers 24:19 | Defendants 7:20,22 | earlier 21:24 23:2 24:14 25:3 |
| 8:58 24:10 | based 18:17 19:4,9 20:4 | CONCLUDED 26:1 | department 9:21 11:1,3,10 13:19,25 14:17 15:24 16:3,10, 15:24 17:1 19:6,8 20:22 21:11 22:3,18 23:5,12,16 24:3,5 | Eastern 7:10 |
| **9** | began 9:25 | concludes 25:17 | | effect 10:15,25 11:25 13:5 14:20 |
| 9:00 24:12 | beginning 10:6 | conducted 16:25 19:4 | | efforts 8:16 18:7 19:21,24 20:1,3,4 25:4 |
| 9:01 25:16 26:1 | behalf 7:15,19,22,25 | consult 9:14 | | |
| 9th 22:15 | belief 18:17 21:15 | contents 11:20,22,24 12:5 | deposition 7:7 9:9 11:5 12:12 25:17 26:1 | elected 9:23 |
| **A** | believed 13:17 | continue 9:4 | deputies 14:9 24:4 | election 19:18 |
| a.m. 7:5 26:1 | bookkeeper 15:17 | copy 12:12,13 14:2 | deputies' 14:13,14 | Elliot 7:12 8:14 |
| access 14:15,17 | bookkeeper's 17:17 | correct 15:8 16:20 17:3,4 19:20 | deputy 14:3,5,7,17 19:10,13 20:5 21:17 25:5 | employed 21:3 |
| acting 16:19 | bottom 22:11 | | | employee 15:18,23 16:3 |
| additional 12:3 | break 9:19 | Counsel 7:11 | | employees |
| administration 13:6 25:12 | Brian 7:23 | | | |

16:4,7,9 20:14
21:3,22 23:21
**establish**
17:21
**et al** 7:8
**Eubanks** 7:15,
23 19:11,13,18
20:12,19 25:5
**Eubanks'**
19:22,25 20:5,
8,10 21:17
**Everett** 14:6
**EXAMINATION** 8:10
**exhibit** 10:10,
11,12 22:6,9
**existed** 23:8
24:2
**expect** 9:3

---

**F**

---

**fair** 8:25 19:9
21:5 22:22
**familiar** 10:5,7
**Farah** 7:25
25:25
**Faris** 7:24
**file** 8:18 15:16,
23 16:2,6,14,
19,23 17:2,7
18:3,9,13,19
19:5,8,22,25
20:5,8,10 21:23
**files** 16:9
17:11,12,21
20:13,16,20
21:6,11,17
25:5,9,11
**find** 8:17 19:7
20:10 23:7,9
25:4
**form** 20:23
21:7,18 22:21,
22 23:23

**formalized**
22:23 23:20
**found** 17:21
**friend** 19:10
**friendship**
19:14
**front** 17:17

---

**G**

---

**Gina** 18:6,7,18
**give** 8:5 9:19
12:13
**Good** 8:12,13
**guard** 22:23
**guys** 25:18,22

---

**H**

---

**Hampton** 7:6
**hand** 8:3
**handle** 23:16
**happened**
19:3 24:18
**happy** 8:22
9:19
**head** 9:5
**hear** 9:8
**hold** 9:21 24:9
**Hoskins** 7:8,13

---

**I**

---

**IDENTIFICATION** 10:12 22:9
**identify** 7:11
**include** 21:12
**incorporated**
11:18
**information**
21:22
**initiated** 10:8

11:16
**Inn** 7:6
**inside** 24:22
**internal** 24:25
**investigations**
23:17
**involved** 13:7
**issue** 12:21

---

**J**

---

**Jackie** 7:23
**January** 9:25
10:8,23 11:4
15:7,21 16:2
**Jason** 7:14,20
**Jessica** 7:3
**John** 10:3 15:7
20:13,19 24:25
**Johnson** 7:23
14:6
**join** 21:19
**Jonathan** 7:13
**Joseph** 7:23
**Justice** 22:19

---

**K**

---

**Kelly** 7:23
**Kentucky** 7:6,
10
**Kincer** 7:21
25:23
**kind** 17:20
19:14 22:19
24:22
**knowledge**
10:18 18:12
23:3
**Knox** 7:8,16
9:21,22,23
10:4,11,25
11:3,10,24
13:18,25 14:16

15:24 16:3,10,
15,23 17:1
20:14,21 21:11
22:2 23:4,12,16
24:2,4

---

**L**

---

**Lacee** 7:2
**lawyer** 12:14
**left** 16:24
**letter** 15:16
**Licha** 7:25
**limited** 8:16
**listed** 12:4
**litigation** 16:23
**lobby** 17:17
**locate** 17:12
19:2 20:5
**located** 7:6
19:6
**London** 7:6
**looked** 17:11
19:25

---

**M**

---

**maintain** 11:9,
10 16:19
**maintained**
14:1 15:16,23
16:2,9,14 21:16
24:25
**make** 9:10
17:20
**making** 18:24
**manual** 11:6,
14 12:2 15:6
**manual's**
14:14
**March** 7:5
22:15
**Mark** 7:22

**MARKED**
10:12 22:9
**matter** 7:7
**Mefford** 7:22
**memoranda**
21:13
**Mike** 7:7,18,25
**Mills** 7:17
12:18,20,24
13:1 21:1
**minute** 24:8
**minutes** 24:14
**missing** 20:14,
21 21:6
**moment** 20:19
**morning** 8:12,
13,16 9:16
21:25 23:2

---

**N**

---

**name's** 8:14
**nod** 9:5
**number** 7:10
10:10 22:6

---

**O**

---

**object** 9:12
20:23 21:7,18
23:23
**objection** 9:11
18:21,24
**objections** 9:8
**office** 9:25
10:16,17,23
11:9 14:2,3,4,
13 17:9,15,19,
20 18:14,15
19:2 22:20
24:16,21,22,25
**older** 17:10
**orders** 12:1
**outbuilding**
17:9

**oversight** 24:3

---

**P**

**part** 21:16
**party** 13:13
**pending** 7:9
**people's** 25:9
**perfectly** 8:20
**Person** 17:25
**person's** 18:5
**personally** 17:8
**personnel** 8:17 15:11,16, 23 16:2,6,9,14, 19,23 17:2,6, 10,22 18:8,13, 19 19:5,7,22,25 20:5,13,20 21:6,10,17,23 22:20 25:4,9,11
**Pickard** 7:15 10:3 13:16 15:1,7 16:11,22 19:10,17 20:13 21:17 22:24 23:20 24:25 25:5
**Pickard's** 8:17 13:5 17:2,6 18:3,8,13,19 19:5 20:2,20
**place** 10:5 12:4 13:18 15:22 16:18 22:2 23:4,12,15 25:12
**plaintiffs** 7:12 8:15
**point** 19:3
**policies** 10:5, 7,10,14,18,19, 24 11:2,6,11, 13,24 12:3,13, 16,24 13:18,24 14:8,18 15:5, 13,15 16:17,18

22:1 23:4,8,11
**policy** 11:16 12:2,18 15:22, 25
**position** 9:20
**previous** 21:3
**prior** 10:21 11:5 16:8 17:1 22:7 24:24 25:12
**problems** 9:3
**procedure** 12:2 15:22
**procedures** 10:5,11,14,18, 21,25 11:2,6, 11,13,16,24 12:4,13,17,20, 24 13:18,24 14:8,18 15:6 16:17 22:2 23:4,8,11
**PROCEEDINGS** 7:1
**process** 23:20 24:2
**produce** 12:14
**promise** 9:15
**providing** 12:21

---

**Q**

**question** 8:21, 24 15:2 20:17
**questions** 8:16,20 9:4 13:20 25:22,23

---

**R**

**raise** 8:2
**re-look** 18:11
**reason** 22:16
**recall** 12:7 25:6

**recently** 13:17
**record** 7:11 9:10 24:10,11, 12 25:16
**records** 15:11 17:22
**refer** 10:9
**relationship** 19:16
**relationships** 19:15
**replacing** 10:2
**reporter** 7:4 8:3,4,9
**represent** 7:18 8:14
**require** 16:18
**required** 22:19,20
**requiring** 15:22
**respect** 8:23
**review** 11:17 14:15
**room** 14:13,14
**rule** 15:21

---

**S**

**search** 16:25 17:6 18:3,8 19:21,24 20:8
**searched** 17:8, 15,16,17,19
**searches** 19:4
**searching** 18:18 25:8
**set** 14:7
**Shawna** 7:21
**sheriff** 7:7 8:12,17 9:22,24 10:1,3,4 13:5, 16 14:21 15:1, 21 16:1,8,11,

15,19,22 17:2, 6,20 18:3,8,18 19:5,10,17 20:1,12 21:17, 21 22:1,23 23:2,5,10,14, 19,20 24:1,14, 15,20,24 25:5
**sheriff's** 9:21 10:25 11:3,10 13:19,25 14:4, 16 15:24 16:3, 10,15,24 17:1 18:14,15 19:2, 6,8 20:21 21:11 22:3 23:5,12,16 24:3,4
**shift** 22:23
**short** 9:16
**should've** 21:16
**show** 12:18
**signature** 22:11
**signed** 15:6 22:10,14,15
**similar** 9:6 19:24
**sir** 8:2 10:9,11, 17,20,22 11:12 13:21,23 14:11, 19,22 15:18 16:13,16 17:3, 8,16 18:10,17, 20,25 19:7,23 20:9,15 21:2 22:4,12,25 23:13,18,22,25 24:6 25:2
**sitting** 21:5
**situation** 13:8
**Slosar** 7:12 8:11,14 13:2 24:7,13 25:14, 18,21,24
**Smith** 7:7,18 8:12 9:20 18:6, 8,13 23:2 24:14

**Smith's** 18:18
**solemnly** 8:4
**sort** 22:23
**Speculative** 18:21
**spoke** 25:3
**state** 9:20
**States** 7:9
**status** 22:6
**steps** 17:5
**storage** 18:16
**strike** 20:17
**stuff** 12:20
**submit** 22:21
**supervise** 23:21
**supporting** 19:18
**supposed** 21:12
**swear** 8:4
**sworn** 8:3

---

**T**

**table** 11:20,22, 23 12:5
**talked** 25:3
**talking** 17:12
**Taylor** 7:13
**technician** 7:3
**tend** 8:20
**testified** 13:16 16:22 21:25 23:3 24:15
**testifying** 25:6
**testimony** 8:5 15:14
**Tilburg** 7:3
**time** 7:5 9:14 10:1,15,23 11:8

14:25 15:3,20
16:1,24 21:25
23:10,14
**times** 18:11
**today** 7:3,4
9:11 10:6 11:5,
25 12:4 16:18
17:2 21:5 22:7,
8
**top** 15:10
**topics** 12:9
**Townsend** 7:2
**training** 22:19
23:15 24:4
**truth** 8:6,7
**turn** 15:9
**types** 21:16

**U**

**Uh-huh** 11:21
18:2 22:10
**unable** 17:12
19:2,7 23:7
**unaware** 21:6,
9 22:1,4 23:25
24:6
**understand**
8:21 13:11,15
15:4,14
**understanding**
14:25 15:5
16:25 19:17,20
21:10,14 22:25
**understood**
8:25 16:18
**United** 7:9
**unwritten**
23:11
**upcoming**
19:18
**update** 22:6

**V**

**validity** 9:11
**Van** 7:3
**verbally** 9:4
**video** 7:3

**W**

**washroom**
9:15
**Weber** 7:21
**Williams** 7:14
18:21,24 20:23
21:7,19 23:23
**working** 19:15
**Wright** 7:19
21:18 25:20
**written** 11:11
13:24 14:8,18
22:1 23:3

**Y**

**York** 7:20