IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-CV-84 |
| v. | ) ) | Hon. ROBERT E. WEIR |
| KNOX COUNTY, ET AL., | ) ) | Mag. HANLY A. INGRAM |
| Defendants. | ) ) | JURY TRIAL DEMANDED |

# **EXHIBIT 78**

# LOEVY & LOEVY

Elliot Slosar
elliot@loevy.com

312 N. May St., Suite 100, Chicago, Illinois 60607

July 17, 2018

<u>Attorney for Knox County Defendants</u>
Jason E. Williams
**Williams, Farmer, & Towe Law Group**
802 N. Main Street
P.O. Box 3199
London, KY 40703

Re: *Amanda Hoskins, et al v. Knox County, et al*

Dear Mr. Williams:

     I write in regards to our ongoing conversation about FRCP 30(B)(6) testimony on behalf of Defendant Knox County. It's my understanding that you intend to produce former Knox County Sheriff, John Pickard, as the FRCP 30(B)(6) witness in this case.

     As you'll remember, Mr. Pickard was deposed several months ago as a party in this litigation. Plaintiffs' counsel asked Defendant Pickard a number of questions relating to the FRCP 30(B)(6) issues in this case at his March 22, 2018 deposition. Since Plaintiffs' counsel intends to ask Defendant Pickard the same set of questions on the topics addressed in our notice, we believe that a second deposition of Defendant Pickard would be a waste of the parties' time and resources. For this reason, we seek to reach an agreement with you to obviate the need to depose Defendant Pickard a second time on the topics at issue. In this regard, Plaintiffs' request that we reach an agreement designating pages 26-35 and 52-89 of Defendant Pickard's deposition transcript as the FRCP 30(B)(6) testimony in this case from Knox County.

     Please let me know whether you will agree to designate the aforementioned pages as FRCP 30(B)(6) testimony on behalf of Defendant Knox County.

Sincerely,

*/s/ Elliot Slosar*

Elliot Slosar