IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) | Case No. 17-CV-84 |
| Plaintiffs, | ) ) | Hon. ROBERT E. WEIR |
| v. | ) ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

# EXHIBIT 99

# Case Supplement

## 10-10-1058

I responded to a call to assist the Knox County detectives in a death investigation case where Katherine Mills was found outside her residence. I was notified on 12/22/10 when I came on duty at 0826 hours. I arrived at the scene at approximately 1000 hours. I secured the scene as other officers went about the community trying to locate witnesss. I observed a vehicle had stopped at the residence across the street from where I was located. I waved to the driver to come over where I was and I asked him if he had any information in reference to this case. The male identified himself as Michael Crump, SSN ▮▮▮▮▮▮▮▮, dob ▮▮▮▮▮▮.

Mr. Crump stated that own 12/20/10 he drove by this residence and he observed a blue car parked near the road in front of the house. He states that he obsreved a white male wearing a hooded camoflauge coat walking from the rear corner of the residence towards the road. He states that the man had tatoos on one or both of his hands.

Mr. Crump states that he had not been living in the area very long and if someone tried to call him and they could reach him, he would call them back due to the fact that his wife was hearing impaired and the only phone that they had was one that help her communicate.



This interview was recorded on a digital recorder. The recorder was let with the detectives.

I cleared the scene at approximately 1227 hours and I spent the rest of the day with other KSP personel in an attempt to locate

a blue vehicle in the Stinking Creek area. I cleared Knox county at approximately 1550 hours and drove approximately 1 ½ hours back to my residence in Harlan county.

Det. Michael H. Cornett U/406

PL 014436