IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION


AMANDA HOSKINS and JONATHAN　　)
TAYLOR,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　Case No. 17-CV-84
　　　　　Plaintiffs,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　Hon. ROBERT E. WEIR
　　　　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　Mag. HANLY A. INGRAM
KNOX COUNTY, ET AL.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　JURY TRIAL DEMANDED
　　　　　Defendants.


# EXHIBIT 20

NO. 17-CV-84

AMANDA HOSKINS, ET AL.

V.

KNOX COUNTY, ET AL.


DEPONENT:

MICHAEL CRUMP


DATE:

April 19, 2018

1   IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN

2              DISTRICT OF KENTUCKY

3                NO. 17-CV-84

4             HON. DAVID L. BUNNING

5             HON. CANDACE J. SMITH

6

7        AMANDA HOSKINS, ET AL.,

8              PLAINTIFFS

9

10                V.

11

12        KNOX COUNTY, ET AL.,

13              DEFENDANTS

14

15

16

17

18

19

20

21

22

23  DEPONENT:  MICHAEL CRUMP

24  DATE:     APRIL 19, 2018

25  REPORTER:  KELLEY BOHAN

Page 2

```
1              APPEARANCES
2
3  ON BEHALF OF THE PLAINTIFFS, AMANDA HOSKINS, et al.:
4  ELLIOT SLOSAR
5  AMY ROBINSON STAPLES
6  LOEVY & LOEVY
7  311 NORTH ABERDEEN STREET, THIRD FLOOR
8  CHICAGO, ILLINOIS 60607
9  TELEPHONE NO. (312) 243-5900
10 E-MAIL: ELLIOT@LOEVY.COM
11
12 ON BEHALF OF THE DEFENDANTS, BRIAN JOHNSON, MARK
13 MEFFORD, JACKIE JOSEPH, DALLAS EUBANKS, AND KELLY
14 FARRIS:
15 CODY WEBER
16 KENTUCKY STATE POLICE GENERAL COUNSEL
17 919 VERSAILLES ROAD
18 FRANKFORT, KENTUCKY 40601
19 TELEPHONE NO. (502) 573-1636
20 E-MAIL: CODY.WEBER@KY.GOV
21
22
23
24
25
```

Page 4

```
1         APPEARANCES (CONTINUED)
2
3  ON BEHALF OF THE DEFENDANTS, JOHN PICKARD and DEREK
4  EUBANKS:
5  JOHN F. KELLEY
6  WILLIAMS FARMER & TOWE
7  303 SOUTH MAIN STREET
8  P.O. BOX 3199
9  LONDON, KENTUCKY 40743
10 TELEPHONE NO.: (606) 877-5291
11 E-MAIL: JOHN@WFTLAW.COM
12
13 ALSO PRESENT:  ELIZABETH HARLOW, VIDEOGRAPHER; AMANDA
14 HOSKINS, PLAINTIFF
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1         APPEARANCES (CONTINUED)
2
3  ON BEHALF OF THE DEFENDANTS, JASON YORK and JASON BUNCH:
4  DERRICK T. WRIGHT
5  STURGILL, TURNER, BARKER & MOLONEY, PLLC.
6  333 WEST VINE STREET, SUITE 1500
7  LEXINGTON, KENTUCKY 40507
8  TELEPHONE NO. (859) 255-8581
9  E-MAIL: DWRIGHT@STURGILLTURNER.COM
10
11 ON BEHALF OF THE DEFENDANTS, MIKE BROUGHTON and CITY OF
12 BARBOURVILLE:
13 LICHA H. FARAH, JR.
14 WARD HOCKER THORNTON
15 333 WEST VINE STREET, SUITE 1100
16 LEXINGTON, KENTUCKY 40507
17 TELEPHONE NO. (859) 422-6000
18 E-MAIL:  LFARAH@WHTLAW.COM
19
20
21
22
23
24
25
```

Page 5

```
1                INDEX
2                       Page
3  PROCEEDINGS              8
4  DIRECT EXAMINATION BY MR. SLOSAR          9
5  CROSS EXAMINATION BY MR. WRIGHT          57
6  EXAMINATION BY MR. KELLEY         72
7  EXAMINATION BY MR. FARAH         79
8  EXAMINATION BY MR. WEBER         80
9  REDIRECT EXAMINATION BY MR. SLOSAR         83
10
11              EXHIBITS
12                      Page
13 1  AUDIO FILE, PL 9684           10
14 2  AFFIDAVIT OF DETECTIVE JASON YORK      14
15 3  COLLECTIVE MIKE SIMPSON PHOTOGRAPHS     17
16 4  COLLECTIVE JASON TAYLOR PHOTOGRAPHS     18
17 5  AUDIO FILE, CLIP FROM INTERVIEW
18   WITH LISA EVANS             25
19 6  GOOGLE MAPS, AERIAL VIEW OF
20   STINKING CREEK ROAD          35
21 7  GOOGLE MAPS, STREET VIEW OF
22   STINKING CREEK ROAD          36
23 8  GOOGLE MAPS, STREET VIEW OF
24   STINKING CREEK ROAD          36
25 9  CRIME SUPPLEMENT STATEMENT        45
```

Page 6

EXHIBITS (CONTINUED)

Page

10  POLICE SKETCH                               45

11  FAILURE TO WEAR SEATBELT

    VIOLATION RECORD                       52

12  U.S. ARMY NATIONAL GUARD,

    REPORT OF MEDICAL HISTORY              55

13  PHOTOGRAPH, CAR                            59

14  PHOTOGRAPH, HAND TATTOO                    68

Page 7

STIPULATION

The video deposition of MICHAEL CRUMP taken at the
Holiday Inn Express & Suites, 506 Minton Drive, London,
Kentucky on Thursday the 19th day of April, 2018 at
approximately 10:02 a.m.; said video deposition was
taken pursuant to the Federal Rules of Civil Procedure.

It is agreed that Kelley Bohan, being a Notary Public
and Court Reporter for the State of Kentucky, may swear
the witness.

Page 8

PROCEEDINGS

VIDEOGRAPHER: We are now on record. My name
is Elizabeth Harlow. I'm the video technician
today, and Kelley Bohan is the court reporter.
Today is the 19th day of April 2018. The time of is
10:02. We're at the Holiday Inn Express & Suites
located in London,
Kentucky to take the deposition of Michael Crump in the
matter of Amanda Hoskins, et al. versus Knox County, et
al., pending in the United States District Court for the
Eastern District of Kentucky, Number 17-CV-84. Will
Counsel please identify themselves for the record?

MR. SLOSAR: Elliot Slosar for Plaintiffs
Jonathan Taylor and Amanda Hoskins.

MS. ROBINSON STAPLES: Amy Robinson Staples for
Plaintiffs Amanda Hoskins and Jonathan Taylor.

MR. WRIGHT: Derrick Wright for Defendants
Jason York and Jason Bunch.

MR. KELLEY: John Kelley for Knox County,
Sheriff John Pickard, Deputy Derrick Eubanks, all of
whom are defendants.

MR. FARAH: Licha Farah for Mike Broughton and
City of Barbourville.

MR. WEBER: Cody Weber for Defendants Mark
Mefford, Brian Johnson, Jackie Joseph Pickrell, Dallas

Page 9

Eubanks, and Kelly Farris.

VIDEOGRAPHER: Okay. Mr. Crump, will you raise
your right hand to be sworn by the reporter?

COURT REPORTER: Do you solemnly swear or
affirm that the testimony you're about to give is
the truth, the whole truth, and nothing but the
truth?

THE WITNESS: Yes.

DIRECT EXAMINATION

BY MR. SLOSAR:

Q.  Good morning, Mr. Crump.

A.  How you doing?

Q.  Good. How are you?

A.  I'm here.

Q.  Before we get started, I just want to very,
very quickly go over some of the rules. Some of the
attorneys here might make objections. There's no judge
here to say if that objection is right or wrong, so just
wait for them to make their objection, then you can
answer the question, okay?

A.  Uh-huh.

Q.  I tend not to ask questions perfectly, so I
ask -- if I ask you a question, you're not understanding
it, let me know, I won't be offended, I'll ask it a
better way. Okay?

Page 10

1    A.  Yeah.
2    Q.  The nice court reporter over here is going to
3  type up all the questions and answers.  So if you could,
4  you know, answer questions like you're doing
5  affirmatively, you know, instead of, you know, nodding
6  your head or something like that, that would be helpful
7  for her, okay?
8    A.  Okay.
9    Q.  If you want to take a break, use the restroom,
10  just let me know, all right?
11    A.  All right.
12    Q.  All right.  I'm going to try to do this
13  quickly.
14      So, you know, we're going to start off by
15  playing an audio for you to listen to.  Did you ever
16  testify at a grand jury in this case?
17    A.  No, sir.
18    Q.  Okay.  I'm going to play it for you, what
19  we'll mark as Plaintiff's Exhibit number 1, it's only
20  about 20, 30 seconds.  I just want you to listen to it.
21  I'm going to ask you some questions right after, okay?
22    A.  Yes, sir.
23      (EXHIBIT 1 MARKED FOR IDENTIFICATION)
24    Q.  This is PL 9684.  It's Detective York's
25  testimony at the grand jury.  Sorry, here we go.

Page 11

1      (PLAYS AUDIO)
2    Q.  Sir, Detective York testified in a grand jury
3  in this case that you described a person by the name of
4  Jonathan Taylor coming around the corner of Katherine
5  Mills' house.  Have you ever identified anyone as being
6  the male that you saw in front of Katherine Mills'
7  residence?
8      MR. WRIGHT:  Object to form.
9      Mischaracterizes the testimony, and we played a
10  portion of it, but answer the best you can.
11  BY MR. SLOSAR:
12    Q.  You can answer, Mr. Crump.
13    A.  Okay, here's what I told him.  He is right,
14  but I did not see a face, I did not -- I could not
15  identify the person.  I didn't -- and I told him, I
16  said, "If I can't 110 percent identify somebody" -- he
17  told me something about they was going for the death
18  penalty for him.  I said, "Well, you know, if I can't
19  110 percent identify somebody, I would not do it."
20    Q.  So you never -- is it fair to say, Mr. Crump,
21  that you never made a positive identification of anyone?
22    A.  No, I never did, because I told him I
23  couldn't.
24      All I seen was a tattoo on a hand, and only
25  reason I knew it because it was a big blue one.

Page 12

1    Q.  And -- and the blue tattoo, was it a bright
2  color that you saw?
3    A.  It was like a jail tattoo.
4    Q.  Like a jail tattoo?
5    A.  Yeah, and that's the same thing that I told
6  him --
7    Q.  Now --
8    A.  -- but I did not see a face and I didn't see a
9  face in the car, because the lady was turned around.
10    Q.  So is it fair to say the male that you saw --
11    A.  Could have been anybody.
12    Q.  Could have been anybody?
13    A.  I don't know.  I cannot sit here and tell you
14  110 percent the -- I don't even know these people and I
15  can't tell you anything about these people.
16    Q.  Is that what you told Detective York when you
17  met with him?
18    A.  I told you, I said, "I can't 100 percent
19  identify somebody."
20    Q.  Did you tell Detective York when you met with
21  him that you couldn't see the face?
22    A.  Yeah, he says, "Fine."
23    Q.  And was Detective York still trying to get you
24  to make an identification even after he told you to
25  stop?

Page 13

1      MR. WRIGHT:  Objection.
2    A.  No, he just wanted me to tell him what I said
3  -- what I seen, that was all.
4    Q.  Now --
5    A.  He wasn't pushing me for no more information.
6  He just asked me what I said and I told him exactly what
7  I knew and he said, "That's good.  That's all I want to
8  know."
9    Q.  When -- is it fair to -- when you were driving
10  that morning, and I'm going to ask you, you know, who
11  you were with and that sort of stuff, was your wife with
12  you?
13    A.  Yeah.
14    Q.  She was?
15    A.  Yeah.
16    Q.  Okay.  Your -- and were your kids with you as
17  well?
18    A.  I was going down to check and see if there was
19  school or not is what I was doing, because up where we
20  lived, we had no TV and we had no phone service, so I
21  was wanting to make sure there was school.
22    Q.  And Mr. Crump, I know you testified a few
23  moments ago that you told Detective York that you
24  couldn't make an identification of the man that you saw
25  walking on the side of Katherine Mills' residence.

Page 14

1   A. Yes, that's right, I couldn't.

2   Q. I'm going to show you what we'll mark as –

3      I only have – I only have two copies of this.

4   It's – that's the only exhibit that I don't have a lot

5   of copies of. This is – we'll mark this as Exhibit 2.

6      It's KSP 339 and 340.

7      (EXHIBIT 2 MARKED FOR IDENTIFICATION)

8      MR. SLOSAR: It's an affidavit for a search

9   warrant that Detective York typed up in this case.

10     MR. WRIGHT: What's the Bates numbers on that?

11     MR. SLOSAR: KSP 339 and 340.

12     MR. WRIGHT: Can I see a – see a copy of that

13  before we ask questions?

14     A. I don't even know what this is.

15  BY MR. SLOSAR:

16     Q. Yeah, I'm just going to ask you about the

17  second page. It was disclosed by the defendants in this

18  case.

19     I have copies of all the other exhibits.

20     A. I can't see that writing. I don't have my

21  glasses.

22     Q. Okay. Mr. Crump, do you have vision issues?

23     A. I can't see close up like that.

24     Q. Okay. So you're farsighted?

25     A. Yeah.

Page 15

1   Q. Okay. Were you – how long have you been

2   farsighted for?

3   A. Well, probably the last couple of years, it's

4   called old age.

5   Q. All right. Mr. Crump, I'm going to show you

6   this, and I will be – I'm going to be focusing on the

7   second page and I'll happily go through it. Is it fair

8   to say that because you don't have your glasses on, that

9   you're not able to read this?

10  A. It looks blurry.

11  Q. Okay.

12  A. Yeah, I can't see it.

13  Q. Okay. I'm going to read it to you. And it

14  says, "Mike Simpson gave this unit a number of (606)622-

15  1780 as a contact number for him. Mr. Simpson had been

16  identified by Michael Crump as being at Katherine Mills'

17  residence the morning she was robbed and found dead."

18     Also – there's some other information.

19  A. No, I didn't identify no one –

20  Q. Okay. So –

21  A. – so as I could not 100 percent identify

22  nobody.

23  Q. Did you – before coming in here today, did

24  you ever know that Detective York on February 4, 2011

25  signed a search warrant under oath saying that you

Page 16

1   identified Mike Simpson as the man that you saw at

2   Katherine Mills'?

3   A. No, I didn't.

4   Q. Did you ever identify Mike Simpson?

5   A. No, I don't even know who he is.

6   Q. Did you ever – and let me –

7   A. I didn't identify no one.

8   Q. Okay.

9   A. I told him 110 percent I could not identify.

10  I did not see a face, and that's all I can say about it.

11  Q. Yeah. I – sorry, I'm trying to go quick.

12  A. But, you know, I don't understand why I'm

13  here, because if I can't identify somebody did do it,

14  how I can I identify somebody that didn't do it?

15  Q. Totally. So, you know, the reason why –

16  A. I mean, that's my – I'm here, how am I going

17  to help a woman try to get money from something if I

18  don't know who done it?

19  Q. And I'm not, you know – all you're here to do

20  is to tell the truth and that's all – you know, that's

21  all we're looking for.

22  A. And I told you that's all I know.

23  Q. But you see, you know, for us, you know, we

24  have – there's – you know, Detective York signed this

25  affidavit saying that you identified somebody and so

Page 17

1   you're here to just answer questions because we want to

2   see what's true.

3      MR. WRIGHT: Object to form.

4   Q. Mr. Crump, let me show you a picture in the

5   affidavit that I just – the affidavit that I just

6   showed you from Mr. – from Detective York. He was

7   referring – he said, as I had just read to you in that

8   affidavit, he said that you identified Mike Simpson. I

9   know that you said that never happened. I'm going to

10  show you a picture of a Mike Simpson to see – and my

11  question is, you know, whether – and it's going to be

12  the last three pages of this – of this exhibit, have

13  photographs of Mike Simpson.

14     MR. SLOSAR: Here are copies for Counsel.

15     MR. WRIGHT: Which exhibit are we on, 3?

16     MR. SLOSAR: This is Exhibit 3.

17     (EXHIBIT 3 MARKED FOR IDENTIFICATION)

18  A. I can tell you right now that's not the car.

19     MR. WRIGHT: I'm going to object to the form of

20  this question.

21  BY MR. SLOSAR:

22  Q. Okay. So that doesn't look like the car you

23  saw?

24  A. That's not the car.

25  Q. Okay.

Page 18

1    A.  Uh-uh.
2    Q.  If you go to the last couple pages, you're
3  going to see a male, a white male.
4    A.  Don't know what this stuff is.
5    Q.  Don't worry about that.
6    A.  All right.
7    Q.  Did Detective York ever show you any of these
8  photographs of Mike Simpson that you're looking at now?
9    A.  Yeah, but I couldn't identify him.  I don't
10  know whether that's the guy or not.
11    Q.  Okay.  So Detective York did show you these
12  photographs during the investigation of Mike Simpson?
13    A.  Yeah, but I don't know him.
14    Q.  And did --
15    A.  I don't know if that's him or not.
16    Q.  Okay.  Did you tell Detective York that?
17    A.  Yeah.  I said, I can't 100 percent -- now,
18  didn't I just answer that question?  I said, "I cannot
19  ident -- 100 percent identify nobody."  But I will tell
20  you that's not the car sitting in the driveway.
21    Q.  Okay.  So -- now, at some point, did Detective
22  York --
23         MR. SLOSAR:  I'm going to mark this as
24  Exhibit number 4.  Pass these around.  Sorry.  I'm just
25  looking for the stickers.  Sorry, Mr. Crump, I'm trying

Page 19

1  to go so fast now.  I'm missing stuff now.  Thank you.
2         (EXHIBIT 4 MARKED FOR IDENTIFICATION)
3  BY MR. SLOSAR:
4    Q.  Mr. Crump, I'm going to show you another set
5  of photographs.  This is a photograph -- these are sets
6  of photographs that my client -- one of my clients,
7  Jonathan Taylor.  Will you look through these and let me
8  know if Detective York ever showed you these photographs
9  of Mr. Taylor during the underlying investigation.
10    A.  He might have.  I don't know.  You know how
11  long this has been ago?
12    Q.  About eight years, right?
13    A.  I mean, I couldn't tell you if he has or not.
14  I might have.
15    Q.  Okay.
16    A.  I don't remember if he showed me them or not.
17    Q.  Okay.
18    A.  I think I've seen some of these pictures right
19  here, but I don't know if I've seen them or not.
20    Q.  Okay.
21    A.  I cannot -- I can't positively be for sure of
22  it.
23    Q.  Okay.  And --
24    A.  Because believe it or not, when I left -- when
25  I went back on the road and started working, that's the

Page 20

1  last thing I thought about.
2    Q.  Sure.
3    A.  I was worried about taking care of my family.
4    Q.  Sure, you moved forward with your life just
5  like you were doing the day that you saw the car.
6    A.  Yeah, I went on.  I mean, because I've got
7  kids to take care of and my woman to take care of.
8    Q.  When --
9    A.  That's my job in life.
10    Q.  When Detective York showed you photographs
11  during the underlying investigation, did he tell you
12  that the person or people that he was showing you, did
13  he tell you whether those people were suspects or not?
14    A.  He might have.  I can't remember the
15  conversations that happened I don't know how many years
16  ago.  Not word for word.  I mean, you can't sit here and
17  say that I can repeat everything somebody told me.  I
18  mean --
19    Q.  Sure.
20    A.  -- that long ago.
21    Q.  And it's a long time.  Do you remember during
22  -- you know, at some point, some investigators who
23  weren't police officers coming talk to you?
24    A.  I've had a hundred different people, like you-
25  all coming.  I'm actually getting tired of it.

Page 21

1    Q.  And I'm sorry --
2    A.  Yeah.
3    Q.  -- and I'm sorry about that, I'm sure you are.
4    A.  I mean, everywhere I go, I almost lost a job
5  down in -- I almost lost my job at Lang's Construction
6  down there because you-all kind of people come up to my
7  job site.  And I really didn't appreciate that.
8    Q.  Well, how long ago was that?
9    A.  That's been about -- in Louisiana, I was
10  working in Louisiana.
11    Q.  People came down in Louisiana so see you?
12    A.  Yeah.  Come to Louisiana.
13    Q.  When did that happen?
14    A.  Oh, that's been two-and-a-half years ago, come
15  to my job site.  I really didn't appreciate that at all
16  -- I mean, that caused me to lose my job that takes care
17  of my family.
18    Q.  I'm sorry to hear that.  I didn't know.
19    A.  Yeah, that's why I didn't hear too much from
20  you-all -- when you-all come to my front door.  Uh-huh.
21    Q.  Well, this lawsuit only started about a year
22  ago, so nobody in this room --
23    A.  And then another one came to my mom and dad's
24  house, that's been a couple years ago --
25    Q.  So this is all --

Page 22

1   A.  – up in Bath County.  And I mean, it's been
2  like three or four of them coming, three or four
3  different peoples coming to my houses.
4   Q.  Where is Bath County at; do you know?
5   A.  It's up in Northern Kentucky.
6   Q.  Oh, it's in Northern Kentucky.  Did you ever
7  – between today and 2010, did you ever live in
8  Oklahoma?
9   A.  Yeah.
10   Q.  Okay.
11   A.  I lived in Oklahoma too.  Now nobody come out
12  there, thank God.  There's one of them.  I lived – I
13  work all over the United States.
14   Q.  Sounds like it.
15   A.  I do.  I mean, I could even go to Hawaii or
16  anywhere if I wanted to.  That's my jobs.
17   Q.  Were you doing wood stuff and –
18   A.  No, I do heavy equipment operating.
19   Q.  Okay.  Heavy equipment –
20   A.  Yeah.
21   Q.  – I know earlier this morning, you were
22  talking about the fences.
23   A.  Oh, I do that myself.
24   Q.  Okay.  That's on the side.
25   A.  Yeah.  Yeah, I'm waiting for weather to break

Page 23

1  now so I could go back to work –
2   Q.  When you –
3   A.  – because there ain't no money around here.
4  My money is on the road.
5   Q.  Now, when Detective York was showing you
6  photographs, do you recall any of the stuff that he was
7  telling you to look for to see whether it was –
8   A.  When it comes down to it, if you want me to be
9  totally honest, I can't even remember these
10  conversations, because when I left and I was done with
11  it all, that's the last thing I ever thought of.
12   Q.  Do you – I know you said there were like a
13  hundred or, you know, there were a lot of investigators
14  that talked to you over the years.
15   A.  Yeah.
16   Q.  Do you remember on one occasion –
17   A.  Every one of them asked me the same question
18  you are and I've told every one of you the same thing.
19   Q.  I'm sure you did.  So, you know, one of the
20  things that happened – do you remember – when you met
21  with the police officers, in some of those
22  conversations, did they have a recorder out?
23   A.  I don't know.
24   Q.  Did they ever tell you that they were
25  recording some of those conversations?

Page 24

1   A.  I don't know.  I can't remember.  I really
2  can't remember.  I mean, this is something that's
3  happened years ago.
4   Q.  Okay.  And one of the things that you had told
5  Detective York all along was that you didn't see the
6  face?
7   A.  No. I didn't.  Never did.
8       (Phone rings.)
9   Q.  I'm sorry.  Sorry about that.
10   A.  But you know, yet again, I'm – like I just
11  told you awhile ago, if I can't identify a face to know
12  who did do it, how am I going to identify knowing that
13  he didn't do it?
14   Q.  Sure.
15   A.  Because I did – I mean, that works both ways
16  for you.
17   Q.  Uh-huh.  Did – I'm going to play for you a
18  clip of an audio recording that an investigator had with
19  you and –
20   A.  Probably on my front porch at my mom's.
21   Q.  Do you remember two women talking to you?  Two
22  female investigators.
23   A.  They come to my house.  There's another two
24  that come to my house.
25   Q.  Yeah.

Page 25

1   A.  Yeah.
2   Q.  Yeah.  So I'm going to play a – just a small
3  clip from that conversation, see if it refreshes your
4  memory as to some of the stuff with your conversation.
5  So this would have been in January of 2013 that these
6  two ladies came to your house.  I don't know what house
7  you were living in at that time, but that's what this is
8  from.
9   A.  I don't know.
10   Q.  So this is going to be Exhibit number 4.
11       MS. ROBINSON STAPLES:  5
12       MR. WRIGHT:  5.
13       MR. SLOSAR:  5, sorry about that.  And that's
14  the recording from Lisa Evans.  I don't have a Bates
15  stamp on me.
16       (EXHIBIT 5 MARKED FOR IDENTIFICATION)
17  BY MR. SLOSAR:
18   Q.  Please listen to this.  I'm just going to ask
19  you a quick question.
20   A.  I'm listening.
21       (PLAYS AUDIO)
22   A.  Just like I told you.
23   Q.  Yeah.  Was it – and was that your voice on
24  there, Mr. Crump?
25   A.  That's my voice.  I told – I'm telling you

Page 26

1 the same thing over and over again.
2   Q.  Yeah.  And when you met with Detective York,
3 did he tell you that he wanted you to say –
4   A.  Yes, he did.
5   Q.  – you were 100 –
6   A.  Yes, he did.
7   Q.  – 110 percent positive?
8      MR. WRIGHT:  Object to form.
9   A.  He told me he wanted me to make sure that when
10 I done it – when I done that, that I was sure who it
11 was –
12   Q.  And –
13   A.  – and I wouldn't do it.  It's got nothing to
14 do with the cop or anybody else, it's me as a person, if
15 I can not 110 percent identify somebody, I'm not going
16 to do it.
17   Q.  Is that because you didn't want the wrong
18 person to be in jail?  You know, you didn't want to
19 potentially misidentify somebody and have it affect
20 someone's life?
21      MR. WRIGHT:  Object to form.
22   Q.  Or why is it that you didn't want to identify
23 somebody even though Detective York was asking you to?
24      MR. WRIGHT:  Object to form.
25   Q.  You can answer.  Sorry.

Page 27

1   A.  Well, can I plead not to discuss that –
2   Q.  So –
3   A.  – because I think – I think, I'm sitting
4 here and you're wanting me to say something that's on
5 your behalf for this girl, and I'm not on no sides.
6   Q.  And we know that.
7   A.  You understand that?
8   Q.  We know that you're –
9   A.  I'm not.  And I'm not here – I'm not here for
10 that.  I'm here because I told you I don't know nothing.
11   Q.  Sure.  And Mr. Crump, you know –
12   A.  Uh-huh.
13   Q.  – you're not – you're not here, you know, on
14 either side –
15   A.  Well, I answered the question.
16   Q.  – so my –
17   A.  Yeah.
18   Q.  – but my – my question to you is:  In your
19 – in some of these recordings, you told these
20 investigators –
21   A.  I didn't know.  110 percent, I don't know.
22   Q.  No, I know.  And what you told Ms. Evans in
23 this recording was that you didn't want to send an
24 innocent –
25   A.  That's a funny thing, though.  How come you

Page 28

1 got just bit and pieces of that recording?  What
2 happened to the rest of it?
3   Q.  So it's an hour and 45 minutes.  Now –
4   A.  It wasn't that long.
5   Q.  Well, that's how – an hour and 42 minutes is
6 the amount of time that she has on it.  But –
7   A.  I mean, because there's a whole a lot of
8 discussion missing out of that.
9   Q.  I – I get it – but when I ask you, though,
10 is, you know, when you met with Ms. Evans in 2013 –
11   A.  Uh-huh.
12   Q.  – you told her something to the effect that
13 you didn't want to guess and make an identification
14 because you didn't want to send an innocent person to
15 jail.
16   A.  Exactly.
17      MR. WRIGHT:  Object to form.
18   A.  Because I mean, I seriously don't.  I would
19 not want to send somebody to jail and to the death chair
20 if – if I don't know if that's the person.
21   Q.  And is that why you never wanted to guess and
22 make an identification?
23      MR. WRIGHT:  Object to form.
24   A.  I just told you:  I wasn't 110 percent sure.
25   Q.  Okay.  Do you remember Detective York showing

Page 29

1 you some photographs of a female at some point as well?
2      MR. WRIGHT:  Object to form, foundation.
3   A.  I don't know.  He showed me a bunch of
4 pictures is all I know.  I can't – I can't recall.
5   Q.  Okay.
6   A.  I mean, I ain't got all this stuff down on a
7 computer, I mean, you know, I went on with my life, you
8 know.  I got kids, I've got one that's got a heart
9 problem that's going to have to have a pacemaker, I've
10 got another one that's got rickets.  Believe me, there's
11 more in my life than just worrying about this stuff.
12      I mean, any day I could have – I could be
13 going to Cincinnati to put a pacemaker in Levi.  So if
14 you think that I sit around here and worry about this
15 stuff all the time, you're dead wrong, because I didn't.
16   Q.  I'm going to go as quick as I can, Mr. Crump,
17 okay.
18   A.  Uh-huh.
19   Q.  Is it fair to say that you didn't get a good
20 look at the woman who was in the car either?
21   A.  I just told you.  Her head was turned around.
22   Q.  Did you tell the Detective York that the woman
23 who was in the car had hair that was blondish-brown or
24 blondish-brunette?
25   A.  Yes, I did.  But I couldn't see her face.

Page 30

1    Q.  Okay.
2    A.  That could be anybody.
3    Q.  All you could tell is that her hair was
4  blondish-brunette; is that right?
5    A.  That's right.  I could not see a face.  I did
6  tell him that.
7    Q.  Now, Mr. Crump, one of the things that I
8  learned when I was listening to these recordings was
9  that you told these investigators that you had actually
10  seen that car and the person, and the male who you saw
11  walking towards the car again, when you were at a gas
12  station; do you recall that happening?
13    A.  Yes, I – I did not see the people –
14    Q.  Okay.  What did you –
15    A.  – but I seen the car.
16    Q.  What do you remember about seeing the car?
17    A.  It was at the gas station.
18    Q.  And after you saw the car, was this pretty
19  close in time to when Ms. Mills was killed in 2010?
20    A.  No, it was later.
21    Q.  It was later?
22    A.  It was just before we moved.
23    Q.  And would it have been the next year in 2011?
24    A.  No.  No, it wouldn't have been that long.  I
25  can't recall.

Page 31

1    Q.  Okay.  Did you call Detective York to let him
2  know that you had seen the car?
3    MR. WRIGHT:  Object to form.
4    A.  I don't remember whether I did or not.  I
5  can't remember.  Like I said, I do not remember all this
6  stuff.  You're telling me stuff that I can't even
7  remember what I said.  All I can tell you is:  I cannot
8  110 percent identify no one.  I never seen faces.  And
9  that's about all I can tell you.
10    Q.  And is it fair to say that that's what you
11  were telling the officers that you met with during the
12  underlying investigation?
13    MR. WRIGHT:  Object to form.  Answer the best
14    you can.
15    A.  I just told him.  I wanted to be 110 percent
16  sure.
17    Q.  How did you first come in contact with the
18  police?
19    A.  I come back through the thing and I seen all
20  the cops, I had no idea what was going on, and one of
21  the cops over and they come up to the car and I asked
22  them what was going on, because I didn't even know who
23  lived there.  I don't know nobody down here –
24    Q.  Sure.
25    A.  – and I was telling them:  I seen – well, I

Page 32

1  seen somebody.  And that's how all of it come on.  And
2  that's all it was.
3    Q.  Did you meet with – was that during – was
4  that the – the same day that you saw the person at the
5  house or was that the day after you saw the person at
6  the house?  Do you remember?
7    MR. WRIGHT:  Object to form.
8    A.  I don't remember.  I don't remember.  To be
9  honest, I don't.  I just – this has been a long time
10  ago, people, I cannot remember.
11    Q.  I know.  I'm going to try to refresh your
12  memory a little bit by playing part of this.
13    A.  You said this was going to be short.
14    Q.  It is.  I'm actually – I'm halfway through it
15  –
16    A.  Halfway.
17    Q.  – which is fast for me, I promise.  Listen to
18  this and let me know if it refreshes your memory as to
19  whether you saw the cops on the same day that you saw
20  the blue car or whether it was the day before.  All
21  right.
22    (PLAYS AUDIO)
23    A.  Yeah, yeah, yeah.
24    Q.  Okay.  Does that refresh your memory?
25    A.  Yeah.  It was not the same day.

Page 33

1    Q.  So did you speak to the police the day after
2  you saw the blue car?
3    A.  I – no, I spoke to the police the day that I
4  seen all the cops sitting down there that morning when I
5  come back through.
6    Q.  Okay.  But that was the day after you saw the
7  blue car, right?
8    MR. WRIGHT:  Object to form.
9    Q.  You don't recall?
10    A.  I don't remember.  I can't recall all this
11  stuff.
12    Q.  Is it fair to say that your memory would have
13  been more fresh when you met with Ms. Evans in 2013 and
14  told her the information then?
15    A.  I don't know.
16    Q.  Okay.
17    A.  I can't...
18    Q.  Let me play this entire clip real quick.  Hold
19  on.
20    (PLAYS AUDIO)
21    A.  Yeah.
22    Q.  Does that sound right?
23    MR. WRIGHT:  Object to form.
24    A.  I don't know, I guess so.
25    Q.  All right.

1    A.  I don't know, because you-all got me all -- I
2  don't know.
3    Q.  Okay, it doesn't really refresh your memory,
4  right?
5    A.  Not really.
6    Q.  It's been so long?
7    A.  It's been a long time ago.  I don't remember
8  all this stuff.
9    Q.  Okay.  So you were driving by and you spoke to
10  the cops, and tell me about the morning --
11    A.  Well, let me tell you something.  If I could
12  help and if I could 100 percent identify somebody that
13  done what they did, I would have been happy to --
14    Q.  Sure.
15    A.  -- because the person needs to pay for what
16  they done.  Whoever it is.  I can tell you that much.
17  Nobody deserves that.
18    Q.  I don't think -- you know, I think everybody
19  at this table wants to know who, you know.
20    A.  And if I knew, I would be happy to tell you --
21    Q.  I'm sure.
22    A.  -- because I don't think nobody deserves what
23  that woman got.
24    Q.  Sure.
25    A.  And the only reason I knew it was a woman,

1  because the cops told me it was, and they said she was
2  an older lady.  And that's a coward.
3    Q.  Did they ever -- did Detective York or any of
4  the other -- did Detective York ever tell you how she
5  was killed?
6    A.  No, I don't know how she was killed.  I just
7  know she killed, he told me that.  That was none of
8  my business.
9    Q.  Tell -- now, when you saw the blue car, I'm
10  going to show you a photograph.
11    MR. SLOSAR:  I think this is will be Exhibit --
12    A.  Well, this one ain't it --
13    Q.  Sure.
14    A.  -- I can tell you that.
15    Q.  This is -- now I'm not from down here --
16    A.  Neither am I.
17    Q.  -- so don't -- you know, I'm not going to --
18  hopefully I won't offend you when I'm asking you about
19  this road.  But I'm going to show you what we'll mark as
20  -- we're going to show you Exhibit number 6, which is a
21  Google image map of this Stinking Creek Road?
22    A.  Uh-huh.
23    (EXHIBIT 6 MARKED FOR IDENTIFICATION)
24    Q.  Is that the road that you were on when you
25  passed Ms. Mills' house?  Now, if you could --

1    A.  I'm trying to figure out which way is which.
2    Q.  Yeah.  And I'm going to give this to you,
3  Mr. Crump.  And here, I'm going to give you what we'll
4  mark as Group Exhibit number --
5    A.  I don't know even know which one the house is.
6    Q.  All right.  Well, I'm going to help you with
7  that.  I'm going to help you with that.
8    A.  I mean, I can't even figure out which one the
9  house is.
10    Q.  So this is -- so we're going to give you
11  Exhibit --
12    A.  Oh, here's the house, yeah.
13    Q.  Here's Exhibit 7, and then I have a couple
14  more photographs here to help you out.
15    (EXHIBIT 7 MARKED FOR IDENTIFICATION)
16    A.  I can do it real quick, like, too.  Right
17  there.
18    Q.  Okay.  So if you could -- if you could mark on
19  there --
20    A.  Right here.
21    Q.  -- where you were --
22    A.  Right here.  And I was right -- I was coming
23  this way, so I was right here.
24    Q.  Here's Exhibit 8.  Here's another one.
25    (EXHIBIT 8 MARKED FOR IDENTIFICATION)

1    A.  Here's me.
2    THE WITNESS:  Anybody need to see this?
3    Q.  This is -- yeah, we're all going to see it.
4    Here's Exhibit 8.
5    A.  I got the one where I see where the -- the man
6  was that I couldn't see?  The car was sitting there and
7  I was right there.
8    MR. WRIGHT:  So the dot on the road is your
9  Car?
10    THE WITNESS:  Yeah.
11    MR. WRIGHT:  The dot --
12    THE WITNESS:  Yeah, I got it right where it
13  was.
14    MR. WRIGHT:  And the dot on the driveway is the
15  blue car --
16    THE WITNESS:  Uh-huh.
17    MR. WRIGHT:  -- and the black dot is where you
18  saw the man?
19    THE WITNESS:  Yeah, that's where the guy was.
20    MR. SLOSAR:  Right there is the guy.
21    MR. WRIGHT:  Uh-huh.
22    THE WITNESS:  Uh-huh.
23    MR. WRIGHT:  That's how I understand it.
24    THE WITNESS:  Yeah, that's where it was.
25    MR. FARAH:  By the window that's where the

Page 38

1  guy...
2       THE WITNESS:  Yeah, like right in there.
3       Walking right down the side of that house.  Uh-
4  huh.
5  BY MR. SLOSAR:
6    Q.  And this is where your car was?
7    A.  Where I was -- yeah.  Remember, I'm going
8  probably 40-mile-an-hour, but now I did get a glimpse of
9  it going down through there, and I seen the car.
10   Q.  So you were going pretty faster around this
11 corner?
12   A.  Yeah.  And then I got about right here, and,
13 you know, I seen him walking right here.  And you could
14 really see the blue on it, you know.
15   Q.  The blue?
16   A.  Yeah.
17   Q.  Okay?  Was it on the --
18   A.  Paint.
19   Q.  -- was it on like the outside?
20   A.  The -- right in here.
21   Q.  Okay.
22   A.  Yeah.
23   Q.  So it wasn't on the wrist, it was on the
24 outside?
25   A.  Like right in here.  Uh-huh.

Page 39

1    Q.  Okay.  And --
2    A.  But now, the face I never seen it.
3    Q.  Never seen the face?
4    A.  No.
5    Q.  Okay.  And so if we were looking at --
6    A.  Because I remember they had some kind of a
7  hoodie pulled down, yeah.
8    Q.  Can you put a -- can you put like an X on this
9  over -- this --
10   A.  Well, I got you one on that other piece of
11 paper.
12       What you told me about.
13   Q.  Yeah, I know.  So this one is -- so this
14 the house, can you mark on here to tell me just how back
15 you think the car was?
16       MR. WRIGHT:  Object to form.
17   A.  Well, you got a -- you can't really go by this
18 picture, you got to kind of go by that picture.
19   Q.  By the other one?
20   A.  Yeah, because I mean, you're looking an aerial
21 view a way up, you got to go down closer to where you
22 can see the road and everything else.
23   Q.  Okay.  That's fair.
24   A.  I can't make out the mark.  Right here is
25 where I was at.

Page 40

1    Q.  Exhibit 7 is what's most helpful.
2    A.  Right here.  Right here, this is it.  I am --
3  and I'm not too far off from that.
4    Q.  Okay.  Can you --
5    A.  I might be a little further or a little
6  closer, but I'm not too far off.
7    Q.  Can you put -- I know that you have two
8  circles in the driveway --
9    A.  Yeah.
10   Q.  -- and one represents where the man was and
11 one represents where the car was.
12   A.  Right here.  Right here.  And right here where
13 the car is, right here it's pretty close where I was,
14 that's pretty close where the car was and that's pretty
15 close to where he was.
16   Q.  Okay.  So how -- you said that you were going
17 approximately 40 miles per hour?
18   A.  I probably was.  I don't know, I probably
19 wasn't going that fast, because I think it was a snow on
20 the road that morning, if I remember right.
21   Q.  But you had some speed in your car, right?
22       MR. WRIGHT:  Object to the form.
23   A.  Well, yeah.
24   Q.  And, you know, is it --
25   A.  But I couldn't identify a face.  I mean,

Page 41

1  that's just the bottom line, which I've told everybody
2  that.  I can't identify a face.
3    Q.  And where were you headed at that time, you
4  said you were going to see if the kids' school --
5    A.  Yeah, I was going down there to the store.  I
6  always went to the store every morning.  Yeah, I go to
7  the store -- I went to the store about every morning, go
8  down there and gossip around.
9    Q.  Is that what goes down at the store?
10   A.  Ain't that what goes down at every store?  And
11 a country store?
12   Q.  Yeah.  Were you able to see what type of
13 vehicle the blue car was as you passed?
14   A.  It wasn't that one.
15   Q.  And you're talking about that blue Beetle?
16   A.  This one that you showed me.
17   Q.  Okay.
18   A.  That's not it.
19   Q.  Okay.  But were you ever able to determine
20 which type of vehicle it was?
21   A.  It was something like a Cavalier-looking
22 thing, something like that is what it was.  I mean, it
23 wasn't -- this was a nicer car.  This was not a nicer
24 car, yeah.
25   Q.  Was it a new car or an older car?

Page 42

1    A.  I just told you:  This is a nice car, the
2  other one wasn't.
3    Q.  Okay.  Do you recall, was it a light blue or a
4  dark blue?
5    A.  Kind a darker blue.
6    Q.  Darker blue?
7    A.  Uh-huh.  Like a darker blue-like color.  Uh-
8  huh.
9    Q.  Do you know whether it was a two-door or four-
10  door?
11    A.  Don't know.  And that's about all I know.
12  I've told you everything I know.
13    Q.  Were you ever – do you recall, in your 2013
14  conversation, did you tell Lisa Evans that the woman was
15  between the age of 32 and 40?
16      MR. WRIGHT:  Object to form.
17    A.  Don't remember.
18    Q.  Was the woman inside the car between 32 and
19  40, your best guess?
20      MR. WRIGHT:  Object to form.
21    A.  I mean, these days it's hard to tell, because
22  you know why, you can take – you take these young girls
23  anymore, they look like they're 30 years old and half of
24  them is strung out on meth, so they look 50 or 60.  So
25  it's hard to say.

Page 43

1    Q.  How old does Ms. Hoskins look to you?
2      MR. WRIGHT:  Object to form.
3    A.  I don't know.  I could never – my mama always
4  told me never to say a woman's age.
5      MR. WRIGHT:  Good answer.
6    Q.  Is it fair to say that she looks pretty young?
7      MR. WRIGHT:  Object to form.
8    A.  I don't know how old she is.  I know you got a
9  lot of questions, though, don't you?
10    Q.  No, I'm trying to get – you know, I'm trying
11  to get through this, Mr. Crump, I'm sorry.
12      When you saw the man, was he holding any sort
13  of – and you were able to see his tattoo, right, he had
14  a bright-colored tattoo?
15    A.  I don't remember.  I know he had a black – a
16  tattoo.  It was a really bark blue, but now if he had
17  anything in his hand, I can't remember.  I don't
18  remember.
19    Q.  Okay.
20    A.  You-all are asking me stuff that – no, this
21  has been a long time ago.
22    Q.  Do you recall –
23    A.  But I do remember the car sitting in the
24  driveway and it wasn't that one.
25    Q.  Did you see a baseball bat pull in – did you

Page 44

1  see him holding a baseball?
2    A.  No, I don't remember.  I can't remember.  I
3  don't think so, I don't remember if I did or not, to be
4  honest with you.
5    Q.  Well, if you saw the tattoo, you probably
6  would have seen –
7    A.  I don't remember seeing anything in his hand.
8  I don't remember.  I just remember a tattoo.  I can't
9  remember, I don't know.  You're asking me stuff that
10  happened way too long ago, and my sinus is about to kill
11  me right now.
12    Q.  Tell me – do you recall generally what the
13  man was wearing, like...
14    A.  Hoodie.
15    Q.  He had a hoodie on?
16    A.  Uh-huh.
17    Q.  Do you remember what type of – like what the
18  hoodie looked like?
19    A.  God, I can't remember.  And I think I do
20  remember too.
21    Q.  I'll show you something that might even...
22    A.  I think it was like a – maybe a camouflage-
23  looking, if I remember right.  I don't know,
24  I can't remember.  I think so.  I don't remember.  I was
25  thinking it was camouflage, I believe.

Page 45

1    Q.  Okay.  I'm going to show you what we'll mark
2  as Plaintiff's Exhibit number 10.
3      MS. ROBINSON STAPLES:  9
4      MR. SLOSAR:  9, I'm sorry.
5      (EXHIBIT 9 MARKED FOR IDENTIFICATION)
6    Q.  This is just a report that Detective York
7  typed up, and I'll see if it refreshes your memory.
8    A.  I believe it was a camouflage.
9    Q.  According to, looks like the four or fifth
10  sentence, Detective York wrote that you described the
11  male as having a hood on his head, wearing a hunting
12  jacket –
13    A.  Yeah.
14    Q.  – the camo pattern was similar to a popular
15  hunting camo pattern called Mossy Oak, and that on this
16  day, February 2, 2011, you did a sketch with the
17  assistance with another KSP officer.  Does that refresh
18  your recollection as to what the –
19    A.  No, it was camouflage.  That's right, I
20  thought it was camouflage.  I wasn't for sure.  I didn't
21  remember, it's been a long time, but I thought it was
22  camouflage.
23    Q.  Okay.
24    A.  But now, you take this picture that you got
25  right here –

Page 46

1    Q.  Uh-huh.
2    A.  -- this hoodie was nothing like this.
3    Q.  Okay.
4    A.  This hoodie was pulled way down.
5    Q.  How far?
6    A.  Yeah, it was like a -- you ever seen somebody
7  wear an oversized jacket that looks like it's too big
8  for them, you know, that was kind of slouched down like
9  this, going.
10    Q.  Do you have a hood on your sweater?  Can you
11  demonstrate how far down the hoodie was pulled when you
12  saw the guy?
13    A.  Yeah, it was probably down about -- probably
14  down about like this right here.
15    Q.  So that's not --
16    A.  Yeah.  So I couldn't see a face.
17    Q.  So for the court reporter, is it fair to say
18  that the hoodie was pulled down almost to the bottom of
19  the person's nose?
20        MR. WRIGHT:  Object to the form.
21    A.  Yeah, I don't know, I couldn't -- like I told
22  you, I can't 100 percent identify nobody.
23    Q.  Sure.
24    A.  I mean, I don't know what else -- you keep
25  asking these questions when I cannot -- I mean, if I

Page 47

1  could have made a positive ID, don't you think the man
2  would be sitting in jail right now?
3    Q.  Yeah.
4    A.  Yeah.
5        (EXHIBIT 10 MARKED FOR IDENTIFICATION)
6    Q.  So -- all right.  So Mr. Crump, let me show
7  you -- there's the sketch that the police gave us.  It's
8  Exhibit number 10.  Do you recall sitting down with
9  Detective York and another officer named Officer Bunch
10  and they created a sketch in front of you; do you
11  remember that happening?
12    A.  I remember something about it, but I don't
13  remember --
14    Q.  Okay.
15    A.  -- I just know that that -- that this right
16  here was pulled way down there.
17    Q.  And can you just put a mark where you think it
18  was pulled down to.
19    A.  I knowed you thrown a marker somewhere.  I
20  would say this hoodie would have been like right in this
21  area.
22    Q.  Okay.
23    A.  Like right in through here -- not really like,
24  you know, snugged up against, you know, just kind of
25  laid over.

Page 48

1    Q.  So is it fair to say you couldn't see the
2  person's eyes?
3    A.  And if I remember right, when I went through
4  it, they was looking at the house like that, kind of
5  taking their self away from the road.  That's all I
6  remember.
7    Q.  Okay.  So they were looking away from you?
8    A.  Yeah.
9    Q.  Not towards you?
10    A.  Yeah.
11    Q.  And by "they," I'm referring to the man,
12  right?
13    A.  Whoever, yeah.
14    Q.  Okay.  Did you -- when you met with Detective
15  York, did you tell him that the hoodie was pulled down
16  like you just did in the sketch?
17    A.  Yes, I did.  I told him I couldn't see the
18  face.
19        I only had a tattoo and he said, "Okay."
20  That's the only thing I had was a blue tattoo right
21  there.
22    Q.  Did you eventually -- do you remember meeting
23  with Sheriff Pickard and Detective York and walking
24  around Ms. Mills' house at some point?
25    A.  Oh, we did that when we was -- when I pulled

Page 49

1  in the driveway.
2    Q.  The first time?
3        MR. WRIGHT:  Object to form.
4    A.  Yeah.
5    Q.  And what happened -- what happened during that
6  first time when you walked around the house?
7    A.  I told him just what I told you.
8    Q.  Did -- was Sheriff -- do you know who Sheriff
9  Pickard is?
10    A.  Nope.
11    Q.  Do you know, was a Knox County sheriff with
12  you and Detective York, as you explained to them what
13  you saw?
14    A.  I don't know who the people was.  I just know
15  I walked with them, showed them.
16    Q.  All right.
17    A.  But now as far as this, I've done told you:  I
18  cannot identify nobody.
19    Q.  Let me show you something and see -- this is
20  the Lisa Evans recording again.  Just listen to this
21  real quick, Mr. Crump, and let me know if it refreshes
22  your memory or not.
23        (PLAYS AUDIO)
24    A.  Ain't that what I just told you?
25    Q.  It is.  Do you recall whether there was a

Page 50

1  sheriff involved in that process?
2      A.  There was a bunch of people there.  I don't
3  know who all was there.
4      Q.  Did you tell those officers the same thing
5  that you testified to here today?
6      A.  Yeah.
7      Q.  Okay.  Now –
8      A.  I mean, I'm telling you the truth.  I'm not
9  sitting here.  I mean, you know, just like I tell you
10  again, if I can't identify who didn't do it, how am I
11  going to identify who did do it?
12      Q.  Sure.
13      A.  So I don't see how I'm helping your client.
14  You tell me that your client is trying to sue Knox
15  County for this, I mean, how am I going to help either
16  one?
17      Q.  I understand.  And I'm not – look, I'm not
18  asking you to help anybody.  I'm just asking you to tell
19  the truth.  That's all.
20      A.  Well, I told you the truth.
21      Q.  I know.  Mr. Crump, I'm going to show you,
22  this is this Group Exhibit 3, and I'm just going to show
23  –
24      A.  You just showed me them pictures.
25      Q.  Yes, okay.

Page 51

1      A.  So they'll still look the same.
2      Q.  Did – did the person in this pic –
3      A.  Yeah.
4      Q.  – I know that you told the detective that the
5  – according to the report that the person you had hair
6  that was sort of sticking out of the hoodie, longer
7  hair; do you recall that?
8      A.  Yeah.
9      MR. WRIGHT:  Object to form.
10      Q.  Okay.  Did the person that you saw – did the
11  man that you saw, did he have hair that was sticking out
12  of the hoodie?
13      A.  These are the same pictures you just showed
14  me.
15      Q.  They are.
16      A.  If I can't identify them, why are you –
17      Q.  I'm not going to ask –
18      A.  – why do you keep asking me the same stuff
19  over and over again?  I don't understand.
20      Q.  I'm not going to ask you to identify them.
21  What I'm going to ask you is:  Did this person – did
22  the person you saw have longer hair that is similar to
23  the hair in that photograph?
24      MR. WRIGHT:  Object to form.
25      A.  I don't know.  I don't know how long the man's

Page 52

1  hair was if he's got a hoodie on.
2      Q.  Okay.  Do you recall –
3      MR. KELLEY:  Join.
4      Q.  Did you – do you recall Detective York giving
5  you a speeding ticket prior – prior to this incident?
6      A.  Yeah.  Yeah.
7      Q.  Okay.
8      A.  So what's that got to do with it?
9      Q.  And I'm not saying it has anything to do with
10  it.
11      I'm going to show you what we'll mark as
12  Exhibit 11.
13      (EXHIBIT 11 MARKED FOR IDENTIFICATION)
14      A.  Now, I don't see how by me having a speeding
15  ticket has anything to do with what you're doing here.
16      Q.  Well, no, no, no.  I'm not saying it does.  So
17  this is PL 15243.  No, my question to you is something
18  different.  So Ms. Mills was found dead on December 20,
19  2010.  And apparently that was the same day that you had
20  court for your speeding ticket, according to this Knox
21      County District Court thing.  And what I
22  wanted to ask you is:  Do you remember going to court
23  for the traffic ticket that Detective York had given
24  you?
25      MR. WRIGHT:  Object to form.

Page 53

1      A.  I don't know whether I did or not.  I can't
2  remember.
3      Q.  Okay.  And did – did Detective York, when we
4  – according to this document, it says that there was a
5  failure to appear issue, which I take that to mean a
6  type of warrant that was issued for you not showing up.
7      A.  Oh, I don't know nothing about none.
8      Q.  Did you ever know that?
9      A.  Nope.
10      Q.  Okay.  Did Detective York ever talk to you
11  about that?
12      A.  No.
13      Q.  Okay.
14      A.  I didn't know.  I go to the courthouse all the
15  time.
16      MR. WRIGHT:  Well, I'll just object to form to
17      your interpretation of that.
18      THE WITNESS:  Huh?
19      MR. SLOSAR:  To failure to whether he appeared
20      or not?
21      MR. WRIGHT:  Whether there was a warrant issued
22      or not is what I'm objecting to.
23      MR. KELLEY:  I join in the objection to the
24  Extent.  I don't think it's a speeding ticket.
25      A.  Seatbelt, it was seatbelt.

Page 54

BY MR. SLOSAR:
1  BY MR. SLOSAR:
2    Q.  Okay.  Even more meaninglessly, right, a failure
3  to wear a seatbelt ticket.
4    A.  Yeah.
5    Q.  It looks like that was – you were pulled over
6  on November 18, 2010?
7    A.  Yeah, in town by – it was by Little Caesars.
8    Q.  By Little Caesars.
9    A.  Pretty close to Little Caesars.
10    Q.  Prior to getting pulled over by Detective York
11  in November, did – have you ever met him before?
12    A.  No.
13    Q.  Okay.
14    A.  No.  I'm not from here.  I don't know nobody
15  here.
16        The only people I know here is my woman's
17  people and that's it.  I know Johnny Peters and all them
18  that's all I know.  I don't know anybody else.
19    Q.  I know, today –
20    A.  And the people down there to the store where I
21  go all the time.
22    Q.  I know today you were having some trouble
23  reading some because you don't have your glasses with
24  you, right?  Mr. Crump, in the 1990s, do you – were you
25  in the military?

Page 55

1    A.  Yeah, '90 and '97.
2    Q.  Okay.  And were you in the National Guard?
3    A.  Yes.
4    Q.  Okay.  Thank you for your service.
5    A.  And I got an honorable discharge.
6    Q.  I see you got a lot of awards from the
7  documents that they gave us.  You were – it seems like
8  you had a marksman badge with a rifle; is that right?  A
9  sharpshooter?  Sharpshooter badge?
10    A.  (Nods head affirmatively.)
11    Q.  All right.  I will cut you –
12    A.  That's not really good, but yeah.  It's all
13  right, I reckon.  It's not expert.
14    Q.  I don't know the difference.  I don't know the
15  different statuses.
16    A.  So what does this have to pertain to this?
17    Q.  No, so I'm going to show you – it looks like
18  there's some documents that they gave us –
19        MR. WRIGHT:  Who are you talking about?
20  "They," are you talking about the military?
21        MR. SLOSAR:  Yes.
22  BY MR. SLOSAR:
23    Q.  I'm going to show you what we'll mark as
24  Exhibit 12, and the – these are my last couple of
25  questions and then I'll be done, Mr. Crump.  Here's

Page 56

1  Exhibit 12.
2        (EXHIBIT 12 MARKED FOR IDENTIFICATION)
3    A.  Yes.
4    Q.  The second page is very, very small, but on
5  the second page is a report of your medical history.  In
6  the left-hand column about six blocks down, you've
7  checked "yes" with having eye trouble.  Did you have eye
8  trouble back when you – back in 1993 when you were
9  doing this medical history for the National Guard?
10    A.  They apparently wrote it down, I don't know
11  whether I did or not.
12    Q.  Okay.  So they –
13    A.  I always thought I could see pretty good
14  except for reading.
15    Q.  So you didn't document that, though, that was
16  some person?
17    A.  That's them; that ain't me.
18    Q.  Okay.  All right.
19    A.  Yeah.  You'd have to ask them that.
20        MR. SLOSAR:  Mr. Crump, I am super sorry that I
21  took up so much of your time today.
22        THE WITNESS:  I am, too.
23        MR. SLOSAR:  I don't have any further questions
24  for you.
25        CROSS EXAMINATION

Page 57

1  BY MR. WRIGHT:
2    Q.  Mr. Crump, my name is Derrick Wright.  I
3  represent Detective York.  I've just got a few
4  questions.  I think you covered most things.
5    A.  Okay.
6    Q.  But it sounds like your memory is that you saw
7  police at the residence some time after the murder?
8    A.  Yes, sir.
9    Q.  You don't remember how many days that would
10  have been?
11    A.  No, sir.
12    Q.  Okay.  But to your memory, it wasn't same day?
13    A.  If I remember right, it wasn't the same day.
14  I cannot remember everything.  You-all go look, this has
15  been a long time ago.
16    Q.  I understand.  Was there a lot of police at
17  the scene when you saw them?
18    A.  Yeah, I remember that.  Yeah.
19    Q.  Half dozen, dozen; do you remember?
20    A.  I don't know how many.  I never counted them
21  all, but there was a bunch of them there.
22    Q.  Do you remember if you saw Detective York that
23  day or did you see him later?
24    A.  If he's a black-headed guy?  I don't remember
25  if Detective York was there or not, I really don't

Page 58

1  remember.
2      Q.  He did come visit you later on at your house
3  --
4      A.  Yes.
5      Q.  -- with another --
6      A.  Yes, sir.  He did.
7      Q.  And that's when you did the sketch, I believe?
8      A.  Yeah.  See, but I don't know any -- I don't
9  remember all this kind of stuff.
10      Q.  I understand.  On that sketch, it's Exhibit
11  10, I think we handed to you; do you see that?
12      A.  Lord, I've got papers throwed everywhere.
13  Which one would that be?
14      Q.  That would be your sketch.
15      A.  All right.
16      Q.  Is that your signature on there?
17      A.  Yes, but now, this was on down.
18      Q.  Okay.
19      A.  This hoodie was on down, and I remember
20  telling him that it was kind of like the side of his
21  face, and all I could see -- mostly what I went by was
22  his tattoo.  That's what I went by.  That's what
23  I remember, because it stood out, it was real blue.
24      Q.  Sure.
25      A.  That's what stood out mostly.

Page 59

1      Q.  And where did you --
2      A.  Now, this car, not the car.  It was like an
3  old Cavalier-looking thing.
4      Q.  Let me show you --
5      A.  Now, I can tell you that right now.  This car
6  is here is not it.  This is a nicer car.  This wasn't a
7  nice car.
8      Q.  I'm going to hand you a document labeled PL
9  26114.
10      MR. SLOSAR:  So this is 13?
11      MR. WRIGHT:  Yes, Exhibit 13.
12      (EXHIBIT 13 MARKED FOR IDENTIFICATION)
13      Q.  Does that car --
14      A.  Uh-uh.
15      Q.  -- resemble it?
16      A.  No.
17      Q.  No?
18      A.  Different blue.
19      Q.  A different blue, okay.
20      MR. SLOSAR:  Keep it down on there.  Sorry.
21      THE WITNESS:  Where do you want me to put this
22  thing at?
23      MR. SLOSAR:  Just anywhere on there.
24      Sorry.
25      A.  This was a blue, like a -- I don't see

Page 60

1  anything like it.  Not this color blue, more of a
2  lighter color blue, like a -- like a -- and this car
3  looks better than what it looked.
4  BY MR. WRIGHT:
5      Q.  Okay.
6      A.  This car looked a whole lot better than this
7  looked.  This was the scrungey-looking like old blue
8  car.  Like an old Cavalier --
9      A.  Okay.
10      Q.  -- is what it looked like.  Like an old
11  Cavalier.
12      Q.  Was the car backed in, to your memory?
13      A.  No, it was -- yeah, it was backed in like
14  this, yeah.  I remember telling them that.  I remember
15  that for sure.  Yeah, it was headed out.
16      Q.  On that sketch, do you see that notation by
17  your signature, "85 to 90 percent"?
18      A.  Yeah.
19      Q.  Did you fill that in with your signature?
20      A.  That's not my writing.
21      Q.  That's not yours.
22      A.  Uh-uh.  I can't write that good.  I can't
23  write numbers that good.
24      Q.  Do you have any memory of telling them of an
25  85, 90 percent?

Page 61

1      A.  I don't remember.  To be honest, I don't.
2      Q.  Not sure?
3      A.  No, I really don't.  I just remember that I
4  know this car ain't it.  It was more of a Cavalier and
5  it looked -- this looks good compared to what that car
6  looked.
7      Q.  All right.
8      A.  Yeah.
9      Q.  The --
10      A.  Because that car don't really -- that car
11  looks like good compared to it.
12      Q.  Did -- do you recall whether the people coming
13  out of the house --
14      A.  No, it wasn't people.  It was only one.
15      Q.  I'm sorry, the male, I'm sorry, the white
16  male.
17      A.  Yeah, only one.
18      Q.  Do you ever recall seeing a surprised look on
19  that person's face?
20      A.  Not really.  I didn't see the face.  It was
21  this way.  Yeah, it was toward the house.  I wasn't no
22  face I saw.
23      Q.  And what time -- I think you'd said that you
24  -- to the best of your memory, you were going to the
25  market to check about school, whether it was closed

Page 62

1  because the bus hadn't run?
2      A.  Uh-huh.
3      Q.  Is that – can you say "yes"?  I'm sorry.
4      A.  Yes, yes, I'm sorry, yes.
5      Q.  What time did the bus usually run, was it
6  before 8:00?
7      A.  Well, it run pretty early in the morning and
8  we sat down and waited and waited, me and her did, and
9  we was waiting for a bus coming down and nothing ever
10  come down through there, so I said – because see, a lot
11  of times – we live down this long lane, and a lot of
12  times she's real bad.  Well, they wouldn't go until –
13  go down through there, so I thought well, maybe the
14  school bus did, maybe there is school.  And we didn't
15  have TV either, or nothing – so I took out and went
16  down to the store, me and her did, see if there was any
17  school, because we was going to take our young ones to
18  school.
19          It was in the morning.
20      Q.  It was in the morning?
21      A.  In the morning.  I don't – I can't recall
22  what time, I just know it was in the morning, but I do
23  remember we thought there might have been school.
24      Q.  When the – you were asked about when some –
25  two ladies came to your house to talk about what you had

Page 63

1  seen.
2      A.  Oh, a bunch of them come.  Everybody was
3  coming to my house.
4      Q.  Do you remember if they showed you any
5  pictures?
6      A.  It seemed like every one of them showed me
7  something.
8      Q.  Okay.  Do you recall whether that may have
9  been the first time you ever saw any pictures?
10      A.  I seen a bunch of pictures.
11      Q.  Okay.
12      A.  I don't remember if that's the first time or
13  not, but I re – I know I seen a bunch of pictures.
14      Q.  Did – when you were – I know you moved
15  around some, when did you move out of the area?  I know
16  that you moved from the end of the lane up to a trailer
17  by the market some time after she was found dead; is
18  that right?
19      A.  Yeah, she had – she done had that – you
20  know, she done had that rented.  We wanted out of that
21  hollow because you couldn't get in and out there.  It
22  was bad up in there.  That old house was cold.
23      Q.  I – yeah, I understand.
24      A.  Yeah.
25      Q.  And I think you were by a trailer by that gas

Page 64

1  station when Detective York came to visit you?
2      A.  Uh-huh.
3      Q.  The guy who did the sketch; is that right?
4      A.  That's right.  I was up on top of the hill
5  from the thing.
6      Q.  And his report said, I believe, February 2,
7  2011; does that sound about right?
8      A.  Could be.  I don't know.
9      Q.  Don't know.  Fair enough.  Do you remember how
10  long it would have been after you moved out of that
11  place?
12      A.  Well, I got a call about a job in Oklahoma,
13  which I done told him I had a job in Oklahoma, that's
14  where we was moving to, I think so, and I went out there
15  and started – went to work.
16      Q.  How long were you in Oklahoma; do you know?
17      A.  We was out there for about a year.  And then I
18  moved from there, I had another job somewhere else, and
19  we was in the spurt where was just moving job to job,
20  trying to make a living.
21      Q.  Make ends meet?
22      A.  Got to do what you got to do to make a living.
23      Q.  I understand.  Did you ever –
24      A.  Got kids to take care of.
25      Q.  Do you recall any police officers trying to

Page 65

1  track you down when you were in these other states to
2  show you pictures or did – did you –
3      A.  No, I didn't have no police officers.  Them
4  kind of people, yeah.
5      Q.  And I think you mentioned in Louisiana?
6      A.  Yeah.
7      Q.  Anywhere else?
8      A.  No, Louisiana was the worst.  That really took
9  the cake right there, showing up at my job.  That almost
10  got me fired.
11      Q.  Was that a male, female; do you remember?
12      A.  Male and female.
13      Q.  Both?
14      A.  I don't know their names.  Don't ask me.  I
15  just know it was a man and woman.
16      Q.  Did you only see them that one time?
17      A.  One time.  Yes, sir.  That one time almost got
18  me fired.
19      Q.  At that meeting with the two ladies at your
20  house in 2013, they did a report and indicated that they
21  would follow up with colored pictures; do you recall a
22  follow-up, being shown colored pictures?
23      A.  Kind of like them colored pictures like that.
24      Q.  Okay.  And which one are you pointing at, the
25  guy with the white or the guy with the black coat?

Page 66

1    A.  Don't recall.  But I think it might have been
2  this one.  One like this one, maybe.  I don't remember
3  for sure.
4    Q.  Not for sure?
5    A.  No.  But I know it was – it was something
6  made up like this kind of picture.
7    Q.  Okay.
8    A.  Yeah, I remember that.  But now I told them
9  the same thing, I kept telling every one of them the
10  same thing:  I did not see a face.
11    Q.  Did you ever recall an incident where a short
12  man may have come up to your trailer by the market?
13    A.  Uh-huh.
14    Q.  What did he tell you, to your memory?
15    A.  Not really anything much.  He was just – he
16  was just asking a bunch of questions why everybody was
17  out – out there.
18    Q.  Okay.
19    A.  Uh-huh.
20    Q.  Did you feel threatened by that?
21    A.  I kind of felt like that my family could have
22  been in danger.
23    Q.  Did you ever hear a rumor that there was a hit
24  on you?
25    A.  Yes, I did.

Page 67

1    Q.  When did you hear that rumor?
2    A.  I heard that from my father-in-law.
3    Q.  Where does he live at?
4    A.  He lives down here at – in Barbourville.
5    Q.  Okay.  Did he tell you where he had heard the
6  rumor from?
7    A.  No.
8    Q.  Do you remember what timeframe that would have
9  been, was that before you moved to Oklahoma?
10    A.  A little bit before.
11    Q.  That's all that I saw in the record.  Do you
12  have any memory of any other instances where you may
13  have felt threatened?
14    A.  No, sir.  But you know, when that guy came to
15  the House, I told him the same thing.  I said, "I don't
16  know who done it.  I can't – I can't 100 percent
17  identify nobody."  You know, because I think he had a
18  pretty good idea why he – why I knew why he was there.
19    Q.  You knew who was there?
20    A.  That guy.
21    Q.  Okay.
22    A.  Yeah, I said – you know, I said, "I don't
23  know why you're here, but I cannot identify nobody."
24    Q.  I'll give you a picture that's labeled PL
25  6229; have you ever seen that photo before?

Page 68

1    A.  Uh-huh.
2    Q.  You have?
3    A.  Uh-huh.
4    Q.  When did you see that?
5    A.  Somebody showed me.  I can't remember who, but
6  I remember seeing it before.
7    Q.  Okay.  Does that tattoo resemble –
8    A.  The color.  If it was more darker, maybe about
9  right in there.
10    Q.  Okay.
11    MR. SLOSAR:  You're pointing to the – you're
12  saying –
13    THE WITNESS:  About right up in here, this
14  area, right from here to right in there.
15    MR. SLOSAR:  At the tattoo.  You're pointing
16  higher up on the wrist; is that right?
17    THE WITNESS:  Uh-huh.  Not here.  Right here.
18  I'll mark it.
19    MR. WRIGHT:  Okay, what exhibit are we on?
20    MR. SLOSAR:  So that's 14?
21    (EXHIBIT 14 MARKED FOR IDENTIFICATION)
22    THE WITNESS:  I don't know.  I'm on the picture
23  here.
24    MR. SLOSAR:  So just for the record –
25    THE WITNESS:  Right in here.

Page 69

1    MR. SLOSAR:  Just for the record, Mr. Crump is
2  – has marked Exhibit 14 as to the tattoo that he
3  saw was higher up on the person's wrist.
4    THE WITNESS:  Yeah, be right in this area.
5    MR. WRIGHT:  Object to form.
6    MR. SLOSAR:  I was actually –
7    THE WITNESS:  I mean, but you're looking at a
8  distance.  I mean, I cannot identify nothing.  I do
9  not 110 percent sure of anything.  I mean, you're
10  asking me questions that it's been a long time ago.
11  BY MR. WRIGHT:
12    Q.  I understand.  And who was the people who
13  showed you that picture; do you remember?
14    A.  Oh, God, I can't remember.
15    Q.  Is that the ladies?
16    A.  I don't know.
17    MR. SLOSAR:  Objection to the form.
18    A.  I don't remember.  I just remember seeing that
19  picture, but I don't remember who showed it to me.
20    Q.  What did you tell them about that picture, to
21  the best of your memory?
22    A.  Heck, I don't even remember what I told them.
23  I really don't.  I'm telling you the honest to God's
24  truth.  I don't remember.  I really don't remember.  It
25  would be – I don't – I don't know.  I really don't.

Page 70

1     And I'm not lying to you, I don't know, I
2  can't remember.
3     Q.  Did you mark –
4     A.  No.
5     Q.  – do you remember marking on the –
6     A.  Nope, never.  I know I never marked on
7  anything.
8        This is the first time I've marked on
9  anything.
10    Q.  Okay.  So you think you've been shown
11  pictures, but you can't remember marking any pictures –
12    MR. SLOSAR:  Objection to form.  Mistakes his
13    testimony.  He just said that he has never marked
14    anything.
15    A.  I've never marked on any pictures I know of.
16  If I have, I don't remember, let's put it that way.  I
17  don't recall doing it, I might have, I don't know.
18        You-all asking me stuff that's happened,
19  golly.
20    Q.  I understand.
21    A.  I can't remember this stuff.
22    Q.  Did – is your testimony that you saw what you
23  thought was the car at the gas station later on; is that
24  right?
25    A.  Yeah.

Page 71

1     Q.  Are you – do you remember whether the people
2  in that car were the –
3     A.  Bunch of people.
4     Q.  Bunch of people.  Did you recognize any of
5  them at the scene?
6     A.  No.
7     Q.  Okay.
8     A.  Not that I remember.  I know that car, though.
9        That was – I'm almost dead sure it was the
10  same car.  I know it was the same car in the driveway.
11    Q.  Do you remember seeing anybody with tattoos at
12  the gas station at that...
13    A.  Honest to God, I was in and out and leaving.
14    Q.  Okay.
15    A.  I wanted to hurry up and get away.
16    Q.  Was your family there with you?
17    A.  Yeah, all my kids and everything was in the
18  car.
19        My kids come before anything.
20    Q.  Did any of your – do you recall when you had
21  this meeting with the two ladies at your home, were your
22  sons there that day?
23    A.  Uh-huh.
24    Q.  Yes?
25    A.  Yeah.  My family is always with me, yeah.

Page 72

1     Q.  Do you recall that one of your sons mentioned
2  that the guy at the market had initials tattoos?
3     MR. SLOSAR:  Objection to form.
4     A.  He might have, I don't remember.  He might
5  have.
6        That would have been probably Cameron.
7     Q.  Okay.
8     A.  I don't know.  I do not know.  I'll say she's
9  getting tired of waiting, she's sitting out there.
10  Yeah, she's probably saying I wish they'd hurry up,
11  yeah, because I missed my doctor's appointment, my lung
12  specialist this morning.
13    MR. SLOSAR:  What time was it?
14    THE WITNESS:  Oh, it was at 10:00, yeah.
15    MR. WRIGHT:  That's all right.  I'll pass the
16    witness.
17        EXAMINATION
18  BY MR. KELLEY:
19    Q.  Mr. Crump, again, my name is John Kelley.
20    A.  Uh-huh.
21    Q.  And I'm here representing Knox County.
22    A.  Yes, sir.
23    Q.  I also represent Sheriff John Pickard who was
24  the sheriff back then.  He's no longer sheriff.
25    A.  Yes, sir.

Page 73

1     Q.  I also represent a detective – excuse me, a
2  deputy, Derek Eubanks.
3     A.  I don't know him.
4     Q.  Okay.  I have to admit that I have a few
5  questions, but they'll be equally as irritating and
6  equally taxing on your memory.  I don't mean to make it
7  a –
8     A.  Well, I just don't remember all this stuff.
9     Q.  Yeah, I understand completely.
10    A.  I really don't.
11    Q.  I do.  I have trouble with what I ate this
12  morning, so...
13    A.  Yes.
14    Q.  All right, sir.  As I understood your previous
15  testimony, you don't know Sheriff Pickard; is that
16  correct?
17    A.  I don't any of them.
18    Q.  Okay.  I'm going to assume then the same is
19  true of Deputy Eubanks, you don't know who he is?
20    A.  No, sir.
21    Q.  All right.
22    A.  I wouldn't know him if he walked by right now.
23    Q.  Do you know anybody who was working for the
24  Knox County Sheriff's Department?
25    A.  No, sir.  I do not.

Page 74

1  Q. Okay. Do you remember anybody trying to
2  pressure you into giving an answer?
3  A. No, sir.
4  Q. Nobody did?
5  A. No, nobody hounded me. They wanted me to tell
6  the truth, and I told them that, I've told everybody
7  that, nobody has tried to put nothing in my head.
8  Q. Have you been back to Knox County since you
9  left back, I guess, around 2012?
10  A. We moved there. I bought the mayor's old
11  house.
12  Q. Okay. So you're living back in Knox County
13  right now?
14  A. Yes, sir.
15  Q. Okay. How long have you been back?
16  A. I think she bought the house about six months
17  ago. Yep.
18  Q. So where is your address now?
19  A. 46 Honeysuckle Ridge.
20  Q. Okay. Is that in Flat Lick or where is it?
21  A. No, I live up here on – off from Long Branch,
22  I bought the mayor's house.
23  Q. The mayor's house, the mayor of Barbourville?
24  A. Yeah.
25  Q. That was Pat Hauser at one time, is that who

Page 75

1  you're talking about or do you remember?
2  A. No, I think his name is David somebody.
3  Q. Okay.
4  A. She bought it. I didn't buy it. She bought
5  it.
6  Q. Got you. You talked about your father-in-law,
7  who is your father-in-law?
8  A. Jerry Peters. We're not married, we've just
9  been together for six to eight years.
10  Q. Got you.
11  A. Yeah.
12  Q. Mr. Peters is still living in – does he live
13  in Flat Lick?
14  A. Uh-uh. He lives down there in – besides the
15  school.
16  Q. Which school is it?
17  A. All I know is the one back here in the back,
18  back here.
19  Q. You keep pointing. Do you – you're not
20  talking about London, are you?
21  A. No.
22  Q. You're talking about Knox County?
23  A. I'm talking about Barbourville. You know,
24  when you go like down there to the, past the college
25  down there.

Page 76

1  Q. There's Dewitt. I know there's Dewitt down
2  there.
3  A. No, the Union College.
4  Q. Oh, okay.
5  A. And then you go down, there's a store right
6  there. I mean, over here is the –
7  Q. So you're right in the city –
8  A. – school right there in the –
9  Q. You're in the city?
10  A. – almost in front of that store.
11  Q. Got you.
12  A. Yeah.
13  Q. All right. In – I won't have you look at or
14  play any audio portions, I'll just say that in the
15  summary of a statement that Ms. Hoskins' defense team
16  took back in March of 2013, they said that "They talk
17  about a meeting where later, Detective York Sheriff
18  Pickard and short guy, came to Crump's residence and
19  recorded another interview. The short guy did a sketch
20  as Mr. Crump described the male he had seen at Ms.
21       Mills' residence. Mr. Crump had moved that –
22  by that time and was living in a trailer that he was
23  renting from the people that owned from the store."
24  A. Well, she rented.
25  Q. Okay.

Page 77

1  A. Yeah.
2  Q. But do you remember that meeting?
3  A. Yeah, but I don't remember what all was said.
4  Q. Do you remember whether or not somebody from
5  the Knox County Sheriff's department was there either?
6  A. There was some cops there.
7  Q. All right.
8  A. But I don't know who they are.
9  Q. Have a brown uniform or blue or do you
10  remember what color uniform?
11  A. I just know they was at the Sheriff's
12  department.
13  Q. All right. I'm going to ask an equally dumb
14  question, I apologize, but do you remember anything that
15  was said during that meeting?
16  A. No, I really don't. I mean, I'm not going to
17  lie to you, I don't – this has been so long.
18  Q. It's a long time. I just got to ask the
19  question.
20  A. I do not remember this stuff.
21  Q. All right. When there was – you mentioned
22  that somebody had told you, I think your father-in-law
23  told you, that he had heard tell of a hit being placed
24  on you, did you go to the Knox County Sheriff or talk to
25  any police or law enforcement at that time?

Page 78

1      MR. SLOSAR: Objection to form.
2      A. I can't remember if I did or not.
3      Q. When the – what you described, I believe, as
4  a short guy, came up to your house and started asking a
5  lot of questions –
6      A. Uh-huh.
7      Q. – again, was that an instance where you might
8  have called the Sheriff's department or –
9      A. I might have then.
10     Q. Huh?
11     A. I don't know if I called the Sheriff's
12  department. I think I got in contact with Detective
13  York, I believe I did or I might have, I don't remember.
14        I just know somehow, I don't remember exactly
15  how it went about, but I did let somebody from the
16  police department or State Police post, Detective York
17  or somebody know about it, because that's how he knows
18  about it.
19     Q. Do you know if any further investigation was
20  done or do you have any idea?
21     A. Well, I don't know.
22     Q. Okay. Did you ever see that guy again?
23     A. Never seen him no more.
24     MR. KELLEY: Okay. I believe that's all I
25  have.

Page 79

1        Thank you very much.
2        THE WITNESS: But my family is my main priority
3  to my stuff.
4        MR. KELLEY: Sure.
5        MR. FARAH: Well, I'm going to try to get you
6  out of here quick. I'm going to be very short and
7  very direct.
8        THE WITNESS: Okay.
9              EXAMINATION
10  BY MR. FARAH:
11     Q. I represent Mike Broughton and the
12  Barbourville
13  Police Department.
14     A. Yes, sir.
15     Q. Do you know who Mike Broughton is?
16     A. No, sir.
17     Q. Okay. Have you ever had any interaction with
18  any member of the Barbourville Police Department?
19     A. No, sir.
20     Q. Were you ever taken to the Barbourville Police
21  Department for any interviews in this case?
22     A. No, sir.
23     Q. And you've talked about being around a bunch
24  – you refer to the them as the cops or police several
25  times.

Page 80

1      A. Yes.
2      Q. Do you recognize or recall any member of
3  Barbourville Police Department ever being in any of
4  those meetings or interviews?
5      A. I'm trying to think.
6      Q. You talked about Detective York, Sheriff
7  Pickard, other officers. Do you know if any member of
8  the Barbourville Police Department was ever present at
9  any of those?
10     A. I can't recall. I don't know if they were or
11  not. I can't – I can't say yes or no. I don't want to
12  sit here and say yes and I'll be lying to you.
13     Q. Okay. But you wouldn't – if it was Mike
14  Broughton, you wouldn't know who that is, right?
15     A. I don't know who he is.
16     MR. FARAH: Okay. That's all I've got.
17     Thank you, sir.
18     THE WITNESS: I don't know who he is. I don't
19     even know who the sheriff is. All I know is mayor,
20     because that's the one I bought the house off from.
21     MR. FARAH: I think it was David Thompson.
22     THE WITNESS: David Thompson, yep. An old lady
23     bought that house at Round House off from me.
24             EXAMINATION
25  BY MR. WEBER:

Page 81

1      Q. Mr. Crump, my name is Cody Weber. I'm going
2  to try to be really brief. I represent some Kentucky
3  State Police troopers in this case.
4      A. Uh-huh.
5      Q. Their names have not come up yet so far today,
6  but I was going to ask you if you know of them, any sort
7  of interactions you have had. The first is Trooper Mark
8  Mefford; do you know Trooper Mefford?
9      A. Wouldn't know him if I've seen him.
10     Q. Okay. Not aware if he was involved any of the
11  times we've talked about where a policeman is there,
12  were you –
13     A. I don't know.
14     Q. – introduced?
15     A. I don't know any of them.
16     Q. Trooper Brian Johnson, not aware of him?
17     A. Nope.
18     Q. Trooper Jackie Joseph Pickrell, have you ever
19  met her?
20     A. No, but I'd remember that name, though,
21  because that's kind of a wild name, yeah. Uh-huh.
22     Q. Why do you remember that name?
23     A. No, I said I would remember that name, yeah,
24  that's kind of a wild name, I'd remember something like
25  that.

Page 82

1    Q.  All right.  What about Trooper Dallas Eubanks
2  –
3    A.  Dallas Eubanks.
4    Q.  – any interactions with him?
5    A.  No.
6    Q.  Never met him?
7    A.  If I met him, I don't know him.
8    Q.  Okay.
9    A.  Yeah.
10   Q.  Trooper Kelly Farris, every met him?
11   A.  Uh-uh.  I don't know.  I might have.  I don't
12 know.
13   Q.  You don't remember him being –
14   A.  No.
15   Q.  – present at any time with it?
16   A.  I don't know.  They may have.  I don't know, I
17 can't – I don't know none of these people.
18   Q.  Never – to know – if they were sitting right
19 here, you wouldn't even know it?
20   A.  Well, you could be one of them for all I know,
21 I don't know.  I don't know these people.  I'm not from
22 here.
23   Q.  I understand.  I understand.  I understand.
24       Well, I do want to play a short audio clip,
25 and just – we'll go ahead and plays it first.

Page 83

1       (PLAYS AUDIO)
2    Q.  Is that your son's voice?
3    A.  That sounded like me.  That who it sounded
4  like, me, or somebody playing a game.
5    MR. WEBER:  Well, I don't have any further
6  questions.  Thank you.
7    THE WITNESS:  Wasn't that me?  It sounded like
8  me.  Something about they was playing the game.
9       REDIRECT EXAMINATION
10 BY MR. SLOSAR:
11   Q.  So I think it's back to me.
12   A.  I thought I was done with you.
13   Q.  You're definitely done with me.  Sir, Mr.
14 Crump, I believe you testified earlier that when you
15 went to the gas station and you saw this car, that you
16 didn't recognize any of the people in that car as being
17 the man or woman that you saw at the – Ms. Mills'
18 house; is that right?
19   A.  No, I don't – I don't recall any of them
20 being there.  But I knew the car and I was getting my
21 family out of there.
22   Q.  Sure.  And is it fair to – I believe earlier
23 you testified that you were telling the police since the
24 first time you met with them that you didn't get a look
25 at the man's face –

Page 84

1    MR. WRIGHT:  Object to the form.
2    A.  I think I've said that the whole time through
3  this thing.
4    Q.  Yeah.  And did you tell police since the first
5  time you met with them that the hoodie was pulled down
6  about halfway over the face?
7    MR. WRIGHT:  Object to form.
8    A.  I couldn't see the face.
9    Q.  And earlier –
10   A.  Didn't I just answer these questions to you
11 before?
12   Q.  You did, I've got one more question for you.
13 One more question, okay – well, two more questions.
14   A.  Yeah, it will be three or four more, won't it,
15 yeah.
16   Q.  There was – they were asking you some
17 questions about a little guy showing up on your
18 doorstep, were you ever afraid to tell the police
19 everything that you knew about this case?  Like did you
20 ever hold anything back when you met with the police
21 because of this?
22   A.  Oh, no, I didn't hold nothing back.
23   Q.  Okay.
24   A.  No.  Because I know if I needed protection, I
25 could count on – they would give me production for me

Page 85

1  and my family, if I need it.
2    Q.  Sure.
3    A.  But I told you everything I know.  And I mean,
4  me personally, I would love to be able to put these
5  people in jail, because I think that's where they
6  deserve.
7    Q.  Whoever did this?
8    A.  Yes.
9    Q.  Yep.
10   A.  I think they deserve punishment for it.
11   Q.  The – this is my last question.
12   A.  I doubt that.
13   Q.  The man that you – the man that you saw next
14 – walking next to the blue car had a – did that person
15 have a tattoo that was higher up on the arm than the
16 photograph that's in Exhibit 14?
17   MR. WRIGHT:  Object to form.
18   Q.  Is that what you testified to earlier?
19   MR. WRIGHT:  Object to form.
20   A.  You see the mark?
21   Q.  Yep.
22   A.  There's your answer.
23   Q.  So your answer is yes, right?
24   MR. WRIGHT:  Object to form.
25   Q.  I can't testify, you're the only who can

Page 86

1  testify.
2      A.  Well, here's the thing.  I'm standing from
3  here – this guy – I'm sitting in a car from here to
4  there.
5      Q.  Uh-huh.
6      A.  I see a blue tattoo, I'll testify that a blue
7  tattoo, I don't know what time, what kind, what shape,
8  whatever.  I just seen a blue tattoo.  Exactly the
9  pinpoint, the exact place on this man's hand or whoever
10  it is, I cannot exactly tell you this is where it was.
11          This is where it was.  I'm just telling you it
12  was a blue tattoo.
13      Q.  You did your best to estimate where it was.
14      A.  Close.
15      MR. WRIGHT:  Object to form.
16      MR. SLOSAR:  I don't have any more questions.
17      MR. WRIGHT:  No further questions.
18      MR. KELLEY:  Thank you, Mr. Crump.
19      MR. WEBER:  Thank you.
20      MR. SLOSAR:  I think you're done.
21      VIDEOGRAPHER:  This closes today's deposition.
22  The time is 11:21, and we are now off the record.
23      MR. SLOSAR:  Oh, wait.  There's one thing –
24      THE WITNESS:  No, you said we're done.  I'm
25  done.

Page 87

1      MR. SLOSAR:  We are done.  There's one thing
2  that we need to assert in all of these –
3      THE WITNESS:  How do I get this thing off
4  There?  Oh.
5      MR. SLOSAR:  We can – Mr. Crump, you can
6  either trust that the court reporter typed it up
7  accurately and waive your signature and you'll be
8  done done or you can reserve your signature and look
9  over the transcript and make sure everything was
10  typed up right.
11          It doesn't matter to us, but you just need to
12  let the court reporter know if you'll waive your
13  signature and you don't care to read it or if you
14  want to read it –
15      THE WITNESS:  I don't even care to be here.
16  I don't even want to be here.  Let alone this.
17      MR. SLOSAR:  So you're going to waive your
18  signature?  Okay.  Thank you, Mr. Crump.  We're
19  done.
20          (DEPOSITION CONCLUDED AT 11:22 A.M.)
21
22
23
24
25

Page 88

1          CERTIFICATE OF REPORTER
2          COMMONWEALTH OF KENTUCKY AT LARGE
3
4  I do hereby certify that the witness in the foregoing
5  transcript was taken on the date, and at the time and
6  place set out on the Title page hereof by me after first
7  being duly sworn to testify the truth, the whole truth,
8  and nothing but the truth; and that the said matter was
9  recorded by me and then reduced to typewritten form
10  under my direction, and constitutes a true record of the
11  transcript as taken, all to the best of my skills and
12  ability.  I certify that I am not a relative or employee
13  of either counsel, and that I am in no way interested
14  financially, directly or indirectly, in this action.
15
16
17
18
19
20
21
22  KELLEY BOHAN,
23  COURT REPORTER / NOTARY
24  COMMISSION EXPIRES ON: 5/19/2020
25  SUBMITTED ON:  05/04/2018

## Exhibits

**ex 2**  14:5,7

**ex 3**  17:16,17
50:22

**ex 4**  18:24 19:2
25:10

**ex 6**  35:20,23

**ex 7**  36:13,15
40:1

**ex 8**  36:24,25
37:4

**ex 9**  45:5

**ex 10**  45:2
47:5,8 58:10,11

**ex 11**  52:12,13

**ex 12**  55:24
56:1,2

**ex 13**  59:11,12

**ex 14**  68:21
69:2 85:16

## (

**(606)622-**
15:14

## 1

**1**  10:19,23

**10**  45:2 47:5,8
58:11

**100**  12:18
15:21 18:17,19
26:5 34:12
46:22 67:16

**10:00**  72:14

**10:02**  8:6

**11**  52:12,13

**110**  11:16,19
12:14 16:9
26:7,15 27:21
28:24 31:8,15
69:9

**11:21**  86:22

**11:22**  87:20

**12**  55:24 56:1,2

**13**  59:10,11,12

**14**  68:20,21
69:2 85:16

**15243**  52:17

**17-CV-84**  8:11

**1780**  15:15

**18**  54:6

**1990s**  54:24

**1993**  56:8

**19th**  8:5

## 2

**2**  14:5,7 45:16
64:6

**20**  10:20 52:18

**2010**  22:7
30:19 52:19
54:6

**2011**  15:24
30:23 45:16
64:7

**2012**  74:9

**2013**  25:5
28:10 33:13
42:13 65:20
76:16

**2018**  8:5

**26114**  59:9

## 3

**3**  17:15,16,17
50:22

**30**  10:20 42:23

**32**  42:15,18

**339**  14:6,11

**340**  14:6,11

## 4

**4**  15:24 18:24
19:2 25:10

**40**  40:17 42:15,
19

**40-mile-an-
hour**  38:8

**42**  28:5

**45**  28:3

**46**  74:19

## 5

**5**  25:11,12,13,
16

**50**  42:24

## 6

**6**  35:20,23

**60**  42:24

**6229**  67:25

## 7

**7**  36:13,15 40:1

## 8

**8**  36:24,25 37:4

**85**  60:17,25

**8:00**  62:6

## 9

**9**  45:3,4,5

**90**  55:1 60:17,
25

**9684**  10:24

**97**  55:1

## A

**A.M.**  87:20

**accurately**
87:7

**address**  74:18

**admit**  73:4

**aerial**  39:20

**affect**  26:19

**affidavit**  14:8
16:25 17:5,8

**affirm**  9:5

**affirmatively**
10:5 55:10

**afraid**  84:18

**age**  15:4 42:15
43:4

**ahead**  82:25

**Amanda**  8:9,
14,16

**amount**  28:6

**Amy**  8:15

**answers**  10:3

**anymore**
42:23

**apologize**
77:14

**apparently**
52:19 56:10

**appeared**
53:19

**appointment**
72:11

**approximately**
40:17

**April**  8:5

**area**  47:21
63:15 68:14
69:4

**arm**  85:15

**assert**  87:2

**assistance**
45:17

**assume**  73:18

**ate**  73:11

**attorneys**  9:17

**audio**  10:15
11:1 24:18
25:21 32:22
33:20 49:23
76:14 82:24
83:1

**awards**  55:6

**aware**  81:10,16

**awhile**  24:11

## B

**back**  19:25
23:1 31:19 33:5
39:14 56:8
72:24 74:8,9,
12,15 75:17,18
76:16 83:11
84:20,22

**backed**  60:12,
13

**bad**  62:12
63:22

**badge**  55:8,9

**Barbourville**
8:23 67:4 74:23
75:23 79:12,18,
20 80:3,8

**bark**  43:16

**baseball**  43:25
44:1

**bat**  43:25

**Bates**  14:10
25:14

**Bath**  22:1,4

**Beetle**  41:15

**behalf**  27:5

**big**  11:25 46:7

**bit**  28:1 32:12

67:10

**black** 37:17 43:15 65:25

**black-headed** 57:24

**blocks** 56:6

**blondish-brown** 29:23

**blondish-brunette** 29:24 30:4

**blue** 11:25 12:1 32:20 33:2,7 35:9 37:15 38:14,15 41:13, 15 42:3,4,5,6 43:16 48:20 58:23 59:18,19, 25 60:1,2,7 77:9 85:14 86:6,8,12

**blue-like** 42:7

**blurry** 15:10

**Bohan** 8:4

**bottom** 41:1 46:18

**bought** 74:10, 16,22 75:4 80:20,23

**Branch** 74:21

**break** 10:9 22:25

**Brian** 8:25 81:16

**bright** 12:1

**bright-colored** 43:14

**Broughton** 8:22 79:11,15 80:14

**brown** 77:9

**bunch** 8:18 29:3 47:9 50:2 57:21 63:2,10, 13 66:16 71:3,4 79:23

**bus** 62:1,5,9,14

**business** 35:8

**buy** 75:4

---

**C**

**Caesars** 54:7, 8,9

**cake** 65:9

**call** 31:1 64:12

**called** 15:4 45:15 78:8,11

**Cameron** 72:6

**camo** 45:14,15

**camouflage** 44:25 45:8,19, 20,22

**camouflage-** 44:22

**car** 12:9 17:18, 22,24 18:20 20:5 29:20,23 30:10,11,15,16, 18 31:2,21 32:20 33:2,7 35:9 37:6,9,15 38:6,9 39:15 40:11,13,14,21 41:13,23,24,25 42:1,18 43:23 59:2,5,6,7,13 60:2,6,8,12 61:4,5,10 70:23 71:2,8,10,18 83:15,16,20 85:14 86:3

**care** 20:3,7 21:16 64:24 87:13,15

**case** 10:16 11:3 14:9,18 79:21 81:3 84:19

**caused** 21:16

**Cavalier** 60:8, 11 61:4

**Cavalier-looking** 41:21 59:3

**chair** 28:19

**check** 13:18 61:25

**checked** 56:7

**Cincinnati** 29:13

**circles** 40:8

**city** 8:23 76:7,9

**client** 19:6 50:13,14

**clients** 19:6

**clip** 24:18 25:3 33:18 82:24

**close** 14:23 30:19 40:13,14, 15 54:9 86:14

**closed** 61:25

**closer** 39:21 40:6

**closes** 86:21

**coat** 65:25

**Cody** 8:24 81:1

**cold** 63:22

**college** 75:24 76:3

**color** 12:2 42:7 60:1,2 68:8 77:10

**colored** 65:21, 22,23

**column** 56:6

**compared** 61:5,11

**completely** 73:9

**computer** 29:7

**CONCLUDED** 87:20

**Construction** 21:5

**contact** 15:15 31:17 78:12

**conversation** 25:3,4 42:14

**conversations** 20:15 23:10,22, 25

**cop** 26:14

**copies** 14:3,5, 19 17:14

**cops** 31:20,21 32:19 33:4 34:10 35:1 77:6 79:24

**copy** 14:12

**corner** 11:4 38:11

**correct** 73:16

**Counsel** 8:12 17:14

**count** 84:25

**counted** 57:20

**country** 41:11

**County** 8:9,19 22:1,4 49:11 50:15 52:21 72:21 73:24 74:8,12 75:22 77:5,24

**couple** 15:3 18:2 21:24 36:13 55:24

**court** 8:4,10 9:4 10:2 46:17 52:20,21,22 87:6,12

**courthouse** 53:14

**covered** 57:4

**coward** 35:2

**created** 47:10

**Creek** 35:21

**CROSS** 56:25

**Crump** 8:8 9:2,

11 11:12,20 13:22 14:22 15:5,16 17:4 18:25 19:4 25:24 27:11 29:16 30:7 36:3 43:11 47:6 49:21 50:21 54:24 55:25 56:20 57:2 69:1 72:19 76:20,21 81:1 83:14 86:18 87:5,18

**Crump's** 76:18

**cut** 55:11

---

**D**

**dad's** 21:23

**Dallas** 8:25 82:1,3

**danger** 66:22

**dark** 42:4

**darker** 42:5,6,7 68:8

**David** 75:2 80:21,22

**day** 8:5 20:5 29:12 32:4,5, 19,20,25 33:1, 3,6 45:16 52:19 57:12,13,23 71:22

**days** 42:21 57:9

**dead** 15:17 29:15 52:18 63:17 71:9

**death** 11:17 28:19

**December** 52:18

**defendants** 8:17,21,24 14:17

**defense** 76:15

**demonstrate**

46:11

**department** 73:24 77:5,12 78:8,12,16 79:13,18,21 80:3,8

**deposition** 8:8 86:21 87:20

**deputy** 8:20 73:2,19

**Derek** 73:2

**Derrick** 8:17, 20 57:2

**deserve** 85:6, 10

**deserves** 34:17,22

**detective** 10:24 11:2 12:16,20,23 13:23 14:9 15:24 16:24 17:6 18:7,11, 16,21 19:8 20:10 23:5 24:5 26:2,23 28:25 29:22 31:1 35:3,4 45:6,10 47:9 48:14,23 49:12 51:4 52:4,23 53:3,10 54:10 57:3,22, 25 64:1 73:1 76:17 78:12,16 80:6

**determine** 41:19

**Dewitt** 76:1

**difference** 55:14

**direct** 9:9 79:7

**discharge** 55:5

**disclosed** 14:17

**discuss** 27:1

**discussion**

28:8

**distance** 69:8

**District** 8:10, 11 52:21

**doctor's** 72:11

**document** 53:4 56:15 59:8

**documents** 55:7,18

**door** 21:20 42:10

**doorstep** 84:18

**dot** 37:8,11,14, 17

**doubt** 85:12

**dozen** 57:19

**driveway** 18:20 37:14 40:8 43:24 49:1 71:10

**driving** 13:9 34:9

**dumb** 77:13

——————

**E**

**earlier** 22:21 83:14,22 84:9 85:18

**early** 62:7

**Eastern** 8:11

**effect** 28:12

**Elizabeth** 8:3

**Elliot** 8:13

**end** 63:16

**ends** 64:21

**enforcement** 77:25

**entire** 33:18

**equally** 73:5,6 77:13

**equipment** 22:18,19

**estimate** 86:13

**et al** 8:9

**Eubanks** 8:20 9:1 73:2,19 82:1,3

**Evans** 25:14 27:22 28:10 33:13 42:14 49:20

**eventually** 48:22

**exact** 86:9

**EXAMINATIO N** 9:9 56:25 72:17 79:9 80:24 83:9

**excuse** 73:1

**exhibit** 10:19, 23 14:4,5,7 17:12,15,16,17 18:24 19:2 25:10,16 35:11, 20,23 36:4,11, 13,15,24,25 37:4 40:1 45:2, 5 47:5,8 50:22 52:12,13 55:24 56:1,2 58:10 59:11,12 68:19, 21 69:2 85:16

**exhibits** 14:19

**expert** 55:13

**explained** 49:12

**Express** 8:6

**Extent** 53:24

**eye** 56:7

**eyes** 48:2

——————

**F**

**face** 11:14 12:8,9,21 16:10 24:6,11 29:25

30:5 39:2,3 40:25 41:2 46:16 48:18 58:21 61:19,20, 22 66:10 83:25 84:6,8

**faces** 31:8

**failure** 53:5,19 54:2

**fair** 11:20 12:10 13:9 15:7 29:19 31:10 33:12 39:23 43:6 46:17 48:1 64:9 83:22

**family** 20:3 21:17 66:21 71:16,25 79:2 83:21 85:1

**Farah** 8:22 37:25 79:5,10 80:16,21

**Farris** 9:1 82:10

**farsighted** 14:24 15:2

**fast** 19:1 32:17 40:19

**faster** 38:10

**father-in-law** 67:2 75:6,7 77:22

**February** 15:24 45:16 64:6

**feel** 66:20

**felt** 66:21 67:13

**female** 24:22 29:1 65:11,12

**fences** 22:22

**figure** 36:1,8

**fill** 60:19

**Fine** 12:22

**fired** 65:10,18

**Flat** 74:20

75:13

**focusing** 15:6

**follow** 65:21

**follow-up** 65:22

**form** 11:8 17:3, 19 26:8,21,24 28:17,23 29:2 31:3,13 32:7 33:8,23 39:16 40:22 42:16,20 43:2,7 46:20 49:3 51:9,24 52:25 53:16 69:5,17 70:12 72:3 78:1 84:1, 7 85:17,19,24 86:15

**forward** 20:4

**found** 15:17 52:18 63:17

**foundation** 29:2

**four-** 42:9

**fresh** 33:13

**front** 11:6 21:20 24:20 47:10 76:10

**funny** 27:25

——————

**G**

**game** 83:4,8

**gas** 30:11,17 63:25 70:23 71:12 83:15

**gave** 15:14 47:7 55:7,18

**generally** 44:12

**girl** 27:5

**girls** 42:22

**give** 9:5 36:2,3, 10 67:24 84:25

**giving** 52:4 74:2

**glasses** 14:21 15:8 54:23

**glimpse** 38:8

**God** 22:12 44:19 69:14 71:13

**God's** 69:23

**golly** 70:19

**good** 9:11,13 13:7 29:19 43:5 55:12 56:13 60:22,23 61:5, 11 67:18

**Google** 35:21

**gossip** 41:8

**grand** 10:16,25 11:2

**Group** 36:4 50:22

**Guard** 55:2 56:9

**guess** 28:13,21 33:24 42:19 74:9

**guy** 18:10 37:19,20 38:1 46:12 57:24 64:3 65:25 67:14,20 72:2 76:18,19 78:4, 22 84:17 86:3

**H**

**hair** 29:23 30:3 51:5,7,11,22,23 52:1

**half** 42:23 57:19

**halfway** 32:14, 16 84:6

**hand** 9:3 11:24 43:17 44:7 59:8 86:9

**handed** 58:11

**happen** 21:13

**happened** 17:9 20:15 23:20 24:3 28:2 44:10 49:5 70:18

**happening** 30:12 47:11

**happily** 15:7

**happy** 34:13, 20

**hard** 42:21,25

**Harlow** 8:3

**Hauser** 74:25

**Hawaii** 22:15

**head** 10:6 29:21 45:11 55:10 74:7

**headed** 41:3 60:15

**hear** 21:18,19 66:23 67:1

**heard** 67:2,5 77:23

**heart** 29:8

**heavy** 22:18,19

**Heck** 69:22

**helpful** 10:6 40:1

**helping** 50:13

**higher** 68:16 69:3 85:15

**hill** 64:4

**history** 56:5,9

**hit** 66:23 77:23

**hold** 33:18 84:20,22

**holding** 43:12 44:1

**Holiday** 8:6

**hollow** 63:21

**home** 71:21

**honest** 23:9

32:9 44:4 61:1 69:23 71:13

**Honeysuckle** 74:19

**honorable** 55:5

**hood** 45:11 46:10

**hoodie** 39:7 44:14,15,18 46:2,4,11,18 47:20 48:15 51:6,12 52:1 58:19 84:5

**Hoskins** 8:9, 14,16 43:1

**Hoskins'** 76:15

**hounded** 74:5

**hour** 28:3,5 40:17

**house** 11:5 21:24 24:23,24 25:6 32:5,6 35:25 36:5,9,12 38:3 39:14 48:4,24 49:6 58:2 61:13,21 62:25 63:3,22 65:20 67:15 74:11,16,22,23 78:4 80:20,23 83:18

**houses** 22:3

**hundred** 20:24 23:13

**hunting** 45:11, 15

**hurry** 71:15 72:10

**I**

**ID** 47:1

**idea** 31:20 67:18 78:20

**ident** 18:19

**identification** 10:23 11:21 12:24 13:24 14:7 17:17 19:2 25:16 28:13,22 35:23 36:15,25 45:5 47:5 52:13 56:2 59:12 68:21

**identified** 11:5 15:16 16:1,25 17:8

**identify** 8:12 11:15,16,19 12:19 15:19,21 16:4,7,9,13,14 18:9,19 24:11, 12 26:15,22 31:8 34:12 40:25 41:2 46:22 49:18 50:10,11 51:16, 20 67:17,23 69:8

**image** 35:21

**incident** 52:5 66:11

**information** 13:5 15:18 33:14

**initials** 72:2

**Inn** 8:6

**innocent** 27:24 28:14

**inside** 42:18

**instance** 78:7

**instances** 67:12

**interaction** 79:17

**interactions** 81:7 82:4

**interpretation** 53:17

**interview** 76:19

**interviews**

79:21 80:4

**introduced** 81:14

**investigation** 18:12 19:9 20:11 31:12 78:19

**investigator** 24:18

**investigators** 20:22 23:13 24:22 27:20 30:9

**involved** 50:1 81:10

**irritating** 73:5

**issue** 53:5

**issued** 53:6,21

**issues** 14:22

**J**

**jacket** 45:12 46:7

**Jackie** 8:25 81:18

**jail** 12:3,4 26:18 28:15,19 47:2 85:5

**January** 25:5

**Jason** 8:18

**Jerry** 75:8

**job** 20:9 21:4,5, 7,15,16 64:12, 13,18,19 65:9

**jobs** 22:16

**John** 8:19,20 72:19,23

**Johnny** 54:17

**Johnson** 8:25 81:16

**join** 52:3 53:23

**Jonathan** 8:14,16 11:4

19:7

**Joseph** 8:25
81:18

**judge** 9:17

**jury** 10:16,25
11:2

---

**K**

---

**Katherine**
11:4,6 13:25
15:16 16:2

**Kelley** 8:4,19
52:3 53:23
72:18,19 78:24
79:4 86:18

**Kelly** 9:1 82:10

**Kentucky** 8:8,
11 22:5,6 81:2

**kids** 13:16 20:7
29:8 64:24
71:17,19

**kids'** 41:4

**kill** 44:10

**killed** 30:19
35:5,6,7

**kind** 21:6 39:6,
18 42:5 46:8
47:24 48:4
58:9,20 65:4,23
66:6,21 81:21,
24 86:7

**knew** 11:25
13:7 34:20,25
67:18,19 83:20
84:19

**knowed** 47:19

**knowing** 24:12

**Knox** 8:9,19
49:11 50:14
52:20 72:21
73:24 74:8,12
75:22 77:5,24

**KSP** 14:6,11
45:17

---

**L**

---

**labeled** 59:8
67:24

**ladies** 25:6
62:25 65:19
69:15 71:21

**lady** 12:9 35:2
80:22

**laid** 47:25

**lane** 62:11
63:16

**Lang's** 21:5

**law** 77:25

**lawsuit** 21:21

**learned** 30:8

**leaving** 71:13

**left** 19:24 23:10
74:9

**left-hand** 56:6

**Let alone**
87:16

**Levi** 29:13

**Licha** 8:22

**Lick** 74:20
75:13

**lie** 77:17

**life** 20:4,9
26:20 29:7,11

**light** 42:3

**lighter** 60:2

**Lisa** 25:14
42:14 49:20

**listen** 10:15,20
25:18 32:17
49:20

**listening** 25:20
30:8

**live** 22:7 62:11
67:3 74:21
75:12

**lived** 13:20
22:11,12 31:23

**lives** 67:4
75:14

**living** 25:7
64:20,22 74:12
75:12 76:22

**located** 8:7

**London** 8:7
75:20

**long** 15:1 19:11
20:20,21 21:8
28:4 30:24 32:9
34:6,7 43:21
44:10 45:21
51:25 57:15
62:11 64:10,16
69:10 74:15,21
77:17,18

**longer** 51:6,22
72:24

**looked** 44:18
60:3,6,7,10
61:5,6

**Lord** 58:12

**lose** 21:16

**lost** 21:4,5

**lot** 14:4 23:13
28:7 43:9 55:6
57:16 60:6
62:10,11 78:5

**Louisiana**
21:9,10,11,12
65:5,8

**love** 85:4

**lung** 72:11

**lying** 70:1
80:12

---

**M**

---

**made** 11:21
47:1 66:6

**main** 79:2

**make** 9:17,19
12:24 13:21,24

26:9 28:13,22
39:24 64:20,21,
22 73:6 87:9

**male** 11:6
12:10 18:3
30:10 45:11
61:15,16 65:11,
12 76:20

**mama** 43:3

**man** 13:24 16:1
37:5,18 40:10
43:12 44:13
47:1 48:11
51:11 65:15
66:12 83:17
85:13

**man's** 51:25
83:25 86:9

**map** 35:21

**March** 76:16

**mark** 8:24
10:19 14:2,5
18:23 35:19
36:4,18 39:14,
24 45:1 47:17
52:11 55:23
68:18 70:3 81:7
85:20

**marked** 10:23
14:7 17:17 19:2
25:16 35:23
36:15,25 45:5
47:5 52:13 56:2
59:12 68:21
69:2 70:6,8,13,
15

**marker** 47:19

**market** 61:25
63:17 66:12
72:2

**marking** 70:5,
11

**marksman**
55:8

**married** 75:8

**matter** 8:9
87:11

**mayor** 74:23
80:19

**mayor's** 74:10,
22,23

**meaningless**
54:2

**medical** 56:5,9

**meet** 32:3
64:21

**meeting** 48:22
65:19 71:21
76:17 77:2,15

**meetings** 80:4

**Mefford** 8:25
81:8

**member** 79:18
80:2,7

**memory** 25:4
32:12,18,24
33:12 34:3 45:7
49:22 57:6,12
60:12,24 61:24
66:14 67:12
69:21 73:6

**mentioned**
65:5 72:1 77:21

**met** 12:17,20
23:20 26:2
28:10 31:11
33:13 48:14
54:11 81:19
82:6,7,10 83:24
84:5,20

**meth** 42:24

**Michael** 8:8
15:16

**Mike** 8:22
15:14 16:1,4
17:8,10,13
18:8,12 79:11,
15 80:13

**miles** 40:17

**military** 54:25
55:20

**Mills** 30:19
52:18

**Mills'** 11:5,6
13:25 15:16
16:2 35:25
48:24 76:21
83:17

**minutes** 28:3,5

**Mischaracteriz
es** 11:9

**misidentify**
26:19

**missed** 72:11

**missing** 19:1
28:8

**Mistakes**
70:12

**mom** 21:23

**mom's** 24:20

**moments**
13:23

**money** 16:17
23:3,4

**months** 74:16

**morning** 9:11
13:10 15:17
22:21 33:4
34:10 40:20
41:6,7 62:7,19,
20,21,22 72:12
73:12

**Mossy** 45:15

**move** 63:15

**moved** 20:4
30:22 63:14,16
64:10,18 67:9
74:10 76:21

**moving** 64:14,
19

**murder** 57:7

—————

**N**

**named** 47:9

**names** 65:14
81:5

**National** 55:2
56:9

**needed** 84:24

**nice** 10:2 42:1
59:7

**nicer** 41:23
59:6

**nodding** 10:5

**nods** 55:10

**Northern** 22:5,
6

**nose** 46:19

**notation** 60:16

**November**
54:6,11

**number** 8:11
10:19 15:14,15
18:24 25:10
35:20 36:4 45:2
47:8

**numbers**
14:10 60:23

—————

**O**

**Oak** 45:15

**oath** 15:25

**object** 11:8
17:3,19 26:8,
21,24 28:17,23
29:2 31:3,13
32:7 33:8,23
39:16 40:22
42:16,20 43:2,7
46:20 49:3
51:9,24 52:25
53:16 69:5
84:1,7 85:17,
19,24 86:15

**objecting**
53:22

**objection**
9:18,19 13:1
53:23 69:17
70:12 72:3 78:1

**objections**
9:17

**occasion**
23:16

**offend** 35:18

**offended** 9:24

**officer** 45:17
47:9

**officers** 20:23
23:21 31:11
50:4 64:25 65:3
80:7

**Oklahoma**
22:8,11 64:12,
13,16 67:9

**older** 35:2
41:25

**operating**
22:18

**oversized** 46:7

**owned** 76:23

—————

**P**

**pacemaker**
29:9,13

**pages** 17:12
18:2

**Paint** 38:18

**paper** 39:11

**papers** 58:12

**part** 32:12

**pass** 18:24
72:15

**passed** 35:25
41:13

**past** 75:24

**Pat** 74:25

**pattern** 45:14,
15

**pay** 34:15

**penalty** 11:18

**pending** 8:10

**people** 12:14,
15 20:12,13,24

21:6,11 30:13
32:10 49:14
50:2 54:16,17,
20 61:12,14
65:4 69:12
71:1,3,4 76:23
82:17,21 83:16
85:5

**peoples** 22:3

**percent** 11:16,
19 12:14,18
15:21 16:9
18:17,19 26:7,
15 27:21 28:24
31:8,15 34:12
46:22 60:17,25
67:16 69:9

**perfectly** 9:22

**person** 11:3,15
20:12 26:14,18
28:14,20 30:10
32:4,5 34:15
51:2,5,10,21,22
56:16 85:14

**person's**
46:19 48:2
61:19 69:3

**personally**
85:4

**pertain** 55:16

**Peters** 54:17
75:8,12

**phone** 13:20
24:8

**photo** 67:25

**photograph**
19:5 35:10
51:23 85:16

**photographs**
17:13 18:8,12
19:5,6,8 20:10
23:6 29:1 36:14

**pic** 51:2

**Pickard** 8:20
48:23 49:9
72:23 73:15
76:18 80:7

**Pickrell** 8:25
81:18

**picture** 17:4,10
39:18 45:24
66:6 67:24
68:22 69:13,19,
20

**pictures** 19:18
29:4 50:24
51:13 63:5,9,
10,13 65:2,21,
22,23 70:11,15

**piece** 39:10

**pieces** 28:1

**pinpoint** 86:9

**PL** 10:24 52:17
59:8 67:24

**place** 64:11
86:9

**Plaintiff's**
10:19 45:2

**Plaintiffs** 8:13,
16

**play** 10:18
24:17 25:2
33:18 76:14
82:24

**played** 11:9

**playing** 10:15
32:12 83:4,8

**plays** 11:1
25:21 32:22
33:20 49:23
82:25 83:1

**plead** 27:1

**point** 18:21
20:22 29:1
48:24

**pointing** 65:24
68:11,15 75:19

**police** 20:23
23:21 31:18
33:1,3 47:7
57:7,16 64:25
65:3 77:25
78:16 79:13,18,
20,24 80:3,8

81:3 83:23 84:4,18,20

**policeman** 81:11

**popular** 45:14

**porch** 24:20

**portion** 11:10

**portions** 76:14

**positive** 11:21 26:7 47:1

**positively** 19:21

**post** 78:16

**potentially** 26:19

**present** 80:8 82:15

**pressure** 74:2

**pretty** 30:18 38:10 40:13,14 43:6 54:9 56:13 62:7 67:18

**previous** 73:14

**prior** 52:5 54:10

**priority** 79:2

**problem** 29:9

**PROCEEDINGS** 8:1

**process** 50:1

**production** 84:25

**promise** 32:17

**protection** 84:24

**pull** 43:25

**pulled** 39:7 46:4,11,18 47:16,18 48:15, 25 54:5,10 84:5

**punishment** 85:10

**pushing** 13:5

**put** 29:13 39:8 40:7 47:17 59:21 70:16 74:7 85:4

___

**Q**

**question** 9:20, 23 17:11,20 18:18 23:17 25:19 27:15,18 52:17 77:14,19 84:12,13 85:11

**questions** 9:22 10:3,4,21 14:13 17:1 43:9 46:25 55:25 56:23 57:4 66:16 69:10 73:5 78:5 83:6 84:10,13,17 86:16,17

**quick** 16:11 25:19 29:16 33:18 36:16 49:21 79:6

**quickly** 9:16 10:13

___

**R**

**raise** 9:2

**read** 15:9,13 17:7 87:13,14

**reading** 54:23 56:14

**real** 33:18 36:16 49:21 58:23 62:12

**reason** 11:25 16:15 34:25

**recall** 23:6 29:4 30:12,25 33:9, 10 42:3,13 43:22 44:12 47:8 49:25 51:7 52:2,4 61:12,18 62:21 63:8

**pushing** 13:5

**reckon** 55:13

**recognize** 71:4 80:2 83:16

**recollection** 45:18

**record** 8:2,12 67:11 68:24 69:1 86:22

**recorded** 76:19

**recorder** 23:22

**recording** 23:25 24:18 25:14 27:23 28:1 49:20

**recordings** 27:19 30:8

**REDIRECT** 83:9

**refer** 79:24

**referring** 17:7 48:11

**refresh** 32:11, 24 34:3 45:17

**refreshes** 25:3 32:18 45:7 49:21

**remember** 19:16 20:14,21 23:9,16,20 24:1,2,21 28:25 30:16 31:4,5,7 32:6,8,10 33:10 34:7 38:7 39:6 40:20 42:17 43:15,17,18,23 44:2,3,7,8,9,17, 19,20,23,24 45:21 47:11,12, 13 48:3,6,22 52:22 53:2 57:9,13,14,18, 19,22,24 58:1, 9,19,23 60:14

61:1,3 62:23 63:4,12 64:9 65:11 66:2,8 67:8 68:5,6 69:13,14,18,19, 22,24 70:2,5, 11,16,21 71:1, 8,11 72:4 73:8 74:1 75:1 77:2, 3,4,10,14,20 78:2,13,14 81:20,22,23,24 82:13

**rented** 63:20 76:24

**renting** 76:23

**repeat** 20:17

**report** 45:6 51:5 56:5 64:6 65:20

**reporter** 8:4 9:3,4 10:2 46:17 87:6,12

**represent** 57:3 72:23 73:1 79:11 81:2

**representing** 72:21

**represents** 40:10,11

**resemble** 59:15 68:7

**reserve** 87:8

**residence** 11:7 13:25 15:17 57:7 76:18,21

**rest** 28:2

**restroom** 10:9

**rickets** 29:10

**Ridge** 74:19

**rifle** 55:8

**rings** 24:8

**road** 19:25 23:4 35:19,21, 24 37:8 39:22

40:20 48:5

**robbed** 15:17

**Robinson** 8:15 25:11 45:3

**room** 21:22

**Round** 80:23

**rules** 9:16

**rumor** 66:23 67:1,6

**run** 62:1,5,7

___

**S**

**sat** 62:8

**scene** 57:17 71:5

**school** 13:19, 21 41:4 61:25 62:14,17,18,23 75:15,16 76:8

**scrungey-looking** 60:7

**search** 14:8 15:25

**seatbelt** 53:25 54:3

**seconds** 10:20

**send** 27:23 28:14,19

**sentence** 45:10

**service** 13:20 55:4

**set** 19:4

**sets** 19:5

**shape** 86:7

**sharpshooter** 55:9

**sheriff** 8:20 48:23 49:8,11 50:1 72:23,24 73:15 76:17 77:24 80:6,19

**Sheriff's** 73:24
77:5,11 78:8,11

**short** 32:13
66:11 76:18,19
78:4 79:6 82:24

**show** 14:2 15:5
17:4,10 18:7,11
19:4 35:10,19,
20 44:21 45:1
47:6 49:19
50:21,22 52:11
55:17,23 59:4
65:2

**showed** 17:6
19:8,16 20:10
29:3 41:16
49:15 50:24
51:13 63:4,6
68:5 69:13,19

**showing** 20:12
23:5 28:25 53:6
65:9 84:17

**shown** 65:22
70:10

**side** 13:25
22:24 27:14
38:3 58:20

**sides** 27:5

**signature**
58:16 60:17,19
87:7,8,13,18

**signed** 15:25
16:24

**similar** 45:14
51:22

**Simpson**
15:14,15 16:1,4
17:8,10,13
18:8,12

**sinus** 44:10

**sir** 10:17,22
11:2 57:8,11
58:6 65:17
67:14 72:22,25
73:14,20,25
74:3,14 79:14,
16,19,22 80:17
83:13

**sit** 12:13 20:16
29:14 80:12

**site** 21:7,15

**sitting** 18:20
27:3 33:4 37:6
43:23 47:2,8
50:9 72:9 82:18
86:3

**sketch** 45:16
47:7,10 48:16
58:7,10,14
60:16 64:3
76:19

**Slosar** 8:13
9:10 11:11
14:8,11,15
17:14,16,21
18:23 19:3
25:13,17 35:11
37:20 38:5 45:4
53:19 54:1
55:21,22 56:20,
23 59:10,20,23
68:11,15,20,24
69:1,6,17 70:12
72:3,13 78:1
83:10 86:16,20,
23 87:1,5,17

**slouched** 46:8

**small** 25:2 56:4

**snow** 40:19

**snugged** 47:24

**solemnly** 9:4

**someone's**
26:20

**son's** 83:2

**sons** 71:22
72:1

**sort** 13:11
43:12 51:6 81:6

**sound** 33:22
64:7

**sounded** 83:3,
7

**sounds** 22:14
57:6

**speak** 33:1

**specialist**
72:12

**speed** 40:21

**speeding** 52:5,
14,20 53:24

**spoke** 33:3
34:9

**spurt** 64:19

**stamp** 25:15

**standing** 86:2

**Staples** 8:15
25:11 45:3

**start** 10:14

**started** 9:15
19:25 21:21
64:15 78:4

**State** 78:16
81:3

**statement**
76:15

**states** 8:10
22:13 65:1

**station** 30:12,
17 64:1 70:23
71:12 83:15

**statuses** 55:15

**stickers** 18:25

**sticking** 51:6,
11

**Stinking** 35:21

**stood** 58:23,25

**stop** 12:25

**store** 41:5,6,7,
9,10,11 54:20
62:16 76:5,10,
23

**strung** 42:24

**stuff** 13:11 18:4
19:1 22:17 23:6
25:4 29:6,11,15
31:6 33:11 34:8
43:20 44:9
51:18 58:9

70:18,21 73:8
77:20 79:3

**sue** 50:14

**Suites** 8:6

**summary**
76:15

**super** 56:20

**surprised**
61:18

**suspects**
20:13

**swear** 9:4

**sweater** 46:10

**sworn** 9:3

---

**T**

---

**table** 34:19

**takes** 21:16

**taking** 20:3
48:5

**talk** 20:23
53:10 62:25
76:16 77:24

**talked** 23:14
75:6 79:23 80:6
81:11

**talking** 22:22
24:21 41:15
55:19,20 75:1,
20,22,23

**tattoo** 11:24
12:1,3,4 43:13,
14,16 44:5,8
48:19,20 58:22
68:7,15 69:2
85:15 86:6,7,8,
12

**tattoos** 71:11
72:2

**taxing** 73:6

**Taylor** 8:14,16
11:4 19:7,9

**team** 76:15

**technician** 8:3

**telling** 23:7
25:25 31:6,11,
25 50:8 58:20
60:14,24 66:9
69:23 83:23
86:11

**tend** 9:22

**testified** 11:2
13:22 50:5
83:14,23 85:18

**testify** 10:16
85:25 86:1,6

**testimony** 9:5
10:25 11:9
70:13,22 73:15

**thing** 12:5 20:1
23:11,18 26:1
27:25 31:19
41:22 48:20
50:4 52:21
59:3,22 64:5
66:9,10 67:15
84:3 86:2,23
87:1,3

**things** 23:20
24:4 30:7 57:4

**thinking** 44:25

**Thompson**
80:21,22

**thought** 20:1
23:11 45:20,21
56:13 62:13,23
70:23 83:12

**threatened**
66:20 67:13

**throwed** 58:12

**thrown** 47:19

**ticket** 52:5,15,
20,23 53:24
54:3

**time** 8:5 20:21
25:7 28:6 29:15
30:19 32:9 34:7
41:3 43:21
45:21 49:2,6
53:15 54:21
56:21 57:7,15

61:23 62:5,22
63:9,12,17
65:16,17 69:10
70:8 72:13
74:25 76:22
77:18,25 82:15
83:24 84:2,5
86:7,22

**timeframe**
67:8

**times** 62:11,12
79:25 81:11

**tired** 20:25
72:9

**today** 8:4,5
15:23 22:7 50:5
54:19,22 56:21
81:5

**today's** 86:21

**told** 11:13,15,
17,22 12:5,16,
18,24 13:6,23
16:9,22 20:17
23:18 24:4,11
25:22,25 26:9
27:10,19,22
28:12,24 29:21
30:9 31:15
33:14 35:1,7
39:12 41:1
42:1,12 43:4
46:21 48:17
49:7,17,24
50:20 51:4
64:13 66:8
67:15 69:22
74:6 77:22,23
85:3

**top** 64:4

**totally** 16:15
23:9

**town** 54:7

**track** 65:1

**traffic** 52:23

**trailer** 63:16,25
66:12 76:22

**transcript** 87:9

**Trooper** 81:7,

8,16,18 82:1,10

**troopers** 81:3

**trouble** 54:22
56:7,8 73:11

**true** 17:2 73:19

**trust** 87:6

**truth** 9:6,7
16:20 50:8,19,
20 69:24 74:6

**turned** 12:9
29:21

**TV** 13:20 62:15

**two-and-a-half**
21:14

**two-door** 42:9

**type** 10:3
41:12,20 44:17
53:6

**typed** 14:9
45:7 87:6,10

———————

**U**

**Uh-** 38:3 42:7

**Uh-huh** 9:21
21:20 24:17
27:12 28:11
29:18 35:22
37:16,21,22
38:25 42:7
44:16 46:1 62:2
64:2 66:13,19
68:1,3,17 71:23
72:20 78:6
81:4,21 86:5

**Uh-uh** 18:1
59:14 60:22
75:14 82:11

**underlying**
19:9 20:11
31:12

**understand**
16:12 27:7
37:23 50:17
51:19 57:16
58:10 63:23
64:23 69:12

70:20 73:9
82:23

**understanding**
9:23

**understood**
73:14

**uniform** 77:9,
10

**Union** 76:3

**unit** 15:14

**United** 8:10
22:13

———————

**V**

**vehicle** 41:13,
20

**versus** 8:9

**video** 8:3

**view** 39:21

**vision** 14:22

**visit** 58:2 64:1

**voice** 25:23,25
83:2

———————

**W**

**wait** 9:19 86:23

**waited** 62:8

**waiting** 22:25
62:9 72:9

**waive** 87:7,12,
17

**walked** 49:6,15
73:22

**walking** 13:25
30:11 38:3,13
48:23 85:14

**wanted** 13:2
22:16 26:3,9
28:21 31:15
52:22 63:20
71:15 74:5

**wanting** 13:21

27:4

**warrant** 14:9
15:25 53:6,21

**ways** 24:15

**wear** 46:7 54:3

**wearing** 44:13
45:11

**weather** 22:25

**Weber** 8:24
80:25 81:1 83:5
86:19

**white** 18:3
61:15 65:25

**wife** 13:11

**wild** 81:21,24

**window** 37:25

**woman** 16:17
20:7 29:20,22
34:23,25 42:14,
18 65:15 83:17

**woman's** 43:4
54:16

**women** 24:21

**wood** 22:17

**word** 20:16

**work** 22:13
23:1 64:15

**working** 19:25
21:10 73:23

**works** 24:15

**worried** 20:3

**worry** 18:5
29:14

**worrying**
29:11

**worst** 65:8

**Wright** 8:17
11:8 13:1
14:10,12 17:3,
15,19 25:12
26:8,21,24
28:17,23 29:2
31:3,13 32:7
33:8,23 37:8,

11,14,17,21,23
39:16 40:22
42:16,20 43:2,
5,7 46:20 49:3
51:9,24 52:25
53:16,21 55:19
57:1,2 59:11
60:4 68:19
69:5,11 72:15
84:1,7 85:17,
19,24 86:15,17

**wrist** 38:23
68:16 69:3

**write** 60:22,23

**writing** 14:20
60:20

**wrong** 9:18
26:17 29:15

**wrote** 45:10
56:10

———————

**Y**

**year** 21:21
30:23 64:17

**years** 15:3
19:12 20:15
21:14,24 23:14
24:3 42:23 75:9

**York** 8:18 11:2
12:16,20,23
13:23 14:9
15:24 16:24
17:6 18:7,11,
16,22 19:8
20:10 23:5 24:5
26:2,23 28:25
29:22 31:1
35:3,4 45:6,10
47:9 48:15,23
49:12 52:4,23
53:3,10 54:10
57:3,22,25 64:1
76:17 78:13,16
80:6

**York's** 10:24

**you-** 20:24

**you-all** 21:6,20
34:1 43:20
57:14 70:18

**young** 42:22
43:6 62:17