IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) | |
| | ) | |
| | ) | Case No. 17-CV-84 |
| Plaintiffs, | ) | |
| | ) | Hon. ROBERT E. WEIR |
| v. | ) | |
| | ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | | |

# **<u>EXHIBIT 23</u>**



**NO. 17-CV-84**

**AMANDA HOSKINS, ET AL.**

V.

**KNOX COUNTY, ET AL.**

**DEPONENT:**

**MICHAEL SIMPSON**

**DATE:**

**July 26, 2018**

LOUISVILLE LEXINGTON LONDON FLORENCE CINCINNATI INDIANAPOLIS ORLANDO JACKSONVILLE TAMPA



schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1      IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN

2                      DISTRICT OF KENTUCKY

3                        NO. 17-CV-84

4                   HON. DAVID L. BUNNING

5                   HON. CANDACE J. SMITH

6

7                  AMANDA HOSKINS, AT AL.,

8                      PLAINTIFFS

9

10                          V.

11

12                  KNOX COUNTY, ET AL.,

13                      DEFENDANTS

14

15

16

17

18

19

20

21

22

23    DEPONENT:   MICHAEL SIMPSON

24    DATE:        JULY 26, 2018

25    REPORTER:   LACEE TOWNSEND



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 2

1                    APPEARANCES

2

3  ON BEHALF OF THE PLAINTIFFS, AMANDA HOSKINS, et al.:

4  ELLIOT SLOSAR

5  AMY ROBINSON STAPLES

6  LOEVY & LOEVY

7  311 NORTH ABERDEEN STREET

8  THIRD FLOOR

9  CHICAGO, ILLINOIS 60607

10  TELEPHONE NO.: (312) 243-5900

11  E-MAIL: ELLIOT@LOEVY.COM

12

13  ON BEHALF OF THE DEFENDANTS, BRIAN JOHNSON, MARK

14  MEFFORD, JACKIE JOSEPH and DALLAS EUBANKS:

15  CODY WEBER

16  KENTUCKY STATE POLICE GENERAL COUNSEL

17  919 VERSAILLES ROAD

18  FRANKFORT, KENTUCKY 40601

19  TELEPHONE NO.: (502) 573-1636

20  E-MAIL: SHAWNA.KINCER@KY.GOV

21

22

23

24

25

Page 3

1                  APPEARANCES (CONTINUED)

2

3  ON BEHALF OF THE DEFENDANTS, JASON YORK AND JASON BUNCH:

4  DERRICK WRIGHT

5  STURGILL, TURNER, BARKER & MOLONEY, PLLC.

6  333 WEST VINE STREET

7  SUITE 1500

8  LEXINGTON, KENTUCKY 40507

9  TELEPHONE NO.: (859) 255-8581

10  E-MAIL: SMILLER@STURGILLTURNER.COM

11

12  ON BEHALF OF THE DEFENDANTS, MIKE BROUGHTON AND CITY OF

13  BARBOURVILLE:

14  ALEXANDRA DEMOSS-CAMPBELL

15  WARD HOCKER THORNTON

16  333 WEST VINE STREET

17  SUITE 1100

18  LEXINGTON, KENTUCKY 40507

19  TELEPHONE NO.: (859) 422-6000

20  E-MAIL: LFARAH@WHTLAW.COM

21

22

23

24

25

Page 4

1                  APPEARANCES (CONTINUED)

2

3  ON BEHALF OF THE DEFENDANTS, JOHN PICKARD AND DEREK

4  EUBANKS:

5  JASON WILLIAMS

6  WILLIAMS FARMER & TOWE

7  303 SOUTH MAIN STREET

8  P.O. BOX 3199

9  LONDON, KENTUCKY 40743

10  TELEPHONE NO.: (606) 877-5291

11  E-MAIL: JASON@WFTLAW.COM

12

13  ALSO PRESENT:

14  LAUREN ROLLINGS, VIDEOGRAPHER

15  JAMES DUDLEY, INVESTIGATOR

16

17

18

19

20

21

22

23

24

25

Page 5

1                      INDEX

2                                              Page

3  PROCEEDINGS                                  8

4  DIRECT EXAMINATION BY MR. SLOSAR             9

5  CROSS EXAMINATION BY MR. WRIGHT             93

6  CROSS EXAMINATION BY MR. KELLY             151

7  CROSS EXAMINATION BY MS. DEMOSS-CAMPBELL   182

8  CROSS EXAMINATION BY MR. WEBER             183

9  RE DIRECT EXAMINATION BY

10  MS. ROBINSON STAPLES                      186

11  RECROSS EXAMINATION BY MR. WRIGHT         189

12

13                    EXHIBITS

14                                            Page

15  1  RENTAL CAR RECEIPT                      32

16  2  PICTURE OF THE BEETLE                   37

17  3  DETECTIVE YORK REPORT                   33

18  4  STICKY NOTE                             63

19  5  DETECTIVE YORK REPORT                   74

20  6  CRIMINAL RECORDS                        75

21  7  AFFIDAVIT                               88

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 6

EXHIBITS (CONTINUED)

8   NOTE                          99
9   HELTON PAPERWORK              109
10  SEARCH WARRANT                137
11  PHONE RECORDS                 139
12  SIMPSON INTERVIEW AUDIO       143
13  COMPLAINT                     158

Page 7

STIPULATION

The deposition of MICHAEL SIMPSON taken at HOLIDAY INN EXPRESS & SUITES, 506 MINTON DRIVE, LONDON, KENTUCKY 40741 on THURSDAY the 26TH day of JULY 2018 at approximately 1:00 P.M.; said deposition was taken pursuant to the KENTUCKY Rules of Civil Procedure. It is agreed that LACEE TOWNSEND, being a Notary Public and Court Reporter for the State of INDIANA, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Page 8

PROCEEDINGS

VIDEOGRAPHER:  My name is Lauren Rollins.  I'm the video technician today, and Lacee Townsend is the court reporter.  Today is the 26th day of July, 2018. The time is 1:04.  We are at Holiday Inn Express & Suites located in London, Kentucky to take the deposition of Michael Simpson in the matter of Amanda Hoskins, et al. versus Knox County, et al. pending in the United States District Court for the Eastern District of Kentucky, Number 17-CV-84.  Will counsel please identify themselves for the record?

MR. SLOSAR:  Elliott Slosar for Amanda Hoskins and Jonathan Taylor.

MS. ROBINSON STAPLES:  Amy Robinson Staples for the plaintiffs.

MR. WRIGHT:  Derrick Wright for defendants Jason York and Jason Bunch.

MR. KELLY:  My name is John Kelly, and I'm here on behalf of the defendants, Knox County Sheriff John Pickard, and Deputy Derrick Eubanks, that out of habit.

MS. DEMOSS-CAMPBELL:  Alexandra Demoss- Campbell.  I'm here on behalf of defendants, Mike Broughton and defendants City of Barbourville

Page 9

Police Department.

MR. WEBER:  Cody Weber for defendants Brian Johnson, Kelly Farris, Mark Mefford, Dallas Eubanks, and Jackie Joseph.

VIDEOGRAPHER:  Will you please raise your right hand to be sworn in?

COURT REPORTER:  Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes, ma'am.

COURT REPORTER:  Thank you.

DIRECT EXAMINATION

BY MR. SLOSAR:

Q   Mr. Simpson, have you ever given a deposition before?

A   I'm not sure a deposition, but I've been interviewed.  If there's a difference, I'm not aware of what it is.

Q   Okay.  I just want to go over sort of part of the process of how this works.  Do you feel comfortable here today?  Okay.  I know that you've had a little bit of an issue, I think, with your leg.  So if at any time you want to stand up, walk around, go use the washroom, get something to drink, just let any of us know.  We'd



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 10

1   be happy to take a break.  Okay?
2       A    Thank you.  I appreciate it.
3       Q    There are a lot of attorneys here, as you can
4   see.  They're going to make objections.  There's no
5   judge here to determine whether those objections are
6   sustained or overruled.  So before you answer a
7   question, just allow for them to make the record.  Okay?
8       A    Yes, sir.
9       Q    I will ask you some questions, not going to be
10  a lot.  I tend not to ask questions perfectly, so if
11  there's a question I ask you, and you don't understand
12  it, just let me know.  I won't be offended.  I'll ask it
13  a better way.  Okay?
14      A    Thank you.  I appreciate it.
15      Q    In the same respect, I ask you a question, you
16  answer it, I'm going to assume you understood what was
17  being asked.  Is that fair?
18      A    Yes, sir.
19      Q    Okay.  All right.  Do you know a person by the
20  name of Jesse Lawson?
21      A    Yeah.  I know Jesse.
22      Q    How do you know Jesse?
23      A    I met Jesse at Escoe's Market.  It's right
24  there at the end of Lawrence Creek.  He wore a little
25  hat.  He was a little bitty old skinny fellow, and he

Page 11

1   wore a little hat to cover his head, and when he takes
2   his hat off, he's bald.  He's a real goofy-looking
3   little fellow.  We just started laughing at him and
4   became good friends, and that's how I met him.  Later, I
5   don't know how much later, but I found out that he was
6   married to William Earl's, I believe, youngest daughter.
7   I'm not sure about that, if it's his youngest or not,
8   but I didn't even know he had kids.  I hadn't seen them.
9       Q    The daughter you're talking about, is that
10  Jennifer Lawson?
11      A    I thought it was Jessica, but it
12  might -- Jennifer, if that's what it is, that's what it
13  is.  I'm not sure.
14      Q    One thing that I'll tell you, and you're doing
15  real great so far, none of us here today want you to do
16  any guessing.  Okay.  So if you don't know the answer to
17  something, it's perfectly fine to say that.  Okay?
18      A    Okay.
19      Q    Okay.  Did you know Jesse Lawson back in 2010?
20      A    I'm not sure when I met him.  Probably did.  I
21  think I moved into that trailer in 2009.  Most
22  likely, yes.
23      Q    Okay.  Would you consider Jesse Lawson to be a
24  friend of yours?
25      A    Well, we were then, yeah.

Page 12

1       Q    Are you friends today?
2       A    I've not seen Jesse in, say, five years, six,
3   since he moved down on the -- I can't -- I don't know
4   the name of the place where he moved.  But since he
5   moved off the creek.
6       Q    Okay.
7       A    I helped him move off the creek.
8       Q    What creek are you talking about?
9       A    Morris Creek.
10      Q    Morris?
11      A    He lived out there at the -- when you come out
12  there at -- out of Morris Creek from my side, from the
13  Bell County side, come right there's a stop sign, and
14  you get on 223 to go to the left to come 25E, or you go
15  to the right and you go on up through Dewitt.  He lives
16  straight across, just like running into that wall
17  right there.
18      Q    Okay.
19      A    In a trailer.
20      Q    And you helped him move out of there?
21      A    Uh-huh.  Yes.  I did.
22      Q    All right.  Do you know a person by the name
23  of William Lester?
24      A    Yes, I do.
25      Q    How do you know Mr. Lester?

Page 13

1       A    We were childhood friends, went to school at
2   Long Jack together.  He is my sister's age, Sandra Kay.
3   She's 50 -- 56.  We met riding motorcycles.  I was four
4   years younger and him and Phillip Gamble rode together,
5   and they were older, you know.  As a young boy, you look
6   up to them, and his daddy used to cut hair.  He was a
7   barber up in the hollow.  That's what we call them where
8   we live.  And a quarter haircut and didn't have to go to
9   town, so that's how I know him.
10      Q    Is William still a friend of yours?
11      A    Yeah.  I consider him a friend.  I mean, he
12  ain't done nothing to put to me, you know, for me not to
13  say he's my friend.  He's not -- you know, not at all.  I
14  hadn't seen him in probably 20 years when I ran into
15  him.  I run into him every now and then at Escoe's, or
16  maybe at Pilot or 84 Lumber, because he is a carpenter
17  or handyman.  So somewhere like that, you know, is when
18  I'd usually see, but didn't visit each other's houses or
19  picnics or anything like that.
20      Q    Do you know a person by the name of
21  Jonathan Taylor?
22      A    I know who Jonathan is.  I met Jonathan once.
23      Q    Where did you meet him?
24      A    I met him at the -- on the van at -- Knox
25  County jail.  Me and -- I was being transported to Clay

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 14

1 County, and he was going to Leslie County, and on the
2 way, Steve was the transporting officer, and he took us
3 both. That's the only time that I ever met him. I did,
4 however, go to school with his mother and father,
5 Michael and Karen.
6     Q    Are they friends of yours?
7     A    No. Me and Michael always fought in
8 school, no.
9     Q    When you were being transferred with
10 Jonathan Taylor, do you recall what year that would
11 have been?
12     A    No.
13     Q    Did you have any conversations with him during
14 the transport?
15     A    Yeah. He wore a colostomy bag, if I said that
16 right. I'm not sure.
17     Q    Yeah. Yeah.
18     A    We talked about it a little, and his -- it's a
19 real short ride from Knox County to Clay County,
20 especially if Steve's driving, you're down there, or
21 they've got an officer down there that would transport
22 you back and -- yeah.
23     Q    Was Steve driving pretty quick?
24     A    Well --
25     Q    All right. I respect that. Did you guys have

Page 15

1 any conversations about the cases that you were in
2 custody on?
3     A    Yeah. He was in there on -- I was in there on
4 parole violation, and what was he in there on? I want
5 to say manufacturing because I guess you hear that word
6 a lot on the news but -- I'm pretty sure it was
7 manufacturing, but I'm not -- it was drugs.
8     Q    Okay.
9     A    Is the reason he was in there. I know that
10 for a fact. So other than that, I don't know.
11     Q    Do you know -- well, has Jonathan Taylor, have
12 you ever considered him to be a friend of yours?
13     A    I don't know him well enough to know. So no.
14     Q    Do you know --
15     A    You're not a friend of mine.
16     Q    Sure.
17     A    Same difference.
18     Q    I respect that. Do you know a woman by the
19 name of Amanda Hoskins?
20     A    I know Amanda's daddy. I worked in the coal
21 mines with her daddy, and that's -- I seen her one time
22 with Gerald King when they were dating.
23     Q    Has Amanda, have you ever been friends with
24 her or considered her --
25     A    Friends with her? No. I don't -- don't

Page 16

1 recall ever speaking to Amanda, if she came -- you could
2 be Amanda, as far as I know. I don't know her. I
3 wouldn't know her if I seen her.
4     Q    Just not familiar enough with her?
5     A    Not familiar at all with her. I know her
6 name, but you know, that's it.
7     Q    I'm going to ask you a lot of questions about
8 2010, because that's what this lawsuit by my clients
9 against the police officers is about. Okay? And I know
10 it's a long time ago, so just do your best to remember
11 something, and if you don't remember, let us know. Where
12 were you living in December of 2010?
13     A    December of 2010, 1894 Morris Creek Road,
14 Fourmile, Kentucky, 40939.
15     Q    Okay. Good memory.
16     A    It's where I got my check.
17     Q    Okay. Is Fourmile the name of the city?
18     A    Fourmile's the name of the road. No, the
19 city -- well, we ain't got no city.
20     Q    Sorry. I'm from Chicago. So I -- you're
21 going to have to teach me a little bit.
22     A    No. No. We got bears and rattlesnakes.
23     Q    Okay. Was this Fourmile --
24     A    You've got hookers and drug pushers.
25     Q    Is Fourmile in Knox County?

Page 17

1     A    Fourmile runs from Bell County all the way to
2 Knox County. When you come through the underpass, the
3 old saying the way Fourmile got its name on the Bell
4 County side, is it's four miles from the underpass to
5 Pineville, four miles to town.
6     Q    Okay.
7     A    And it's five miles from the underpass to my
8 house, from where I lived. Where I was born and
9 raised -- well, not where I was born, but where I was
10 raised at, and then it goes through to the top of the
11 hill. Right there there's a cemetery, and there's a rock
12 standing about this tall (indicating), and it's kind of
13 square shape and, that's the Bell/Knox line. Fourmile
14 continues to go through Morris Creek almost to Escoe's,
15 and your second curve, which would be your first curve
16 to your left, C-curve to your left, you'll see a
17 concrete post standing there about that high
18 (indicating). It's got a bunch of numbers and letters
19 on it. Fourmile ends right there, and Dewitt begins.
20 That's Knox County, which you're about four miles in
21 Knox County already.
22     Q    I appreciate that.
23     A    I couldn't get lost. That is --
24     Q    Sounds like you know this area pretty well.
25 Did you grow up here all your life?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 18

1    A    52 years.  Well, considering, you know, my
2  time I didn't spend in prison, yeah.
3    Q    And in 2010, in December of 2010, were you
4  living with anybody over on Morris Creek Road?
5    A    Permanently, no.  No.  No.  I divorced my wife
6  in 2002 for sleeping with my brother, and you know, why
7  would you go through that shit again?  Excuse my French,
8  but I mean --
9    Q    Sorry to hear about that.
10   A    I ain't sorry about it, I don't need to hear
11 about it.  Thank you, though.
12   Q    Okay.
13   A    She's the one that has to lay down with that
14 on her head, not me.
15   Q    Did you ever have any children?
16   A    I've got two boys, Charles Michael,
17 age -- he'll be 23 the 11th day of October.  Joseph
18 Michael Shane.  Charles Michael, had to throw Michael in
19 there.  It wasn't Michael throw Michael in there.  He
20 told -- his mommy, that's his baby.  So it's Joseph
21 Michael Shane, born August the 28th of 1998.
22   Q    He has a birthday coming up?
23   A    Yeah.  He does.  20.
24   Q    Back in 2010, were you employed?
25   A    No.  I -- I broke my back in '91 of a

Page 19

1  union electrician, was doing a federal prison over
2  in Manchester.
3    Q    Manchester?
4    A    Yeah.  I'm on disability from them.
5    Q    How did you hurt it?
6    A    How did I hurt it?  We was mounting a
7  substation with a crane and had -- what is the correct
8  name for them?  It ties around it.  It was a nylon cord,
9  about four inches wide, and couple -- them tall
10 buildings, had to pick it up and sit it where it went
11 over on the pad, and it was electrical transformer, is
12 what it was, and a substation, and the foreman on the
13 other side of it.  He wasn't supposed to been there.  He
14 had, like, dress shoes on, and he wasn't supposed to
15 been out there anyway.  He slipped, and when he did, the
16 crane operator pulled it up, and it caught my hands and,
17 bingo, down goes me.
18   Q    Did you have to have any surgeries?
19   A    I've had two back surgeries, yeah.  Paralyzed
20 and -- I had -- I don't know when.  You got me -- I'm
21 bad confused on the when part.  The first one was in
22 August of '91.  Dr. Steven K. Nettleson.  He really
23 messed me up.
24   Q    I'm sorry to hear that.
25   A    Yeah.  Yeah.  He did exploratory while he had

Page 20

1  me on the operating table.
2    Q    I'm going to imagine that there was a lot of
3  pain associated with the back injury that you suffered
4  back in 1981; is that fair?
5    A    1991.
6    Q    1991?
7    A    May the 2nd, 1991.  Yes, sir.
8    Q    Have you been suffering through pain for all
9  those years?
10   A    Yeah.  Well, yes.  I have.  Dr. Phillip Tibbs
11 at Lexington UK Medical Center, he did my last surgery,
12 and he was a godsend, man.  He was a blessing.  He
13 helped me more than any of the physicians.  He did.  The
14 others were enablers, you know.  They keep you on that
15 medicine, workmen's compensation.  He was good.  I've
16 done nothing since -- I just want to put this out there.
17 January 19, 2015, I won't go to the doctor and get a
18 pill for nothing.
19   Q    That's wonderful.
20   A    I'm an addict.
21   Q    Congratulations.
22   A    Thank you.  I appreciate it.
23   Q    About three years.  Prior to 2015, what type
24 of pills were you taking?
25   A    I would ask you what kind you had.  I was

Page 21

1  getting oxys and Xanaxs from doctors.
2    Q    And where were those doctors that you were
3  getting it from?  Were they in Kentucky, or were
4  they in --
5    A    No.  You couldn't get -- Kentucky, they was
6  trying to get down and everybody was going to Florida. A
7  lot of them was going for the money, a few of them were
8  with them.
9    Q    And December of 2010, at that time, were you
10 taking OxyContin and Xanax?
11   A    Yes.
12   Q    And around 2010, were you taking trips to
13 Florida to go get the pills?
14   A    Yes.
15   Q    Focusing on December of 2010, I know you
16 couldn't work, but what -- can you tell us a little bit?
17 I know you had a serious back injury, but what would
18 your daily activities look like?  What did you like to
19 do with your life back then?
20   A    You want me to start from the time I'd wake up
21 and get up?  I mean, I've been doing that daily routine
22 for about 27 years, I guess.
23   Q    Okay.
24   A    I'm not sure.
25   Q    Sure.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 22

1    A    From -- since '91. I'd get up and have coffee
2  and a cigarette, use the bathroom, play my banjo a
3  little, talk on the CB.
4    Q    **Is the CB, is that one of those radio devices**
5  **that truckers often use?**
6    A    Yeah.
7    Q    **Okay.**
8    A    And hillbillies. Well, it's -- it's a free
9  telephone, you know.
10   Q    **Yeah. Yeah. Do you get pretty good reception**
11 **on the CB over in Fourmile?**
12   A    Yeah. Pretty good.
13   Q    **Did you own any vehicles back in December**
14 **of 2010?**
15   A    I can't -- I had two, but I don't think either
16 one of them was in my name because they were both broke
17 down. I had a 2000 -- no. '98 Toyota Camry, maroon,
18 because I gave it to my niece. She was going to
19 college, and I gave it to her.
20   Q    **That was nice of you. What was the**
21 **other vehicle?**
22   A    I'm not sure. I bought it from -- it was a
23 pickup truck, four-wheel drive, but it wasn't running. I
24 bought it from Donnie Lynn Gary, traded him -- traded
25 him out of it. Traded him 30 Xanax, that's what he

Page 23

1  wanted, don't know how many, don't remember, wasn't
2  many though.
3    Q    **And --**
4    A    Oh, I believe I had another one sitting out
5  there. Might have come in later, but I'm not -- you
6  want me to tell it? It was a Kia Sportage.
7    Q    **What color was that?**
8    A    I can tell you how it was parked, but I don't
9  know about the color, though. I believe it was blue.
10 I'm not -- I don't know.
11   Q    **I've got to ask you a couple questions about**
12 **the pills. Okay?**
13   A    Yeah.
14   Q    **I don't ask any of these to be offensive or**
15 **anything like that, but in December of 2010, did you**
16 **have an addiction to pain medication?**
17   A    Of course. I mean, from May the 2nd of '91
18 until January the 19th, no -- yeah, January the 19th
19 of 2015, I did them every day, that I was out on the
20 street anyway.
21   Q    **I know that you just turned a little bit. You**
22 **let me know if you --**
23   A    I'm all right.
24   Q    **I know you're just trying to get comfortable.**
25   A    Tell them --

Page 24

1    Q    **Do you want me to pull up a chair so**
2  **you can --**
3    A    No. If I'm bothering you -- I'll be all right
4  in a minute, let me get comfortable. That's why I don't
5  go nowhere. That's what I told him, I don't get in a
6  vehicle now. I can't. Too painful. I'm better
7  off walking.
8    Q    **If you want, you can stand up during part of**
9  **this, if that feels better, too. Okay?**
10   A    Thank you. I will.
11   Q    **And the medicine, or the medication that you**
12 **would have had an addiction to in 2010, would that have**
13 **included Xanax and OxyContin?**
14   A    More OxyContin, more pain pill. I never was
15 into anything -- well, now, to my understanding, I just
16 didn't like them. They make you fall asleep, and I
17 just -- I wasn't into all that. You fell asleep, you
18 don't know what happened. You wake up in somebody
19 else's house. Folks sitting there talking to them,
20 smoking a cigarette. I've seen it happen.
21   Q    **And ever since your incident in 1991, have you**
22 **been getting some workers' compensation for that?**
23   A    Yeah. Up until -- I sold out -- sold
24 my -- when did you say?
25   Q    **2010.**

Page 25

1    A    No. You said ever since.
2    Q    **1991. 1991 when you had the surgery.**
3    A    Oh. Yeah. I thought you said '81. I'm
4  reading your lips. I can't -- my hearing ain't
5  real good.
6    Q    **Okay. Well, if there's ever a question that I**
7  **ask you, and you don't know what I'm asked, just let**
8  **me know.**
9    A    Okay. Yes.
10   Q    **All right. So when do you think you sold your**
11 **workers' compensation?**
12   A    I'm not sure. I have both my boys, I'm not
13 sure. About 145,000. I got it. I know that.
14   Q    **Was it -- let me ask you this way. I believe**
15 **you said you and your wife got divorced in the early**
16 **2000s. Is that right?**
17   A    Uh-huh.
18   Q    **Did you sell your workers' compensation before**
19 **or after --**
20   A    No. I was still doing when me and
21 her divorced.
22   Q    **Okay. But at some point, you sold out your**
23 **workers' compensation, right?**
24   A    Uh-huh.
25   Q    **All right. In 2010, do you recall how you**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 26

1    were able to purchase the medication?

2        A    I was drawing 773.06 from, you know,

3    insurance, life insurance policy.  I drew it up until

4    maybe August of -- I think it was August 2014.  I'm

5    pretty sure on that, but...

6        Q    Aside from the insurance policy that you were

7    drawing out, you just talked about, did you have any

8    other income back in 2010?

9        A    Yeah.

10       Q    What was the other income?

11       A    $40 a piece for OxyContin 30.  Buy them

12   for 20, sell them for 40.  You flipping over your money.

13       Q    So back then you were selling pills; is

14   that right?

15       A    Yes.

16       Q    Okay.  And were those the pills that you were

17   receiving from Florida?

18       A    Well, I would sell some of those.  I couldn't

19   say all of them was because I'd buy -- you know, people

20   come to you, they want, you know, sell their medication,

21   you buy them.  You don't ask any questions.  You ask too

22   many questions, you're a rat, or you're a cop.

23       Q    Is it fair to say that you've never been

24   a -- I won't even ask you that.

25       A    No.  Ask it.  You can't make me mad.

Page 27

1        Q    All right.  Did Jonathan Taylor ever buy pills

2    from you?

3        A    No, sir.  Jonathan Taylor, as I stated to you

4    before, I met him one time in the back of a van.  We

5    were both shackled, which means on your ankles

6    and handcuffs.

7        Q    I know that --

8        A    That's -- that's fine.

9        Q    Okay.  And in the same respect, did

10   Amanda Hoskins ever come to you and buy pills?

11       A    No, sir.

12       Q    Now --

13       A    No, wasn't no Amanda --

14       Q    Tell me about, was one of your friends back

15   then Bob Smith?

16       A    Bob Smith?  More of a daddy to me than a

17   friend, since I was about ten years old,

18   absolutely.  Yes.

19       Q    He was like a father figure to you?

20       A    He was a father, yeah.

21       Q    And I'm sorry he passed away.

22       A    I am, too.

23       Q    Did you speak -- did Bob Smith live close

24   to you?

25       A    Well, until I moved over there in that trailer

Page 28

1    he did, about a half a mile, I guess.

2        Q    Did you see him pretty frequently?

3        A    Every day.

4        Q    Did you talk to Bob every time you saw him?

5        A    Every time.

6        Q    Did you ever buy any pills from Bob?

7        A    Yes.  Yeah.  If I run out, or didn't have any,

8    or didn't have the kind that they wanted or I wanted,

9    yeah.  I sold Bob pills, too.  I gave Bob pills.

10       Q    Now, was Allen Helton a friend of yours back

11   in 2010?

12       A    Yes.  He was.

13       Q    Okay.  And how often would you see Mr. Helton

14   back at that time?

15       A    Maybe three times today and none tomorrow.  It

16   just varied.

17       Q    Sort of random?  Okay.  Do you recall when you

18   and Mr. Helton took a road trip to Florida on

19   December 20, 2010?

20       A    Yes.  I do.

21       Q    Whose idea was it to take that road trip?

22       A    Both of ours, you know.  I had a doctor's

23   appointment, and it's not like around here, you know,

24   you go in to see a doctor, and you come out, and you've

25   got an appointment for 30 days.  You know exactly when

Page 29

1    it is.  You could go anywhere from -- just say you went

2    last month on the 20th.  You could go down there on the

3    17th to the 23rd, so you got -- you got a span right

4    there, and we had planned that Christmas coming up.  He

5    had kids at home and everything.  So yeah.  We had been

6    planning and talking it up.  He had been junking a lot

7    and saving his money back, sticking his money back.  His

8    woman worked.  She got paid every two weeks.  She was

9    putting money back for him also.

10       Q    Did you save up money as well?

11       A    Oh, yeah.

12       Q    On December 19, 2010, so the day before you

13   and Allen left, did you ask Bob Smith to sponsor the

14   trip to Florida?

15       A    No, didn't need no sponsor.  If you get a

16   sponsor, it takes -- takes your money away.

17       Q    How does that work?

18       A    You pay for everything, and I get a third.  I

19   pay for everything, I get it all.  Would you rather have

20   30 30s or 190 30s at $40 a piece?  It don't take a

21   rocket scientist to do that, does it?  I mean, that's

22   the way it is.  I'm not trying to be smart by no means.

23       Q    So financially, you weren't looking to borrow

24   money from --

25       A    I didn't have to borrow money.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 30

1    Q   -- somebody to sponsor that trip.  Right.  You
2  had your own money; is that right?
3    A   I had my own money.  I just didn't take enough
4  with me when I went down there.
5    Q   Did you ever tell Bob that you would make it
6  worth his while if he sponsored a trip to Florida?
7    A   No.  I had one sponsor, and we won't get into
8  his name, but you -- you couldn't come up with it.  You
9  can't even guess it.  So no.  Nobody.  I didn't want a
10 sponsor.  I wanted to get away from him, but it's --
11 it's a loyalty thing, you know, for some of us.  Some of
12 us, it's not.  You know, some of them it's not.
13   Q   Yeah?
14   A   You know, them that wants to run down there,
15 get a sponsor this month just to get in to find out who
16 the doctor is, where to go next time.  You don't have
17 to do it that way.
18   Q   Do you know, does Jeff Gray ever sponsor these
19 people taking trips to Florida?
20   A   Jeff Gray couldn't afford to go himself
21 without having a sponsor.
22   Q   Oh, really?
23   A   Yeah.  Yeah.
24   Q   Prior to December of 2010, have you and
25 Allen Helton ever traveled to Florida together to

Page 31

1  get pills?
2    A   No.  No.  We had been working trying to get
3  Doodie.  That was his name.  That was his nickname.  Ever
4  since kindergarten, they called him that.  Donald Mills,
5  the one they robbed over on Big Creek or -- yeah.  We
6  tried to get him.  We were going to get him --
7    Q   Okay.
8    A   -- if we couldn't come up with the money, and
9  my check come in -- I can't remember when my check come
10 in.  December and January, the check would change.
11 They'd send it to you.  You'd get one at the beginning
12 and one at the end because of January being the first,
13 you know, or New Year's being the first of January, that
14 week, so I'm trying to think.  When did it come in?  I'm
15 not sure when my check come in, but I didn't need money.
16 I mean, I had money across the road, didn't need it.  You
17 know, I had my money.  You know, and Allen, he scrapped.
18 Well, he scrapped.  He'd fill up eight five- gallon
19 buckets of water and take down there and throw a little
20 junk out and, you know, water weighs eight pound to a
21 gallon.  So you're getting 40 -- 40 pounds out there for
22 every bucket.  So that's 320 pound.  You do that three
23 times a day.
24   Q   It's a lot of money.
25   A   Yeah.

Page 32

1    Q   What do you mean when you said you had money
2  across the road?  What do you mean by that?
3    A   You don't put your money in the bank, do you?
4  You shouldn't.  No, you know.  Coffee can.
5    Q   So you were hiding money across the road?
6    A   You couldn't -- if you was -- you can't let
7  people know how much money you got when you're
8  doing that.  You got to stay broke, broke, broke,
9  broke, broke.
10   Q   Is that so you don't get in trouble for it?
11   A   Yeah.  That still wouldn't have accounted for
12 it.  Though I'll --
13   Q   All right.  So I'm going to show you something
14 that we'll mark up as an exhibit for you.  It will be
15 Exhibit number 1.  Do you recall on December 20th,
16 before you and Mr. Helton went down to Florida, do you
17 recall renting a car that day in Middlesboro?
18       (EXHIBIT 1 MARKED FOR IDENTIFICATION)
19   A   I don't know what day we went down there,
20 don't know what day we rented the car.
21   Q   All right.
22   A   I don't.
23   Q   All right.
24   A   I know it was around that time.
25   Q   Sure.

Page 33

1    A   The 19th, 20th, something.  I'm not sure.
2    Q   Okay.  Here's an Exhibit 3.
3        (EXHIBIT 3 MARKED FOR IDENTIFICATION)
4    A   Yeah.  That's my signature.
5    Q   So if you look at the top of this form in the
6  left right here, Mr. Simpson.
7    A   Yes, sir.
8    Q   Do you see where it says December 20th?
9    A   Uh-huh.
10   Q   December 20th, 2010, at 2:06 p.m.  Does that
11 seem about the time that you rented a vehicle at an
12 Enterprise in Middlesboro, Kentucky?
13   A   Yes, sir.  It does.
14   Q   Okay.  And the signature that's in the middle
15 of the first page, do you recognize that signature?
16   A   Absolutely.
17   Q   Whose signature is that?
18   A   That would be mine, Michael Wayne Simpson.
19   Q   Okay.  And I know if you look above, it gives
20 your address and date of birth.  Does all that
21 information seem accurate as of December of 2010?
22   A   Yeah.  I see it.  I was looking at all the
23 rest of it making sure.  Yeah.  It looks -- yeah.
24 Address, date of birth, yes, sir.  It does.
25   Q   In December of 2010, did you have the phone



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 34

1  number 606-622-1780?

2      A    I couldn't tell you that now.

3      Q    Okay.

4      A    I must have.  I mean, it's on that paper, but
5  I don't know.  I couldn't tell you what the number was.

6      Q    If that's one of the numbers that you gave to
7  the Enterprise employees, would that have been a phone
8  number that you were, at the very least, using at
9  the time?

10     A    Absolutely.

11     Q    Okay.  And there's another number beneath that
12  that says 606-622-2084.  Was that another number that
13  you were using back in 2010?

14     A    I only had one number.

15     Q    You only had one number?

16     A    Yeah.

17     Q    Okay.

18     A    And I couldn't tell you which one of them
19  it was.

20     Q    Now, according to the bottom of this sheet, so
21  if you look at your signature right here, were you to
22  return the vehicle back to Enterprise in Middlesboro on
23  December 23, 2010, at 2:00 p.m.?

24     A    If you're asking me if I know, no.  I didn't
25  know it, but that paper says it.  So no, I didn't know

Page 35

1  what day we had to have it back.

2      Q    Do you have any reason to dispute that the
3  rental car was due back on December 23, 2010,
4  at 2:00 p.m.?

5      A    No, sir.  I do not.

6      Q    Okay.  And from looking at this sheet, it
7  seems as though you paid approximately $400.62 by check
8  or cash on December 20, 2010.  Is that right?

9      A    Yes, sir.

10     Q    Okay.  And at that time in December of 2010,
11  you didn't have any bank accounts, correct?

12     A    I didn't -- correct.  Yes, sir.

13     Q    Okay.  So is it fair to say that you would
14  have paid cash in the amount of $400.62 when you rented
15  the vehicle on December 20, 2010?

16     A    Yes, sir.  It is.

17     Q    Okay.  Do you recall how you got down to the
18  Enterprise on December 20, 2010?

19     A    No.  I don't.  No.  I do not.

20     Q    Did Allen come with you to the Enterprise to
21  rent the vehicle?

22     A    I'm -- I'm not sure.  I don't remember that.  I
23  don't -- I don't remember if he was in Enterprise with
24  me or not, but I know he was in Middlesboro.  He could
25  have been the one that took me over there.  I'm

Page 36

1  not sure.

2      Q    Do you remember, did Allen have a car
3  back then?

4      A    I don't -- yeah.  Yeah.  He had to have
5  something to drive because his wife had to work.

6      Q    Do you recall what kind of car he had
7  back then?

8      A    No.

9      Q    I'm going to ask -- oh, sorry.

10     A    We went down there one more time, too, but I
11  don't know if it was before or after this, in a maroon
12  Grand Prix, because we got pulled over by Florida
13  State Police.

14     Q    That was on a trip that took place after
15  this one?

16     A    I don't know.  I'm not sure.  That's what I
17  said.  I'm not sure if it was before or after.  That's
18  what I was trying to think of earlier.  I thought we
19  went more than once, but I wasn't -- we did, because
20  when we left the pharmacy, we got pulled over by Florida
21  State Police.  A man came up on my side -- passenger
22  side of the car, and a female came up on Allen's side of
23  the car, and the female wanted to see my scar on my
24  back, and the male wanted to take my medication in the
25  back of his vehicle and do a count of it, and I told

Page 37

1  him, no.  You're not.  I said, "You cannot take my
2  medication out of my sight.  If you open that bag, it's
3  a stapled bag from the pharmacy, I want you to sign a
4  paper, you know, stating that it was stapled together
5  and sign it and put your badge number on it."  I'm
6  not stupid.

7      Q    Sure.

8      A    You know, you're not going to get my
9  medication out of my sight.

10     Q    Yeah.  Is it fair to say that you didn't trust
11  the police?

12     A    Yeah.  I wouldn't trust nobody, but no.  Not
13  the police, no.  I didn't.  And he gave me the
14  medication back and told us to get our hind ends to
15  Kentucky and don't return to Florida.  For what reason,
16  I don't know, because we did nothing wrong, but
17  otherwise they wouldn't let us go.

18     Q    Sure.

19     A    And we went back again.  But I know I went
20  back.  I don't know who went with us, but we continued
21  for a year or so after that.

22     Q    I'm going to show you what we'll mark as
23  Exhibit number 2, Mr. Simpson.  I'm going to ask you
24  some questions about this one later on.  But looking at
25  the page marked PL10474, do you recall, is this blue

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 38

1  Volkswagen Beetle, is this the car that you rented for
2  this December 20, 2010 trip to Florida with
3  Allen Helton?
4          (EXHIBIT 2 MARKED FOR IDENTIFICATION)
5      A   Got to be, because that's in front of the
6  trailer that I lived in.
7      Q   Okay.
8      A   I thought it was green.
9      Q   Looking at the bottom of that page, do you see
10 a prescription there?
11     A   Yes.  I do.
12     Q   Okay.  And it looks like the prescription was
13 dated Wednesday, December 22, 2010; is that right?
14     A   Yeah.
15     Q   Okay.  Was this one of the prescriptions that
16 you got filled on your trip to Florida with Mr. Helton?
17     A   No.  It's not.
18     Q   Okay.  Tell me why this was not one of the
19 ones that you got filled.
20     A   Because that's the prescription.  That's not a
21 bottle.  That's a prescription that I pulled out of my
22 pocket after asking Officers York and that other sorry
23 good-for-nothing one, Sowders, Jay Sowders, out of my
24 pocket when they asked me where my medication was.  I
25 said, "I can show you better than I can tell you."  I

Page 39

1  didn't have the money to fill them.
2      Q   Okay.  So you never got -- so the prescription
3  that you showed Detective York and Mr. Sowders that's
4  photographed in this exhibit, that prescription you were
5  not able to get filled on the trip.  Is that right, sir?
6      A   That's exactly right.  Yes, sir.
7      Q   Okay.
8      A   And that's on the hood of one of those cars.
9      Q   Okay.
10     A   It's either the maroon Toyota or the Kia, one.
11 I'm not sure which one was parked there.
12     Q   Okay.  All right.  So prior to getting the
13 rental car at approximately -- you okay?
14     A   Yeah.
15     Q   So prior to getting the rental car at
16 2:06 p.m. in Middlesboro, do you recall what you were
17 doing prior to arriving Enterprise that day?
18     A   Calling around about renting a car, naturally,
19 packing.  Things you do before a trip, set your GPS,
20 check the car, check the oil, take a shower, pack your
21 clothes, make a thermos of coffee real strong.
22     Q   Did you get any money earlier that day?
23     A   Did I get any money?
24     Q   Yeah.
25     A   Yeah.  I walked right across the road and got

Page 40

1  my coffee can and put -- come back over there and I
2  counted out some money.  I didn't have much in that.  I
3  think that's where I bought cigarettes at because I had
4  to go get more money over there.  That's why I went over
5  there and got more money was I had to go to Escoe's
6  or -- Escoe's or Creek Mart, one of those two.  I got a
7  carton of cigarettes.
8      Q   Did you get additional money when you went
9  over to either one of those places, Escoe's or
10 the -- I'm not sure what the second place was.
11     A   The Creek Mart.
12     Q   Creek Mart?
13     A   I would -- I'd like to get money just for
14 walking in a store but, no.  I didn't need -- I didn't
15 have to have any money.  Did I go in and borrow any
16 money or any?  No.  No, sir.  I did not.
17     Q   Do you recall what time you met Allen Helton
18 at on December 20, 2010?
19     A   No.  I don't recall a time.  I always get up
20 early.  I get up before daylight.  I drink coffee, and
21 daylight breaks.  I watch the deer come through.  It's a
22 routine.  I don't remember what time he got there.
23     Q   How close is Hale's Creek to where you
24 were living?
25     A   Golly.  Between nine and 11 miles, something

Page 41

1  like that.
2      Q   Do you have any friends that lived down in
3  Hale's Creek back in 2010?
4      A   Yeah.
5      Q   Do you remember the names of any of
6  those friends?
7      A   Timmy Jordan, better known as Pork Jordan.  He
8  lived right there in Pork Jordan.  I don't know why they
9  call him Pork.  His daddy's a movie actor, but -- I
10 don't know why they call him Pork.  You was going to ask
11 that, wasn't you?
12     Q   Did you visit anybody near Hale's Creek on the
13 morning of December 20th because they owed you money?
14     A   Pork didn't owe nobody money.  He didn't --
15 Pork was a good fellow, too.  He was like me.  I won't
16 say, you can figure out what he done, right?  He didn't
17 owe nobody.
18     Q   Did anybody else down in Hale's Creek owe you
19 money back in December of 2010?
20     A   Well, when I quit selling pills, a whole lot
21 of people owed me money, but not that I know of, nobody
22 owed me money down at Hale's Creek.  Hale's Creek goes a
23 long way up through there, but they just call that one
24 little area Hale's Creek, but no.  There was no one owed
25 me money.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 42

1    Q    Now, you paid approximately $400.62 in cash
2    for the rental car.  Do you recall, sitting here today,
3    where you got that money from?
4    A    I either got it from selling drugs or from my
5    union life check that I drew.
6    Q    And after paying the $400 for the rental
7    car, do you recall how much you had with you to go
8    to Florida?
9    A    No.  But I didn't pay the full amount.  When
10   you go as a -- if two of you go, you split the bill.  If
11   four of you goes, it's a quarter, unless one of them
12   going is a sponsor of the other three.
13   Q    So how much money would you normally need for
14   one of these pill runs?
15   A    To -- to fill them?
16   Q    Yeah.
17   A    Golly, you could -- it was roughly 900.  That's
18   your doctor visit and the medications and all.  It was
19   under nine.  I don't know exactly how much, not sure on
20   that, but it was under 900 total that you would need.
21   Q    Per person?
22   A    Per person down there and back.  That's
23   allowing me $100 to eat on, cigarettes, emergency money,
24   you know, whatever.  Just whatever you needed the $100
25   for.  That's the way a sponsor would do you.

Page 43

1    Q    Okay.  Now, according to the rental car
2    people, if you look at Exhibit 1 --
3    A    I can come --
4    Q    You can stay where you are.  I'm going to hand
5    this to you.  Here, it's this spot.  If you look at page
6    15647.  It's real small handwriting, but do you see
7    where it says on December 23, 2010, at 12:55 p.m., it
8    says, "Customer called and extend -- EXT," I'm
9    assuming it's extend, "rental through tomorrow,
10   December 24, 2010, at 2:00 p.m."  Do you recall calling
11   Enterprise on December 23rd and extending the rental
12   by a day?
13   A    No.
14   Q    Do you have any reason to dispute that that's
15   what happened?
16   A    No.  Not by looking at this.  I don't remember
17   that, though.
18   Q    Okay.
19   A    I don't remember making no call to them.  I
20   don't remember --
21   Q    It says you spoke --
22   A    I do remember, when we got the car back to
23   them, owing extra money.
24   Q    Okay.  Okay.  Yeah.  So in here, it says you
25   spoke to a person by the name of Lloyd Cushman,

Page 44

1    December 23rd, to extend it.  Do you recall that?
2    A    No.
3    Q    Okay.
4    A    I do not.
5    Q    You okay?
6    A    Yeah.
7    Q    Okay.  Did Mr. Cushman tell you that he would
8    make a one-time exception and take additional charges
9    from your deposit and send you a refund later if you
10   extended it by a day?
11   A    Do what?  I mean, will you repeat that for me?
12   Q    Sure.  Sure.  So in here, the note says, "I
13   told him" -- so Mr. Cushman is saying he told you that
14   he would make a one-time exception and take additional
15   charges from your deposit and refund you $66.44 by
16   check after you returned the car, do you remember
17   that happening?
18   A    No.  I don't.  Because it don't make no sense
19   to me.
20   Q    Okay.  Well, do you have any reason
21   to dispute --
22   A    No.  I do not.  No.  I don't have any reason
23   to, but I still don't believe it.
24   Q    Okay.
25   A    Because I don't -- no.

Page 45

1    Q    Do you remember, when you returned the car, do
2    you remember then taking some additional money out?  Is
3    that right?
4    A    No.  Because I gave -- a friend of mine
5    brought me over in a truck.  His name is Mark Green,
6    aka, Poon, from Laurel Hill.  I gave him -- I told him,
7    I said, "You can have whatever's left when we get over
8    there."  I said, "you can have it for taking me over
9    there," and he stopped at the car wash and sprayed the
10   car off and cleaned it out for me, because he was a coal
11   miner laid off out of work, and he had a good mommy.  She
12   was at nurse at Pineville Hospital, and she took care of
13   my mom, so return the favor.
14   Q    So tell me, after you get this rental car from
15   Middlesboro, what did you do next in terms of your
16   Florida trip?
17   A    Took off toward Florida.  You're in
18   Middlesboro, you
19   Q    Did you pick up Mr. Helton?
20   A    We didn't leave Middlesboro when we -- when we
21   took off, I don't remember Allen being in the Enterprise
22   with me, but I didn't leave Middlesboro once I got the
23   car, so I don't know where he went.  If it -- he went to
24   get clothes or him and Sandy went Christmas shopping for
25   the girls.  That's what it was.  That's where they was



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 46

1  at.  Yeah.  There you go.
2      Q      After you left the Enterprise, and you say
3  Mr. Helton was Christmas shopping for the girls with his
4  wife, where did you go while you waited for him to get
5  done shopping?
6      A      Across the street to Long John Silver's.
7      Q      Okay.
8      A      It wasn't fitting in.  I couldn't figure how I
9  got there, but that's where we were going to meet up at.
10  They went over there in that little shopping center.
11  There's a Goody's.  Goody's been there forever.  I don't
12  remember what all's in there.  Advance Auto was in
13  there, but they wasn't going to go in there and get them
14  girls nothing for Christmas there, would they?  Big
15  Lots.  Big Lots.
16      Q      And, again, prior to going to the rental car
17  place on December 20, 2010, do you have any recollection
18  of what you were doing?
19      A      Preparing to go on the trip.  I went to --
20  went over to see my sister and, like, a mommy, mommy's
21  got to run up -- boys, so I'd go see her and Dave.
22      Q      And eventually, did Mr. Helton show up at the
23  restaurant where you-all planned to meet up at?
24      A      Yeah.
25      Q      Was he with anyone that you can recall?

Page 47

1      A      His wife, Sandy.
2      Q      Okay.  Did you-all get some food there?
3      A      Yeah.  He got his to go because I was done
4  eating.  I was wanting to go, kind of in a hurry,
5  you know.
6      Q      Who drove down to Florida?
7      A      I did.  I didn't drive -- I don't think I
8  drove all the way, but Allen drove 90 percent of the way
9  back.  I know that.  Well, maybe not 90.  He drove most
10  of the way back.
11      Q      I know that today, even, you're in a lot of
12  pain just sitting in a chair?
13      A      Yeah.
14      Q      Back in 2010, was it difficult for you to
15  drive, or could you still get around?
16      A      No.  It wasn't.  I'm ashamed to say.
17  It wasn't.
18      Q      So you were okay driving back then?
19      A      Yeah.  No.  I wasn't.  Not in a law's eyes or
20  your eyes or your kids' eyes.  No.  I wasn't, but I was
21  heavily medicated.  Not all of a sudden blowed away,
22  because I wasn't.  If I had got that way, I would have
23  stopped on the side of the road if I had to and slept or
24  get a motel.  No.  But I was comfortable.
25      Q      Sure.  And were you able to walk around better

Page 48

1  in 2010 than you're able to today, or was it about
2  the same?
3      A      Most days, yeah.  Most days, yeah.
4      Q      Well, what part of Florida did you and
5  Mr. Helton go to?
6      A      I don't know, because I ended up getting done
7  wrong at the doctor's office.  They shut down, and I
8  didn't get to see them.  So I had to come to Georgia,
9  and I don't know what part of Georgia it was.  I'm not
10  sure, but they were owned by the same people,
11  affiliates, I guess, is what they said.  But, yeah.  I
12  went to the doctor in Georgia.  I don't know -- I don't
13  know if I got more medicine than Allen did, or Allen got
14  more than I did, but one way, one of us got more than
15  the other one did.
16      Q      Do you know how long it took you to drive down
17  there, approximately?
18      A      No.  I don't.  Well, yeah.  Between -- between
19  ten hours and -- depending on where you went, and I
20  don't know where we went in Florida.  Get to
21  Jacksonville.  We went from Miami-Dade.  From
22  Jacksonville to Miami-Dade, not that day, naturally, but
23  over a period of years when we was going down there.
24      Q      Did you ever go see the beach when you were
25  down in Miami?

Page 49

1      A      No, I didn't.  First time I visited the beach
2  was with my family, Mexico City Beach, three years ago.
3  Yeah.  Three-and-a-half.  I remember that.  Ain't that
4  stupid?  I was probably the only one out of the whole
5  crew that didn't go to the beach while we were there.
6      Q      Did you and Mr. Helton, did you-all stay in
7  any hotels when you were on the trip?
8      A      Oh, yeah.  We did.  We went down to Hooters
9  and ate wings and drunk beer.  You know, you drink a
10  pitcher of beer when you're eating wings and got a motel
11  right there, walked out of Hooters when we was ready to
12  go, went upstairs, laid down, went to sleep.  I guess.  I
13  don't know exactly done, but we woke up, took a shower
14  loaded up the car, and headed home.  I'm in the
15  passenger seat.  Allen driving.
16      Q      And it sounds like you drove through Georgia
17  on your way home; is that right?
18      A      No.  That was Georgia.
19      Q      That was Georgia?
20      A      That was Georgia where we got the motel room
21  and ate.
22      Q      So after arriving in Florida, you went to a
23  doctor, and you were instructed that you needed to go
24  to a different office in Georgia.Is that what happened?
25      A      No.  Yeah.  You go in, and it's, like, first



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 50

1  come, first serve if you don't have an appointment.
2  Okay.  And just say, like, me and this guy, I know this.
3  I don't know when you walked in.  Now you've got me
4  confused on when he walked in, but it was me and him and
5  Jimmy was the last three that walked in.  Now you've
6  been sitting there, I don't know how long.  But do you
7  want one of us to go in front of you to see the doctor?
8  No.  You wouldn't.  Would it be fair?  No.  It wouldn't.
9  And there was a couple that got to go in front of me
10 like that, so I didn't get to see him, and they couldn't
11 refund my money -- cash money.  So they said they done
12 took the money out.  So they made me an appointment,
13 made the appointment to get there the next day, to
14 Georgia, and it wasn't far in Georgia, I don't think.
15 Then I seen the doctor down there.
16     Q    So after leaving Middlesboro, you and
17 Mr. Helton first went to Florida; is that right?
18     A    Yeah.
19     Q    And then after leaving Florida, you and
20 Mr. Helton then went to Georgia, to a different doctor;
21 is that right?
22     A    Yeah.  I did.  I seen the doctor in Georgia.
23     Q    Mr. Helton was with you, correct?
24     A    Yes, sir.
25     Q    Do you recall how long you and Mr. Helton

Page 51

1  stayed in Georgia for?
2     A    No.  I don't.  I know he was in a hurry.  He
3  didn't want -- he didn't like Georgia.  He hated
4  that place.
5     Q    Allen?
6     A    Yeah.  He never could get into a doctor down
7  there.  He's only -- I guess.  I don't know if he was
8  the only one, but see, Florida prescriptions would be
9  good at this pharmacy, but Kentucky IDs -- it's
10 hit-and- miss.
11     Q    Do you recall how many pills you got on
12 this trip?
13     A    The only thing I can say is the average that
14 was -- people was getting back then was 180, 120 and
15 120, would be 180, 30s, 120 Xanax bars, two milligram,
16 and 120 breakthrough 15.  Some doctors wouldn't write
17 you a breakthrough.  They thought they was doing
18 something, which I guess they were, keeping that many
19 off the street.  You know, just that's the way it was.
20 I'm not proud for running down there and getting pills.
21 Am I proud of doing it?  No.  I'm not.  I lost a whole
22 lot, a whole lot of years due to pills, I did.
23     Q    But that would have been the standard haul
24 that you would have brought back on one of these trips
25 around that time, right?

Page 52

1     A    Absolutely.  Yeah.
2     Q    Now, do you recall, at some point on your
3  drive back from Florida, receiving a phone call from
4  Jesse Lawson?
5     A    Yes.  I do.  It was dark.  I know that.  And
6  we talked for a few minutes.
7     Q    What do you recall about the phone call?
8     A    Okay.  Anytime you -- anytime you go on a trip
9  south, you talk to anybody you're heading north.  Okay.
10 Indianapolis, Indiana; Fort Wayne, Indiana, that's an
11 automatic, you know, and that's what -- he said -- I
12 don't remember the exact words were said, but in the
13 conversation of where you at, la, la, la, when you's
14 going to be back?  That's just yakking, you know, normal
15 questions.  And then he said that -- he did he say
16 that?  Jennifer's grandmother died, or I don't know.  I
17 don't know how he worded that.  But it upset me because
18 William's daddy died around the time that my mommy did,
19 and we was pretty close.  We lived right there -- that's
20 the reason they left Fourmile, because William's
21 mom -- William Earl's mommy is from over there, in Knox
22 County side, and I can remember it hurt me because he
23 left, and you know, he's my friend.  We was young.
24 Golly.  And I never experienced death like that, and I
25 knowed how bad he was hurting when Jesse told me that

Page 53

1  Jennifer's grandmother died, you know, brought
2  back memories.
3     Q    How did you respond when you found out that
4  sad news?
5     A    It was just like -- well, you know how it
6  feels.  It broke my heart.  Daddies is all right, they
7  tend to be a little more on the mean side, mine was
8  anyway.  But them mommies, they got -- they
9  got -- they're a special person.  It's just -- mine was,
10 anyway.  I got a -- I got a lot of beatings from my
11 Daddy over -- just interfering, intervening to get
12 Daddy's attention drawn to me so he'd leave my mommy
13 alone, you know, at a young age, a young one.  It
14 doesn't matter though, you know.  Maybe four years old,
15 you wake up to your mommy screaming.  You walk to her,
16 and your daddy's got her by the hair of the head
17 slinging her around.  You don't ever forget that.
18     Q    I'm sorry.
19     A    It's all good.  I mean --
20     Q    Turned you into a strong human being.
21     A    No.  It didn't neither.  It turned me into a
22 hating that man.  I did.  I -- well.  Mommy.  A man beat
23 on a woman?  Man, that's stupid.  That was him.
24     Q    Do you feel like your dad had sort of, like,
25 two different personalities?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A    I didn't care for that man.  I did not.  I did
2  not.  I would come home from school and get my shotgun
3  and go out in the kitchen.  Mommy -- you know, biscuits
4  maybe left over from breakfast, ear of corn, roasting
5  ears, whatever you want to call them, or something and
6  go out and stay in the woods until dark to stay away
7  from him.  You know, that's good on him.  I need to take
8  a break, smoke a cigarette or something.  My back
9  is hurting.
10    MR. SLOSAR:  Let's go off the record.
11    VIDEOGRAPHER:  Off the record at 2:09.
12    (OFF THE RECORD)
13    VIDEOGRAPHER:  We're on the record at 2:24.
14    BY MR. SLOSAR:
15    Q    All right, Mr. Simpson.  I think before we
16  took a break, I was asking you some questions about when
17  you first found out that Katherine Mills passed away?
18    A    Yes, sir.
19    Q    Okay.  After Jesse -- and my understanding is,
20  is that Jesse Lawson called you, and that's the first
21  time you learned that Katherine Mills passed away; is
22  that right?
23    A    Yes, sir.
24    Q    Okay.  Did you have any conversations with
25  Mr. Helton about the information you learned from Jesse

1  about Katherine --
2    A    He was sitting right next to me, and I
3  was -- I'll repeat everything I hear like that if I'm on
4  the phone.  That way, if I hear something wrong, maybe
5  that person on the other end will correct me.  So he
6  heard every word of it.
7    Q    Okay.  Did you and Mr. Helton ever talk about
8  Katherine Mills, then, on your way back?
9    A    No reason to.  I mean, don't get me wrong.  I
10  felt bad about, you know, the lady dying, and, you know,
11  because I knew William, I knew Jennifer.  Didn't know
12  Jennifer real good, but Jesse, you know, but didn't know
13  the lady.  So I'm not trying to be cold-hearted by no
14  means.  I'm not that way.
15    Q    In December of 2010, did you know who
16  Katherine Mills was?
17    A    No.  I have no idea.
18    Q    Had you ever met her before?
19    A    Never laid eyes on her.  Just the same thing I
20  told Jay Sowders.
21    Q    Have you ever been over to her house before?
22    A    Didn't know where she lived, still don't know
23  where she lived.
24    Q    Prior to your trip to Florida, had
25  Jesse Lawson ever tell you that Jennifer's grandmother

1  sold timber?
2    A    No.  We never discussed anything except him
3  crying, complaining about Social Security -- SSI checks
4  would come in on a Friday if the 1st fell on a Saturday
5  or Sunday, but he'd still have to wait until Monday to
6  get his.  But I didn't -- Jennifer wouldn't give him no
7  money.  He had a racing four-wheeler.  I wasn't
8  into that so...
9    Q    Prior to your trip to Florida, had
10  William Lester ever told you that Katherine Mills, or
11  his mother-in-law, ex-mother-in-law, sold timber
12  for money?
13    A    No, sir.
14    Q    Prior to 2010, did anybody ever tell you that
15  Katherine Mills kept cash inside of her home?
16    A    No, sir.
17    Q    On your way back from Florida and Georgia, did
18  you ever get into any arguments with Allen Helton?
19    A    Why?  Of course not.  I'm sorry.  No.  No,
20  sir.  We did not.  I apologize for that.
21    Q    Did you ever tell -- or did Allen Helton ever
22  rip you off on that trip by taking more money than he
23  was supposed to or more pills than he was supposed to?
24    A    No.  He couldn't -- he couldn't take money
25  from me.  That would have been the only money he could

1  have took that he wasn't supposed to.  How is he going
2  to get in my wallet?  And he's not getting in my pills
3  because I've got prescriptions.  I didn't have any
4  pills, so no.
5    Q    And, again, do you have any recollection of
6  how much money you actually had on that trip?
7    A    I can give you a rough estimate.  Let me
8  figure it up here.  Around $600, between five and 650 to
9  run out of money.  I didn't run out of money.  I didn't
10  have enough money to fill the prescription so, didn't have
11  enough money to fill one prescription so, and we're
12  going to take our chance like that if we don't have
13  enough money to fill them all anytime we went down
14  there.  You wouldn't fill one of them.  Come back, they
15  may not fill none of them.
16    Q    Isn't that -- wouldn't it be sort of pointless
17  to go to Florida if you didn't have enough money to fill
18  the prescription?
19    MR. WRIGHT:  Object to form.
20    Q    Go ahead.
21    A    No.  It wouldn't.  You know, the old saying is
22  a bird in the hand is better than two in a bush.  You
23  leave, you already got your prescriptions.  So all it's
24  going to cost you is, like I was telling you earlier,
25  there's a lot of places in Georgia that will fill the



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 prescriptions. A lot of places won't fill Florida
2 prescriptions because of Kentucky ID. However, there's
3 a little ice cream shop right there, and there's like a
4 cobblestone -- the streets were. I forget the name of
5 that place there in Georgia. You can drive down there
6 and back in about 15 hours, about maybe $80 worth of
7 gas. No. It wasn't pointless at all, tired, you want
8 to get home, go home, come back the next day and
9 fill it.
10    Q    And at some point, you eventually returned the
11 rental car, it looks like, on December 24, 2010. Do you
12 recall returning the rental car on that date?
13    A    Yeah. I recall returning it, but I don't
14 remember what day it was. I thought it was after
15 Christmas, but I guess not.
16    Q    I think if you look at Exhibit number 1, the
17 rental car records, it looks like it was extended to the
18 24th, and then the ticket was eventually closed on the
19 27th. Is it your recollection that you returned the car
20 on December 27th?
21    A    That's -- I don't know what -- I thought it
22 was after Christmas.
23    Q    Okay.
24    A    No. I can't recollect what day it was.
25    Q    Sure. Now, after returning back to Kentucky

1 on December 24th, 2010, did you come into contact with
2 any officers from the Kentucky State Police?
3    A    Repeat that for me, please.
4    Q    Sure. Do you remember coming into contact
5 with Detective York and Jay Sowders when they came back
6 from Florida?
7    A    Yes. I do.
8    Q    Okay. Where did you come into contact with
9 those officers at?
10    A    Right there in front of that Volkswagen Bug. I
11 was in the trunk there in the back, unloading the car.
12    Q    All right. You're pointing at the Exhibit 2,
13 and this is page 10474. You're pointing right to the
14 front of that Volkswagen Beetle; is that right?
15    A    Right in my driveway, yep. Yes, sir.
16    Q    Okay. And tell me, well, prior to meeting
17 with these officers, I'm going to ask you some questions
18 about these photographs, but prior to meeting with these
19 officers, did you learn any more information about the
20 death of Katherine Mills during the car ride back from
21 Florida and Georgia?
22    A    Not until I got home.
23    Q    Okay. When you got home, what information did
24 you learn about Ms. Mills' death?
25    A    I still didn't get her name, but my neighbor

1 is the one I bought this flak off of, Tater Bug. Dickie
2 Brown's his name, but everybody called him Tater Bug,
3 came down there and said that -- was wanting to let me
4 know that the state police had been down there looking
5 around and was wanting to question me on
6 Katherine Mills' -- I don't think he said death. I
7 don't -- I don't remember what he said for sure, but
8 Dickie is one of them that talks kind of real slow and
9 got -- I don't know what he said, but it wasn't but a
10 very short period of time until here they pulled in the
11 yard, and they came and -- both of them had a car. They
12 came in separate cars.
13    Q    What happened when they came over?
14    A    I was in -- I was at the driver's side. I had
15 a driver's side of the car open and was -- had taken a
16 bag in, and I came back out and was going to open up the
17 other side, and they said my name. They told me who
18 they was, I'm pretty sure they was it was, and asked me
19 if they could have a few words with me, you know,
20 questions about where I had been, and I said, yes, of
21 course, and -- let me see. They asked me where I had
22 been. I told them I had been to Florida. They said
23 when and who with, and I told them me and Allen Helton
24 went. For what reason, went to the doctor. Did you get
25 any medications from Florida and bring them back to

1 Kentucky? I said, no, sir. I didn't. They
2 said -- well, Jay Sowders, let me rephrase. Jay Sowders
3 said -- he said, "What do you mean, no, sir, you
4 didn't?" I said, "I can show you better than I
5 can -- better than I can tell you." I said, "Can I put
6 my hand in my back pocket?" Then that's when Detective
7 York spoke up, and he said, "Yeah." He said, "Well,
8 heck." He said, "What have you got in your back
9 pocket?" I said, "Papers." And I pulled them out, and
10 Jay Sowders said, "Well, what is that?" I said, "That's
11 the reason I didn't bring any pills home to Kentucky
12 from Florida." And he said, "Why didn't you?" I said,
13 "Because I didn't have the money to fill them." He
14 said, "Oh, that's your prescriptions?" And I said,
15 "Yes. It is." And, oh, Lordy, which one was it? I can
16 remember one standing on this side of me, and another
17 one on this side of me, right there at the Kia. One of
18 them asked if they could take pictures of them. I said
19 sure. They took pictures of the prescription.
20    Q    So I'm going to have you look through -- well,
21 first of all, Mr. Simpson, I'm going to hand you what
22 we've marked as Exhibit number 3. And if you look at
23 the first page of this investigative notes, it's a
24 report drafted in January of 2011 by Detective York, and
25 Detective York says, "When I first located Mike Simpson

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 62

1  after he and Allen got back from Florida, the first
2  thing he did was hand me a sticky with his -- a sticky
3  note with lists of persons that was his alibi.  This was
4  handed to me before I asked him any questions or told
5  him why I was there to talk to him.  This was on
6  December 24, 2010.  A copy of the sticky is attached to
7  this case."  Is that true?
8      A   Absolutely.
9      Q   Okay.
10     A   Now, I'll tell you what Dickie said.  Dickie
11  said -- Dickie Brown, Sr. from Brown's Branch up in
12  Dewitt, said, "Son."  He called everybody son.  "Son,
13  what in the world are they wanting to talk to you
14  about?"  Might not have been word for word, but -- I
15  said, "Who wants to talk to me?"  He said, "The state
16  police.  They've been down here looking for you, wanting
17  to know where you was at."  I said, "Well, did you tell
18  him you wasn't my caretaker, that you didn't know where
19  I was at?"  I always used that one on him and, "No," he
20  said.  He said, "Well, they said you better have a good
21  alibi of where you've been and what you've been doing
22  and that " -- he said that York fellow said that.  So
23  what would you do?  I just got back.  Memory is fresh.
24  You should have seen me walk out of the trailer to leave
25  of the morning, go down there and visit my sister.  I'll

Page 63

1  forget my cigarette lighter, have to go back and get it.
2  I look, well, there's my glasses.
3      Q   So what did you do after you learned
4  this information?
5      A   I wrote -- I made a note.  I started -- I sit
6  down and started writing out things that I done.  I
7  said, "Well, I can get that done."  That's what I put on
8  the sticky note.  I like them little yellow pad
9  sticky note.
10     Q   I'm going to show you what we'll mark as
11  Exhibit number 4.  This is the -- and I'm sorry.  I
12  don't have enough copies of this particular exhibit.
13  Mr. Simpson, do you recognize the note here that's
14  drafted on this Cash Express?
15         (EXHIBIT 4 MARKED FOR IDENTIFICATION)
16     A   No.  Not my handwriting.
17     Q   Right here?
18     A   No.  That's not my handwriting.
19     Q   It's your testimony that's not
20  your handwriting?
21     A   Why, no.  Look at them -- no.  That's not my
22  handwriting.
23     Q   Okay.  So where it says, "Dickie," at the
24  bottom, that's -- is that your handwriting?
25     A   No.  You want me to write it?  I mean, I'll

Page 64

1  write it now for you, to show you.  I mean, I can't see
2  it that good anyway, but no.  I can tell it's not my
3  handwriting.
4      Q   Do you know who Bill Mills is?
5      A   Bill Mills, yeah.  He lives right there,
6  Timber Lane.
7      Q   Were you with him on December 20, 2010?
8      A   No.
9      Q   It says something water company.
10     A   Yeah.  Bill, Jr.  That's his name, too.  We
11  never did call him that.  Yeah.  He worked -- can't say
12  that I was with him, but I did pay the water bill.  You
13  had to pay -- in order to rent the car, you had to have
14  a valid Kentucky driver's license and two bills that
15  were paid that month in your name.  So my water bill and
16  electric bill.
17     Q   Did you do both of those things on the same
18  date that you rented the vehicle?
19     A   I know I paid the water bill on the way over
20  to get the vehicle.
21     Q   Was anybody with you?
22     A   Allen was with me, or I was with Allen and
23  Sandy.  Sandy was with us.
24     Q   Did you pay for that out of your own money, or
25  did Allen help?

Page 65

1      A   Everything that was paid, no matter what it
2  was, even the water bill, electric bill, he said, "I'll
3  split you on everything.  We'll split it right down
4  the middle."
5      Q   It says something on here that Shirley G.  Do
6  you know who Shirley G. is, Mr. Simpson?  It's just to
7  the right of the water.
8      A   Yeah.  I see that.  Water company, now that
9  you said that.  Shirley G.?  I know a Shirley G., but
10  not because that's my -- I don't know why that would be
11  there, if that's the one I'm talking about, because
12  that's my sister's boyfriend's name, and he's 83 and
13  lives in Bean Station, Tennessee.
14     Q   Is it fair to say that you would not have been
15  with Shirley G. on December 20, 2010?
16     A   Oh, absolutely not.
17     Q   And do you have a friend or acquaintance of
18  yours that you know by the name of Brandon?
19     A   I've got two.  Brandon Rego and
20  Brandon Burnett.
21     Q   Were you with either of those individuals on
22  December 20, 2010 before you rented the vehicle?
23     A   No.  No.  The only people that I seen before I
24  rented the vehicle was on the day that I rented the
25  vehicle was Allen Helton, Sandy Helton and Sandra Kay

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 66

1  Patrick, which is my sister.
2      Q     Do you recall seeing Bob Smith on
3  December 20, 2010?
4      A     No.  Didn't get to see Bob.
5      Q     It looks like there's a Derrick here.  Do
6  you have a friend or an acquaintance back in 2010
7  named Derrick?
8      A     I know a Derrick Lord, but I mean, he goes
9  to -- he lives in Corbin.  I don't see why I would have
10  seen him.  No.
11      Q     It looks like there's a name here by the name
12  of Gerrin [sic] Bennett?
13         MR. WRIGHT:  Vernon Bennett.
14      Q     I'm sorry.  Vernon Bennett.  Did you see
15  Mr. Bennett before or after you rented the vehicle on
16  December 20, 2010?
17      A     Yeah.  I know I did.  Vernon was up at
18  Dickie's.  We call him Tater Bug.  I'm sorry about that,
19  but that's -- you know, Dickie is my neighbor.  Dickie
20  is the one, you know, I bought the bike off of, told me
21  the police had been down there, and Vernon is his
22  cousin, and they was logging right there in behind
23  Dickie's house.
24      Q     But did you see Vernon or Dickie on the date
25  that you rented the car?

Page 67

1      A     Yes, sir.  I did.
2      Q     Okay.  Do you remember what you did over there
3  that day?
4      A     Smoked a cigarette, drank a cup of coffee with
5  Dickie.  Let me see, walked around back and went and
6  poured two five-gallon buckets of fuel oil into the
7  dozer, basically.
8      Q     I want to just make sure I have this right.  On
9  December 24, 2010, Detective York and another KSP
10  officer named Sowders came over to your residence on
11  Fourmile Road; is that right?
12      A     Yes, sir.
13      Q     Okay.  And when they came over there to your
14  home, what was the first thing that you did?
15      A     The first thing I did?
16      Q     Let me withdraw the question; I'll ask it a
17  better way.  Okay.  When Detective York and Mr. Sowders
18  came over to your home on December 24, 2010, was the
19  first thing that you did, was that to hand them a sticky
20  note of people who could verify your whereabouts on
21  December 20, 2010?
22      A     That, don't remember doing, but apparently, I
23  did.  I don't remember that.
24      Q     Earlier you testified that you had prepared
25  the sticky note after having a conversation with --

Page 68

1      A     Dickie.
2      Q     With Dickie?
3      A     Yes, sir.
4      Q     And did you eventually provide that note to
5  the officers when they came to your house?
6      A     I must have, but I don't remember.  I remember
7  the prescription, but yeah.  Yeah.
8      Q     And at that time, is it fair to say that you
9  created the sticky note because you were led to believe
10  that you were a suspect in the death of Katherine Mills?
11      A     According to Dickie Brown.  I said -- I asked
12  him, I said, "Well, why are they -- why am I suspect?"
13  He said, "Son," he said, "They've been to every house on
14  the creek asking everybody where they was."
15      Q     Okay.  So to your knowledge, you were just one
16  of a number of others?
17      A     Yes.
18      Q     People there, right?
19      A     Yeah.
20      Q     Now, looking at the exhibit, I think it's
21  number 2, with these photographs?
22      A     Uh-huh.
23      Q     When did you purchase that bike from Dickie,
24  the one you're looking at?
25      A     The exact day, I'm not sure of.

Page 69

1      Q     Was it before or after you went to Florida?
2      A     I think it was before I went to Florida
3  because I gave him six or 830 for it because he was
4  scared of it.  He wouldn't ride it.  He didn't know how
5  to ride it.  He wouldn't open it up, and you have to,
6  so...
7      Q     When Detective York and Mr. Sowders came over
8  to your house, did either of those officers search
9  inside?
10      A     Absolutely.  They both -- when we were
11  talking, I said, "You have a search warrant?"  He said,
12  "No.  We don't."  I said, "Well, don't worry about it.
13  You don't need it.  Come on in.  If you want to look
14  around my house, come on."  And when they walked in the
15  house, into the trailer; you can see in that picture of
16  the Volkswagen out there, see the trailer behind it?
17  Right there's the door.  The bedroom that I slept in was
18  to the right, and well, it's the only bedroom that was
19  used, and then to the left is the kitchen.  Jay Sowders
20  went to the right, and Officer York went to the left.  I
21  sat on the couch, and here comes Jay Sowders with a
22  pistol shell, and he was being rude and disrespectful,
23  and I didn't find that very pleasant.  So I had a few
24  choice words to say to him, and then I told him to get
25  out of my house.  I said, "If you want to come back to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  my house, you bring a search warrant," and he reached
2  for my couch. That's where I was sitting at, and here
3  he come looking at that right there. And I asked
4  Detective York, I said, "You need to get him out of my"
5  -- you know, few words, house. I said, "You can search
6  all you want to. I got no problem with you." And he
7  was very nice, very respectful, Detective York. You
8  know, when he got done, he thanked me and everything,
9  but he did take detective -- I don't know if he was a
10 detective or not, but he took Jay Sowders outside, and
11 he get -- sat down in his cruiser.
12      Q    What was Mr. Sowders saying to you about the
13 shell? Was it a shell casing?
14      A    Yeah.
15      Q    Yeah. What was he saying to you that you
16 found to be so offensive?
17      A    It wasn't so much as what he was saying. It
18 was the tone he was using to say it. I invited him in
19 my house, and he's going to talk to me like that, like
20 I'm beneath him just because he's got that all over his
21 chest? No. He ain't. Not me. I'm sorry, but he
22 won't -- I won't stand for it. No. No. Like I said,
23 we only had words, and he left.
24      Q    Now, at some point --
25      A    He was wanting to know where the gun was.

1      Q    If you look at the page that has 1476 at the
2  bottom, let me know if you see a picture of the shell
3  casing or bullet. Is that the bullet or shell casing at
4  the bottom picture that Mr. Sowders found that you were
5  just discussing? Oh, sorry.
6      A    That looks like it. That's a shell, yeah.
7      Q    Now, did Detective York or Officer Sowders ask
8  to take photographs of you that day?
9      A    They didn't ask to take a photograph
10 of nothing.
11      Q    All right.
12      A    They wasn't told they could either, but
13 they did.
14      Q    Let me flip this to a different page. Do you
15 recall either of those officers taking pictures of you
16 on December 24, 2010?
17      A    No.
18      Q    Do you recall posing for some pictures?
19      A    I do. Yeah. Yeah. But I don't. Sowders was
20 gone when that happened.
21      Q    Who took these photographs?
22      A    York did, Detective York.
23      Q    Did he tell you why he was taking
24 these photographs?
25      A    No.

1      Q    In the photographs, is that you?
2      A    Yeah. That's me.
3      Q    Is that how you looked back in December
4  of 2010?
5      A    Absolutely. Right down to the tee.
6      Q    Okay. Did Detective York or Officer Sowders
7  take anything from your trailer when they met with you
8  back in December of 2010?
9      A    No. Not to my knowledge. Now, what
10 Jay Sowders did in the bedroom, you can't see what he's
11 doing. So I don't know if he took anything, which I
12 don't think he did, but I know Detective York didn't
13 take nothing because he was in the same area as I was. I
14 was in the living room, but it's wide open
15 through there.
16      Q    Sure. Do you recall how long you met with
17 Detective York or Mr. Sowders that day?
18      A    No. Don't seem like it was too long, though.
19      Q    Now, how many times do you recall meeting with
20 Detective York about Katherine Mills?
21      A    This one, and I was working in the garden at
22 Bob's and he come -- he didn't come talk to me, Bob
23 Smith. And he pulled over and talked to Bob and Vick,
24 who is Edward, which is Raymond Edward, and he went up
25 and talked to Vick, but Bob was gone, and he pulled back

1  down there at the garden in the road and asked me to
2  walk over, and I said, "No. I believe I'll just stand
3  right here where I'm at." And I had a PBR sitting
4  there, and Bob, he was supposed to brought me a cup of
5  coffee down, he didn't, and he had some beer in his
6  trunk, and he give me a beer. I had a beer sitting
7  there on the tiller, putting a belt on the tiller. I
8  said, "No. I don't believe -- I believe I better stop
9  there at the road." And he laughed and said, "Don't
10 blame you," and about that time, my brother and his
11 daughter pulled up on a Dyno and asked Detective York if
12 he was given -- he lost his badge up in there somewhere,
13 Detective York did. Didn't know that, did you?
14      MR. KELLY: No. That's a no.
15      Q    At your house?
16      A    No. Not around my house. Around Bob's
17 somewhere. And Crooked Foot, Tom West, found it, and I
18 didn't know it was his until I read it, the badge
19 number, and George was -- George was telling me,
20 my brother.
21      Q    It's probably on the police report?
22      A    Yeah. Because it was turned in to
23 state police.
24      Q    Do you recall meeting with any other officers
25 at your home regarding Katherine Mills' death other than



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 74

1 Mr. Sowders and Mr. York?

2 A That was the only time that they came to
3 my house.

4 Q Okay. Now, at some point, did you meet with
5 Detective York down at the Clay County Detention Center?

6 A Yes. I did. I don't remember when it was,
7 but I know he came down there once, and we met in
8 the chapel.

9 Q I'm going to show you what we'll mark --

10 A I think he -- I don't think -- he was in
11 civilian clothes. Well, you know, clothes.

12 Q Sure. Here's an exhibit.

13 MR. WRIGHT: What are we on, 5?

14 MR. SLOSAR: 5.

15 (EXHIBIT 5 MARKED FOR IDENTIFICATION)

16 BY MR. SLOSAR:

17 Q According to this report, Detective York met
18 with you at the Clay County Detention Center on
19 April 3, 2013. Does that seem about right?

20 A Yeah. Yes. It does. Around about.

21 Q You know what, there's also in the actual
22 report, it says April 3, 2012. So either April 3rd
23 of 2012 or April 3rd of 2013, Officer York met with you
24 down there in Clay County?

25 A It had to be 2012 because --

Page 75

1 Q Were you out of custody in 2013?

2 A No. When did I get out? I went through SAP
3 in Louisville at -- CTS Russell. Kenneth Hemphill was
4 the director, and I got out of it in October. So back
5 up six months. So that gives you the fourth month. So
6 that's -- that's right.

7 Q Was that when you were in --

8 A I can't remember if I got out in '12 or '13,
9 though. I can't.

10 Q Was that when you were in custody on the
11 receiving stolen property?

12 A Yes.

13 Q Okay. I don't have extra copies of this, but
14 I'll mark it. It's Exhibit 6. It's criminal records
15 relating to Mr. Simpson. It's PL1647 through PL1682.
16 Mr. Simpson, I'm just going to ask for you to look at
17 page 1649. It's just page 3. Check out this
18 indictment. It looks like there was an indictment
19 issued against you. The true bill, at least, was signed
20 on April 27, 2012, according to this --

21 (EXHIBIT 6 MARKED FOR IDENTIFICATION)

22 A It was 11 -- I know that because on -- I got
23 out on the 11th day of October, which is Charles
24 Michael, my oldest son's, birthday. I remember that
25 very well.

Page 76

1 Q So you remember getting out on October 11th of
2 either 2012 or 2013?

3 A No, sir. 2011. That's when I was initially
4 arrested on this charge.

5 Q Okay. But then you were released at some
6 point, right?

7 A October the 11th.

8 Q Okay. And then you were indicted by a grand
9 jury, it looks like, much later in April of 2012?

10 A Yeah.

11 Q If you look at the next page, it looks like on
12 October 23, 2012, there was a notice of conflict with
13 your counsel. So they appointed you to an attorney by
14 the name of Chris Mills out of Barbourville. Do you
15 remember that?

16 A No, sir.

17 Q Was Barbara Carnes representing you for a
18 while in early October 2012?

19 A I was told that Barbara was my attorney, but I
20 never spoke with Barbara. That was Travis Carnes'
21 mother. He was in there.

22 Q Okay. Were you in custody when you were
23 waiting for a trial on a pretrial date?

24 MR. WRIGHT: Object to the form. Foundation.

25 Q If you look at the page that has 1651,

Page 77

1 Mr. Simpson, there's -- it's an order scheduling a trial
2 date that was signed on October 3, 2012. It has file
3 stamped October 3, 2012. Do you know if you were in
4 custody at the county jail at that time?

5 A No. Yes. I was because they transported me
6 from Clay County to Bell County.

7 Q Okay. Is it your recollection that you were
8 ultimately released in August?

9 A No.

10 Q What month were you released from custody on
11 that case?

12 A Okay. They arrested me August the 11th. I
13 was in -- I got a 50-day oral bond the 10th day I was in
14 there, so that put me out on October the 11th. I went
15 back. I don't remember what month I went back, but then
16 I made parole and on the condition that I went
17 to -- went to a substance abuse program, which I did at
18 CTS Russell in Louisville, 14th and Jefferson. That's
19 where it is. That was the halfway house.

20 MR. SLOSAR: We're going to go off the record
21 just for a moment. I'm sorry, Mr. Simpson.
22 We're just trying to figure out --

23 VIDEOGRAPHER: Off the record at 3:02.

24 (OFF THE RECORD)

25 VIDEOGRAPHER: On the record at 3:03.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 78

BY MR. SLOSAR:

Q   Mr. Simpson, when you met with Detective York
at the Clay County Detention Center, did he read you
your Miranda rights?

A   I can't remember. I cannot. I can't -- I
can't remember.

Q   During the questioning by Detective York, do
you recall approximately how short or long that meeting
was with him?

A   It wasn't long at all. It wasn't.

Q   Were any other officers present for the
meeting that you had with Detective York in the Clay
County Detention Center?

A   No, sir.

Q   During that questioning by Detective York, did
he ever threaten you?

A   No. No. He did not.

Q   Did he ever threaten to charge you
with murder?

A   No. He did not.

Q   Did he ever yell at you?

A   No. He did not. No.

Q   Did he ever scream at you?

A   No. No. Detective York was very nice. I
mean, very polite. He was -- he conducted himself in an

Page 79

honorable manner in my book. Him and Watercash was the
only two that ever did.

Q   Did he accuse you of killing Katherine Mills?

A   No. He did not. Not to my face, he did not.
No, sir.

Q   Did Detective York ask you questions about
your trip to Florida with Allen Helton?

A   Yes. He did.

Q   Did he ask you where you received the money
for that trip?

A   Yes. He did. He asked me where I got
the money.

Q   And what did you tell Detective York?

A   I told him I drew a check. I didn't tell him
I sold pills. I mean, that wasn't none of his business
if he didn't know. I didn't need to -- no. And I -- I
think I showed him a check stub, but I'm not sure. I
don't think. No. I don't think I did because he
wouldn't -- he treated me good. I mean, like I said,
him and Trooper Watercash is the two that I ever dealt
with in any manner or speeding ticket or whatever that
was -- that was what he would expect the state police to
do or a police officer to be.

Q   And to your recollection, the interview with
Detective York was very short, correct?

Page 80

MR. WRIGHT: Object to form.

Q   You can answer if you can.

A   Yeah. They had just started delivering chow
when we was coming around to the library, and I remember
York -- Detective York saying, "Hey, you going to miss
your lunch," or it was lunchtime. I know that. Let's
see. Sandra, Ms. Sandra in the kitchen, said, "Oh, it's
taco salad. He can't eat it anyway," because I got that
acid reflux, and she'd always bring me something else
back there. She said, "I've got his in the kitchen,"
and before they got -- they just got done serving the
trays at the end of the jail. My cell was right next to
it, and Big Foot, Jason Durham, cop Jason Durham, walked
me back. You got to buzz in the library when they shut
you in like that with -- and Detective York buzzed out.

Q   Now, there's a recording of the meeting that
you had with Detective York that you received in this
case that lasted approximately 12 minutes. Does that
seem about the time that you met with Detective York at
the Clay County Detention Center?

A   Well, it doesn't seem -- I can't be sure on
the time that me and him met, but I tell you what,
you've got 15 minutes to serve the trays so, yeah. I
mean, that's the way I know.

Q   Did Detective York tell you that he had

Page 81

already initiated charges against other people for the
murder of Katherine Mills when he met with you at the
Clay County Detention Center?

MR. WRIGHT: Object to form.

Q   You can answer. Go ahead.

A   I don't know. I don't. Golly. When you're
in a place like that, I mean, you know, 40 or 50 people,
you're going to hear different -- I don't know. Golly,
I don't. I can't remember. I'll tell you one thing, he
didn't -- he didn't say. He stated this. He said, you
know, he said, you know, as well as I do, he said, "It's
going to be a sad day in the lives of the people that's
convicted of doing this when they go to prison." And I
knew what he meant by that, and he knew -- and I knew
what he knew what he was saying. You don't -- you don't
want to go to prison by beating up on an old person or a
child. That's -- you know, you live a rough life, and
that's what he meant, but he didn't say no names. He
didn't -- that's what he said right there. I remember
that. I can see him because he was sitting -- leaning
forward like that right there.

Q   Did Detective York, did you feel that he was
interrogating you?

A   No. No.

Q   And did you feel that Detective -- well, it's

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  in your opinion that Detective York was being nice and
2  professional to you that day, right?
3      A    Absolutely.
4      Q    He didn't do anything aggressive towards you?
5      A    No. No.
6      Q    He wasn't treating you like a suspect in
7  a homicide?
8      A    He didn't -- he treated me as good as you
9  could want to be, asked to be treated really. I
10 mean -- no. He didn't -- he wasn't angry. He wasn't
11 mad. He didn't look at you and try to make you feel
12 like you were beneath him, talk down to you or nothing,
13 accuse you of nothing. No. He did not.
14     Q    Did he ever ask for you to take a polygraph
15 or anything?
16     A    No, sir.
17     Q    Did he ever ask if you wanted a lawyer?
18     A    Yeah. He had to ask me that. Big
19 Foot -- before Big Foot shut the door.
20     Q    Who is Big Foot?
21     A    Jason Durham, Captain Durham. He's no longer
22 down there. He got busted for contraband.
23     Q    Okay. So at the beginning of this -- sorry.
24 The Post-It note at that front desk is the same way.
25 Mr. Simpson, is it fair to say you didn't feel like

1  Detective York was, at the time of this interview, was
2  making any statements to you that led you to believe
3  that you were a suspect in his investigation?
4      A    Absolutely not.
5      Q    No. Go ahead. You're fine.
6      A    Absolutely not. He didn't. I wasn't
7  uncomfortable talking to Detective York. I didn't feel
8  that he was looking down his nose at me or as a suspect,
9  ever how -- ever how you want to look at it. No. He
10 was -- he was very, very nice.
11     Q    At any point, did Detective York, was he
12 asking you any questions during this April 3rd meeting
13 about Amanda Hoskins that you can recall?
14     A    He had -- let's see how -- he mentioned
15 Amanda's name because I told him. I told him, I said,
16 "I don't know her, but I know her daddy." I believe
17 that's -- I know at one time I told him that, because me
18 and Whitey worked the mines together. He was a miner,
19 and I sat jacks behind him, but he wanted to know if she
20 had ever -- if I -- if she had ever been in my house and
21 bought or if I ever sold -- or I ever sold to her, and I
22 said no to both of them because I never met the girl.
23     Q    Okay. Mr. Simpson, have you ever been
24 convicted of a felony?
25     A    Yes, sir. I have.

1      Q    When were you convicted of a felony?
2      A    My first was March of 2000.
3      Q    What were you convicted of?
4      A    Convicted of trafficking -- trafficking
5  cocaine, Percocets, and, I believe, Valium.
6      Q    Did you have to spend time in prison for that?
7      A    Sure did. Yes, sir.
8      Q    How much time did you spend incarcerated?
9      A    Served it out, so 37-and-a-half months.
10     Q    Okay. Other than that conviction, have you
11 had any other convictions for a felony?
12     A    For selling?
13     Q    For felony.
14     A    For felonies. Yes, sir.
15     Q    When was your next felony conviction?
16     A    That vehicle right there with Jesse Hobbs.
17     Q    When were you convicted of that?
18     A    I was arrested, let's see, had moved from
19 the trailer to the house right above it. Doug -- I
20 believe. I don't remember his last name, Burnett.
21 August the 11th I was convicted -- well, August 11th is
22 when I was arrested on it. I'll tell you the arresting
23 officer's name in just a minute. He had Jesse Hobbs
24 with him. Clark. I -- he's the only one of Knox County
25 Police I know, him and Roy Gamble. I can't think of his

1  name. They arrested me, took me down to Knox County
2  Jail, booked me in, and I went in front of the judge.
3  They sent me up to Leslie County. A few days later,
4  they brought me down there, and the judge gave
5  me -- excuse me, work for bond or something. 50 days
6  the bond that I was on, 50 more days, which would have
7  been October the 11th. That was my son's birthday, and
8  I got out that day. Claude Hudson, that's the arresting
9  officer, Detective Claude Hudson.
10     Q    And generally, what were the underlying
11 allegations about? What were you alleged to have stolen
12 in that case?
13     A    Jeep Cherokee. Jesse -- Jesse was working on
14 it for his cousin, and he hadn't drived it for about
15 four months, said it was his. I was at 10W Metals right
16 up here. Junkyard up here on -- going -- going -- as
17 you're heading south from here, and I was talking to Tim
18 Gamble. Me and Tim's been friends since we were kids.
19 And Jesse walks into the building and was going to crush
20 his vehicle, but he didn't have a photo ID. And I said,
21 "Well, Jesse." I don't know why I did it, don't know.
22 Should have known better. I said, "I've got a photo
23 ID." I said, "If they let me use it," and Tim said,
24 "Well, Mommy knows you. She's known you since you was a
25 little boy. Go up there and tell her." And I did. And



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 86

1  he arrested me, I want to say so bad, 257.52 or
2  something like that, and the reason I remember that
3  number is, is because I was -- I did not -- I was not
4  with him. I had nothing to do with that vehicle, and I
5  got five years over it, and he got a year.
6      Q    And that incident allegedly happened
7  August 11, 2011. Is that --
8      A    No. It happened either the 9th or the 10th.
9      Q    Okay. So right before that?
10     A    Yeah. It was the next day when they come up
11 there and -- yes.
12     Q    Were you eventually convicted of felony theft?
13     A    Yes, sir. I was.
14     Q    And how much time did you get on that?
15     A    Five years.
16     Q    Do you recall when you were released on
17 that conviction?
18     A    April of 2012 I made parole, and that's when
19 they -- I made parole, I believe it was, in February,
20 and you have to wait -- you're on a waiting list to get
21 on a substance abuse program to go through the SAP
22 that's recommended now by the State, which is a good
23 thing. It really is.
24     Q    When you were released from prison, is that
25 when you made the decision to stay away from pills?

Page 87

1      A    Oh, no. No. You can't quit for anyone other
2  than yourself and that -- I didn't want to quit. I had
3  no desire to quit, you know. I could afford what I was
4  doing. I didn't think it was that bad of a habit. I
5  wasn't looking at it in the right perspective. But, no.
6  I went to bed on the 19th day of January 2015, and when
7  I woke up that morning on the 20th, just like waking
8  up a different person. I knew I wasn't never
9  doing nothing.
10     Q    I see that you've got a -- it looks like maybe
11 a religious tattoo --
12     A    Oh, yeah.
13     Q    -- on your hand. What is that? Can you
14 hold it up?
15     A    Praying hands? That's for Mommy.
16     Q    When did you get that tattoo?
17     A    2012. I got that down in Clay County Jail,
18 Mike Gray. His drawing is so pretty, and I just --
19     Q    What does it symbolize?
20     A    It's praying hands. You can't see it? I can
21 see it, and I'm blind.
22     Q    I'm sorry. So they did that on you when
23 you were --
24     A    No. Michael Gray did. $50 I gave him. He
25 didn't have no money no way. So he was getting it. He

Page 88

1  wanted shoes and everything else. He wore a nine, and I
2  wore a 12, but he -- but he exercised in them, but he
3  was a good boy.
4      Q    Did you get that tattoo on you before you went
5  on that Florida trip, which was 2010?
6      A    No. I got the tattoo -- I can't remember when
7  I was rearrested on that God-blessed thing. Now, see,
8  you got -- I got out October the 11th of 2011, and I'm
9  not sure when I went back. Michael Gray done it. I'm
10 not -- I can't remember now. You got me -- I know who
11 done it. Michael Gray, and he had a little help. Robert
12 Collins. He was -- remember things like that, you know.
13     Q    Now, Mr. Simpson, I'll going to show you what
14 we'll mark as Exhibit number 7. Feel like I'm -- here
15 it is. Here's yours. I'm going to ask you to look at
16 the second page. This is -- that's stapled. It's
17 Bates stamped PSP339 and 340. This is an affidavit
18 for a search warrant that Detective York filled out
19 on February --
20     A    I got to stand up.
21         (EXHIBIT 7 MARKED FOR IDENTIFICATION)
22     Q    -- 15, 2000 -- or I'm sorry.
23 February 4, 2011.
24         MS. ROBINSON STAPLES: Yeah. You can stand up.
25     Q    You can put the microphone cord wherever you

Page 89

1  want. Okay. Now, on this affidavit, Detective York
2  wrote that Mike Simpson gave this unit a number of
3  606- 622-1780 as a contact number for him. Mr. Simpson
4  had been identified by Michael Crump to being at
5  Katherine Mills' residence the morning she was robbed
6  and found dead. Did Detective York ever tell you that a
7  witness identified you as being at Katherine Mills'
8  residence on December 20, 2010?
9      A    No. He did not.
10     Q    Did Detective York ever tell you at some point
11 in the investigation that he was speaking to witnesses
12 about the possibility of you having killed Katherine
13 Mills in December of 2010?
14     A    What? Say that again.
15     Q    Did Detective York ever confront you with
16 information that he had learned in the Mills
17 homicide investigation?
18     A    Not to my knowledge, no.
19     Q    Okay. I know earlier you testified that
20 when you talked to Detective York, he was nice
21 and professional?
22     A    He was. He never -- that's why I'm trying to
23 read this paper and trying to listen to you,
24 too, because --
25     Q    Is this the first time that you learned that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 90

1  Detective York had alleged that an eyewitness
2  identified you?
3      A    Well, yeah.  Absolutely.
4      Q    Did you ever know that this document existed
5  before today?
6      A    No.  I didn't.  No.
7      Q    Just so you know, Mr. Crump says that he never
8  made an identification of you.  So there's that.
9      A    I don't even know -- who -- who is Mr. Crump?
10     MR. WRIGHT:  Object to form.
11     Q    Mr. Crump was -- it's just a witness in the
12 underlying investigation.  Do you know a person by the
13 name of Michael Crump?
14     A    No.  I don't.
15     Q    Okay.  Mr. Simpson, I'm not going to ask you
16 any more questions about the search warrant, but I do
17 have a couple of other questions for you.  Okay?  And
18 then I'll be done.
19     A    Yes, sir.
20     Q    Now, there was some evidence that Detective
21 York developed in the underlying investigation that
22 implicated yourself and Mr. Helton in Ms. Mills' death.
23 So I have to ask you some questions.
24     A    Yes, sir.
25     Q    Okay.  And you'll see Mr. Kelly is going to

Page 91

1  show you in our lawsuit, it's an allegation in there,
2  that you or Mr. Helton could have been responsible,
3  based on the investigation that was conducted.  So I'm
4  just going to ask you face-to-face here.  Okay?
5      A    Uh-huh.  Yes, sir.
6      Q    All right.  Did you have anything to do with
7  Katherine Mills dying on December 20, 2010?
8      A    Absolutely not.  I've said that over and over.
9  I've never seen the woman.
10     Q    By December 20, 2010, did you have any
11 knowledge that Katherine Mills sold lumber for large
12 sums of money that she kept in her home?
13     A    No, sir.  I did not.  I have never heard
14 the name.
15     Q    Do you, in any way, have any knowledge about
16 who may be responsible for Katherine Mills' death?
17     A    No, sir.  I do not.
18     Q    Do you have any knowledge as to whether
19 Amanda Hoskins or Jonathan Taylor or William Lester were
20 in any way involved with Katherine Mills' death?
21     A    I do not.  I don't -- I know -- I don't
22 know two of them.  I know who they are.  I spoke with
23 Jonathan a couple times.  I know William but, no.  I've
24 never heard nothing.
25     Q    I know you said you've known William all your

Page 92

1  life, right?
2      A    Uh-huh.
3      Q    Do you have a pretty good idea of the type of
4  person that William Lester is, based on your life
5  history with him?
6      A    Yeah.  That's what I was going to tell you
7  earlier.  Around 1982 maybe, '81, '82 is when they moved
8  out of Fourmile.  They moved to Knox County.  I hadn't
9  seen William in 20 years maybe.  20 years, I guess,
10 something, and I ran into him at Escoe's.  Escoe's keeps
11 popping up, but that's a little store you run to.  You
12 know, you run out of cigarettes, coffee, milk, something
13 like that, you run down there and get it, and he lived
14 right across the street from it, and I didn't know it.  I
15 would go by his house when I go that way.  I didn't know
16 it.  So no, he never appeared to be -- he was a nerd in
17 school.  I mean --
18     Q    In your opinion, is William Lester the type of
19 person that would kill somebody for money?
20     MR. WRIGHT:  Object to form.
21     A    No?  Answer?  In my opinion?
22     Q    Yeah.  Yeah.
23     A    No.  I don't -- how can you -- how can you
24 honestly answer a question like that?  You're
25 asking -- you're asking me in my opinion to judge that

Page 93

1  man, and I can't do that.
2      Q    Sure.  Well, is there anything in your
3  relationship with William Lester, is there anything that
4  ever made you afraid that he would do something like
5  that to you?
6      A    There's no violence in him.  There never was
7  any violence in him.  He's too honorable.  He'd cry if
8  you whooped a dog.  He was just that type of person, you
9  know what I'm saying, growing up as a kid.
10     MR. SLOSAR:  I don't have any further questions
11 for you, Mr. Simpson.  I think some of these
12 other lawyers may, okay?  Thank you for coming.
13 THE WITNESS:  Thank you.
14 MR. WRIGHT:  Let's take a break.
15 VIDEOGRAPHER:  Off the record at 3:27.
16     (OFF THE RECORD)
17 VIDEOGRAPHER:  On the record at 3:39.
18     CROSS EXAMINATION
19 BY MR. WRIGHT:
20     Q    You okay to continue, Mr. Simpson?
21     A    Yeah.
22     Q    My name is Derrick Wright.  I represent
23 Detective York.  I'm going to try to go in order, but
24 where I'm going second, I might hop around a little
25 bit.  Okay?



Kentuckiana Reporters                    502.589.2273 Phone
P.O. Box 3983                            502.584.0119 Fax
Louisville, KY 40201              schedule@kentuckianareporters.com
                                     www.kentuckianareporters.com

Page 94

1     A    Yes, sir.
2     Q    I just want to ask, as far as preparation
3  for today, did you read anything before you came to
4  testify today?
5     A    No, sir.
6     Q    Did you speak with anybody about this process
7  or what your testimony would be?
8     A    No, sir.
9     Q    Nobody at all?  Had you ever met
10 Mr. Slosar before?
11    MR. SLOSAR:  That's me.
12    A    No, sir.
13    Q    Or his co-counsel, Ms. Staples?
14    A    No, sir.
15    Q    How about their investigator, I believe,
16 sitting in the corner?  Have you spoken to him?
17    A    Yes, sir.
18    Q    What did you-all talk about?
19    A    We talked about -- it started out -- he came
20 up looking for me, and he couldn't find me.  I
21 called -- he had left a card with my sister, and I
22 called him, and he came back to talk to me and give me
23 the subpoena.  We talked about -- we talked about him
24 being a Marine vet, his children, my kids, horses,
25 hickory chickens.  He liked the hickory chickens.

Page 95

1     Q    What about this case?  Did you-all
2  talk about --
3     A    No.  Well, what the subpoena was about.  Other
4  than that, no.
5     Q    He didn't ask you what information you had?
6     A    No, sir.
7     Q    Was it just one meeting?
8     A    Yes, sir.
9     Q    This is the civil lawsuit.  There was a time
10 when the plaintiffs were criminal defendants, and they
11 had criminal attorneys, criminal investigators.  Did you
12 speak to any of their criminal attorneys or criminal
13 investigators?  Do you remember?
14    A    There was two sets.  On two different
15 occasions, three or four gentlemen came twice to Clay
16 County Jail, but I don't recollect any of their names.
17 They talked about the case, pretty much asking the same
18 questions about Jonathan, Amanda, William, me, Allen,
19 the Florida trip, basically the same questions, but
20 I -- it was to do with the case, but I can't -- I don't
21 know -- I can't remember if it was a -- you know,
22 criminal.  I don't know who they was, but it's on file at
23 Clay County Detention Center.
24    Q    So you met two times, to the best of
25 your memory?

Page 96

1     A    Yes, sir.
2     Q    And the both times you were in detention
3  center, right?
4     A    Yes, sir.
5     Q    And to your memory, it was in Clay County?
6     A    Both times, yes, sir.  And I met with
7  Detective York down there.
8     Q    Yes.  That's right.  We talked about that.  Was
9  it recorded, to your memory?
10    A    Always, yes, sir.
11    Q    And to be clear, was that the jail recording
12 or them?
13    A    Yes, sir.  The jail recording.  Yes, sir.
14    Q    You don't remember them having their own
15 recorders on the table?
16    A    No.  No, sir.  I don't.
17    Q    And do you remember anything to stand out from
18 your conversations with them in that time period?
19    A    No.  Nothing that to my knowledge that would
20 stand out.
21    Q    Do you remember the dates of these interviews?
22    A    No, sir.  I do not.  I remember that both
23 times that I met with -- which I met with three -- three
24 times I had, once was with Detective York.  That was in
25 the chapel.  And the other -- or the church, and the

Page 97

1  other two times was with those attorneys or
2  investigators.  I'm not sure what they was.  They was
3  with the case.  We met in the break room, the staff
4  break room.
5     Q    All right.  I'm going to hand you a document.
6  There's no PL number on that, but it came from you guys.
7  I hand you that one, and the top of this just says,
8  "Simpson interview, 6-30-2015."  Do you believe you
9  would have had one of these interviews in 2015?
10    A    No.
11    Q    Would you have been in custody in 2015?
12    A    Yeah.  I was in Louisville.  I lived at
13 20 -- 2500 West Muhammad Ali Boulevard, across from
14 5th Street.
15    Q    So you weren't in jail.  You were living
16 in Louisville?
17    A    I was living in a halfway house.
18    Q    Halfway house, okay.
19    A    No.  It's not a halfway house.  I'm sorry
20 about that.  What it is, is sober living after you come
21 out of the halfway house, after you been through the
22 substance abuse program, the SAP -- you know, the parole
23 board recommended to me.  You have to go into a 90-day
24 recovery, out where it's just there's no -- it's not
25 guard control.  It's just a group of men trying to get

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 98

1  back into society, you know.
2      Q     Okay.
3      A     Trust basis.
4      Q     Do you recall any interview taking place at
5  that place, at that location in Louisville regarding
6  this case?
7      A     No.  I do not.
8      Q     You testified earlier about sponsors for some
9  of these trips to Florida, as you recall that testimony?
10     A     Yes, sir.
11     Q     And there's notes on this about a sponsor for
12 a trip at the bottom.  Do you see that, the bottom
13 right-hand corner?
14     A     Yes.  I do.
15     Q     And it says, "Money that morning from
16 sponsor."  Do you see that note?
17     A     Yes.  I do.
18     Q     Did you ever tell any investigators or any
19 attorneys that you were getting the money for the trip
20 on the morning of December 20th?
21     A     No.  No, sir.  I did not, or I do not, and I
22 did not.
23     Q     Okay.
24     MR. WRIGHT:  Let's just make this exhibit -- are
25 we on 6?

Page 99

1      MR. SLOSAR:  8.
2      MS. ROBINSON STAPLES:  8.
3      MR. WRIGHT:  Can you hand me those exhibits?  All
4  right.  Let me just put that sticker on there.
5          (EXHIBIT 8 MARKED FOR IDENTIFICATION)
6          BY MR. WRIGHT:
7      Q     Have you ever met with me?
8      A     No.  Not to my knowledge, no, sir.
9      Q     That's right.  Have you met with any of the
10 other people on this side of the table?
11     A     No.  No.
12     Q     Okay.
13     A     That one down there looks familiar on the
14 end, but I've never -- I can't place him, so I know
15 I didn't --
16     Q     Maybe he's just common-looking.
17     MR. KELLY:  It was probably at Hooters.
18     Q     As far as you know, you've not talked to?
19     A     No, sir.  Not talked to either one of you.
20     Q     Okay.  I'm going to pick up some background
21 questions.  We've went over it.  I don't want to rehash
22 a lot of it, but you mentioned that you had an addiction
23 to pills prior to 2015, right?
24     A     Yes, sir.
25     Q     And you were also selling pills prior to

Page 100

1  2015, correct?
2      A     Yes, sir.
3      Q     Did you sell pills to Jesse Lawson?
4      A     Yes, sir.
5      Q     How regular of a customer was when he?  Once a
6  week?  Once a day?
7      MR. SLOSAR:  Objection to form.  Foundation.  You
8  can answer.
9      Q     The best you can, in December 2010, that time
10 frame, how often was he coming to you to buy drugs?
11     A     I don't -- I don't remember him coming up in
12 2015.  I mean, not 2015, December.  I don't remember.
13 I'll see, five times maybe that I sold to him.  I can
14 remember three, and then two he lied to me, so -- but he
15 went about selling.
16     Q     What did he lie to you about?
17     A     Telling how you can take a Cymbalta and not
18 get sick.
19     Q     Okay.
20     A     I ended up puking my guts out, cussing him all
21 to pieces.
22     Q     Just the best you can, was the times you sold
23 to Jesse Lawson before December 2020 [sic] when
24 Katherine Mills was found dead or after that?
25     MR. SLOSAR:  Objection to form and foundation.

Page 101

1      It's not yet 2020.
2      MR. WRIGHT:  I'm sorry, 2010.
3          BY MR. WRIGHT:
4      Q     December 20, 2010.
5      A     Yeah.  It was -- yeah.  Because ginseng
6  digging season was in, so it was around August,
7  September, October.
8      Q     Of 2010?
9      A     Yes.
10     Q     And he stopped buying from you after that?
11     A     When he moved off the creek.
12     Q     Do you have a memory of what time he moved off
13 the creek?
14     A     No.  I went down there once or twice.  We
15 hauled a couple loads down there but I don't remember.  I
16 don't know if it was -- I want to say it was springtime,
17 but I -- I'm sorry.  I can't -- don't know.
18     Q     Did you sell drugs to William Lester?
19     A     I took a PlayStation and pawned one time
20 for -- yeah.  One time, for William Lester.
21     Q     So you gave him a PlayStation to buy drugs
22 from him for you?
23     A     No.  I gave him a -- drugs for a PlayStation
24 and held it.
25     Q     Oh, I'm sorry.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 102

1    A    And ended up keeping it, and it didn't work.
2    Q    When was that?
3    A    Oh, golly.  It was around the 4th of July.
4    Q    Of what year?
5    A    It was -- let's see --
6    Q    Before --
7    A    2011.
8    Q    So after Katherine Mills is found dead?
9    A    Yes.
10   Q    Now, I didn't catch your ex-wife's name.  What
11   was her name?
12   A    Her legal name, or what I call her?
13   Q    Her legal name.
14   A    Wanda.
15   Q    What was her maiden name?
16   A    Georg.
17   Q    I think you said you had two kids?
18   A    Charles Michael and Joseph Shane.
19        MR. SLOSAR:  How do you spell her last name?
20        THE WITNESS:  Huh?
21        MR. SLOSAR:  How do you spell the last name of
22   your ex-wife?
23        THE WITNESS:  W-H-O-R-E.
24        BY MR. WRIGHT:
25   Q    Does she still live in the Knox County, Bell

Page 103

1    County area?
2    A    Bell County, Pineville, yeah.
3    Q    Are your children over the age of 18?
4    A    Yes, sir.  Joseph will be 20 the 28th day of
5    August, and Charles Michael will be 23 the
6    11th of October.
7    Q    Do they live in Bell County?
8    A    Yes.  They do.
9    Q    And then you mentioned some siblings, but I
10   don't know if I got all their names.  This is just
11   mainly for jury pool.  I just don't want anybody on the
12   jury that knows you.
13   A    Charles, Robert, Brandon, George, Kay, Terry.
14   Q    Now, I know --
15   A    And the last names, that's brothers and
16   sisters.
17   Q    I know, for the sisters, if they have a name
18   other than Simpson.
19   A    Brenda Simpson, Terry Thompson, and Kay --
20   Sandra Kay Patrick.
21   Q    Okay.  And do they all live in this area? Bell
22   County, Knox County area?
23   A    Yes.  They do.
24   Q    Okay.
25   A    All of them -- well, all but George lives in

Page 104

1    Fourmile.  Did I say George?  I probably didn't.  He's
2    the one that slept with my wife.
3    Q    Where is he -- does he live in the area?
4    A    I'm not really sure where he lives.
5    Q    Okay.
6    A    Page, Hutch, Hilldon, over through there.
7    Conra, somewhere through there.  It's in Bell County,
8    though.  Yes, sir.
9    Q    All right.  Now, I was a little unsure of your
10   relationship to Lester, when you were in touch and when
11   you lost touch.  I think you said you grew up around
12   him; is that right?
13   A    Yeah.  From -- from the age of five or
14   six, '71, '72, up until, like, '82.  It was before my
15   mom died, and then I hadn't seen him in --
16   Q    Before you move on, at that time, you-all
17   lived in Bell County?
18   A    Yes, Fourmile.
19   Q    And he moved away around 1982?
20   A    Somewhere through there, yeah.  Right after
21   his father, Pearce, passed away.
22   Q    And to your knowledge, where did he move to?
23   A    Knox County somewhere.  I never did know.
24   Q    Did you remain in Fourmile?
25   A    Yes.

Page 105

1    Q    Were you living in Fourmile in
2    December of 2010?
3    A    I was living at -- still called Fourmile, but
4    it's Knox County.
5    Q    Okay.  Over the county line?
6    A    Yes, sir.
7    Q    But it's close to the Bell County line, is
8    that right, where your trailer was?
9    A    Yeah.  It's about two-and-a-half miles.
10   Q    All right.  Now, as I understand it, if you're
11   coming to Escoe's from Barbourville, you would turn
12   right, just past Escoe's, to get to where you live; is
13   that right?
14   A    Yes, sir.
15   Q    What road is that?
16   A    Highway 20 --
17   Q    Has it got a name?
18   A    2014, Morris -- Morris Creek Road.
19   Q    Morris Creek Road?
20   A    That's the little sign you see right there at
21   the bridge, yes, sir.
22   Q    At some point, William Lester lived in a
23   trailer right at that intersection, right?
24   A    Yes, sir.
25   Q    Do you know when he moved back in there?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 106

1    A    When he moved in there?  No.  He was living
2  there when I seen him at Escoe's.
3    Q    Okay.
4    A    And that -- I can't remember --
5    Q    Was that before 2010?
6    A    Yeah.  It was, like, '6 or '7.  It was after
7  my oldest brother passed away, Charles.  So it was
8  late -- no, springtime of '06.
9    Q    Once he moves back into to area in 2006, do
10  you-all start seeing each other, talking to each
11  other again?
12    A    Only when we would see each other at the
13  store.  He'd come over to Escoe's.  I want to say Escoe
14  was his landlord, but I'm not sure about that.  But he'd
15  always come over, and he'd buy his gas off Escoe, and
16  you know, come in there, get snacks for work and stuff,
17  stand around and put a dollar or two in the Coke machine
18  there at Escoe's.
19    Q    Did he ever come to your house?
20    A    No.  Never came to my house.  One time.
21    Q    Did you ever call each other in 2010?
22    A    No.  No.  I seen him at Escoe's maybe a
23  couple -- I don't know, five times maybe.
24    Q    This Exhibit 1 --
25    A    I didn't know he drank.

Page 107

1    Q    The Exhibit 1, you identified that as the
2  rental car records from December 20, 2010 before your
3  trip to Florida, right?
4    A    Yes, sir.
5    Q    And it does have a home phone up there of
6  606- 622-1780.  Do you see that?
7    A    Yes, sir.
8    Q    Did you have a home phone, or was that a
9  cell phone?
10    A    Cell phone.
11    Q    Okay.  And to be clear, you didn't have
12  another phone, right?
13    A    No, sir.
14    Q    That other number is listed as an office
15  phone.  Do you see that?
16    A    Yes, sir.
17    Q    Do you know whose phone number that is?
18    A    No, sir.  I do not.  I don't recognize.  A lot
19  of places like that, they ask you for a secondary
20  number, second number.
21    Q    Would it have been Allen Helton's number?
22    A    No.  No.  I don't think it was.  It could --
23    Q    Could have been.  You don't know?
24    A    It could have been.
25    MR. SLOSAR:  Objection to form.

Page 108

1    A    I don't think so.  But it would make sense
2  that it would be, wasn't it?  Or don't it?
3    Q    Yeah.
4    A    If he's standing there with me, you know,
5  we're going to Florida together, and they need another
6  number, why not give him his?  So it very well could be.
7    Q    Did Allen Helton, did he have a home phone?
8    A    His woman, his wife, Sandy, she had a phone,
9  but no.  They didn't have a home phone.
10    Q    Did he have a cell phone?
11    A    No.  I don't ever pack a cell phone.
12    Q    I'm going to hand you a document labeled
13  PL4852.  We've already had Allen Helton's deposition,
14  and this is from paperwork he filled out, and he lists
15  two phone numbers up there.  Do you see that?
16    A    Yes.
17    Q    And one has a cell, and one says, "Home," in
18  handwriting.  Do you see that?
19    A    Yes, sir.
20    Q    And home, in handwriting, has 622-2084.  Do
21  you see that?
22    A    Yes.  I do.
23    Q    Does that refresh your recollection whether
24  that 2084 number was Allen Helton's home phone?
25    MR. SLOSAR:  Objection to form.

Page 109

1    A    I don't think it was his home phone.  I'm
2  telling you, I don't -- I don't recall them ever having
3  a home phone.
4    Q    Do you have any idea whose number it was?
5    A    I think it was Sandy's cell phone number, but
6  I don't --
7    Q    And Sandy was his wife?
8    A    Yeah.
9    Q    Now, his -- the handwriting itself of
10  622- 3830, does that refresh your recollection whether
11  that was Allen Helton's cell phone number?
12    A    No.  Never owned a cell phone that I knew of.
13  I never had his number if he did.
14    Q    Did he take a cell phone with him on the trip
15  to Florida?
16    A    No.
17    Q    All right.  I'll put Exhibit 9 from that.
18    (EXHIBIT 9 MARKED FOR IDENTIFICATION)
19    MR. SLOSAR:  With this exhibit, the one I attach
20  to the transcript, should probably be redacted
21  because it has a Social Security number.
22    MR. WRIGHT:  That's fine.  Can you do that?
23  Thank you.
24    BY MR. WRIGHT:
25    Q    Did Jesse Lawson ever talk to you about his

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 110

1 interactions with police in the Katherine
2 Mills investigation?
3     A   No. He did not.
4     Q   Did Allen Helton ever talk to you about
5 his interactions with police in the Katherine
6 Mills investigation?
7     A   I -- at one point, I'm pretty -- I'm almost
8 sure that he said that they're taking him down for
9 a polygraph.
10     Q   What else did he tell you?
11     A   That was it.
12     Q   Did he ever tell you that he told police that
13 he saw you with a wad of money?
14     A   No.
15     Q   Did he ever tell you that he told police that
16 he thought you were capable of committing the crime?
17     A   No. He didn't.
18     Q   Did Jesse Lawson ever tell you that he told
19 police that he thought you were capable of committing
20 the crime?
21     A   No. He didn't.
22     Q   Did you hear any rumors, not just from
23 Allen Helton or Lawson, that the police thought you were
24 a suspect in the investigation of Katherine Mills?
25     A   No. I did not.

Page 111

1     Q   No one ever talked to you at all?
2     A   Not as being a suspect, no. Not of me being a
3 suspect. I was -- what was I -- Detective York had a
4 picture -- a sketch of a drawing. I seen the picture. I
5 think he had it at Clay County Jail. I'm not sure now.
6 I think it was. And I said, "Well, that's a good
7 picture. Did you draw that?" He said, "No." I said,
8 "Well, who is it of?" I said, "Who is it supposed to
9 be?" I thought of Jesus. He said, "You." I
10 said, "Well."
11     Q   He told you that?
12     A   Yeah, York. That's the only -- he laughed
13 when he said it, so...
14     Q   On the tattoo, I just saw that on your arm.
15 You weren't for sure of the exact date you got
16 that, right?
17     A   No.
18     Q   But to your memory, it was after
19 December 2010, correct?
20     A   Oh, yeah. It was between the time I got
21 locked up on that -- on the vehicle.
22     Q   So as of December 2010, you didn't have any
23 tattoos on your arms or hands?
24     A   Yeah. I got them right here on my arm and
25 back here on this back arm.

Page 112

1     Q   On the back side?
2     A   On the back side and front side.
3     Q   No tattoos below the elbow?
4     A   Oh, no.
5     Q   As of 2010?
6     A   No.
7     Q   All right. Let's talk about Exhibit 4 for a
8 minute. Now, you said, I want to make sure I get this
9 right, that before police came, Dickie Brown had
10 communicated that police were at your house; is
11 that right?
12     A   Yes.
13     Q   Now, is there two Dickie Browns?
14     A   Yes. Him and his son. Dickie and Dickie, Jr.
15     Q   And which one is Tater Bug?
16     A   Dickie, the father.
17     Q   Senior?
18     A   Senior, yes.
19     Q   Okay. And he's the one who told you about the
20 police, right?
21     A   Yes, sir.
22     Q   Is he the one you bought the
23 four-wheeler from?
24     A   Yes, sir.
25     Q   Okay. Now, I think you said this did not look

Page 113

1 like your handwriting. Is that --
2     A   That's not my handwriting.
3     Q   Now, the sticky note that you prepared, where
4 did you do that? Was it at your house? At your
5 sister's house? Where did you do it?
6     A   I didn't go to my sister's house that day. The
7 sticky note that I made, that I wrote, was at my
8 trailer. But that's not my handwriting, period.
9     Q   Who was on the sticky note that you wrote?
10     A   I don't remember. I don't remember who was on
11 it. I didn't even remember writing it, but I don't -- I
12 seen Dickie that morning. I seen Vernon. I seen --
13     Q   What morning are you talking about,
14 December 20th?
15     A   The morning before I went to Florida.
16     Q   You saw Dickie that day?
17     A   Yeah. Dickie, Vernon.
18     Q   Where did you see Dickie at?
19     A   On his porch.
20     Q   Did you drive up there?
21     A   No. I walked up there.
22     Q   Oh, he lived by you at the time, right?
23     A   Yes.
24     Q   What about Vernon Bennett? Did you see him
25 that day?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 114

1    A    Yes, sir.  I did.  He was sitting on the porch
2  with Tater Bug, Dickie Brown.
3    Q    Did you see him anywhere else?
4    A    No.  I didn't.
5    Q    Did you say Bill Mills was a clerk at the
6  water company?
7    A    I don't think he -- yeah.  I don't know if
8  he's a clerk or not.  Him and Marshall are, like -- I
9  don't know what they call them at the water company.
10 Number 1 and number 2.  Bill reads meter, Bill puts in
11 lines, takes money.  He does about everything
12 down there.
13   Q    And there's a Shirley G. on there.  Is that
14 Shirley Green?  Is that what the G stands for?  Do you
15 know a Shirley Green?
16   A    I know a Shirley Green.  I do.  Yes.  I do.
17   Q    You said you knew a Shirley G.  Who were you
18 referring to?
19   A    I said Shirley -- the Shirley G. that I knew
20 was my sister's boyfriend.  He's 83.
21   Q    And who would that Shirley G. be?  Shirley
22 Green, or is it somebody else?
23   A    I didn't see Shirley that morning.  I seen
24 Shirley when I came back.  That Shirley when I came back
25 because that's Mark's mommy, is the Shirley Green that

Page 115

1  you're talking about, but I don't know who this is
2  because I didn't see no Shirley G. on the morning that I
3  left out for Florida.
4    Q    Did you see the Shirley Green?
5    A    When I came back, I went up there and -- to
6  her place, and her son followed me over in his Toyota
7  pickup truck, and we stopped, and he cleaned the
8  Volkswagen out and then followed me over and then
9  brought me back home.
10   Q    The Shirley Green, or the Shirley G. that is
11 the -- did you say the sister of your brother, your
12 sister-in-law?
13   A    If it's my sister and my brother, it's my
14 sister and my brother, too.  Ain't it?  Come on
15 now, man.
16   Q    I'm sorry.  I'm just trying to -- what's her
17 full name?
18   A    What's who's full name?
19   Q    The Shirley G. that you were talking
20 about earlier.
21   A    Shirley Green.
22   Q    Is there another one that you think that this
23 might refer to?
24   A    If I tell you I didn't write it, how in the
25 heck would I know who it is?  You ever think about that?

Page 116

1    Q    I just want to know --
2    A    I don't know.
3    Q    You had mentioned that there was somebody that
4  you thought it could be.
5    A    I said the only Shirley G. that I knew was
6  Shirley Gooden.  That's a man.
7    Q    Oh.
8    A    An 83-year old man.
9    Q    Sorry.  I was --
10   A    But he lives in Bean Station, Tennessee, which
11 is over three hours away, so --
12   Q    Shirley Gooden, okay.  Did you talk to Dickie
13 Brown on the phone that day?
14       MR. SLOSAR:  Objection to form, foundation.  You
15       can answer, Mike.
16   A    I walked to his house and talked to him on the
17 porch, had a cup of coffee.  I don't see any
18 reason -- no.  I don't.  I don't remember talking to him
19 on the telephone that day.
20   Q    Is Dickie Brown married to Lacy Brown?
21   A    I don't know if they's married or not, but
22 that's the mother of his children.
23   Q    Okay.  They lived together at that time, 2010?
24   A    Yes.
25   Q    Did you talk to Vernon Bennett on the phone?

Page 117

1    A    Not that I can recall.  I talked to him on the
2  porch, too.  We sat there and had a cup of coffee.
3    Q    Does Vernon Bennett have a trucking company?
4    A    Not that I ever knew.
5    Q    Okay.
6    A    Tater Bug bought a -- or Dickie bought a dozer
7  off of Leonard Smith and done a lot of logging, but not
8  that I know.  Vernon didn't, no.  He's too sorry to
9  work.  His wife worked.  He didn't.  He didn't have no
10 trucking company.
11   Q    All right.  So you go to Florida.  Who went
12 with you?  Just Allen Helton or anybody else?
13   A    Me and Allen.
14       MR. SLOSAR:  Objection to form, asked and
15       answered.
16   A    Vernon Bennett indicated to there were two
17 other Mills boys who went to Florida.  Is that true?
18   A    Me and Allen Helton.  That's the only two that
19 went to Florida.
20   Q    How many vehicles did you take, just one?
21   A    One.
22   Q    And it was the Volkswagen Beetle in
23 the picture?
24   A    The Volkswagen in the picture, yes, sir.
25   Q    Okay.  How far in advance do you schedule

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 118

1  those trips?

2          MR. SLOSAR:  Objection to form, asked and

3      answered.

4      A    You don't have to schedule them.  You've got a

5  week from your last visit.  If you go on the 20th, you

6  can go, like, three days early, three days late.

7      Q    Had you made calls to doctors' offices prior

8  to December 20th?

9      A    I don't remember.  I don't see any reason that

10  I should have.

11     Q    So you would have called them the day of

12  the 20th?

13     A    I don't see why I would have to.  I never did

14  before, so why would I do it that day?

15     Q    I don't know.  I've never made a pill run.

16  When would you make your appointment?

17         MR. SLOSAR:  Objection to form.

18     A    If I went down there on the 10th -- well,

19  let's see what today is.  I go down there on the 26th of

20  July, August the 23rd through the 29th I'm good to go.  I

21  can go down there and get in.

22     Q    Okay.  On this trip, as I understood your

23  testimony, you got prescriptions, but you didn't get

24  them filled until you got back to Kentucky; is that

25  right?  Or you brought the prescriptions back with you

Page 119

1  to Kentucky?

2      A    Yes.

3          MR. SLOSAR:  Objection to form.

4      Q    Did you get those prescriptions filled?  Did

5  you have to go back to Georgia to do that?

6      A    Yes.  I did.

7      Q    What day did you do -- when did you make that

8  second trip to fill the prescriptions?

9      A    I'm not sure.  When did I -- I'm not sure when

10  I went back.

11     Q    Did you have to rent another car?

12     A    No.

13     Q    Whose car did you take for that trip?

14     A    I had a man took me down there.

15     Q    Who was that?

16     A    A guy that I paid to take me to Florida to

17  fill my medicine.

18     Q    Who was it?

19     A    Charles Ramby.

20     Q    Okay.  Anybody else go with you?

21     A    No.  Just me and him.

22     Q    When Allen Helton went with you on that trip

23  to Florida on December 20th, did he bring back any

24  pills, or did he just bring back prescriptions as well?

25     A    He got -- he filled his prescriptions.

Page 120

1      Q    He did?

2      A    I don't know how many he filled, but yeah.  He

3  brought back his 30's I know.  I don't know if -- he

4  don't do Xanaxes, or didn't then, so I don't know if he

5  brought his Xanaxes back or not, don't know if he filled

6  them or not.

7      Q    So police visited you on December 24, 2010

8  after you got back; is that right?

9      A    Yes, sir.

10     Q    How long had you been in town before they

11  stopped by your house?

12     A    I hadn't unpacked the car, so maybe -- maybe

13  20 minutes.  I'm not sure.  I'm just guessing the time

14  it would take you to unload the car, so I'm not sure.

15     Q    Where was Allen Helton?  Did you drop him off

16  first?

17     A    No.  His wife picked him up right there in

18  the driveway.

19     Q    At your driveway?

20     A    Yeah.  My driveway.

21     Q    And that was right before police stopped by?

22     A    Yeah.  They -- when we pulled in, she was

23  sitting there.  Her and Chelsea, Bug, and -- Chelsea and

24  Bug.  What is Bug's name?  I never -- I don't know

25  Bug's name.

Page 121

1      Q    And in the 20 minutes that you were in your

2  driveway or at your house before police came, that's

3  when Dickie Brown told you that police had been by?

4      A    Yeah.

5      Q    And in that 20 minutes, that's when you wrote

6  a sticky note with your alibi witnesses?

7      A    And the 20 minutes -- I don't know if it was

8  20 exactly because I wasn't timing it, but yeah.  In

9  that time, from the time that Dickie told me until they

10  pulled in, yes, sir.

11     Q    Did he drive by, or was he walking?

12     A    He walked down.

13     Q    How far of a walk is it from your house

14  to his?

15     A    Maybe 50 yards.

16     Q    Okay.  Short walk?

17     A    Short walk.

18     Q    Was he there when police showed up, or had

19  he left?

20     A    I don't remember.  I don't think he was, but

21  I'm not sure.

22     Q    Was there anybody else other than Detective

23  York and Sowders?

24     A    No.  That's the only two.  They came in

25  two cars.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 122

1    Q    So going back to the day of, what was the
2    first thing you remember on that December 20th when you
3    wake up?  You mentioned you drank coffee.  Just walk me
4    through that day the best you can remember.
5         MR. SLOSAR:  Objection to form, asked and
6         answered.
7    A    Coffee and a cigarette, shit and a shower, a
8    little breakfast, listened to the news, 99.5.  I know
9    that.  Only station I listen to -- sorry.
10   Q    All right.  So that rental record says that it
11   has a time of 2:06 p.m. up there.  Do you see that at
12   the top left-hand corner?
13   A    Yes, sir.
14   Q    Does that sound about, to your memory, when
15   you visited the rental car?
16        MR. SLOSAR:  Objection to form.  Asked and
17        answered, Derrick.  These are literally the same
18        questions I asked earlier.
19        MR. WRIGHT:  Just because you asked them doesn't
20        mean I don't get to.  I'm sorry --
21        MR. SLOSAR:  It is harassing.  To literally
22        repeat the same questions that were asked earlier
23        is -- is against the rules.
24        MR. WRIGHT:  I disagree with that.  You can make
25        your objection.

Page 123

1         BY MR. WRIGHT:
2    Q    Does that seem about the time that you would
3    have been at the rental car --
4         MR. SLOSAR:  Objection to form, asked and
5         answered.
6    Q    Yes?
7    A    I don't -- I'm not sure.  Like I said before,
8    that's the time that's on the papers so --
9    Q    You don't have any reason to dispute it?
10        MR. SLOSAR:  Objection to form, asked and
11        answered.
12   A    I don't -- I'm not sure.  I don't walk into a
13   place and look into my watch.  I don't -- I don't
14   know so...
15   Q    Where was that rental car that you used?
16   What city?
17        MR. SLOSAR:  Objection to form, asked
18        and answered.
19   Q    In Middlesboro?
20        MR. SLOSAR:  Objection to form, asked
21        and answered.
22   A    Yeah, Middlesboro.  Bell County.
23   Q    And I think you said on the way there you paid
24   the water bill, right?
25   A    Yes, sir.

Page 124

1    Q    Any other stops that you made from your house
2    to the rental car business in Middlesboro?
3    A    Not that I'm aware of, no.
4    Q    I believe you testified that you had to have
5    two utility bills current to get the rental?
6    A    Yes, sir.
7    Q    Is that right?
8    A    Yes, sir.
9    Q    Water bill was one, right?
10   A    Yes, sir.
11   Q    Was KU --
12   A    The other.  Yes, sir.
13   Q    Did you have to go to pay that in person, to
14   your memory?
15   A    Yes.
16   Q    Did you pay it that day?
17   A    Yes, sir.  To get the receipt, yes, sir.
18   That's in Middlesboro, it's out there on Cumberland
19   Avenue about, I don't know, maybe seven blocks, maybe.
20   Q    All right.  So the KU office is not far from
21   the rental car business, right?
22   A    No.  Not -- I don't know.  I don't know what
23   Cumberland Avenue is right there.  I don't know what
24   street it is.
25   Q    Did you say the water company was in Artemus?

Page 125

1    A    Artemus.  I didn't say that, but that's where
2    it's at.
3    Q    Oh, I'm sorry.  Other than KU and the water
4    company, any other stops you remember going to the
5    rental car business that day?
6    A    Stopped at Belt and got gas.  I got a cup
7    of coffee.
8    Q    I believe you testified that before you left
9    to the rental car, you didn't go anywhere else that day;
10   is that right?
11   A    To the best of my knowledge, no.  I did not.
12   Q    So what time would you have left your house to
13   get to the rental car business at around 2:00?
14   A    To go pay the water bill?
15   Q    Yeah.
16   A    I think about 30 -- about 35 minutes, and then
17   11:30 maybe, 12:00, something like that.
18   Q    Take two hours to do all that, you think?
19        MR. SLOSAR:  Objection to form.
20   A    I had to go pay the electric bill, too.
21   Q    Isn't it true that after you rented the car,
22   you came back to Barbourville?
23   A    No.
24   Q    Vernon Bennett said he saw you in your
25   Volkswagen Beetle.  Is that not true?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 126

1    A    Vernon Bennett might have seen me in the
2  Volkswagen Beetle, but he didn't see me in the
3  Volkswagen Beetle at Barbourville.  I don't know if he
4  did or not.  I can't speak for what he seen, but I
5  didn't see him.
6    Q    He said he met you at Hale's Creek.
7    A    No.  He did not.  He didn't meet me at
8  Hale's Creek.
9    Q    Dickie Brown said he saw you in the rental car
10 on December 20th as well.  Is that true?
11   A    Dickie Brown's my neighbor.  Yeah.  He seen me
12 because he -- he laughed at the color of the car, or at
13 the car.
14   Q    I said December 20th on the day you left, not
15 the day you got back.  Would he have seen you on
16 December 20th?
17   A    Yeah.  When you leave like that, if you're
18 going somewhere, you'll tell your neighbors, keep an eye
19 on your place.  We always did.
20   Q    I didn't follow that.  You went -- so you did
21 go to the rental car place and come back to
22 Barbourville.  That's right, in the rental car.
23   A    Buddy, I had no reason -- that's not
24 Barbourville.  I don't understand -- I don't get what
25 you're saying.

Page 127

1    Q    I'm sorry.
2    A    I really don't.
3    Q    Did you drive that rental car back to
4  Knox County?
5    A    No.  We did not drive this car back to Knox
6  County.  We left when I got done with the rental car.  I
7  went to Long John Silver's, and I sat there and ate and
8  waited on Allen and Sandy to get done shopping and come
9  back over there, and we left.  Me and Allen got in the
10 car.  He give Sandy a kiss good-bye said, "Tell Bug and
11 Chelsea I love them," and we took off toward Tennessee,
12 went through the tunnel.  So no, there's no way that
13 Vernon seen me in Barbourville or Tater seen me either
14 in the car before I left.
15   Q    And to be clear --
16   A    There's no way.
17   Q    -- they wouldn't have seen you in Knox
18 County, right?
19   A    There's no way they could have -- no.
20 Uh-uh. No.
21   Q    Now, Amanda Hoskins said that she was in
22 William Lester's vehicle in your driveway and overheard
23 him tell you the plan about stealing money.  Did that
24 ever happen?
25        MR. SLOSAR:  Objection to form.

Page 128

1        Q    You can answer.
2    A    No.  That never happened.  Me and William
3  never talked about stealing any money or anything else,
4  and I don't remember Amanda ever being in my driveway,
5  ever.  Like I told you earlier, if she walked in that
6  door right now, I wouldn't know who she was.
7    Q    How do you know she's not been in your
8  driveway, then?
9        MR. SLOSAR:  Objection to form, asked and
10       answered.
11   A    Because William was in love with this lady.
12   Q    Okay.
13   A    And he would not take a chance of losing her
14 with some other woman, period.  That's why I'm
15 saying that.
16   Q    All right.  William Lester gave a statement to
17 Detective York in the investigation.  He said the first
18 thing he did on December 20th was stop by your house
19 around 8:00 to 8:15.
20   A    No.
21       MR. SLOSAR:  Is there a question?
22   Q    Is that true?
23       MR. SLOSAR:  Objection to form.
24   A    Meaning, I don't know --
25   Q    You can answer, if you understand

Page 129

1  the question.
2    A    No.  That's not true.  I don't understand the
3  question.  I don't --
4    Q    Well, what do you not understand?  All I'm
5  asking is:  Did William Lester come to your house on the
6  morning of December 20th around 8:00 to 8:15?
7        MR. SLOSAR:  Objection to form.
8    A    No.  Not that I can remember.  No.  I didn't
9  see William Lester that morning.  I seen him at -- I
10 seen him on -- me and Allen and Sandy was going out, and
11 seen him.  He was going to get his mommy from the
12 doctor.  But I don't know what time it was, where her
13 doctor was, who her doctor's name was.  I don't even
14 know what she went to the doctor for.
15   Q    On December 20th you saw him?
16       MR. SLOSAR:  Objection to form.
17   A    I can't -- I don't know.  I don't know, buddy.
18 I'm confused on this.  I don't know.  I really don't.  I
19 can't remember when his mother's doctor's appointment
20 was or any of it.  I don't know.  I really don't know.
21 Now you've got me to thinking about, did I see him on
22 the 20th, or was it on the 24th or 25th or 27th.  I'm
23 not sure.
24   Q    Did you see him when you came back
25 from Florida?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 130

1    A    The day I came back, no.  I don't.  No.  I
2  don't think I did.  I seen Tater Bug.
3    Q    Did you talk to William Lester while you were
4  on your trip to Florida?
5    A    No.  I did not.  The only person that I talked
6  to at all was Jesse Lawson on my trip.  Not on the trip
7  to Florida.  It was coming back through Georgia.
8    Q    You didn't get any other phone calls on the
9  trip back from Florida?
10   A    I don't -- I can't -- I don't know.  I might
11  have.  I don't know.  Allen got one from Sandy.  I know
12  that.  She was always calling -- I don't.
13   Q    Did she call him or call you?
14   A    Called my phone.
15   Q    Okay.  Did you leave one of your cars at
16  Dickie Brown's while you were gone so it wouldn't
17  get vandalized?
18   A    I just had two, and neither one of them was
19  running, and he lives up a hill, so...
20   Q    The four-wheeler in those pictures, in
21  Exhibit 2 that we looked at, you said you got that from
22  Dickie Brown, right?
23   A    Uh-huh.
24   Q    Yes?  I'm sorry.  You have to say yes for
25  the record.

Page 131

1    A    Yes, sir.  Sorry.
2    Q    Did the police come take pictures of that at
3  the same time they were there on the 24th, or did that
4  happen on a later day?
5    A    I have no idea when they took pictures.  They
6  didn't take pictures when I was standing there.
7    Q    Okay.
8    A    I don't know when they took them.  They could
9  have took them before.  I don't know.
10   Q    Do you have a memory of whether police might
11  have come by your residence on that four-wheeler at a
12  separate time, separate day?
13        MR. SLOSAR:  Objection to form.
14   A    I don't know.  I didn't even know
15  they existed.
16   Q    Okay.
17   A    So...
18   Q    Did you-all run late because you got lost on
19  the way back, you and Allen?
20   A    We didn't have a set time to get back other
21  than bringing the car back in the Enterprise.  No.  I
22  don't -- I don't know if we got lost.  No.  I don't know
23  all the way back.  I don't know where did we get lost.
24   Q    He said you-all got lost.  That's not
25  your understanding?

Page 132

1    A    Not mine, no.
2    Q    I think you testified earlier that you did
3  have one sponsor for the Florida trip on December 20th;
4  is that right?
5    A    No.  I only had one sponsor from the time I
6  started going with him until I went on my own.
7    Q    I see.  So your testimony is you had no
8  sponsors for the December 20th trip with Allen --
9    A    No.
10        MR. SLOSAR:  We've got to take a short break.
11        VIDEOGRAPHER:  Off the record at 4:30.
12             (OFF THE RECORD)
13        BY MR. WRIGHT:
14   Q    Helton testified that the day before you-all
15  left, on December 19th, that you told him you were
16  broke, but you'd have money the next day.  Is that true?
17  Did that happen?
18   A    No, sir.  It did not happen.
19   Q    Do you know who Tasha Abner is?  I believe
20  she's a friend of Lacy Brown's.
21   A    I know a Tasha, but it's not Abner.
22   Q    She gave a statement to the investigators for
23  Jonathan Taylor and Amanda Hoskins, one of them, that
24  you were burning a car in the woods behind Bob Smith's
25  house a couple days after Katherine Mills was found

Page 133

1  dead.  Did that happen?
2    A    No, sir.  It did not happen.
3    Q    Okay.  You mentioned you had three cars.  I
4  believe you said a maroon Toyota Camry; is that right?
5    A    Uh-huh.
6    Q    I'm sorry.  You have to say yes for
7  the record.
8    A    Yes, sir.  I'm sorry.
9    Q    It's fine.  There was a pickup truck, I
10  believe, that's in the pictures?
11   A    Uh-huh, a brown one.
12   Q    Yes.  Yeah.  And you said there may have been
13  a Kia; is that right?
14   A    Yes, sir.
15   Q    What was the year, the make, the model of that
16  Kia to the best you can remember?
17   A    Kia Sportage.  I don't know the year.  I'm not
18  sure on the year.
19   Q    It's not in the pictures.  Was it on your
20  property when the police came on the 24th, or was it
21  somewhere else?
22        MS. ROBINSON STAPLES:  Objection to form.
23   Q    The best you can remember.
24   A    The Kia was parked -- when it was parked, it
25  was pulled to my yard from my brother's house over in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 134

1 Fourmile when I bought it from him, busted radiator, and
2 water pump going out on it.
3     Q   So it didn't run?  As of December 2010, it
4 wasn't running either?
5     A   It wasn't running when I brought it, and it
6 wasn't running when I owned it.  I never had it running.
7     Q   That makes sense, and I was trying to follow
8 along.  Did you say it was parked at your house or your
9 brother's house?
10     A   It came from my brother's, to my house.
11     Q   Okay.
12     A   But it wasn't -- it was at the house in front
13 of my house.
14     Q   Whose house was that?
15     A   My landlord's.
16     Q   Okay.  You'll have to forgive me.  I don't do
17 pill mill runs or anything like that, so I'm just --
18 you'll have to talk to me like I'm a dummy.  You might
19 already think that anyway.  Okay.
20     A   No.  Not no dummy.
21     Q   When you do one of these runs, did people know
22 that you were going and expecting you back to buy off of
23 you?  How did that work?
24     A   No.  They didn't know -- you didn't want
25 anyone knowing you was gone.

Page 135

1     Q   All right.  Did you --
2     A   But if they came by your house, and you
3 weren't there, and then they came back, and you weren't
4 there, and they came back, and you weren't there, it
5 don't take a rocket scientist to figure out you're
6 not there.
7     Q   So if I 'm understanding you, you wouldn't
8 advertise that you were going to Florida, but people
9 might notice you were gone and assume it.  Is that how
10 word might get out?
11     A   That way, and sometimes you'll slip and say
12 you're going.
13     Q   Sure.  You might have a slip of tongue, right?
14     A   Slip of tongue, yes, sir.
15     Q   Once you get back, do you do any advertising
16 that you got an inventory, or how does that work?
17     A   You don't do an inventory.
18     Q   I was meaning, do you let word get out that
19 you've got a lot of pills for sale, or does it just take
20 care of itself?  There's plenty of demand?
21     A   There's plenty of demand, I guess.
22     Q   So you don't have to spread the word that you
23 just made a run; right?
24     A   Unless you want to.  You don't have to, no.
25     Q   On December 20th, your all's trip on

Page 136

1 December 20th, 2010, do you have any memory of spreading
2 any word before or after that you had made a pill run?
3     A   No.  I don't.
4     Q   So there wasn't anybody waiting on you when
5 you got back to make a large purchase?
6     A   Not that I remember.  There never has been.
7     Q   Okay.
8     A   To the best of my knowledge, no.
9     Q   Again, I don't know how it works.  I was just
10 asking.  When did you stop selling pills?
11     A   I don't remember.  I don't remember the exact
12 date I stopped selling pills.  I don't.
13     Q   How many years do you think you've stopped
14 doing that?
15     A   Gosh.  I don't know.
16     Q   Did you stop selling pills at the same time
17 you -- you're not an addict anymore.  That's your
18 testimony, right?
19     A   Yes.
20     Q   You've been sober from that for about three
21 years, since 2015; is that right?
22     A   Yes, sir.
23     Q   Would that have been about the time frame when
24 you also stopped selling pills as well?
25     MS. ROBINSON STAPLES:  Objection, asked

Page 137

1     and answered.
2     A   I don't know.  I can't remember that.  I
3 don't.  Your sobriety date will stick out in your mind.
4     Q   If you don't know, that's fine.
5     A   I don't.  I'm trying to think of it.  Think
6 back to the best that I can remember.  I'm thinking it
7 was in the spring but -- because mushroom gathering, but
8 I'm not sure.
9     Q   I'm going to hand you a document labeled
10 KSP335336.  There you go.
11     MR. WRIGHT:  What exhibit are we on?  10?
12     MS. ROBINSON STAPLES:  9, I think.
13     COURT REPORTER:  10.
14     (EXHIBIT 10 MARKED FOR IDENTIFICATION)
15     MS. ROBINSON STAPLES:  What was 9?
16     COURT REPORTER:  Helton paperwork.
17     MR. WRIGHT:  The CI Helton phone numbers.
18     MS. ROBINSON STAPLES:  Okay.
19     BY MR. WRIGHT:
20     Q   So this is a search warrant and affidavit for
21 information for a cell phone number, 606-622-1223.  Do
22 you see that number there in the paragraph in the middle
23 of the page?
24     A   Do what?
25     Q   This is a search warrant and affidavit for

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 138

1 this cell phone here.  606-622-1223.  Do you see that?
2    A   Yes, sir.  I do.
3    Q   If you go to the second page, this one
4 sentence there, it says, "This unit has called and
5 talked to William Lester at that number."  Do you
6 see that?
7    A   Yes, sir.  I do.
8    Q   Looking at that number, can you say one way or
9 the other whether you remember that as being
10 William Lester's phone number as of December 20, 2010?
11   A   No.  I can't say whose number it is.
12   Q   All right.  Do you have any reason to dispute
13 whether that would be William Lester's phone number?
14   A   Other than I don't know his phone number.
15   Q   That's fine.  Let me put this sticker
16 on there.
17   A   Okay.
18   Q   Now, Exhibit number 7 was an affidavit to get
19 cell phone numbers for the 1780 number that you looked
20 at previously.  Do you recall looking at that exhibit?
21   A   Yeah.
22   Q   And that 1780 number is the number you gave
23 the rental car business as your phone number,
24 right? Yes?
25   A   Yes, sir.  On the paper, that's what it's got

Page 139

1 listed on it, but you never call your own number, do
2 you?  I mean, I don't --
3    Q   I'm going to give you an exhibit, KSP516
4 through 528.  Make this Exhibit number 11.  And these
5 are the phone records that were produced in response to
6 that search warrant that you see there as Exhibit number
7 7.  Now, is your testimony that you do not have any
8 memory of speaking to William Lester on the phone in
9 December 2010?
10      (EXHIBIT 11 MARKED FOR IDENTIFICATION)
11   A   No.  I don't have any recollection of speaking
12 to William Lester on the phone in 2010.
13   Q   I'm going to flip to the day that
14 Katherine Mills was found dead.  So that's page number
15 3.  If you could go to -- I'm sorry.
16   A   I know I was counting three from the front.
17   Q   I'm sorry.  I was talking about that right
18 there.  I know this is small.  So if you take a minute
19 to squint, that's okay.  December 20th begins on item
20 number 91, that column on the left hand.  Do you
21 see those?
22   A   Uh-huh.  Yes, sir.
23   Q   And the first call is 6:38 a.m.  Do you see
24 that on December 20th, item number 91?
25   A   Yes, sir.

Page 140

1    Q   And there's a series of phone calls after
2 that.  Sitting here today, do you have a memory of who
3 you were talking to on the phone that morning?
4      MS. ROBINSON STAPLES:  Derrick, I'm confused.  I
5      thought these were Allen Helton's phone records.
6    A   I don't --
7    Q   This is for 1780.  The subscriber information,
8 the accountholder, is Allen Helton, but it's his
9 phone number.
10      MS. ROBINSON STAPLES:  The phone number that he
11      doesn't remember if it was his phone number?
12      MR. WRIGHT:  The phone number that's on the
13      rental card records that he gave to them
14      contemporaneously, yes.
15      MS. ROBINSON STAPLES:  Oh, which he also said
16      could be Allen Helton's.
17      BY MR. WRIGHT:
18   A   No.  I don't recollect none of this.
19      BY MR. WRIGHT:
20   Q   Don't recollect any of that.  Are the people
21 you called on that morning the people that were on that
22 alibi note that was labeled Exhibit 4, the Shirley G.?
23   A   The people that I called?  I don't --
24   Q   Dickie Brown?
25   A   No.  I don't recollect calling nobody from

Page 141

1 no number.
2    Q   If you look at item number 104 and 106, that's
3 two calls originating from the 1780 number that you gave
4 the rental car business to the same number identified as
5 William Lester.  Do you see that?  Do you need a pen?
6 Here, why don't you use that highlighter?
7      MS. ROBINSON STAPLES:  Derrick, I'm going to
8      object to this anyway.  He's already testified
9      more than once that he does not recall making any
10      calls whatsoever that day.  I mean, I'm not sure
11      what other answer you want him to give you.  He
12      said he does not recall, and we don't even know
13      if these are his phone records.  In fact, they
14      say they're for Allen Helton.
15      BY MR. WRIGHT:
16   Q   Do you have any explanation whether that was
17 you calling William Lester on the day Katherine Mills
18 was found dead?
19      MS. ROBINSON STAPLES:  Objection, asked and
20      answered.
21   A   I don't ever remember talking to
22 William Lester on the phone any time period, ever.
23   Q   There's one other phone call from William
24 Lester's number to the 1780 number on the next page,
25 item number 132, at 12:36 p.m.  Do you see item number

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 142

1  32? I know it's hard. I'm sorry.
2      A   132?
3      Q   Yeah.
4      A   Yeah. I see it right there.
5      Q   Okay. Have any recollection of talking to
6  William Lester around noon on December 20, 2010, --
7      MS. ROBINSON STAPLES: Objection.
8      Q   -- the day that Katherine Mills was
9  found dead?
10     MS. ROBINSON STAPLES: Asked and
11  answered repeatedly.
12     A   I don't ever recollect talking to
13 William Lester on the phone.
14     Q   Do you recollect talking to him in person on
15 December 20, 2010?
16     A   I can't -- can't be sure. I don't know. I've
17 talked to him in person a few times, but I don't -- I
18 don't know what dates it was. I don't know the times.
19 No. I can't. I'm sorry.
20     Q   When you spoke with Detective Jason York at
21 the Clay County Detention Center, were you
22 being truthful?
23     A   I don't know what all I told Detective York,
24 sir. And I mean, that's his version of what -- I -- I
25 don't know. I don't.

Page 143

1      Q   Exhibit 5 is his report.
2      MS. ROBINSON STAPLES: Do you want to play his
3      statement?
4      MR. WRIGHT: We can.
5      MS. ROBINSON STAPLES: I mean, he just said he
6      doesn't know what he said and whether
7      that's accurate.
8      MR. WRIGHT: All right. Well, that's fine. Let's
9      go off the record and let me boot that up. Okay?
10     VIDEOGRAPHER: Off the record at 5:02.
11     (OFF THE RECORD)
12     VIDEOGRAPHER: On the record at 5:05.
13     BY MR. WRIGHT:
14     Q   All right, Mr. Simpson. We're back on the
15 record. I'm going to ask you to listen to this
16 statement that you gave to Detective York, the
17 recording, and just indicate that that's your voice on
18 there, and we'll have some questions about it. It's
19 pretty short, so I'm just going to play the whole
20 thing. Okay?
21     A   Okay.
22     Q   This is, for the record, PL9649, and we'll
23 just make this exhibit number --
24     COURT REPORTER: 12.
25     (EXHIBIT 12 MARKED FOR IDENTIFICATION)

Page 144

1      (REPORTER PLAYS BACK REQUESTED TESTIMONY)
2      BY MR. WRIGHT:
3      Q   Okay. Did you hear that part about where you
4  said that you saw Vernon Bennett at Hale's Fork?
5      A   I heard that part, yes, sir.
6      Q   And that it was after you done the rental car?
7      A   Yeah. That's -- yeah.
8      Q   Does that refresh your recollection whether
9  you may have brought the rental car back to Knox County?
10     A   No. It don't.
11     Q   Okay.
12     A   Because I didn't bring the car back to
13 Knox County.
14     (REPORTER PLAYS BACK REQUESTED TESTIMONY)
15     BY MR. WRIGHT:
16     Q   Did you hear that portion of the recording,
17 Mr. Simpson? Did you hear that portion of the recording?
18     A   Yeah.
19     Q   And you indicated that William Lester was at
20 your house after lunch; is that right?
21     A   No. Not to the best of my knowledge, that's
22 not right.
23     Q   Were you being truthful to Detective York?
24     A   I don't believe that right there. I
25 don't know.

Page 145

1      Q   The recording indicated that it was -- the
2  interview was from 2013. Did you hear that at the
3  very beginning?
4      A   No. I didn't hear when it was, but I remember
5  the hearing -- I mean, sitting there and talking to
6  Detective York right there.
7      Q   Would you agree that your interview with
8  Detective York was much closer in time to
9  December 20, 2010 than we are today, right?
10     A   Of course, yeah.
11     Q   And your memory was better then than it is
12 today, right?
13     A   Well, you would think it would be,
14 wouldn't you?
15     Q   Yeah. And as we're sitting here today, do you
16 have any memory of being untruthful to Detective York?
17     MS. ROBINSON STAPLES: Objection, asked
18     and answered.
19     A   I don't -- I don't know. I really don't. I
20 can't recall what we talked about on any of it. I
21 couldn't remember him asking me if I had anything to do
22 with it or if I did do it. That don't even sound right,
23 right there. I mean, there's -- no.
24     Q   Do you want to listen to the rest of the tape?
25 That was the question that I wanted to ask, was about

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  William Lester.
2      A    I don't have to.  I mean, it don't matter
3  to me.
4      Q    Okay.  Let me get to it.  Save some time.  All
5  right.  When Detective York asked you if you had
6  anything to do with the murder of Katherine Mills, you
7  answered no, correct?
8      A    What?
9      Q    When Detective York asked you whether you had
10  any involvement in the murder of Katherine Mills, you
11  answered no, right?
12      A    I answered no.  Yes, sir.
13      Q    Yeah.  According to these phone records -- let
14  me strike that.  You didn't spend any money that day
15  until you went to the rental car place.  You stopped at
16  the utilities places first, right?
17      A    I stopped.  Yes.  You had to.  I had to have
18  the receipt.
19      Q    KU was in Middlesboro, right?
20      A    KU's in Middlesboro, yeah.
21      Q    And the water company was in Artemus?
22      A    Artemus, yeah.
23      Q    And you paid both those on the way to the
24  rental car, right?
25      A    Right.

1      Q    Did you pay any money up front for the
2  rental car?
3      A    I don't remember that.  Allen went in and paid
4  the water bill at the water company.  I was sitting in
5  the back seat, and him and Sandy was sitting in
6  the front.
7      Q    Right.  And it's true that before you left to
8  go pay your bills and get the rental car, you didn't go
9  anywhere else that day, did you?  That morning?
10      MS. ROBINSON STAPLES:  Objection to form.
11      Q    December 20, 2010, as best you can remember.
12      A    I'm not sure if I did or not.  I
13  can't remember.
14      Q    Sitting here today, do you have a memory of
15  being anywhere, spending any money?
16      A    I don't know because I would have swore that I
17  did not.  York did not ask me nothing about that.  No.  I
18  can't never remember him asking me that.
19      Q    Well, I'm not asking what he asked you.
20      A    No.  I know you're not.  But I'm trying to
21  figure that out.  That's got me -- I don't know if I did
22  or not.  I can't answer that honestly.  I can't.  I
23  don't know.
24      Q    As far as we sit here today, there's no
25  evidence that you paid any money to anybody or anything

1  until after that 12:30 phone call with William Lester.
2  Is that fair?
3      MS. ROBINSON STAPLES:  Objection, form.
4      A    I don't know.  I can't say.  I don't know.
5      Q    Right.
6      MS. ROBINSON STAPLES:  I just want to note for
7      the record, again, that all these phone records
8      that you're referring to, all these phone calls
9      are for a number that was subpoenaed for Allen
10      Helton, not Mike Simpson.
11      MR. WRIGHT:  Well, we can clarify that.  It says
12      on Exhibit 4 --
13      MS. ROBINSON STAPLES:  The subpoena says it's for
14      Allen Helton, correct?
15      MR. WRIGHT:  The subpoena says -- I'm sorry.  What
16      is -- Exhibit 7, I believe.
17      MS. ROBINSON STAPLES:  For the subscriber
18      information, it says Allen Helton.
19      MR. WRIGHT:  The second page of that says, "This
20      unit has called Mr. Simpson and talked to him
21      at 606-622-1780."
22      BY MR. WRIGHT:
23      Q    Let me ask you that.  You had one phone
24  number, to your memory, in December 2010, right?  Is
25  that right?

1      A    Yeah.  One phone.
2      Q    And that was a cell phone, right?
3      A    Yes.  It was.
4      Q    Was that phone number in your name, the
5  account, or was Allen Helton or somebody else, were they
6  the subscriber of that?
7      A    My phone came from Walmart through Verizon.
8      Q    Who was the one who paid for the account for
9  that, do you know?
10      A    I did.
11      Q    You did?
12      A    I went and bought a card every month for it
13  when I got my check.
14      Q    Did you answer any phone calls?  When did you
15  buy that phone from Walmart?
16      A    I'm not sure when I bought it from Walmart.
17  That's where I've always got my phone.  Go through
18  Verizon, that's where I've always got them at.
19      MS. ROBINSON STAPLES:  And again, for the record,
20      I'd like to note that these records that you're
21      referring to are from AT&T for James Helton.
22      BY MR. WRIGHT:
23      Q    Do you have a cell phone now?
24      A    I do.  Yes, sir.
25      Q    How long have you had the one you have now?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 150

1  A  Maybe -- I don't know.  My niece put time on
2  it when she went to Florida.
3  Q  Do you know how many phones you've had between
4  now and December 2010?
5  A  No.  No clue.
6  Q  Have you always had just one at a time, or
7  have you had multiple ones?  At any one time, is what
8  I'm saying.
9  A  Had multiple phones?
10  Q  At a single time.
11  A  Activated?  Not activated?  What?
12  Q  That you were using to call people.
13  A  I'd use the cell phone that my niece got me
14  here, or I'd use my sister's phone when I called her
15  but, no.  Not me.
16  Q  When you went to that rental car company on
17  December 20, 2010, you gave them your number, right?
18  MS. ROBINSON STAPLES:  Objection, asked and
19  answered.
20  A  I don't know.  I don't know if I gave them the
21  number, Allen gave them the number.  I don't know.
22  Q  You said Allen wasn't at the rental
23  car business.
24  A  No.  I did not say Allen wasn't at the rental
25  car business.

Page 151

1  Q  I thought you said you met him at
2  Long John Silver's?
3  A  They went shopping after I got the car.  They
4  went shopping.  I went over to Long John Silver's and
5  ate.  Him and Sandy come back from shopping.  Allen got
6  him a -- don't know what he got to eat, and he gave
7  Sandy a kiss.  Said, "Tell Bug and Chelsea I love them,"
8  and we left.
9  Q  Was Allen Helton in that rental car store
10  with you?
11  A  Yeah.  Sandy was in the rental car store
12  with us.
13  Q  So as you sit here today, you don't know what
14  your number was December 2010?
15  MS. ROBINSON STAPLES:  Objection, asked
16  and answered.
17  A  I don't know what my number has ever been.  I
18  mean, I don't call myself.  I don't know.  No.  I don't.
19  MR. WRIGHT:  I'll pass the witness.
20  CROSS EXAMINATION
21  BY MR. KELLY:
22  Q  Mr. Simpson, it looks like you're in a lot of
23  pain.  You want to take a break?  I know it's been
24  torturous.  I don't want to make it any more so.
25  A  It ain't -- it's nothing to do with the

Page 152

1  questions.  It's the sitting.
2  Q  I understand.  Getting in the right position.
3  Do you want to get up and walk around?
4  A  Yeah.
5  MS. ROBINSON STAPLES:  Stand.
6  A  That would be nice.  I don't -- I mean, I've
7  talked to more people today than I have probably --
8  VIDEOGRAPHER:  Off the record at 5:19.
9  (OFF THE RECORD)
10  VIDEOGRAPHER:  On the record at 5:27.
11  MR. KELLY:  Are we back on record?  I'm sorry.
12  VIDEOGRAPHER:  We are on.
13  MR. KELLY:  Got you.
14  BY MR. KELLY:
15  Q  Again, Mr. Simpson, my name is John Kelly.  We
16  met briefly before the deposition started.  I represent
17  Knox County, and I represent John Pickard, who was the
18  sheriff of Knox County back during all these events.  Of
19  course, he's not the sheriff at the present time.  Are
20  you familiar with my client, Sheriff Pickard?
21  A  Yes, sir.
22  Q  All right.  Have you had any incidences --
23  well, has he ever interviewed you or talked to you about
24  the murder of Katherine Mills?
25  A  Not to my knowledge.  No.  He has not.

Page 153

1  Q  Do you know of him being present at any time
2  with Trooper York when he interviewed you?
3  A  Excuse me?
4  Q  Was Sheriff Pickard there?
5  A  Not to my knowledge.  No, sir.  He was not.
6  Q  Okay.  When they first came out on the day you
7  got back from Florida, was Sheriff Pickard or anybody
8  from the Knox County Sheriff's Department present?  Tell
9  me what you remember.
10  A  I remember talking to Sheriff Pickard two
11  times, and neither time was to have anything to do with
12  this investigation.
13  Q  Well, tell me about those two times, then.
14  A  He came to the house.  There was a dog got
15  loose and killed a cat of Bobby Hubbard's sister's, and
16  I said, "Well, my dog ain't loose.  It's on the chain."
17  Well, it was my dog.  It wasn't on the chain.
18  Q  Okay.
19  A  And another time he came by, and he --
20  Q  I hate to ask you this, and I hate to
21  interrupt you.  Does Knox County have a leash law?
22  A  I don't know, but I had to get rid of the dog.
23  Q  Okay.  Go ahead.
24  A  Let's see.  He came by looking for a lawn
25  mower.  There was supposed to be a road behind Dickie

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1 Brown's. The lawn mower was taken from down in here
2 somewhere, and he went back in there and didn't find no
3 lawn mower, I don't guess, because I didn't see
4 him again.
5     Q   All right. Let me ask you about other members
6 of the Knox County Sheriff's Department. I saw in one
7 of the arrests you had, the one having to do with Jesse
8 Hobbs and the Jeep, Ms. Collin's Jeep. It looks like a
9 Claude Hudson was involved, and of course, that occurred
10 sometime in summer of 2011?
11     A   Yeah.
12     Q   Six months, seven months after
13 Ms. Mills' murder.
14     A   Yes, sir.
15     Q   All right. Did you -- I assume you had an
16 encounter? Well, was it Deputy Hudson that actually
17 arrested you?
18     A   Yes, sir. Him and another deputy, but I don't
19 know who it was.
20     Q   All right. Was there any conversation, when
21 they were arresting you, concerning Ms. Mills or
22 anything having to do with Ms. Mills?
23     A   Not to the best of my knowledge. No, sir.
24 There was not.
25     Q   All right. While you were in jail, in the

1 Knox County Jail, for that incidence, were you visited
2 by anybody from law enforcement?
3     A   No, sir. I was not.
4     Q   Okay. In other words, does Ms. Mills' murder
5 come up again while you were -- I think you said you
6 were in jail until October on that occasion?
7     A   Yes, sir.
8     Q   During that brief four-month period, did
9 anybody come out there and inquire, make any additional
10 inquiries concerning Katherine Mills or that murder or
11 anything that happened around that time?
12     MS. ROBINSON STAPLES: Objection to form.
13     Q   Okay. But what was the answer to that
14 question? I'm sorry. I want to make sure it gets
15 on the tape.
16     A   No, sir. There never -- I've never had a
17 visit other than -- from anyone at Knox County Jail.
18     Q   Okay. 2012, I think, you were again arrested
19 after your indictment?
20     A   Yes, sir.
21     Q   And I think Roy Gamble might have been one to
22 do that. Is that your recollection, or do you know?
23     A   Roy and Clark [sic] was both -- Clark Hudson
24 was both there but --
25     Q   What is Clark's last name? I'm sorry.

1     A   Clark Hudson.
2     Q   Oh, Claude. Claude. Claude Hudson?
3     A   Claude. Yeah. Clark. Sorry about that.
4     Q   All right. You think they both were there?
5     A   They both were there.
6     Q   Okay.
7     A   And Sheriff Pickard was there.
8     Q   Okay.
9     A   And I believe Roy Gamble did transport me
10 to jail.
11     Q   Okay. Well, they were concerned with the
12 theft. Excuse me, it was receiving stolen property,
13 I think.
14     A   Yes, sir.
15     Q   Did they ask you any questions or raise any
16 concerns about Ms. Mills' murder or --
17     A   No, sir. They did not.
18     MS. ROBINSON STAPLES: Objection to form.
19     Q   Okay. Do you know of any other encounters
20 you've had with anyone else at the Knox County
21 Sheriff's Department?
22     A   No, sir. I have not.
23     Q   Okay. I noticed by virtue of the records that
24 you had had a -- it looks like you had been convicted of
25 a crime in Knox County sometime in 2002, 2003. Is that

1 your recollection?
2     A   Yes, sir.
3     Q   All right. Was Sheriff Pickard sheriff then?
4     A   Yes, sir. He was.
5     Q   Okay. Anything about that arrest that -- do
6 you have any animus towards Sheriff Pickard or anybody
7 at the Knox County Sheriff's Police Department?
8     A   Sheriff Pickard came in -- came into my yard
9 with Roy Gamble, and he looked me, seen some hickory
10 chickens -- some mushrooms standing there, but they was
11 ceramic. And he said, "Them are big ones." I said,
12 "No. They're in the kitchen," and he looked, and then I
13 had some monsters, and he said, "I've never seen any
14 that big," and I tried to get him to get him -- I had
15 about 80, and he wouldn't. He said, "No. I ain't going
16 to" -- but no. No. He's always -- I like him.
17     Q   Okay.
18     A   He's -- if you needed him and called him, he'd
19 come out.
20     Q   Okay. All right. Well, let me show you
21 something I'm going to mark as -- I guess we're up to
22 13. Is that right? It's a copy. My copier --
23     MS. ROBINSON STAPLES: If I could just see it
24     while you're referring to it.
25     MR. KELLY: Okay. Sure.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    MS. ROBINSON STAPLES:  That would be great.
2    MR. KELLY:  Sure.  I'll mark this one 13.
3        (EXHIBIT 13 MARKED FOR IDENTIFICATION)
4    BY MR. KELLY:
5    Q    Now --
6    MS. ROBINSON STAPLES:  I'm betting this is
7    your copy.
8    MR. KELLY:  Oh, sorry.
9    MS. ROBINSON STAPLES:  It's okay.
10   BY MR. KELLY:
11   Q    Now, I'm not going to ask you to read the
12   whole thing.  This is a document.  Well, when you start
13   a civil lawsuit, you file what's called a complaint, and
14   this is a lawsuit filed by Amanda Hoskins and Jonathan
15   Taylor, and among the defendants they named were Knox
16   County and John Pickard.  It has to do with the
17   investigation into Katherine Mills' murder --
18   MS. ROBINSON STAPLES:  Object to the form.
19   Q    And ultimately, the indictment of Amanda
20   Hoskins and Jonathan Taylor, and I will tell you that
21   ultimately, charges were dismissed against them without
22   prejudice, but they were charged with her murder.
23   MS. ROBINSON STAPLES:  Objection to form.
24   Q    In any event, in the complaint, usually the
25   plaintiffs, in this case, Amanda and Jonathan, set out

1    allegations, and in this case, they're making
2    allegations against the sheriff's department as well as
3    various KSP officers.  I, of course, am interested in
4    the allegations they made concerning you and your
5    contacts with the -- with both the Knox County Sheriff's
6    Department and the Kentucky State Police.  Can you turn
7    over to page six?  And all the pages are numbered at
8    the bottom.
9    A    Okay.  I'm on page 6.
10   Q    All right.  Do you see a section entitled,
11   "The defendants knew that Allen Helton and Mike Simpson
12   likely killed Ms. Mills."  Do you see that section?
13   A    Yes, sir.  I do.
14   Q    All right.  You've already answered the
15   question before.  We've already asked you, did you kill
16   Ms. Mills or have anything to do with it, and you told
17   us no, you did not.  Is that still your answer, I
18   would assume?
19   A    That's my answer, sir.
20   Q    All right.  Paragraph 25 says, "Within days of
21   discovering Ms. Mills, numerous witnesses informed the
22   defendant officers," and he's talking about the KSP and
23   Knox County officers, "that Allen Helton and Mike
24   Simpson were responsible for her murder."  Do you know
25   of any persons that would have told the police that, or

1    were you told by, you know, were you told by Jason York,
2    or were you told by anybody with the Knox County Police
3    Department that other people had accused you of
4    Ms. Mills' murder?
5    A    Not to my knowledge.  I've never heard any
6    officer refer to that.
7    Q    All right.  Has it been scuttlebutt?  Has it
8    been gossip within your community that you had something
9    to do with that murder?  Has it come back to you?
10   MS. ROBINSON STAPLES:  Objection to form.  You
11   can answer.
12   Q    Go ahead.
13   A    No.  Would you repeat it, please?
14   Q    All right.  Sometimes I hear gossip
15   about myself.
16   A    No, sir.  I have not.
17   Q    Okay.  All right.  And number 26, it says, "In
18   fact, the defendant officers' investigation revealed
19   that Mr. Simpson called a friend on the morning of the
20   murder to borrow money because he was broke."  First of
21   all, were you broke on December 20th, the day you got
22   the rental car and went to Florida?
23   A    No, sir.  I was not broke.
24   Q    All right.  Had you gotten a check that month?
25   A    Yes, sir.

1    Q    It had already come?  All right.  And
2    likewise, I think you estimated before that the cost of
3    going down to Florida was about $900, go down and come
4    back?  Is that right?
5    A    Depending on how far you go down and how much
6    they -- how much medications they prescribe you.
7    Q    All right.  Did you have that much money?
8    A    No.  I didn't have that much with me.  No.
9    Q    All right.  But I mean, did you have that much
10   money on hand?
11   A    Yeah.  I could have took -- I usually kept
12   around 1,000 laying around like that for that.
13   Q    Okay.  Likewise, did Allen Helton pay his fair
14   share of this trip?
15   MS. ROBINSON STAPLES:  Objection, asked and
16   answered.
17   Q    Did Allen Helton pay his fair share of
18   this trip?
19   A    Yes.
20   Q    Okay.
21   A    To the best of my knowledge.  I mean, I might
22   have got him for two or three dollars.  He might have
23   got me for two or three dollars.
24   Q    I understand.  But when you say it cost about
25   900 to $1,000 to make this trip, were you expecting to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 162

1  put up 500 of your own money as opposed to Allen, or
2  nearabouts?  Is that right?
3      A    Yeah.  You know, when you go into it like
4  that, you go into it as a partnership.
5      Q    All right.  But the total amount that you
6  intended to spend together was $1,000 approximately?
7      A    No.  No.  No.
8      Q    Okay.
9      A    No.  You would spend anywhere from 7 to 9 each
10 person, depending.
11     Q    Each person?
12     A    If you went to Jacksonville, it was cheaper
13 than going all the way to Miami-Dade.
14     Q    All right.  But each person would have paid
15 that much?
16     A    Around seven to nine, yes.
17     Q    Okay.  Did you happen to know how much money
18 Allen Helton had with him on that trip?
19     A    No, sir.  I did not.
20     Q    All right.  Did he ever say, "I'm broke?  I'm
21 out of money," while you were on the trip?
22     A    He would say he was broke no matter what.
23     Q    Okay.
24     A    Because he didn't want to slip up and let
25 Sandy know if he did have money.

Page 163

1      Q    Okay.
2      A    That's --
3      Q    But when you were in the car together and
4  going, did he ever try to --
5      A    Not to the best of my knowledge, no.
6      Q    Okay.  Do you know who your friend is that
7  they're referring to in this paragraph 26?  It says,
8  "Mr. Simpson called a friend on the morning of the
9  murder to borrow money because he was broke."  Do you
10 know?  Did you make such a call?
11     A    No.  I did not.
12     Q    And do you have --
13     A    No.  I don't remember ever calling anyone and
14 asking for money.
15     Q    Do you know a friend that owed you money on
16 that occasion?
17     A    If he owed me money, he wasn't a friend.
18     Q    All right.  Okay.  Do you know of anybody that
19 owed you money on the day you were about to go down
20 to Florida?
21     A    No.  Not money.  No, not like that.  No.
22     Q    Okay.  The rest of it says, "After
23 interviewing the friend, the defendant officers learned
24 that by the afternoon of December 20th, after Ms. Mills
25 was killed, Mr. Simpson was no longer in need of money

Page 164

1  and was driving a brand-new vehicle."  Okay.  Well, you
2  did have a rental car on the afternoon of Ms. Mills'
3  death, but do you know who that friend was or how that
4  friend would know that you were no longer in need of
5  money?  Any clue as to who that would be?
6      A    No, sir.  I do not.
7      Q    All right.
8      A    I seen that myself.
9      Q    Number 27 says, "Shortly thereafter, the
10 defendant officers' investigation uncovered that
11 Mr. Helton and Mr. Simpson, who were desperately in need
12 of money earlier in the morning, drove their vehicle to
13 Florida immediately after Ms. Mills was murdered."  I'd
14 ask you to assume that Ms. Mills was murdered in the
15 morning for purpose of this question.  Did you-all leave
16 in the morning?
17         MS. ROBINSON STAPLES:  Objection to form
18         and foundation.
19     Q    Did you-all leave in the morning to go to
20 Middlesboro and eventually to Florida?
21     A    Did we leave in the morning from my house to
22 go to get the vehicle?
23     Q    Yeah.
24     A    No.
25     Q    Okay.

Page 165

1      A    No.  We didn't leave -- it wasn't that early
2  when we left.
3      Q    All right.  Again, these are --
4      A    I can't remember the exact time but --
5      Q    What I'm trying to do is trying to find out
6  why Amanda Hoskins and Jonathan Taylor, or at least
7  their attorneys, are saying these things.  I can't
8  figure out who they're talking about or why this would
9  even come up.  Do you know what they're talking about?
10     A    No.  I do not.
11     Q    Okay.
12     A    I'd like to.
13     Q    All right.  That rental car, do you -- where
14 have all the exhibits gone?  In there's a picture of it.
15 Do you consider that blue?  Well, it says blue on the
16 rental agreement.
17     A    I thought it was green.
18     Q    Well, there's a picture in there somewhere
19 after you got back.
20         MR. WRIGHT:  Exhibit 2.
21         MR. KELLY:  Is it Exhibit 2?  There it is.  It's
22         in that stack.
23         BY MR. KELLY:
24     Q    Let me show you a picture.  What I'm looking
25 at is Exhibit 2, is page number PL010474.  And at the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 166

1  top is a picture of a vehicle.  Is that the rental
2  vehicle you-all drove to Florida in?
3      A    That's it.
4      Q    All right.  What color is it, at least as far
5  as you're concerned?
6      A    Here, it's gray.  That's the color I'm seeing.
7      MS. ROBINSON STAPLES:  But I do want to note for
8      the record that the form itself -- the rental
9      agreement says that it's blue, and this is a copy
10     of a copy.  So I don't know --
11     MR. KELLY:  So you're saying that -- are you
12     trying to tell us that that's blue?
13     MS. ROBINSON STAPLES:  What I'm telling you is
14     that the rental agreement states that he rented a
15     blue car.
16     MR. KELLY:  Okay.
17         BY MR. KELLY:
18     Q    Have you ever driven any other
19  Volkswagen Beetles?
20     A    In 1980 -- '85.  I had one.  Automatic.
21     Q    Between that and this time, did you ever?
22     A    Never.  No, sir.  Never.
23     Q    Okay.
24     MR. KELLY:  And I think, counsel, that --
25     Q    The next paragraph, number 28, it says, "On

Page 167

1  December 24th, 2010, defendant York approached Mr.
2  Simpson."  That would have been after you came back.
3  "Mr. Simpson had just returned from his trip to Florida
4  with Mr. Helton.  During that encounter, Mr. Simpson
5  provided defendant York with a sticky note that included
6  the names of alibi witnesses for a period of time that
7  Ms. Mills was killed."  Now, it's my understanding from
8  your testimony that you did inform defendant York and
9  gave him a list of people that knew where you were on
10  the 20th of December.  Is that correct?
11     A    I don't know if it was a list that knew where
12  I was on the 20th or not.  I don't remember.  I didn't
13  remember at first the note, but now I did, but I don't
14  remember the names of it on it, and that one ain't my
15  handwriting anyway.
16     Q    Yeah.  I got it.  And I know I'm asking you
17  about something that happened eight years ago, or close
18  to it, seven-and-a-half.  Do you know what people you
19  might have wrote down for defendant York?  Do you
20  remember their names or who you would have put down?
21     A    No.  Not right -- not at this time, I do
22  not remember.
23     Q    Okay.
24     A    The names I put down there or would have put
25  down there.

Page 168

1      Q    All right.  29 has to do with this same note,
2  but as you just told me, you don't remember that note.
3  You don't think that's your handwriting, and lastly,
4  that you don't remember who was on there.  Let me ask
5  you about number 30.  "Mr. Helton was also interviewed
6  by the defendant officers.  During his interview,
7  Mr. Helton confessed that in the early afternoon of
8  December 20, 2010, he and Simpson went to multiple
9  locations to pay utility bills and then rented a vehicle
10  in Middlesboro."  Now, that's correct, isn't it?  I'm on
11  page 7, number 30.  Sorry.
12     A    Yeah.  We went to two locations.  The water
13  company and the electric company, yes, sir.
14     Q    Okay.  And where did you get the money to pay
15  those bills?
16     A    Out of my pocket.  Out of my check that I draw
17  every month.
18     Q    Well, this alleges that Mr. Simpson paid for
19  the Florida trip with cash and revealed that they fled
20  to Florida because they were in desperate need of pain
21  pills.  Is that true?
22     A    Not to my knowledge, it's not.
23     Q    All right.  It says in number 31 that, "The
24  defendants officer investigation exposed that Mr. Helton
25  and Mr. Simpson were desperate for money and looking to

Page 169

1  purchase large quantity of pain pills before Ms. Mills
2  was killed."  Is that true?
3      A    No, sir.  Not to my knowledge, it's not.
4      Q    All right.  It also says, "The defendant
5  officers' investigation also revealed that suspects fled
6  the state after Ms. Mills' death and were in possession
7  of cash upon returning."  Did you know about Ms. Mills'
8  death on the 20th of December?
9      A    No, sir.  I did not.
10     Q    Okay.
11     A    I was trying to think back when Jesse called.
12  But it wasn't on the 20th.
13     Q    Am I correct, I thought you said earlier that
14  Jesse called on your return trip from Florida to say it.
15  Okay.  All right.  Turn over to page 9, if you would.
16  Number 44 paragraph it says, "Within the first few weeks
17  of the homicide investigation, the defendant officers,
18  Knox and Kentucky State Police, learned that a
19  significant amount of money was stolen from Ms. Mills,
20  that two suspects were in desperate need for money on
21  the morning of her death, the suspects fled the state
22  immediately after the murder.  Upon returning, the
23  suspects were in possession of a large amount of cash
24  and had prepared a note with a list of purported alibi
25  witnesses and the suspects failed" -- well, doesn't

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

---

Page 170

1  apply to you, but in this case, Mr. Helton failed
2  polygraph examination related to the involvement in the
3  murder.  Are they describing you?
4      MS. ROBINSON STAPLES:  Objection to form.
5      Q   Are these things true for you?  That you stole
6  money from Ms. Mills?
7      A   No, sir.
8      Q   That you were in desperate need of money on
9  the morning of her death?
10     A   No, sir.
11     Q   And that you fled the state after the murder?
12     A   No, sir.  I don't know when the -- I didn't
13  flee the state.
14     Q   Okay.
15     A   And it wasn't after.
16     Q   If you turn to page 10, sir.  And in this one,
17  Mr. Slosar and his clients allege in paragraph 48 that
18  Mr. Helton was an informant for them at the time of the
19  murder.  Do you know if Allen Helton was an informant
20  for either the Knox County Sheriff's Department or for
21  the Kentucky State Police at the time of
22  Ms. Mills's murder?
23     A   I don't know what Mr. Helton was capable of as
24  far as being an informant.  I don't know if he was or if
25  he wasn't.  He never told me he was.

---

Page 171

1      Q   If you had believed he was an informant, would
2  you have traveled to Florida with him to buy pills?
3      A   No.  We didn't -- never did travel to Florida
4  to buy pills.
5      Q   Get prescriptions?  Beg your pardon?
6      A   They were legal.
7      Q   I understand.
8      A   And you could bring them across state lines,
9  and you could open your bags, and you could take the
10  medication out of the bottle, and you could take the
11  pill as long as you were not behind the wheel.
12     Q   Okay.
13     A   That's -- that's according to the Florida
14  State Police that pulled us over that day.  But, no.  I
15  wouldn't have -- I wouldn't have went nowhere with
16  no one --
17     Q   All right.
18     A   -- that I thought was an informant, period,
19  not to do with drug trafficking, no.
20     Q   Were you ever an informant for the Kentucky
21  State Police or Knox County Sheriff's Department?
22     A   Absolutely not.
23     Q   Okay.  "Since the defendant officers knew that
24  other investigations in which Mr. Helton was an
25  informant would be jeopardized if he were held

---

Page 172

1  accountable for the murder of Ms. Mills, thus the
2  defendant officers protected Mr. Helton and Mr. Simpson
3  by burying evidence of their guilt and by manufacturing
4  false evidence against Mr. Taylor, Ms. Hoskins, and
5  Mr. Lester."  Has anybody in Kentucky State Police or
6  Knox County Sheriff's Department ever taken steps to
7  bury evidence in order to protect you?
8      A   In order to protect me?
9      Q   Yes, sir.
10     A   No.  No, sir.  They have not.  I don't -- I
11  don't believe you -- make me believe that they do it
12  for anyone.
13     Q   All right.  Well, am I correct that within
14  approximately seven months of this murder, you were
15  under arrest by the Knox County Sheriff's Department?
16     A   I was arrested August the 11th, 2011.
17     Q   Okay.  I got it wrong.  Nine months.  And then
18  they arrested you again in 2012?
19     A   Yeah.  You don't have to remind me.  Yes, sir.
20  They did.
21     Q   And you went to prison?
22     A   I did.  Yes, sir.
23     Q   All right.
24     A   So they wasn't burying mine, was they?  Burying
25  nothing for me.  I don't understand.

---

Page 173

1      Q   Did Bob Smith ever tell you about any
2  conversations he -- had you ever known John Pickard to
3  hang out or come talk to Bob Smith?
4      A   If he was looking for a stolen Weed Eater, he
5  came by one time that I was there when I was in the
6  garden.  He had come up and turned around.  He'd cut
7  over in Blackberry Drive and turn around and let you
8  know that he was there, and you know, making his rounds
9  and things but --
10     Q   Am I right, you were -- I thought your answer
11  earlier was that you saw Bob on a daily basis and
12  considered him a father-like figure, correct?
13     A   I didn't get to see him every day, but every
14  day that I was able, and he was there, I'd go see him,
15  yeah.  Yes, sir.
16     Q   If Sheriff Pickard were making a lot of trips
17  to see Bob Smith --
18     A   He'd have to come past my house to do it.
19     Q   Okay.  And you'd probably know him better?
20     A   Yes, sir.
21     Q   The next paragraph talks about that Bob Smith
22  told the police that Helton, I guess they're assuming
23  Allen Helton, knew the police were tracking him through
24  a GPS navigation device.  Do you know of Mr. Helton
25  owning a GPS navigation device?  I guess that could be

---



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 174

1    your phone.  I don't know.
2         A    It could be, but no.  I never knew nothing
3    about nothing like that.
4         Q    Okay.
5         A    If they were tracking him, he drove drunk
6    a lot.
7         Q    All right.  Did Bob ever mention to you any
8    conversation he had with Allen Helton concerning an
9    investigation being done where he was a suspect in
10   Katherine Mills' murder?  Did Bob ever mention that
11   to you?
12        A    That Allen had been a suspect?
13        Q    Right.  Did he ever --
14        A    When Allen was taken down for the polygraph.
15        Q    Okay.  You knew that.  Had Bob told you
16   about it?
17        A    Yeah.  That's who told me about it, Bob.
18        Q    Okay.  What else did he tell you, besides that
19   Allen underwent a polygraph.
20        A    That was it.
21        Q    Did he tell you what the results of the
22   polygraph were?  No?  No?  Got to have --
23        A    Oh, no, sir.  I'm sorry.
24        Q    Thank you.  All right.  It says in
25   paragraph 53 that, "The defendant officers were

Page 175

1    determined to bury the allegations made by Mr. Smith
2    against Mr. Helton and Mr. Simpson."  I assume you have
3    a pretty good relationship with Bob Smith.  Is
4    that right?
5         A    Absolutely.
6              MS. ROBINSON STAPLES:  Objection to form.
7         Q    Did he, as far as -- admittedly, you're not in
8    his head.  I understand that, but did he treat you like
9    a son?
10        A    Absolutely.
11        Q    Do you think he would implicate you in
12   a murder?
13        A    Absolutely, if he thought I done it, yes.
14   I do.
15        Q    All right.  Did he have any reason to believe
16   you had done it?
17        A    No.  He did not.
18        Q    All right.  Do you believe that defendant
19   officers were determined to bury the allegations made by
20   Mr. Smith against Mr. Helton and Mr. Simpson?  Do you
21   know what they're talking about?  What allegations were
22   made by Bob Smith against you and Allen Helton?
23        A    No.  I do not.
24        Q    Okay.  In 54, they talk about an incident that
25   occurred on May 1, 2012.  By the way, did Bob live

Page 176

1    alone, or did he have others living with him?
2         A    He lived -- he had an adopted son.  He raised
3    him, and Bit stayed there with him about eight months
4    out of a year.  That was his -- that's what they called
5    him.  His real name was Raymond Edwards.
6         Q    Raymond Edwards, and what was his son's
7    name, then?
8         A    James.
9         Q    Okay.  James Smith, I presume?
10        A    Yes, sir.
11        Q    Okay.  I know we're going back six years now.
12   Would both of them been living with him, with Mr. Smith,
13   in May of 2012?
14        A    James would be, but now, I don't know about
15   Bit because he would stay at the cabin.  He'd stay
16   sometimes over in Norton Branch with his brother, down
17   here Artemus.
18        Q    Okay.  Do you know if Jason York or John
19   Pickard or any member of the KSP or of the Knox County
20   Sheriff's Department ever confronted Mr. Smith and say,
21   "We know you're a drug dealer"?
22        A    Do I know it?
23        Q    Yeah.
24        A    No, sir.
25        Q    Were you ever present when they might have

Page 177

1    come in and said, "Hey, we know"?
2         A    No, sir.  I was not.
3              MS. ROBINSON STAPLES:  Objection.  Asked and
4              answered.
5         Q    Or made accusations of him being a
6    drug dealer?
7              MS. ROBINSON STAPLES:  Asked and answered.
8         A    No, sir.  I do not.
9         Q    Okay.  Now, it looks like, and again, I might
10   have this wrong.  It looks like when you were picked up
11   on your last charge, it looked like it was in July of
12   2012.  So you probably would have been living where you
13   normally live in May of 2012.  Is that your recollection
14   as well?
15        A    Yes, sir.
16        Q    Okay.
17        A    I was living in the little white house.
18        Q    Did Bob Smith ever tell you that defendant
19   York and Pickard came by his house and promised to sweep
20   his drug cases under the rug so long as he deviated from
21   prior allegations about Mr. Simpson and Mr. Helton?
22        A    No, sir.  He did not.
23        Q    Okay.  Given what you know about Bob Smith's
24   character, would you expect him to cooperate with police
25   to the point of falsely accusing somebody else

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 178

1  of murder?
2      A    No.  My opinion on that, no.  Bob would not
3  work with them.  He wouldn't rat anyone out.  He
4  wouldn't cover up anything for anyone like that.  If he
5  felt that he knew who it was that had anything to do
6  with something like that, I believe, myself, I believe
7  Bob would have told, but you wouldn't have heard it from
8  nobody but Bob.
9      Q    Okay.  Just a few questions more, I promise
10 you.  Who is your landlord?
11     A    Who is my landlord?
12     Q    Uh-huh.
13     A    Then?
14     Q    Yeah.  That's probably more what I'm
15 interested in.
16     A    Ed Miller and his son, Bruce.
17     Q    And I think you said they lived right
18 below you?
19     A    They was building a house right below me.
20     Q    Okay.
21     A    Am I correct.  It wasn't -- about 40 --
22 where's that picture of the back, of the four-wheeler?
23     Q    I think the four-wheeler is toward the front
24 of that whole bunch of photographs.
25     A    Right there it is.

Page 179

1      Q    Okay.
2      A    There's the porch.
3      Q    Yeah.
4      A    It's still standing there.  The trailer is
5  gone, but the house is.
6      Q    Oh, that's by their house, is what
7  you're saying?
8      A    Yeah.  That was their house.  I lived behind
9  them in a trailer, single wide trailer, 12 by 6.
10     Q    Okay.  And were they actually living in that
11 house back in 2010?
12     A    They was building it.
13     Q    Okay.  Was that a daily process?
14     A    No.  Well, they come over evenings about
15 three, four days a week.  Sometimes they would come over
16 every day.
17     Q    I'm going back to December of 2010.  Do you
18 think they were actually there during the day building
19 that house back then?
20     A    No.  No.  They wasn't working on it.  They'd
21 bring some windows in and things like that.  But no.
22 They didn't "work on it work on it," no.
23     Q    Okay.
24     A    They brought a heating stove in, a coal and
25 wood burner.

Page 180

1      Q    Besides them, who was your closest neighbor
2  back in 2010?
3      A    Bobby Hubbard.
4      Q    Okay.  And how far away did Mr. Hubbard live
5  from you?
6      A    His driveway went right through my yard.
7      Q    He could see your house and -- okay.
8      A    He could see my house.  He could hear
9  everything out of it.
10     Q    Okay.  Is Bobby Hubbard still your neighbor?
11     A    No.  But he's still the neighbor of that house
12 or that place.  He still lives there.
13     Q    Okay.  You moved and he stayed still?
14     A    Yes.
15     Q    Got you.
16     A    Yeah.
17     Q    Okay.  When you went to Florida, you're in
18 Middlesboro.  You said you went through the tunnel; is
19 that right?
20     A    Yes, sir.  That's the only way you can get
21 through there.
22     Q    The Cumberland Gap Tunnel we're talking about?
23     A    Yes, sir.
24     Q    And then where did you go to?  Tazewell?
25     A    Yes, sir.

Page 181

1      And go across to Bean Station?
2      A    Yeah.  Go to Morristown, yes, sir.
3      Q    I remember -- never mind.  When you mention
4  Bean Station, I always liked to stop at a restaurant
5  there.  It's gone now, but and what, you catch 40 and go
6  down to Knoxville?  Is that what you do?  Not 40.  I
7  don't know what it is.  You get on -- you go down to
8  Knoxville and get back on I-75.  Is that how you went?
9      A    No.  90 -- 90 -- 91, 95, something like that.
10     Q    Oh, you went all the way over there.  Okay.
11 Yeah.  That makes sense if you're going to Miami.  Do
12 you remember what time you stopped that night as you
13 were driving, or where you stopped that night?
14     A    No.  I remember eating at Hooters on the
15 way back.
16     Q    All right.  Do you remember if you made it as
17 far as Jacksonville that night?
18     A    I -- I don't.  I don't.
19     Q    Would you have traveled all night into the
20 morning, or would you have stopped?
21     A    We have before, but there was more -- it would
22 be, like, four or five of us going down there.  I can't
23 remember that.  I don't know if we stopped or not.
24     Q    Okay.  A long time ago?
25     A    Yeah.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 182

1    MR. KELLY:  Mr. Simpson, that's all I have. Thank
2  you very much.
3    THE WITNESS:  Thank you, sir.
4         CROSS EXAMINATION
5    BY MS. DEMOSS-CAMPBELL:
6  Q   Mr. Simpson, I'm Alexandra Demoss-Campbell.
7  I'm representing the City of Barbourville Police
8  Department and their former chief, Mike Broughton.  Are
9  you good to answer some questions right now, or do you
10 need to take a break?
11 A   I can answer them now.
12 Q   Okay.  We'll keep going.  Do you know who
13 Mike Broughton is?
14 A   No, ma'am.  Never met him.
15 Q   Okay.  And do you know any members of the
16 Barbourville Police Department?
17 A   No, ma'am.  Never had any dealings with
18 any city.
19 Q   Okay.  And so, including Matt (phonetic), when
20 you spoke to officers about the Katherine Mills
21 investigation, was a Barbourville Police Department
22 officer ever present?
23 A   Not to my knowledge, no.
24 Q   And to the best of your memory, has any
25 Barbourville Police Department officer ever come to

Page 183

1  visit you in jail to ask you questions about the
2  Katherine Mills investigation?
3  A   No, ma'am.  They have not.
4  Q   Okay.  And you have been very truthful about
5  your past criminal history.  Do you have any
6  recollection of any arrests or in the past or since then
7  by Barbourville Police Department?
8  A   No, ma'am.  Never had any dealings with the
9  city whatsoever.
10 Q   Okay.  And do you have any knowledge, and I'm
11 trying to be as broad as I can, of the Barbourville
12 Police Department or Mike Broughton's involvement in the
13 investigation of Katherine Mills' death?
14 A   No, ma'am.  I do not.
15    MS. DEMOSS-CAMPBELL:  Okay.  Well, I believe that
16 concludes my questions.  Thank you very much.
17    THE WITNESS:  Thank you.
18        CROSS EXAMINATION
19    BY MR. WEBER:
20 Q   Mr. Simpson, my name is Cody Weber.  I
21 represent some KSP officers.  Brian Johnson, Kelly
22 Farris, Mark Mefford, Dallas Eubanks, and Jackie Joseph.
23 I guess, earlier I think you testified that you may have
24 recognized me.  Do you know, have we met?
25 A   No.  That's what I was saying.  You got that

Page 184

1  familiar face.
2  Q   Yeah.  I look young.  I know.  Yeah.
3  A   No.  Not -- I'm not guilty.
4  Q   No.  It's fine.  It's fine.
5  A   Unique.
6  Q   We -- we didn't speak before we walked in this
7  room today, did we?
8  A   No.  No.
9  Q   Did you speak with Mr. Slosar or Ms. Staples
10 before you walked in here today?
11 A   They introduced themselves as I was
12 walking in.
13 Q   Okay.  Did you look at any documents or
14 anything with them or review anything?
15 A   I didn't.  No, sir.
16 Q   No?  Okay.  As I mentioned, I represent some
17 KSP officers.  So the first is Detective Brian Johnson.
18 Do you know Trooper Brian Johnson?
19 A   No.  I do not.  A state trooper?
20 Q   State Trooper Brian Johnson, yeah.  He wasn't
21 present at any of your interviews that any other
22 Kentucky State Police officers --
23 A   Not -- like I said earlier, when I was being
24 questioned about the visit at Clay County.  I never got
25 any at Leslie County or Knox.

Page 185

1  Q   Yeah.
2  A   And I do -- if they was officers when they
3  came in there, they were dressed as casual as you.
4  Q   Okay.  All right.
5  A   They were not in uniform.  And they did not
6  introduce themselves as officers, so to the best of my
7  knowledge, no.
8  Q   Okay.  Okay.  Trooper Kelly Farris, do you
9  know Trooper Kelly Farris?
10 A   I know the name.
11 Q   Know the name?
12 A   I've heard the name.  But no --
13 Q   Was he present, as far as you know, at any
14 sort of interviews or anything related to
15 this investigation?
16 A   No, sir.  He was not.  The only two state
17 police that was there that was identifiable was Jay
18 Sowders and Detective Jason York.
19 Q   Okay.  What about Trooper Mark Mefford?  Do
20 you know Trooper Mefford?
21 A   Not to my knowledge.  I've never heard the
22 name, no, sir.
23 Q   And he wasn't present at any of those?
24 A   No.  Only those two.
25 Q   Trooper Dallas Eubanks, do you know Trooper

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 186

1  Dallas Eubanks?
2      A    I know he's got a brother.  That's all I know.
3      Q    Okay.  No other information that you know
4  about him?
5      A    No, sir.  One of them -- one of them got the
6  dog.  I don't know which.  I don't know -- no, sir.  I
7  don't know nothing about those.  Don't they have the
8  drug dog -- yeah.  Okay.  One of them run for sheriff of
9  Knox County, or was going to.
10     MR. KELLY:  Lost.
11     A    Which one?
12     MR. KELLY:  Derrick.
13     Q    And the last one I mentioned, or at my
14 introduction, was Trooper Jackie Joseph.  Do you know
15 Trooper Joseph?
16     A    No, sir.  I don't.
17     Q    All right.  So you're not aware of how any of
18 those individuals were involved in this investigation?
19     A    No, sir.
20     MR. WEBER:  Okay.  I think that's all the
21     questions I have.  Thank you.
22     THE WITNESS:  Thank you very much.
23                  CROSS EXAMINATION
24     BY MS.ROBINSON STAPLES:
25     Q    All right, Mr. Simpson.  I have just a few

Page 187

1  follow-up questions.  It will be quick.  I promise.  I
2  want to make sure the record is clear about this sticky
3  note that we've been talking about.  You testified that
4  what we showed you as Exhibit 4, the sticky note that
5  was on Exhibit 4, is not your handwriting; is
6  that correct?
7      A    That's correct.
8      Q    But did you testify earlier that you did, in
9  fact, write a note about who you had talked to and where
10 you had been on the days in question?
11     A    I can remember something that me and Tater was
12 talking, and when I seen the Cash Express, it just rung
13 a bell.  I don't remember giving them that right there.
14 I do remember giving them my prescription.  I don't
15 remember the sticky note.  I do not.
16     Q    Do you remember making a list of people that
17 you had talked with or places that you had been?
18     A    Yeah.  I wrote down -- I either wrote it down,
19 or I thought I wrote it down, of the places that I had
20 been when we went on the way and on the way back.
21     Q    Okay.
22     A    But I don't know.
23     Q    Okay.  I just wanted to make sure we're clear
24 on that.  You were asked some questions about the
25 interview that Detective York did with you in April of

Page 188

1  2013 at the Clay County Detention Center.  Do you recall
2  that day that Detective York came and talked to you?
3      A    Yes.  I do.
4      Q    And I believe you said something about him
5  showing you a sketch?
6      A    Ma'am?
7      Q    Did he show you a sketch that day?
8      A    I don't know if it was -- I seen the sketch,
9  and Detective York had it.  I don't know if it was that
10 day.  I can't remember.  I don't think he had it when he
11 was at my house.  I'm not sure.  I know I seen the
12 sketch and Detective York had it.
13     Q    How many times did you talk to Detective York
14 about this case?
15     A    I can only recollect two.  That was once at my
16 house with Officer Jay Sowders and -- excuse me, once at
17 Clay County Detention Center within the chapel.
18     Q    But you can't recall if he showed you the
19 sketch at the detention center or at your home?
20     A    No, ma'am.  I cannot.
21     Q    Okay.
22     A    I know I seen the picture.  I seen it.  I
23 thought he drew it.
24     Q    And what was said about that picture?
25     A    The best that I can remember, it was like

Page 189

1  looking at that, and I said, "Well, that's a nice
2  picture."  I said, "That's a nice drawing," because I
3  draw, too, and he said, "Yeah.  It is."  I said, "Who is
4  it?  Jesus?"  He said, "No.  It's supposed to be you."
5      Q    Detective York said that to you?
6      A    Yeah.
7      Q    Okay.
8      A    I mean, it wasn't nothing bad that he said.
9  You know, wasn't no bad way that he said it.  I didn't
10 take it that way.
11     MS. ROBINSON STAPLES:  No.  I understand.  I
12     think that's all the questions I have for you,
13     Mr. Simpson.
14     THE WITNESS:  Thank you.
15                  RECROSS EXAMINATION
16     BY MR. WRIGHT:
17     Q    I just have a couple.  Mr. Kelly went through
18 the complaint that was filed in this case, several
19 paragraphs.  Do you recall that testimony and
20 questioning where you went through the civil
21 lawsuit?  This?
22     A    Yeah.
23     Q    And in that complaint, it alleges that you
24 were broke and in need of pills the day before the
25 murder.  Is that the gist of the complaint from your --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 190

1    A    That's what he read, yes, sir.
2    Q    Yeah.  And that gives the impression that that
3  was why you robbed and murdered Katherine Mills.
4  Is that --
5    A    That's why they're saying that.
6    Q    Yeah.
7    A    When you're say that's why you --
8    Q    That's why they're saying you did it, right?
9  That's what that is saying.  Now, you say you didn't
10  rob.  You didn't need to rob her or hurt her because you
11  had the money, right?
12    A    Yes, sir.
13    Q    And you say that that money was in jars or
14  cans buried across the street?
15    A    No.  I said I have my money put in a
16  coffee can.
17    Q    Okay.  And I'm sorry.  I just remember
18  something about across the road.  Is that right?
19    A    Yes.
20    Q    Yeah.  So you -- but you would agree that you
21  didn't leave for Florida that day until around noon or
22  later, correct?
23    A    I'm not sure what time it was, sir.
24    Q    You heard that statement you gave to Detective
25  York, and in that statement you told him that you saw

Page 191

1  William Lester around noon that day.
2    A    That recording that you played for me right
3  there, that's what it said.
4    MR. WRIGHT:  Yeah.  That's all the questions
5    I've got.
6    VIDEOGRAPHER:  Off the record at 6:15.
7        (DEPOSITION CONCLUDED AT 6:15 P.M.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 192

1        CERTIFICATE OF REPORTER
2          STATE OF INDIANA
3
4  I do hereby certify that the witness in the foregoing
5  transcript was taken on the date, and at the time and
6  place set out on the Title page hereof by me after first
7  being duly sworn to testify the truth, the whole truth,
8  and nothing but the truth; and that the said matter was
9  recorded by me and then reduced to typewritten form
10  under my direction, and constitutes a true record of the
11  transcript as taken, all to the best of my skills and
12  ability. I certify that I am not a relative or employee
13  of either counsel, and that I am in no way interested
14  financially, directly or indirectly, in this action.
15
16
17
18
19
20
21
22  LACEE TOWNSEND,
23  COURT REPORTER / NOTARY
24  COMMISSION EXPIRES ON: 06/19/2024
25  SUBMITTED ON:  08/08/2018

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibits**

EX 1 32:15,18 43:2 58:16 106:24 107:1

EX 2 37:23 38:4 59:12 130:21 165:20, 21,25

EX 3 33:2,3 61:22

EX 4 63:11,15 112:7 140:22 148:12 187:4,5

EX 5 74:15 143:1

EX 6 75:14,21

EX 7 88:14,21 138:18 139:6,7 148:16

EX 8 99:5

EX 9 109:17,18

EX 10 137:14

EX 11 139:4,10

EX 13 158:3

**$**

$1,000 161:25 162:6

$100 42:23,24

$40 26:11 29:20

$400 42:6

$400.62 35:7, 14 42:1

$50 87:24

$600 57:8

$66.44 44:15

$80 58:6

$900 161:3

**0**

06 106:8

**1**

1 32:15,18 43:2 58:16 106:24 107:1 114:10 175:25

1,000 161:12

10 137:11,13,14 170:16

104 141:2

10474 59:13

106 141:2

10th 77:13 86:8 118:18

10W 85:15

11 40:25 75:22 86:7 139:4,10

11:30 125:17

11th 18:17 75:23 76:1,7 77:12,14 84:21 85:7 88:8 103:6 172:16

12 75:8 80:18 88:2 143:24,25 179:9

120 51:14,15, 16

12:00 125:17

12:30 148:1

12:36 141:25

12:55 43:7

13 75:8 157:22 158:2,3

132 141:25 142:2

145,000 25:13

1476 71:1

**14th** 77:18

15 51:16 58:6 80:23 88:22

15647 43:6

1649 75:17

1651 76:25

17-CV-84 8:11

1780 138:19,22 140:7 141:3,24

17th 29:3

18 103:3

180 51:14,15

1894 16:13

19 20:17 29:12

190 29:20

1980 166:20

1981 20:4

1982 92:7 104:19

1991 20:5,6,7 24:21 25:2

1998 18:21

19th 23:18 33:1 87:6 132:15

1:04 8:5

1st 56:4

**2**

2 37:23 38:4 59:12 68:21 114:10 130:21 165:20,21,25

20 13:14 18:23 26:12 28:19 35:8,15,18 38:2 40:18 46:17 64:7 65:15,22 66:3,16 67:21 89:8 91:7,10 92:9 97:13 101:4 103:4 105:16 107:2 120:13 121:1,5,

7,8 138:10 142:6,15 145:9 147:11 150:17 168:8

2000 22:17 84:2 88:22

2000s 25:16

2002 18:6 156:25

2003 156:25

2006 106:9

2009 11:21

2010 11:19 16:8,12,13 18:3,24 21:9, 12,15 22:14 23:15 24:12,25 25:25 26:8 28:11,19 29:12 30:24 33:10,21, 25 34:13,23 35:3,8,10,15,18 38:2,13 40:18 41:3,19 43:7,10 46:17 47:14 48:1 55:15 56:14 58:11 59:1 62:6 64:7 65:15,22 66:3, 6,16 67:9,18,21 71:16 72:4,8 88:5 89:8,13 91:7,10 100:9 101:2,4,8 105:2 106:5,21 107:2 111:19,22 112:5 116:23 120:7 134:3 136:1 138:10 139:9,12 142:6, 15 145:9 147:11 148:24 150:4,17 151:14 167:1 168:8 179:11, 17 180:2

2011 61:24 76:3 86:7 88:8, 23 102:7 154:10 172:16

2012 74:22,23,

25 75:20 76:2, 9,12,18 77:2,3 86:18 87:17 155:18 172:18 175:25 176:13 177:12,13

2013 74:19,23 75:1 76:2 145:2 188:1

2014 26:4 105:18

2015 20:17,23 23:19 87:6 97:9,11 99:23 100:1,12 136:21

2018 8:5

2020 100:23 101:1

2084 108:24

20th 29:2 32:15 33:1,8,10 41:13 87:7 98:20 113:14 118:5,8, 12 119:23 122:2 126:10, 14,16 128:18 129:6,15,22 132:3,8 135:25 136:1 139:19, 24 160:21 163:24 167:10, 12 169:8,12

22 38:13

223 12:14

23 18:17 34:23 35:3 43:7 76:12 103:5

23rd 29:3 43:11 44:1 118:20

24 43:10 58:11 62:6 67:9,18 71:16 120:7

24th 58:18 59:1 129:22 131:3 133:20 167:1

25 159:20



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**2500** 97:13

**257.52** 86:1

**25E** 12:14

**25th** 129:22

**26** 160:17 163:7

**26th** 8:4 118:19

**27** 21:22 75:20
164:9

**27th** 58:19,20
129:22

**28** 166:25

**28th** 18:21
103:4

**29** 168:1

**29th** 118:20

**2:00** 34:23 35:4
43:10 125:13

**2:06** 33:10
39:16 122:11

**2:09** 54:11

**2:24** 54:13

**2nd** 20:7 23:17

---

**3**

**3** 33:2,3 61:22
74:19,22 75:17
77:2,3 139:15

**30** 22:25 26:11
28:25 29:20
125:16 168:5,
11

**30's** 120:3

**30s** 29:20
51:15

**31** 168:23

**32** 142:1

**320** 31:22

**340** 88:17

**35** 125:16

**37-and-a-half**
84:9

**3830** 109:10

**3:02** 77:23

**3:03** 77:25

**3:27** 93:15

**3:39** 93:17

**3rd** 74:22,23
83:12

---

**4**

**4** 63:11,15
88:23 112:7
140:22 148:12
187:4,5

**40** 26:12 31:21
81:7 178:21
181:5,6

**40939** 16:14

**44** 169:16

**48** 170:17

**4:30** 132:11

**4th** 102:3

---

**5**

**5** 74:13,14,15
143:1

**50** 13:3 81:7
85:5,6 121:15

**50-day** 77:13

**500** 162:1

**52** 18:1

**528** 139:4

**53** 174:25

**54** 175:24

**56** 13:3

**5:02** 143:10

**5:05** 143:12

**5:19** 152:8

**5:27** 152:10

**5th** 97:14

---

**6**

**6** 75:14,21
98:25 106:6
159:9 179:9

**6-30-2015** 97:8

**606-** 89:3 107:6

**606-622-1223**
137:21 138:1

**606-622-1780**
34:1 148:21

**606-622-2084**
34:12

**622-** 109:10

**622-1780** 89:3
107:6

**622-2084**
108:20

**650** 57:8

**6:15** 191:6,7

**6:38** 139:23

---

**7**

**7** 88:14,21
106:6 138:18
139:7 148:16
162:9 168:11

**71** 104:14

**72** 104:14

**773.06** 26:2

---

**8**

**8** 99:1,2,5

**80** 157:15

**81** 25:3 92:7

**82** 92:7 104:14

**83** 65:12 114:20

**83-year** 116:8

**830** 69:3

**84** 13:16

**85** 166:20

**8:00** 128:19
129:6

**8:15** 128:19
129:6

---

**9**

**9** 109:17,18
137:12,15
162:9 169:15

**90** 47:8,9 181:9

**90-day** 97:23

**900** 42:17,20
161:25

**91** 18:25 19:22
22:1 23:17
139:20,24
181:9

**95** 181:9

**98** 22:17

**99.5** 122:8

**9th** 86:8

---

**A**

**a.m.** 139:23

**Abner** 132:19,
21

**absolutely**
27:18 33:16
34:10 52:1 62:8
65:16 69:10
72:5 82:3 83:4,
6 90:3 91:8
171:22 175:5,
10,13

**abuse** 77:17
86:21 97:22

**account** 149:5,
8

**accountable**
172:1

**accounted**

**32:11**

**accountholder**
140:8

**accounts**
35:11

**accurate** 33:21
143:7

**accusations**
177:5

**accuse** 79:3
82:13

**accused** 160:3

**accusing**
177:25

**acid** 80:9

**acquaintance**
65:17 66:6

**activated**
150:11

**activities**
21:18

**actor** 41:9

**actual** 74:21

**addict** 20:20
136:17

**addiction**
23:16 24:12
99:22

**additional**
40:8 44:8,14
45:2 155:9

**address** 33:20,
24

**admittedly**
175:7

**adopted** 176:2

**advance** 46:12
117:25

**advertise**
135:8

**advertising**
135:15

**affidavit** 88:17
89:1 137:20,25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

138:18

**affiliates** 48:11

**affirm** 9:7

**afford** 30:20 87:3

**afraid** 93:4

**afternoon** 163:24 164:2 168:7

**age** 13:2 18:17 53:13 103:3 104:13

**aggressive** 82:4

**agree** 145:7 190:20

**agreement** 165:16 166:9, 14

**ahead** 57:20 81:5 83:5 153:23 160:12

**aka** 45:6

**Alexandra** 8:23 182:6

**Ali** 97:13

**alibi** 62:3,21 121:6 140:22 167:6 169:24

**all's** 46:12 135:25

**allegation** 91:1

**allegations** 85:11 159:1,2,4 175:1,19,21 177:21

**allege** 170:17

**alleged** 85:11 90:1

**allegedly** 86:6

**alleges** 168:18 189:23

**Allen** 28:10 29:13 30:25

31:17 35:20 36:2 38:3 40:17 45:21 47:8 48:13 49:15 51:5 56:18,21 60:23 62:1 64:22,25 65:25 79:7 95:18 107:21 108:7, 13,24 109:11 110:4,23 117:12,13,18 119:22 120:15 127:8,9 129:10 130:11 131:19 132:8 140:5,8, 16 141:14 147:3 148:9,14, 18 149:5 150:21,22,24 151:5,9 159:11, 23 161:13,17 162:1,18 170:19 173:23 174:8,12,14,19 175:22

**Allen's** 36:22

**allowing** 42:23

**Amanda** 8:8, 13 15:19,23 16:1,2 27:10,13 83:13 91:19 95:18 127:21 128:4 132:23 158:14,19,25 165:6

**Amanda's** 15:20 83:15

**amount** 35:14 42:9 162:5 169:19,23

**Amy** 8:15

**angry** 82:10

**animus** 157:6

**ankles** 27:5

**anymore** 136:17

**anytime** 52:8 57:13

**apologize** 56:20

**apparently** 67:22

**appeared** 92:16

**apply** 170:1

**appointed** 76:13

**appointment** 28:23,25 50:1, 12,13 118:16 129:19

**approached** 167:1

**approximately** 35:7 39:13 42:1 48:17 78:8 80:18 162:6 172:14

**April** 74:19,22, 23 75:20 76:9 83:12 86:18 187:25

**area** 17:24 41:24 72:13 103:1,21,22 104:3 106:9

**arguments** 56:18

**arm** 111:14,24, 25

**arms** 111:23

**arrest** 157:5 172:15

**arrested** 76:4 77:12 84:18,22 85:1 86:1 154:17 155:18 172:16,18

**arresting** 84:22 85:8 154:21

**arrests** 154:7 183:6

**arriving** 39:17 49:22

**Artemus** 124:25 125:1 146:21,22 176:17

**ashamed** 47:16

**asleep** 24:16, 17

**assume** 10:16 135:9 154:15 159:18 164:14 175:2

**assuming** 43:9 173:22

**AT&T** 149:21

**ate** 49:9,21 127:7 151:5

**attach** 109:19

**attached** 62:6

**attention** 53:12

**attorney** 76:13,19

**attorneys** 10:3 95:11,12 97:1 98:19 165:7

**August** 18:21 19:22 26:4 77:8,12 84:21 86:7 101:6 103:5 118:20 172:16

**Auto** 46:12

**automatic** 52:11 166:20

**Avenue** 124:19,23

**average** 51:13

**aware** 9:18 124:3 186:17

---

**B**

**baby** 18:20

**back** 11:19 14:22 18:24,25

19:19 20:3,4 21:17,19 22:13 26:8,13 27:4,14 28:10,14 29:7,9 34:13,22 35:1,3 36:3,7,24,25 37:14,19,20 40:1 41:3,19 42:22 43:22 47:9,10,14,18 51:14,24 52:3, 14 53:2 54:8 55:8 56:17 57:14 58:6,8,25 59:5,11,20 60:16,25 61:6,8 62:1,23 63:1 66:6 67:5 69:25 72:3,8,25 75:4 77:15 80:10,14 88:9 94:22 98:1 105:25 106:9 111:25 112:1,2 114:24 115:5,9 118:24,25 119:5,10,23,24 120:3,5,8 122:1 125:22 126:15, 21 127:3,5,9 129:24 130:1,7, 9 131:19,20,21, 23 134:22 135:3,4,15 136:5 137:6 143:14 144:1,9, 12,14 147:5 151:5 152:11, 18 153:7 154:2 160:9 161:4 165:19 167:2 169:11 176:11 178:22 179:11, 17,19 180:2 181:8,15 187:20

**background** 99:20

**bad** 19:21 52:25 55:10 86:1 87:4 189:8,9

**badge** 37:5 73:12,18

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

bag 14:15 37:2, 3 60:16

bags 171:9

bald 11:2

banjo 22:2

bank 32:3 35:11

Barbara 76:17, 19,20

barber 13:7

Barbourville 8:25 76:14 105:11 125:22 126:3,22,24 127:13 182:7, 16,21,25 183:7, 11

bars 51:15

based 91:3 92:4

basically 67:7 95:19

basis 98:3 173:11

Bates 88:17

bathroom 22:2

beach 48:24 49:1,2,5

Bean 65:13 116:10 181:1,4

bears 16:22

beat 53:22

beating 81:16

beatings 53:10

bed 87:6

bedroom 69:17,18 72:10

beer 49:9,10 73:5,6

Beetle 38:1 59:14 117:22 125:25 126:2,3

Beetles 166:19

Beg 171:5

beginning 31:11 82:23 145:3

begins 17:19 139:19

behalf 8:20,24

believed 171:1

bell 12:13 17:1, 3 77:6 102:25 103:2,7,21 104:7,17 105:7 123:22 187:13

Bell/knox 17:13

belt 73:7 125:6

beneath 34:11 70:20 82:12

Bennett 66:12, 13,14,15 113:24 116:25 117:3,16 125:24 126:1 144:4

betting 158:6

big 31:5 46:14, 15 80:13 82:18, 19,20 157:11, 14

bike 66:20 68:23

bill 42:10 64:4, 5,10,12,15,16, 19 65:2 75:19 114:5,10 123:24 124:9 125:14,20 147:4

bills 64:14 124:5 147:8 168:9,15

bingo 19:17

bird 57:22

birth 33:20,24

birthday 18:22 75:24 85:7

biscuits 54:3

bit 9:22 16:21 21:16 23:21 93:25 176:3,15

bitty 10:25

Blackberry 173:7

blame 73:10

blessing 20:12

blind 87:21

blocks 124:19

blowed 47:21

blue 23:9 37:25 165:15 166:9, 12,15

board 97:23

Bob 27:15,16, 23 28:4,6,9 29:13 30:5 66:2,4 72:22, 23,25 73:4 132:24 173:1,3, 11,17,21 174:7, 10,15,17 175:3, 22,25 177:18, 23 178:2,7,8

Bob's 72:22 73:16

Bobby 153:15 180:3,10

bond 77:13 85:5,6

book 79:1

booked 85:2

boot 143:9

born 17:8,9 18:21

borrow 29:23, 25 40:15 160:20 163:9

bothering 24:3

bottle 38:21 171:10

bottom 34:20

38:9 63:24 71:2,4 98:12 159:8

bought 22:22, 24 40:3 60:1 66:20 83:21 112:22 117:6 134:1 149:12, 16

Boulevard 97:13

boy 13:5 85:25 88:3

boyfriend 114:20

boyfriend's 65:12

boys 18:16 25:12 46:21 117:17

Branch 62:11 176:16

brand-new 164:1

Brandon 65:18,19,20 103:13

break 10:1 54:8,16 93:14 97:3,4 132:10 151:23 182:10

breakfast 54:4 122:8

breaks 40:21

breakthrough 51:16,17

Brenda 103:19

Brian 9:2 183:21 184:17, 18,20

bridge 105:21

briefly 152:16

bring 60:25 61:11 70:1 80:9 119:23,24 144:12 171:8

179:21

bringing 131:21

broad 183:11

broke 18:25 22:16 32:8,9 53:6 132:16 160:20,21,23 162:20,22 163:9 189:24

brother 18:6 73:10,20 106:7 115:11,13,14 176:16 186:2

brother's 133:25 134:9, 10

brothers 103:15

brought 45:5 51:24 53:1 73:4 85:4 115:9 118:25 120:3,5 134:5 144:9 179:24

Broughton 8:24 182:8,13

Broughton's 183:12

brown 62:11 68:11 112:9 114:2 116:13, 20 121:3 126:9 130:22 133:11 140:24

Brown's 60:2 62:11 126:11 130:16 132:20 154:1

Browns 112:13

Bruce 178:16

bucket 31:22

buckets 31:19 67:6

buddy 126:23 129:17

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Bug** 59:10 60:1,2 66:18 112:15 114:2 117:6 120:23, 24 127:10 130:2 151:7

**Bug's** 120:24, 25

**building** 85:19 178:19 179:12, 18

**buildings** 19:10

**bullet** 71:3

**bunch** 8:18 17:18 178:24

**buried** 190:14

**burner** 179:25

**Burnett** 65:20 84:20

**burning** 132:24

**bury** 172:7 175:1,19

**burying** 172:3, 24

**bush** 57:22

**business** 79:15 124:2,21 125:5,13 138:23 141:4 150:23,25

**busted** 82:22 134:1

**buy** 26:11,19, 21 27:1,10 28:6 100:10 101:21 106:15 134:22 149:15 171:2,4

**buying** 101:10

**buzz** 80:14

**buzzed** 80:15

---

**C**

---

**C-CURVE**

17:16

**cabin** 176:15

**call** 13:7 41:9, 10,23 43:19 52:3,7 54:5 64:11 66:18 102:12 106:21 114:9 130:13 139:1,23 141:23 148:1 150:12 151:18 163:10

**called** 31:4 43:8 54:20 60:2 62:12 94:21,22 105:3 118:11 130:14 138:4 140:21,23 148:20 150:14 157:18 158:13 160:19 163:8 169:11,14 176:4

**calling** 39:18 43:10 130:12 140:25 141:17 163:13

**calls** 118:7 130:8 140:1 141:3,10 148:8 149:14

**Campbell** 8:23

**Camry** 22:17 133:4

**cans** 190:14

**capable** 110:16,19 170:23

**Captain** 82:21

**car** 32:17,20 35:3 36:2,6,22, 23 38:1 39:13, 15,18,20 42:2,7 43:1,22 44:16 45:1,9,10,14,23 46:16 49:14 58:11,12,17,19 59:11,20 60:11, 15 64:13 66:25 107:2 119:11,

13 120:12,14 122:15 123:3, 15 124:2,21 125:5,9,13,21 126:9,12,13,21, 22 127:3,5,6, 10,14 131:21 132:24 138:23 141:4 144:6,9, 12 146:15,24 147:2,8 150:16, 23,25 151:3,9, 11 160:22 163:3 164:2 165:13 166:15

**card** 94:21 140:13 149:12

**care** 45:12 54:1 135:20

**caretaker** 62:18

**Carnes** 76:17

**Carnes'** 76:20

**carpenter** 13:16

**cars** 39:8 60:12 121:25 130:15 133:3

**carton** 40:7

**case** 62:7 77:11 80:18 85:12 95:1,17, 20 97:3 98:6 158:25 159:1 170:1 188:14 189:18

**cases** 15:1 177:20

**cash** 35:8,14 42:1 50:11 56:15 63:14 168:19 169:7, 23 187:12

**casing** 70:13 71:3

**casual** 185:3

**cat** 153:15

**catch** 102:10 181:5

**caught** 19:16

**CB** 22:3,4,11

**cell** 80:12 107:9,10 108:10,11,17 109:5,11,12,14 137:21 138:1, 19 149:2,23 150:13

**cemetery** 17:11

**center** 20:11 46:10 74:5,18 78:3,13 80:20 81:3 95:23 96:3 142:21 188:1, 17,19

**ceramic** 157:11

**chain** 153:16, 17

**chair** 24:1 47:12

**chance** 57:12 128:13

**change** 31:10

**chapel** 74:8 96:25 188:17

**character** 177:24

**charge** 76:4 78:18 177:11

**charged** 158:22

**charges** 44:8, 15 81:1 158:21

**Charles** 18:16, 18 75:23 102:18 103:5, 13 106:7 119:19

**cheaper** 162:12

**check** 16:16

31:9,10,15 35:7 39:20 42:5 44:16 75:17 79:14,17 149:13 160:24 168:16

**checks** 56:3

**Chelsea** 120:23 127:11 151:7

**Cherokee** 85:13

**chest** 70:21

**Chicago** 16:20

**chickens** 94:25 157:10

**chief** 182:8

**child** 81:17

**childhood** 13:1

**children** 18:15 94:24 103:3 116:22

**choice** 69:24

**chow** 80:3

**Chris** 76:14

**Christmas** 29:4 45:24 46:3,14 58:15, 22

**church** 96:25

**CI** 137:17

**cigarette** 22:2 24:20 54:8 63:1 67:4 122:7

**cigarettes** 40:3,7 42:23 92:12

**city** 8:25 16:17, 19 49:2 123:16 182:7,18 183:9

**civil** 95:9 158:13 189:20

**civilian** 74:11

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

clarify 148:11

Clark 84:24
155:23 156:1,3

Clark's 155:25

Claude 85:8,9
154:9 156:2,3

Clay 13:25
14:19 74:5,18,
24 77:6 78:3,12
80:20 81:3
87:17 95:15,23
96:5 111:5
142:21 184:24
188:1,17

cleaned 45:10
115:7

clear 96:11
107:11 127:15
187:2,23

clerk 114:5,8

client 152:20

clients 16:8
170:17

close 27:23
40:23 52:19
105:7 167:17

closed 58:18

closer 145:8

closest 180:1

clothes 39:21
45:24 74:11

clue 150:5
164:5

co-counsel
94:13

coal 15:20
45:10 179:24

cobblestone
58:4

cocaine 84:5

Cody 9:2
183:20

coffee 22:1
32:4 39:21
40:1,20 67:4

73:5 92:12
116:17 117:2
122:3,7 125:7
190:16

Coke 106:17

cold-hearted
55:13

college 22:19

Collin's 154:8

Collins 88:12

color 23:7,9
126:12 166:4,6

colostomy
14:15

column 139:20

comfortable
9:21 23:24 24:4
47:24

committing
110:16,19

common-
looking 99:16

communicate
d 112:10

community
160:8

company 64:9
65:8 114:6,9
117:3,10
124:25 125:4
146:21 147:4
150:16 168:13

compensation
20:15 24:22
25:11,18,23

complaining
56:3

complaint
158:13,24
189:18,23,25

concerned
156:11 166:5

concerns
156:16

CONCLUDED

191:7

concludes
183:16

concrete
17:17

condition
77:16

conducted
78:25 91:3

confessed
168:7

conflict 76:12

confront 89:15

confronted
176:20

confused
19:21 50:4
129:18 140:4

Congratulatio
ns 20:21

Conra 104:7

considered
15:12,24
173:12

contact 59:1,4,
8 89:3

contacts 159:5

contemporane
ously 140:14

continue 93:20

continued
37:20

continues
17:14

contraband
82:22

control 97:25

conversation
52:13 67:25
154:20 174:8

conversations
14:13 15:1
54:24 96:18
173:2

convicted
81:13 83:24
84:1,3,4,17,21
86:12 156:24

conviction
84:10,15 86:17

convictions
84:11

cooperate
177:24

cop 26:22
80:13

copier 157:22

copies 63:12
75:13

copy 62:6
157:22 158:7
166:9,10

Corbin 66:9

cord 19:8
88:25

corn 54:4

corner 94:16
98:13 122:12

correct 19:7
35:11,12 50:23
55:5 79:25
100:1 111:19
146:7 148:14
167:10 168:10
169:13 172:13
173:12 178:21
187:6,7 190:22

cost 57:24
161:2,24

couch 69:21
70:2

counsel 8:11
76:13 166:24

count 36:25

counted 40:2

counting
139:16

county 8:9,20
12:13 13:25
14:1,19 16:25

17:1,2,4,20,21
52:22 74:5,18,
24 77:4,6 78:3,
13 80:20 81:3
84:24 85:1,3
87:17 92:8
95:16,23 96:5
102:25 103:1,2,
7,22 104:7,17,
23 105:4,5,7
111:5 123:22
127:4,6,18
142:21 144:9,
13 152:17,18
153:8,21 154:6
155:1,17
156:20,25
157:7 158:16
159:5,23 160:2
170:20 171:21
172:6,15
176:19 184:24,
25 186:9 188:1,
17

couple 19:9
23:11 50:9
90:17 91:23
101:15 106:23
132:25 189:17

court 8:4,10
9:7,12 137:13,
16 143:24

cousin 66:22
85:14

cover 11:1
178:4

crane 19:7,16

cream 58:3

created 68:9

creek 10:24
12:5,7,8,9,12
16:13 17:14
18:4 31:5 40:6,
11,12,23 41:3,
12,18,22,24
68:14 101:11,
13 105:18,19
126:6,8

crew 49:5

crime 110:16,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

20 156:25

**criminal** 75:14
95:10,11,12,22
183:5

**Crooked** 73:17

**CROSS** 93:18
151:20 182:4
183:18 186:23

**cruiser** 70:11

**Crump** 89:4
90:7,9,11,13

**crush** 85:19

**cry** 93:7

**crying** 56:3

**CTS** 75:3 77:18

**Cumberland**
124:18,23
180:22

**cup** 67:4 73:4
116:17 117:2
125:6

**current** 124:5

**curve** 17:15

**Cushman**
43:25 44:7,13

**cussing**
100:20

**custody** 15:2
75:1,10 76:22
77:4,10 97:11

**customer** 43:8
100:5

**cut** 13:6 173:6

**Cymbalta**
100:17

———————
        **D**
———————

**dad** 53:24

**Daddies** 53:6

**daddy** 13:6
15:20,21 27:16
52:18 53:11
83:16

**daddy's** 41:9
53:12,16

**daily** 21:18,21
173:11 179:13

**Dallas** 9:3
183:22 185:25
186:1

**dark** 52:5 54:6

**date** 33:20,24
58:12 64:18
66:24 76:23
77:2 111:15
136:12 137:3

**dated** 38:13

**dates** 96:21
142:18

**dating** 15:22

**daughter** 11:6,
9 73:11

**Dave** 46:21

**day** 8:4 18:17
23:19 28:3
29:12 31:23
32:17,19,20
35:1 39:17,22
43:12 44:10
48:22 50:13
58:8,14,24
65:24 67:3
68:25 71:8
72:17 75:23
77:13 81:12
82:2 85:8 86:10
87:6 100:6
103:4 113:6,16,
25 116:13,19
118:11,14
119:7 122:1,4
124:16 125:5,9
126:14,15
130:1 131:4,12
132:14,16
139:13 141:10,
17 142:8
146:14 147:9
153:6 160:21
163:19 171:14
173:13,14
179:16,18
188:2,7,10

189:24 190:21
191:1

**daylight** 40:20,
21

**days** 28:25
48:3 85:3,5,6
118:6 132:25
159:20 179:15
187:10

**dead** 89:6
100:24 102:8
133:1 139:14
141:18 142:9

**dealer** 176:21
177:6

**dealings**
182:17 183:8

**dealt** 79:20

**death** 52:24
59:20,24 60:6
68:10 73:25
90:22 91:16,20
164:3 169:6,8,
21 170:9
183:13

**December**
16:12,13 18:3
21:9,15 22:13
23:15 28:19
29:12 30:24
31:10 32:15
33:8,10,21,25
34:23 35:3,8,
10,15,18 38:2,
13 40:18 41:13,
19 43:7,10,11
44:1 46:17
55:15 58:11,20
59:1 62:6 64:7
65:15,22 66:3,
16 67:9,18,21
71:16 72:3,8
89:8,13 91:7,10
98:20 100:9,12,
23 101:4 105:2
107:2 111:19,
22 113:14
118:8 119:23
120:7 122:2
126:10,14,16
128:18 129:6,
15 132:3,8,15

134:3 135:25
136:1 138:10
139:9,19,24
142:6,15 145:9
147:11 148:24
150:4,17
151:14 160:21
163:24 167:1,
10 168:8 169:8
179:17

**decision** 86:25

**deer** 40:21

**defendant**
159:22 160:18
163:23 164:10
167:1,5,8,19
168:6 169:4,17
171:23 172:2
174:25 175:18
177:18

**defendants**
8:17,20,24,25
9:2 95:10
158:15 159:11
168:24

**delivering**
80:3

**demand**
135:20,21

**Demoss-** 8:23

**Demoss-
campbell** 8:23
182:5,6 183:15

**department**
9:1 153:8 154:6
156:21 157:7
159:2,6 160:3
170:20 171:21
172:6,15
176:20 182:8,
16,21,25 183:7,
12

**depending**
48:19 161:5
162:10

**deposit** 44:9,
15

**deposition** 8:7
9:16,17 108:13

152:16 191:7

**deputy** 8:21
154:16,18

**Derrick** 8:17,
21 66:5,7,8
93:22 122:17
140:4 141:7
186:12

**describing**
170:3

**desire** 87:3

**desk** 82:24

**desperate**
168:20,25
169:20 170:8

**desperately**
164:11

**detective** 39:3
59:5 61:6,24,25
67:9,17 69:7
70:4,7,9,10
71:7,22 72:6,
12,17,20 73:11,
13 74:5,17
78:2,7,12,15,24
79:6,13,25
80:5,15,17,19,
25 81:22,25
82:1 83:1,7,11
85:9 88:18
89:1,6,10,15,20
90:1,20 93:23
96:7,24 111:3
121:22 128:17
142:20,23
143:16 144:23
145:6,8,16
146:5,9 184:17
185:18 187:25
188:2,9,12,13
189:5 190:24

**detention**
74:5,18 78:3,13
80:20 81:3
95:23 96:2
142:21 188:1,
17,19

**determine**
10:5



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**determined** 175:1,19

**developed** 90:21

**deviated** 177:20

**device** 173:24, 25

**devices** 22:4

**Dewitt** 12:15 17:19 62:12

**Dickie** 60:1,8 62:10,11 63:23 66:19,24 67:5 68:1,2,11,23 112:9,13,14,16 113:12,16,17, 18 114:2 116:12,20 117:6 121:3,9 126:9,11 130:16,22 140:24 153:25

**Dickie's** 66:18, 23

**died** 52:16,18 53:1 104:15

**difference** 9:18 15:17

**difficult** 47:14

**digging** 101:6

**DIRECT** 9:13

**director** 75:4

**disability** 19:4

**disagree** 122:24

**discovering** 159:21

**discussed** 56:2

**discussing** 71:5

**dismissed** 158:21

**dispute** 35:2

43:14 44:21 123:9 138:12

**disrespectful** 69:22

**District** 8:10

**divorced** 18:5 25:15,21

**doctor** 20:17 28:24 30:16 42:18 48:12 49:23 50:7,15, 20,22 51:6 60:24 129:12, 13,14

**doctor's** 28:22 48:7 129:13,19

**doctors** 21:1,2 51:16

**doctors'** 118:7

**document** 90:4 97:5 108:12 137:9 158:12

**documents** 184:13

**dog** 93:8 153:14,16,17, 22 186:6,8

**dollar** 106:17

**dollars** 161:22, 23

**Donald** 31:4

**Donnie** 22:24

**Doodie** 31:3

**door** 69:17 82:19 128:6

**Doug** 84:19

**dozer** 67:7 117:6

**drafted** 61:24 63:14

**drank** 67:4 106:25 122:3

**draw** 111:7 168:16 189:3

**drawing** 26:2,7 87:18 111:4 189:2

**drawn** 53:12

**dress** 19:14

**dressed** 185:3

**drew** 26:3 42:5 79:14 188:23

**drink** 9:25 40:20 49:9

**drive** 22:23 36:5 47:7,15 48:16 52:3 58:5 113:20 121:11 127:3,5 173:7

**driven** 85:14 166:18

**driver's** 60:14, 15 64:14

**driveway** 59:15 120:18, 19,20 121:2 127:22 128:4,8 180:6

**driving** 14:20, 23 47:18 49:15 164:1 181:13

**drop** 120:15

**drove** 47:6,8,9 49:16 164:12 166:2 174:5

**drug** 16:24 171:19 176:21 177:6,20 186:8

**drugs** 15:7 42:4 100:10 101:18,21,23

**drunk** 49:9 174:5

**due** 35:3 51:22

**dummy** 134:18,20

**Durham** 80:13 82:21

**dying** 55:10 91:7

**Dyno** 73:11

---

**E**

---

**ear** 54:4

**Earl's** 11:6 52:21

**earlier** 36:18 39:22 57:24 67:24 89:19 92:7 98:8 115:20 122:18, 22 128:5 132:2 164:12 169:13 173:11 183:23 184:23 187:8

**early** 25:15 40:20 76:18 118:6 165:1 168:7

**ears** 54:5

**Eastern** 8:10

**eat** 42:23 80:8 151:6

**Eater** 173:4

**eating** 47:4 49:10 181:14

**Ed** 178:16

**Edward** 72:24

**Edwards** 176:5,6

**elbow** 112:3

**electric** 64:16 65:2 125:20 168:13

**electrical** 19:11

**electrician** 19:1

**Elliott** 8:13

**else's** 24:19

**emergency** 42:23

**employed** 18:24

**employees** 34:7

**enablers** 20:14

**encounter** 154:16 167:4

**encounters** 156:19

**end** 10:24 31:12 55:5 80:12 99:14

**ended** 48:6 100:20 102:1

**ends** 17:19 37:14

**enforcement** 155:2

**Enterprise** 33:12 34:7,22 35:18,20,23 39:17 43:11 45:21 46:2 131:21

**entitled** 159:10

**Escoe** 106:13, 15

**Escoe's** 10:23 13:15 17:14 40:5,6,9 92:10 105:11,12 106:2,13,18,22

**estimate** 57:7

**estimated** 161:2

**et al** 8:8,9

**Eubanks** 8:21 9:4 183:22 185:25 186:1

**evenings** 179:14

**event** 158:24

**events** 152:18

**eventually** 46:22 58:10,18 68:4 86:12 164:20



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

evidence 90:20 147:25 172:3,4,7

ex-mother-in-law 56:11

ex-wife 102:22

ex-wife's 102:10

exact 52:12 68:25 111:15 136:11 165:4

examination 9:13 93:18 151:20 170:2 182:4 183:18 186:23 189:15

exception 44:8,14

excuse 18:7 85:5 153:3 156:12 188:16

exercised 88:2

exhibit 32:14, 15,18 33:2,3 37:23 38:4 39:4 43:2 58:16 59:12 61:22 63:11,12,15 68:20 74:12,15 75:14,21 88:14, 21 98:24 99:5 106:24 107:1 109:17,18,19 112:7 130:21 137:11,14 138:18,20 139:3,4,6,10 140:22 143:1, 23,25 148:12, 16 158:3 165:20,21,25 187:4,5

exhibits 99:3 165:14

existed 90:4 131:15

expect 79:22 177:24

expecting 134:22 161:25

experienced 52:24

explanation 141:16

exploratory 19:25

exposed 168:24

Express 8:6 63:14 187:12

EXT 43:8

extend 43:8,9 44:1

extended 44:10 58:17

extending 43:11

extra 43:23 75:13

eye 126:18

eyes 47:19,20 55:19

eyewitness 90:1

---

**F**

face 79:4 184:1

face-to-face 91:4

fact 15:10 141:13 160:18 187:9

failed 169:25 170:1

fair 10:17 20:4 26:23 35:13 37:10 50:8 65:14 68:8 82:25 148:2 161:13,17

fall 24:16

false 172:4

falsely 177:25

familiar 16:4,5 99:13 152:20 184:1

family 49:2

Farris 9:3 183:22 185:8,9

father 14:4 27:19,20 104:21 112:16

father-like 173:12

favor 45:13

February 86:19 88:19,23

federal 19:1

feel 9:21 53:24 81:22,25 82:11, 25 83:7 88:14

feels 24:9 53:6

fell 24:17 56:4

fellow 10:25 11:3 41:15 62:22

felonies 84:14

felony 83:24 84:1,11,13,15 86:12

felt 55:10 178:5

female 36:22, 23

figure 27:19 41:16 46:8 57:8 77:22 135:5 147:21 165:8 173:12

file 77:2 95:22 158:13

filed 158:14 189:18

fill 31:18 39:1 42:15 57:10,11, 13,14,15,17,25 58:1,9 61:13 119:8,17

filled 38:16,19 39:5 88:18 108:14 118:24 119:4,25 120:2, 5

financially 29:23

find 30:15 69:23 94:20 154:2 165:5

fine 11:17 27:8 83:5 109:22 133:9 137:4 138:15 143:8 184:4

fitting 46:8

five- 31:18

five-gallon 67:6

flak 60:1

fled 168:19 169:5,21 170:11

flee 170:13

flip 71:14 139:13

flipping 26:12

Florida 21:6,13 26:17 28:18 29:14 30:6,19, 25 32:16 36:12, 20 37:15 38:2, 16 42:8 45:16, 17 47:6 48:4,20 49:22 50:17,19 51:8 52:3 55:24 56:9,17 57:17 58:1 59:6,21 60:22,25 61:12 62:1 69:1,2 79:7 88:5 95:19 98:9 107:3 108:5 109:15 113:15 115:3 117:11,17,19 119:16,23 129:25 130:4,7, 9 132:3 135:8 150:2 153:7

160:22 161:3 163:20 164:13, 20 166:2 167:3 168:19,20 169:14 171:2,3, 13 180:17 190:21

Focusing 21:15

Folks 24:19

follow 126:20 134:7

follow-up 187:1

food 47:2

Foot 73:17 80:13 82:19,20

foreman 19:12

forever 46:11

forget 53:17 58:4 63:1

forgive 134:16

Fork 144:4

form 33:5 57:19 76:24 80:1 81:4 90:10 92:20 100:7,25 107:25 108:25 116:14 117:14 118:2,17 119:3 122:5,16 123:4, 10,17,20 125:19 127:25 128:9,23 129:7, 16 131:13 133:22 147:10 148:3 155:12 156:18 158:18, 23 160:10 164:17 166:8 170:4 175:6

Fort 52:10

forward 81:21

fought 14:7

found 11:5 53:3 54:17 70:16 71:4

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

73:17 89:6
100:24 102:8
132:25 139:14
141:18 142:9

**foundation**
76:24 100:7,25
116:14 164:18

**four-month**
155:8

**four-wheel**
22:23

**four-wheeler**
56:7 112:23
130:20 131:11
178:22,23

**Fourmile**
16:14,17,23,25
17:1,3,13,19
22:11 52:20
67:11 92:8
104:1,18,24
105:1,3 134:1

**Fourmile's**
16:18

**fourth** 75:5

**frame** 100:10
136:23

**free** 22:8

**French** 18:7

**frequently**
28:2

**fresh** 62:23

**Friday** 56:4

**friend** 11:24
13:10,11,13
15:12,15 27:17
28:10 45:4
52:23 65:17
66:6 132:20
160:19 163:6,8,
15,17,23 164:3,
4

**friends** 11:4
12:1 13:1 14:6
15:23,25 27:14
41:2,6 85:18

**front** 38:5 50:7,

9 59:10,14
82:24 85:2
112:2 134:12
139:16 147:1,6
178:23

**fuel** 67:6

**full** 42:9
115:17,18

---

### G

**gallon** 31:18,
21

**Gamble** 13:4
84:25 85:18
155:21 156:9
157:9

**Gap** 180:22

**garden** 72:21
73:1 173:6

**Gary** 22:24

**gas** 58:7
106:15 125:6

**gathering**
137:7

**gave** 22:18,19
28:9 34:6 37:13
45:4,6 69:3
85:4 87:24 89:2
101:21,23
128:16 132:22
138:22 140:13
141:3 143:16
150:17,20,21
151:6 167:9
190:24

**generally**
85:10

**gentlemen**
95:15

**Georg** 102:16

**George** 73:19
103:13,25
104:1

**Georgia** 48:8,
9,12 49:16,18,
19,20 50:14,20,
22 51:1,3 56:17

57:25 58:5
59:21 119:5
130:7

**Georgia.is**
49:24

**Gerald** 15:22

**Gerrin** 66:12

**ginseng** 101:5

**girl** 83:22

**girls** 45:25
46:3,14

**gist** 189:25

**give** 9:8 56:6
57:7 73:6 94:22
108:6 127:10
139:3 141:11

**giving** 187:13,
14

**glasses** 63:2

**God-blessed**
88:7

**godsend** 20:12

**golly** 40:25
42:17 52:24
81:6,8 102:3

**good** 11:4
16:15 20:15
22:10,12 25:5
41:15 45:11
51:9 53:19 54:7
55:12 62:20
64:2 79:19 82:8
86:22 88:3 92:3
111:6 118:20
175:3 182:9

**good-bye**
127:10

**good-for-
nothing** 38:23

**Gooden** 116:6,
12

**Goody's** 46:11

**goofy-looking**
11:2

**Gosh** 136:15

**gossip** 160:8,
14

**GPS** 39:19
173:24,25

**grand** 36:12
76:8

**grandmother**
52:16 53:1
55:25

**gray** 30:18,20
87:18,24 88:9,
11 166:6

**great** 11:15
158:1

**green** 38:8
45:5 114:14,15,
16,22,25 115:4,
10,21 165:17

**grew** 104:11

**group** 97:25

**grow** 17:25

**growing** 93:9

**guard** 97:25

**guess** 15:5
21:22 28:1 30:9
48:11 49:12
51:7,18 58:15
92:9 135:21
154:3 157:21
173:22,25
183:23

**guessing**
11:16 120:13

**guilt** 172:3

**guilty** 184:3

**gun** 70:25

**guts** 100:20

**guy** 50:2
119:16

**guys** 14:25
97:6

---

### H

**habit** 8:22 87:4

**hair** 13:6 53:16

**haircut** 13:8

**Hale's** 40:23
41:3,12,18,22,
24 126:6,8
144:4

**half** 28:1

**halfway** 77:19
97:17,18,19,21

**hand** 9:6 43:4
57:22 61:6,21
62:2 67:19
87:13 97:5,7
99:3 108:12
137:9 139:20
161:10

**handcuffs**
27:6

**handed** 62:4

**hands** 19:16
87:15,20
111:23

**handwriting**
43:6 63:16,18,
20,22,24 64:3
108:18,20
109:9 113:1,2,8
167:15 168:3
187:5

**handyman**
13:17

**hang** 173:3

**happen** 24:20
127:24 131:4
132:17,18
133:1,2 162:17

**happened**
24:18 43:15
49:24 60:13
71:20 86:6,8
128:2 155:11
167:17

**happening**
44:17

**happy** 10:1

**harassing**
122:21

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

hard 142:1

hat 10:25 11:1, 2

hate 153:20

hated 51:3

hating 53:22

haul 51:23

hauled 101:15

he'll 18:17

head 11:1 18:14 53:16 175:8

headed 49:14

heading 52:9 85:17

hear 15:5 18:9, 10 19:24 55:3,4 81:8 110:22 144:3,16,17 145:2,4 160:14 180:8

heard 55:6 91:13,24 144:5 160:5 178:7 185:12,21 190:24

hearing 25:4 145:5

heart 53:6

heating 179:24

heavily 47:21

heck 61:8 115:25

held 101:24 171:25

helped 12:7,20 20:13

Helton 28:10, 13,18 30:25 32:16 38:3,16 40:17 45:19 46:3,22 48:5 49:6 50:17,20, 23,25 54:25 55:7 56:18,21

60:23 65:25 79:7 90:22 91:2 108:7 110:4,23 117:12,18 119:22 120:15 132:14 137:16, 17 140:8 141:14 148:10, 14,18 149:5,21 151:9 159:11, 23 161:13,17 162:18 164:11 167:4 168:5,7, 24 170:1,18,19, 23 171:24 172:2 173:22, 23,24 174:8 175:2,20,22 177:21

Helton's 107:21 108:13, 24 109:11 140:5,16

Hemphill 75:3

Hey 80:5 177:1

hickory 94:25 157:9

hiding 32:5

high 17:17

highlighter 141:6

Highway 105:16

hill 17:11 45:6 130:19

hillbillies 22:8

Hilldon 104:6

hind 37:14

history 92:5 183:5

hit-and- 51:10

Hobbs 84:16, 23 154:8

hold 87:14

Holiday 8:5

hollow 13:7

home 29:5 49:14,17 54:2 56:15 58:8 59:22,23 61:11 67:14,18 73:25 91:12 107:5,8 108:7,9,17,20, 24 109:1,3 115:9 188:19

homicide 82:7 89:17 169:17

honestly 92:24 147:22

honorable 79:1 93:7

hood 39:8

hookers 16:24

Hooters 49:8, 11 99:17 181:14

hop 93:24

horses 94:24

Hoskins 8:8,13 15:19 27:10 83:13 91:19 127:21 132:23 158:14,20 165:6 172:4

Hospital 45:12

hotels 49:7

hours 48:19 58:6 116:11 125:18

house 17:8 24:19 55:21 66:23 68:5,13 69:8,14,15,25 70:1,5,19 73:15,16 74:3 77:19 83:20 84:19 92:15 97:17,18,19,21 106:19,20 112:10 113:4,5, 6 116:16 120:11 121:2, 13 124:1 125:12 128:18 129:5 132:25

133:25 134:8,9, 10,12,13,14 135:2 144:20 153:14 164:21 173:18 177:17, 19 178:19 179:5,6,8,11,19 180:7,8,11 188:11,16

houses 13:18

Hubbard 180:3,4,10

Hubbard's 153:15

Hudson 85:8,9 154:9,16 155:23 156:1,2

human 53:20

hurry 47:4 51:2

hurt 19:5,6 52:22 190:10

hurting 52:25 54:9

Hutch 104:6

---

**I**

I-75 181:8

ice 58:3

ID 58:2 85:20, 23

idea 28:21 55:17 92:3 109:4 131:5

identifiable 185:17

identification 32:18 33:3 38:4 63:15 74:15 75:21 88:21 90:8 99:5 109:18 137:14 139:10 143:25 158:3

identified 89:4,7 90:2 107:1 141:4

identify 8:12

IDS 51:9

imagine 20:2

immediately 164:13 169:22

implicate 175:11

implicated 90:22

impression 190:2

incarcerated 84:8

inches 19:9

incidence 155:1

incidences 152:22

incident 24:21 86:6 175:24

included 24:13 167:5

including 182:19

income 26:8, 10

Indiana 52:10

Indianapolis 52:10

indicating 17:12,18

indicted 76:8

indictment 75:18 155:19 158:19

individuals 65:21 186:18

inform 167:8

informant 170:18,19,24 171:1,18,20,25

information 33:21 54:25 59:19,23 63:4

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

89:16 95:5
137:21 140:7
148:18 186:3

**informed**
159:21

**initially** 76:3

**initiated** 81:1

**injury** 20:3
21:17

**Inn** 8:6

**inquire** 155:9

**inquiries**
155:10

**inside** 56:15
69:9

**instructed**
49:23

**insurance**
26:3,6

**intended** 162:6

**interactions**
110:1,5

**interested**
159:3 178:15

**interfering**
53:11

**interrogating**
81:23

**interrupt**
153:21

**intersection**
105:23

**intervening**
53:11

**interview**
79:24 83:1 97:8
98:4 145:2,7
168:6 187:25

**interviewed**
9:18 152:23
153:2 168:5

**interviewing**
163:23

**interviews**

96:21 97:9
184:21 185:14

**introduce**
185:6

**introduced**
184:11

**introduction**
186:14

**inventory**
135:16,17

**investigation**
83:3 89:11,17
90:12,21 91:3
110:2,6,24
128:17 153:12
158:17 160:18
164:10 168:24
169:5,17 174:9
182:21 183:2,
13 185:15
186:18

**investigations**
171:24

**investigative**
61:23

**investigator**
94:15

**investigators**
95:11,13 97:2
98:18 132:22

**invited** 70:18

**involved** 91:20
154:9 186:18

**involvement**
146:10 170:2
183:12

**issue** 9:23

**issued** 75:19

**item** 139:19,24
141:2,25

———————

**J**

———————

**Jack** 13:2

**Jackie** 9:4
183:22 186:14

**jacks** 83:19

**Jacksonville**
48:21,22
162:12 181:17

**jail** 13:25 77:4
80:12 85:2
87:17 95:16
96:11,13 97:15
111:5 154:25
155:1,6,17
156:10 183:1

**James** 149:21
176:8,9,14

**January** 20:17
23:18 31:10,12,
13 61:24 87:6

**jars** 190:13

**Jason** 8:17,18
80:13 82:21
142:20 160:1
176:18 185:18

**Jay** 38:23
55:20 59:5
61:2,10 69:19,
21 70:10 72:10
185:17 188:16

**Jeep** 85:13
154:8

**Jeff** 30:18,20

**Jefferson**
77:18

**Jennifer** 11:10,
12 55:11,12
56:6

**Jennifer's**
52:16 53:1
55:25

**jeopardized**
171:25

**Jesse** 10:20,
21,22,23 11:19,
23 12:2 52:4,25
54:19,20,25
55:12,25 84:16,
23 85:13,19,21
100:3,23
109:25 110:18
130:6 154:7

169:11,14

**Jessica** 11:11

**Jesus** 111:9
189:4

**Jimmy** 50:5

**John** 8:19,21
46:6 127:7
151:2,4 152:15,
17 158:16
173:2 176:18

**Johnson** 9:3
183:21 184:17,
18,20

**Jonathan** 8:14
13:21,22 14:10
15:11 27:1,3
91:19,23 95:18
132:23 158:14,
20,25 165:6

**Jordan** 41:7,8

**Joseph** 9:4
18:17,20
102:18 103:4
183:22 186:14,
15

**Jr** 64:10 112:14

**judge** 10:5
85:2,4 92:25

**July** 8:5 102:3
118:20 177:11

**junk** 31:20

**junking** 29:6

**Junkyard**
85:16

**jury** 76:9
103:11,12

———————

**K**

———————

**Karen** 14:5

**Katherine**
54:17,21 55:1,
8,16 56:10,15
59:20 60:6
68:10 72:20
73:25 79:3 81:2
89:5,7,12 91:7,

11,16,20
100:24 102:8
110:1,5,24
132:25 139:14
141:17 142:8
146:6,10
152:24 155:10
158:17 174:10
182:20 183:2,
13 190:3

**Kay** 13:2 65:25
103:13,19,20

**keeping** 51:18
102:1

**Kelly** 8:19 9:3
73:14 90:25
99:17 151:21
152:11,13,14,
15 157:25
158:2,4,8,10
165:21,23
166:11,16,17,
24 182:1
183:21 185:8,9
186:10,12
189:17

**Kenneth** 75:3

**Kentucky** 8:6,
11 16:14 21:3,5
33:12 37:15
51:9 58:2,25
59:2 61:1,11
64:14 118:24
119:1 159:6
169:18 170:21
171:20 172:5
184:22

**Kia** 23:6 39:10
61:17 133:13,
16,17,24

**kid** 93:9

**kids** 11:8 29:5
85:18 94:24
102:17

**kids'** 47:20

**kill** 92:19
159:15

**killed** 89:12
153:15 159:12
163:25 167:7

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

169:2

**killing** 79:3

**kind** 17:12 20:25 28:8 36:6 47:4 60:8

**kindergarten** 31:4

**King** 15:22

**kiss** 127:10 151:7

**kitchen** 54:3 69:19 80:7,10 157:12

**knew** 55:11 81:14,15 87:8 109:12 114:17, 19 116:5 117:4 159:11 167:9, 11 171:23 173:23 174:2, 15 178:5

**knowed** 52:25

**knowing** 134:25

**knowledge** 68:15 72:9 89:18 91:11,15, 18 96:19 99:8 104:22 125:11 136:8 144:21 152:25 153:5 154:23 160:5 161:21 163:5 168:22 169:3 182:23 183:10 185:7,21

**Knox** 8:8,20 13:24 14:19 16:25 17:2,20, 21 52:21 84:24 85:1 92:8 102:25 103:22 104:23 105:4 127:4,5,17 144:9,13 152:17,18 153:8,21 154:6 155:1,17 156:20,25 157:7 158:15

159:5,23 160:2 169:18 170:20 171:21 172:6, 15 176:19 184:25 186:9

**Knoxville** 181:6,8

**KSP** 67:9 159:3,22 176:19 183:21 184:17

**KSP335336** 137:10

**KSP516** 139:3

**KU** 124:11,20 125:3 146:19

**KU's** 146:20

---

**L**

**la** 52:13

**labeled** 108:12 137:9 140:22

**Lacee** 8:3

**Lacy** 116:20 132:20

**lady** 55:10,13 128:11

**laid** 45:11 49:12 55:19

**landlord** 106:14 178:10, 11

**landlord's** 134:15

**Lane** 64:6

**large** 91:11 136:5 169:1,23

**lasted** 80:18

**lastly** 168:3

**late** 106:8 118:6 131:18

**laughed** 73:9 111:12 126:12

**laughing** 11:3

**Laurel** 45:6

**Lauren** 8:2

**law** 153:21 155:2

**law's** 47:19

**lawn** 153:24 154:1,3

**Lawrence** 10:24

**Lawson** 10:20 11:10,19,23 52:4 54:20 55:25 100:3,23 109:25 110:18, 23 130:6

**lawsuit** 16:8 91:1 95:9 158:13,14 189:21

**lawyer** 82:17

**lawyers** 93:12

**lay** 18:13

**laying** 161:12

**leaning** 81:20

**learn** 59:19,24

**learned** 54:21, 25 63:3 89:16, 25 163:23 169:18

**leash** 153:21

**leave** 45:20,22 53:12 57:23 62:24 126:17 130:15 164:15, 19,21 165:1 190:21

**leaving** 50:16, 19

**led** 68:9 83:2

**left** 12:14 17:16 29:13 33:6 36:20 45:7 46:2 52:20,23 54:4 69:19,20 70:23

94:21 115:3 121:19 125:8, 12 126:14 127:6,9,14 132:15 139:20 147:7 151:8 165:2

**left-hand** 122:12

**leg** 9:23

**legal** 102:12,13 171:6

**Leonard** 117:7

**Leslie** 14:1 85:3 184:25

**Lester** 12:23, 25 56:10 91:19 92:4,18 93:3 101:18,20 104:10 105:22 128:16 129:5,9 130:3 138:5 139:8,12 141:5, 17,22 142:6,13 144:19 146:1 148:1 172:5 191:1

**Lester's** 127:22 138:10, 13 141:24

**letters** 17:18

**Lexington** 20:11

**library** 80:4,14

**license** 64:14

**lie** 100:16

**lied** 100:14

**life** 17:25 21:19 26:3 42:5 81:17 92:1,4

**lighter** 63:1

**likewise** 161:2, 13

**lines** 114:11 171:8

**lips** 25:4

**list** 86:20 167:9,11 169:24 187:16

**listed** 107:14 139:1

**listen** 89:23 122:9 143:15 145:24

**listened** 122:8

**lists** 62:3 108:14

**literally** 122:17,21

**live** 13:8 27:23 81:17 102:25 103:7,21 104:3 105:12 175:25 177:13 180:4

**lived** 12:11 17:8 38:6 41:2, 8 52:19 55:22, 23 92:13 97:12 104:17 105:22 113:22 116:23 176:2 178:17 179:8

**lives** 12:15 64:5 65:13 66:9 81:12 103:25 104:4 116:10 130:19 180:12

**living** 16:12 18:4 40:24 72:14 97:15,17, 20 105:1,3 106:1 176:1,12 177:12,17 179:10

**Lloyd** 43:25

**loaded** 49:14

**loads** 101:15

**located** 8:6 61:25

**location** 98:5

**locations** 168:9,12

**locked** 111:21

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**logging** 66:22
117:7

**London** 8:6

**long** 13:2 16:10
41:23 46:6
48:16 50:6,25
72:16,18 78:8,
10 120:10
127:7 149:25
151:2,4 171:11
177:20 181:24

**longer** 82:21
163:25 164:4

**looked** 72:3
130:21 138:19
157:9,12
177:11

**loose** 153:15,
16

**Lord** 66:8

**Lordy** 61:15

**losing** 128:13

**lost** 17:23
51:21 73:12
104:11 131:18,
22,23,24
186:10

**lot** 10:3,10 15:6
16:7 20:2 21:7
29:6 31:24
41:20 47:11
51:22 53:10
57:25 58:1
99:22 107:18
117:7 135:19
151:22 173:16
174:6

**Lots** 46:15

**Louisville** 75:3
77:18 97:12,16
98:5

**love** 127:11
128:11 151:7

**loyalty** 30:11

**lumber** 13:16
91:11

**lunch** 80:6

144:20

**lunchtime**
80:6

**Lynn** 22:24

---

**M**

**machine**
106:17

**mad** 26:25
82:11

**made** 50:12,13
63:5 77:16
86:18,19,25
90:8 93:4 113:7
118:7,15 124:1
135:23 136:2
159:4 175:1,19,
22 177:5
181:16

**maiden** 102:15

**make** 10:4,7
24:16 26:25
30:5 39:21
44:8,14,18 67:8
82:11 98:24
108:1 112:8
118:16 119:7
122:24 133:15
136:5 139:4
143:23 151:24
155:9,14
161:25 163:10
172:11 187:2,
23

**makes** 134:7
181:11

**making** 33:23
43:19 83:2
141:9 159:1
173:8,16
187:16

**male** 36:24

**man** 20:12
36:21 53:22,23
54:1 93:1
115:15 116:6,8
119:14

**Manchester**

19:2,3

**manner** 79:1,
21

**manufacturing**
15:5,7 172:3

**March** 84:2

**Marine** 94:24

**mark** 9:3 32:14
37:22 45:5
63:10 74:9
75:14 88:14
157:21 158:2
183:22 185:19

**Mark's** 114:25

**marked** 32:18
33:3 37:25 38:4
61:22 63:15
74:15 75:21
88:21 99:5
109:18 137:14
139:10 143:25
158:3

**Market** 10:23

**maroon** 22:17
36:11 39:10
133:4

**married** 11:6
116:20,21

**Marshall** 114:8

**Mart** 40:6,11,12

**Matt** 182:19

**matter** 8:8
53:14 65:1
146:2 162:22

**meaning**
128:24 135:18

**means** 27:5
29:22 55:14

**meant** 81:14,
18

**Medical** 20:11

**medicated**
47:21

**medication**
23:16 24:11

26:1,20 36:24
37:2,9,14 38:24
171:10

**medications**
42:18 60:25
161:6

**medicine**
20:15 24:11
48:13 119:17

**meet** 13:23
46:9,23 74:4
126:7

**meeting** 59:16,
18 72:19 73:24
78:8,12 80:16
83:12 95:7

**Mefford** 9:3
183:22 185:19,
20

**member**
176:19

**members**
154:5 182:15

**memories**
53:2

**memory** 16:15
62:23 95:25
96:5,9 101:12
111:18 122:14
124:14 131:10
136:1 139:8
140:2 145:11,
16 147:14
148:24 182:24

**men** 97:25

**mention** 174:7,
10 181:3

**mentioned**
83:14 99:22
103:9 116:3
122:3 133:3
184:16 186:13

**messed** 19:23

**met** 10:23 11:4,
20 13:3,22,24
14:3 27:4 40:17
55:18 72:7,16
74:7,17,23 78:2

80:19,22 81:2
83:22 94:9
95:24 96:6,23
97:3 99:7,9
126:6 151:1
152:16 182:14
183:24

**Metals** 85:15

**meter** 114:10

**Mexico** 49:2

**Miami** 48:25
181:11

**Miami-dade**
48:21,22
162:13

**Michael** 8:7
14:5,7 18:16,
18,19,21 33:18
75:24 87:24
88:9,11 89:4
90:13 102:18
103:5

**microphone**
88:25

**middle** 33:14
65:4 137:22

**Middlesboro**
32:17 33:12
34:22 35:24
39:16 45:15,18,
20,22 50:16
123:19,22
124:2,18
146:19,20
164:20 168:10
180:18

**Mike** 8:24
61:25 87:18
89:2 116:15
148:10 159:11,
23 182:8,13
183:12

**mile** 28:1

**miles** 17:4,5,7,
20 40:25 105:9

**milk** 92:12

**mill** 134:17

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Miller** 178:16

**milligram** 51:15

**Mills** 31:4 54:17,21 55:8, 16 56:10,15 59:20 64:4,5 68:10 72:20 76:14 79:3 81:2 89:13,16 91:7, 11 100:24 102:8 110:2,6, 24 114:5 117:17 132:25 139:14 141:17 142:8 146:6,10 152:24 154:21, 22 155:10 159:12,16,21 163:24 164:13, 14 167:7 169:1, 19 170:6 172:1 182:20 183:2 190:3

**Mills'** 59:24 60:6 73:25 89:5,7 90:22 91:16,20 154:13 155:4 156:16 158:17 160:4 164:2 169:6,7 174:10 183:13

**Mills's** 170:22

**mind** 137:3 181:3

**mine** 15:15 33:18 45:4 53:7,9 132:1 172:24

**miner** 45:11 83:18

**mines** 15:21 83:18

**minute** 24:4 84:23 112:8 139:18

**minutes** 52:6 80:18,23 120:13 121:1,5,

7 125:16

**Miranda** 78:4

**model** 133:15

**mom** 45:13 52:21 104:15

**moment** 77:21

**mommies** 53:8

**mommy** 18:20 45:11 46:20 52:18,21 53:12, 15,22 54:3 85:24 87:15 114:25 129:11

**mommy's** 46:20

**Monday** 56:5

**money** 21:7 26:12 29:7,9, 10,16,24,25 30:2,3 31:8,15, 16,17,24 32:1, 3,5,7 39:1,22, 23 40:2,4,5,8, 13,15,16 41:13, 14,19,21,22,25 42:3,13,23 43:23 45:2 50:11,12 56:7, 12,22,24,25 57:6,9,10,11, 13,17 61:13 64:24 79:9,12 87:25 91:12 92:19 98:15,19 110:13 114:11 127:23 128:3 132:16 146:14 147:1,15,25 160:20 161:7, 10 162:1,17,21, 25 163:9,14,15, 17,19,21,25 164:5,12 168:14,25 169:19,20 170:6,8 190:11, 13,15

**monsters** 157:13

**month** 29:2 30:15 64:15 75:5 77:10,15 149:12 160:24 168:17

**months** 75:5 84:9 85:15 154:12 172:14, 17 176:3

**morning** 41:13 62:25 87:7 89:5 98:15,20 113:12,13,15 114:23 115:2 129:6,9 140:3, 21 147:9 160:19 163:8 164:12,15,16, 19,21 169:21 170:9 181:20

**Morris** 12:9,10, 12 16:13 17:14 18:4 105:18,19

**Morristown** 181:2

**motel** 47:24 49:10,20

**mother** 14:4 76:21 116:22

**mother's** 129:19

**mother-in-law** 56:11

**motorcycles** 13:3

**mounting** 19:6

**move** 12:7,20 104:16,22

**moved** 11:21 12:3,4,5 27:25 84:18 92:7,8 101:11,12 104:19 105:25 106:1 180:13

**moves** 106:9

**movie** 41:9

**mower** 153:25 154:1,3

**MS. ROBINSON** 186:24

**Muhammad** 97:13

**multiple** 150:7, 9 168:8

**murder** 78:19 81:2 146:6,10 152:24 154:13 155:4,10 156:16 158:17, 22 159:24 160:4,9,20 163:9 169:22 170:3,11,19,22 172:1,14 174:10 175:12 178:1 189:25

**murdered** 164:13,14 190:3

**mushroom** 137:7

**mushrooms** 157:10

—————

**N**

**named** 66:7 67:10 158:15

**names** 41:5 81:18 95:16 103:10,15 167:6,14,20,24

**naturally** 39:18 48:22

**navigation** 173:24,25

**nearabouts** 162:2

**needed** 42:24 49:23 157:18

**neighbor** 59:25 66:19 126:11 180:1, 10,11

**neighbors**

126:18

**nerd** 92:16

**Nettleson** 19:22

**news** 15:6 53:4 122:8

**nice** 22:20 70:7 78:24 82:1 83:10 89:20 152:6 189:1,2

**nickname** 31:3

**niece** 22:18 150:1,13

**night** 181:12, 13,17,19

**noon** 142:6 190:21 191:1

**normal** 52:14

**north** 52:9

**Norton** 176:16

**nose** 83:8

**note** 44:12 62:3 63:5,8,9,13 67:20,25 68:4,9 82:24 98:16 113:3,7,9 121:6 140:22 148:6 149:20 166:7 167:5,13 168:1, 2 169:24 187:3, 4,9,15

**notes** 61:23 98:11

**notice** 76:12 135:9

**noticed** 156:23

**number** 8:11 32:15 34:1,5,8, 11,12,14,15 37:5,23 58:16 61:22 63:11 68:16,21 73:19 86:3 88:14 89:2,3 97:6 107:14,17,20, 21 108:6,24 109:4,5,11,13,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

21 114:10
137:21,22
138:5,8,10,11,
13,14,18,19,22,
23 139:1,4,6,
14,20,24 140:9,
10,11,12 141:1,
2,3,4,24,25
143:23 148:9,
24 149:4
150:17,21
151:14,17
160:17 164:9
165:25 166:25
168:5,11,23
169:16

**numbered**
159:7

**numbers**
17:18 34:6
108:15 137:17
138:19

**numerous**
159:21

**nurse** 45:12

**nylon** 19:8

---

**O**

---

**object** 57:19
76:24 80:1 81:4
90:10 92:20
141:8 158:18

**objection**
100:7,25
107:25 108:25
116:14 117:14
118:2,17 119:3
122:5,16,25
123:4,10,17,20
125:19 127:25
128:9,23 129:7,
16 131:13
133:22 136:25
141:19 142:7
145:17 147:10
148:3 150:18
151:15 155:12
156:18 158:23
160:10 161:15
164:17 170:4
175:6 177:3

**objections**
10:4,5

**occasion**
155:6 163:16

**occasions**
95:15

**occurred**
154:9 175:25

**October** 18:17
75:4,23 76:1,7,
12,18 77:2,3,14
85:7 88:8 101:7
103:6 155:6

**offended**
10:12

**offensive**
23:14 70:16

**office** 48:7
49:24 107:14
124:20

**officer** 14:2,21
67:10 69:20
71:7 72:6 74:23
79:23 85:9
160:6 168:24
182:22,25
188:16

**officer's** 84:23

**officers** 16:9
38:22 59:2,9,
17,19 68:5 69:8
71:15 73:24
78:11 159:3,22,
23 163:23
168:6 169:17
171:23 172:2
174:25 175:19
182:20 183:21
184:17,22
185:2,6

**officers'**
160:18 164:10
169:5

**offices** 118:7

**oil** 39:20 67:6

**older** 13:5

**oldest** 75:24
106:7

**one-time** 44:8,
14

**open** 37:2
60:15,16 69:5
72:14 171:9

**operating** 20:1

**operator** 19:16

**opinion** 82:1
92:18,21,25
178:2

**opposed** 162:1

**oral** 77:13

**order** 64:13
77:1 93:23
172:7,8

**originating**
141:3

**other's** 13:18

**overheard**
127:22

**overruled** 10:6

**owe** 41:14,17,
18

**owed** 41:13,21,
22,24 163:15,
17,19

**owing** 43:23

**owned** 48:10
109:12 134:6

**owning** 173:25

**Oxycontin**
21:10 24:13,14
26:11

**oxys** 21:1

---

**P**

---

**p.m.** 33:10
34:23 35:4
39:16 43:7,10
122:11 141:25
191:7

**pack** 39:20
108:11

**packing** 39:19

**pad** 19:11 63:8

**pages** 159:7

**paid** 29:8 35:7,
14 42:1 64:15,
19 65:1 119:16
123:23 146:23
147:3,25 149:8
162:14 168:18

**pain** 20:3,8
23:16 24:14
47:12 151:23
168:20 169:1

**painful** 24:6

**paper** 34:4,25
37:4 89:23
138:25

**papers** 61:9
123:8

**paperwork**
108:14 137:16

**paragraph**
137:22 159:20
163:7 166:25
169:16 170:17
173:21 174:25

**paragraphs**
189:19

**Paralyzed**
19:19

**pardon** 171:5

**parked** 23:8
39:11 133:24
134:8

**parole** 15:4
77:16 86:18,19
97:22

**part** 9:20 19:21
24:8 48:4,9
144:3,5

**partnership**
162:4

**pass** 151:19

**passed** 27:21
54:17,21
104:21 106:7

**passenger**
36:21 49:15

**past** 105:12
173:18 183:5,6

**Patrick** 66:1
103:20

**pawned**
101:19

**pay** 29:18,19
42:9 64:12,13,
24 124:13,16
125:14,20
147:1,8 161:13,
17 168:9,14

**paying** 42:6

**PBR** 73:3

**Pearce** 104:21

**pen** 141:5

**pending** 8:9

**people** 26:19
30:19 32:7
41:21 43:2
48:10 51:14
65:23 67:20
68:18 81:1,7,12
99:10 134:21
135:8 140:20,
21,23 150:12
152:7 160:3
167:9,18
187:16

**percent** 47:8

**Percocets**
84:5

**perfectly**
10:10 11:17

**period** 48:23
60:10 96:18
113:8 128:14
141:22 155:8
167:6 171:18

**Permanently**
18:5

**person** 10:19
12:22 13:20
42:21,22 43:25
53:9 55:5 81:16

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

87:8 90:12 92:4,19 93:8 124:13 130:5 142:14,17 162:10,11,14

**personalities** 53:25

**persons** 62:3 159:25

**perspective** 87:5

**pharmacy** 36:20 37:3 51:9

**Phillip** 13:4 20:10

**phone** 33:25 34:7 52:3,7 55:4 107:5,8,9, 10,12,15,17 108:7,8,9,10, 11,15,24 109:1, 3,5,11,12,14 116:13,25 130:8,14 137:17,21 138:1,10,13,14, 19,23 139:5,8, 12 140:1,3,5,9, 10,11,12 141:13,22,23 142:13 146:13 148:1,7,8,23 149:1,2,4,7,14, 15,17,23 150:13,14 174:1

**phones** 150:3, 9

**phonetic** 182:19

**photo** 85:20,22

**photograph** 71:9

**photographed** 39:4

**photographs** 59:18 68:21 71:8,21,24 72:1 178:24

**physicians** 20:13

**pick** 19:10 45:19 99:20

**Pickard** 8:21 152:17,20 153:4,7,10 156:7 157:3,6,8 158:16 173:2, 16 176:19 177:19

**picked** 120:17 177:10

**pickup** 22:23 115:7 133:9

**picnics** 13:19

**picture** 69:15 71:2,4 111:4,7 117:23,24 165:14,18,24 166:1 178:22 188:22,24 189:2

**pictures** 61:18, 19 71:15,18 130:20 131:2,5, 6 133:10,19

**piece** 26:11 29:20

**pieces** 100:21

**pill** 20:18 24:14 42:14 118:15 134:17 136:2 171:11

**pills** 20:24 21:13 23:12 26:13,16 27:1, 10 28:6,9 31:1 41:20 51:11,20, 22 56:23 57:2,4 61:11 79:15 86:25 99:23,25 100:3 119:24 135:19 136:10, 12,16,24 168:21 169:1 171:2,4 189:24

**Pilot** 13:16

**Pineville** 17:5 45:12 103:2

**pistol** 69:22

**pitcher** 49:10

**PL** 97:6

**PL010474** 165:25

**PL10474** 37:25

**PL1647** 75:15

**PL1682** 75:15

**PL4852** 108:13

**PL9649** 143:22

**place** 12:4 36:14 40:10 46:17 51:4 58:5 81:7 98:4,5 99:14 115:6 123:13 126:19, 21 146:15 180:12

**places** 40:9 57:25 58:1 107:19 146:16 187:17,19

**plaintiffs** 8:16 95:10 158:25

**plan** 127:23

**planned** 29:4 46:23

**planning** 29:6

**play** 22:2 143:2,19

**played** 191:2

**PLAYS** 144:1, 14

**Playstation** 101:19,21,23

**pleasant** 69:23

**plenty** 135:20, 21

**pocket** 38:22, 24 61:6,9 168:16

**point** 25:22 52:2 58:10 70:24 74:4 76:6 83:11 89:10 105:22 110:7 177:25

**pointing** 59:12,13

**pointless** 57:16 58:7

**police** 9:1 16:9 36:13,21 37:11, 13 59:2 60:4 62:16 66:21 73:21,23 79:22, 23 84:25 110:1, 5,12,15,19,23 112:9,10,20 120:7,21 121:2, 3,18 131:2,10 133:20 157:7 159:6,25 160:2 169:18 170:21 171:14,21 172:5 173:22, 23 177:24 182:7,16,21,25 183:7,12 184:22 185:17

**policy** 26:3,6

**polite** 78:25

**polygraph** 82:14 110:9 170:2 174:14, 19,22

**pool** 103:11

**Poon** 45:6

**popping** 92:11

**porch** 113:19 114:1 116:17 117:2 179:2

**Pork** 41:7,8,9, 10,14,15

**portion** 144:16,17

**posing** 71:18

**position** 152:2

**possession** 169:6,23

**possibility** 89:12

**post** 17:17

**Post-it** 82:24

**pound** 31:20, 22

**pounds** 31:21

**poured** 67:6

**praying** 87:15, 20

**prejudice** 158:22

**preparation** 94:2

**prepared** 67:24 113:3 169:24

**Preparing** 46:19

**prescribe** 161:6

**prescription** 38:10,12,20,21 39:2,4 57:10, 11,18 61:19 68:7 187:14

**prescriptions** 38:15 51:8 57:3,23 58:1,2 61:14 118:23, 25 119:4,8,24, 25 171:5

**present** 78:11 152:19 153:1,8 176:25 182:22 184:21 185:13, 23

**presume** 176:9

**pretrial** 76:23

**pretty** 14:23 15:6 17:24 22:10,12 26:5 28:2 52:19



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

60:18 87:18
92:3 95:17
110:7 143:19
175:3

**previously**
138:20

**prior** 20:23
30:24 39:12,15,
17 46:16 55:24
56:9,14 59:16,
18 99:23,25
118:7 177:21

**prison** 18:2
19:1 81:13,16
84:6 86:24
172:21

**Prix** 36:12

**problem** 70:6

**PROCEEDING**
**S** 8:1

**process** 9:21
94:6 179:13

**produced**
139:5

**professional**
82:2 89:21

**program** 77:17
86:21 97:22

**promise** 178:9
187:1

**promised**
177:19

**property** 75:11
133:20 156:12

**protect** 172:7,8

**protected**
172:2

**proud** 51:20,21

**provide** 68:4

**provided**
167:5

**PSP339** 88:17

**puking** 100:20

**pull** 24:1

**pulled** 19:16
36:12,20 38:21
60:10 61:9
72:23,25 73:11
120:22 121:10
133:25 171:14

**pump** 134:2

**purchase** 26:1
68:23 136:5
169:1

**purported**
169:24

**purpose**
164:15

**pushers** 16:24

**put** 13:12 20:16
32:3 37:5 40:1
61:5 63:7 77:14
88:25 99:4
106:17 109:17
138:15 150:1
162:1 167:20,
24 190:15

**puts** 114:10

**putting** 29:9
73:7

---

**Q**

**quantity** 169:1

**quarter** 13:8
42:11

**question** 10:7,
11,15 25:6 60:5
67:16 92:24
128:21 129:1,3
145:25 155:14
159:15 164:15
187:10

**questioned**
184:24

**questioning**
78:7,15 189:20

**questions**
10:9,10 16:7
23:11 26:21,22
37:24 52:15
54:16 59:17

60:20 62:4 79:6
83:12 90:16,17,
23 93:10 95:18,
19 99:21
122:18,22
143:18 152:1
156:15 178:9
182:9 183:1,16
186:21 187:1,
24 189:12
191:4

**quick** 14:23
187:1

**quit** 41:20 87:1,
2,3

---

**R**

**racing** 56:7

**radiator** 134:1

**radio** 22:4

**raise** 9:5
156:15

**raised** 17:9,10
176:2

**Ramby** 119:19

**ran** 13:14 92:10

**random** 28:17

**rat** 26:22 178:3

**rattlesnakes**
16:22

**Raymond**
72:24 176:5,6

**reached** 70:1

**read** 73:18 78:3
89:23 94:3
158:11 190:1

**reading** 25:4

**reads** 114:10

**ready** 49:11

**real** 11:2,15
14:19 25:5
39:21 43:6
55:12 60:8
176:5

**rearrested**
88:7

**reason** 15:9
35:2 37:15
43:14 44:20,22
52:20 55:9
60:24 61:11
86:2 116:18
118:9 123:9
126:23 138:12
175:15

**recall** 14:10
16:1 25:25
28:17 32:15,17
35:17 36:6
37:25 39:16
40:17,19 42:2,7
43:10 44:1
46:25 50:25
51:11 52:2,7
58:12,13 66:2
71:15,18 72:16,
19 73:24 78:8
83:13 86:16
98:4,9 109:2
117:1 138:20
141:9,12
145:20 188:1,
18 189:19

**receipt** 124:17
146:18

**received** 79:9
80:17

**receiving**
26:17 52:3
75:11 156:12

**reception**
22:10

**recognize**
33:15 63:13
107:18

**recognized**
183:24

**recollect** 58:24
95:16 140:18,
20,25 142:12,
14 188:15

**recollection**
46:17 57:5
58:19 77:7

79:24 108:23
109:10 139:11
142:5 144:8
155:22 157:1
177:13 183:6

**recommended**
86:22 97:23

**record** 8:12
10:7 54:10,11,
12,13 77:20,23,
24,25 93:15,16,
17 122:10
130:25 132:11,
12 133:7 143:9,
10,11,12,15,22
148:7 149:19
152:8,9,10,11
166:8 187:2
191:6

**recorded** 96:9

**recorders**
96:15

**recording**
80:16 96:11,13
143:17 144:16,
17 145:1 191:2

**records** 58:17
75:14 107:2
139:5 140:5,13
141:13 146:13
148:7 149:20
156:23

**recovery**
97:24

**RECROSS**
189:15

**redacted**
109:20

**refer** 115:23
160:6

**referring**
114:18 148:8
149:21 157:24
163:7

**reflux** 80:9

**refresh** 108:23
109:10 144:8

**refund** 44:9,15

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

50:11

**Rego** 65:19

**regular** 100:5

**rehash** 99:21

**related** 170:2
185:14

**relating** 75:15

**relationship**
93:3 104:10
175:3

**released** 76:5
77:8,10 86:16,
24

**religious**
87:11

**remain** 104:24

**remember**
16:10,11 23:1
31:9 35:22,23
36:2 40:22 41:5
43:16,19,20,22
44:16 45:1,2,21
46:12 49:3
52:12,22 58:14
59:4 60:7 61:16
67:2,22,23 68:6
74:6 75:8,24
76:1,15 77:15
78:5,6 80:4
81:9,19 84:20
86:2 88:6,10,12
95:13,21 96:14,
17,21,22
100:11,12,14
101:15 106:4
113:10,11
116:18 118:9
121:20 122:2,4
125:4 128:4
129:8,19
133:16,23
136:6,11 137:2,
6 138:9 140:11
141:21 145:4,
21 147:3,11,13,
18 153:9,10
163:13 165:4
167:12,13,14,
20,22 168:2,4
181:3,12,14,16,

23 187:11,13,
14,15,16
188:10,25
190:17

**remind** 172:19

**rent** 35:21
64:13 119:11

**rental** 35:3
39:13,15 42:2,6
43:1,9,11 45:14
46:16 58:11,12,
17 107:2
122:10,15
123:3,15 124:2,
5,21 125:5,9,13
126:9,21,22
127:3,6 138:23
140:13 141:4
144:6,9 146:15,
24 147:2,8
150:16,22,24
151:9,11
160:22 164:2
165:13,16
166:1,8,14

**rented** 32:20
33:11 35:14
38:1 64:18
65:22,24 66:15,
25 125:21
166:14 168:9

**renting** 32:17
39:18

**repeat** 44:11
55:3 59:3
122:22 160:13

**repeatedly**
142:11

**rephrase** 61:2

**report** 61:24
73:21 74:17,22
143:1

**reporter** 8:4
9:7,12 137:13,
16 143:24
144:1,14

**represent**
93:22 152:16,
17 183:21
184:16

**representing**
76:17 182:7

**REQUESTED**
144:1,14

**residence**
67:10 89:5,8
131:11

**respect** 10:15
14:25 15:18
27:9

**respectful**
70:7

**respond** 53:3

**response**
139:5

**responsible**
91:2,16 159:24

**rest** 33:23
145:24 163:22

**restaurant**
46:23 181:4

**results** 174:21

**return** 34:22
37:15 45:13
169:14

**returned** 44:16
45:1 58:10,19
167:3

**returning**
58:12,13,25
169:7,22

**revealed**
160:18 168:19
169:5

**review** 184:14

**rid** 153:22

**ride** 14:19
59:20 69:4,5

**riding** 13:3

**right-hand**
98:13

**rights** 78:4

**rip** 56:22

**road** 16:13,18

18:4 28:18,21
31:16 32:2,5
39:25 47:23
67:11 73:1,9
105:15,18,19
153:25 190:18

**roasting** 54:4

**rob** 190:10

**robbed** 31:5
89:5 190:3

**Robert** 88:11
103:13

**Robinson** 8:15
88:24 99:2
133:22 136:25
137:12,15,18
140:4,10,15
141:7,19 142:7,
10 143:2,5
145:17 147:10
148:3,6,13,17
149:19 150:18
151:15 152:5
155:12 156:18
157:23 158:1,6,
9,18,23 160:10
161:15 164:17
166:7,13 170:4
175:6 177:3,7
189:11

**rock** 17:11

**rocket** 29:21
135:5

**rode** 13:4

**Rollins** 8:2

**room** 49:20
72:14 97:3,4
184:7

**rough** 57:7
81:17

**roughly** 42:17

**rounds** 173:8

**routine** 21:21
40:22

**Roy** 84:25
155:21,23
156:9 157:9

**rude** 69:22

**rug** 177:20

**rules** 122:23

**rumors** 110:22

**run** 13:15 28:7
30:14 46:21
57:9 92:11,12,
13 118:15
131:18 134:3
135:23 136:2
186:8

**rung** 187:12

**running** 12:16
22:23 51:20
130:19 134:4,5,
6

**runs** 17:1
42:14 134:17,
21

**Russell** 75:3
77:18

---

**S**

---

**sad** 53:4 81:12

**salad** 80:8

**sale** 135:19

**Sandra** 13:2
65:25 80:7
103:20

**Sandy** 45:24
47:1 64:23
65:25 108:8
109:7 127:8,10
129:10 130:11
147:5 151:5,7,
11 162:25

**Sandy's** 109:5

**SAP** 75:2 86:21
97:22

**sat** 69:21 70:11
83:19 117:2
127:7

**Saturday** 56:4

**save** 29:10
146:4

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**saving** 29:7

**scar** 36:23

**scared** 69:4

**schedule** 117:25 118:4

**scheduling** 77:1

**school** 13:1 14:4,8 54:2 92:17

**scientist** 29:21 135:5

**scrapped** 31:17,18

**scream** 78:23

**screaming** 53:15

**scuttlebutt** 160:7

**search** 69:8,11 70:1,5 88:18 90:16 137:20, 25 139:6

**season** 101:6

**seat** 49:15 147:5

**secondary** 107:19

**section** 159:10,12

**Security** 56:3 109:21

**sell** 25:18 26:12,18,20 100:3 101:18

**selling** 26:13 41:20 42:4 84:12 99:25 100:15 136:10, 12,16,24

**send** 31:11 44:9

**Senior** 112:17, 18

**sense** 44:18 108:1 134:7 181:11

**sentence** 138:4

**separate** 60:12 131:12

**September** 101:7

**series** 140:1

**serve** 50:1 80:23

**Served** 84:9

**serving** 80:11

**set** 39:19 131:20 158:25

**sets** 95:14

**seven-and-a-half** 167:18

**shackled** 27:5

**Shane** 18:18, 21 102:18

**shape** 17:13

**share** 161:14, 17

**she'd** 80:9

**sheet** 34:20 35:6

**shell** 69:22 70:13 71:2,3,6

**sheriff** 8:20 152:18,19,20 153:4,7,10 156:7 157:3,6,8 173:16 186:8

**sheriff's** 153:8 154:6 156:21 157:7 159:2,5 170:20 171:21 172:6,15 176:20

**Shirley** 65:5,6, 9,15 114:13,14, 15,16,17,19,21, 23,24,25 115:2,

4,10,19,21 116:5,6,12 140:22

**shit** 18:7 122:7

**shoes** 19:14 88:1

**shop** 58:3

**shopping** 45:24 46:3,5,10 127:8 151:3,4,5

**short** 14:19 60:10 78:8 79:25 121:16, 17 132:10 143:19

**Shortly** 164:9

**shotgun** 54:2

**show** 32:13 37:22 38:25 46:22 61:4 63:10 64:1 74:9 88:13 91:1 157:20 165:24 188:7

**showed** 39:3 79:17 121:18 187:4 188:18

**shower** 39:20 49:13 122:7

**showing** 188:5

**shut** 48:7 80:14 82:19

**siblings** 103:9

**sic** 66:12 100:23 155:23

**sick** 100:18

**side** 12:12,13 17:4 19:13 36:21,22 47:23 52:22 53:7 60:14,15,17 61:16,17 99:10 112:1,2

**sight** 37:2,9

**sign** 12:13 37:3,5 105:20

**signature** 33:4,14,15,17 34:21

**signed** 75:19 77:2

**significant** 169:19

**Silver's** 46:6 127:7 151:2,4

**Simpson** 8:7 9:15 33:6,18 37:23 54:15 61:21,25 63:13 65:6 75:15,16 77:1,21 78:2 82:25 83:23 88:13 89:2,3 90:15 93:11,20 97:8 103:18,19 143:14 144:17 148:10,20 151:22 152:15 159:11,24 160:19 163:8, 25 164:11 167:2,3,4 168:8,18,25 172:2 175:2,20 177:21 182:1,6 183:20 186:25 189:13

**single** 150:10 179:9

**sir** 10:8,18 20:7 27:3,11 33:7, 13,24 35:5,9, 12,16 39:5,6 40:16 50:24 54:18,23 56:13, 16,20 59:15 61:1,3 67:1,12 68:3 76:3,16 78:14 79:5 82:16 83:25 84:7,14 86:13 90:19,24 91:5, 13,17 94:1,5,8, 12,14,17 95:6,8 96:1,4,6,10,13, 16,22 98:10,21 99:8,19,24 100:2,4 103:4 104:8 105:6,14,

21,24 107:4,7, 13,16,18 108:19 112:21, 24 114:1 117:24 120:9 121:10 122:13 123:25 124:6,8, 10,12,17 131:1 132:18 133:2,8, 14 135:14 136:22 138:2,7, 25 139:22,25 142:24 144:5 146:12 149:24 152:21 153:5 154:14,18,23 155:3,7,16,20 156:14,17,22 157:2,4 159:13, 19 160:16,23, 25 162:19 164:6 166:22 168:13 169:3,9 170:7,10,12,16 172:9,10,19,22 173:15,20 174:23 176:10, 24 177:2,8,15, 22 180:20,23, 25 181:2 182:3 184:15 185:16, 22 186:5,6,16, 19 190:1,12,23

**sister** 46:20 62:25 66:1 94:21 115:11, 13,14

**sister's** 13:2 65:12 113:5,6 114:20 150:14 153:15

**sister-in-law** 115:12

**sisters** 103:16, 17

**sit** 19:10 63:5 147:24 151:13

**sitting** 23:4 24:19 42:2 47:12 50:6 55:2 70:2 73:3,6 81:20 94:16 114:1 120:23



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

140:2 145:5,15
147:4,5,14
152:1

**sketch** 111:4
188:5,7,8,12,19

**skinny** 10:25

**sleep** 49:12

**sleeping** 18:6

**slept** 47:23
69:17 104:2

**slinging** 53:17

**slip** 135:11,13,
14 162:24

**slipped** 19:15

**Slosar** 8:13
9:14 54:10,14
74:14,16 77:20
78:1 93:10
94:10,11 99:1
100:7,25
102:19,21
107:25 108:25
109:19 116:14
117:14 118:2,
17 119:3 122:5,
16,21 123:4,10,
17,20 125:19
127:25 128:9,
21,23 129:7,16
131:13 132:10
170:17 184:9

**slow** 60:8

**small** 43:6
139:18

**smart** 29:22

**Smith** 27:15,
16,23 29:13
66:2 72:23
117:7 173:1,3,
17,21 175:1,3,
20,22 176:9,12,
20 177:18

**Smith's** 132:24
177:23

**smoke** 54:8

**Smoked** 67:4

**smoking** 24:20

**snacks** 106:16

**sober** 97:20
136:20

**sobriety** 137:3

**Social** 56:3
109:21

**society** 98:1

**sold** 24:23
25:10,22 28:9
56:1,11 79:15
83:21 91:11
100:13,22

**solemnly** 9:7

**son** 62:12
68:13 112:14
115:6 175:9
176:2 178:16

**son's** 75:24
85:7 176:6

**sort** 9:20 28:17
53:24 57:16
185:14

**sound** 122:14
145:22

**sounds** 17:24
49:16

**south** 52:9
85:17

**Sowders**
38:23 39:3
55:20 59:5
61:2,10 67:10,
17 69:7,19,21
70:10,12 71:4,
7,19 72:6,10,17
74:1 121:23
185:18 188:16

**span** 29:3

**speak** 27:23
94:6 95:12
126:4 184:6,9

**speaking** 16:1
89:11 139:8,11

**special** 53:9

**speeding**
79:21

**spell** 102:19,21

**spend** 18:2
84:6,8 146:14
162:6,9

**spending**
147:15

**split** 42:10 65:3

**spoke** 43:21,25
61:7 76:20
91:22 142:20
182:20

**spoken** 94:16

**sponsor**
29:13,15,16
30:1,7,10,15,
18,21 42:12,25
98:11,16 132:3,
5

**sponsored**
30:6

**sponsors** 98:8
132:8

**Sportage** 23:6
133:17

**spot** 43:5

**sprayed** 45:9

**spread** 135:22

**spreading**
136:1

**spring** 137:7

**springtime**
101:16 106:8

**square** 17:13

**squint** 139:19

**Sr** 62:11

**SSI** 56:3

**stack** 165:22

**staff** 97:3

**stamped** 77:3
88:17

**stand** 9:24

24:8 70:22 73:2
88:20,24 96:17,
20 106:17
152:5

**standard**
51:23

**standing**
17:12,17 61:16
108:4 131:6
157:10 179:4

**stands** 114:14

**stapled** 37:3,4
88:16

**Staples** 8:15
88:24 94:13
99:2 133:22
136:25 137:12,
15,18 140:4,10,
15 141:7,19
142:7,10 143:2,
5 145:17
147:10 148:3,6,
13,17 149:19
150:18 151:15
152:5 155:12
156:18 157:23
158:1,6,9,18,23
160:10 161:15
164:17 166:7,
13 170:4 175:6
177:3,7 184:9
186:24 189:11

**start** 21:20
106:10 158:12

**started** 11:3
63:5,6 80:3
94:19 132:6
152:16

**state** 36:13,21
59:2 60:4 62:15
73:23 79:22
86:22 159:6
169:6,18,21
170:11,13,21
171:8,14,21
172:5 184:19,
20,22 185:16

**stated** 27:3
81:10

**statement**

128:16 132:22
143:3,16
190:24,25

**statements**
83:2

**states** 8:9
166:14

**stating** 37:4

**station** 65:13
116:10 122:9
181:1,4

**stay** 32:8 43:4
49:6 54:6 86:25
176:15

**stayed** 51:1
176:3 180:13

**stealing**
127:23 128:3

**steps** 172:6

**Steve** 14:2,23

**Steve's** 14:20

**Steven** 19:22

**stick** 137:3

**sticker** 99:4
138:15

**sticking** 29:7

**sticky** 62:2,6
63:8,9 67:19,25
68:9 113:3,7,9
121:6 167:5
187:2,4,15

**stole** 170:5

**stolen** 75:11
85:11 156:12
169:19 173:4

**stop** 12:13 73:8
128:18 136:10,
16 181:4

**stopped** 45:9
47:23 101:10
115:7 120:11,
21 125:6
136:12,13,24
146:15,17
181:12,13,20,
23

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**stops** 124:1
125:4

**store** 40:14
92:11 106:13
151:9,11

**stove** 179:24

**straight** 12:16

**street** 23:20
46:6 51:19
92:14 97:14
124:24 190:14

**streets** 58:4

**strike** 146:14

**strong** 39:21
53:20

**stub** 79:17

**stuff** 106:16

**stupid** 37:6
49:4 53:23

**subpoena**
94:23 95:3
148:13,15

**subpoenaed**
148:9

**subscriber**
140:7 148:17
149:6

**substance**
77:17 86:21
97:22

**substation**
19:7,12

**sudden** 47:21

**suffered** 20:3

**suffering** 20:8

**Suites** 8:6

**summer**
154:10

**sums** 91:12

**Sunday** 56:5

**supposed**
19:13,14 56:23
57:1 73:4 111:8
153:25 189:4

**surgeries**
19:18,19

**surgery** 20:11
25:2

**suspect** 68:10,
12 82:6 83:3,8
110:24 111:2,3
174:9,12

**suspects**
169:5,20,21,23,
25

**sustained** 10:6

**swear** 9:7

**sweep** 177:19

**swore** 147:16

**sworn** 9:6

**symbolize**
87:19

_____

**T**

**table** 20:1
96:15 99:10

**taco** 80:8

**takes** 11:1
29:16 114:11

**taking** 20:24
21:10,12 30:19
45:2,8 56:22
71:15,23 98:4
110:8

**talk** 22:3 28:4
52:9 55:7 62:5,
13,15 70:19
72:22 82:12
94:18,22 95:2
109:25 110:4
112:7 116:12,
25 130:3
134:18 173:3
175:24 188:13

**talked** 14:18
26:7 52:6
72:23,25 89:20
94:19,23 95:17
96:8 99:18,19
111:1 116:16
117:1 128:3

130:5 138:5
142:17 145:20
148:20 152:7,
23 187:9,17
188:2

**talking** 11:9
12:8 24:19 29:6
65:11 69:11
83:7 85:17
106:10 113:13
115:1,19
116:18 139:17
140:3 141:21
142:5,12,14
145:5 153:10
159:22 165:8,9
175:21 180:22
187:3,12

**talks** 60:8
173:21

**tall** 17:12 19:9

**tape** 145:24
155:15

**Tasha** 132:19,
21

**Tater** 60:1,2
66:18 112:15
114:2 117:6
127:13 130:2
187:11

**tattoo** 87:11,16
88:4,6 111:14

**tattoos** 111:23
112:3

**Taylor** 8:14
13:21 14:10
15:11 27:1,3
91:19 132:23
158:15,20
165:6 172:4

**Tazewell**
180:24

**teach** 16:21

**technician** 8:3

**tee** 72:5

**telephone**
22:9 116:19

**telling** 57:24
73:19 100:17
109:2 166:13

**ten** 27:17 48:19

**tend** 10:10 53:7

**Tennessee**
65:13 116:10
127:11

**terms** 45:15

**Terry** 103:13,
19

**testified** 67:24
89:19 98:8
124:4 125:8
132:2,14 141:8
183:23 187:3

**testify** 94:4
187:8

**testimony** 9:8
63:19 94:7 98:9
118:23 132:7
136:18 139:7
144:1,14 167:8
189:19

**thanked** 70:8

**theft** 86:12
156:12

**thermos** 39:21

**they's** 116:21

**thing** 11:14
30:11 51:13
55:19 62:2
67:14,15,19
81:9 86:23 88:7
122:2 128:18
143:20 158:12

**things** 39:19
63:6 64:17
88:12 165:7
170:5 173:9
179:21

**thinking**
129:21 137:6

**Thompson**
103:19

**thought** 11:11
25:3 36:18 38:8

51:17 58:14,21
110:16,19,23
111:9 116:4
140:5 151:1
165:17 169:13
171:18 173:10
175:13 187:19
188:23

**threaten**
78:16,18

**Three-and-a-
half** 49:3

**throw** 18:18,19
31:19

**Tibbs** 20:10

**ticket** 58:18
79:21

**ties** 19:8

**tiller** 73:7

**Tim** 85:17,23

**Tim's** 85:18

**timber** 56:1,11
64:6

**time** 8:5 9:23
14:3 15:21
16:10 18:2
21:9,20 27:4
28:4,5,14 30:16
32:24 33:11
34:9 35:10
36:10 40:17,19,
22 49:1 51:25
52:18 54:21
60:10 68:8
73:10 74:2 77:4
80:19,22 83:1,
17 84:6,8 86:14
89:25 95:9
96:18 100:9
101:12,19,20
104:16 106:20
111:20 113:22
116:23 120:13
121:9 122:11
123:2,8 125:12
129:12 131:3,
12,20 132:5
136:16,23
141:22 145:8
146:4 150:1,6,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

7,10 152:19
153:1,11,19
155:11 165:4
166:21 167:6,
21 170:18,21
173:5 181:12,
24 190:23

**times** 28:15
31:23 72:19
91:23 95:24
96:2,6,23,24
97:1 100:13,22
106:23 142:17,
18 153:11,13
188:13

**timing** 121:8

**Timmy** 41:7

**tired** 58:7

**today** 8:3,4
9:22 11:15 12:1
28:15 42:2
47:11 48:1 90:5
94:3,4 118:19
140:2 145:9,12,
15 147:14,24
151:13 152:7
184:7,10

**told** 18:20 24:5
36:25 37:14
44:13 45:6
52:25 55:20
56:10 60:17,22,
23 62:4 66:20
69:24 71:12
76:19 79:14
83:15,17
110:12,15,18
111:11 112:19
121:3,9 128:5
132:15 142:23
159:16,25
160:1,2 168:2
170:25 173:22
174:15,17
178:7 190:25

**Tom** 73:17

**tomorrow**
28:15 43:9

**tone** 70:18

**tongue** 135:13,

14

**top** 17:10 33:5
97:7 122:12
166:1

**torturous**
151:24

**total** 42:20
162:5

**touch** 104:10,
11

**town** 13:9 17:5
120:10

**Townsend** 8:3

**Toyota** 22:17
39:10 115:6
133:4

**tracking**
173:23 174:5

**traded** 22:24,
25

**trafficking**
84:4 171:19

**trailer** 11:21
12:19 27:25
38:6 62:24
69:15,16 72:7
84:19 105:8,23
113:8 179:4,9

**transcript**
109:20

**transferred**
14:9

**transformer**
19:11

**transport**
14:14,21 156:9

**transported**
13:25 77:5

**transporting**
14:2

**travel** 171:3

**traveled** 30:25
171:2 181:19

**Travis** 76:20

**trays** 80:12,23

**treat** 175:8

**treated** 79:19
82:8,9

**treating** 82:6

**trial** 76:23 77:1

**trip** 28:18,21
29:14 30:1,6
36:14 38:2,16
39:5,19 45:16
46:19 49:7
51:12 52:8
55:24 56:9,22
57:6 79:7,10
88:5 95:19
98:12,19 107:3
109:14 118:22
119:8,13,22
130:4,6,9
132:3,8 135:25
161:14,18,25
162:18,21
167:3 168:19
169:14

**trips** 21:12
30:19 51:24
98:9 118:1
173:16

**trooper** 79:20
153:2 184:18,
19,20 185:8,9,
19,20,25
186:14,15

**trouble** 32:10

**truck** 22:23
45:5 115:7
133:9

**truckers** 22:5

**trucking**
117:3,10

**true** 62:7 75:19
117:17 125:21,
25 126:10
128:22 129:2
132:16 147:7
168:21 169:2
170:5

**trunk** 59:11
73:6

**trust** 37:10,12
98:3

**truth** 9:9,10

**truthful** 142:22
144:23 183:4

**tunnel** 127:12
180:18,22

**turn** 105:11
159:6 169:15
170:16 173:7

**turned** 23:21
53:20,21 73:22
173:6

**two-and-a-half**
105:9

**type** 20:23
92:3,18 93:8

---

**U**

**Uh-huh** 12:21
25:17,24 33:9
68:22 91:5 92:2
130:23 133:5,
11 139:22
178:12

**Uh-uh** 127:20

**UK** 20:11

**ultimately** 77:8
158:19,21

**uncomfortable**
83:7

**uncovered**
164:10

**underlying**
85:10 90:12,21

**underpass**
17:2,4,7

**understand**
10:11 105:10
126:24 128:25
129:2,4 152:2
161:24 171:7
172:25 175:8
189:11

**understanding**
24:15 54:19

131:25 135:7
167:7

**understood**
10:16 118:22

**underwent**
174:19

**uniform** 185:5

**union** 19:1
42:5

**Unique** 184:5

**unit** 89:2 138:4
148:20

**United** 8:9

**unload** 120:14

**unloading**
59:11

**unpacked**
120:12

**unsure** 104:9

**untruthful**
145:16

**upset** 52:17

**upstairs** 49:12

**utilities** 146:16

**utility** 124:5
168:9

---

**V**

**valid** 64:14

**Valium** 84:5

**van** 13:24 27:4

**vandalized**
130:17

**varied** 28:16

**vehicle** 22:21
24:6 33:11
34:22 35:15,21
36:25 64:18,20
65:22,24,25
66:15 84:16
85:20 86:4
111:21 127:22
164:1,12,22

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

166:1,2 168:9

**vehicles** 22:13 117:20

**verify** 67:20

**Verizon** 149:7, 18

**Vernon** 66:13, 14,17,21,24 113:12,17,24 116:25 117:3,8, 16 125:24 126:1 127:13 144:4

**version** 142:24

**versus** 8:8

**vet** 94:24

**Vick** 72:23,25

**video** 8:3

**violation** 15:4

**violence** 93:6, 7

**virtue** 156:23

**visit** 13:18 41:12 42:18 62:25 118:5 155:17 183:1 184:24

**visited** 49:1 120:7 122:15 155:1

**voice** 143:17

**Volkswagen** 38:1 59:10,14 69:16 115:8 117:22,24 125:25 126:2,3 166:19

---

**W**

**W-H-O-R-E** 102:23

**wad** 110:13

**wait** 56:5 86:20

**waited** 46:4

127:8

**waiting** 76:23 86:20 136:4

**wake** 21:20 24:18 53:15 122:3

**waking** 87:7

**walk** 9:24 47:25 53:15 62:24 73:2 121:13,16,17 122:3 123:12 152:3

**walked** 39:25 49:11 50:3,4,5 67:5 69:14 80:13 113:21 116:16 121:12 128:5 184:6,10

**walking** 24:7 40:14 121:11 184:12

**walks** 85:19

**wall** 12:16

**wallet** 57:2

**Walmart** 149:7,15,16

**Wanda** 102:14

**wanted** 23:1 28:8 30:10 36:23,24 82:17 83:19 88:1 145:25 187:23

**wanting** 47:4 60:3,5 62:13,16 70:25

**warrant** 69:11 70:1 88:18 90:16 137:20, 25 139:6

**wash** 45:9

**washroom** 9:24

**watch** 40:21 123:13

**water** 31:19,20

64:9,12,15,19 65:2,7,8 114:6, 9 123:24 124:9, 25 125:3,14 134:2 146:21 147:4 168:12

**Watercash** 79:1,20

**Wayne** 33:18 52:10

**Weber** 9:2 183:19,20 186:20

**Wednesday** 38:13

**Weed** 173:4

**week** 31:14 100:6 118:5 179:15

**weeks** 29:8 169:16

**weighs** 31:20

**West** 73:17 97:13

**whatever's** 45:7

**whatsoever** 141:10 183:9

**wheel** 171:11

**whereabouts** 67:20

**white** 177:17

**Whitey** 83:18

**whooped** 93:8

**wide** 19:9 72:14 179:9

**wife** 18:5 25:15 36:5 46:4 47:1 104:2 108:8 109:7 117:9 120:17

**William** 11:6 12:23 13:10 52:21 55:11 56:10 91:19,23, 25 92:4,9,18

93:3 95:18 101:18,20 105:22 127:22 128:2,11,16 129:5,9 130:3 138:5,10,13 139:8,12 141:5, 17,22,23 142:6, 13 144:19 146:1 148:1 191:1

**William's** 52:18,20

**windows** 179:21

**wings** 49:9,10

**withdraw** 67:16

**witnesses** 89:11 121:6 159:21 167:6 169:25

**woke** 49:13 87:7

**woman** 15:18 29:8 53:23 91:9 108:8 128:14

**wonderful** 20:19

**wood** 179:25

**woods** 54:6 132:24

**word** 15:5 55:6 62:14 135:10, 18,22 136:2

**worded** 52:17

**words** 52:12 60:19 69:24 70:5,23 155:4

**wore** 10:24 11:1 14:15 88:1,2

**work** 21:16 29:17 36:5 45:11 85:5 102:1 106:16 117:9 134:23 135:16 178:3

179:22

**worked** 15:20 29:8 64:11 83:18 117:9

**workers'** 24:22 25:11,18,23

**working** 31:2 72:21 85:13 179:20

**workmen's** 20:15

**works** 9:21 136:9

**world** 62:13

**worry** 69:12

**worth** 30:6 58:6

**Wright** 8:17 57:19 66:13 74:13 76:24 80:1 81:4 90:10 92:20 93:14,19, 22 98:24 99:3,6 101:2,3 102:24 109:22,24 122:19,24 123:1 132:13 137:11,17,19 140:12,17,19 141:15 143:4,8, 13 144:2,15 148:11,15,19, 22 149:22 151:19 165:20 189:16 191:4

**write** 51:16 63:25 64:1 115:24 187:9

**writing** 63:6 113:11

**wrong** 37:16 48:7 55:4,9 172:17 177:10

**wrote** 63:5 89:2 113:7,9 121:5 167:19 187:18,19

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**X**

**Xanax** 21:10
22:25 24:13
51:15

**Xanaxes**
120:4,5

**Xanaxs** 21:1

**Y**

**yakking** 52:14

**yard** 60:11
133:25 157:8
180:6

**yards** 121:15

**year** 14:10
37:21 86:5
102:4 133:15,
17,18 176:4

**Year's** 31:13

**years** 12:2
13:4,14 18:1
20:9,23 21:22
27:17 48:23
49:2 51:22
53:14 86:5,15
92:9 136:13,21
167:17 176:11

**yell** 78:21

**yellow** 63:8

**York** 8:18
38:22 39:3 59:5
61:7,24,25
62:22 67:9,17
69:7,20 70:4,7
71:7,22 72:6,
12,17,20 73:11,
13 74:1,5,17,23
78:2,7,12,15,24
79:6,13,25
80:5,15,17,19,
25 81:22 82:1
83:1,7,11 88:18
89:1,6,10,15,20
90:1,21 93:23
96:7,24 111:3,
12 121:23

128:17 142:20,
23 143:16
144:23 145:6,8,
16 146:5,9
147:17 153:2
160:1 167:1,5,
8,19 176:18
177:19 185:18
187:25 188:2,9,
12,13 189:5
190:25

**you's** 52:13

**you-all** 46:23
47:2 49:6 94:18
95:1 104:16
106:10 131:18,
24 132:14
164:15,19
166:2

**young** 13:5
52:23 53:13
184:2

**younger** 13:4

**youngest**
11:6,7



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com