IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | |
|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) |
| | ) Case No. 17-CV-84 |
| Plaintiffs, | ) |
| | ) Hon. ROBERT E. WEIR |
| v. | ) |
| | ) Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | |

# EXHIBIT 30


| CASE/INCIDENT NUMBER | KY 10-10-1058 | | REPORT DATE | 1/21/2011 |
|---|---|---|---|---|
| REPORTING AGENCY ORI/NAME | KSP1000 KY STATE POLICE, POST 10 | | | |
| PRIMARY INVESTIGATING AGENCY ORI/NAME | KSP1000 KY STATE POLICE, POST 10 | | | |
| REPORTING OFFICER NAME | J YORK | | REPORTING OFFICER UNIT BADGE ID | 0856 |
| PRIMARY OFFICER UNIT BADGE ID | 0856 | | | |
| REVIEWED BY | | | | |

| WITNESS SEQUENCE | WITNESS NAME | | | | PHONE |
|---|---|---|---|---|---|
| of | | | | | |
| ADDRESS | | | | | DATE OF BIRTH |
| CITY | | STATE | ZIP CODE | SSN | |
| WITNESS SEQUENCE | WITNESS NAME | | | | PHONE |
| of | | | | | |
| ADDRESS | | | | | DATE OF BIRTH |
| CITY | | STATE | ZIP CODE | SSN | |

**NARRATIVE**

On 01-21-11 this unit took Allen Helton and Jesse Lawson for a polygraph in Frankfort. Allen Helton is a person of interest in this case. He and Mike Simpson went to Florida the day that Katherine Mills was robbed and found dead. Allen had stated to this unit prior to the polygraph that Mike Simpson did not have any money the day before Katherine was robbed. Allen stated that Mike had told him on Sunday, -19-10, that he would have the money the next day. Allen stated to this unit that Mike paid for the trip to Florida, including renting the car from Enterprise Car Rentals in Middlesboro. Allen also stated when they were on there way back Jesse Lawson called Mike Simpson and Mike started crying when Jesse told him Katherine was dead. Allen also stated to this unit Jesse told Mike the State Police was looking for him.

Investigative Note:

When I first located Mike Simpson after he and Allen got back from Florida, the first thing he did was hand me a sticky not with list of person's that was his alibi. This was handed to me before I asked him any question's or told him why I was there to talk to him. This was on 12-24-10, a copy of the sticky is attached to this case.

Jesse Lawson is married to Katherine Mills grand daughter, Jenifer Lawson. Jesse had stated to this unit he called Mike to try to buy a pain pill. He stated when he asked Mike about Katherine that he started to cry. Jesse also stated that Cleo Brown had told him that Mike Simpson was seen at Katherine Mills residence the day she was robbed and found dead. I have interviewed Jesse several times and every time I interview Jesse, he gives this unit more information about the incident with Katherine.

Allen Helton polygraph examiner was Richard Kurtz U/1505. Mr. Kurtz concluded that deception was indicated when Allen Helton was answering the relevant questions. The relevant questions utilized were as follows:

Q. Did you participate in anyway in the death of that woman?
A. No

KSP 000270

Q. Did you hit that woman in the head?
A. No

Q. Did you steal any of that money from that woman?
A. No

Jesse Lawson polygraph examiner was John Fyffe. Mr. Fyffe concluded that deception was indicated when Jesse Lawson was answering the relevant questions. The relevant question utilized were as follows:

Q. Did you participate in any way in the death of that woman?
A. No

Q. Did you hit that woman in the head?
A. No

Q. Did you steal any of that missing money?
A. No

Attached with this supplement is two KSP 218's. This unit will supplement case when more information is obtained.