IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | |
|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, ) ) ) Plaintiffs, ) ) v. ) ) KNOX COUNTY, ET AL., ) ) Defendants. | Case No. 17-CV-84<br><br>Hon. ROBERT E. WEIR<br><br>Mag. HANLY A. INGRAM<br><br>JURY TRIAL DEMANDED |

# **EXHIBIT 37**

## CRIME SUPPLEMENT
### COMMONWEALTH OF KENTUCKY

KSP RECORDS

| | |
|---|---|
| CASE/INCIDENT NUMBER: KY 10-10-1058 | REPORT DATE: 2/15/2011 |
| REPORTING AGENCY ORI/NAME: KSP1000 KY STATE POLICE, POST 10 | |
| PRIMARY INVESTIGATING AGENCY ORI/NAME: KSP1000 KY STATE POLICE, POST 10 | |
| REPORTING OFFICER NAME: J YORK | REPORTING OFFICER UNIT BADGE ID: 0856 |
| PRIMARY OFFICER UNIT BADGE ID: 0856 | |
| REVIEWED BY: | |

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: | |

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: | |

### NARRATIVE

On 02-15-11 at approximately 1405 hrs this unit took a statement from Amanda Dawn Hoskins reference case number 10-10-1058. Present during the interview was Det. Mike Broughton with the Barbourville City Police. Amanda Hoskins date of birth is ███████ and her social security number is 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. I asked Amanda if she knew Katherine Mills, and she replied yes it was the ex-mother-in-law of William Lester. Amanda stated she and William Lester have been dating on and off for the past six years. I asked if she and William were dating around Christmas of 2010 and she stated yes.

Next, I asked her if William ever talked about Katherine having any type of money. She stated she was told Katherine had sold her timber during a phone conversation. I next asked her if she ever heard William talk about stealing Katherine's money or killing her. Amanda replied yes, she stated William had been going through money troubles and been out of work. She went on to state William stated he should go up and lock Katherine in the out house when she was using the bathroom. Amanda went on to state that William said he would go in her house and take her purse. I asked Amanda why he wanted the purse and she stated that is just what William said. I asked Amanda how William would know when Katherine would be in the out house and she stated she guess sit and watch. I asked Amanda when William told her about stealing from Katherine, and she stated a couple of day before it happened. Amanda stated William told Mike Simpson about Katherine. It was asked to Amanda how she knew it was Mike Simpson and she stated she knew Mike Simpson and they were in his driveway.

I asked her if she ever heard William talk about that anymore. She stated yes in Pineville. Amanda stated he talked about it to her little boy's father within a week of Katherine dying. She stated the father of her boy was Joe King. She stated William told Joe King he was out of work, he was going to lose his car and trailer, his water was going to be cut off, and his electric was already cut off. Then Amanda stated everything got paid at once. William stated to Amanda his family gave him money to pay everything off. Amanda heard William state to Joe he should catch his ex-mother-in-law that bitch , catch in her in the out house and not hurt her, then leave her in there and take her money.

I asked Amanda when William received the phone call from his son-in-law telling him Katherine was dead how did William react. Amanda stated his mouth dropped and his face was red. Amanda stated that William stated after Katherine had been killed, William told her he couldn't believe he said that and then it

happened.

As the interview continued I asked Amanda if she had anything to do with the robbery of Katherine Mills and she stated "No sir I didn't." I then asked her if she knew who did, and she answered again "No sir I didn't.

At this point in the investigation Amanda Hoskins is still a person of interest.

Investigative Note:

During my investigation the grand daughter of the victim, Michelle Edwards stated that Amanda had stolen off her in the past. In the interview I asked her if she ever stolen off Katherine Mills family, she state no. I asked the same question about William Lester's family and she stated no.