IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) | |
| | ) | Case No. 17-CV-84 |
| Plaintiffs, | ) ) | |
| | ) | Hon. ROBERT E. WEIR |
| v. | ) ) | |
| | ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | | |

# EXHIBIT 40

## FILED CONVENTIONALLY