IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | |
|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | )<br>)<br>) Case No. 17-CV-84 |
| Plaintiffs, | )<br>) Hon. ROBERT E. WEIR |
| v. | )<br>) Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | )<br>) JURY TRIAL DEMANDED |
| Defendants. | |

# **EXHIBIT 41**

## CRIME SUPPLEMENT
### COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

| | | |
|---|---|---|
| CASE/INCIDENT NUMBER | KY 10-10-1058 | REPORT DATE: 3/8/2012 |
| REPORTING AGENCY ORI/NAME | KSP1000 KY STATE POLICE, POST 10 | |
| PRIMARY INVESTIGATING AGENCY ORI/NAME | KSP1000 KY STATE POLICE, POST 10 | |
| REPORTING OFFICER NAME: J YORK | | REPORTING OFFICER UNIT BADGE ID: 0856 |
| PRIMARY OFFICER UNIT BADGE ID: 0856 | | |
| REVIEWED BY: | | |

**ADMINISTRATIVE**

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |
| ADDRESS: | | DATE OF BIRTH |
| CITY | STATE | ZIP CODE | SSN | |
| WITNESS SEQUENCE | WITNESS NAME | PHONE |
| of | | |
| ADDRESS | | DATE OF BIRTH |
| CITY | STATE | ZIP CODE | SSN | |

**WITNESS DATA**

### NARRATIVE

On 03-08-12 at approximately 1513 hrs I took a recorded statement from Allen Helton, DOB 01-14-80, reference the murder of Katherine Mills. Present at the interview was Sheriff John Pickard. In an earlier conversation with Allen he stated he knew who was involved with the murder of Katherine Mills and saw some of the money the individuals had stolen.

Allen stated that on Sunday, 12-19-10, he was pumping gas at Escoes Market in Dewitt, when Amanda Hoskins and William Lester approached him. Allen stated Amanda asked him if he wanted to make some money, and told him how. I then asked him to explain how, Amanda told him about tying an old woman up when she came out to the bathroom. I then asked him if she stated which old woman he was and he replied Katherine. He went on to state Amanda described her as Williams Lester ex-mother-in-law. I asked Allen how did they know Katherine came out to the bathroom every morning and he stated William knew. I asked Allen if he wanted to be a part of it and he stated he said no. Allen also stated Amanda told him Katherine had $15,000.00 dollars. Again I asked him about the details of tying her up, he said the plan was to lock her in the outhouse, that was what he meant by tying her up.

Allen stated the next morning, 12-20-10, he was going to see his father at Larry Smiths when he saw Williams Lester car traveling on KY 223. This would be less than one half mile from Katherine Mill's residence. Allen stated that was between 0815 hrs and 0830 hrs. I asked him how he knew it was Williams Lester car and he stated he knew it because of the place on the hood. He was referring to William's Chevy Camaro. Allen stated after he left seeing his dad he went to Mike Simpson house on Moore's Creek. Allen stated he did not drive by Katherine house because he knew what was going on and figure the law would be coming there. I then asked him he knew they was robbing lady, Katherine, and he stated yes.

Allen stated around 1200 hrs he saw William Lester and Amanda Hoskins at Mike Simpson's residence at Moores Creek. I asked him if they told him they had done it. He stated Amanda Hoskins told him they got the job done, referring to robbing Katherine Mills. Allen stated at that time he did not know they had killed her, he thought they tied her up and took her money. I asked Allen if they had the money they had stolen from Katherine and he stated yes. Allen stated Amanda had approximately four thousand dollars one her. Allen stated Amanda Hoskins had the money folded up like you would put a rubber band on it.

KSP 000282

Allen stated Amanda told him the money came from the job, robbing Katherine Mills. He stated Amanda put in order to him and Mike to buy drugs in Florida. Allen stated it was true that Mike Simpson knew William and Amanda was going to rob Katherine but did not they were going to kill her. He stated Mike found out and started crying when Jesse called and told him when they were in Florida.

Allen stated he heard Jonathan Taylor helped Amanda rob and kill Katherine Mills but Amanda never told him that. This is a summary of the statement SEE CD for entire statement.