IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) | |
| | ) | Case No. 17-CV-84 |
| Plaintiffs, | ) ) | |
| | ) | Hon. ROBERT E. WEIR |
| v. | ) ) | |
| | ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | | |

# EXHIBIT 44

on DOS: 25 yrs, DOB: 01/07/1985

Hope Medical Center
1927 South Highway 25 E  PO Box 1390  Barbourville, KY 40906
(606) 546-5001

seen by: Larry Warren, D.O.
seen on: Monday 20 December 2010

signed by: Larry Warren, D.O.
signed on: Wednesday 22 December 2010 5:36 PM

(Appt time: 11:30 AM) (Arrival time: 12:54 AM) pulse ox:98%  Suboxone check up

10-10-1058  Kathorian
             nills
             Murder