IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) | Case No. 17-CV-84 |
| Plaintiffs, | ) ) | Hon. ROBERT E. WEIR |
| v. | ) ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) ) | JURY TRIAL DEMANDED |
| Defendants. | | |

# EXHIBIT 55

| CASE/INCIDENT NUMBER: KY 10-10-1058 | | | | REPORT DATE: 3/16/2012 | |
|---|---|---|---|---|---|
| REPORTING AGENCY ORI/NAME: KSP1000 KY STATE POLICE, POST 10 | | | | | |
| PRIMARY INVESTIGATING AGENCY ORI/NAME: KSP1000 KY STATE POLICE, POST 10 | | | | | |
| REPORTING OFFICER NAME: J YORK | | | | REPORTING OFFICER UNIT BADGE ID: 0856 | |
| PRIMARY OFFICER UNIT BADGE ID: 0856 | | | | | |
| REVIEWED BY | | | | | |

| WITNESS SEQUENCE | WITNESS NAME | | | | PHONE |
|---|---|---|---|---|---|
| of | | | | | |
| ADDRESS | | | | | DATE OF BIRTH |
| CITY | | STATE | ZIP CODE | SSN | |
| WITNESS SEQUENCE | WITNESS NAME | | | | PHONE |
| of | | | | | |
| ADDRESS | | | | | DATE OF BIRTH |
| CITY | | STATE | ZIP CODE | SSN | |

## NARRATIVE

On 03-16-12 at approximately 1449 hrs Kayla Mills gave me a recorded statement at the Barbourville Police Department. Present at the interview was Kayla Mills attorney Ken Boggs, Cricket Mills, and Scott Mills. Kayla Mills gave a date of birth of ▮▮▮▮▮▮ and phone number of 606-542-0779. This is a summary of statement see CD for entire statement

Kayla Mills stated that she dated Jonathan Taylor, I asked Kayla to tell me about all the times Jonathan talked about killing Katherine Mills. She stated she knew he had it in him to kill somebody and that was the reason she broke up with him. Kayla stated she was afraid Jonathan Taylor was going to kill her. Kayla Mills stated Jonathan Taylor confessed to killing Katherine Mills a lot to her. She stated he would say I done left one lying up on the creek and I don't care to leave another one. Kayla stated Jonathan never went in details on how he killed her but that he felt guilty because of it. Kayla stated that Jonathan brought up Amanda Hoskins and William Lester and the money that was taken from Katherine Mills.

Kayla went on to describe how William Lester told Jonathan that Law Enforcement was going around to all the drug dealers and asking if they had spent a lot of money. Kayla stated William was really worried about the police asking questions.

This unit will supplement case when more information is obtained.

KSP 000286