IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | |
|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, ) ) ) Plaintiffs, ) ) v. ) ) KNOX COUNTY, ET AL., ) ) Defendants. | Case No. 17-CV-84  Hon. ROBERT E. WEIR  Mag. HANLY A. INGRAM  JURY TRIAL DEMANDED |

# **EXHIBIT 56**

| AOC-315 Rev. 9-02 Page 1 of 2 | Doc. Code: CWS 03/14/2012 11:52 am Ver. 1.01 | CRIMINAL COMPLAINT AND ☑ ARREST WARRANT OR ☐ SUMMONS | Case No. _____ Court ____District____ County __Knox__ |
|---|---|---|---|

Commonwealth of Kentucky
Court of Justice   www.kycourts.net
RCr 2.06; RCr 4

**COMMONWEALTH OF KENTUCKY**                                                                                               **PLAINTIFF**
VS.

                                                                                                                                                        **DEFENDANT**
*Name:*   KAYLA                                                                     MILLS
*Address:*   2795 KY 223

         FLAT LICK                              Kentucky                    40935
*Telephone No.*

| Sex | Race | Birthdate | Hair | Eyes | Height | Weight | Operator License No. | Licensing State |
|---|---|---|---|---|---|---|---|---|
| F | W | | | | | | SS# 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 | |

☐ Armed or Dangerous     ☐ Felony     ☐ Misdemeanor

### CRIMINAL COMPLAINT

Affiant says that on __12-20__, 2_010_, in _____ County, Kentucky, Defendant unlawfully:
COMMITTED THE OFFENSE OF MURDER AND ROBBERY 1ST BY TAKING THE LIFE OF KATHERINE MILLS AND BY TAKING APPROXIMATELY $12,280.00 FROM HER RESIDENCE

Affiant's Name *(type or print):*  DET. JASON YORK, KSP
Affiant's Address:
         POST # 10
         HARLAN                               Kentucky              40834
Affiant's Phone No.: _____

Date: __3-14__, 2012.                     Det. Jason York 41856
                                                                    **Affiant's Signature**

Subscribed and sworn to before me on ___3-14___, 2012. If a Notary, my commission expires:
_____, 2_____        Donna K Smith AP
                                         Name and Title                    KSP 000362