# CRIME SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

| CASE/INCIDENT NUMBER: | KY 10-10-1058 | REPORT DATE: | 7/31/2012 |
|---|---|---|---|
| REPORTING AGENCY ORI/NAME: | KSP1000 KY STATE POLICE, POST 10 | | |
| PRIMARY INVESTIGATING AGENCY OR/NAME: | KSP1000 KY STATE POLICE, POST 10 | | |
| REPORTING OFFICER/NAME: | J YORK | REPORTING OFFICER UNIT BADGE ID: | 0856 |
| PRIMARY OFFICER UNIT BADGE ID: | 0856 | | |
| REVIEWED BY: | | | |

| WITNESS SEQUENCE of | WITNESS NAME | | | | PHONE |
|---|---|---|---|---|---|
| ADDRESS: | | | | | DATE OF BIRTH |
| CITY: | | STATE: | ZIP CODE: | SSN: | |
| WITNESS SEQUENCE of | WITNESS NAME | | | | PHONE |
| ADDRESS: | | | | | DATE OF BIRTH |
| CITY: | | STATE: | ZIP CODE: | SSN: | |

## NARRATIVE

On 07-18-2012 myself and Det. Mark Mefford interviewed Daniel Wilson at Rotary Correction Complex at LaGrange. Mr. Wilson did not want to be recorded. He stated he was in a cell with Jonathan Taylor at Whitley County. He stated while he was in the cell with Jonathan, he talked about killing an old woman over money. He stated it was arranged by his cousin Amanda. Daniel did not know any last names. I asked him if Jonathan described how he killed the lady. Daniel stated he never said what he used, however when he talked about he would get into it. He said Jonathan would move his arms and hands when he described beating the lady. The motion would be if he had something like a club or hammer in his hands. On 07-30-2012 I made the Commonwealths Attorneys Office aware of the interview. I will supplement case when court disposition is made.

PL 015055