IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION


| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) | |
| | ) | Case No. 17-CV-84 |
| Plaintiffs, | ) ) | Hon. ROBERT E. WEIR |
| v. | ) ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |


# <u>EXHIBIT 63</u>

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY


NO. 17-CV-84


AMANDA HOSKINS, ET AL.,
PLAINTIFFS
V.


KNOX COUNTY, ET AL.,
DEFENDANTS


## Report on Eyewitness Identification


### Professional Background of Jeffrey Neuschatz, Ph.D.

I, Jeffrey Neuschatz, received a Bachelor of Arts degree from Roger Williams University in 1992, graduating *summa cum laude* in Psychology. I received a Master of Arts degree from the State University of New York at Cortland in 1994 and a Ph.D. from Binghamton University in 1999. I have been a professor at The University of Alabama in Huntsville since 2000. I am an expert on memory, especially eyewitness memory. I have been studying eyewitness memory for fifteen years. In this time, I have published several articles in peer reviewed journals, written peer invited chapters, and presented my research findings at regional, national, and international conferences. I have been qualified as an expert on eyewitness memory in approximately 105 criminal cases in seven states, federal courts, and military courts.  I have provided my curriculum vitae, which lists my

publications and other professional accomplishments to date, in Appendix B.

## Remuneration

Loevy & Loevy has agreed to compensate me for my work in this case at a rate of $300 per hour for consulting and expert testimony and $125 per hour for travel.

## I.    Overview of Opinions

In March of 2012, Plaintiffs Jonathan Taylor and Amanda Hoskins were charged with the murder of Katherine Mills, based in part on law enforcement's report that an eyewitness, Michael Crump, had positively identified the Plaintiffs as the people he saw outside Ms. Mills' home on the day of the murder.

As a result, counsel for the Plaintiffs in *Amanda Hoskins, et al., v. Knox County, et al.* have contacted me regarding expert assistance in various eyewitness identification matters at issue in the case. The brief summaries set forth below are based on my review of discovery materials provided to me by Plaintiffs' counsel. I take no position on the accuracy of the details provided in the discovery.

Attorneys for Ms. Hoskins and Mr. Taylor have provided me with copies of the case discovery and have discussed with me the nature and circumstances of the case. Because of my expertise, counsel have asked me to evaluate the identification issues with them and provide testimony regarding eyewitness memory. My role is to examine the identification evidence and, if necessary, inform the court or jury about the current state of knowledge regarding eyewitness memory and factors that may influence it. Below are the opinions I would include in my testimony, citing relevant

research on eyewitness memory in general and showups in particular, because of their relevance to the identifications at issue.

## II.   Overview of Scientific Research on Memory and Eyewitness Identification

### a. Memory

Memory does not work like a camera or video-recorder. Instead, memory is reconstructive. When we experience an event, we do not keep a verbatim and complete copy of what or how the event transpired. Instead, we store the gist of the event and when we want to retrieve the experience, we fill in the gaps in accordance with what we know about how the world works.  Because we do not have a verbatim copy of what occurred, these reconstructions can be accurate, but they also may be inaccurate. This explains how people can have confidently held detailed memories of events that never occurred. Furthermore, memories, once formed, can still change with any retrieval of that memory. (Loftus, 1979; Loftus & Loftus, 1980; Schacter, 1995).

Cognitive and social psychology have contributed significantly to our understanding about eyewitness memory. Psychological research on eyewitness memory is regularly published in such peer-reviewed journals as *Law and Human Behavior*, *Applied Cognitive Psychology*, *Journal of Experimental Psychology: Applied*, *Legal and Criminological Psychology*, and *Psychology, Crime & Law*. A search of the American Psychological Association's PsycArticles1 database conducted on April 17, 2018 using the keyword "eyewitness" yielded a list of 2,083 journal article references to eyewitness research. Using the American Psychological Association's

PsycInfo database, a April 17, 2018 search using "eyewitness" as the key word yielded a list of 3,100 scholarly references. Thus, the volume of research on eyewitness memory is substantial.

Eyewitness research is presented at annual conferences, most notably the meeting of the American Psychology-Law Society (Division 41, American Psychological Association). Eyewitness research is often discussed in textbooks used in Psychology courses (e.g., Introduction to Psychology, Cognitive Psychology, Social Psychology, Forensic Psychology) and is the subject of master's theses and doctoral dissertations. Researchers author and edit scholarly books devoted entirely to eyewitness memory (e.g., Cutler, 2013; Lampinen & Neuschatz, & Cling, 2012; Lindsay, Ross, Read & Toglia, 2007; Toglia, Read, Ross & Lindsay, 2007).

Psychological research on eyewitness identification has been influential in the reforming of police procedures for interviewing eyewitnesses and conducting identification tests (Smith & Cutler, 2013b). Eyewitness research has been the topic of at least eight amicus briefs submitted by the American Psychological Association and figured prominently in several state Supreme Court decisions (*Commonwealth v. Gomes,* 2015; *State of New Jersey v. Henderson*, 2011; *State of Oregon v. Lawson*, 2002).

Research has also been devoted to the question of the role of mistaken eyewitness identification in conviction of the innocent. Although the work of the Innocence Project and the advocacy organizations associated with the Innocence Network has brought considerable recent attention to the problem of wrongful

conviction, the problem is not new. Yale Law Professor Edwin Borchard documented 65 cases of wrongful conviction 80 years ago (Borchard, 1932). Additional cases were documented in subsequent decades (Smith & Cutler, 2013a).

As of December 5, 2018, the National Registry of Exonerations has documented 2,318 cases where mistaken identifications contributed to wrongful convictions. In a National Registry report entitled "Exonerations in the United States, 1989-2012," mistaken identification was a contributing factor in 43% of the total 873 wrongful convictions (27% of the 416 homicide cases and 51% of the 47 other violent crimes cases). According to the Innocence Project's web page, "Eyewitness identification is the single greatest cause of wrongful conviction nationwide, playing a role in more than 70% of convictions overturned through DNA testing." In reviewing a larger sample of wrongful conviction cases, we find mistaken identification to be a factor in about 50% of cases (Smith & Cutler, 2013a).

### b. Showup Identifications

A showup is a procedure in which an eyewitness is presented with a single person, either live or in a photograph, for the purpose of identification (Valentine, Davis, Memon, & Roberts, 2012). Typically, these one-on-one confrontations occur in the field, and in close spatial and temporal proximity to the crime (Behrman & Davey, 2001, Neuschatz et al 2016).   Showup identifications have been repudiated as less reliable than lineup identifications by the United States Supreme Court (*Stovall v. Denno*, 1967; *United States v. Wade*, 1967), the Sixth Circuit (*Gregory v. Louisville,* 2006; *Webb v. Havener,* 1977; *Haynes v. Bell,* 1998), state courts (*Bradley*

*v. State*, 1980; *Commonwealth v. Carter*, 1979), and social science researchers (Neuschatz et al., 2016, Steblay, Dysart, Fulero, & Lindsay, 2003). In fact, in a recent survey of eyewitness identification experts, Kassin, Tubb, Memon, and Hosch (2001), reported that 74% of the respondents endorsed the statement that showups increase the likelihood of a false identification relative to lineups.

The major criticism against using showups is that they are inherently biased and lead to more false identifications of innocent people than lineups. There are several reasons for this concern.

First, one of the guidelines for a fair and proper lineup from the Department of Justice (DOJ, Technical Working Group, 1999) is that the suspect should not stand out from other members of the lineup. Second, another recommendation from the DOJ is that the lineup administrator should be unaware of the identity of the suspect so that the administrator cannot influence the witness. Clearly, it is impossible to adhere to these recommendations with showups: the suspect stands out and the lineup administrator knows the suspect's identity.

Next, it has been suggested that because showups have only one suspect, they will produce higher choosing rates than lineups. The idea is that witnesses are more likely to choose when there is only one option as opposed to six or more options. The higher choosing rate could lead to more correct identifications but also more false identifications of suspects. (False identifications refer to the identification of an innocent suspect who is thought to have committed the crime.) False identification is a dangerous error because of the potential of innocent people

being indicted and potentially incarcerated.  As evidence of the increased choosing rate with showups, Behrman and Davey (2001), in their archival analysis, reported that the choosing rate in showups was 76% as opposed to 48% for lineups.  One important fact to note is that the Behrman and Davey (2001) results are based on an archival analysis of police records so it is impossible to know if the increased choosing rates in the showups were actually correct or false identifications.

A third criticism is that there is no way in showups to identify people who are merely guessing and have no memory of the perpetrator. One benefit of lineups, simultaneous (showing all lineup members at once) or sequential (showing lineup members one at a time), is that there is some protection for an innocent suspect with the presence of foils. (Foil identifications refer to identifications of people who are known to be innocent.) An unreliable eyewitness can be identified through their selection of a foil in a lineup. The showup does not afford any such protection.

*Proponents.* Proponents of using showups generally offer two reasons for conducting showups: they can be done quickly while the memory is fresh, and since showups have the potential to be conducted faster than lineups, criminals can be detained, and innocent persons freed of suspicion, more quickly than with lineups. Research on eyewitness identification demonstrates that witnesses tend to perform more poorly at identifying guilty suspects as time progresses (Clark & Godfrey, 2009). Therefore, it is better to test memory (i.e., administer an eyewitness identification task) at a short delay rather than long delay. Consistent with the psychological research, the United States Supreme Court and state courts have held

that one of the circumstances under which it is acceptable to conduct a showup is when it occurs close in time to the incident in question (*see* Gardner & Anderson, 2004). The rationale given by the courts is that the memory is stronger and more likely to be more accurate at a shorter delay. Thus, a potential advantage of showups is that they may result in better memory performance than lineups due to the shorter delay between the incident and the administration of the identification procedure. However, Wetmore et al. (2014) demonstrated that even with a shorter retention interval (5 minutes), participants had worse discrimination (fewer correct identifications and more false identifications) than participants who completed a lineup two days after viewing the event.

As noted by the Technical Working Group (DOJ, Technical Working Group, p. 27, 1999), showups are inherently biased and should be used only in a limited set of circumstances:

> The use of a showup can provide investigative information at an early stage, but the inherent suggestiveness of a showup requires careful use of procedural safeguards.

### III.   Factual Background Regarding Eyewitness Identification

On December 20, 2010, law enforcement responded to the home of Katherine Mills in Flat Lick, Kentucky. Upon arrival, officers found Katherine Mills dead outside her home. A joint murder investigation was commenced by Kentucky State Police ("KSP"), the Barbourville Police Department, and the Knox County Sheriff's Department.

Hoskins et al. v. Knox County et al,  9

### a.  Eyewitness Account

According to a case supplement drafted by KSP Detective Mike Cornett,

Detective Cornett took a statement from Mr. Michael Crump near the scene. (PL

002663).   The report indicates that Mr. Crump provided the following information:

> Mr. Crump stated that own [sic] 12/20/10 he drove by this residence
> and he observed a blue car parked near the road in front of the house.
> He states that he obsevred [sic] a white male wearing a hooded
> camoflauge [sic] coat walking from the rear corner of the residence
> towards the road. He states that the man had tatoos [sic] on one or
> both of his hands. *Id.*

A February 2, 2011 report indicates that Mr. Crump thereafter provided the

same information to KSP Detectives York and Joshua Bunch. (PL 15065).  At that

time, Detective Bunch made the following sketch of the male that Mr. Crump

purportedly described seeing at the Mills residence:



Two days later, Detective York sought out an affidavit for a search warrant in which he swore that Mr. Crump "identified" Mr. Michael Simpson as being the person Mr. Crump saw at Katherine Mills' home on the day she was found deceased. (PL 00339-340).  According to sworn testimony given by Mr. Crump and Detective York at their depositions, however, Mr. Crump was never able to positively identify anyone. *See* subsection (c) below.

### b.    Photos of Jonathan Taylor

Later in the investigation, Detective York ultimately used the sketch to try to manufacture a positive identification of his suspect, Jonathan Taylor. *See* York Deposition, p. 346, 2-6. As such, in February of 2011, Detective York and Knox County Sheriff John Pickard arrested Jonathan Taylor and took him to the Barbourville Police Station for questioning. Taylor Deposition, p. 145, 1-10; 146, 2-5, 15-23; 147, 3-4; Pickard Deposition, p. 97, 11-13.  The record reveals that the Defendants had viewed the composite sketch created by Mr. Crump and Officer Bunch prior to this date. York Deposition, p. 343-345; Pickard Deposition, p. 237:11-16.  There, Defendant York, Pickard, and Broughton intentionally requested that Mr. Taylor put on a coat on prior to instructing him to place the hood over his head. *See* Taylor Deposition, 3/28/18, p. 145, 1-5; p. 147, 10-13; York Deposition, p. 349, 7-25; 350, 1-25; p. 351, 1-8.  After doing so, the Defendants proceeded to take photographs of Mr. Taylor in an effort to obtain Mr. Crump's identification. Detective Broughton never made any attempts to stop Defendants York or Pickard from dressing Mr. Taylor up.

Hoskins et al. v. Knox County et al,  11

According to Mr. Taylor, Defendants Broughton and York engaged in a discussion during the photo-taking process.  See Taylor Deposition, 4/13/18, at 16-18.  In their conversation, Defendants Broughton and York boasted about how they were taking the photographs in a manner that would cause Mr. Crump to identify Mr. Taylor and allow for law-enforcement to finally initiate charges against him. Id. at 16:16-17:14. According to Mr. Taylor, the Defendants bragged as they concocted an unduly suggestive photo array, claiming "Oh, yeah, we got him." Defendant Broughton admits to taking the photographs of Mr. Taylor and reveals that he "knew they were going to be used in some capacity in the investigation." Broughton Dep. 125-126.

Detective York even admits that in an effort to get the photographs of Mr. Taylor to look like the sketch done by Mr. Crump, the officers had Mr. Taylor put the hood of the coat over his head, to leave some of his hair out of the sides of the hood, and to turn to the side. Id.

> Q:     ...You told Jonathan Taylor to put on this hoodie and have the hood over his head when you took the photographs, right?
>
> A:     Probably so, yes.
>
> Q:     Yeah. And that's because you knew that Mr. Crump's sketch had a hood over the suspect, right?
>
> A:     Yes.
>
> Q:     So you wanted the photographs of Jonathan Taylor to look like the sketch that was done by Michael Crump, right?
>
> A:     Is—as long as—all the pictures I took of different people. Yes.

York Deposition, p. 349, 7-16, 20-21.

Hoskins et al. v. Knox County et al,  12

Some of these photographs are contained below.






Months later, Detective York later sent the photos of Mr. Taylor to a police department in Oklahoma so those officers could show the photos to Mr. Crump to see whether Mr. Crump could positively identify Mr. Taylor as the suspect he saw outside the Mills' residence. York Deposition, p. 69, 19-23. *See also* PL 002674 indicating Mr. Crump lived in Oklahoma from March 2011 until August 2012.

Importantly, the Defendants did not send any photographs of other individuals at the time Mr. Taylor's photograph were sent.

### b.  Eyewitness Could Not Positively Identify Mr. Taylor

When shown the photographs of Mr. Taylor, Mr. Crump was unable to positively identify Mr. Taylor, a fact Detective York admittedly did not document in any report. York Deposition, p. 69, 24-25, p. 70, 4, 14-23; 71, 3-9; p. 73, 4-5; p. 169, 22-25. In fact, Mr. Crump is consistent in his recollection that he could not and did not positively identify anyone because he could not see the male's face he observed outside the residence.

Mr. Crump testified as follows during his April 19, 2018 deposition:

>Q:  Did you ever identify Mike Simpson?
>
>A:  No, I don't even know who he is.
>
>Q:  Did you ever…
>
>A:  I didn't identify no one.
>
>Q: Okay.
>
>A:  I told him 100 percent that I could not identify…I did not see a         face…

Crump Deposition, p. 16, 4-10; *see also,* Crump deposition, p. 11, 20-25 ("All I seen was a tattoo on a hand…"); p. 12, 8-9 (… "I did not seen a face and I didn't see a face in the car because the lady was turned around."); p. 24, 4-7 (Q: "And one of the things that you told Detective York all along was that you didn't see the face?" A: "No. I didn't. Never did."); p. 41, 2 ("I can't identify a face.").

Hoskins et al. v. Knox County et al,  14

## IV.     Factors Affecting Confidence of Identification

### a.  Limited view of the alleged perpetrator's face.

Mr. Crump testified that he had a limited view of the suspect's face. In his deposition, he stated that he was traveling at 40 miles per hour at the time he drove by Ms. Mills' home, and that the individual was looking away from the road and towards the home when Mr. Crump passed by, making an identification impossible. *Id.* at p. 38, 8, 48:3-10,  61:20-22 ("...I didn't see the face. It was this way. Yeah, it was toward the house. There wasn't no face I saw.")

Later, Mr. Crump testified that:
> A:  But now, the face I never seen it.
> Q:  Never seen the face?
> A:  No.
> Q:. Okay. And so if we were looking at --
> A:  Because I remember they had some kind of a hoodie pulled
>      down, yeah.

Crump Deposition, p. 39, 2-7.

Detective York agreed that Mr. Crump could not make a positive identification "That's one thing that myself and – and the defense agreed upon is that Michael Crump could never positively identify anybody from the photos. York Deposition, p. 70, 24-25 – p. 71, 1. Additionally, Mr. Crump testified that the above sketch created by Det. Bunch was inaccurate because the hood the individual wore was pulled down further on the male's face than the sketch indicates. *Id.,* p. 48, 3-10.

> A:      -- this hoodie was nothing like this.

Hoskins et al. v. Knox County et al,  15

Q:     Okay.

A:     This hoodie was pulled way down.

Q:     How far?

A:     Yeah, it was like a -- you ever seen somebody wear an oversized jacket that looks like it's too big for them, you know, that was kind of slouched down like his, going.

Q:     Do you have a hood on your sweater?  Can you demonstrate how far down the hoodie was pulled when you saw the guy?

A:     Yeah, it was probably down about – probably down about like this right here.

Q:     So that's not –

A:     Yeah, So I couldn't see a face.

Q:     So, for the court reporter. It is fair to say that the hoodie was pulled down almost to the bottom of his nose?

A.     Yeah, I don't know, I couldn't – like I told you, I can't 100 percent   identify nobody.

Crump Deposition, p. 46, 2-22. (*See* sketch below on which Mr. Crump marked during his deposition indicating where hood fell under the individual's nose.)

Hoskins et al. v. Knox County et al,  16



In sum, Mr. Crump consistently reported not having seen a frontal view of the alleged perpetrator's face. He reported only seeing a side view of the male's face and a tattoo on his hand.  When features of the face are unavailable to be encoded, these features are not available to aid in recognition and recognition accuracy therefore suffers (Mansour et al., 2012). This factor, taken alone or in combination with the other witnessing factors identified in this report, increased the risk of a mistaken identification.

###### b.       Clothing Bias

Clothing bias refers to a situation when an innocent suspect is identified because he/she is wearing clothes similar to the clothes worn by the perpetrator. Showups are often used at the time suspects are apprehended because they are near the vicinity of the crime and they match the description of the perpetrator. Almost half of the information contained in witness descriptions refers to the

clothing worn by the perpetrator (Lindsay, Nosworthy, Martin, & Martynuck, 1994). Thus, clothing bias is a particular problem for showups and can lead to erroneous identifications.

There have been several studies that have examined clothing bias in showups. In one of the first studies, Yarmey et al. (1996) had the perpetrator approach volunteers in public places and ask for directions to a specific location. After varying retention intervals, the volunteers completed the showup identification.  In the same clothing condition, the perpetrator and the suspect wore the same clothing; in the different clothing condition the suspect wore a sweater that differed in color and style from the one worn by the perpetrator. Yarmey also varied the how closely the suspect resembled the perpetrator. The results revealed more false identifications in the perpetrator-absent condition when the clothing matched and the suspect closely resembled the perpetrator.  Clothing bias did not influence witnesses' correct or false identifications when the suspect did not resemble the perpetrator.

Dysart et al. (2006) examined clothing bias by varying the typicality of the clothing: distinct (e.g., Harley Davidson T-shirt) vs common (e.g., blue button-down dress shirt).  They only found a clothing bias effect when the suspect wore distinctive clothing. There was no clothing bias when suspects were dressed in typical clothing.  More specifically, there were more false identifications when the innocent suspect wore the same clothes as the perpetrator.

Hoskins et al. v. Knox County et al,  18

Wetmore et al, 2015, had participants watch a video in which the perpetrator, wearing either a hat or not, stole a laptop computer from an apartment. Later, participants completed a video showup identification in which the suspects were either wearing the same clothing as the crime video or different clothing  and were either wearing the same hat or not.  The results revealed that clothing match enhanced discrimination--more correct identifications and fewer false identifications--than when the clothing did not match.  Wetmore et al. did not interpret these results as an endorsement for conducting showups with the suspect wearing matching clothing to the perpetrator. In fact, they argued that clothing bias remains a concern in showups:

> Maintaining the same clothing in the showup identification enhanced participant's ability to discriminate a guilty from an innocent suspect. Does that mean that we recommend that the police should try to capitalize on a match of clothing and not worry about any possible negative consequences? An answer to that question depends on the quality of an eyewitness' description of the perpetrator. For example, if the viewing conditions are suitable (e.g., adequate lighting, low stress) and a witness is able to provide a detailed description of the perpetrator's face, then it seems reasonable that a clothing match could enhance discriminability (Wetmore et al., 2015, p. 41 ).

Here, as noted above, Mr. Crump repeatedly stated during his deposition that he could not see the face of the person coming around the corner of Ms. Mills' house due to the hoodie being pulled down and the suspect looking away from him. As such, clothing bias would remain a significant concern in the showup photos of Mr. Taylor.  Put simply, dressing Mr. Taylor up in a hoodie to mimic the sketch is an incredibly suggestive identification procedure that runs contrary to the standards that existed at the time.

Hoskins et al. v. Knox County et al,  19

## V.      Opinions

According to the United States Supreme Court precedent and Commonwealth's Attorney Jackie Steele showups are inherently biased and should only be conducted under a limited and specific set of circumstances such as if the witness is dying (Stovall v. Denno, 1967) or if the identification occurs close in time to the crime (Gardner & Anderson, 2004).  As Commonwealth's Attorney Jackie Steele testified:

> A:  … A photo show-up would -- could be one individual. Of course, if you do that, you do have a very high likelihood of it being suppressed for a photo show-up, unless there's some very limited instances in which it would not be suppressed. So, I believe the best course of action is six, to get around the suppression issues. There can be a photo show-up with one, but again, your likelihood of suppression of that will be suppressed.

Steele Deposition, P. 91, 2-10.

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

> Q:  And is that because, in your experience, courts have found that the showing of a single photograph of an unknown suspect is unduly suggestive?
>
> A.  I think that's the -- the language that the courts would use. Yes.

*Id.* at P. 92, 16-21.

In the present case, neither of these conditions existed.  Mr. Crump was not dying, and the attempt to identify Jonathan Taylor was conducted several months after the incident.  Since these circumstances were not present in this case, the

Hoskins et al. v. Knox County et al,  20

police could have conducted a less-biased identification (i.e., a lineup) or a properly constructed photo-array, one that is not unduly suggestive.

Moreover, according to his own sworn testimony (p 349), Detective York admits that he and the other Defendants intentionally photographed Mr. Taylor for the purpose of identification to look like the person described by Mr. Crump.  The effect of matching the clothing of the culprit and the suspect increases the bias in the identification procedure when the witness does not get a good view of the culprit's face. Detective York did this even though Mr. Crump had repeatedly told him that he would be unable to identify the culprit because he did not see his face. Furthermore, Mr. Crump testified at his deposition that the sketch of the culprit did not resemble his description.  In summary, having Mr. Taylor pull his hoodie over his head for the photograph increased the bias in the lineup.  Put simply, the Defendants here intentionally constructed unduly suggestive identification procedure.

The identification procedures from which the eyewitness was asked to identify Mr. Taylor are of the type that encourage identifications by guessing and offer little protection against identification from guessing.  While Mr. Taylor's appearance alone rendered the identification procedure as highly suggestive, suggestiveness was further enhanced by the manner in which the identification process was administered by the investigators.  Defendant York testified that he only sent photographs of Mr. Taylor for Mr. Crump to view.  In this case, the photo

array procedure has significant shortcomings with respect to suggestiveness and the protection of identification from guessing.

Further, identification by guessing is more likely to occur when the perpetrator was not known by the eyewitness and/or the eyewitness has a weak memory trace for the perpetrator.  The strength of the memory trace is influenced by the conditions under which the eyewitness viewed the events. Generally speaking, eyewitnesses who have weaker memories are more susceptible to suggestive influences than do eyewitnesses who have stronger memories (e.g., Lane, 2006). For example, we would expect suggestive identification procedures to have less of an effect on an eyewitness who is identifying a good friend or relative than on an eyewitness who is identifying a perpetrator never seen before the crime. We would likewise expect suggestive procedures to have more of an effect on an eyewitness who saw the perpetrator in conditions that limited his or her opportunity to form a strong memory for the perpetrator than on an eyewitness who had generous time and opportunity to get to know a perpetrator at the time of the crime.

Research on eyewitness identification has identified various factors that influence an eyewitness' ability to encode the facial characteristics of a perpetrator and ultimately to make an accurate identification. Eyewitnesses are more prone to error when:

- the lighting conditions are dim and viewing distances are substantial (De Jong, Wagenaar, Wolters, & Verstijnen, 2005);

Hoskins et al. v. Knox County et al,  22

- the eyewitness's exposure time to the perpetrator's face is brief as opposed to long (Bornstein, Deffenbacher, Penrod, & McGorty, 2012);

- the perpetrator is of different race rather than the same race (Meissner & Brigham, 2001);

- the event is extremely stressful as opposed to less or moderately stressful (Deffenbacher, Penrod, Bornstein, & McGorty, 2004; Morgan et al., 2004);

- the perpetrator's hair and hairline are uncovered (Mansour et al., 2012);

- there is only one as opposed to multiple perpetrators (Megraya & Bindemann, 2011);

- the identifications are made after longer rather than shorter periods of time (Deffenbacher, Bornstein, McGorty, & Penrod, 2008).

As Mr. Crump himself concedes, the conditions under which the eyewitness viewed the alleged perpetrator in this case are of the type that weaken an eyewitness's memory trace for the perpetrator and increase the risk of false identification.  Here, there is evidence indicated that the Defendants were aware that some combination of the factors listed above existed prior to ever taking photographs of Mr. Taylor and conducting the suggestive show-up at issue.

Finally, it is extremely difficult for jurors and lay people, unfamiliar with the psychological research on eyewitness identification, to appreciate the subtle but important factors that can affect eyewitness identification accuracy and the factors that lead to false identifications. Many of the research findings are counterintuitive. For example, most lay people would not realize that simple instructions given to a witness, stating that the culprit may or may not be in the lineup, can dramatically affect identification accuracy. In addition, most people believe that there is a strong

Hoskins et al. v. Knox County et al,   23

correlation between confidence and accuracy. The confidence-accuracy correlation has been shown to be modest under the best of conditions when appropriate identification procedures are not used (Wixted & Wells, 2017). Considering that factors like these are subtle but can have an enormous impact on the accuracy of eyewitnesses and the impact of eyewitnesses on jurors, it is important to have experts educate the jury on these issues. Furthermore, traditional methods of instructing jurors (i.e., opening statements, cross examination, and judicial instructions) have not entirely been effective at educating jurors on what is otherwise counterintuitive and beyond the knowledge of lay people (Pezdek, 2007).

As summarized above, the identification procedures utilized by the Defendants in this case are unquestionably suggestive, under which one could not expect a high level of confidence in the accuracy of an identification, had one been procured.  The opinions contained in this report are stated to a reasonable degree of psychological certainty, and are based upon the information I have been provided to date. I reserve the right to modify my opinions should I receive new or additional information. Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing report is true and correct.


Respectfully submitted,

Jeffrey S. Neuschatz, Ph.D

## References

Behrman, B. W., & Davey, S. L. (2001). Eyewitness identification in actual criminal cases: An archival analysis. *Law and Human Behavior*, *25*(5), 475–491.

Bornstein, B. H., Deffenbacher, K. A., Penrod, S. D., & McGorty, E. K. (2012). Effects of exposure time and cognitive operations on facial identification accuracy: A meta-analysis of two variables associated with initial memory strength. *Psychology, Crime & Law*, *18*, 473-490.

Clark, S. E., & Godfrey, R. D. (2009). Eyewitness identification evidence and innocence risk. *Psychonomic Bulletin & Review*, *16*(1), 22–42.

Deffenbacher, K. A., Bornstein, B. H., Penrod, S. D., & McGorty, K. (2004). A meta-analytic review of the effects of high stress on eyewitness memory. *Law and Human Behavior*, *28*, 687- 706.

Deffenbacher, K. A., Bornstein, B. H., McGorty, E. K., & Penrod, S. D. (2008). Forgetting the once-seen face: Estimating the strength of an eyewitness's memory representation. *Journal of Experimental Psychology: Applied*, *14*, 139-150.

De Jong, M., Wagenaar, W. A., Wolters, G., & Verstinjnen, I. M. (2005). Familiar face recognition as a function of distance and illumination: A practical tool for use in the courtroom. *Psychology, Crime & Law*, *11*, 87-97.

Dysart, J. E., Lindsay, R. C. L., & Dupuis, P. R. (2006). Show-Ups: The Critical Issue of Clothing Bias. *Applied Cognitive Psychology*, *20*(8), 1009–1023

Gardner, T. J., & Anderson, T. M. (2004). *Criminal evidence: Principles and cases*. 5th ed.: Wadsworth Cencage Learning.

Kassin, S. M., Tubb, V. A., Hosch, H. M., & Memon, A. (2001). On the "general acceptance" of eyewitness testimony research: A new survey of the experts. *American Psychologist*, *56*(5), 405–416.

Lindsay, R. C. L., Nosworthy, G. J., Martin, R., & Martynuck, C. (1994). Using mug shots to find suspects. *Journal of Applied Psychology, 79*(1), 121-130.

Loftus, E. F. & Loftus, G. R. (1980). On the permanence of stored information in the human brain. *American Psychologist, 35*, 409-420.

Loftus, E. F. (1979). The malleability of human memory: Information introduced after we view an incident can transform memory. *American Scientist*, *67*, 312-320.

Mansour, J., K., Beaudry, J. L., Bertrand, M. I., Kalmet, N., Melsom, E. I., & Lindsay, R. C. L. (2012). Impact of disguise on identification decisions and confidence with simultaneous and sequential lineups. *Law and Human Behavior*, *36*, 513-526.

Megreya, A. M., & Bindermann, M. (2011). Identification accuracy for single- and double-perpetrator crimes: Does accomplice gender matter? *British Journal of Psychology*, *137*, 83-89.

Meissner, C. A., & Brigham, J. C. (2001). Eyewitness identification: Thirty years of investigating the own-race bias in memory for faces. *Psychology, Public Policy and Law*, *7*, 3- 35.

Neuschatz, J. S., Wetmore, S. A., Key, K. N., Cash, D. K., Gronlund, S. D., & Goodsell, C. A. (2016). A comprehensive evaluation of showups. In M. K. Miller & B. H. Bornstein (Eds.), *Advances in psychology and law*. (Vol. 1, pp. 43–69). Cham: Springer International Publishing.

Pezdek, K. (2007). Expert Testimony on Eyewitness Memory and Identification. In M. Costanzo, D. Krauss, & K. Pezdek (Eds.), Expert Psychological Testimony for the Courts (pp. 99-117). Mahwah, NJ: Erlbaum

Schacter, D. L. (1995). Memory distortion: History and current status. *Memory Distortion: How Minds, Brains, and Societies Reconstruct the Past*, 1-43.

Steblay, N., Dysart, J., Fulero, S., & Lindsay, R.C.L. (2003). Eyewitness accuracy rates in police showup and lineup presentations: A meta-analytic comparison. *Law and Human Behavior, 27*(5), 523-540.

Smith A. M, Cutler BL. (2013a) Introduction: identification procedures and conviction of the innocent. In: Cutler BL, editor , editor. Reform of Eyewitness Identification Procedures. Washington, DC: American Psychological Association; p. 3–2110.1037/14094-001

Smith A.M, Cutler B. L. (2013b) Conclusion: Identification Test Reforms. In: Cutler BL, editor., editor. Reform of Eyewitness Identification Procedures. Washington, DC: American Psychological Association; p. 3–2110.1037/14094-001

Valentine, T., Davis, J. P., Memon, A., & Roberts, A. (2012). Live showups and their influence on a subsequent video line-up. *Applied Cognitive Psychology*, *26*(1), 1–23.

Wetmore, S. A., Neuschatz, J. S., & Gronlund, S. D. (2014). On the power of secondary confession evidence. *Psychology, Crime & Law*, *20*(4), 339–357.

Wetmore, S. A., Neuschatz, J. S., Gronlund, S. D., Wooten, A., Goodsell, C. A., & Carlson, C. A. (2015). Effect of retention interval on showup and lineup performance. *Journal of Applied Research in Memory and Cognition*, *4*(1), 8–14.

Wixted, J. T. & Wells, G. L. (2017).  The Relationship between Eyewitness Confidence and Identification Accuracy: A New Synthesis. *Psychological Science in the Public Interest, 18*, 10-65.

Yarmey, A. D., Yarmey, M. J., & Yarmey, A. L. (1996). Accuracy of eyewitness identifications in showups and lineups. *Law and Human Behavior*, *20*(4), 459–477.

Hoskins et al. v. Knox County et al, 27

# Materials Reviewed

## Depositions

Jackie Steele, June 18, 2018
Jason York, February 13, 2018
John Pickard, March 22, 2018
Jonathan Taylor, April 13, 2018
Jonathan Taylor, March 28, 2018
Michael Crump, April 19, 2018
Mike Broughton, July 10, 2018

## Photographs

Photographs of Jonathan Taylor, Bates PL005067-5074
Photographs of Michael Simpson, Bates PL006455

## Police Reports

M. Mefford Report, March 23, 2013, Bates PL 025460
J. York Report, February 2, 2011, Bates PL 015065
Sketch Description provided by M. Crump, Bates PL002660
Transcript of Dist. Court Hearing, William Lester, March 27, 2012, Bates PL 025665-025683

## Polices & Procedures Barbourville

BAR 000001-000005 Definitions
BAR 000006-000015 Alarms and Responding to Silent Alarms
BAR 000016-000023 Disciplinary Procedures
BAR 000024-000040 DV Policy
BAR 000041-000047 Emergency Pursuit
BAR 000048-000054 K-9 Policy
BAR 000055-000058 Knox County Ministerial Association
BAR 000059-000060 Pepper Mace Policy
BAR 000061-000073 Rank Structures
BAR 000074-000086 Sexual Assault Investigations (2)
BAR 000087-000099 Sexual Assault Investigations
BAR 000100-000102 Traffic Check Point
BAR 000103-000107 Use of Force
BAR 000108-000111 Vehicle Policy

## Polices & Procedures Knox County

2014 Policy

**<u>Polices & Procedures Kentucky State Police</u>**
    2011 Training Manual

**<u>Training Records for John Pickard & Derek Eubanks</u>**

**<u>Discovery</u>**

    Defendant Mike Broughton's Answers to Interrogatories & Responses to Requests for Production of Documents Propounded by Plaintiffs, October 9, 2018

    Defendant John Pickard Answers to Interrogatories Propounded by Plaintiffs, September 5, 2017

    Defendant Knox County Answers to Interrogatories Propounded by Plaintiffs, September 28, 2017

    Defendant Jason York's Answers to Plaintiffs' First Set of Interrogatories, October 12, 2017

    Defendant Jason York's Responses to Plaintiffs' First Set of Requests for Production of Documents, October 12, 2017

Curriculum Vitae
**Jeffrey Scott Neuschatz**

## Personal Information

| | |
|---|---|
| Department of Psychology | Phone: (256) 824-2321 |
| Morton Hall 321 | Email: neuschaj@email.uah.edu |
| University of Alabama in Huntsville | |
| Huntsville, AL 35899 | |

## Academic Positions

| August 2012 - | Professor |
| | University of Alabama in Huntsville |
| August 2007 - 2012 | Associate Professor |
| | University of Alabama in Huntsville |
| August 2000 - 2006 | Assistant Professor |
| | University of Alabama in Huntsville |
| August 1999 | Visiting Assistant Professor |
| | St. Mary's College of Maryland |

## Education

| June 1999 | Ph.D. in Cognitive Psychology |
| | Binghamton University |
| May 1994 | M.S. in Experimental Psychology |
| | State University of New York College at Cortland |
| May 1992 | B.S. in Psychology |
| | Roger Williams University |

## Honors and Awards

- UAH Research and Creative Activity Mentor Award (2015)
- UAH Foundation Award for Research and Creative Achievement (2003)
- Outstanding Faculty Advisor, University of Alabama in Huntsville (2000-2001)
- Dissertation Year Fellowship, Binghamton University (1997-1998)

## Grants

*Eyewitness Identification Confidence.*
   UAHuntsville Individual Investigator Distinguished Research (IFDR) Program. (2017)
   Jeffrey S. Neuschatz
   Award:   $46,427

*Showups vs. Lineups: A Comparison of Two Identification Techniques*
   National Science Foundation LSS-1060921 (2011-2014)
   Jeffrey S. Neuschatz, Scott Gronlund, Charlie A. Goodsell
   Award:   $302,000

*Showups vs. Lineups: A Comparison of Two Identification Techniques*
   National Science Foundation SES-1060921 (2011-2014)
   Jeffrey S. Neuschatz
   Award:   $10,000

*The Effect of Post-Identification Feedback on the Elderly: Implications and Recommendation for Lineup Administrators*
   University of Alabama in Huntsville Research Mini-Grant. (2003)
   Jeffrey S. Neuschatz
   Award:   $10,000

*I am Sorry I Forgot Your Name: Testing an Expanding Rehearsal Account of Name Learning with the Elderly.*
   University of Alabama in Huntsville Research Mini-Grant. (2001)
   Jeffrey S. Neuschatz
   Award:   $10,000

## Books

Bornstein, B. H., **Neuschatz, J. S.** (under contract). Hugo Münsterberg's Psychology and Law: A Historical and Contemporary Assessment. Oxford University Press: New York.

Lampinen, J. M., **Neuschatz, J. S**., Cling, A. D. (2012). Psychology of Eyewitness Memory. Psychological Press: New York.

## Articles in Refereed Journals

Mote, P., Neuschatz, J. S, Bornstein, B. H., Wetmore, S. A., & Key, K. N. (in press). Secondary Confessions as Post-Identification Feedback: How Jailhouse Informant Testimony can Alter Eyewitnesses Identification Decisions *Journal of Police and Criminal Psychology.*

Key, K. N., **Neuschatz, J. S.,** Bornstein, B. H., Wetmore, S. A., Luecht, K. M., Dellapaolera, K. S., & Quinlivan, D. S. (2018). Beliefs about secondary confession evidence: a survey of laypeople and defense attorneys. *Psychology, Crime and Law*, *24*(1), 1-13.

Wetmore, S. A., McAdoo, R., Gronlund, S. D., & **Neuschatz, J. S.** (2017). The impact of fillers on lineup performance. *Cognitive Research: Principles and Implications, 2,* 1-13.

Key, K. N., Wetmore, S. A., **Neuschatz, J. S.**, & Gronlund, S. D. (2017). The effects of post-

2

identification feedback on showup identifications and innocent suspects. *Journal of Police and Criminal Psychology, 32,* 369-377.

Wixted, J. T., Mickes, L., Wetmore, S. A., Gronlund, S. D., & **Neuschatz, J. S.** (2017). ROC analysis in theory and practice. *Journal of Applied Research in Memory and Cognition, 6,* 343-351.

Key, K. N., Wetmore, S. A., **Neuschatz, J. S.**, Gronlund, S. D., Cash, D. K., & Lane, S. (2017). Lineup-fairness affects postdictor validity and 'don't know' responses. *Applied Cognitive Psychology, 31,* 59-68.

Quinlivan, D. S., Wells, G. L., **Neuschatz, J. S.,** Luecht, K. M., Cash, D. K., & Key, K. N. (in press). The Effect of Pre-admonition suggestions on Eyewitnesses' Choosing Rates and Retrospective Judgments. *Journal of Police and Criminal Psychology, 32,* 236-246.

Bornstein, B. H., Golding, J., **Neuschatz, J. S**., Kimbrough, C., Reed, K., Magyarics, C., & Luecht, K. (2016). Mock juror sampling issues in jury simulation research: A meta-analysis. *Law & Human Behavior, 15.*

Erickson, W. B., Lampinen, J. M., Wooten, A., Wetmore, S. A., & **Neuschatz, J. S** (2016).   When snitches corroborate:  Effects of post-identification feedback from a potentially compromised source. *Psychiatry, Psychology & Law, 23,* 148-160.

Key, K. N., Cash, D. K., **Neuschatz, J. S.**, Price, J. L., Wetmore, S. A., & Gronlund, S. D. (2015). Showups versus lineups with older adults. *Psychology, Crime, & Law, 21,* 871-889.

Wetmore, S. A., **Neuschatz, J. S.,** Gronlund, S. D., Key, K. N., & Goodsell, C. A. (2015). Do the clothes make the criminal? The influence of clothing match on identification accuracy in showups. *Journal of Applied Research in Memory and Cognition. 4, 36-42.*

Wetmore, S. A., **Neuschatz, J. S.,** Gronlund, S. D., Wooten, A., Goodsell, C. A., & Carlson, C. A. (2015). Effect of retention interval on showup and lineup performance. *Journal of Applied Research in Memory and Cognition, 4,* 8-14.

Goodsell, C. A. **Neuschatz, J. S.,** & Gronlund, S. D. (2015). Investigating mugshot commitment. *Psychology, Crime and Law. 21,* 219-233.

Gronlund, S. D., & **Neuschatz, J. S.**, (2015). Eyewitness identification discriminability: ROC analysis versus Logistic regression *Journal of Applied Research in Memory and Cognition. 4,* 221-228.

Wetmore, S. A., **Neuschatz, J. S.**, & Gronlund, S. D. (2014).  On the power of secondary confessions. *Psychology, Crime and Law, 20,* 339- 357.

Gronlund, S. D., Carlson, C. A., **Neuschatz, J. S**., Goodsell, C. A., Wetmore, S. A., Wooten, A., & Graham , M. C., (2012). Showups versus Lineups: An evaluation using ROC Analysis. *Journal of Applied Research in Memory and Cognition. 4,* 221-228.

3

**Neuschatz, J. S.**, Wilkinson, M. L., Goodsell, C. A., Wetmore, S. A., Quinlivan, D. S., & Jones, N. J. (2012). Secondary Confessions, Expert Testimony, and Unreliable Testimony. *Journal of Police and Criminal Psychology. 27,* 179-192.

Quinlivan, D. S., **Neuschatz, J.S.,** Wells, G. L., Douglass, A. B., & Wetmore, S. A. (2012). The Effect of Post-Identification Feedback, Delay, and Suspicion on Accurate Eyewitnesses. *Law and Human Behavior. 36,* 206-214.

Quinlivan, D. S., **Neuschatz, J.S.,** Wells, G. L., Cutler, B. L., McClung, J. E., & Harker, D. (2012). Do pre-admonition suggestions moderate the effect of the unbiased-lineup instructions? *Legal and Criminological Psychology, 17,* 165-176.

Douglass, A. B., **Neuschatz, J. S.**, Imrich, J., & Wilkinson, M. (2010) Does post-identification feedback affect evaluations of eyewitness testimony and identification procedures?" *Law and Human Behavior, 34, 282-294.*

Quinlivan, D. S., Wells, G. L. & **Neuschatz, J. S.** (2010). Is manipulative intent necessary to mitigate the eyewitness post-identification feedback effect? *Law and Human Behavior, 34,* 186-197.

Goodsell, C. A. **Neuschatz, J. S.,** & Gronlund, S. D. (2009). Effects of Mugshot Commitment and Choosing on Lineup Performance in Young and Older Adults. *Applied Cognitive Psychology, 23,* 788-803.

Quinlivan, D. S., **Neuschatz, J. S**., Jimenez, A., Cling, A. D., Douglass, A. B., & Goodsell, C. A. (2009). Do prophylactics prevent inflation? Post-identification feedback and the effectiveness of procedures to protect against confidence-inflation in earwitnesses. *Law and Human Behavior, 33,* 111-121.

**Neuschatz, J. S.,** Lawson, D. S., Swanner, J. S., Meissner, C. A., & Neuschatz, J. S. (2008). The Effects of Accomplice Witnesses and Jailhouse Informants on Jury Decision Making. *Law and Human Behavior 32(2),* 137-149.

**Neuschatz, J. S.,** Neuschatz, J. S., Lawson, D. S., Powers, R. A., Fairless, A. H., Goodsell, C. A., Toglia, M. P. (2007). The mitigating effects of suspicion on post-identification feedback and on retrospective eyewitness memory. *Law and Human Behavior*, *31(3),* 231-247

**Neuschatz, J. S.,** Neuschatz, J. S., Seemann, E. A., & Noble, A. P., (2006). Lineup identification: combating the effects of post identification feedback. *Journal of Forensic Psychology Practice,* 6, 63-73.

**Neuschatz, J. S**., Preston, E. L., Burkett, A. D., Toglia, M. P., Lampinen, J. M., & Neuschatz, J. S., Fairless, A. H.,  Lawson, D. S., Powers, R. A., & Goodsell, C. (2005).  The effects of post-identification feedback and age on retrospective eyewitness memory. *Applied Cognitive Psychology,* 19, 435-453.

**Neuschatz, J. S.,** Preston, E. L., Toglia, M. P., & Neuschatz, J. S. (2005). A Comparison of the Efficacy of Two Name Learning Techniques: Expanding Rehearsal vs. Name-Face Imagery. *American Journal of Psychology, 118,* 79-101.

4

Lampinen, J. M., Odegard, T., & **Neuschatz, J. S** (2004). Robust recollection rejection in the memory conjunction paradigm. *Journal of Experimental Psychology: Learning, Memory, and Cognition, 30,* 332-342

**Neuschatz, J. S.,** Lynn, S. J., Benoit, G. E. & Fite, R. (2003). Hypnosis and memory illusions: An investigation using the Deese/Roediger and McDermott paradigm. *Imagination, Cognition, and Personality, 22,* 3-12.

Soraci, S., Carlin, M. T., Toglia, M. P., Chechile, R., & **Neuschatz, J. S.** (2003). Generative processing and false memories: When there is no cost. *Journal of Experimental Psychology: Learning, Memory and Cognition, 29,* 511-523.

**Neuschatz, J. S.,** Benoit, G. E., & Payne, D.G. (2003). Effective warnings in the Deese/Roediger and McDermott false memory paradigm: The role of identifiablity. *Journal of Experimental Psychology: Learning, Memory and Cognition, 29*, 35-41.

**Neuschatz, J. S.,** Lampinen, J. M., Preston, E. L., Hawkins, E. R., & Toglia, M. P. (2002). The effect of memory schemata on memory and the phenomenological experience of naturalistic situations *Applied Cognitive Psychology, 16,* 687-708.

Lampinen, J. M., Copeland, S. M. & **Neuschatz, J. S** (2001). Recollections of things schematic: Room schemas revisited. *Journal of Experimental Psychology: Learning, Memory and Cognition, 27*, 1211-1222.

**Neuschatz, J. S.,** Payne, D.G., Lampinen, J. M., & Toglia, M. P. (2001). Assessing the Effectiveness of Warnings and the Phenomenological Characteristics of False Memories. *Memory, 9,* 53-71.

Lynn, S. J., **Neuschatz, J. S.,** Fite, R., & Kirsch, I. (2001). Hypnosis in forensic settings. *Journal of Forensic Psychology Practice, 1,* 113-122.

Lampinen, J. M., Faries, J. M., **Neuschatz, J. S.** & Toglia, M. P. (2000). Recollections of things schematic: The influence of scripts of recollective experience. *Applied Cognitive Psychology, 14,* 453-554.

Lampinen, J. M., **Neuschatz, J. S.,** & Payne, D. G. (1999). Source attributions and false memories: A test of the demand characteristic account. *Psychonomic Bulletin and Review,* 130-135.

Toglia, M. P., **Neuschatz, J. S**., & Goodwin, K. A. (1999). Recall accuracy and illusory memories: When more is less. *Memory, 7,* 233-256.

Lampinen, J. M., **Neuschatz, J. S**., & Payne, D. G. (1998). Memory illusions and consciousness: Examining the phenomenology of true and false memories. *Current Psychology, 16,* 181-224.

Payne, D. G., **Neuschatz, J. S.,** Lampinen, J. M., & Lynn, S. J. (1997). Compelling memory illusions: The phenomenological qualities of false memories. *Current Directions in Psychological Science, 6,* 56-60.

Payne, D. G., Elie, C. J., Blackwell, J. M., & **Neuschatz, J. S** (1996). Memory illusions: Recalling, recognizing, and recollecting events that never occurred. *Journal of Memory and Language, 35,* 261-285.

## Book Chapters

**Neuschatz, J. S.,** Wetmore, S. A., Key, K. N., Cash, D. K., Gronlund, S. D., & Goodsell, C. A. (2016). A comprehensive evaluation of showups. In B. Bornstein, & M. K. Miller (Eds.), *Advances in psychology and law* (pp. 43-69). Switzerland: Springer International Publishing.

**Neuschatz, J. S.**, Wetmore, S, A., & Grondlund, S. D. (2015). Memory gaps and memory errors. In R. Scott and S. Kosslyn (Eds.), *Emerging trends in the social and behavioral sciences: An interdisciplinary, searchable, and linkable resource* (pp. 1-13). Hoboken, NJ: John Wiley and Sons.

Price, J.,  Mueller, N., Wetmore, S. A., & **Neuschatz, J.S**. (2014). Eyewitness Memory and Metamemory in Older Adults. In M. P. Toglia, D. F. Ross, J. A. &, Pozzulo, & E. Pica (Eds.), *The elderly witness in court*. London: Francis & Taylor.

Goodsell, C., Wetmore, S. A., **Neuschatz, J. S.,** & Gronlund, S. D., Showups. (2013). Lineup Reform.  In B. L. Cutler (Ed.), pp. 213-238.  Conviction of the innocent: Lessons from legal research. Washington, D.C, American Psychological Association.

**Neuschatz, J. S.,** Jones, N., McClung, J., & Wetmore, S. A., (2012). Unreliable Informant Testimony.  In B. L. Cutler (Ed.), pp. 213-238.  Conviction of the innocent: Lessons from legal research. Washington, D.C, American Psychological Association.

**Neuschatz, J. S**., & Cutler, B. L. (2008). Eyewitness Identification. In H.L. Roediger, III (Ed.), Cognitive Psychology of Memory. Vol. 2 of Learning and Memory: A Comprehensive Reference, 4 vols. (J.Byrne Editor). pp. 845-865 Oxford: Elsevier.

**Neuschatz, J.S.,** Lampinen, J.M, Toglia, M.P., Payne, D.G., & Preston, E. L. (2007). False Memories: History, Theory, and Implications. In D. Ross, J. Read, D. Ross, & R. Lindsay. (Eds.), *Handbook of Eyewitness Psychology*. (pp. 239 – 260). New York: Erlbaum Associates, Inc.

Lynn, S. J., **Neuschatz, J. S.,** Rhue, J., & Fite, R. (2001).  Hypnosis and memory in forensic contexts. In D. Eisen, G. Goodman, & J. Quas.  (Eds.), *Memory and suggestibility in the forensic interview*, New York: Wiley.

Payne, D. G., Klin, C., Lampinen, J. M., **Neuschatz, J. S.,** & Lindsay, D. S. (1999).  Memory applied. In F. T. Durso, R. Nickerson, R. W. Schanveldt, S. T. Dumais, &  M. T. H. Chi (Eds.), *Handbook of applied cognition*. (pp. 83 – 113). New York: Wiley.

Toglia, M. P., **Neuschatz, J. S**., Hembrooke, H., & Ceci, S.  J. (1996). Children's memory following misleading postevent information:  A contextual approach.  In D. Herrmann, C. McEvoy, C. Hertzog, P. Hertel, & M. K. Johnson. (Eds.), *Basic and applied memory research:  Practical applications*. (pp. 67 - 76). New York: Erlbaum Associates, Inc.

## Other Publications

**Neuschatz, J. S**., & Lawson, D. S. (2008). Eyewitness Memory. In B. L. Cutler (Ed.), *Encyclopedia of Psychology & Law*. Thousand Oaks, CA: Sage.

Toglia, M. P., Goodwin, K. A., & **Neuschatz, J. S**. (2009). Adult suggestibility. In A. Jamieson, & A. Moenssens (Eds.). Wiley Encyclopedia of Forensic Science, (pp. 1065-1072). Chichister, UK: John Wiley & Sons.

Lampinen, J. M**., & Neuschatz, J. S**. (2008). Reconstructive Memory. In B. L. Cutler (Ed.), *Encyclopedia of Psychology & Law*. Thousand Oaks, CA: Sage.

## Invited Lectures

Neuschatz, J. S. (2015). Eyewitness Identifications: Showups versus Lineups. The University of Alabama

Neuschatz, J. S. (2008). Bartered Testimony. University of Oklahoma.

Neuschatz, J. S. (2007). Eyewitness Identification. Alabama Criminal Defense Lawyers Association.

Neuschatz, J. S. (2007). Accomplice Witnesses and Jailhouse informants: Are we dancing with the devil? John Jay College of Criminal Justice.

Neuschatz, J. S. (2007). Post Identification Can't Go on with Suspicious minds. University of Arkansas.

Neuschatz, J. S. (2006). Post Identification Can't Go on with Suspicious minds. University of California, Irvine.

Neuschatz, J. S. (2006). The Effect of Suspicion on Post Identification Feedback. Florida International University.

Neuschatz, J. S. (2004). Eyewitness Identification and Post Identification Feedback. University of Alabama.

Neuschatz, J. S. (2004). Recollections of Things Schematic: The influence of Scripts on Recollective Experience. University of Alabama.

## Presentations at Professional Conventions

Key, K. N., Wetmore, S. A., Neuschatz, J. N., Gronlund, S. D., & Bradfield-Douglass, A. (March 2017). The relationship between post-identification feedback and witness response latency. Paper to be presented at the annual American Psychology and Law Society Conference, Seattle, WA.

Smith, P., Wetmore, S. A., Neuschatz, J. N., Bornstein, B. (March 2017). The influence of jailhouse informant testimony on eyewitnesses' propensity to change their identification. Paper to be presented at the annual American Psychology and Law Society Conference, Seattle, WA.

Wetmore, S. A., McAdoo, R. M., Gronlund, S. D., & Neuschatz, J. S. (November 2016). Lineups are better than showups but filler siphoning is rarely the reason. Poster presented at the Psychonomic Society Annual Meeting, Boston, MA.

Wetmore, S. A., Gronlund, S. D., Neuschatz, J. S., & McAdoo, R. M. (March, 2016). Lineups are better than showups but filler siphoning is rarely the reason. Paper to be presented at the annual American Psychology and Law Society Conference, Atlanta, GA.

7

Key, K. N., Wetmore, S. A., Cash, D., Neuschatz, J. S., & Gronlund, S. D. (March, 2016). The effect of post-identification feedback on showup identifications. Paper to be presented at the annual American Psychology and Law Society Conference, Atlanta, GA.

Key, K. N., Wetmore, S. A., Neuschatz, J. S., Gronlund, S. D., Cash, D., & Lane, S. (March, 2016). Confidence and response latency as postdictors of witness accuracy in lineups and showups. Paper to be presented at the annual American Psychology and Law Society Conference, Atlanta, GA.

Luecht, K., Key, K., Dellapaolera, K., Bornstein, B., Wetmore, S., & Neuschatz, J. (March, 2016). Opinions on secondary confession evidence: A survey of lawyers and laypeople. Paper to be presented at the annual American Psychology and Law Society Conference, Atlanta, GA.

Goodsell, C. A., Gronlund, S. D., McAdoo, R., Neuschatz, J. S., & Wetmore, S. A. (November, 2015). Showups and Lineups: Exploring (and Improving) Identification Performance with WITNESS. Poster presented at the Psychonomic Society Annual Meeting, Chicago, Illinois.

Key. K. N., Wetmore, S. A., Neuschatz, J. S., Gronlund, S. D., Cash, D. K., & Lane, S. (November, 2015) Response Latency and Confidence as Postdictors of Witness Accuracy in Lineups and Showups. Poster presented at the Psychonomic Society Annual Meeting, Chicago, Illinois.

Key. K. N., Wetmore, S. A., Neuschatz, J. S., Gronlund, S. D., Cash, D. K., & Lane, S. (October, 2015) Confidence and Response Latency as Postdictors of Witness Accuracy. Poster presented at ARMADILLO, Waco, Texas.

Cash, D., Key, K. N., Wetmore, S. A.,  Gronlund, S. D., Neuschatz, J. S., & Goodsell, C. A. (March, 2015). A comprehensive evaluation of showups. Paper presented at the annual American Psychology and Law Society Conference, San Diego, CA.

Wetmore, S. A., Key, K. N., Neuschatz, J. S., & Gronlund, S. D. (March, 2015). Do the clothes make the criminal in showups? Paper presented at the annual American Psychology and Law Society Conference, San Diego, CA

Wetmore, S. A., Gronlund, S. D., & Neuschatz, J. S. (April, 2014). Eyewitness Identifications: A New Perspective. Paper presented at Oklahoma/Kansas Judgment and Decision Making Annual Workshop.

Goodsell, C. A., Gronlund, S. D., Neuschatz, J. S., & Wetmore, S. A. (2012). *Are Showups Ever Better than Lineups?* Poster to be presented at the 63rd Psychonomic Society Conference (Toronto, CA, November)

Wetmore, S. A., Neuschatz, J. S., Gronlund, S. D. (March 2013). The influential jailhouse informant.  Poster presented at the annual American Psychology and Law Society Conference, Portland, OR.

Gronlund, S. D., Carlson, C. A., Neuschatz, J. S., Goodsell, C. A., Wetmore, S. A., Wooten, A., & Graham, M. (March 2013).  Showups versus lineups: An evaluation using ROC analysis. Paper presented at the annual American Psychology and Law Society Conference, Portland, OR.

Wooten, A., Neuschatz, J. S., Carlson, C. A., Gronlund, S. D., Wetmore, S. A., Goodsell, C. A. (March 2013). Showups vs. lineups: Can showups be reliable?  Paper presented at the annual American Psychology and Law Society Conference, Portland, OR.

Goodsell, C. A., Gronlund, S. D., Neuschatz, J. S., Wetmore, S. A., & McAdoo, R. (2012).  *Contributions of Commitment and Familiarity to Lineup Identifications Following Mugshot Exposure.* Poster to be presented at the 62nd Psychonomic Society Conference (Minneapolis, MN, November)

Carslon, C., Goodsell, C. A., Wetmore, S. A., Gronlund, S. D., & Neuschatz, J. S., (2012).  Showups versus Lineups: An Evaluation Using ROC Analysis. Poster presented at the 62nd Psychonomic Society Conference (Minneapolis, MN, November)

Wright, B. J., Clement, L., Atkins, D., Park, M., Bond, K., Price, J., & Neuschatz, J. (2012). *Feedback's impact on younger and older adults' number estimation performance.* Poster to be presented at the 62nd Psychonomic Society Conference (Minneapolis, MN, November)

Wetmore, S. A., Neuschatz, J. S., Goodsell, C. A., & Gronlund, S. D. (March, 2012). Primary or secondary confessions: What do jurors believe? Poster presented at the annual American Psychology and Law Society Conference, San Juan, PR.

Wetmore, S. A., Graham, M., Wooten, A., Neuschatz, J. S., & Goodsell, C. A. (March, 2012).  Clothing bias: Does it need to be distinctive? Poster presented at the annual American Psychology and Law Society Conference, San Juan, PR.

Erickson, W. B., Lampinen, J. M., Neuschatz, J. S., Wetmore, S. A., Peters, C. S., & Sweeney, L. N. (March, 2012). Are snitches taken seriously? An investigation of post-identification feedback from a secondary source.  Poster presented at the annual American Psychology and Law Society Conference, San Juan, PR.

Clement, L., Atkins, D., Mann, E., Bond, K., Price, J., & Neuschatz, J. (2011). Manipulations That Enhance Integration Do Not Reduce Retrieval-Induced Forgetting. Paper presented at the fifty-second annual meeting of the Psychonomic Society, Seattle, Washington.

Wetmore, S. A., Neuschatz, J., Graham, M., Davidson, R., & Exley, W. (March, 2011). On the Power of Secondary Confessions. Presentation at the annual American Psychology and Law Society conference, Miami, Florida.

Goodsell, C. A., Gronlund, S., Neuschatz, J., & Dobos, R. (March, 2011). Contributions of memory and decision processes to lineup identifications following mugshot exposure. Presentation at the annual American Psychology and Law Society conference, Miami, Florida.

Goodsell, C. A., Gronlund, S., & Neuschatz, J., (March, 2011). Contributions of memory and decision processes to lineup identifications following mugshot exposure. Paper presented at the fifty-first annual meeting of the Psychonomic Society, St Louis, MO.

Knight, M.A., Smalarz, L.A., Turosak, A.K., Hunter, J.H., Benal, J.L., Butcher, B.D., Arndorfer A.L., Quinlivan, D.S. Neuschatz, J. S. Wells, G.L.  (2010, May).  Perceptions on Race and Socioeconomic Status in Ambiguous Situations.  Poster presentation at the Association for Psychological Science Conference, Boston, MA.

9

Quinlivan, D.S., McClung, J., Harker, D., Neuschatz, J.S., Wells, G.L., Cutler, B., Wilford, M. M. (2009, March). "Surely, You Can Pick Him Out!" The Effects of Pre-Identification Feedback on Choosing Rates and Certainty. Paper presented at the annual American Psychology and Law Society conference, San Antonio, TX.

Neuschatz, J.S. & Wilkinson, M. L. (March, 2009). Jailhouse informant testimony: How much is too much? Plenary Panel presentation at the annual American Psychology and Law Society conference, San Antonio, TX.

Quinlivan, D.S., Lovik, C. J., Peterson, M., Wells, G. W., Neuschatz, J.S. (November, 2008) Surely you can pick him out! Poster presented at the annual Psychonomic Society conference, Chicago, IL.

Jimenez, A., Quinlivan, D.S., Neuschatz, J.S. (2008, May). Exploring the confidence prophylactic as a method for abating the post identification feedback effect in earwitness testimony. Poster presented at the American Psychological Society, Chicago, IL.

Quinlivan, D.S., Wells, G. L., Neuschatz, J.S. (2008, May). The necessity of manipulative intent on the feedback nullification effect. Poster presented at the American Psychological Society, Chicago, IL.

McClung, J., Quinlivan, D. S., Neuschatz, J. S., Cling, A. (2008, May). The effects of Pre identification suggestion on likelihood beliefs, confidence and choosing. Poster presented at the American Psychological

Goodsell, C. A., Neuschatz, J. S., & Gronlund, S. D. (2007). Mugshot exposure prior to lineup identification: Age, familiarity, and commitment effects. Paper presented at the 7th Biannual Meeting of the Society for Applied Research in Memory and Cognition, Lewiston, ME

Jimenez, A. M., Quinlivan, D. S., Neuschatz, J. S., Cling, A., Douglass, A. B., Goodsell, C. A. (2008, March). Exploring the confidence prophylactic as a method for abating the post-identification feedback effect in earwitness eestimony. Presented at the annual American Psychology and Law Society conference, Jacksonville, FL.

Wilkinson, M., Quinlivan, D. S., Howard, J., Swanner, J. S., Neuschatz, J. S., Cling, A. (2008, March). The effect of modified judicial instructions and expert testimony on jury perception of secondary confessions. Poster presented at the annual American Psychology and Law Society conference, Jacksonville, FL.

McClung, J., Quinlivan, D. S., Neuschatz, J. S., Wells, G. L., Wilford, M. M. (2008, March). The effects of pre-identification feedback on eyewitness' retrospective confidence reports. Poster presented at the annual American Psychology and Law Society conference, Jacksonville, FL.

Lawson, D. S., Swanner, J. K., Pitts, W. N., Myers, C. A. (2007). The effects of suspicion on post Identification feedback using a target present lineup. Poster for the American Psychological Society.

10

Lawson, D. S., Neuschatz, J. S., Swanner, J. K., & Meissner, C. A. (2007). The effects of accomplice witnesses and jailhouse snitches on judicial decision making. Paper Presentation at ASTC Conference, Long Beach, CA.

Wilkinson, M., Pitts, W. N., Lawson, D. S., Neuschatz, C. A., Cling, A., Meissner, C. A. (2007). The effects of incentive and source on jury decision making. Poster for the American Psychological Society.

Swanner, J. K., Wilkinson, M., Lawson, D.S., Neuschatz, J. S. (2007). Explicit incentive instruction on jury decision making. . Poster for the American Psychological Society.

Lawson, D.S., Swanner, J. K., Neuschatz, J. S., Cling, A., Lawson, M. (2007). The Effects of Source and Motivation of a Secondary Confession on Jury Verdicts. Paper presented at the Munsterberg Conference.

Lawson, D. S., Swanner, J. K., Neuschatz, J. S., Myers, C. M., Davis, M. R. (2007). The Mitigating Effects of Suspicion on Post Identification Feedback Using a Target Present Photo Lineup. Poster for the Munsterberg Conference.

Swanner. J.k, Lawson, D.S., Kisper, C. Neuschatz, J.S. & Lampinen, J. (2007). Motivation Reduces Bias Due to Coerced Confessions in Judicial Decision-Making. Poster for the Munsterberg Conference.

Lawson, D. S., Swanner, J. K., Neuschatz, J. S. (2006). *The Effects of Information Source and Witness Motivation on Judicial Decision Making.* Poster for the American Psychological Society.

Swanner, J. K., Lawson, D. S., Neuschatz, J. S. (2006). *The Effects of Suspicion on Coerced Confessions and Jury Decision Making.* Poster for the American Psychological Society.

Swanner, J., Lawson, D., Neuschatz, J., & Goodsell, C. (2006). *The Use of Suspicion of Coerced Confessions and Judicial Decision Making.* Poster Presentation at the Annual Psychology and Law conference, Tampa, FL.

Neuschatz, J., Lawson, D., Goodsell, C, Swanner, J (2006, March). A Symposium on Eyewitness Identification Research at the annual Psychology and Law conference, Tampa, FL.

Neuschatz, J. S., Toglia, M. P., Goodsell, C. A., Lawson, D. S., Swanner, J. K., & Neuschatz, J. S. (2005). Suspicious Minds Reduce the Post-Identification Feedback Effect. Paper presented at the forty-sixth annual meeting of the Psychonomic Society, Toronto, ON, Canada.

Goodsell, C. A., Neuschatz, J. S., Neuschatz, J. S., Fairless, A. H., **Lawson, D. S.**, Powers, R. A. (2005). *Eliminating the effects of post-identification feedback through the use of suspicion.* Poster to be presented at the annual conference of the Southeastern Psychological Association, Nashville, TN.

Jimenez, A., Adhami, M., Lawson, D**.**, Neuschatz, J. (2005). *The mitigating effects of suspicion on post-identification feedback.* Poster presented at the annual Southeastern Undergraduate Psychology Research Conference, Huntsville, AL.

Toglia, M. P., Neuschatz, J.S., Neuschatz, J.S., Preston, E., & Noble, A.P. (2005). Expanding Rehearsal vs. Name/Face Imagery: A Comparison of Two Name Learning Techniques. Paper presented at the fifth biennial meeting of the Society for Applied Research in Memory and Cognition (SARMAC), New Zealand.

11

Fairless, A. H., Wise, R. A., Lawson, D.S., Neuschatz, J. S., Toglia, M.P. (2004)Post-Identification feedback effects as a function of delay and age. Paper presented at the 16th Annual Convention of the American Psychological Society, Chicago, IL

Neuschatz, J. S., Toglia, M. P., Preston, E. L., Lampinen, J. M., Neuschatz, J. S., Goodsell, C., Lawson, D. S., Powers, R. A., &  Fairless, A (2004) Confidence inflation and event recognition with younger and older adult eyewitnesses. Paper presented at the forty-fifth annual meeting of the Psychonomic Society, Minneapolis, MN.

Powers, R., Fairless, A., Lawson, D., Neuschatz, J., (2004). The Effects of PostIdentification Feedback on the Witnessing Experience Over a 3 Week Delay. Paper presented at the annual Southeastern Undergraduate Psychology Research Conference, Birmingham, AL.

Powers, R., Fairless, A., Cornwell, M., Rosenbloom, C., Lawson, D., Neuschatz, J. (2004). The Effects of Feedback Over a Three Week Interval. Poster presented at Committee for Equality of Professional Opportunity at the annual conference of the Southeastern Psychological Association, Atlanta, GA .

Neuschatz, J. S., Toglia, M. P.,Burkett, A., Preston, E. L., Lampinen, J. M., & Neuschatz, J. S., (2004). The postidentification feedback effect with young and elderly adults. Paper presented at the forty-fifth annual meeting of the Psychonomic Society, Vancouver, Canada.

Neuschatz, J. S., Toglia, M. P, Preston, E. L., Neuschatz, J. S., & Fairless, A. (2003). Sorry, I forgot your name:Comparing naming. Paper presented at the forty-forth annual meeting of the Psychonomic Society, Vancouver, Canada.

Toglia, M. P., Preston, E., Neuschatz, J., & Neuschatz, J. (2003, July). Warnings and the social contagion of false memories.  Paper presented at the fifth biennial meeting of the Society for Applied Research in Memory and Cognition (SARMAC), Aberdeen, Scotland.

Preston, E. L., Neuschatz, J. S., Toglia, M. P., & Neuschatz, J. S. (2003, May).  Social contagion of false memories in naturalistic environments.  Paper presented at the 15th Annual Convention of the American Psychological Society, Atlanta, GA.

Toglia, M. P., Preston, E. L., Neuschatz, J. S., &  Neuschatz, J. S. (2002). Social contagion of false memories in naturalistic situations. Paper presented at the forty-third annual meeting of the Psychonomic Society, Kansas City, Missouri.

Neuschatz, J. S., Abbott, K. E., Goldstein, J. E., Neuschatz, J. S., Preston, E. L., & Scherzo, G.  (2002). Priming effect of violence proclivity on recall of aggressive words.  Paper presented at the fourteenth annual convention of the American Psychological Society, New Orleans, Louisiana.

Neuschatz, J. S., Neuschatz, J. S., Goldstein, J. E., Abbott, K. E., Scherzo, G., Preston, E. L., & Trimbach, C. M. (2002).  Relationship between violence proclivity, culture of honor, and social dominance. Paper presented at the fourteenth annual convention of the American Psychological Society, New Orleans, Louisiana.

Preston, E. L., Neuschatz, J. S., Pettibone, J. C., Neuschatz, J. S., Griffith, A.,&  Zeitlin, D. (2002).  Sorry I forgot your name: Comparing name learning techniques.  Paper presented at the forty-eighth annual meeting of the Southeastern Psychological Association, Orlando, Florida.

Neuschatz, J. S., Toglia, M. P., Lampinen, J. M., & Preston, E. L. (2001). Schemas and retention intervals influence false memories in the classroom. Paper presented at the forty-second annual meeting of the Psychonomic Society, Orlando, Florida.

Soraci, S. A., Chechile, R. A., Toglia, M. P., Neuschatz, J. S., Carlin, M. T., Ho, C.  (2001). Does "more or less" hold for generative processing? Paper presented at the forty-second annual meeting of the Psychonomic Society, Orlando, Florida.

Lampinen, J. M. & Neuschatz, J. S. (2001). Recollections of things schematic: The influence of scripts on recollective experience. Paper presented at the 2001 annual meeting of the Midwestern Psychological Association, Chicago, Illinois.

Neuschatz, J. S., Benoit, G. E., & Payne, D.G. (2001). The truth about warnings and false memories. Paper presented at the forty-seventh annual meeting of the Southeastern Psychological Association, Atlanta, GA.

Preston, E. L., Hawkins, E. R., Goodloe, A., Lahiere, C., & Neuschatz, J. S., (2001). The effect of memory schemata on memory for naturalistic settings. Paper presented at the forty-seventh annual meeting of the Southeastern Psychological Association, Atlanta, GA.

Neuschatz, J. S, Toglia, M. P. & Lampinen, J. M. (2000). False memories for cartoon characters: "I tawt I taw a puddy tat'. Paper presented at the forty-first annual meeting of the Psychonomic Society, New Orleans, Louisiana.

Platt, R., Harsch, B., & Neuschatz, J. S (2000). The relationship among personality factors, metamemory, and two memory illusions. Paper presented at the forty-first annual meeting of the Psychonomic Society, New Orleans, Louisiana.

Lampinen, J. M., & Neuschatz, J. S. (2000). Memory Illusions and Consciousness. Towards a Science of Consciousness Conference, Tucson, AZ

Benoit, G. E., Payne, D.G., & Neuschatz, J. S. (2000). Identifiablity and the effect of warnings on false recognition. Paper presented at the seventy-first annual meeting of the Eastern Psychological Association, Baltimore, MD.

Platt, R. D., Walker, G. W., Neuschatz, J. S., & Smith, R. L. (2000). Individual differences in memory performance in the DRM false memory task. Paper presented at the seventy-first annual meeting of the Eastern Psychological Association, Baltimore, MD.

Juhasz, B., Jugens, H., Levine, W., Payne, D. G., & Neuschatz, J. S. (2000). Applications of the Expanding Rehearsal Mnemonic. Paper presented at the seventy-first annual meeting of the Eastern Psychological Association, Baltimore, MD.

Toglia, M. P., Neuschatz, J. S., Payne, D. G., Lampinen, J. M., & Grasso, J. M. (1999). Warning! Warnings may not be hazardous to your false memories. Paper presented at the fortieth annual meeting of the Psychonomic Society, Los Angeles, CA.

Neuschatz, J. S., Lynn, S. J., Fite, R., & Benoit, G. E. (1999). Hypnosis, ideomotor signaling and false memories. Paper presented at the 107th annual convention of the American Psychological Association, Boston, MA.

Benoit, G. E., Payne, D. G., & Neuschatz, J. S. (1999). Reality monitoring and the effect of warnings on false recognition. Paper presented at the seventieth annual meeting of the Eastern Psychological Association, Providence, RI.

Neuschatz, J. S., Lampinen, J. M.,  & Payne D. G. (1999).        False memories: Does subjectively compelling mean perceptually similar? Paper presented at the seventieth annual meeting of the Eastern Psychological Association, Boston, MA.

Neuschatz, J. S., Lampinen, J. M., Batsedis, V. A., & Payne D. G. (1999).  Improving name and face memory with expanded test type rehearsal. Paper presented at the third biennial meeting of the Society for Applied Research in Memory and Cognition (SARMAC), Denver, CO.

Toglia, M. P., & Neuschatz, J. S (1998). The "More is Less," pattern of true and false memories. Paper presented at the thirty-ninth annual meeting of the Psychonomic Society, Dallas, Texas.

Neuschatz, J. S., Lampinen, J. M., & Payne, D. G. (1998). Effect of warnings on false memories. Paper presented at the 24th International Congress of Applied Psychology, San Francisco, CA.

Neuschatz, J. S., Lampinen, J. M., & Payne, D. G. (1998). The phenomenology of false memories. Paper presented at the tenth annual convention of the American Psychological Society, Washington, DC.

Neuschatz, J. S., Lampinen, J. M., & Payne, D. G. (1998). An investigation of the phenomenology of false memories.  Paper presented sixty-ninth annual meeting of the Eastern Psychological Association, Boston, MA.

Lampinen, J. M., Neuschatz, J. S., & Payne, D. G. (1998). Reducing the false memory effect:  When warnings work.  Paper presented at the sixty-ninth annual meeting of the Eastern Psychological Association, Boston, MA.

Neuschatz, J. S., & Payne, D. G. (1997).  Production loss in a collaborative recall task: A comparison of two mechanism. Paper presented at the sixty-eighth annual meeting of the Eastern Psychological Association, Washington, DC.

Toglia, M. P., Neuschatz, J. S., & Pyscynski, T. A. (1997).  Pictorial vs. verbal representations and the creation of false memories. Paper presented at the sixty-eighth annual meeting of the Eastern Psychological Association, Washington, DC.

Toglia, M. P., & Neuschatz, J. S (1997). The impact of warnings on accurate and false recollections of a story.  Paper presented at the ninth annual convention of the American Psychological Society, Washington, DC.

Toglia, M. P., & Neuschatz, J. S. (1997). Are all memories created equal? Paper presented second biennial meeting of the Society for Applied Research in Memory and Cognition (SARMAC), Toronto, CA.

Toglia, M. P., & Neuschatz, J. S. (1997). False memories: Are pictures really worth a thousand words? Paper presented at the thirty-eighth annual meeting of the Psychonomic Society, Philadelphia, PA.

Neuschatz, J. S., & Payne, D. G. (1996).  The influence of warnings and encoding instructions on the magnitude on the false memory effect. Paper presented at the sixty-seventh annual meeting of the Eastern Psychological Association, Philadelphia, PA.

Neuschatz, J. S., & Payne, D. G. (1996).  The effect of rehearsal difficulty on long-term recall. Paper presented at the eighth annual convention of American Psychological Society, San Francisco, CA.

Toglia, M. P., & Neuschatz, J. S. (1996).  The influence of word concreteness on false memories. Paper presented at the eighth annual convention of the American Psychological Society, San Francisco, CA.

Toglia, M. P., Neuschatz, J. S., Goodwin, K. A. (1996). Gist representations and the production of false memories. Paper presented at the second International Conference in Memory, Padua, Italy.

Toglia, M. P., & Neuschatz, J. S. (1996).  False memories:  Where does encoding opportunity fit into the equation. Paper presented at the thirty-seventh annual meeting of the Psychonomic Society, Chicago, IL.

Neuschatz, J. S., Toglia, M. P., & Neuschatz, J. S. (1995). The child witness:  Resistance to suggestibility over time. Paper presented at the sixty-sixth annual meeting of the Eastern Psychological Association, Boston, MA.

Neuschatz, J. S., & Payne, D. G. (1995).  The influence of rehearsal schedule on long-term memory. Paper presented at the sixty-sixth annual meeting of the Eastern Psychological Association, Boston, MA.

Payne, D. G., Blackwell, J. M., & Neuschatz, J. S., (1995).  Creating false memories:  Remembering items and sources of information for non-existent events. Paper presented at the sixty-sixth annual meeting of the Eastern Psychological Association, Boston, MA.

Payne, D. G., Neuschatz, J. S., & Wenger, M. J., (1995).  Cued recall hypermnesia:  Intralist vs. extralist cues and rhyme vs. semantic cues.  Paper presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Payne, D. G., & Neuschatz, J. S., (1995).  Cued recall hypermnesia for categorically related words.  Paper presented at the seventh annual convention of the American Psychological Society, New York, NY.

Toglia, M. P., Goodwin, K. A., Lyon, M. L., & Neuschatz, J. S. (1995).  False memory in list recall:  The role of depth of processing. Paper presented at the seventh annual convention of the American Psychological Society, New York, NY.

Payne, D. G., Neuschatz, J. S., Elie, C. J., & Blackwell, J. M.  (1995). False memory: Empirical demonstrations and practical implications.  Paper presented at the first biennial meeting of the Society for Applied Research in Memory and Cognition (SARMAC), Vancouver, Canada.

Toglia, M. P., Neuschatz, J. S., Goodwin, K. A., & Lyon, M. L., (1995). Thematic abstraction and the creation of false memories. Paper presented at the first biennial meeting of the Society for Applied Research in Memory and Cognition (SARMAC), Vancouver, Canada.

Payne, D. G., Blackwell, J. M., Elie, C. J., & Neuschatz, J. S. (1995).  False memory effect in recall and recognition. Paper presented at the thirty-sixth annual meeting of the Psychonomic Society, Los Angeles, CA.

Toglia, M. P., Neuschatz, J. S., Goodwin, K. A., & Lyon, M. L. (1995).  The influence of delayed recall on false memories. Paper presented at the thirty-sixth annual meeting of the Psychonomic Society, Los Angeles, CA.

Toglia, M. P., Neuschatz, J. S., Lyon, M. L., Gilbert, J. L., & Von Bergen, H. A. (1995).  The influence or organization and delayed recall on illusory memories. Paper presented at the sixty-sixth annual meeting of the Eastern Psychological Association, Philadelphia, PA.

Neuschatz, J. S., & Starzec, J. (1994). The effects of selective attention on a modified version of the Stroop color-word task.  Paper presented at the sixty-fifth annual meeting of the Eastern Psychological Association, Providence, RI.

Toglia, M. P., Neuschatz, J. S., Hembrooke, H., & Ceci, S. J. (1994).  The influence of misleading postevent information on children's memory:  Is it more widespread than we thought?  Paper presented at the Third Practical Aspects of Memory Conference, Arlington, VA.

Toglia, M. P., Payne, D. G., Anastasi, J. S., & Neuschatz, J. S., (1994). Recognition accuracy and memory impairment: A meta-analysis. Paper presented at the American Psychology-Law Society conference, Santa Fe, NM.

Neuschatz, J. S., & Neuschatz, J. S. (1993). The effects of sports motivations on individual and team performance.  Paper presented at the sixty-fourth annual meeting of the Eastern Psychological Association, Arlington VA.

**Dissertation**

Neuschatz, J. S.  (1999). The phenomenological characteristics of false memories.

**Thesis**

Neuschatz, J. S.  (1992). The influence of misleading postevent information on children's memory: Is it more widespread than we thought?

**Research Interests**

Memory for complex events
Phenomenology of memory
Eyewitness memory
False memories
Applied cognitive psychology
Psychology and the law
Collaborative recall
Mnemonic devices

**Teaching Experience**

*Courses Taught*

    Graduate

        Cognitive Psychology

        Statistics for Experimental Methods

        Psychology and Law

    Undergraduate

        Psychology and Law

        Cognitive Psychology

        Laboratory in Cognitive Psychology

        Sensation and Perception

        Laboratory in Sensation and Perception

        Introductory Psychology

        Statistical Analysis and Design

        Research Methods in Psychology

        Learning

**Professional Affiliations**

    American Psychological Association

    American Psychology-Law Society (APA Division 41)

    Psychonomics (Associate Member)

    Southeastern Psychological Association

    American Psychological Society

    Society for Applied Research in Memory and Cognition (SARMAC)

**Professional Service**

North American Editor, *Psychology, Crime, and Law,* as of 2017

Editorial Board, *Law and Human Behavior*, 2008-2017

    Ad Hoc Reviewer

        *Memory*

        *Memory & Cognition*

        *Applied Cognitive Psychology*

        *Psychonomic Bulletin and Review*

        *Acta Psychologia*

        *Journal of Experimental Psychology: Learning, Memory, and Cognition*

        *Canadian Journal of Experimental Psychology*

    2008 American Psychology-Law Society Conference Program Co-Chair

    Expert Testimony on the Psychology of Eyewitness Memory in criminal and military trials