IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) | Case No. 17-CV-84 |
| Plaintiffs, | ) ) | Hon. ROBERT E. WEIR |
| v. | ) ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) ) | JURY TRIAL DEMANDED |
| Defendants. | | |

# EXHIBIT 74



**KENTUCKIANA**
COURT REPORTERS

**NO. 17-CV-84**

**AMANDA HOSKINS, ET AL.,
PLAINTIFFS**

**V.**

**KNOX COUNTY, ET AL.,
DEFENDANTS**

**DEPONENT:
MIKE BRUNER**

**DATE:
6/20/2018**

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN

DISTRICT OF KENTUCKY

NO. 17-CV-84

HON. DAVID L. BUNNING

HON. CANDACE J. SMITH


AMANDA HOSKINS, ET AL.,

PLAINTIFFS


V.


KNOX COUNTY, ET AL.,

DEFENDANTS


DEPONENT:   MIKE BRUNER

DATE:       JUNE 20, 2018

REPORTER:   LACEE TOWNSEND



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 2

```
 1                    APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFFS, AMANDA HOSKINS, ET AL.:

 4   ELLIOT SLOSAR

 5   AMY ROBINSON STAPLES

 6   LOEVY & LOEVY

 7   311 NORTH ABERDEEN STREET

 8   THIRD FLOOR

 9   CHICAGO, ILLINOIS 60607

10   TELEPHONE NO.: (312) 243-5900

11   E-MAIL: ELLIOT@LOEVY.COM

12

13   ON BEHALF OF THE DEFENDANTS, BRIAN JOHNSON, MARK

14   MEFFORD, JACKIE JOSEPH AND DALLAS EUBANKS:

15   CODY WEBER

16   KENTUCKY STATE POLICE GENERAL COUNSEL

17   919 VERSAILLES ROAD

18   FRANKFORT, KENTUCKY 40601

19   TELEPHONE NO.: (502) 573-1636

20   E-MAIL: SHAWNA.KINCER@KY.GOV

21

22

23

24

25
```

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 3

1              APPEARANCES (CONTINUED)

2

3   ON BEHALF OF THE DEFENDANTS, JASON YORK AND TROOPER

4   BUNCH:

5   DERRICK T. WRIGHT

6   STURGILL, TURNER, BARKER & MOLONEY, PLLC

7   333 WEST VINE STREET

8   SUITE 1500

9   LEXINGTON, KENTUCKY 40507

10  TELEPHONE NO.: (859) 255-8581

11  E-MAIL: DWRIGHT@STURGILLTURNER.COM

12

13  ON BEHALF OF THE DEFENDANTS, MIKE BROUGHTON AND CITY OF

14  BARBOURVILLE:

15  ALEXANDRA DEMOSS-CAMPBELL

16  WARD HOCKER & THORNTON, PLLC

17  333 WEST VINE STREET

18  SUITE 1100

19  LEXINGTON, KENTUCKY 40507

20  TELEPHONE NO.: (859) 422-6000

21  E-MAIL: ALEXANDRA.DEMOSS-CAMPBELL@WHTLAW.COM

22

23

24

25

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 4

1              APPEARANCES (CONTINUED)

2

3    ON BEHALF OF THE DEFENDANTS, JOHN PICKARD AND DEREK

4    EUBANKS:

5    JOHN KELLEY

6    JASON WILLIAMS

7    WILLIAMS FARMER & TOWE

8    303 SOUTH MAIN STREET

9    P.O. BOX 3199

10   LONDON, KENTUCKY 40741

11   TELEPHONE NO.: (606) 877-5291

12   E-MAIL: JASON@WFTLAW.COM

13

14   ALSO PRESENT: LAUREN ROLLINGS, VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 5

1                    INDEX

2                                           Page

3    PROCEEDINGS                              7

4    DIRECT EXAMINATION BY MS. STAPLES        8

5    CROSS EXAMINATION BY MR. WRIGHT          72

6    EXAMINATION BY MR. KELLEY                87

7    EXAMINATION BY MS. DEMOSS-CAMPBELL       89

8    EXAMINATION BY MR. WEBER                 92

9    REDIRECT EXAMINATION BY MS. STAPLES      94

10   RECROSS EXAMINATION BY MR. WRIGHT        99

11   FURTHER DIRECT EXAMINATION BY MS. STAPLES  101

12

13                   EXHIBITS

14                                          Page

15   1   STATEMENT PL002590                  37

16   2   STATEMENT PL002536                  41

17   3   STATEMENT PL002528                  44

18   4   MEMO PL002537                       47

19   5   MEMO PL002546                       50

20   6   COURTNET PRINTOUT                   53

21   7   ENLIST CONTRACT PL010558*           63

22   8   MEMORANDUM PL010562*                63

23   9   DEFINITION PL010570*                65

24   10  MENTAL STATUS REPORT PL010580       67

25



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 6

1                              STIPULATION

2

3    The VIDEO deposition of MIKE BRUNER taken at the HOLIDAY

4    INN EXPRESS & SUITES, 506 MINTON DRIVE, LONDON, KENTUCKY

5    40741 on WEDNESDAY, the 20TH day of JUNE, 2018 at

6    approximately 1:05 p.m.; said deposition was taken

7    pursuant to the KENTUCKY Rules of Civil Procedure. It is

8    agreed that LACEE TOWNSEND, being a Notary Public and

9    Court Reporter for the State of INDIANA, may swear the

10   witness and that the reading and signing of the

11   completed transcript by the witness is not waived.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 7

1                    PROCEEDINGS

2          VIDEOGRAPHER:  My name is Lauren Rollings. I'm

3     the video technician today, and Lacee Townsend is

4     the court reporter.  Today is the 20th day of June,

5     2018.  The time is 1:05 p.m.  We are at the Holiday

6     Inn Express & Suites located in London, Kentucky to

7     take the deposition of Mike Bruner in the matter of

8     Amanda Hoskins v. Knox County, et al., pending in

9     United States District Court of Eastern Kentucky,

10    Civil Action number 17-CV-84.  Will Counsel please

11    identify themselves for the record?

12         MS. ROBINSON:  Amy Robinson Staples for

13    Plaintiffs Amanda Hoskins and Jonathan Taylor.

14         MR. WRIGHT:  Derrick Wright for Defendants

15    Jason York and Jason Bunch.

16         MR. KELLEY:  My name is John Kelley.  I'm here

17    on behalf of Knox County as well as Sheriff John

18    Pickard and Deputy Derek Eubanks.

19         MS. DEMOSS-CAMPBELL:  Alexandra DeMoss-

20    Campbell.  I'm here on behalf of Mike Broughton and

21    the City of Barbourville Police Department.

22         MR. WEBER:  Cody Weber on behalf of Defendants

23    Brian Johnson, Mark Mefford, Dallas Eubanks, Kelly

24    Farris, and Jackie Joseph.

25         VIDEOGRAPHER:  Mr. Bruner, will you please

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 8

```
 1      raise your right hand to be sworn in by the
 2      reporter?
 3          COURT REPORTER:  Do you solemnly swear or
 4      affirm the testimony you're about to give will be
 5      the truth, the whole truth, and nothing but the
 6      truth?
 7          THE WITNESS:  I do.
 8          COURT REPORTER:  Thank you.
 9                  DIRECT EXAMINATION
10  BY MS. STAPLES:
11      Q     Mr. Bruner, we're going to start with me.
12  First of all, can you state your full name?
13      A     Thomas Michael Bruner.
14      Q     And what do you go by?
15      A     I go by Mikey.
16      Q     Okay.  Is it okay for us to call you Mikey
17  today?
18      A     That's fine.
19      Q     Okay.  As we said earlier, I am Amy Staples.
20  I'm one of the attorneys for Jonathan Taylor and Amanda
21  Hoskins.  I'm going to start out asking you some
22  questions.
23      A     Okay.
24      Q     While I am asking you questions, some of the
25  other attorneys over here who just introduced themselves
```

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 9

1    may object to the question I ask you.  There is no judge
2    here, so they'll state their objection, and then you'll
3    be able to go ahead and answer the question.  Okay?  If
4    you need a break for any reason while we're in here,
5    please let us know that.  We can take as many breaks as
6    you need, just give us -- if you don't care, just answer
7    the question first, before we take that break.  If I ask
8    you a question that is unclear and that you don't
9    understand, please let me know that, and I will do my
10   best to rephrase that in a way that is more clear. Okay?
11   Do you have any questions just about the procedure?
12        A    Do you-all have any idea about how long this
13   is going to take?  I've been up like 45 straight hours
14   now, so --
15        Q    Well, we'll get through it just as quickly as
16   we can, okay?
17        A    Okay.  That'd be great.
18        Q    Okay.  So with that said, Mikey, do you know
19   Jason Bruner?  Oh, Jason Bruner -- do you know Jason
20   York?  Sorry.
21        A    I mean, I know of him.  I've spoke with him
22   once.  He used to live in Artemus, pretty close to where
23   my family lived, but as far as knowing him on a personal
24   level, no, I don't.
25        Q    How close did he live to your family?

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 10

```
 1      A    My grandmother; he lived probably a quarter of
 2  a mile away, at the end of York Hollow, but like I said,
 3  there was no interaction between us.  He had to take a
 4  completely separate road to get to the house that he
 5  lived at.
 6      Q    Okay.  Did you also live in York Hollow?
 7      A    For a while, yeah.  My grandmother was
 8  diagnosed with cancer, and I lived with her for a while
 9  and took care of her.
10      Q    So your family lived in the same hollow as he
11  lived, you just took different roads to get there?
12      A    Yeah.  He had to --
13           MR. WRIGHT:  Object to form.  Go ahead.
14      A    -- he had to take a road, it was a little
15  further down Artemus Road to actually get to his house,
16  so he didn't drive by us or anything and --
17      Q    Okay.  Who's your stepmom?
18      A    Jennifer Bruner.
19      Q    Do you know if Detective York is friends with
20  Jennifer Bruner?
21      A    I couldn't say for sure.  You'd have to
22  ask her.
23      Q    What does Jennifer Bruner do?
24      A    She's a social worker.
25      Q    Okay.  And you don't know if she has any
```



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 11

1   interaction with Detective York as a social worker?

2       A    I know she works with police, as to what

3   police she works with and how extensively she's worked

4   with them, no ma'am.  She'd have to tell you that

5   herself.  I'm not sure.

6       Q    Are you on Facebook, sir?

7       A    Yes, I am.

8       Q    Are you friends with Detective York on

9   Facebook?

10      A    No, ma'am.

11      Q    Have you ever been friends with Detective

12  York?

13      A    No, ma'am.

14      Q    Have you ever had any occasion to go to his

15  page on Facebook?

16      A    No, ma'am.

17      Q    Okay.  You gave a statement to Detective York,

18  correct?

19      A    Yes, ma'am.

20      Q    And I believe that statement was on April 29,

21  2015; does that sound correct to you?

22      A    It's been about probably five or six years,

23  you'd -- you would know better than I would.

24      Q    Okay.  If -- well, we'll go over the statement

25  in a moment, but Detective York states that it's



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 12

1  **April 29, 2015.**

2      A    Then that -- yeah, that's probably when it

3  was.

4      **Q    Okay.  And that statement was about an alleged**

5  **conversation you had with Jonathan Taylor; is that**

6  **correct?**

7      A    Yes, ma'am.

8      **Q    Okay.  And when this conversation, or this**

9  **alleged conversation with Jonathan Taylor took place,**

10  **you were high; is that correct?**

11         MR. WRIGHT:  Object to form.  Foundation.

12      Answer best you can.

13      A    I guess that depends on your definition of

14  "high."  Did I have, you know, illicit substances in me,

15  yes.  Was I currently under the influence, like

16  intoxicated at that moment?  No.

17      **Q    You weren't extremely stoned at the time**

18  **that --**

19      A    No.

20      **Q    -- you and Jonathan --**

21      A    He was.  I wasn't.

22      **Q    Okay.  Do you recall having a conversation in**

23  **just the last couple weeks with an investigator named**

24  **Jimmer Dudley?**

25      A    Uh-huh.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 13

1      Q      Do you recall telling Mr. Dudley that you were
2  extremely stoned?
3      A      I do not recall telling Mr. Dudley I was
4  extremely stoned.
5      Q      You don't.  Do you recall telling Detective
6  York about your drug use that night?
7      A      I -- he knew about it.  I spoke to him briefly
8  before we gave the statement.  I explained to him that,
9  you know, I didn't really even see why he was talking to
10  me in the first place, to be honest.  And that was the
11  main reason why, was because I didn't really think
12  anybody would care what I had to say.  I was a drug
13  addict at the time.
14      Q      Okay.  But your testimony today under oath is
15  that you were not high at the time that Jonathan Taylor
16  had this alleged conversation with you?
17      A      That's what I'm saying, yes, ma'am.
18      Q      So anything that you've said since then was
19  not true?
20      A      Well, that depends.  If he's saying that I
21  said that, then he must've misheard me.
22      Q      Okay.  What kind of drugs were you taking
23  that day?
24      A      Pain pills; it wasn't that day, it was, I
25  mean, can't -- not every drug addict can afford their



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 14

1    habit every single day, and I hadn't had any.  The

2    reason why I was seeing Jonathan was to provide him

3    drugs, so that I could afford mine at a later time.

4        Q    So you -- okay.  Did you tell me earlier --

5    maybe I misunderstood, too; did you testify earlier that

6    you had taken drugs that day, you just weren't high?

7        A    No, I said they were in my system.

8        Q    Okay.  What drugs were in your system?

9        A    I mean, I -- I -- I don't -- probably

10   oxycodone, maybe some -- some oxymorphone, it's really

11   hard to say, specifically, I mean, that's -- that's been

12   a long time ago.

13       Q    Can you remember when you took drugs the last

14   time, prior to that conversation?

15       A    No.

16       Q    But you're clear today that you weren't high

17   at the time, even though you've stated differently

18   since then?

19            MR. WRIGHT:  Object to form.

20       A    Once again, I did not state differently.

21       Q    Do you recall having a conversation with me

22   earlier today, sir, about this deposition?

23       A    Uh-huh.

24       Q    Did you tell me then that you did not want to

25   be here to testify?



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

                                                    Page 15

 1      A    I never wanted to be involved with any
 2  of this.
 3      **Q    Did you tell me then that you couldn't**
 4  **remember all the details about this alleged**
 5  **conversation?**
 6      A    It's been nine years, yeah, I've tried to put
 7  it out of my mind.
 8      **Q    Okay.  And that's one reason you did not want**
 9  **to be here today?**
10          MR. WRIGHT:  Object to form.
11      A    No, that's not the reason.  The reason I don't
12  want to be here today is because I don't want to be
13  involved in any of this.  I, quite frankly, I don't want
14  to be talking to you-all, no offence, don't want to be
15  involved in this whole Jonathan and Amanda situation.  I
16  never did from the very beginning.
17      **Q    So you don't recall telling me that you**
18  **couldn't remember all the details from that night and**
19  **that's --**
20      A    No, I -- I do recall, I mean --
21          MR. WRIGHT:  Object to form.
22      A    -- it's been nine years.  I don't -- I don't
23  remember all the details.
24      **Q    Okay.  So you do recall that.  So you're**
25  **saying that you do not remember all the details from**



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 16

1   that night?

2        MR. WRIGHT:  Object to form, asked and

3     answered.  Go ahead best you can.

4     A    Yeah, I -- I don't remember all the details

5   from that night.

6     **Q    Did you tell Detective York, when you met with**

7   **him, that you could not remember all the details of that**

8   **conversation?**

9        MR. WRIGHT:  Object to form.  Go ahead.

10    A    Yes, yes, I did.

11    **Q    You did.  And Detective York took your**

12  **statement anyway?**

13    A    Yes, ma'am.

14    **Q    Was that -- did you tell him that prior to him**

15  **getting the recording of this conversation you had**

16  **with him?**

17    A    I'm sorry, prior to him --

18    **Q    Do you recall Detective York recording your**

19  **statement?**

20    A    He may have been.  I -- I'm not really sure.

21  He may have been recording it while we -- we sat in his

22  car and had the conversation.

23    **Q    Okay.  So let's --**

24    A    He told me, and I'm not really familiar with

25  the process, so --

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 17

1      Q      Okay.  Let's talk about that then.  Where were
2  you when you gave your statement to Detective York?
3      A      Do you know where the social services office
4  is in Dog Town, in Barbourville?
5      Q      I don't.  Most of us --
6      A      Okay.
7      Q      -- are not from here, so if you could just --
8      A      Okay.
9      Q      -- tell us the location.
10      A      Well, yeah, that -- that would be it.  It was
11  -- it was in the parking lot.  He had, I guess, reached
12  out to my stepmother.  I guess that was the quickest
13  avenue for him to get a hold of me, seeing as she worked
14  with a lot of police officers, best I can figure.  I'm
15  not really sure about that one.  But he'd try to contact
16  me several times prior to that, and he'd spoke with her,
17  and it -- to that -- to that time, it'd pretty much been
18  discussed that I didn't really have a choice in the
19  matter, you know, that any -- any objection on my part
20  could possibly cause me to get in trouble if I didn't
21  cooperate, so --
22      Q      Okay.  So let's back up a little bit.  Tell me
23  first: Who had it been discussed with that you needed to
24  talk -- or what did you just say about "it was discussed
25  with you that you needed to have the conversation"?



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 18

```
 1      A    Well, he came by -- I was working at Walmart
 2  at the time, and I was not at work.  He had stopped by
 3  there and he had asked my manager if I was around, and
 4  he didn't really go into detail, I don't think, the
 5  manager just kind of seemed a little thrown off by the
 6  fact that a -- a detective was looking for me.  And, you
 7  know, I -- that's -- that's pretty much the -- the gist
 8  of it right there.  He'd been -- he'd been going around
 9  to my work.  I guess, he'd apparently stopped by my
10  house a couple of times looking for me and couldn't get
11  a hold of me, had no way to reach me.  We don't know
12  each other like that so --
13      Q    So who relayed information to you that
14  Detective York was looking for you?
15      A    My stepmother.
16      Q    Your stepmother is the Jennifer Bruner; is
17  that correct?
18      A    Uh-huh.
19      Q    And she's the one who works at social
20  services.  Did your manager also mention to you that he
21  had been looking for you?
22      A    He was the first one to mention it.  He didn't
23  know who he was.  He didn't know his name.  He just said
24  there was a detective that had come by here looking
25  for you.
```



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 19

1      Q     Okay.  And when your stepmother informed you
2    that Detective York was looking for you, what did she
3    say to you?
4      A     She just said, "He wants to talk to you." That
5    was really about it.  I don't know if he explained to
6    her the situation, what was going on really, but that's
7    about all she said --
8      Q     Did she encourage you to speak with him?
9      A     I mean, I wouldn't say she encouraged me, no.
10   I -- it got to the point where he'd been, you know,
11   actively seeking me out, and she was like "You know, if
12   -- if it's something important, you're going to have to
13   talk to him."  So that's -- that's pretty much how that
14   happened.
15     Q     Did you say something earlier about possibly
16   getting in trouble?
17     A     Who?  Well --
18           MR. WRIGHT:  Object to form.
19     A     -- I mean, yeah, like if you -- if you know
20   something, or you're in some way involved in, say, a
21   murder trial, for example, it's my understanding that if
22   you don't cooperate to your fullest extent, that - -
23   that you can be in trouble for not cooperating.
24     Q     Okay.  So that was just something you
25   understood, not something that someone said to you.



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 20

1    Okay.  That's what I was trying to get clear.  Okay.  So

2    how did you happen to be -- or why is it that you were

3    at the social services building that day?

4        A    That's where the meeting had been arranged,

5    like --

6        Q    Okay so the meeting was arranged?

7        A    Yes.

8        Q    Did you seek out the meeting with Detective

9    York that day?

10       A    I -- I told my stepmother to get in contact

11   with him and tell him, you know, that -- that I would

12   meet with him, that I would speak to him, just to get it

13   over with because he was, like I said, actively seeking

14   me out, and I didn't want to get in trouble.

15       Q    Okay.  But, again, you don't know if your

16   stepmom is personal friends with Detective York?

17       A    No, ma'am.

18       Q    Okay.  So you arranged for this visit at the

19   social services building, and you said you were sitting

20   in Detective York's car when you gave the statement?

21       A    Yes, ma'am.

22       Q    Okay.  What time of the day did this occur?

23       A    I -- I feel like it was later in the day, like

24   night time, maybe, when I talked to him.  I'm not -- I'm

25   not 100 percent sure on that.  I'm fairly certain that

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 21

1    it was -- it was, like, evening.

2         Q    Okay.  Was anyone else present --

3         A    No.

4         Q    -- in the vehicle when you gave the statement?

5         A    No, ma'am, it was just me and him.

6         Q    And you've stated that you don't know if your

7    statement was being recorded?

8         A    I mean, he, like I said, this has been a very

9    long time ago.  He may have told me, but I'm going to be

10   perfectly honest with you when I say I was nervous.  I,

11   like I said from the very beginning, did not want to be

12   there.  I did not want to be talking to him.  I didn't

13   want to be involved in the situation.  So if he told me

14   that he was recording me, it's honestly probably slipped

15   my mind.

16        Q    Okay.  That's understandable.  Well, why don't

17   we do this; why don't we go through this conversation

18   that you allegedly had with Jonathan Taylor.  You state

19   that you were not high, but you can't recall when the

20   last time was that you had done illegal drugs prior to

21   this conversation?

22        A    A lot -- a lot about that time was a blur,

23   especially the specific times that I used drugs.  I'm

24   sure you've never been a drug addict, but it's hard to

25   recall specific times that you used.  I just remember

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 22

1  that day, specifically, the whole reason I was there,

2  was to sell him drugs so I could afford my own.

3      **Q      And I think it makes sense that a lot of that**

4  **time is a blur.  You're right, I have not done drugs,**

5  **but --**

6      A      Yes, ma'am.

7      **Q      -- my understanding is that that's a**

8  **possibility; a potential side effect from that.**

9          MR. WRIGHT:  Object to form.

10     **Q      And you say Jonathan Taylor was drunk?**

11     A      No, ma'am.  He was -- he was high on Opanas.

12  That was the whole reason I was there was to take them

13  to him.

14     **Q      And what were those?**

15     A      Oxymorphone; those are pain pills.

16     **Q      Okay.  And did you --**

17     A      Very, very, strong pain pills.

18     **Q      -- did you take those pain pills yourself?**

19     A      I have before; I hadn't that day.  That was,

20  once again, the reason why I was there.

21     **Q      Okay.  Were you and Jonathan friends?**

22     A      Not really, no.  We knew each other on that

23  basis and that basis alone.  I provided the drugs that

24  he wanted.  I would bring them to him, so he didn't have

25  to come get them, and, I mean, that was about it.  He



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 23

1    dated my cousin, Kayla, but I barely knew Kayla, so I --

2    it's a possibility I had seen him before, but I don't

3    remember it.

4          Q    Okay.

5          A    I don't even know how long they were together.

6          Q    Okay.  What time of day was this?

7          A    This was at night.

8          Q    At night.  And what date did this occur on?

9          A    I have no clue.

10         Q    You have any idea, like, what day of the

11   week it was?

12         A    Not at all.

13         Q    Whether it was a weekend or a week day?

14         A    Not -- not even remotely.  To be perfectly

15   honest with you, ma'am, when you're doing drugs, you

16   don't keep track of what day it is.

17         Q    Okay.  Was anyone else present?

18         A    No.  Just me and him.

19         Q    Just the two of you?

20         A    Yeah.

21         Q    And where did this conversation allegedly take

22   place?

23         A    In his apartment.

24         Q    Okay.  So you told Detective York that

25   Jonathan Taylor talked with you about Katherine Mills'



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 24

1   **death, correct?**

2       A    He never actually said her name, yes, but he

3   -- he did annunciate very clearly that -- he --

4   essentially, what happened was, he had gotten rather

5   intoxicated and started to get a little honest, a little

6   bit too honest, and we were just going back and forth,

7   swapping stories.  Next thing you know, he looks at me

8   and says, "I did something really bad and it's been

9   bothering me a lot," and then out with it he goes.  He

10  says he robbed some old lady for her purse and cracked

11  her over the head, and then she ended up dying.

12      **Q    And what did he say he cracked her over the**

13  **head with?**

14      A    I feel like he said it was a bat, and I'm

15  fairly certain that's what I told Detective York, but I,

16  like I said, I was a little bit dumbfounded at the fact

17  that he told me that he had killed an old woman; kind of

18  hung up on that detail, not necessarily concerned with

19  what he did it with.

20      **Q    You didn't tell Detective York that he hit --**

21  **let's see, let me see what this says exactly; "That**

22  **Jonathan stated it was an aluminum little league bat**

23  **that he allegedly hit Ms. Mills with"?**

24      A    That sounds a little more specific.  I

25  probably just said bat, but, I mean, I guess that's

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 25

1    close enough.  A bat's a bat.

2         Q    Well, not necessarily, sir.  You did not tell

3    Detective York that an aluminum little league bat was

4    used?

5              MR. WRIGHT:  Object to form.

6         A    I, like I said, I may have said, "Aluminum

7    little league bat" or I may have just said, "Bat."

8         Q    Okay.  Did you say that Jonathan told them

9    that they got away with a couple hundred dollars?

10        A    A purse, yeah, a purse; said it had some cash

11   in it.

12        Q    Did you tell him that it was a couple hundred

13   dollars?

14        A    That's what Jonathan said, yes.

15        Q    And that's what you told Detective York?

16        A    And that's what I told Detective York.

17        Q    Okay.  Well, let's go through the statement.

18   I'm looking at PL2590.

19        A    Am I supposed to --

20        Q    Yes, you can look at this, sir.  I'd like you

21   to review that for me, please.  You had a chance to look

22   at that, sir?

23        A    Uh-huh.

24        Q    Okay.  And can -- does that --

25             MR. WRIGHT:  Did you see the second page?



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 26

1      Q      You had a chance to review that, sir?

2      A      I'm good, yes, ma'am.

3      Q      And that purports to be a narrative of the

4  alleged statement that you gave to Detective York on

5  April 29, 2015; does that look correct to you?

6      A      Yes, ma'am.

7              MR. WRIGHT:  I'll object to form.

8      Q      Okay.  So you've already stated that no one

9  else was at the apartment except for you and Jonathan?

10     A      Yes, ma'am.

11     Q      Okay.  It says here that Jonathan told you,

12  I'm looking at number three, that Amanda Hoskins is the

13  one who told them about the money to be had, medication

14  to be had, and she was the one who came up with the

15  plan.  Did you tell Detective York that?

16     A      I didn't know her name.  I knew she was

17  related to the old woman.  That's -- he didn't actually

18  come out and say, "It was Amanda" he said, "This girl

19  that I know is related to the woman, and she told us

20  that there was money to be had, that it would be easy

21  pickings."

22     Q      So the woman was related to Ms. Mills?

23     A      Is Ms. Mills the woman that was killed?

24     Q      Yes.

25     A      Then yes.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 27

1      Q    Okay.  So Jonathan said that a lady that was
2  related to Ms. Mills -- or the lady that was killed --
3  was the one who came up with this plan?  He never used
4  Amanda Hoskins's name.  So you did not tell Detective
5  York that Jonathan said, "Amanda Hoskins came up with
6  the plan," did you?
7          MR. WRIGHT:  Object to form.
8      A    I said it was the woman's granddaughter.
9      Q    Okay.  So then you would agree with me, you
10  did not say that it was Amanda Hoskins?
11     A    Yeah, I didn't -- I didn't know her name.
12     Q    Did you say that Jonathan went on to tell you
13  that Amanda was the one driving the car?
14     A    No, he didn't actually specify who was driving
15  the car.  He did mention something about whose car that
16  it was.  It was that same girl's car, but he never
17  actually told me who was driving the car, who was, I
18  guess, seeing as the other two were the ones that went
19  up to the door, I just kind of assumed that the third
20  person was the one driving the car.
21     Q    Did you ever mention anything to Detective
22  York, specifically, about Amanda Hoskins?  Did you
23  mention her name, specifically?
24     A    I -- I don't -- I still don't -- I couldn't
25  pick that girl out if you put her right in front of me.



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 28

```
 1        Q    So is that a no, you did not --
 2             MR. WRIGHT:  Object to form.
 3        A    No, I have no idea who she is.
 4        Q    Okay.  Did you tell Detective York that
 5   Jonathan told you that he and Kayla Mills were the ones
 6   that went up to the door?
 7        A    Yes, I did.
 8        Q    Did you specifically name Kayla?
 9        A    Yes, I did.
10        Q    Did you tell him that Kayla was the one that
11   knocked on the door?
12        A    Yes, I did.
13        Q    What type of medication did Jonathan say was
14   to be had?
15        A    He didn't specify.
16        Q    He did not?
17        A    No.
18        Q    How much money did Jonathan allegedly say --
19        A    Just a couple --
20        Q    -- was there to be had?
21        A    Just a couple hundred dollars.
22        Q    Okay.  And what did they do with that couple
23   hundred dollars?
24        A    They took it and used it for drugs.  I guess
25   what anybody that did drugs, that was desperate enough
```

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 29

1    to do something like that, would do with it.

2        Q    Okay.  This report says that you stated that

3    Jonathan never mentioned William Lester's name; is that

4    accurate?

5        A    That's accurate.

6        Q    So whose name did Jonathan allegedly mention

7    to you?

8        A    Aside from himself, Kayla.

9        Q    That's it?  Not Amanda Hoskins, not William

10   Lester?

11           MR. WRIGHT:  Object to form.

12       Q    So this narrative is incorrect, where it says

13   that you said it was Amanda Hoskins?

14           MR. WRIGHT:  Object to form.

15       A    Is she the woman's granddaughter?

16       Q    Did you ever mention the name Amanda Hoskins,

17   specifically?

18       A    No.

19       Q    So when this report says that you said that

20   Jonathan told you it was Amanda Hoskins, it's incorrect;

21   is that right?

22           MR. WRIGHT:  Object to form.

23       A    (No verbal response.)

24       Q    Okay.  Now, I think I asked you this question,

25   but I can't recall: When did this conversation allegedly



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 30

1    take place?

2         A    This has been like eight or -- eight, maybe

3    nine years ago.

4         Q    Okay.  So it's 2018, so --

5         A    Yeah --

6         Q    -- 2010?

7         A    2010, 2011.

8         Q    Okay.

9         A    Something like that.

10        Q    And you said everything's kind of a blur back

11   then, right?

12        A    As far as my recollection of any major events

13   happening in my life, there weren't really any, so,

14   yeah, it's all kind of just one big drug use.

15        Q    Okay.  So let's talk about that a little bit

16   more.  How often were you using drugs back then?

17        A    As often as I could.

18        Q    Was that daily?

19        A    I mean, when you don't have a job and you're a

20   drug addict, you can't really use daily.  You use when

21   you can.  So, I mean --

22        Q    And you came up with other ways to get money

23   for drugs; is that right?

24        A    Of course.

25        Q    Okay.  And we'll talk about that in a minute,



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 31

1   but you were using pills; is that what you said?

2        A     Uh-huh.

3        Q     What kind of pills were you using at

4   that time?

5        A     Oxycodone, Opanas; that's about it.

6        Q     Did you use any other type of drug?

7        A     No.

8        Q     Other than the pills?

9        A     No.

10       Q     So just those two.  And you used them as often

11   as you could, but you can't give me estimate as to how

12   often that was?

13       A     No.

14       Q     But regardless, everything from back then is

15   a blur?

16            MR. WRIGHT:  Object to form.

17       A     (No verbal response.)

18       Q     Okay.  Did you ever tell anyone about this

19   alleged confession that Jonathan made to you?

20       A     Yes, I did.

21       Q     Who did you tell?

22       A     My mother and my girlfriend.  Well, fiancee.

23       Q     What's your mother's name?

24       A     Angela Mills.

25       Q     And what's your fiancee's name?

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 32

1        A     Leah Sizemore.

2        Q     Okay.  When did you tell your mother about

3    this alleged confession?

4        A     A month or two after it happened.

5        Q     And what did your mom tell you to do about

6    that?

7        A     She didn't tell me to do anything about it.

8    She was just kind of, "Oh, you know, that's awful."  I

9    -- when I told her, I told her I was telling her in

10   confidence, that I didn't -- didn't want word to get out

11   that he had said that to me, because I didn't want to

12   get involved, you know, in anything.  I didn't want my

13   name to be thrown in the mix.  I just, you know, wanted

14   to be left alone, and she said she wouldn't tell anybody

15   but --

16       Q     And you never went to the police with this

17   information?

18       A     No.

19       Q     When did you tell your fiancee about this?

20       A     Almost -- almost immediately after it

21   happened, like maybe -- maybe a week.

22       Q     Okay.  Did she suggest that you go talk to the

23   police about this?

24       A     She didn't know what to suggest.  I don't

25   think it's, you know, a very common thing for somebody

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 33

1    to hear something like that.  She wasn't exactly sure

2    what to make of it either, but she never spoke a word,

3    never brought it up after that.

4         **Q      Did your mom suggest that you go to the**

5    **police?**

6         A      No.

7         **Q      Do you know if your mother ever went to the**

8    **police with this alleged confession?**

9         A    It was, yeah, it was made pretty clear that

10   she went straight to Jason York and was the one that

11   told him I knew something.

12        **Q      When did she go straight to Jason York?**

13       A    I'm -- I'm not sure.  I -- I don't know.  I

14   just -- next thing I know, you know, I'm going about my

15   life, and then he's looking for me and then -- and he

16   tells me like, "Hey, you know, your mother's already

17   told me."

18        **Q      So you said that Jonathan allegedly had this**

19   **conversation with you in 2010 or 2011, you immediately**

20   **told your fiancee about it.  And, I'm sorry, one thing I**

21   **didn't explain to you is, when we ask you questions, if**

22   **you can answer with a verbal answer, because you're**

23   **being recorded and it's easier for the court reporter --**

24       A    Uh-huh.

25        **Q      -- to pick up your answers if it's a "yes" or**

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 34

1    "no" versus a nod of the head, okay?

2         A    Yes, ma'am.

3         Q    Sorry, I should've mentioned that to you at

4    the beginning.

5         A    That's -- that's all right.

6         Q    Okay.  So you said it was 2010 or 2011 --

7         A    Yes, ma'am.

8         Q    -- when Jonathan allegedly confessed to you?

9         A    Yes, ma'am.

10        Q    And with -- immediately you told your fiancee

11   about it?

12        A    Yes, ma'am.

13        Q    And within two months is when you told your

14   mother about this alleged confession?

15        A    I, yeah, I wasn't as quick to tell my mother.

16   She and I always haven't had the best relationship, you

17   know.  I'd not really been so sure I could trust her

18   about things, but this was pretty serious, and I felt

19   like, you know, she wouldn't -- wouldn't throw me under

20   the bus, so to speak.  So, you know, it'd been bothering

21   me, so I -- I told her.

22        Q    And when did your mom go to Detective York,

23   immediately with this information?

24             MR. WRIGHT:  Object to form and foundation.

25        A    No.



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 35

1      **Q**    **Did she go to any police with this?**

2      A    Not that I'm aware of.  I never heard anything

3  about it for quite a while.

4      **Q**    **Okay.  So it was in 2015 that you gave your**

5  **statement to Detective York.  How long, are you aware,**

6  **that he had been looking for you before you gave the**

7  **statement?**

8      A    A couple weeks, I think.

9      **Q**    **Okay.  So from 2010 or 2011 to 2015, you**

10  **didn't have anything else to do with this alleged**

11  **confession?**

12      A    Nothing.

13      **Q**    **Had you been contacted by any law enforcement**

14  **whatsoever about it?**

15      A    Never.  No, ma'am.

16      **Q**    **Okay.  And so you don't know if it was -- do**

17  **you know when your mom went to see -- or when your mom**

18  **relayed this information?**

19      A    No, she -- she still denies it to this day,

20  but, I mean, he -- he told me to my face that -- that

21  she was the one that had came to him and told him, you

22  know, what I knew and --

23      **Q**    **When did Detective York tell you this to your**

24  **face?**

25      A    When I met with him to give that statement.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 36

1      Q    Okay.  And did you see that information in
2  that report anywhere?

3      A    What, about my mother?

4      Q    Yes.

5      A    No.

6      Q    Okay.  So if the information that's in that
7  report was from a recording he took of you, would you
8  agree that information was given off record?

9          MR. WRIGHT:  Object to form.

10     A    Yes, ma'am.

11     Q    Okay.  Did he tell you that pretty quickly
12  into the conversation?

13     A    Not immediately, no.  He's -- most of the
14  beginning of the conversation was him, essentially,
15  trying to calm me down.  Because like I said, I really
16  did not want to be there, and I think he could tell
17  that, so he was just kind of trying to put me at ease
18  and then I -- I can't remember what I said exactly, but
19  it was something to the effect of, "I don't even know
20  why I'm here right now" and that's -- that's when he
21  told me, "Hey, you know, your mother came and she told
22  me that, you know, you knew some stuff about what
23  happened, and I need your help," basically, is what
24  he said.

25     Q    Okay.  Did he make you any promises for

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 37

1   your help?

2        A    What do you mean?

3        Q    Did he tell you that he would help you out in

4   any way?

5        A    No, ma'am.

6        Q    Okay.  Your stepmom, Jennifer, correct?  Did

7   you ever tell your stepmom, Jennifer, about this alleged

8   confession?

9        A    I mean, after -- after the whole Jason York

10  thing, I talked to her about it, mostly because I just

11  didn't know what to do.  I didn't know if I needed to go

12  get a lawyer or if, you know, like I was going to

13  somehow be dragged into it.  I didn't know what was

14  going to happen, and --

15       Q    So you did talk with your stepmom about this?

16       A    -- after -- after I had given the statement to

17  Jason York.

18       Q    When did you talk with your stepmom about it?

19       A    Pretty much immediately after.

20       Q    After giving this statement?

21       A    Yeah.

22       Q    Okay.  I need to back up a little bit.  I'm

23  going to mark the statement as Exhibit 1.  Do you mind

24  to hand that to me for just a second, please?  I'm going

25  to if I can get this sticker off.  Okay.  I'll hand it



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 38

1    back, because you may need that again.  And again, that

2    statement was given on April 29, 2015; is that correct?

3         A    I don't -- I don't see a date on -- okay,

4    yeah.  Yes, ma'am.

5         Q    And you think that you immediately thereafter

6    went and talked to your stepmom about what you should

7    do?

8         A    I was at her workplace.  She had took me over

9    there for that very reason.

10             (EXHIBIT 1 MARKED FOR IDENTIFICATION)

11        Q    Okay.  I'm going to hand you what's marked as

12   PL2536.  And this is a memo of a conversation that Josh

13   Powell had with your stepmom, Jennifer Bruner.  Do you

14   see that?

15        A    Who is Josh Powell?

16        Q    He was an investigator in this case.

17        A    Oh.

18        Q    Do you see that this, the interviewee, is

19   Jennifer Bruner?

20        A    Yes, ma'am.

21        Q    And that's your stepmom, correct?

22        A    Yes, ma'am.

23        Q    Okay.  Do you see where it says that she said

24   that at no time did Mikey Bruner tell her he had

25   knowledge of a murder?



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 39

1           MR. WRIGHT:  I'm going to object to the form
2      and foundation of this memo.
3      A    Where is that at?
4      **Q    In the second paragraph, second sentence.**
5      A    Yes, ma'am.
6      **Q    Do you see where it says that "Jennifer Bruner**
7  **said at no time did Mikey Bruner tell her he had**
8  **knowledge of a murder"?**
9      A    Yes, ma'am.
10     **Q    Do you see where it says that "Jennifer Bruner**
11 **said in the past several years, at no time, did Mikey**
12 **Bruner say someone confessed to a murder to him"?**
13     A    Yes, ma'am.
14     **Q    Do you see the next sentence where it says,**
15 **"Jennifer Bruner said Mikey has never once said he had**
16 **knowledge of the death of Katherine Mills"?**
17     A    Yes, ma'am.
18     **Q    And then if you'll skip down to the fourth**
19 **paragraph, do you see where it says, "Jennifer Bruner**
20 **said Mikey Bruner has never mentioned the name Jonathan**
21 **Taylor in her presence"?**
22     A    Yes, ma'am.
23     **Q    Okay.  And if you go to the top of that memo,**
24 **can you tell me what that date is?**
25     A    July 29, 2015.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 40

1      Q      Okay.  So if you had immediately gone to your
2  stepmom to tell her about this alleged confession, or if
3  you, immediately, after giving your statement in April,
4  had gone to your stepmom to tell her about this alleged
5  confession; would she not have mentioned that to Mr.
6  Powell that day?
7           MR. WRIGHT:  Object to form and foundation.
8      A      Well, I never said I told her exactly what
9  happened.  I just simply talked to her about, you know,
10 the fact that I was having to give a statement because
11 she, you know, she deals with a lot of legal stuff.  I
12 was hoping maybe she would have some kind of idea as to
13 what I should do, you know, how I should approach it.
14     Q      You never told her what the meeting was about?
15     A      I mean, I -- I told her what it was about.  I
16 told her he was investigating a murder, but as far as
17 sitting down and being like, "Hey," you know, "this is
18 exactly what happened.  This is what I heard.  This is
19 the guy's name," no, I mean...
20     Q      So when she says that you never mention
21 Jonathan Taylor to her; is that a lie?
22     A      That's correct.
23           MR. WRIGHT:  Object to form and foundation.
24     A      No, that -- that's correct.  I never actually
25 mentioned Jonathan Taylor's name to her.



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 41

 1      Q    Okay.  And when she says that at no time did
 2  you say someone confessed to a murder to you; is that
 3  a lie?
 4           MR. WRIGHT:  Object to form and foundation.
 5      A    Once again, I simply talked to her about the
 6  fact I was having to give a statement.  I told her what
 7  the case was about, but I did not tell her the details
 8  of what had happened prior to that.
 9      Q    Okay.  So if you're telling her what the case
10  is about, would that not involve you saying that someone
11  had confessed to a murder to you?
12           MR. WRIGHT:  Object to form and foundation.
13      A    I was simply saying that I was being
14  questioned for a murder trial.
15      Q    Okay.  I'll mark that as Exhibit 2.  Who is
16  Elise Abner, sir?
17           (EXHIBIT 2 MARKED FOR IDENTIFICATION)
18      A    Elise Abner?
19      Q    Uh-huh.
20      A    I don't know anybody named Elise Abner, ma'am.
21           MR. KELLEY:  It could be Elsie.
22      Q    Oh, Elsie.
23      A    Oh, Elsie.
24      Q    I'm so sorry.
25      A    That's okay.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 42

1    Q    Yeah, I -- it's typed up wrong.

2    A    That's all right.

3    Q    Thank you, John.

4    A    Elsie is my stepmother's mother.

5    Q    Stepmother's mother; so Jennifer

6    Bruner's mother?

7    A    Yes, ma'am.

8    Q    Okay.  Did you ever talk to Elsie --

9    A    No.

10    Q    -- about this alleged confession?

11    A    No, no.

12    Q    Okay.  What kind of relationship do you have

13    with Elsie?

14    A    I mean, I love Elsie.  She's my

15    stepmother's mom.

16    Q    What kind of relationship did you have with

17    her in 2015?

18    A    About the same as I do now.

19    Q    Okay.  Are you allowed in her home?

20    A    Yes, ma'am.

21    Q    Were you allowed in her home in 2015?

22    A    Yes, ma'am.

23    Q    I'm going to show you what's marked as PL2528.

24    And there is a second page, sir.  You have a chance to

25    look at that, sir?

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

                                                      Page 43

 1        A     Uh-huh.

 2        Q     And would you agree with me that that's a memo

 3   that Josh Powell wrote on July 29, 2015?

 4              MR. WRIGHT:   Object to form and foundation.

 5        A     Yes, ma'am.

 6        Q     Would you agree that the interviewee was

 7   Elsie Abner?

 8        A     Yes, ma'am.

 9              MR. WRIGHT:   Object to form and foundation.

10        Q     And do you see where it says that "Elsie Abner

11   said she doesn't allow Mikey Bruner in her house because

12   he's trouble"?

13        A     Yes, ma'am.

14        Q     And then two paragraphs down, it says again,

15   "Abner said Mikey Bruner is trouble and therefore she

16   doesn't let him in her house"?

17        A     Yes, ma'am.

18        Q     So was she lying when she said that she didn't

19   allow you in her house?

20              MR. WRIGHT:   Object to form and foundation.

21        A     No.   She may just, like I said, I hardly ever

22   see Elsie, so if she had a problem with me, she didn't

23   have an opportunity to voice that.

24        Q     Okay.   But I asked you in 2015 if you were

25   allowed in her house, correct?



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 44

```
 1       A    And to my knowledge, I was.
 2       Q    So she never told you that you weren't allowed
 3  in her house?
 4       A    No.  Like I said, I very rarely see Elsie.
 5       Q    Okay.  How about -- I'm going to mark that as
 6  Exhibit 3.  Do you mind to hand that back to me for just
 7  a second, please?  Thank you.  Who is Jack Davis, sir?
 8            (EXHIBIT 3 MARKED FOR IDENTIFICATION)
 9       A    Which one?
10       Q    Do you have a grandfather who is Jack Davis?
11       A    I have a grandfather and an uncle.
12       Q    Okay.  Let's talk about your grandfather,
13  Jack Davis.
14       A    Okay.
15       Q    Is that your -- how is he your grandfather?
16       A    He was married to my grandmother.
17       Q    Okay.  And on your maternal side, on your
18  paternal side?
19       A    He's -- was married to my mom's mom; been
20  married to her since -- since I was born, so...
21       Q    So, you've known Mr. Davis for quite a while?
22       A    Yeah, I mean --
23       Q    What type of relationship do you have with Mr.
24  Davis, sir?
25       A    He's -- he's my grandfather, you know, I love
```

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

                                                        Page 45

1   him.  I don't get to see him very often, but --

2        Q    Are the two of you close?

3        A    I mean, I wouldn't say that.  Like I said, I

4   -- I hardly ever get to see him.

5        Q    If he said that you were close, would that be

6   inaccurate?

7        A    No, I mean, he loves me.  I love him.  We

8   don't get to see each other.

9        Q    But you don't say that you're close?

10       A    Ma'am, I'm sorry, but what is my relationship

11  with my family have anything to do with this?

12       Q    Unfortunately, it does.  So if you'll just

13  answer the questions, hopefully it'll --

14            MR. WRIGHT:  Object to form and foundation;

15       asked and answered.

16       A    Okay.  Well, okay.  To say that we are close,

17  yes.  I love my grandfather, he loves me.

18       Q    Okay.  Did you have conversations with your

19  grandfather?  Did you talk with your grandfather?

20       A    About anything specific, or just in general?

21       Q    In general.

22       A    Yes.

23       Q    Okay.  Did you ever mention anything about

24  this alleged confession to your grandfather, Jack Davis?

25       A    No.



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 46

1      Q     Okay.  Was Mr. Davis aware of your drug use at
2   that time?
3      A     I -- it seems like my whole family was.  Yeah,
4   I'd imagine he was, too.
5      Q     Okay.  Do you know what Mr. Davis's opinion of
6   your credibility was at that time?
7           MR. WRIGHT:  Object to form and foundation.
8      A     I -- I never asked him.  No, ma'am.
9      Q     Okay.  Would you be surprised if he says that
10   "We shouldn't any weight towards Mikey says because you
11   were -- may have been high on alcohol and drugs"?
12           MR. WRIGHT:  Object to form and foundation.
13      A     Wouldn't surprise me at all.
14      Q     Okay.  Did Mr. Davis ever talk about the death
15   of Katherine Mills in your presence?
16      A     No, ma'am.  I don't even think he knew her.
17      Q     Did any other family member ever talk about
18   the death of Katherine Mills in your presence?
19      A     No, ma'am.
20      Q     Okay.  If you'll look at that memo that I just
21   gave to you, sir, specifically at the second page, the
22   third paragraph.  You see there where it says that "Jack
23   Davis said that there has been talk in his family of the
24   death of Katherine Mills"?
25      A     Yes, ma'am.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 47

1            MR. WRIGHT:  Object to form and foundation.

2       **Q     Does that refresh your recollection of any**

3  **conversations that your family may have had in your**

4  **presence about the death of Katherine Mills?**

5            MR. WRIGHT:  Same objection.

6       A     If they did, it wasn't in my presence.

7       **Q     Okay.  Do you see where it says that "He**

8  **advised his family, has discussed the case before.**

9  **During these discussions in his family, Jack Davis said**

10 **'Mikey Bruner never mentioned having any knowledge of**

11 **the death of Katherine Mills.'"**

12           MR. WRIGHT:  Object to form and foundation.

13      **Q     Do you see where it says that?**

14      A     Yes, ma'am.

15      **Q     Do you think your grandfather would've said**

16 **that if it had not been discussed in your presence?**

17           MR. WRIGHT:  Object to form and foundation.

18      A     I mean, I -- honestly, that doesn't really

19 make a whole lot of sense when you say it like that.  It

20 seems like it's kind of being taken out of context.  No,

21 I didn't mention it, because he and I never discussed it

22 together.  He may have discussed it with the rest of my

23 family, but it is true to say that I never said anything

24 in his presence, because he didn't discuss it with me.

25      **Q     Okay.  Mark that as Exhibit 4.  Sorry.  We're**

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 48

1    going to have to keep these all together, so we can give

2    them to the court reporter at the end, okay?

3         (EXHIBIT 4 MARKED FOR IDENTIFICATION)

4    A    Okay.

5    Q    Sir, who is Brandy Messer?

6    A    That would've been my grandfather's, I guess

7    you would call her, girlfriend at the time.

8    Q    Your grandfather's girlfriend?  Okay.  How old

9    was Brandy Messer in 2015, approximately?

10   A    21, 22.

11   Q    Okay.  Did you ever live with Brandy Messer?

12   A    Yes, ma'am.

13   Q    Did you live with her in 2010, 2011?

14   A    Maybe in 2011.  I moved around a lot back

15   then.  I didn't really stay in one place for too long,

16   so it's hard to say.

17   Q    Okay.  So you're not sure exactly when you

18   lived with her, but you did live with Brandy Messer?

19   A    Yes, ma'am.

20   Q    Did you ever talk with Brandy Messer about

21   this alleged confession?

22   A    I hate Brandy.  I wouldn't talk to her about

23   anything?

24   Q    But you lived with her?

25   A    Yes, ma'am.



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 49

1    Q    You hated her, but you lived with her?

2    A    I didn't exactly have that many options, as

3    far as where I could lay my head at night.

4    Q    Okay.  But she was nice enough to give you

5    somewhere to lay your head?

6    A    No.  My grandfather was nice enough to give me

7    somewhere to lay my head.

8    Q    Did your grandfather --

9    A    If she'd have had her way, she would've put

10   me out.

11   Q    Did your grandfather live there, too?

12   A    (No verbal response.)

13       MR. WRIGHT:  Is that a "yes," just for the

14   record?

15   A    Yes, I'm sorry.

16   Q    And maybe I've already asked this, but did you

17   mention anything to Ms. Messer whatsoever about Jonathan

18   Taylor?

19   A    No.  No, ma'am.

20   Q    Okay.  It sounds like you guys didn't have a

21   very good relationship then, right?

22   A    Me and Brandy?

23   Q    Uh-huh.

24   A    We still don't, ma'am.  I -- I have nothing

25   for her.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 50

 1      Q      How well do you think she knows you?

 2      A      Not at all.

 3             MR. WRIGHT:  Object to form and foundation.

 4      Q      Not at all?

 5      A      No.

 6      Q      Okay.  So even though you lived together, you

 7  don't feel like she knows you very well?

 8      A      No.  No.

 9             MR. WRIGHT:  Object to form and foundation.

10      Q      I'm going to hand you what's marked as PL2546.

11  And actually, let me just go ahead and put the sticker

12  on it.  I'm sorry.  That'll be Exhibit 5.  You have a

13  chance to review that, sir?

14      A      Uh-huh.

15      Q      And would you agree that's a memo that Josh

16  Powell wrote about on May 26, 2015 interview of

17  Brandy Messer?

18      A      Yes, ma'am.

19             MR. WRIGHT:  Object to form and foundation.

20      Q      Do you see where it says that, at no time, you

21  never mentioned Jonathan Taylor to her?

22      A      Yes, ma'am.

23      Q      Do you see where it says in the second full

24  paragraph, where she says that you are a

25  compulsive liar?

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 51

```
 1      A    Yes, ma'am.
 2      Q    Do you see where it says you would lie a lot?
 3      A    Yes, ma'am.
 4      Q    That it was common for you to lie and make
 5  up stuff?
 6      A    Yes, ma'am.
 7      Q    And that you would make up stuff to get
 8  brownie points?
 9      A    Yes, ma'am.
10      Q    Okay.  Is that true?
11           MR. WRIGHT:  Object to form and foundation.
12      A    Ma'am, I already told you Brandy doesn't like
13  me very much, so I wouldn't expect her to have very many
14  nice things to say about me.
15      Q    Okay.
16      A    Does that mean that just because she said it,
17  it's true?  No, it doesn't.
18      Q    Did Elsie Abner like you?
19           MR. WRIGHT:  Object to form and foundation.
20      A    I thought so, yes, ma'am.
21      Q    Okay.  And she said that you were trouble,
22  correct?
23           MR. WRIGHT:  Object to form and foundation.
24      A    Yes, ma'am.
25           (EXHIBIT 5 MARKED FOR IDENTIFICATION)
```

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 52

1      Q      Okay.  Mr. Bruner, when is the last time that
2   you used illegal drugs?

3      A      (Yawns.)  I'm sorry.

4      Q      It's okay.

5      A      Been about a year.

6      Q      Okay.  So you've been -- do you drink?

7      A      No.  No, ma'am, I can't.

8      Q      So you've been sober for about a year?

9      A      Yes, ma'am.

10     Q      Well, congratulations on that.

11     A      Thank you.

12     Q      I really mean that.  Are you on any
13   medications today at all, sir?

14     A      No, ma'am.

15     Q      Okay.  Can you tell me a little bit about your
16   August 2017 arrest for possession of a controlled
17   substance?

18     A      Yes, ma'am.  I was arrested with an empty
19   baggie and a pack of rolling papers.

20     Q      Okay.  And how did that come about?

21     A      The cops showed up at my grandfather's house,
22   and he wanted to look through my wallet, and I happened
23   to have a baggie in my hoodie pocket.  And when I
24   reached to grab my wallet, I pulled out the baggie and
25   he saw it.  That was that.



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 53

1      Q      Did the baggie at one time contain drugs?

2      A      Yes, ma'am.

3      Q      It did.  What kind of drugs, sir?

4      A      I -- I don't remember.

5      Q      Crushed up oxys; does that sound familiar?

6      A      I mean, I doubt I would've had them crushed up

7    in the baggie.  It's possible there may have been some

8    residue from one of the pills that had been sitting in

9    there on it.  I don't know.

10     Q      Do you recall if there was a straw in

11   the baggie?

12     A      No, it was a real tiny baggie.

13     Q      There was no snorter straw?

14     A      No, it was like about that big.

15     Q      Okay.  I'm going to give you what I'm going to

16   mark as Exhibit 6.  This is a print out from CourtNet

17   about this charge.  Sir, would you agree that this is a

18   printout regarding Knox District Court Case 17F409?

19            MR. WRIGHT:  Object to form and foundation.

20     A      Where would I find that at?

21     Q      On the --

22     A      Yes, ma'am.

23     Q      Okay.  And is this a case in which you were

24   involved, sir?

25     A      Yes, ma'am.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 54

1       Q     It's a case in which you were charged?

2       A     Yes, ma'am.

3       Q     And what were you charged with, sir?

4       A     Second-degree possession, or I'm sorry,

5   convicted.  I was charged with first degree possession

6   and drug paraphernalia.

7       Q     Okay.  And you said that -- and what is the

8   date on which you were charged, sir?  Under charges, do

9   you see where it says "charged on"?

10      A     Okay.  Yeah.  8-10-2017.

11      Q     Okay.  So August of last year, and you said

12  the police showed up at your grandfather's house?

13      A     Yeah.

14      Q     Why did they show up at your grandfather's

15  house?

16      A     My drug addiction had taken a turn for the

17  worst.  I had basically convinced my grandfather to give

18  me a bunch of money.  He had given me the money, and I

19  had gone through it.  Then when I ran out of money, I'd

20  pawned a couple things out of his house, and -- I don't

21  know, I'm not really sure how the police got involved or

22  how they knew about it.  That -- that detail escapes me.

23  But, I mean, I know I did some pretty messed up stuff to

24  -- to my family and they, you know, they -- they came

25  a-calling.



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 55

1      Q    Do you recall if family members had called the
2  police to your house that day?

3      A    I don't -- they never told me that, ma'am, no.

4      Q    Okay.  And how much money had your grandfather
5  given you?

6      A    He had two credit cards.  One was, I think, it
7  was $12,000.  He had another one that was $25,000.  He
8  had -- I'd say all total, he'd probably given me
9  somewhere between $75,000 and $100,000 over the course
10 of about five months.

11     Q    Did he know that you were using that money
12 on drugs?

13         MR. WRIGHT:  Object to form and foundation.

14     A    I -- I think he did, because there had been
15 several times where he had found, you know, drug-related
16 items in the house and had confronted me with it, but I
17 don't know.  He just -- I don't know if he felt pity for
18 me or, I mean, it's hard -- it's hard to really say why
19 he kept giving me the money.

20     Q    Did you take the money?

21     A    What do you mean?

22     Q    Without your grandfather's knowledge?

23     A    No.  No, ma'am.

24     Q    So your grandfather knew that you were using
25 -- you said $75,000 or so -- of his money to buy drugs?

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 56

1          MR. WRIGHT:  Object to form and foundation.

2      A    Like I said, I'm fairly certain he knew it was

3  for drugs because he found drug related-items around the

4  house and, you know, things of that nature.  But yes, as

5  far as the money, I never stole a single dime.

6      **Q    Okay.  Do you see where it says, "The accused**

7  **advised he had a oxycodone 30 mg pill" in the baggie**

8  **that you said you pulled out of your pocket?**

9      A    Yes, ma'am.

10     **Q    Does that refresh your recollection about what**

11  **was in that baggie?**

12         MR. WRIGHT:  Object to form and foundation.

13     A    I mean, it doesn't make me remember it any

14  better, but if that's what I said, then I'm sure that's

15  what it was.

16     **Q    Okay.  And I need to apologize to you.  I**

17  **think I said that a snorter straw was found in the**

18  **baggie.  Do you see where it says there was a snorter**

19  **straw found in your pocket?**

20     A    Yeah, I'm sorry, it wasn't a straw.  It was a

21  broken piece of pen.

22     **Q    Okay.  Was that used to snort drugs with?**

23     A    No, no, no.  Used -- used to smoke them.

24     **Q    Okay.  So used for drug activity?**

25     A    Yes, ma'am.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 57

1     Q     Do you see the last sentence there where it

2   says, "The accused stated the reason he deceived his

3   grandparents out of thousands of dollars was to feed his

4   drug addiction"?

5     A     Yes, ma'am.

6     Q     How do you take the word "deceived"; how do

7   you perceive the word deceived?

8          MR. WRIGHT:  Object to form and foundation.

9     A     I guess as in just misled, I don't know,

10  misappropriated, took the money that he gave me and used

11  it on things other than what he thought he was giving it

12  to me for.

13    Q     Okay.  So you don't know that your grandfather

14  gave you money for your drugs, right?

15         MR. WRIGHT:  Object to form and foundation;

16    asked and answered.

17    A     Well, initially it had started out, he had

18  been giving me money, like, to pay off debt.  The first

19  time it ever happened, I had a credit card debt that was

20  quite old and I, you know, I get my mail there, so he

21  decided that he was going to give me the money to pay

22  that off and, you know, I mean, you hand somebody who's

23  struggling with drug addiction $2500 all the sudden,

24  and, you know, you've got somebody in the house with him

25  that's doing drugs, that's -- that's not really a recipe



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 58

1   for success.

2        Q    Okay.

3        A    So, it all kind of spiraled out of control

4   from there.

5        Q    And -- I'm sorry, go ahead.

6        A    No, go ahead, ma'am.

7        Q    This was in August of 2017?

8        A    No, no, no, no.  This -- this is -- August of

9   2017 is pretty much when everything had already

10  happened, like, it was over with.

11       Q    Okay.  This form says that on August 10, 2017,

12  is when the police came to your grandfather's home.

13       A    Yeah, that's when they came to the house,

14  yeah, but that's not when he started giving me money.

15       Q    Oh, of course.  He gave you money over a span

16  of time, I would assume?

17       A    Yeah.

18       Q    Okay.  But it was August 10, 2017 when you

19  were charged with these crimes, correct?

20       A    Yes, ma'am.

21       Q    So in August of 2017, you were still using

22  drugs at that time?

23       A    Yes, ma'am.  I had stopped for about a year-

24  and-a-half, and just kind of fell in with the wrong

25  crowd again, started, kind of, experimenting with it a



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 59

1    little bit, and then, the next thing I know, I've got

2    almost $3000 in my hand and, you know, I just kind of

3    lost it a little bit.

4          **Q    So then it's been less than a year since**

5    **you've used drugs, correct?**

6          A    Yeah, it's been somewhere around.  I guess

7    this would make it about ten months.

8          **Q    So you never used drugs again after this**

9    **August date?**

10          A    No.

11          **Q    So earlier when you said it had been a year,**

12    **you were just --**

13          A    Guesstimating.

14          **Q    -- confused, okay.  Would you check to see if**

15    **I put a stick on that please, sir?  I think I did.**

16          A    Yeah, down here at the bottom.

17          **Q    Okay.  Thank you.  Sir, have you had any other**

18    **arrests?**

19                **(EXHIBIT 6 MARKED FOR IDENTIFICTION)**

20          A    Yeah, I was arrested -- I think it was in

21    2011.  I got a DUI.  Yeah, roughly 2011, something

22    like that.

23          **Q    Okay.  And what was the result of that arrest?**

24          A    I went to jail for, like, a night, and then

25    had to do a defensive driving class.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 60

1      Q      Do you have any other arrests?

2      A      No.  No, ma'am.

3      Q      And on that possession charge that we just

4   talked about at your grandparents; did you get any jail

5   time on that, sir?

6      A      Yes, ma'am.  I was in there for, I think, it

7   was like 15 days.

8      Q      Okay.  Do you remember what you were sentenced

9   to on that charge?

10     A      What do you -- what do you mean?

11     Q      What did you get -- how many days in jail were

12  you sentenced to on the charges that we just talked

13  with?

14     A      Oh, the 15th day was the day that I went to

15  -- to court.  He released me on the grounds that I would

16  attend the intensive outpatient program at Comp Care

17  and, basically, not cause any more trouble from that

18  point on.

19     Q      Okay.  And I've just somehow misplaced that.

20  Hold on just a second.

21     A      I'm sorry, ma'am, do you have the time?

22            MR. KELLEY:  It's 2:04.

23     Q      If this form says that you were sentenced to

24  360 days in jail, conditionally discharged for two

25  years; would that be correct, sir?



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 61

```
 1      A    What does "conditionally discharged" mean?
 2      Q    That if you, like, completed your program, or
 3  got no other convictions or charges, that that would --
 4  these charges would be discharged.  So you said you
 5  spent how many days in jail on that?
 6      A    I think it was, like, 14or 15.  I think it
 7  was 15.
 8      Q    Okay.  Sir, did you complete high school?
 9      A    Yes, ma'am.
10      Q    What high school did you go to?
11      A    Barbourville.
12      Q    Barbourville High School?
13      A    Uh-huh.
14      Q    Did you take any post-high school education?
15      A    No, ma'am.
16      Q    Okay.  Were you in the military?
17      A    Yes, ma'am.
18      Q    What branch were you in?
19      A    The Army.
20      Q    And when did you go to the Army, sir?
21      A    That would've been, I think I signed up around
22  August or September of 2013; something like that.
23      Q    Okay.  And how many years did you enlist for,
24  at that time?
25      A    Three-and-a-half.
```

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 62

1     **Q    You enlisted for three-and-a-half years?**

2     A    Yes, ma'am.

3     **Q    You didn't enlist for four?**

4     A    No.  It was like a three -- three years and, I

5    think it was seven months.

6     **Q    Okay.  I'm not asking how many you served, but**

7   **when you signed up in the Army --**

8     A    Yeah, that's -- that's --

9     **Q    -- you signed up for a three-and-a-half-year**

10   **term?**

11    A    Yeah, it was like three years and seven

12   months.  Yeah.

13    **Q    Okay.  Why three years and seven months?**

14    A    I have no idea.  That's just what they laid in

15   front of me, you know, like, I went to enlist and that's

16   what the contract said, like, three years, seven months,

17   something like that.

18    **Q    Okay.  When were you discharged?**

19    A    About a year after that.

20    **Q    I'm going to hand you what is marked PL10558.**

21    A    Okay.  Yeah, three years, 18 weeks.

22    **Q    That's what you enlisted for?**

23    A    Yeah.  Yeah.

24    **Q    So where it says four years there and it's**

25   **marked through, you think that was just a mistake?**

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 63

1       A    I'm -- I'm not really sure, to be honest with
2    you.  I don't really know how that part of the process
3    works.  That's just, you know, I told them I wanted to
4    enlist and when they handed me the contract, I just
5    happened to notice it said three years and something.
6       **Q    Okay.  Let's mark that as Exhibit 7.  Do you**
7    **mind to place it --**
8       A    Sorry.
9       **Q    -- just place it on the bottom, if you don't**
10   **mind.  Thank you so much.**
11      A    You're welcome.
12           (EXHIBIT 7 MARKED FOR IDENTIFICATION)
13      **Q    Now, did you say when you were discharged,**
14   **sir?**
15      A    I'm sorry?
16      **Q    When were you discharged from the Army?**
17      A    About a -- about a year after I enlisted.
18      **Q    Okay.  So you didn't make it the three years**
19   **and 18 weeks?**
20      A    No.  No.
21      **Q    Okay.  And why is it that you were discharged?**
22      A    I kept getting into trouble, and then I tested
23   positive for marijuana.
24      **Q    Let me hand you what's marked as PL10562.**
25   **That's going to be Exhibit 8.  Have you ever seen this**

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 64

1   form, sir?

2        A    Not -- that that I can remember, no.

3        Q    You don't remember seeing it?

4        A    No.

5        Q    Do you know what this form is?

6        A    Okay.  Yeah, this is the form that my company

7   commander filled out whenever I tested positive

8   for marijuana.

9        Q    Okay.  So where it says at the top, it's a

10  memorandum for PV1 Thomas M Bruner; that would be you,

11  sir?

12       A    Yeah, that's me.

13       Q    Okay.  And here it says that, on or about the

14  17th of June 2014, and on our about the 17th of July

15  2014, you wrongfully used marijuana; do you see where it

16  says that?  Number 1A?

17       A    It wasn't two separate occasions, it was a

18  one-time thing.

19       Q    But the form says that it was two separate

20  occasions, correct?

21       A    It says on our about, between 17th of

22  June 2014.

23       Q    Okay.  You're right.  You're right.  Do you

24  see next where it says that they're recommending that

25  your service be characterized as a "general" under

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 65

1    honorable conditions?

2        A    Yes, ma'am.

3        Q    Can you explain to us what that means, sir?

4        A    A general under honorable conditions

5    essentially means that, while you were in the military,

6    you did your job and you did it well, but, you know, you

7    didn't serve out your full term, so you can't get an

8    honorable.  You got into some trouble here and there so,

9    you know, you didn't finish your full term.

10       Q    Okay.  I think that you explained that well

11   enough, but let me show this to you, too.  I'm going to

12   hand you what's PL10570.  We're going to mark that as

13   Exhibit 9, and I'd like you to look particularly at this

14   long paragraph there.

15       A    Is there anything specific I'm looking for?

16       Q    So can you just tell me what it says a general

17   discharge is?

18       A    "A general discharge is a separation under

19   honorable conditions based on military record being

20   satisfactory but not sufficiently meritorious to warrant

21   an honorable discharge."

22       Q    Okay.  And it was because of your drug use in

23   the Army that you were given that general discharge,

24   correct?

25       A    It -- it was that, and then there was one

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 66

1    other instance where I got drunk and got into a fight,

2    and I'd provided one of my underage fellow soldiers with

3    some alcohol, and he got drunk, and peed on himself, and

4    caused a whole big fuss.  And so, I had gotten into

5    trouble a couple of times for little stuff, and then

6    that happened and then they were just kind of -- kind of

7    fed up with it.

8        **Q    Sure.  And can you tell me one more time when**

9    **it is that you that you enlisted in the Army?**

10       A    I -- like I said, it's been somewhere between

11   August and September, I think, of 2013, and then I left.

12   I arrived at Fort Leonard Wood the day before

13   Thanksgiving.

14       **Q    Uh-huh.**

15       A    No, I'm sorry.  I arrived there the week

16   before Thanksgiving.  I got to my actual training

17   company the day before Thanksgiving.  So yeah, about a

18   week before Thanksgiving is when I actually got there.

19       **Q    When did you first start taking drugs?**

20       A    I was probably 15 the first time I ever

21   tried it.

22       **Q    I don't usually ask people how old they are**

23   **but, how long ago was that?  How old are you, sir?**

24       A    I'm 27, ma'am.

25       **Q    Okay.  So 12 years ago?**



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 67

1    A    Yes, ma'am.

2    Q    And it's 2018, so we're looking at 2006 or so?

3    A    Yes, ma'am.

4    Q    Okay.  When did you first start drinking

5    alcohol?

6    A    I mean, I tried it a couple times before I

7    ever even knew what drugs were.  I didn't really start

8    drinking heavily until I got into the Army, though.

9    That's -- that's kind of when that became a problem.

10    Q    Okay.  So prior to the Army, it was more a

11    drug issue?

12    A    Yeah, I didn't -- didn't really drink very

13    often.

14         (EXHIBIT 8 MARKED FOR IDENTIFICATION)

15         (EXHIBIT 9 MARKED FOR IDENTIFICATION)

16    Q    Okay.  I'm going to hand you what's marked as

17    PL10580.  This is going to be Exhibit 10.  Have you ever

18    seen this report, sir?

19    A    No, ma'am.

20    Q    Can you tell me what the report is by looking

21    at it?

22    A    A report of mental status evaluation.

23    Q    Okay.  And can you tell me who the patient

24    information states this is for; the patient name?  See

25    that at the bottom.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 68

1      A    That's -- that's for me, ma'am.

2      Q    It is for you?  Okay.  So in section five of

3  the first page, PL10580, it says your axis one diagnosis

4  includes alcohol dependence and early remission.

5      A    Yes, ma'am.

6      Q    Is that accurate?

7          MR. WRIGHT:  Object to form and foundation.

8      A    Yes, ma'am.

9      Q    Okay.  If you'll flip over to 10582, so two

10  pages over.  Do you see where it says service member has

11  been screened for substance use disorder i.e. alcohol

12  and drugs?  It's in that top section of the page, about

13  four lines down.

14     A    It's on the third page?

15     Q    Yes, sir.  The one that's labeled 10582.

16  There's an X next to it.

17     A    Oh, okay.  Yeah.

18     Q    "Service member has been screened for

19  substance use disorders."  And do you see under that,

20  where it says "per SM report"; what does SM stand for?

21         MR. WRIGHT:  Object to form and foundation.

22     A    I have no idea.

23     Q    Could that be service member?

24     A    Possibly.

25     Q    Okay.  "Medical records and audit SM has a



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 69

1  history of alcohol dependence with substance use

2  occurring during times of heavy drinking but not meeting

3  criteria for separate substance abuse diagnosis"; you

4  see that, sir?

5       A    Yes, ma'am.

6       Q    Okay.  So this is dated September 18, 2014.

7  So, by that time, it appears that you had an alcohol

8  problem; would you agree?

9            MR. WRIGHT:  Object to form.

10      A    Yes, ma'am.

11      Q    Okay.  So you've been doing drugs and/or

12 alcohol at some point for the last 12 years?

13      A    Not constantly, no.  There have been times

14 where I've managed to -- to stay clean for a little

15 while.

16      Q    But in 2010, 2011, you were a heavy drug user?

17      A    Yes, ma'am.

18      Q    And you said you were in the throes of your

19 addiction in August of last year --

20           MR. WRIGHT:  Object to form.

21      Q    -- when you were arrested, correct?

22      A    (yawns) I'm sorry, I keep yawning.  Yes,

23 ma'am.

24      Q    It's okay.  Sorry about that.  I'm almost

25 done.  When you were using drugs and/or alcohol, did you



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 70

1     ever lie to get drugs or alcohol?

2          A     Yes, ma'am.

3          Q     Did you ever lie to get money for drugs or

4     alcohol?

5          A     Yes, ma'am.

6          Q     Did you ever lie to the police?

7          A     I never had to deal with the police.

8          Q     Never lied to the police?

9          A     No, ma'am.

10         Q     But you lied to your grandparents?

11         A     I've lied to my grandparents, my mom,

12    girlfriend, friends, brother...

13         Q     But never to the police?

14         A     I never had to talk to the police.

15         Q     Okay.  Except for when you gave this

16    statement, except for when you were arrested for DUI,

17    except for when you were arrested --

18         A     Well, I didn't really talk to the police then.

19    They just kind of put me in the back of the car and took

20    me to jail.  I didn't have a conversation with them on

21    the way there.  And then, once again, when they arrested

22    me this past year, there wasn't a whole lot of talking

23    going on.  I'd been convicted of a crime, and they took

24    me to jail and dropped me off.

25         Q     Well, but it sounds like you did talk to them,

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 71

1   because it said that you said you had deceived your
2   grandparents out of money for drugs.
3           MR. WRIGHT:  Object to form.
4       A    I didn't say that.
5       Q    You did not say that?
6       A    No, I did not say that to the police officer.
7   He already knew that when he arrived at the house.
8       Q    So if the CourtNet form that we looked at that
9   I think is number 8; is that correct?
10          COURT REPORTER:  6.
11      Q    6 says, "The accused stated the reason he
12  deceived his grandparents out of thousands of dollars
13  was to feed his drug addiction," the cop would be -- the
14  cop made that up?
15          MR. WRIGHT:  Object to form.
16      A    No, but you're taking that out of context
17  again, ma'am.
18      Q    No, sir.  I'm reading exactly what it says.
19      A    I did not tell the cop -- I did not tell the
20  cop that I had done that.  He already knew I had done
21  that when he arrived at the house.  When he asked me why
22  I had done that, that's what I told him, was to feed my
23  drug addiction.  I did not look at the cop and say,
24  "Hey, by the way I've taken $100,000 worth of my
25  grandparents' money."  He already knew when he arrived



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 72

1  at the house, that's why he was there in the first

2  place.

3       **Q     So when did you talk to the cop?**

4       A     Whenever he came up to the house to remove me.

5       **Q     Okay.  So you did have a conversation with the**

6  **police officer when you were arrested?**

7            MR. WRIGHT:  Object to form.

8       A    If you would call him telling me to take my

9  wallet out and then him telling me that I was under

10  arrest a conversation, then yes.

11       **Q     And telling him that you had deceived your**

12  **grandparents out of money for your drug addiction.**

13            MR. WRIGHT:  Object to form and foundation;

14       asked and answered.  He's already explained this.

15       A     That's three sentences; does that constitute a

16  conversation, ma'am?

17            MS. STAPLES:  That's all the questions I have

18       for you, Mr. Bruner.

19            (EXHIBIT 10 MARKED FOR IDENTIFICATION)

20                 CROSS EXAMINATION

21  BY MR. WRIGHT:

22       **Q    Hello, Mr. Bruner.  My name is Derrick Wright.**

23  **I represent defendants Jason York and Jason Bunch.  I've**

24  **just got a few questions.  I'll try to be brief, okay?**

25  **Have you ever met me before?**

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 73

```
 1      A    No, sir.
 2      Q    Have you ever met any of the other counsel
 3  here before?
 4      A    No, sir.
 5      Q    You said you spoke to an investigator; what
 6  was the name of the investigator?  Do you remember?
 7      A    What do you mean "investigator"?  Like, the
 8  one that's been coming to my house recently?
 9      Q    Yes.
10      A    His name is Jimmer something.
11      Q    Do you know how many times you've spoken to
12  Jimmer?
13      A    Three maybe.  I've talked to him on the phone
14  a couple of times.  He's stopped by my house several
15  times.
16      Q    Do you know whether he's recorded your
17  conversations?
18      A    Not to my knowledge, no.  He's wrote it down.
19  I mean, I guess you count that as recording.
20      Q    Okay.  But to your knowledge, he didn't have a
21  recording device?
22      A    No.  No, sir.
23      Q    At least he hasn't told you that, right?
24      A    Yes, sir.
25      Q    You didn't see one?
```

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

                                                            Page 74

 1       A     No, sir.

 2       Q     Did you ever talk to any investigators for the

 3   plaintiffs, Amanda Hoskins or Jonathan Taylor, while

 4   they were being prosecuted?

 5       A     No, sir.

 6       Q     This Joshua Powell; did you ever speak to him?

 7       A     I don't even know who that is, sir.

 8       Q     Okay.  Elise Evans?

 9       A     No, sir.

10       Q     Okay.  Do you know whether you spoke to any of

11   their criminal defense attorneys?

12       A     No, sir.

13       Q     Have you spoken to Detective York, other than

14   this statement you gave to him; any other times you've

15   spoken to him?

16       A     Like, at all in my life?

17       Q     Let's go with just this case, about the

18   investigate --

19       A     No, sir.

20       Q     Just that one time?

21       A     I have not spoken to him one time since that

22   happened.

23       Q     All right.  Did you review anything before you

24   took your deposition today?

25       A     Like what?

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 75

1      Q     Just -- did Jimmer give you anything, like any
2  of these documents you've seen today to look at before
3  you testified?
4      A     Oh, no, sir.
5      Q     No.  Did you listen to your statement to
6  Detective York?  Did you get a chance to hear that?
7      A     No, sir.
8      Q     And you mentioned you've had a criminal
9  conviction for drug possession last year; is that
10 correct?
11     A     Yes, sir.
12     Q     You spoke to Detective York in 2015; does that
13 sound correct?
14     A     Yes, sir.
15     Q     At that time, were you under any prosecution
16 for charges; were you under any criminal charges?
17     A     No, sir.
18     Q     Okay.  You mentioned -- you talked about
19 substance abuse in the past, and you described that as
20 on and off.  It wasn't consistent that you used it that
21 whole time, right?
22     A     Yes, sir.
23     Q     Do you know what time periods where you were
24 not using any of those substances; alcohol, illicit
25 drugs?



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 76

```
 1      A    Let's see.  I stopped for, probably, close --
 2  not -- not a full year, but close to a year, right
 3  before I joined the Army.  Then, I didn't immediately
 4  pick it up after I got back from the Army, so for a few
 5  months then.  And then a couple years in high school.  I
 6  guess, I tried it the first time when I was 15, and then
 7  kind of fooled around with it for a little bit, and
 8  then, you know, my last couple years of high school I
 9  didn't really -- didn't go around it.
10      Q    Okay.  When did you enlist in the Army, to the
11  best of your memory?
12      A    Like I said, it was somewhere between August
13  and September of 2013.
14      Q    And when were you discharged?
15      A    December the -- it was December 3, 2014.  It
16  was one year after my grandmother had passed.
17      Q    And was there a period of time after you were
18  discharged that you stopped using drugs and alcohol?
19      A    Yeah.  When I first got out I wasn't using.
20      Q    Okay.
21      A    I just kind of come home and settled, you
22  know.  I was just really spending time with my
23  girlfriend, but then I kind of fell in with a bad crowd,
24  got down, you know.  I didn't have a lot going for me
25  and started doing it again.
```



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 77

1      Q     Okay.  Do you know, approximately, when that

2  was?

3      A     It was a few months, I'd say.  I got out in

4  December.  It was probably March, maybe, before I

5  actually started using again.

6      Q     Did you jump in to heavy use right away, or

7  did it -- was it something that --

8      A     No.  It -- it was a gradual thing.  I -- at

9  first, I would just kind of experiment with it.  I

10  would, you know, do it once and then not do it for a

11  while, and then the drugs gradually got stronger, and

12  then it became more frequent.  And then -- then it

13  became a pretty frequent thing.

14         MS. STAPLES:  I'm sorry.  What time period are

15     we talking about?  I missed that.

16         MR. WRIGHT:  After he was discharged.

17         MS. STAPLES:  In 2014?

18         MR. WRIGHT:  Yes, ma'am.

19         MS. STAPLES:  Okay.  Thank YOU.

20  BY MR. WRIGHT:

21      Q     So you were -- I think you said that your peak

22  was when you got arrested in August of 2017; is that

23  right?

24      A     Last year was, by far, the worst year of my

25  drug addiction I've ever had.



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 78

1     Q    Okay.  So if you talked to Detective York in
2  April of 2015, you either would've not been using drugs
3  or your use would've been light at that time?
4     A    Yeah.  I mean, like I said, it was -- it was
5  off and on, but yeah, I'd say in 2015 it wasn't super
6  heavy compared to some of the other times in my life.  I
7  mean, I guess if you can consider any illegal drug use
8  not heavy.
9     Q    Okay.
10    A    It's kind of hard to draw that line for you,
11 sir.  I --
12    Q    I understand.  We talked about your
13 interactions with York in this case, Jason York.  How
14 about when you were growing up; do you recall him coming
15 to your family's home very often?
16    A    Never.
17    Q    Okay.  Did you ever visit with Jonathan Taylor
18 with -- well, you mentioned a Jack Davis, being two of
19 them.  Is there a -- who are the Jack Davis' that
20 you know?
21    A    There's one that's my "grandfather," we're not
22 actually blood related, but he's my grandfather as far
23 as I'm concerned.  And then there's my uncle, who's also
24 not my blood relative, but he's been my uncle my
25 whole life.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 79

1     Q     Do you know whether you ever visited Jonathan
2   Taylor with a Jack Davis; one or the other?
3     A     Not -- not that I can recall.  I may have had
4   one of them give me a ride.  That was -- that was
5   entirely possible, seeing as I didn't have a car --
6     Q     Yeah.
7     A     -- at the time so, I mean, it's possible, but
8   I -- I can't recall if they ever went with me to his
9   house.
10    Q     Did you say your family -- do you know who
11  William Lester is?
12    A     I know of him.
13    Q     Does your --
14    A     I don't know him personally, no.
15    Q     Would you know him if you saw him?
16    A     Probably not, no.  I feel like he's a, kind of
17  a short chubby guy with glasses, maybe?
18    Q     Do you think your parents may know him?  Is
19  that --
20    A     My dad wouldn't, but my mom knows exactly who
21  he is.
22    Q     Okay.  You've just heard her talk about him?
23    A     She was friends with him for a while, but I
24  didn't live with my mom for quite a long time so --
25    Q     I see.  Do you know any of his family; his



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 80

1    daughter, Jennifer Lawson?

2        A    That name sounds really familiar.  I don't

3    know.  I may know her if I saw her but --

4        Q    Not off the --

5        A    -- can't -- can't really put a name with a

6    face, no.

7        Q    I believe he has another daughter by the name

8    of Michelle Edwards; do you know her?

9        A    No, I don't -- I don't think so.

10       Q    Jennifer Lawson has a husband by the name of

11   Jessie Lawson; do you know him?

12       A    Is Jessie from Artemus?

13       Q    He may be, I don't know.

14       A    I know a Jessie Lawson.  I can't really

15   remember his wife's name.  That may be him.

16       Q    And they may not have been married when he

17   lived back then.  I don't know.

18       A    I don't know.

19       Q    Okay.  I'm just going to list a couple of

20   other witnesses in the case, just to see if you know

21   them.  Have you heard or know of a Mike Simpson?

22       A    No, sir.

23       Q    How about a James Allen Hilton?

24       A    No, sir.

25       Q    Okay.  Joe King?



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 81

```
 1      A    No, sir.
 2      Q    Amber Simpson?
 3      A    I think -- I think I know Amber Simpson.  I
 4  feel like I -- I feel like she lived pretty close to
 5  Jonathan, actually, at the time, if it's the one I'm
 6  thinking of.  She was kind of a -- I don't mean to sound
 7  mean, but a short, heavyset girl.
 8      Q    Okay.  Do you know whether she may have been a
 9  girlfriend, a friend, just a neighbor?  Did you ever
10  understand how she knew Jonathan?
11      A    No.  Not really.
12      Q    Did you ever see her at Jonathan's house?
13      A    Not that I can recall, no.
14      Q    Okay.  Do you know how many times you sold
15  drugs to Jonathan?
16      A    Not many, like two or three.  Whenever that
17  conversation happened, that was pretty much it for me.
18      Q    Did he tell you whether he'd committed any
19  other crimes?
20      A    No, he -- that was it.
21      Q    Did he tell you whether he purchased drugs
22  from other dealers?
23      A    Well, I mean, yeah.  He didn't specify any
24  drug dealers, but yeah, we were kind of swapping
25  stories, so to speak, talking about some of the stuff
```

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 82

1   that we had done and, you know, he did mention that he'd

2   been using drugs for quite a while.

3        **Q    Okay.  He didn't say who he was buying it**

4   **from, but --**

5        A    No.  No, sir.

6        **Q    -- you got the impression that he purchased**

7   **drugs from other dealers?**

8             MS. STAPLES:  Objection to form.

9        A    Yes, sir.

10       **Q    Okay.  How did he get in contact with you?**

11       A    Actually, if I'm not mistaken, it was my

12  uncle, Jack Davis.  He was -- I honestly can't remember

13  how that happened.  We'd -- we lived right down the road

14  from each other at the time.  I was living over in Boone

15  Height with -- staying with my uncle at that time.  I

16  didn't stay with him for very long, but he's actually

17  the one that got in contact with Jonathan first, if I'm

18  not mistaken.  But I found out that Jonathan, you know,

19  liked Opanas, and so I continued to -- to contact him.

20       **Q    Okay.  These memos that you've looked at; I'll**

21  **just take a second to get these Exhibits -- can we go**

22  **off the record for just one minute?**

23                 **(OFF THE RECORD)**

24       **Q    All right.  Mr. Bruner, we're back on the**

25  **record, so I'm going to go through some of these**



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 83

1    Exhibits; 2, 3, 4, 5.  And those are all purported to be

2    memos prepared by Josh Powell; is that correct?

3        A    Yes, sir.

4        Q    You don't know Josh Powell, do you?

5        A    No, I don't.

6        Q    You weren't present with him when he

7    interviewed any of those witnesses, were you?

8        A    No, sir.

9        Q    You have no idea if those memos are accurate,

10   do you?

11       A    No, sir.

12       Q    Okay.  And there's nothing on the memos that

13   says where any of the interviewees signed off on those

14   memos, did they?

15       A    No, sir.

16       Q    All right.  Your mom; was she married by the

17   -- she once had the last name Broyles?

18       A    Yes, sir.

19       Q    Who was her husband when she had that name, or

20   was that a maiden name?

21       A    No, her maiden name is Mills.  Her husband was

22   a guy named Chuck.

23       Q    Chuck Broyles; is she still married to him?

24       A    No, sir.

25       Q    No.  Was he friends with William Lester; do



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 84

1    **you know?**

2        A    I have no idea, sir.

3        **Q    You mentioned that you heard Jonathan Taylor**

4    **give this confession, but you didn't go to police,**

5    **correct?**

6        A    Yes, sir.

7        **Q    And that's because you didn't want to get**

8    **involved; is that your testimony?**

9        A    Yes, sir.

10       **Q    Is that because, at the time, you were**

11   **involved in selling and using drugs?**

12       A    That's just the way I was raised, sir.  I was

13   raised to stay out of other people's business as much as

14   I possibly could, even if it was something horrible,

15   just stay out of it.

16       **Q    Okay.  Now, you testified that the time that**

17   **you spoke to Jonathan Taylor, and he confessed to**

18   **murdering an old lady; did he give the name of the**

19   **person?**

20       A    No, sir.

21       **Q    Okay.  You said you don't remember all the**

22   **details of the conversation; is that --**

23       A    That's correct, sir.

24       **Q    Do you remember some of the details?**

25       A    I guess the most important detail was that he

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 85

1  said he killed an old woman.  I mean, outside of that, I

2  mean, it's been seven, eight, nine years, I don't know.

3  I mean, it's hard to really try to recall all that. I've

4  honestly tried to put it out of my mind.

5      **Q    I understand.  Would you agree that, when you**

6  **spoke to Detective York in 2015, that would've been**

7  **closer in time to your conversation with Mr. Taylor?**

8      A    Yes, sir.

9      **Q    As compared to today?**

10     A    Yes, sir.

11     **Q    Would it be fair to say that you may not have**

12  **remembered all the details, but you remembered some of**

13  **the details of your conversation with Jonathan Taylor,**

14  **at that time?**

15         MS. STAPLES:  Objection to form.

16     A    Yes, sir.

17     **Q    When you spoke to Detective York, were you**

18  **being as truthful and accurate, to the best of your**

19  **memory, about the details you could remember?**

20     A    Yes, sir, I was.

21     **Q    Okay.  I'm just going to play your statement,**

22  **and I think I'll be finished, okay?**

23     A    Okay.

24         MR. WRIGHT:  For the record, this is PL9638.

25     It's the statement of Mr. Bruner.



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 86

1                        (AUDIO PLAYED)

2   BY MR. WRIGHT:

3        Q    Okay.  So that was your statement from the

4   beginning to 2:04.  Was that your voice on that

5   recording?

6        A    Yes, sir.

7        Q    Does that -- I know it wasn't the complete

8   recording, but to the best of your memory, was that the

9   statement you gave to Detective York?

10       A    That was it, sir.

11       Q    Now, you referenced in there that he

12  referenced a Kayla; is that true?

13       A    Yes, sir.

14       Q    And you didn't know her last name, even though

15  you think she may have been your cousin, correct?

16       A    Yes, sir.

17       Q    You also referenced somebody by the name of

18  Amanda; did you hear that?

19       A    Yes, sir.  From Jonathan, like I said,

20  Jonathan had explained to me that it was the woman's

21  granddaughter, and I guess Jason hadn't recorded our

22  entire conversation in the car.  Like I said, I couldn't

23  recall that, but that was kind of when the whole

24  connection between, okay, Amanda Hoskins is the other

25  one, and she's the granddaughter.  That's when I was



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The deposition of MIKE BRUNER, taken on June 20, 2018

                                                    Page 87

1    like, okay, Amanda Hoskins.

2         Q    Are you sure that Taylor couldn't have been

3    referencing a relative of his instead of the victim's?

4              MS. STAPLES:  Objection to form.

5         A    No.  No, sir.  He -- he said it was the -- the

6    woman's granddaughter; the woman that got killed.

7         Q    And you don't remember the name?

8         A    He -- he didn't give the name, sir.

9              MR. WRIGHT:  Okay.  No further questions.

10                       EXAMINATION

11   BY MR. KELLEY:

12        Q    Mr. Bruner, my name is John Kelley.  I'm here

13   today representing Knox County.  I also represent ex-

14   sheriff John Pickard and a deputy who once worked for

15   the Knox County Sheriff's Department.  His name is Derek

16   Eubanks.  First of all, I know you've had some contact

17   with the Knox County Police Department, obviously, in

18   2017; is that correct?

19        A    Yes, sir.

20        Q    All right.  And I think it was an Officer

21   Hudson that was involved or --

22        A    Claude Hudson, yes, sir.

23        Q    Deputy Hud -- were there any other members of

24   the Sheriff's department around when they came to your

25   grandfather's house?



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 88

```
 1      A     There was another one, but I don't know who it
 2   was.  I didn't actually know who Claude Hudson was until
 3   after the fact.
 4      Q     Okay.  Likewise, I know that in 2011, you had
 5   been stopped for driving under the influence.
 6      A     Yes, sir.
 7      Q     Do you remember the officer that was involved
 8   on that occasion?     A    I keep using the word
 9   "chubby."  He was a short, chubby, bald guy, with
10   glasses.  That's about it, sir.
11      Q     There are a lot of us out there.  But any
12   other occasions where you've come in contact with
13   members of the Knox County Sheriff's Department?
14      A     No, sir.
15      Q     Have you ever been contacted by any member of
16   the Knox County Sheriff's Department concerning the
17   investigation into the murder of Katherine Mills?
18      A     You mean, aside from Jason York?
19      Q     Jason York works for the state police.
20      A     Okay.
21      Q     I'm talking strictly about Knox County.
22      A     No, sir.
23      Q     Okay.  Never had any conversations with
24   Sheriff Pickard, Deputy Eubanks, or anybody --
25      A     No, sir.
```

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 89

1       Q    -- at Knox County concerning your conversation

2    with Jonathan Taylor?

3       A    No, sir.

4       Q    Has a police officer ever promised you

5    anything in order to give a statement concerning your

6    conversation, or your recollection of talking with Mr.

7    Taylor?

8       A    No, sir.

9       Q    Ever felt coerced by any police officer to

10   give such a statement?

11      A    No, sir.

12           MR. KELLEY:  Thank you.  That's all I have.

13                    EXAMINATION

14   BY MS. DEMOSS-CAMPBELL:

15      Q    Hi.  Like I said previously, my name is

16   Alexandra Demoss-Campbell.  I'm here on behalf of former

17   Chief Mike Broughton of the Barbourville Police

18   Department and the City of Barbourville Police

19   Department.  I have a couple of brief questions and,

20   similar to Mr. Kelley's, mine are going to be completely

21   limited to Officer Broughton -- Chief Broughton and

22   Barbourville City Police Department officers.  The

23   statement that you gave to Detective York; you mentioned

24   no one else was present with you at the time?

25      A    When I gave the statement to Detective York?

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 90

 1       Q      Yes.

 2       A      Yes, ma'am.

 3       Q      Okay.  So no Barbourville Police Department

 4   officer or Mike Broughton was present?

 5       A      No, ma'am.

 6       Q      Okay.  And you had mentioned that

 7   investigators had come to talk to you before about

 8   this case?

 9       A      (Yawns.)  I'm sorry.

10       Q      That's all right.

11       A      Aside from Jason York?

12       Q      Yes, sir.

13       A      No, ma'am.

14       Q      In more recent months, have people come to

15   talk to you about this case?

16       A      Oh.  I guess if Jimmer's an investigator; is

17   Jimmer an investigator, ma'am?

18       Q      Uh-huh.

19       A      Okay.  Then, yes.

20       Q      And at no time was any Barbourville Police

21   Department officer present or Mike Broughton present?

22       A      No, ma'am.

23       Q      Okay.  And have you had any interaction, as it

24   relates to the investigation or the criminal

25   prosecution, with Mike Broughton, or anyone in the



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 91

1    Barbourville Police Department?

2         A    No, ma'am.

3         Q    And previously you were pretty candid about

4    some of your prior charges.  Do you know if you've ever

5    been arrested by a member of the Barbourville Police

6    Department?

7         A    I think the DUI was the Barbourville Police

8    Department, but I was -- I was drunk, so...

9         Q    Okay.  Do you have any reason to -- or do you

10   recall ever speaking to any of those officers, whether

11   they were Barbourville Police Department officers or

12   Knox County Sheriff's Department, about Katherine Mills'

13   investigation?

14        A    Never.  No, ma'am.

15        Q    Okay.  And did you give any statements

16   regarding your conversations with Jonathan Taylor to any

17   of those officers at your DUI arrest?

18        A    No, ma'am.

19        Q    Okay.  And have you ever been contacted by any

20   members of Barbourville Police Department or Mike

21   Broughton about the investigation?

22        A    No, ma'am.

23        Q    And I know you'd mentioned that you believed

24   your mother may have been the one that spoke to Jason

25   York regarding your statement with -- your interaction



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 92

1  with Jonathan Taylor.  Do you have any reason to believe

2  she went to any member of the Barbourville Police

3  Department or Mike Broughton, specifically, with that

4  information?

5       A    No, ma'am.  It was my understanding that she

6  went straight to Jason York.

7       Q    Okay.  And you've mentioned that most of your

8  interactions with police officers have been pretty

9  limited, and only at times when you've been arrested or

10  issued citations?

11      A    I have tried to avoid it, yes, ma'am.

12      Q    So you don't recall any conversations with any

13  members of the Barbourville Police Department or Mike

14  Broughton?

15      A    I've never had one with them, ma'am.

16          MS. DEMOSS-CAMPBELL:  I believe that concludes

17      my questions.  Thank you.

18                    EXAMINATION

19  BY MR. WEBER:

20      Q    Mr. Bruner, my name is Cody Weber.  I'm going

21  to try to be even briefer than these last two have been.

22  I represent some Kentucky State Police Officers.  There's

23  five of them.  I'm just going to go through them

24  individually, ask you a couple questions on those, and

25  we'll be very brief, I think.  First is Trooper Brian

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 93

1    Johnson; do you know who Trooper Brian Johnson is?

2         A    No, sir.

3         Q    Ever had any interaction with him?

4         A    No, sir.

5         Q    Any knowledge how he's involved in the

6    investigation of Katherine Mills' murder?

7         A    I have no idea who that is, sir.

8         Q    Trooper Mark Mefford; do you know who Trooper

9    Mark Mefford is?

10        A    No. sir.

11        Q    Never interacted with him?

12        A    No, sir.

13        Q    Trooper Dallas Eubanks; do you know who

14   Trooper Dallas Eubanks is?

15        A    No, sir.

16        Q    Never interacted with Trooper Eubanks?

17        A    No, sir.

18        Q    Any idea how he would be involved in the

19   investigation?

20        A    No, sir.

21        Q    Trooper Kelly Farris, do you know who Trooper

22   Kelly Farris is?

23        A    I know the name, but I -- I don't know what he

24   looks like.  I've never talked to him.  No, sir.

25        Q    But you wouldn't have any idea how he's

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

                                                        Page 94

1    involved in the investigation of Katherine Mills'

2    murder?

3          A    No, sir.

4          Q    Trooper Jackie Joseph; do you know who Trooper

5    Joseph is?

6          A    No, sir.

7          Q    Any idea how she would be involved in the

8    investigation of Katherine Mills' murder?

9          A    No, sir.

10         MR. WEBER:  That's all the questions I have.

11    Thank you.

12                   REDIRECT EXAMINATION

13   BY MS. STAPLES:

14         Q    Sir, I have just a couple follow up questions

15   and they'll be quick.  What's your definition of

16   "several"?

17         A    I'm sorry, what?

18         Q    What's your definition of "several"; what does

19   it mean?

20         A    Several, like, more than one.

21         Q    More than one.  Does it mean just more than

22   one, or does it mean more than two?

23         A    I guess just -- just more than one, yeah.

24         Q    Okay.  So when you said that the investigator

25   Jimmer came to talk to you several times, how many times



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 95

1    did he come speak with you?

2        A    He's contacted me on the phone like two or

3    three times, and he's been to my house three times.

4        Q    Are you sure he's been there three times?

5        A    Yeah.  He's been there -- well, I mean, he's

6    came, woke me up in the middle of the day, actually.

7    Yeah.

8        Q    You're sure three times, not just twice? Okay.

9    Was one of those times to bring you your subpoena

10   for today?

11       A    No, ma'am.

12       Q    No?

13       A    No, I got a subpoena from some lady named

14   Patty.

15       Q    You didn't also get one from Jimmer Dudley?

16       A    Oh, I don't remember.  I don't think so.  I

17   don't remember signing anything with Jimmer.  That's --

18       Q    Yeah.  You don't have to sign it.

19       A    Oh, well then yeah, he probably did.  I

20   remember the first one because I had to sign it.

21       Q    Okay.  So you don't remember that.  Your drug

22   use; you testified that in 2010 and 2011, it was a blur

23   because of your heavy drug use, correct?  Would that be

24   true of 2012 as well?

25       A    2012, no.  That's -- at that point, I'd moved



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 96

1  in with my grandmother, and she didn't -- she didn't

2  tolerate that crap.  She had cancer.  She was dying, and

3  the whole point of her moving me in there was to give me

4  a safe place to kind of clean up and --

5       **Q      Were you living with your grandmother when**

6  **Jonathan Taylor had this alleged conversation with you?**

7       A      No.  I was kind of place-to-place when that

8  happened.

9       **Q      Okay.  And when Jonathan Taylor allegedly had**

10  **this conversation with you, were you using drugs within**

11  **that time?  I know you said you didn't that day --**

12      A      Yes.  Yes, ma'am.

13      **Q      -- but you were a drug user during that**

14  **period?**

15      A      Yes, ma'am.

16      **Q      How about in April of 2015?**

17      A      April of 2015, that's actually right around

18  the time that I had kind of started experimenting with

19  it again.  It was somewhere around March or April, after

20  I got out of the Army.  I wasn't, like, a full-blown

21  drug user, like using it all the time, but I had started

22  doing, you know, smoking pot occasionally, something

23  like that.

24      **Q      Were you drinking in April of 2015?**

25      A      No.  I -- when I got out of the Army, I quit

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 97

1   drinking.

2       Q    Okay.  But you were doing drugs in April

3   of 2015?

4       A    Yes, ma'am.

5       Q    Mr. Wright just played you part of the

6   statement that you gave to Detective York.  Did you hear

7   Detective York state that you guys had had an earlier

8   conversation?

9       A    Yes, ma'am.

10      Q    Did he mean that you'd had an earlier

11  conversation that day, before the recording started?

12      A    No, ma'am.  I assume he meant like, you know,

13  leading up to him recording.  Like, I guess, before he

14  started recording in the car.

15      Q    Okay.  That was my question.  I don't think I

16  was clear.

17      A    Yes, ma'am.

18      Q    Did you ever talk with Detective York, other

19  than on this day?

20      A    Oh, no, ma'am.  I've only talked to him the

21  one time.

22      Q    Okay.  So the earlier conversation was before

23  the recording started?

24      A    Yes, ma'am.

25      Q    And that's when he gave you the name Amanda



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

                                                    Page 98

 1   Hoskins?

 2          MR. WRIGHT:  Object to form and foundation.

 3      A    Yes, ma'am.

 4      Q    Okay.  And is that when he gave you the detail

 5   about an aluminum little league bat?

 6          MR. WRIGHT:  Object to form and foundation.

 7      A    No, ma'am.

 8      Q    When did he give you that information?

 9          MR. WRIGHT:  Object to form and foundation.

10      A    He didn't give me that information.  He just

11   basically asked me to try to remember specifically what

12   it was that Jonathan had said he used.

13      Q    Okay.  And earlier, didn't you say you didn't

14   recall giving those specific details?

15          MR. WRIGHT:  Object to form and foundation.

16      A    Like I said, I tried to remember as best as I

17   could but, you know, the only thing that really came to

18   my mind was -- was a bat, that I thought I'd remembered

19   him saying something about using a bat to do it.

20      Q    And you don't recall saying it was a little

21   league aluminum bat, correct?

22      A    I mean, I don't -- like honestly if he hadn't

23   of played that recording, I can't recall that

24   conversation.

25          MS. STAPLES:  Okay.  All right.  That's all the

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 99

1    questions I have, Mr. Bruner.

2                RECROSS EXAMINATION

3    BY MR. WRIGHT:

4       Q    Okay.  Just a couple of follow-ups on those

5    questions.  Were you present when your mom contacted

6    police that you may have knowledge of the Katherine

7    Mills murder?

8       A    I would not be right here right now if I did,

9    sir.  I would've told her not to do that.

10      Q    Okay.  So you don't know when --

11      A    No.

12      Q    -- she did that?

13      A    No, sir.

14      Q    Okay.  Did you talk to the investigator Jimmer

15   about your conversation with Detective York, what was

16   said?

17      A    Yes, sir.

18      Q    What did you tell him?  Well, let me take that

19   back.  Did he tell you anything?

20      A    No, sir.  He -- he basically just asked me

21   what you guys are asking me.  He asked me to tell him

22   what I told Detective York.  He -- he did ask me one

23   time if it was possible that I may have been mistaken,

24   that, like, Jonathan was telling me he'd been

25   investigated for that stuff and wasn't telling me that,



Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 100

1   you know, like he'd been, basically he was -- wasn't

2   confessing it to me, that he was saying he was being

3   investigated for it.  He asked me that, but he didn't,

4   like, tell me anything.  No, sir.

5       **Q    What did you tell him when he asked you that?**

6       A    I told him no.

7       **Q    Okay.  So you're -- although it's been a long**

8   **time and you've had a history of drug abuse, you do**

9   **remember Jonathan Taylor indicating he was involved in**

10  **a murder?**

11      A    He said it to my face, yes, sir.

12      **Q    And did he mention the names of anybody else**

13  **who was involved?**

14      A    He said Kayla Mills and he said whoever the

15  woman was granddaughter.

16      **Q    He didn't give a name of that person?**

17      A    No, sir.

18      **Q    He just -- how did he describe the**

19  **relationship --**

20          MS. STAPLES:  Objection; asked and answered.

21      **Q    -- to the victim or to whoever was involved,**

22  **to the best of your memory?**

23          MS. STAPLES:  Asked and answered.

24      A    I'm sorry.

25          MS. STAPLES:  You can go ahead.

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 101

```
 1              MR. WRIGHT:  Go ahead.
 2        A    Okay.  No, he just said that the -- the
 3   woman's granddaughter basically had told him that she
 4   kept -- kept her purse by the door.  You know, that it
 5   was just kind of right there out in the open, that she
 6   kept cash in it, that it was easy pickings.
 7        Q    Okay.
 8        A    He didn't -- didn't tell me her name.  I
 9   assume the only reason he told me Kayla's name was
10   because, you know, she and I are apparently related --
11   or I'm sorry, were related.
12              MR. WRIGHT:  All right.  That's all.
13                 FURTHER DIRECT EXAMINATION
14   BY MS. STAPLES:
15        Q    One more question.  I promise, it's just one
16   more.  At any time during your meetings or phone
17   conversations with Jimmer Dudley, did he tell you what
18   to come in here and say?
19        A    Oh, no, ma'am.
20              MS. STAPLES:  Okay.  Thank you very much.
21        You're free to go.
22              (DEPOSITION CONCLUDED AT 2:56 P.M.)
23
24
25
```

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of MIKE BRUNER, taken on June 20, 2018

Page 102

```
 1                   CERTIFICATE OF REPORTER
 2                      STATE OF INDIANA
 3
 4    I do hereby certify that the witness in the foregoing
 5    transcript was taken on the date, and at the time and
 6    place set out on the Title page here of by me after
 7    first being duly sworn to testify the truth, the whole
 8    truth, and nothing but the truth; and that the said
 9    matter was recorded stenographically and mechanically by
10    me and then reduced to typwritten form under my
11    direction, and constitutes a true record of the
12    transcript as taken, all to the best of my skill and
13    ability.  I certify that I am not a relative or employee
14    of either counsel, and that I am in no way interested
15    financially, directly or indirectly, in this action.
16
17
18
19
20
21
22    LACEE TOWNSEND,
23    COURT REPORTER/NOTARY
24    COMMISSION EXPIRES:  06/19/2024
25    SUBMITTED ON:  07/02/2018
```

Kentuckiana Reporters
730 West Main St., Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com