IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

|  |  |  |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) | |
| | ) | Case No. 17-CV-84 |
| Plaintiffs, | ) | |
| | ) | Hon. ROBERT E. WEIR |
| v. | ) | |
| | ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | | |

# **EXHIBIT 76**

TABLE OF CONTENTS.doc



# KNOX COUNTY SHERIFF OFFICE
# SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES MANUAL

## TABLE OF CONTENTS

| SECTION | ITEM | REVISION DATE | TOTAL NUMBER OF PAGES |
|---------|------|---------------|-----------------------|
| 1 | GENERAL PROVISIONS | 01/12/2014 | 9 |
| 2 | CHAIN OF COMMAND | 01/12/2014 | 1 |
| 3 | DISCIPLINARY ACTION | 01/12/2014 | 2 |
| 4 | VEHICLES | 01/12/2014 | 3 |
| 5 | FIREARMS | 01/12/2014 | 1 |
| 6 | USE OF FORCE | 01/12/2014 | 1 |
| 7 | | | |
| 8 | DOMESTIC VIOLENCE | 01/12/2014 | 1 |
| 9 | EVIDENCE – LOST PROPERTY | 01/12/2014 | 1 |
| 10 | TRAFFIC CHECK POINTS | | |
| 11 | CITATIONS | 01/12/2014 | 1 |
| 12 | COLLISION REPORTS | 01/12/2014 | 2 |
| 13 | CASE – INCIDENT REPORT | 01/12/2014 | 1 |
| 14 | VEHICLE HOLDER | 01/12/2014 | 2 |
| 15 | | | |
| 16 | | | |
| 17 | APPEARANCE & DRESS CODE | 01/12/2014 | 4 |
| 18 | Social Networking/Internet Postings | 01/12/2014 | 2 |
| 19 | RACIAL PROFILING | 01/12/2014 | 1 |
| 20 | | | |
| 21 | CELL PHONES – COMPUTERS | 01/12/2014 | 1 |

*John D. Pickard*
1-17-14

GENERAL PROVISIONS - 1



# KNOX COUNTY SHERIFF OFFICE
## SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 1

## GENERAL PROVISIONS

### Knox County Sheriff Office
### Employment At-will Statement

A.  It is this policy of the Knox County Sheriff Office that all employees who do not have a written contract for a specific, fixed term of employment are employed at-the-will of the sheriff for an indefinite period.

B.  Employees who do not have a written contract approved by the Knox County Sheriff as may be permitted by law, are employed at- will and may be terminated at any time, for any reason, with or without cause or notice.  Conversely, employees may terminate their employment at any time and for any reason.

C.  This policy may not be changed by any individual representative of the Sheriff Office or by any agreement, oral or written in the interviewing or recruiting of prospective employees.

D.  This policy may not be modified by any statements contained in this Policy and Procedures Manual or any other employee handbook, employment applications, or any other materials provided to applicants and employees in connection with their employment.  None of these documents, either singly or combined, create and express or imply a contract concerning any terms or conditions of employment for a definite period, or express or imply a contract concerning any terms or conditions of employment. Similarly, the Sheriff's policies and practices with respect to any matter are not to be considered as creating any contractual obligation on the Sheriff's part or stating in any way that termination will occur only for "just cause."  Statements of specific grounds for termination set forth in this Policy and Procedures Manual or in any other Sheriff documents are examples only, not all-inclusive lists, and are not intended to restrict the Sheriff's right to terminate at-will.

GENERAL PROVISIONS - 1

## Personnel Records

A.   Immediately, on the first day of employment, all new employees shall report to the Sheriff Office Bookkeeper or appropriate designee to supply any information needed to complete personnel records, execute payroll withholding authorization and enroll in the applicable employee benefit programs.

B.   A personnel file to be maintained by the Bookkeeper or appropriate designee shall be created for each employee.  All relevant information, including application forms, resume, evaluation forms, disciplinary or commendation memoranda and any other material deemed relevant to the employee's permanent record will be kept in the file which shall be accessible to each respective employee.  The file shall contain:

   1. The employee's name, address and telephone number where the employee may be reached;
   2. Position title;
   3. Hiring date;
   4. Application;
   5. Salary;
   6. All changes in status as a employee;
   7. Documented compliance with labor standards, EEO-4, I-9 requirements;
   8. Performance appraisals and evaluations;
   9. Commendations and disciplinary memoranda; and
   10. Whatever additional information this ordinance, other governing laws, or the sheriff requires.

C.   It shall be the obligation of the employee to maintain current information in the personnel file by notifying the Bookkeeper or appropriate designee of all changes in personal or family status, home address, home telephone number or any other changes which would affect payroll withholding or employee benefits.

D.   Every change in the status of the employee shall be recorded in the personnel file.

E.   A separate file on equal employment opportunity data shall be maintained.

F.   Employee medical records of a confidential nature shall be maintained separately from other employee files.

G.   Personnel records of the Sheriff's Office shall be public records as defined and controlled by the appropriate Kentucky Revised Statutes. They will be retained in accordance with the retention schedules adopted by the State Archives and Records Commission.

## False Credentials

If it should come to the attention of the Sheriff, either during their introductory period or thereafter, that an employee was hired on the basis of false credentials, said employee will be subject to immediate demotion or dismissal.

GENERAL PROVISIONS - 1

## Equal Opportunity

The Sheriff's Office seeks to provide equal opportunity to all of its employees and applicants for employment and to prohibit discrimination based on race, color, sex, religion, national origin, disability, age or because the individual is a smoker or nonsmoker. The Sheriff's Office promotes equal opportunity in matters of hiring, promotion, transfer, compensation, benefits and other conditions of employment.

## Hours of Work

A.  Employees shall be at their places of work in accordance with prescribed schedules.

B.  All employees will be allowed two (2) rest periods of fifteen (15) minutes each per day, one in the morning and one in the afternoon. Lunch and rest periods may not be used to shorten working hours, alter time of arrival or departure, accrue vacation, or count as overtime if not taken. An hourly employee who works more than four (4) consecutive hours is entitled to one fifteen (15) minute break; hourly employees working less than four (4) consecutive hours are not entitled to a break.

C.  All employees are subject to be called out to work. All employees called out who work shall be compensated for hours actually worked.

## Lunch Break

All employees are entitled to a Thirty (30) minute break during their work schedule.  All employees that choose to work thru lunch break are paid during this time.  It should be noted that while on a lunch break they are subject to calls.  Every effort is made to allow them a lunch break without interruption.

## Overtime

A.  An employee will receive overtime pay for hours worked in excess of forty (40) hours per week. Employees shall receive overtime pay at the rate of one and one-half (1.5) times the hourly wages for actual hours worked in excess of Forty (40) hours in any work week.

B.  Time off with pay (including vacation leave, sick leave, holidays, jury duty, funeral leave, etc.) may not be considered as hours worked for overtime pay purposes.

C.  Holidays for which employees are paid, but which are not worked, cannot be used for computing overtime.

D.  All employees shall notify the Sheriff or Chief Deputy the same day that an excess of eight hours is worked.

GENERAL PROVISIONS - 1

E. All employees that are subpoenaed to court and are not scheduled to work shall notify the Sheriff or Chief Deputy the same day of court and advise them of the hours in court. All employees shall attach there subpoena with time in court and outcome in court to there time sheet.

## Compensatory Time
## COMPENSATORY TIME SUSPEND AS OF 01-01-2010

The purpose of this order is to establish the guidelines concerning compensatory time.

It shall be the policy of the Knox County Sheriff's Office that compensatory time will be paid for approved overtime in lieu of cash payment for said overtime as defined in KRS 337.285:

1. Each employee can receive payment of approved overtime by compensatory time in lieu of cash payment according to KRS 337.285, or at the pleasure of the sheriff, payment in cash for any overtime hours worked during any pay period. Departmental policy is that each employee (excluding supervisors) is only allowed to accrue 40 hours of compensation time. Supervisors are allowed to accrue 200 hours of compensation time.

2. Compensatory time off requests are granted as long as it does not unduly disrupt the minimum staff level that is attempted to be maintained at all times.

3. It shall be the responsibility of each individual supervisor to monitor all overtime. A supervisor must approve all overtime.

4. All deputies working full time, and all other full time office personnel, including clerical employees, shall earn compensatory time after 40 work hours, at a rate of one and one-half hours per hour overtime according to KRS 337.285.

## Holidays

A.   The following days are declared paid holidays at the regular rate of pay for all Sheriff's Office employees.

1. The First day of January (New Year's Day),
2. Martin Luther King, Jr. Birthday,
3  Good Friday (Friday before Easter),
4. The last Monday in May (Memorial Day),
5. The 4th day of July (Independence Day),
6. The 1st Monday in September (Labor Day),
7. The 11th Day of November (Veteran's Day),
8. The 4th Thursday in November (Thanksgiving Day),
9. The Day after Thanksgiving Day,
10. The 24th of December (Christmas Eve Day),
11. The 25th of December (Christmas Day),

GENERAL PROVISIONS - 1

12. The 31st of December (New Year's Eve).

When any holiday listed above falls on Saturday, the preceding Friday will be observed. If the holiday falls on Sunday, the following Monday shall be considered a holiday.

B.   When it is essential for an employee to work on a declared holiday, he/she shall be compensated for actual hours worked at regular rate. In no case will compensatory time be given to any employee who, by virtue of their work schedule, does not work on an official Sheriff's Office holiday.

C.   In order for an employee to be paid for a holiday, he/she must work the last scheduled day before and the first scheduled day after the holiday.

A. If an employee is absent on the day before or after a holiday, holiday pay shall be forfeited.

# Vacation

A.   <u>All full-time employees shall be entitled to vacation leave at the following rates:</u>

| <u>Years of Service</u> | <u>Days Per Year Vacation Time</u> |
|---|---|
| All Years - Starting after 12 months of employment. | (Five (5) Days Total) |

B.   Vacation requests must be approved in writing eight weeks in advance by the Sheriff and or Chief Deputy.

C.   Absences on account of sickness, injury or disability in excess of that authorized for such purposes may, at the request of the employee in writing, be covered by vacation time.

G.   Vacation time is annually, All vacation time must be taken annually, (Months Allowed for vacation January 1st- November 15th)

B. F. Employees are not entitled to receive pay for vacation leave on termination of employment. vacation leave shall not be carried over from year to year

# Sick – Personal Leave

A. All full-time employees shall be entitled to sick or Personal leave credit with pay at the rate as presented below: Maximum of 5 days per year combined.

| <u>Years of Service</u> | <u>Days Per Year</u> |
|---|---|
| All Years – Sick Starting after 90 Days Personal Starting after 12 months of employment. | (Five (5) Days Total) |

GENERAL PROVISIONS - 1

B.  Sick leave may be utilized by employees when they are incapacitated from the performance of duties due to sickness or injury or when they are quarantined. Absence shall require a certificate from a medical doctor giving information as to the circumstances involved to receive sick pay for days absent.

C.  An employee on sick leave shall inform the Sheriff or Chief Deputy via phone of the fact and the reason as soon as possible; failure to do so six hours before scheduled work time, on the first day of illness may be cause for denial of sick leave without pay for the period of absence.

D.  Absence for part of a day that is chargeable to sick leave shall be charged proportionately on a quarterly basis per the following i.e., 2 hours and no less than 1/4 day.

E.  Personal leave requests maybe used in lieu sick days for the following purposes and shall be approved in writing in advance by the Sheriff and or Chief Deputy.

F.  An employee may use sick leave days in the event of serious illness or any other medical reason in the employee's immediate family. The immediate family for these purposes shall be deemed to include the employee's parents, grandparents, spouse, children, brothers, sisters and immediate in-laws.  24 Hour notice required, Maximum 2 days consecutive per request.

G.  Personal leave requests maybe used in lieu sick days for the following purposes and shall be approved in writing in advance by the Sheriff and or Chief Deputy.

H.  An employee may use personal days for any other purpose. 15 day notice required, Maximum 1 day consecutive per request. Personal days for this purpose maybe denied in the event ample coverage of schedule is not available.

I.  Personal days may not be used in conjunction with vacation or holidays.

J.  Sick or Personal Days are annually, (Months Allowed for personal days January 1st- November 15th)

K.  Employees are not entitled to receive pay for sick or personal leave on termination of employment. Sick or personal leave shall not be carried over from year to year

## ADMINSTRATIVE LEAVE

The Sheriff may place an employee on administrative leave with or without pay for disciplinary and or employee involved incidents that are pending further investigation, for a period not to exceed ten (10) working days in any calendar month.

## DISABILITY LEAVE

Any employee who suffers injury or illness as a result of service connected accident or illness shall be compensated at the negotiated rate with the workers compensation insurance company.

Employees shall continue to receive sick leave and vacation leave while on disability leave due to service connected accident or illness for a period of three months after the accident or illness.

GENERAL PROVISIONS - 1
No other benefits are implied.

# MATERINTY LEAVE

Maternity leave may be granted for full-time employees with temporary disability due to pregnancy, childbirth, or any impairment thereof, and miscarriage for a period not to exceed three calendar months without pay.  An additional period, not to exceed sixty days, may be granted, if required by a medical doctor, without pay.

# BEREAVEMENT (FUNERAL) LEAVE

Employees working full-time may be granted up to two working days off without loss of pay in case of death in the immediate family, including parents, grandparents, spouse, brother, sister, children, and immediate in-laws.

# SPECIAL LEAVE

In addition to authorized leaves, the Sheriff may authorize an employee to be absent without pay for personal reasons for a period or periods not to exceed ten (10) working days in any calendar year.

# MILITARY LEAVE

Any employee occupying a full-time position with the Sheriff's office who is a member of the National Guard or any reserve component of the Armed Forces of the United States, or the Reserve Corps of the United States Public Health Service, shall be entitled to leave of absence without pay for a period not exceeding fifteen calendar days in any one year for the purpose of attending annual mandatory training.

If additional time is needed, the employee may use vacation leave.

# JURY DUTY

When an employee is required to serve on a jury, he/she shall be compensated at the normal rate of pay while serving on jury duty.  All employees serving on jury duty shall be absent from work only during the times required by the courts.

Employees dismissed from jury duty must report to their respective work station with the Sheriff's Office.

Employees summoned as a plaintiff or defendant in a proceeding involving or arising from outside employment or personal business shall not be entitled to leave with pay, but may use accrued vacation leave during the absence.

# TIME OFF TO VOTE

All employees entitled to vote in any election shall be given up to one hour off on Election Day to vote, without pay.

# HEALTH INSURANCE

GENERAL PROVISIONS - 1

The Sheriff's Office pays for individual health insurance. In the event an employee is out of work due to illness, regardless of cause, the Sheriff's Office limits the payment of the health insurance premium for a period not exceeding three months.

Employees are covered under COBRA. In summary, COBRA provides that each qualified beneficiary who would loose coverage under the group health plan as a result of a qualifying event is entitled, under the plan, to elect, within the election period, continuation coverage under the plan at their expense for a limited time.

# RETIREMENT

The Knox County Sheriff Office does not have a mandatory retirement age.

# RETIREMENT BENEFITS

Sheriff Office employees contribute amounts at the rate determined by Congress to Social Security.

The Sheriff Office employees contribute to the non-hazardous County Employees Retirement System.

# UNEMPLOYMENT INSURANCE

The Sheriff's Office pays the full amount for Unemployment Insurance for the Sheriff's Office employees.

# WORKERS COMPENSATION

The Sheriff's Office pays for the full amount for Worker's Compensation Insurance for the Sheriff's Office employees.

# POLITICAL ACTIVITY

No employee, as a condition of employment or continued employment, shall be required to contribute to or campaign for any candidate for political office.

No employee of the Sheriff Office shall engage in political activity during his/her assigned duty hours.

If an employee wishes to announce as a candidate and seek election to a public office or public board, such employee's resignation from employment is deemed to be automatic and the employment ends when the person files to be a candidate for public office or public board. Employee must choose between the position of employment and the desire to be elected to public office or public board.

# LAY OFF

The Sheriff may layoff an employee because of lack of work or funds.

# HARASSMENT

The Sheriff Office is committed to maintaining a work environment free of discrimination and harassment.

Harassment on the basis of race, color, religion, gender, national origin, age or disability constitutes discrimination in the terms, conditions and privileges of employment. Harassment is verbal or physical conduct that denigrates or shows hostility or aversion toward an individual.

GENERAL PROVISIONS - 1

Harassing conduct includes, but is not limited to the following:

1. Epithets, slurs, negative stereotyping, threatening, or intimidating acts, that relate to race, color, religion, gender, national origin, age or disability.
2. Written or graphic material that denigrates or shows hostility or aversion toward an individual or group because of race, color, religion, gender, national origin, age or disability and that is placed on walls, bulletin boards, or elsewhere on the employer's premise, or circulated in the workplace.

Employees encountering harassment should tell the offending person that their actions are inappropriate and offensive. The employee shall document in wiring to the Sheriff as soon as possible all incidents of harassment in order to provide the fullest basis for investigation and to protect the employee for further harassment.

Sexual harassment deserves special mention.  Inappropriate sexual advances, requests for sexual favors, and other physical, verbal, or visual conduct based on sex constitute sexual harassment.

Sexual harassment may include explicit sexual propositions, sexual innuendo, suggestive comments, sexual orientated "kidding" or "teasing", "practical jokes", jokes about gender-specific traits, foul or obscene language or gestures, displays of foul or obscene printed or visual material, and physical contact, such as patting, or pinching another's body.

All employees are responsible for helping assure we avoid harassment.  If you feel that you have experienced or witnessed harassment, you are to notify the Sheriff.  Written reports are to be made as soon as practicable, preferably within 24 hours.

The Knox County Sheriff policy is to investigate all such complaints.  To the fullest extent practicable, the Sheriff will keep complaints and the terms of their resolution confidential.  If an investigation confirms that harassment has occurred, the Sheriff will take corrective actions in accordance with the nature and extent of the offense.


The Sheriff recognizes that false accusations of harassment and sexual harassment can have serious effect on innocent men and women.  Individuals falsely accusing another of harassment or sexual harassment will be disciplined in accordance with the nature and extent of his or her false accusation.

The Sheriff encourages any employee to raise questions he or she may have regarding the harassment policy or sexual harassment with the Sheriff.

# PUBLIC APPEARANCE AND STATEMENTS

Officers shall not publicly criticize or ridicule the Sheriff's Office, it's policies, or other officers by speech, writing, or other expressions, where such speech, writing or other expressions is defamatory, obscene, unlawful, tends to undermine the effectiveness of the agencies, interferes with the maintenance of discipline, or is made with reckless disregard for truth or falsity.  Officers shall not address public gatherings, appear on radio or television, prepare any articles for publication, act as correspondence to a newspaper or a periodical, release or divulge investigative information, or any other matters of the Sheriff's Office without pre-approval from the Sheriff or Chief Deputy.

# DRUG POLICY

The Knox County Sheriff's Office will adhere to the Knox County Fiscal Court Drug Policy and testing.

CHAIN OF COMMAND-2.doc



# KNOX COUNTY SHERIFF OFFICE
## SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 2

## CHAIN OF COMMAND

**ALL EMPLOYEES**

1. **SHERIFF**
2. **CHIEF DEPUTY**


**OFFICE CLERKS**
1. **SHERIFF**
2. **CHIEF DEPUTY**
3. **OFFICE MANAGER**


**ROAD DEPUTIES**
1. **SHERIFF**
2. **CHIEF DEPUTY**


**BAILIFFS (CSO)**
1. **SHERIFF**
2. **CHIEF DEPUTY**

DISCIPLINARY ACTION - 3



# KNOX COUNTY SHERIFF OFFICE
## SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 3

### DISCIPLINARY ACTION

All employees of the Knox County Sheriff are employed at- will and may be terminated at any time, for any reason, with or without cause or notice.

1. The Following disciplinary actions may be taken at the Sheriff's discretion.
   a. Time off with pay
   b. Time off without pay
   c. Reduction in pay
   d. Loss of take home cruiser
   e. Termination of employment

DISCIPLINARY ACTION - 3



# KNOX COUNTY SHERIFF'S OFFICE
## SHERIFF JOHN D PICKARD
### 234 COURT SQUARE
### BARBOURVILLE KY 40906
### PH: 606-546-3181 FAX: 606-546-3196

## Discipline Documentation Form

**Employee Information**

Name of Employee: _____

Employee's Job Title: _____

**Incident Information**

Date/Time Incident: _____

Location of Incident: _____

Description of Incident: _____
_____
_____
_____

Witnesses to Incident: _____

Was this incident in violation of a policy?                **Yes**                **No**

If yes, specify which policy and how the incident violated it. _____
_____
_____

**Action Taken**

What action will be taken against the employee? _____
_____
_____

Has the impropriety of the employee's actions been explained to the employee?     **Yes**          **No**

Did the employee offer any explanation for the conduct? **YES**     **NO**   If so, attach employee memo:

Signature of person preparing report: _____ Date: _____

Signature of employee: _____ Date: _____

Confidential                           Page 2                           1/12/2014

VEHICLES – 4



# KNOX COUNTY SHERIFF OFFICE
# SHERIFF JOHN D PICKARD
## 401 COURT SQUARE, SUITE 105
## BARBOURVILLE KY 40906
## PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 4

## VEHICLES

## <u>USE VEHICLE</u>

Officers assigned a vehicle will be allowed use of the vehicle to go to and from home or any other assignments, training, ect… Approved by the Sheriff or Chief Deputy.  The use of the Police vehicle while off duty is a privilege and not an automatic fringe benefit or employment right.  This privilege is subject to revocation at any time.  Use of take home vehicles shall be conditioned upon the following general rules and regulations. Vehicles must be kept clean at officer's expense.

## <u>PARKING</u>

Officers shall not park police vehicles in business parking lots unless official sheriff business or they are patronizing the business.

Officers shall not park any police vehicle in prohibited parking areas unless required to do so in response to a dispatched call or emergency.

Prohibited parking areas are yellow, curbs, loading zones, expired parking meters, stops, within 20 feet of fire hydrant, spaces reserved for vehicles other than police vehicles, ect.

## <u>OPERATION OF SHERIFF'S OFFICE OWNED VEHICLES:</u>

Employees are required to operate Sheriff's Office owned vehicles in a careful and prudent manner.

Employees are required to obey all laws of the state, Knox County, all Sheriff's Office directives and policy pertaining to such operation.

Employee's operating Sheriff's Office owned vehicles are required to have a valid operator's license in their possession,

Employees are required to report the loss of a driving license to the Sheriff or Chief Deputy immediately.

Employees are required to obtain permission from the Sheriff or Chief Deputy to utilize any Sheriff's Office vehicle not personally assigned to them.

VEHICLES – 4

Officers are prohibited from allowing unauthorized persons (NON SHERIFF'S OFFICE EMPLOYEE) to ride in any Sheriff's Office vehicle.

## PROHIBITED IN THE USE OF VEHICLE:

Officers are prohibited from consuming ANY alcohol prior to and while operating a Sheriff's Office owned vehicle.

While operating a Sheriff's Office owned vehicle, shall an employee have occasion to be tested for alcohol content, he shall register no more than 0.00.

Officers on light duty status for an extended period, or those who are restricted or under suspension will not operate Sheriff's Office owned vehicle.

When any officer goes on vacation or any type of leave, if he is leaving the county for a period of longer than one (1) week, he shall park his vehicle at Sheriff's Office for emergency use if necessary.  He shall do so either on the first day of his vacation or on the day preceding same.  Both vehicles and keys are to be turned in at the Sheriff's Office unless approved by the Sheriff or Chief Deputy other wise.

Under no circumstances will an officer leave any weapon in an unlocked vehicle.  If an officer must leave a weapon in a vehicle, the weapon should be locked in the trunk.

## RESTRICTIONS RELATING TO OUT-OF-COUNTY USE

Any request for out-of-county-use of a Sheriff's Office owned vehicle must be approved by the Sheriff or Chief Deputy, except in the performance of official duties or an actual emergency with which the permission of the Sheriff or Chief Deputy is not required, but the Sheriff or Chief Deputy must be notified ASAP.

Employees living out side of Knox County maybe authorized to have a take home vehicle upon approval by the Sheriff.

## MAINTENANCE:

Employees requiring maintenance of their assigned vehicle shall specify in writing to the Chief Deputy the problem or type of work needed and after receiving a Purchase Order shall schedule during employees off duty time with the approved vender an agreed time to the approved maintenance to be preformed.

1. Oil Change minimum every 3000 miles.
2. Tire rotation minimum every 6000 miles.
3. All other items as required by manufacture

## MAINTENANCE AND CARE RESPONSIBILITIES:

All employees using a Sheriff's Office owned vehicle shall exercise good judgment in utilizing it, and shall not drive or use the vehicle so as to cause unfavorable comment or reflect discredit on the Sheriff's Office.

Each employee assigned a take home vehicle shall be fully responsible for the proper care and general maintenance of the vehicle.

Unattended vehicles of off-duty employees must be locked at all times.

Only authorized personnel (Sheriff's Office employees) are permitted to operate the Sheriff's Office owned vehicles.

VEHICLES – 4

Each Employee assigned a take home vehicle shall complete the approved automotive form on or before the fifth of each month for the preceding month and turn in to the Chief Deputy.

# OFF-DUTY USE:

While using a take home Sheriff's Office owned vehicle while off duty, the radio will be turned on and kept on the appropriate frequency. The officer will not be required to go in and out of service, but must advise the dispatcher if near an emergency call and whether or not he has passengers.

An off-duty officer will be required to respond to any emergency call in his area.

If responding to calls involving a felony while off duty, the officer may be required to handle the call in order to protect life and property and to best preserve and handle evidence.

In minor cases encountered off duty, the officer may summons an on duty unit to handle the call and stand by and assist until the on duty unit arrives, unless immediate action is necessary: then the officer will handle the situation.

Includes self-initiated traffic stops, motorist assists, information transmitted concerning hazardous traffic conditions, ect.

A record of off-duty activity shall be kept by communications, and a monthly report of same shall be forwarded to the Sheriff.

# OFFICERS AND PASSENGER'S RESPONSIBILITIES:

Proper and suitable attire shall be worn by officers at all times during off duty use of a home fleet vehicle.

The following are examples of clothing not to be worn while in the home-fleet vehicle on off-duty basis.

> Short Shorts
> Bathing suits
> Extremely revealing clothing
> When slogans, pictures, or patches are worn, they should be of neutral or appropriate image for a police officer.
> All clothing work shall be clean and well maintained.

All occupants (on or off duty) are required to utilize seat belts while driving or riding in Sheriff's Office owned vehicles.

Any violation of this directive may result in the loss of privilege for a take home vehicle of employee. It may well result in disciplinary action against the employee.

FIREARMS - 5



# KNOX COUNTY SHERIFF OFFICE
# SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 5

## FIREARMS

**ISSUED FIREARMS:**

1. GLOCK 22C or 22 WITH THREE MAGAZINES (CLIPS)
2. **REMINGTON MODEL 870 12GA. SHOTGUN**

**CARRYING FIREARMS:**  Officers are required to be suitable armed with an approved weapon and extra ammo at all times while on duty, or at any time in a Sheriff's Office owned vehicle, unless authority dictates the contrary due to the nature of an investigation.

Officers are required to be armed while off duty and in a Sheriff's Office owned vehicle, officers may be armed while off duty providing all laws governing the officers location are obeyed.

Ammunition carried on or off duty must be factory loaded.  Hand loaded or reloaded ammunition will not be acceptable.

Officers and employees issued Glock 22C or 22 are required to have a round in the chamber and a full magazine (clip), at all times during authorization to carry, providing all laws governing the officers or employees location are obeyed.

Carrying of firearms on duty or in a Sheriff's Office owned vehicle, that is not issued by the Sheriff's Office is prohibited unless pre-approved by the Sheriff or Chief Deputy in writing.

**USE OF FIREARMS:**  All sworn personnel of the Sheriff's Office are required to re-qualify with the weapon they regularly carry on duty, a minimum of one time a year.

Officers and employees (authorized to handle firearms) are required to handle any and all firearms in a safe manner.

Officers and employees (authorized to handle firearms) are prohibited from:

Recklessly handling any firearm

Dry-snapping any weapon except on the firing range.

Holstering or carrying a weapon in a cocked position.

VEHICLE PURSUITS



# KNOX COUNTY SHERIFF OFFICE
## SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 6
## USE OF FORCE

1.  USE ONLY FORCE NECESSARY TO EFFECT ARREST AS TRAINED

Domestic Violence - 8



# KNOX COUNTY SHERIFF'S OFFICE
## SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## DOMESTIC VIOLENCE POLICY SECTION 8

### I. INTRODUCTION

Domestic violence is a serious crime against the individual and the community.  The failure of any law enforcement officer to properly respond and handle a domestic call, no matter how frequent, will expose individuals and the community to danger up to and including death.  Because domestic violence can and does result in the death of individuals, every response to a domestic call, no matter how often, shall be treated the same as any other crime against a person.

Every response to a domestic call shall include a substantive investigation of the incident which shall involve the gathering of background information, the gathering of physical evidence including pictures, clothing, and statements from direct and indirect witnesses including children and neighbors.

Every response to a domestic call, no matter how frequent, requires that every step possible be taken to insure the safety of the victim including providing a safety plan to the victim and, if necessary, transporting the victim and children, if appropriate, to another site for safekeeping.

### II. PURPOSE

This domestic violence policy is designed to provide officers and support personnel with clear definitions, direction, and guidelines for providing and promoting a consistent, effective response to a domestic violence crime in order to accomplish the following goals:

1. Respond and Report (JC3) to all Domestic Violence calls verbal and or assault.
2. Make an arrest for any violation of an Emergency Protective Order (EPO), any violation of a Domestic Violence Order (DVO), any violation of a Foreign Protective Order (FPO) or any violation of a condition of release or bond when authorized by state law;
3. Reduce the incidence and severity of domestic violence crime;
4. Afford maximum protection and support to adult and child victims of domestic violence through coordinated services of law enforcement and victim assistance; and
5. Reduce the risk of civil liability for officers, supervisors and administrators, and the employing unit of government.

Evidence – Lost Property



# KNOX COUNTY SHERIFF OFFICE
## SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 9
## EVIDENCE – LOST PROPERTY

1. ALL EVIDENCE AND OR LOST PROPERTY SHALL BE PROPERLY BAGGED IN APPROPRIATE EVIDENCE BAG, GUNS OR LARGER ITEMS SHALL BE TAGGED

2. ALL EVIDENCE AND OR LOST PROPERTY SHALL BE LOGGED ON KSP-41

3. A. SEPARATE KSP-41'S FOR THE FOLLOWING LIST
   A.    GUNS
   B.    CASH
   C.    VEHICLE'S HELD FOR EVIDENCE ONLY ALSO MUST COMPLETE KCSO VEHICLE HOLDER FORM AND TURN IN, IN REASON TOWED = EVIDENCE, CONDITION OF RELEASE = CLOSE OF CASE CONTACT OFFICER (VEHICLES WITH LIENS SHALL HAVE SHERIFF OR CHIEF DEPUTY APPROVAL TO SEIZE FOR FORFEITURES)
   D.    ANY AND ALL ITEMS GOING TO KSP CRIME LABS, ALSO KSP-26 MUST BE ATTACHED
   E.    CELL PHONES
   F.    ALL OTHER ITEMS MANY BE PUT TOGETHER ON KSP-41

4. EACH EVIDENCE BAG OR ITEMS TAGGED SHALL HAVE THE FOLLOWING ITEMS CLEARLY MARKED
   A.    AGENCY = KCSO
   B.    CASE/CITATION #
   C.    ITEM #
   D.    OFFENSE/CHARGES
   E.    CASE OFFICER NAME/UNIT #
   F.    DATE COLLECTED
   G.    TIME COLLECTED

5. ALL EVIDENCE, LOST PROPERTY AND KSP-41 SHALL BE TURNED IN WITH-IN 3 DAYS WITH CASE.

6. EVIDENCE AND OR LOST PROPERTY SHALL BE TURNED INTO THE SHERIFF OR CHIEF DEPUTY IN PERSON ONLY

Evidence – Lost Property

7. CHAIN OF CUSTODY
    A.    ITEM # = ITEM #'S
    B.    DAT/TIME = DATE AND TIME RELINQUISHING ITEMS
    C.    RELINQUISHED BY = OFFICER SIGNATURE
    D.    RECEIVED BY = PERSON SIGNATURE RECEIVING ITEMS (DO NOT SIGN FOR ANOTHER PERSON)
    E.    PURPOSE FOR RELEASE = SELF EXPLANATORY

CITATION-11.doc



# KNOX COUNTY SHERIFF OFFICE
# SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 11
## CITATIONS

1. DUE IN OFFICE DATE OF ISSUE.
2. <u>PRESS FIRMLY AND PRINT LEGIBLE IN ALL UPPER CASE LETTERS</u>, EXCEPT OFFICER SIGNATURE THIS MUST BE SIGNED
3. ALL CITATIONS MUST HAVE PHONE NUMBER OR EMERGENCY PHONE NUMBER FILLED IN.
4. FILL IN ALL APPLICABLE FIELDS CORRECTLY. (PAY ATTENTION)
   A. ADDRESS MUST BE A CURRENT PHYSICAL 911 ADDRESS (MINIMUM OF ROAD NAME) YOU MAY ALSO ADD P.O. BOX #.
   B. DOB AND SSN REQUIRED
5. FOR LOCATION OF VIOLATION/ARREST USE CLOSEST CITY, CODES AND SECTOR # (ASK SUPERVISOR FOR CITY CODE LIST IF NEEDED)
6. POST ARREST COMPLAINT AREA
   A. LIST EACH DESCRIPTION OF CHARGE OR VIOLATION ON A SEPARATE LINE.
   B. GIVE SYNOPSES OF PROBABLE CAUSE FOR CHARGES OR VIOLATION.
7. IN THE ASSIGNMENT FIELD PUT KNOX-SO
8. CITATION FOR ARREST WARRANTS & CRIMINAL SUMMONS
   A. TURN IN AND STAPLE IN THE FOLLOWING ORDER TOP TO BOTTOM (COURT 2 POLICE – AGENCY – COPY OF WARRANT/SUMMONS)
   B. VIOLATION DATE AND TIME NOT REQUIRED ONLY ARREST DATE AND TIME.
9. CITATION FOR WARRANT LESS ARREST
   A. TURN IN AND STAPLE IN THE FOLLOWING ORDER TOP TO BOTTOM (COURT 2 POLICE – AGENCY)
   B. VIOLATION AND ARREST DATES AND TIMES REQUIRED.
10. VIOLATION TYPE CITATIONS TURN IN ALL PAGES TO OFFICE EXCEPT VIOLATOR COPY.
    A. SEPARATE AND STAPLE IN THE FOLLOWING ORDER TOP TO BOTTOM (COURT 2 POLICE – AGENCY)
    B. VIOLATION DATE AND TIME REQUIRED.

COLLISION REPORTS-12.doc



# KNOX COUNTY SHERIFF OFFICE
# SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 12
## COLLISION REPORTS

1. USE E-CRASH ONLY NO HAND WRITTEN COLLISION REPORTS.
    A. SPELL CHECK WORKS AS LONG AS YOU DO NOT TYPE IN ALL CAPS.
2. DUE IN OFFICE AND TRANSMITTED WITH IN 3 DAYS OF COLLISION DATE.
3. REPORT READY FOR PARTIES IN COLLISION TO PICKUP AT OFFICE 5 DAYS FROM COLLISION DATE.
4. GIVE TO EACH DRIVER A KCSO BUSINESS CARD (FURNISHED BY SUPERVISOR) WRITE YOUR NAME ON THE FRONT AND ON THE BACK WRITE THE COLLISION DATE AND DATE THAT REPORT MY BE PICKED UP AT OFFICE. (SEE # 2)
5. ISSUE CITATION FOR ANY VIOLATIONS. (NO INSURANCE, NO PROOF OF INSURANCE ETC…)
    A. TOW IF REQUIRED
    B. FOLLOW KCSO TOWING POLICY AND PROCEDURES.
    C. IF TOWED FILE OUT AND TURN IN AT END OF SHIFT KCSO VEHICLE HOLDER/RELEASE FORM.
6. IN THE FIELD LOCAL CODE PUT DATE AND TIME OF COLLISION IN THIS FORMAT 0524072125 (EXAMPLE IS FOR COLLISION THAT OCCURRED ON May 24, 2007 AT 9:25PM).
7. USE CLOSEST CITY, CODES SECTOR # (ASK SUPERVISOR FOR CITY CODE LIST IF NEEDED)
8. NARRATIVE
    A. 1ST FROM YOUR INVESTIGATION GIVE DETAILED PRE-COLLISION, COLLISION AND POST COLLISION EVENTS.
    B. 2ND PUT EACH DRIVERS LISTED AS UNIT 1, UNIT 2 ETC… STATEMENT.
    C. 3RD PUT ANY WITNESS STATEMENTS.
9. PHOTOS
    A. REQUIRED ON ALL ACCIDENTS.
    B. DEPUTIES WITH 3 YEARS OF SERVICE
    B1. REQUIRED ON ALL ACCIDENTS WITH INJURY AND OR PROPERTY DAMAGE
    B2. NOT REQUIRED ON NON INJURY ACCIDENTS.
    C. ATTACH CD OF PHOTOS WITH REPORT
10. STATEMENTS
    A. REQUIRED ON ALL ACCIDENTS
    B. TALK TO ALL DRIVERS INVOLVED IN COLLISION AND ANY WITNESS.
    C. TAKE RECORD OR WRITTEN STATEMENTS FROM ALL DRIVERS AND WITNESS.

COLLISION REPORTS-12.doc

        D.  DEPUTIES WITH 3 YEARS OR > OF SERVICE (C) REQUIRED ON ALL ACCIDENTS WITH INJURY AND OR PROPERTY DAMAGE, (C) NOT REQUIRED ON NON INJURY ACCIDENTS.

        E. ATTACH CD OF RECORDED STATEMENTS AND OR WRITTEN STATEMENTS WITH REPORT.

CASE – IR – CAR REPORTS - 13



# KNOX COUNTY SHERIFF OFFICE
## SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 13
## CASE – INCIDENT – CAR REPORTS

**CASE**
1. USE E-NIBRS ONLY, NO E-CRIMES OR HAND WRITTEN UOR REPORTS.
A. SPELL CHECKER WORKS AS LONG AS YOU DO NOT TYPE IN ALL CAPS.
2. DUE IN OFFICE AND TRANSMITTED WITH IN 3 DAYS OF REPORT DATE.
3. REPORT READY FOR VICTIM TO PICKUP AT OFFICE 5 DAYS FROM REPORT DATE.
4. GIVE TO VICTIM A BUSINESS CARD WITH YOUR NAME ON THE FRONT AND ON THE BACK WRITE THE REPORT DATE AND DATE THAT REPORT MY BE PICKED UP AT OFFICE. (SEE # 2)
5. CASES INVESTIGATION MUST BE MORE THOROUGH: (WHO – WHAT – WHERE –WHEN – HOW) DO NOT JUST TAKE A STATEMENT FROM VICTIM, DO AN INVESTIGATION.

**INCIDENT REPORT - COUNTY ATTORNEY REFERRAL:**
1. DUE IN OFFICE WITH IN SAME OF REPORT.
2. FAX COUNTY ATTORNEY REFERRAL TO COUNTY ATTORNEY OFFICE
3. IR REPORT READY FOR VICTIM TO PICKUP AT OFFICE NEXT DAY FROM REPORT DATE.
4. GIVE TO VICTIM A BUSINESS CARD WITH YOUR NAME ON THE FRONT AND ON THE BACK WRITE THE REPORT DATE AND DATE THAT REPORT MY BE PICKED UP AT OFFICE. (SEE # 2)
5. INCIDENT REPORT IS USED WHEN OFFICER IS UNABLE TO PROVE A CASE (MISDEMEANOR ONLY SOME FELONY WITH APPROVAL) . DO A THOROUGH INVESTIGATION AND YOU WILL BE ABLE TO DETERMINE WHICH TO USE CASE OR INCIDENT. (WHO – WHAT – WHERE –WHEN – HOW) DO NOT JUST TAKE A STATEMENT FROM VICTIM, DO AN INVESTIGATION.

VEHICLE HOLDER - 14



# KNOX COUNTY SHERIFF OFFICE
# SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 14

## VEHICLE HOLDER – WRECKER LIST

1. Vehicle Holder Form is to be used on any and all vehicles towed/seized.
2. Vehicle Holder Form shall be turned into office at end of deputies shift no exceptions

VEHICLE HOLDER - 14



## KNOX COUNTY SHERIFF OFFICE
### SHERIFF JOHN D PICKARD
**401 COURT SQUARE, SUITE 105**
**BARBOURVILLE KY 40906**
**PH: 606-546-3181  FAX: 606-546-3196**

# *VEHICLE HOLDER – RELEASE FORM*

**OWNER'S NAME:** _____

**DRIVERS NAME:** _____

**MAKE** _____ **MODEL** _____ **COLOR** _____

**STATE AND TAG #** _____

**VIN #** _____

**DATE TOWED:**_____**OFFICER ID:** _____

**TOWING SERVICE:** _____

**LOCATION TOWED FROM:**_____

**REASON TOWED:** _____

**CONDITION OF RELEASE:** _____

_____

_____

**RELEASED BY:** _____ **DATE:** _____

APPEARANCE & DRESS CODE



# KNOX COUNTY SHERIFF OFFICE
## SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 17

## APPEARANCE & DRESS CODE

**APPEARANCE RULES:**  All Road Deputies are required to wear the Class A uniform.

No portion of the uniforms may be worn in combination with civilian attire.

**WEARING AND MAINTENANCE OF THE UNIFORM:** Officers wearing the uniform are required to maintain it in a neat, clean and orderly manner.

Employees are prohibited from wearing the uniform while engaged in off-duty employment or to engage in any activity for personal gain.

Employees are prohibited from wearing ball caps, skull caps or other accessories while in uniform unless issue.

**DRESS CODE FOR NON-UNIFORM EMPLOYEES:**  Clothing shall consist of conservative dress in good taste, acceptable to the policies of the department.

**PERSONAL GROOMING:**  Employees are required to maintain a high degree of personal cleanliness.

Employees are required to maintain clean, well groomed hairstyles.

Employees required to wear Class A Uniform shall be clean shaved, no facial hair is permitted.

Wigs or hairpieces, when worn, must conform to hair regulations.

Hairstyles of any unusual or unique nature are prohibited (e.g. Mohawks, cornrows, pigtails, dogears, ponytails, or pompadours).

## APPEARANCE & DRESS CODE

**CLASSIFICATION OF UNIFORMS & UNIFORM OF THE DAY**
**April and October are optional months (CLASS A SUMMER or WINTER)**
**CLASS A SUMMER UNIFORM:** Campaign hat, short sleeve shirt, and summer trousers. (Worn May 1 through September 30)

**CLASS A WINTER UNIFORM:** Campaign hat, long sleeve shirt, winter trousers, and tie tucked in between second and third button (duty jacket discretionary).  (Worn November 1 through March 31)

APPEARANCE & DRESS CODE

## MAINTENANCE & WEARING OF UNIFORMS

Uniforms and accessories shall fit properly and shall be free of holes, frayed edges, missing buttons, and faded colors. Shirts shall be neatly pressed with military creases. Any variance from theses requirements will be remedied as quickly as reasonably possible. Issued uniform shoes shall be worn by officers while in uniform. A white crewneck T-Shirt shall be worn with the Class A uniform and shall fit snugly around the base of the wearer's neck; not loose or wrinkled. Plain black or navy socks shall be worn while in uniform. A highly-polished luster shall be maintained on leather accessories, brass buckles and snaps. Items such as collar pins and badges should be cleaned with soap and water, and dried with a soft cloth or towel.

Only uniform equipment issued, shall be worn. No part of the uniform or issued accessories shall be worn off duty except the service weapon or handcuffs.

Uniform alterations (i.e., hemming the trousers, tapering the shirt, ect.) may be made when necessary. Excessive alterations that detract from the authorized fit or appearance of the uniform may result in replacement of the uniform at the officer's expense.

## PERSONAL ACCESSORIES WORN WHILE IN UNIFORM & NON-ISSUED UNIFORM CLOTHING REQUIREMENTS

Additional clothing may be worn under the uniforms providing the clothing is not exposed and does not present a bulging appearance. Lodge or fraternal emblems shall not be worn on the uniform at any time and any personal accessories worn shall be concealed from view at all times. Earrings, necklaces, scarves, large watch bands, rings, bracelets and other items that distract from the uniform shall not be worn.

## UNIFORMED OFFICERS: COURT APPEARANCE CLOTHING STANDARDS

Uniformed officers appearing in court shall have the option of wearing the issued uniform or professional attire..

## WEARING OF UNIFORM HAT

The uniform hat is part of each Deputy's uniform and shall be worn as such. In any event, personnel to whom uniforms are issued shall wear the uniform of the day including hat, as prescribed by the Sheriff at all times while on duty unless authorized otherwise. The only exceptions are while inside a building, while in a vehicle, and during prayer.

The uniform hat, when worn, shall not be tipped backwards, worn to the side of the head, rolled up, or rolled down, but shall be worn straight away or slightly forward. While on duty in uniform, the hat shall be worn at all times unless authorized otherwise. The only exceptions are while inside a building, while in a vehicle, and during prayer.

## HAT ACCESSORIES

1. Hat Medallion- The hat medallion shall be worn on the front of the hat, attached through the hole in an upright squared away position.
2. Hat cord- Hat cords shall be worn. The hat cord shall be tied in front with half hitch on each side and the cord ring shall be centered directly below the hat medallion. The outside end of the acorns shall be approximately one-fourth inch from the brim when fully extended.

APPEARANCE & DRESS CODE
## CHIN STRAP

The chin strap shall be worn attached to the hat cord through the holes in the hat provided for such attachment.  The buckle shall be worn on the right side of the head and the chin strap shall be worn to the rear no lower than one inch below the inside edge of the brim.

## LEATHER PISTOL BELT

The leather pistol belt shall be worn with the uniform while performing official duties.  The waist belt shall be adjusted to fir the wearer snugly with the buckle centered at the wearer's front.

## HANDCUFF CASE

The handcuff case shall be worn on the opposite side from the holster just to the rear of the stripe on the uniform trousers.

## AMMUNITION POUCHES

The positioning of the ammunition pouch is optional and may be worn on either side of the leather pistol belt to the front of the stripe on the uniform trousers and toward the belt buckle.  The overlap of the belt shall be worn on the side opposite the ammunition pouch.

## HOLSTER

The holster shall be worn on the strong hand side of the officer approximately in line with the uniform stripe of the trousers.  It shall not be worn pushed back on the hip or pushed forward.

## TASER

The taser shall be worn on the week hand side of the officer

## RADIO AND BATON CARRIERS

Radio and baton carriers shall be placed on the belt in positions which are most convenient for the individual officers.

## CREWNECK T-SHIRT

When the class A uniform is worn, a white crewneck t-shirt shall be worn.  The t-shirt should fit snugly around the base of the wearer's neck and should not present a loose or wrinkled effect.

## UNIFORM SOCKS AND SHOES

Uniform issued shoes shall be worn by officers in uniform.  Uniform socks shall be black or navy blue in color with no design.

## OVERSHOES

Overshoes may be worn as approved Sheriff or Chief Deputy in writing.

APPEARANCE & DRESS CODE
## UNIFORM BOOTS

Boots issued or approved by the Sheriff or Chief Deputy in writing may be worn as part of any uniform and only as specified.  They are to be shined and fully laced.  The trouser legs of the utility uniform and the jumpsuit (when worn with boots) shall be bloused.  The trouser legs of any other uniforms shall not be bloused. Wearing boots with class A uniform is prohibited unless immaculate weather and pre-approved by the Sheriff or Chief Deputy.


## UTILITY UNIFORM

The utility uniform shall bear the insignia sewn on it when issued.  The cap issued for use with the utility uniform shall be worn with the utility uniform.  Standard black web belt and issued equipment shall be worn as part of the utility uniform. Boots shall be worn with the utility uniform and shall be bloused in the standard military fashion.  A black crewneck t-shirt shall be worn under the shirt and the shirt shall be tucked into the trousers.  Standard issue jackets may be worn over the utility uniform, depending upon weather conditions.  The utility uniform and other related equipment are issued as special purpose garments and do not replace prescribed attire.  The utility uniform shall not be worn off duty. Authorization for the wearing of the utility uniform must be obtained from the Sheriff or Chief Deputy.  The utility uniform may be worn in the following instances to, from, and during firing range activities, field search details, clean up of messy accident scenes, and other pre-authorized activities.  In any event, personnel to whom uniforms are issued shall wear the uniform of the day as prescribed by the Sheriff or Chief Deputy at all times while on duty unless authorized otherwise.

## RAINCOAT

The raincoat shall be worn without accessories or rank insignia.

## INSIGNIAS OF RANK

The insignia of rank for ranking officers shall be as follows:

1.  Sheriff – GOLD SHERIFF (worn on collar)
2.  Chief Deputy- CHIEF DEPUTY (worn on collar)

## PINS AND METAL INSIGNIAS

The collar pins and rank insignias shall be worn on the collar of the uniform shirt.  The collar pins and rank insignias shall be centered on the collar of the shirt three-fourths of an inch below the fold of the collar and three-fourths of an inch from the front of the collar.

## NAME PLATE AND SERVICE BAR

The name plate and service bar shall be worn as a combination centered one-half inch below the top of the left pocked flap.

## BADGE

The badge shall be worn on the left side of the uniform, centered above the left pocket.  The badge shall be worn so that the bottom edge of the badge does not touch the top edge of the pocket.

APPEARANCE & DRESS CODE
## **MARKSMANSHIP AWARD**

The appropriate Marksmanship Award shall be centered one-half inch below the top of the right pocket flap.

## **WHISTLE AND CHAIN**

The whistle shall be carried in the right shirt pocket and the whistle chain shall be hooked under the shoulder epaulet.

**Social Networking/Internet Postings**



# KNOX COUNTY SHERIFF OFFICE
# SHERIFF JOHN D PICKARD
## 401 COURT SQUARE, SUITE 105
## BARBOURVILLE KY 40906
## PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 18

### Social Networking/Internet Postings

I. **Purpose:** The purpose of this policy is to direct the employees of the Knox County Sheriff Office with respect to the use of the internet, the world-wide web, and social networking as a medium of communication impacting this office.

II. **Policy:** The internet, blogs, twitter, the world-wide web, social networking sites and any other medium of electronic communication shall not be used in a manner which is detrimental to the mission and function of the Sheriff Office.

It is essential for every employee of the Sheriff Office to recognize that the proper functioning of any law enforcement/public safety agency relies upon the public's confidence and trust in the individual employees and the Sheriff Office to carry out the law enforcement and public safety functions.  Therefore, any matter which brings individual employees or the agency into disrepute has the corresponding effect of reducing public confidence and trust in our office, thus, impeding our ability to work with and serve the public. Professionalism is the most significant factor in high level performance which in turns builds the public confidence and trust. While employees have the right to use personal/social networking pages or sites, as employees of the Sheriff Office, they are public servants who are held to a higher standard that the general public with regard to standards of conduct and ethics.  As such, the policy of the Sheriff Office is to maintain a level of professionalism in both on-duty and off-duty conduct that fulfills the mission of our office. Any publication, through any medium which is potentially adverse to the operation, morale, or efficiency of the Sheriff Office will be deemed a violation of this policy.

III. **On Duty Procedures:**

    **A.** Employees of the Sheriff Office are prohibited from using agency computers for any unauthorized purpose including surfing the internet or participating in social networking sites.

    **B.** Employees of the Sheriff Office are prohibited from posting, or in any other way broadcasting, without prior Sheriff's approval, information on the internet, or other medium of communication, the business of the Sheriff Office to include but not limited to:

        **a.** Photographs/images relating to any investigation of the Sheriff Office or any other law enforcement agency.

Social Networking/Internet Postings

    **b.** Video or audio files related to any investigation of the Sheriff Office or any other law enforcement agency.

    **c.** Video, audio, photographs, or any other images etc. which memorialize a law enforcement related action of the Sheriff Office or any other law enforcement agency.

    **d.** Logos/Uniforms/Badges or other items which are symbols associated with the Sheriff Office or any other law enforcement agency.

    **e.** Any other item or material which is identifiable to the Sheriff Office or any other law enforcement agency.

## IV. Off Duty Procedures:

    **A.** Employees of the Sheriff Office who utilize social networking sites, blogs, twitter or other mediums of electronic communication in their off-duty time shall maintain an appropriate level of professionalism and appropriate conduct so as not to broadcast in a manner which is detrimental to the mission and function of the Sheriff Office.

    **a.** Employees shall not use references in these social networking sites or other mediums of communication that in any way represent themselves as a employee of the Sheriff Office without prior Sheriff's approval.  This shall include but not be limited to:

        i. Text which identifies the Sheriff Office.

        ii. Photos that depict the logos, patches, badge or other identifying symbol of the Sheriff Office.

        iii. Accounts of events which occur within the Sheriff Office.

        iv. Any other material, text, audio, video, photograph, or image which would be identifiable to the Sheriff Office.

    **b.** Employees shall not use a social networking site or other medium of internet communication to post any materials of a sexually graphic nature.

    **c.** Employees shall not use a social networking site or other medium of internet communication to post any materials which promote violence or weaponry.

    **d.** Employees shall not use a social networking site or other medium of communication to post or broadcast any materials which would be detrimental to the mission and function of the Sheriff Office.

    **B.** Employees of the Sheriff Office are prohibited from using their title as well as any reference to the Sheriff Office in any correspondence to include emails, postings, blogs, twitter, social network sites such as Facebook, unless the communication is of an official nature and is serving the mission of the Sheriff Office. This prohibition also includes signature lines in personal email accounts. An employee may seek Sheriff's approval for such use.

    **C.** Applicants: All candidates seeking employment with the Sheriff Office shall be required to complete an affidavit indicating their participation in any social networking sites.  This affidavit shall include the name of the sites.  The candidate shall provide the Sheriff's Office with access to their site as part of any background examination.

    **D.** Employees shall be required to report to the Sheriff their participation in any social networking sites.  The report shall include the name of the sites; and will provide access to the Sheriff upon request.

RACIAL PROFILING -19



# KNOX COUNTY SHERIFF OFFICE
# SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 19

## PROHIBITING RACIAL PROFILING
### Pursuant to KRS 15A.195

POLICY:  The protection of, and the preservation of the constitutional and civil rights of individuals remains one of the paramount concerns of government, and law enforcement in particular.  To safeguard these rights, law enforcement personnel shall not engage in any behavior or activity that constitutes racial profiling.  The decision of an officer to make a stop or detain an individual, or conduct a search shall not be solely motivated by consideration of race, color, or ethnicity.  Stops, detentions, or searches shall be based on reasonable suspicions, observed violations of law or probable cause, and shall comply with accepted constitutional and legal provisions, and with the Code and Cannon of Ethics adopted by the Kentucky Law Enforcement Council through Peace Officer Professional Standards.

DEFINITIONS:  For purposes of this policy:
"Racial Profiling" means a process that motivates the initiation of a stop, detention, or search with is solely motivated b consideration of an individual's actual or perceived race, color, or ethnicity, or making discretionary decisions during the execution of law enforcement duties based on the above stated considerations.  Nothing shall preclude an officer from relying on an individual's actual or perceived race, color, or ethnicity as an element in the identification of a suspect or in the investigation of a crime, a possible crime or violation of law or statute.

DISCIPLINE:  An officer who violates a provision of this policy shall be subject to the agency's disciplinary procedures, which shall be consistent with other penalties imposed for similar officer misconduct.

CELL PHONE – COMPUTERS -21



# KNOX COUNTY SHERIFF OFFICE
# SHERIFF JOHN D PICKARD
### 401 COURT SQUARE, SUITE 105
### BARBOURVILLE KY 40906
### PH: 606-546-3181  FAX: 606-546-3196

## POLICY AND PROCEDURES SECTION 21
## CELL PHONE – COMPUTERS

CELL PHONE
1. Issued cell phones are for official Sheriff Office use only.
2. Personal use of cell phone forbidden. Cell bills will be reviewed and any personal usage will be  deducted from employee pay
3. Cell phones usage:
   2a. voice unlimited
   2b. text unlimited
   2c. data 300mb per month, overage will be deducted from employee pay.
4. Purchase or installing of apps shall have written approval from Chief Deputy and purchased at employees expense after approval is granted.
5. Employee shall have issued cell phone on his person during scheduled work times.
6. Employee shall check issued cell phone frequently during off hours to check for messages from supervisor or office.
7. Use of personal cell phone for official Sheriff Office business other than communicating with supervisors or office will result in personal cell phone being seized as evidence for court.

COMPUTER
1. Issued computer are for official Sheriff Office use only.
2. Personal use of issued computer is forbidden.
3. Purchase or installing of apps/software shall have written approval from Chief Deputy before installation.
4. Any repair cost to computer due to employee neglect or abuse will be deducted from employee pay.