IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) | |
| | ) | Case No. 17-CV-84 |
| Plaintiffs, | ) ) | Hon. ROBERT E. WEIR |
| v. | ) ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) ) | JURY TRIAL DEMANDED |
| Defendants. | | |

# EXHIBIT 87

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

### ADMINISTRATIVE

| Field | Value |
|---|---|
| AGENCY ORI/NAME | KSP1000 KY STATE POLICE, POST 10 |
| INCIDENT NUMBER | KY 10-11-1047 |
| INCIDENT DATE/TIME | 11/23/2011 12:00 TO 12/02/2011 15:00 |
| EXACT/ESTIMATE | ESTIMATE |
| REPORT DATE | 12/02/2011 |
| RECEIVED | 11:01 |
| DISPATCHED | 11:04 |
| ARRIVED | 14:07 |
| CLEARED | 23:02 |
| REPORTED BY | KNOX COUNTY, SHERIFF'S DEPT |
| HOW REPORTED | PHONE |
| ADDRESS | 401 COURT SQUARE |
| CITY | BARBOURVILLE |
| STATE | KY |
| ZIP CODE | 40906 |
| PHONE NUMBER | (606) 546-3181 |

**EXACT LOCATION OF OFFENSE:**
- ADDRESS: UNNAMED LOGGING ROAD
- CITY: BEVERLY
- STATE: KY
- ZIP CODE: 40913
- COUNTY: BELL
- LATITUDE: 36 DEG 55.452 MIN
- LONGITUDE: 83 DEG 34.341 MIN

### OFFENSE DATA

**SEQUENCE # 1 OF 4** — LOCATION TYPE: FIELD/WOODS
- OFFENSE DESCRIPTION: MURDER
- OFFENSE CODE: 09150 | ASCF CODE: 0 | KRS CODE: 507.020
- CLASS: A | DEGREE: F | COUNTS: 1
- TYPE WEAPON/FORCE INVOLVED: 1-KNIFE/CUTTING INSTRUMENT; 2-BLUNT OBJECT (E.G., CLUB,
- CRIMINAL ACTIVITY/GANG IFO: 1-NONE/UNKNOWN
- BIAS MOTIVATION: NONE (NO BIAS)
- OFFENDER SUSPECTED OF USING: DRUGS/NARCOTICS

**SEQUENCE # 2 OF 4** — LOCATION TYPE: FIELD/WOODS
- OFFENSE DESCRIPTION: ROBBERY, 1ST DEGREE
- OFFENSE CODE: 12002 | ASCF CODE: 0 | KRS CODE: 515.020
- CLASS: B | DEGREE: F | COUNTS: 1
- TYPE WEAPON/FORCE INVOLVED: 1-KNIFE/CUTTING INSTRUMENT; 2-BLUNT OBJECT (E.G., CLUB,
- CRIMINAL ACTIVITY/GANG IFO: 1-NONE/UNKNOWN
- BIAS MOTIVATION: NONE (NO BIAS)
- OFFENDER SUSPECTED OF USING: DRUGS/NARCOTICS

**SEQUENCE # 3 OF 4** — LOCATION TYPE: FIELD/WOODS
- OFFENSE DESCRIPTION: TAMPERING WITH PHYSICAL EVIDENCE
- OFFENSE CODE: 50230 | ASCF CODE: 0 | KRS CODE: 524.100
- CLASS: D | DEGREE: F | COUNTS: 2
- BIAS MOTIVATION: NONE (NO BIAS)
- OFFENDER SUSPECTED OF USING: DRUGS/NARCOTICS

### PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | MONEY | STOLEN (NOT RECOVERED) | $180.00 | | | |

PROPERTY DESCRIPTION: VICTIMS WALLET CONTAINING APPROXIMATELY $180.00
OWNER: Victim 1

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 2 | DRUGS/NARCOTICS | STOLEN (NOT RECOVERED) | $900.00 | | | |

**DRUGS**
- DRUG TYPE: Other Narcotics
- DRUG TYPE OTHER: Oxycodone
- OWNER: Victim 1

| TOTAL STOLEN VALUE | TOTAL RECOVERED VALUE | TOTAL VEHICLES STOLEN | TOTAL VEHICLES RECOVERED |
|---|---|---|---|
| $1,080.00 | $0.00 | 0 | 0 |

### STATUS

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | CLEARED BY ARREST | | | YES ☐ |

| REPORTING OFFICER | UNIT/BADGE NUMBER | REVIEWED BY | TIME SPENT |
|---|---|---|---|
| B JOHNSON | 646 | R FARLEY | 8 HOURS |

PL 027601

## VICTIM DATA

| Field | Value |
|---|---|
| Victim Sequence | 1 of 2 |
| Victim Name | WIGGINS, BOBBY |
| Phone | |
| License/ID State | KY |
| License/ID Number | W92031247 |
| Address | 1308 EXETER AVE |
| Victim Type | INDIVID |
| City | MIDDLESBORO |
| State | KY |
| Zip Code | 40965 |
| KY Resident | RESIDENT |
| Date of Birth | 04/05/1950 |
| SSN | 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 |
| Height | 5'09" |
| Weight | 200 lbs |
| Eye Color | HAZEL |
| Hair Color | BROWN |
| Gender | MALE |
| Race | WHITE |
| Ethnic Origin | NOT HISPANIC |
| Peace Officer? | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | OTHERWISE KNOWN | | | | 1 | UNCONSCIOUS |
| 2 | 2 | OTHERWISE KNOWN | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 09150, 12002, 20004 | 1. DRUG DEALING | |

LEOKA ASSIGNMENT | LEOKA ACTIVITY

## SUSPECT/ARRESTEE DATA

| Field | Value |
|---|---|
| Suspect Seq. # | 1 of 2 |
| Name | ANDERSON, WILLIAM J |
| Alias | , BILL BILL |
| Arrested? | YES ✓ |
| Arrest Date | 12/03/2011 |
| License/ID State | KY |
| License/ID Number | A97943024 |
| Address | 2190 BUCKEYE BRANCH |
| City | FLAT LICK |
| State | KY |
| Zip Code | 40934-0935 |
| Date of Birth | |
| Phone | (606) 542-4887 |
| KY Resident | RESIDENT |
| SSN | |
| Sex | MALE |
| Race | WHITE |
| Ethnic Origin | NOT HISPANIC |
| Height | 5'08" |
| Weight | 160 lbs |
| Eye Color | BLUE |
| Hair Color | BROWN |
| Arrestee Seq. # | 1 of 2 |
| Multiple Arrest Ind. | NOT APPLICABLE |
| Arrest Type | WARRANT ARREST |
| Arrestee Armed With | LETHAL CUTTING INSTRUMENT |

| Related Citation Numbers | | | |
|---|---|---|---|
| 1 J848511 | 4 | 7 | |
| 2 | 5 | 8 | |
| 3 | 6 | 9 | |

| Field | Value |
|---|---|
| Suspect Seq. # | 2 of 2 |
| Name | SIZEMORE, JAMES O |
| Alias | |
| Arrested? | YES ✓ |
| Arrest Date | 12/05/2011 |
| License/ID State | |
| License/ID Number | |
| Address | 1077 ALEX CREEK ROAD |
| City | FLAT LICK |
| State | KY |
| Zip Code | 40935 |
| Date of Birth | 06/05/1986 |
| Phone | |
| KY Resident | RESIDENT |
| SSN | 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 |
| Sex | MALE |
| Race | WHITE |
| Ethnic Origin | NOT HISPANIC |
| Height | 5'08" |
| Weight | 230 lbs |
| Eye Color | GREEN |
| Hair Color | BROWN |
| Arrestee Seq. # | 2 of 2 |
| Multiple Arrest Ind. | NOT APPLICABLE |
| Arrest Type | WARRANT ARREST |
| Arrestee Armed With | UNARMED |

| Related Citation Numbers | | | |
|---|---|---|---|
| 1 J848480 | 4 | 7 | |
| 2 | 5 | 8 | |
| 3 | 6 | 9 | |

## WITNESS DATA

| Field | Value |
|---|---|
| Witness Sequence | of |
| Witness Name | |
| Phone | |
| License/ID State | |
| License/ID Number | |
| Address | |
| Date of Birth | |
| City | |
| State | |
| Zip Code | |
| SSN | |

PL 027602

# KYIBRS REPORT: OFFENSE SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

| SEQUENCE # | 4 OF 4 | LOCATION TYPE: | HIGHWAY/ROAD/ALLEY (INCLUDES STREET) | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|---|
| OFFENSE DESCRIPTION: | ARSON, 2ND DEGREE | | | | |
| OFFENSE CODE: 20004 | ASCF CODE: 0 | KRS CODE: 513.030 | CLASS: B  DEGREE: F  COUNTS: 1 | | |
| BIAS MOTIVATION: NONE (NO BIAS) | | METHOD ENTRY: | NUMBER PREMISES: | | |
| SCHOOL NAME: | | | SCHOOL TYPE: | CAMPUS? | |
| OFFENDER SUSPECTED OF USING: DRUGS/NARCOTICS | | | COURT ORDER TYPE: | | |

| SEQUENCE # | OF | LOCATION TYPE: | | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|---|
| OFFENSE DESCRIPTION: | | | | | |
| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS:  DEGREE:  COUNTS: | | |
| BIAS MOTIVATION: | | METHOD ENTRY: | NUMBER PREMISES: | | |
| SCHOOL NAME: | | | SCHOOL TYPE: | CAMPUS? | |
| OFFENDER SUSPECTED OF USING: | | | COURT ORDER TYPE: | | |

(Additional blank SEQUENCE sections repeat with the same structure.)

PL 027603

## KYIBRS REPORT: PROPERTY/DRUG SUPPLEMENT | KSP RECORDS
### COMMONWEALTH OF KENTUCKY

| | SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|---|
| | 3 | AUTOMOBILES | BURNED | $14,000.00 | | | |

**UNIT**

| UNIT TYPE | VEHICLE MAKE: | VEHICLE MODEL | YEAR | VEHICLE TYPE | |
|---|---|---|---|---|---|
| ROADWAY VEHICLE | TOYOTA | CAMRY | 2009 | SEDAN/4 DOOR | |
| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER | | |
| BLACK | 4T4BE46K49R064060 | | KY | 2012 | 2963DF |
| VEHICLE DESCRIPTORS | | | KEYS LEFT IN UNIT? | OWNER | |
| TINTED WINDOWS | | | YES | Victim 1 | |

PROPERTY DATA — GENERAL (multiple empty SEQ# entries)

---

PL 027604

# KYIBRS REPORT: VICTIM SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

### VICTIM DATA

**VICTIM SEQUENCE:** 2 of 2
**VICTIM NAME:** COMMONWEALTH OF KENTUCKY
**PHONE:**

**LICENSE/ID STATE:**
**LICENSE/ID NUMBER:**

**Address Unknown:** ☐
**ADDRESS:**
**VICTIM TYPE:** SOCIETY

**CITY:**
**STATE:**
**ZIP CODE:**
**KY RESIDENT:**

**DATE OF BIRTH:**
**SSN:**
**HEIGHT:**
**WEIGHT:**
**EYE COLOR:**
**HAIR COLOR:**

**GENDER:**
**RACE:**
**ETHNIC ORIGIN:**
**PEACE OFFICER?** YES ☐

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**VICTIM OF OFFENSE(S):** 50230
**AGG ASSAULT/ HOMICIDE CIRC:**
**ADDTL JUSTIFIABLE HOMICIDE CIRC:**

**LEOKA ASSIGNMENT:**
**LEOKA ACTIVITY:**

---

**VICTIM SEQUENCE:** of
**VICTIM NAME:**
**PHONE:**

**LICENSE/ID STATE:**
**LICENSE/ID NUMBER:**

**Address Unknown:** ☐
**ADDRESS:**
**VICTIM TYPE:**

**CITY:**
**STATE:**
**ZIP CODE:**
**KY RESIDENT:**

**DATE OF BIRTH:**
**SSN:**
**HEIGHT:**
**WEIGHT:**
**EYE COLOR:**
**HAIR COLOR:**

**GENDER:**
**RACE:**
**ETHNIC ORIGIN:**
**PEACE OFFICER?** YES ☐

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**VICTIM OF OFFENSE(S):**
**AGG ASSAULT/ HOMICIDE CIRC:**
**ADDTL JUSTIFIABLE HOMICIDE CIRC:**

**LEOKA ASSIGNMENT:**
**LEOKA ACTIVITY:**

PL 027605

**SYNOPSIS:**
Investigation of a murder

**MODUS OPERANDI:**
Bobby Wiggins' body was located off a logging road in the mountains in Beverly, KY, located in Bell County. The victim was buried and an autopsy revealed the victim had been struck with a blunt object on the head and had received multiple stab wound to the chest and neck.

**DATE & TIME OF OCCURRENCE:**
11/23/2011 to 12/02/2011

**ACCUSED:**
William J. Anderson (aka. Bill Bill)
2190 Buckeye Branch, Flat Lick, KY 40935
5'8" 160 lbs., Hazel eyes, Brown Hair

James O. Sizemore
1077 Alex Creek Road, Flat Lick, KY 40935
5'8" 230 lbs., Green eyes, Brown hair.

**SUSPECTS:**
NA

**STOLEN PROPERTY:**
Bobby J. Wiggins' wallet containing approximately $180.00

Bobby J. Wiggins' oxycodone 30 mg pills, quantity of approximately 30

Bobby J. Wiggins' 2009 Toyota Camry, black, VIN: 4T4BE46K49R064060. The vehicle was located in the community of Artemus, on a gravel road locally known as the Back Track, which connects South 11 to Artemus.

**OTHER PROPERTY:**
NA

**EVIDENCE & HOW MARKED:**
Item 1: Black Columbia jacket and a black nike hat.
Item 2: Burnt Toyota owners manual
Item 3: Black belt located near the body of Bobby Wiggins
Item 4: Hair samples taken from Bobby Wiggins
Item 5: Left finger nails of Bobby Wiggins
Item 6: Right finger nails of Bobby Wiggins
Item 7: DNA card of Bobby Wiggins
Item 8: Sample of white material located on the body of Bobby Wiggins
Item 9: T-shirt from Bobby Wiggins
Item 10: Long sleeve shirt from Bobby Wiggins
Item 11: Jeans, underware, and socks from Bobby Wiggins
Item 12: Shoes from Bobby Wiggins
Item 13: Blue towel from around the neck of Bobby Wiggins

Item 14: Black smith and wesson knife located on William J. Anderson
Item 15: Motorola cell phone located in Buckeye Branch Creek    belonging to Bobby Wiggins

*EVIDENCE DISPOSITION:*
Evidence packaged and placed in Post 10 evidence. Other items sent to Crime Lab for analysis.

*INVESTIGATION:*
On December 1st, 2011, Helen Faye Scott, Arnold Callahan, and Kimberly York went to the Knox County Sheriffs Office in Barbourville, KY to report Bobby Wiggins missing. Bobby is the brother to Helen Faye Scott. Deputy Derek Eubanks, SO-10, filled out a Missing Persons report. While filling out the report, Kimberly York, (who lives at 114 Happy Lane, Barbourville, KY 40906), stated she last seen Bobby Wiggins at her residence on 11/23/2011 around 1200 hours. She stated that Mr. Wiggins left her residence with James O. Sizemore and that they were going to Flat Lick.

December 2, 2011 1101 hours
Knox County Sheriff John Pickard contacted Det. Jason York U/856 on his cell phone and requested his assistance to locate a deceased subject. Sheriff Pickard advised he was with James O. Sizemore and that he saying the body of Mr. Wiggins is on top of Red Bird mountain.

1155 hours
Tpr. Jay Souders U/650 arrived at the end of KY 718 in Knox County and advised he was parking his cruiser and riding with the Sheriff's office up in the mountains to look for the body of Mr. Wiggins.

1248 hours
Det. York advised that while they were looking for the body of Mr. Wiggins, James O. Sizemore took off running. Subjects were able to locate Mr. Sizemore in a vehicle on Alex Creek in Flat Lick. They detained Mr. Sizemore and he told them that he would show them were the body of Mr. Wiggins was at. They went back in the mountains on a logging road and Mr. Sizemore pointed down over the hill to a tree that had two vine's crossing it. He stated that is where the body was located.

1407 hours
Det. York advised they found the body located about 150 feet over the hill on mountainous terrain. Deputy Derek Eubanks, SO-10, stated that when he arrived at the tree Mr. Sizemore pointed to, that there was a pile of dirt and limbs there. He took a stick and started to move away some dirt and noticed what appeared to be skin. At that point he stopped and backed away from the scene. GPS coordinates were obtained at the scene and Post 10 advised the location was in Bell County.

1424 hours
Det. Mark Mefford U/937 and Det. Kenny Abner U/361 was enroute to the scene.

1426 hours
I, Det. Bryan E. Johnson U/646, was enroute to the scene.

1427 hours
Sgt. Joel Woods U/133, was enroute to the scene.

1503 hours
Sgt Woods arrived on scene. Sgt. Jackie Pickrell U/204 was enroute to the scene.

1541 hours.

Myself and Det. Abner arrived at the end of KY 718 in Flat Lick and Sheriff Pickard transported us up to the scene. Upon my arrival at the scene at 1553 hours with Sheriff Pickard and Det. Abner, the following units were already on scene; Sgt. Woods, Tpr. Souders, Det. York, and Deputy Eubanks. Det. York stated a black belt was located as units were leaving the area once the body was located and that it was marked with an orange flag. Det. York stated he marked a path with yellow flags so units could utilize one way in and one way out.

1542 hours
Tpr. Shane Jacobs U/372, was enroute to the scene. Det. Mefford advised he was bringing the Evidence Collection truck from Post 11 in London.

1600 hours
Myself, Det. Abner, Det. York, and Deputy Eubanks arrived at the location of the body. I began to take photographs of the area and search for other evidence. Measurements were taken from the location of the body to several reference points which will be noted in the diagram. The belt was 47.5 feet from the edge of the logging road. The body was 117 feet down the mountain side from the edge of the logging road. The body was 37 feet 3 1/2 inches south east of a double trunk tree. The body was 5 feet 6 1/4 inches south west of the tree with the vines crossing around it. There will be a diagram completed showing the location of the above items. There were tool marks located on the bank above the location of the body that showed dirt had been dug from the bank to cover the body.

[handwritten: Pics? match shovel]

1617 hours
Det. York contacted Post 10 and requested they contact the Bell County Coroner and have them respond to the scene.

1630 hours
Tpr. Jacobs arrived on scene.

1659 hours
Det. Mefford and Sgt. Pickrell arrived on scene. A baseline was set up over the location of the body. Myself, Det. Abner, Det. York, and Sgt. Pickrell began removing the debris from the body. Det. Mefford began taking photographs during the process which can be referenced on the photo log and measurements were taken from the baseline which can be referenced in the diagram. As the dirt and branches were removed from the body, it was determined that the body was face down. There was a white pasty material around the whole body. As the body was uncovered, it was flipped over and placed into a body bag. There was a towel wrapped around the victims neck and a pair of gray shoes were located under the body. The victims jeans were pulled down to about his knees. The body bag was sealed and transported to the Coroners office vehicle.

2033 hours
Tpr. Jacobs departed the scene.

2119 hours
Tpr Souders departed the scene.

2212 hours
Det. York collected the belt for evidence.

2221 hours
Sgt. Pickrell and Det. Abner left the scene. Sgt. Pickrell transported Det. Abner to his cruiser on KY 718

PL 027608

then retuned at 2237 hours.

2302 hours
Myself, Sgt. Pickrell, Det. York, Det. Mefford, Sgt. Woods, Sheriff Pickard, and Deputy Eubanks departed the scene. The Bell County Coroners Office transported the body from the scene and advised there would be an autopsy conducted tomorrow morning, 12/03/2011 at the Medical Examiners office in Frankfort.

Myself, Det. York, and Deputy Eubanks went to the Knox County Sheriffs office and James O. Sizemore was brought over from the jail. We set down with Mr. Sizemore and read him his Miranda Warning. He stated he understood them and was willing to talk. While speaking to Mr. Sizemore, he stated that on November 23, 2011, he left his in-laws house with his mother in law and got a ride to Sav-A-Lot in Barbourville. He then walked to Kimberly Yorks residence on Happy Lane in Barbourville. He stated he arrived at her residence around 1130 am. He stated Kimberly York called Bobby Wiggins to see if he would sell her a pill. Mr. Wiggins arrived at her residence around 1230 pm. Mr. Sizemore then stated that Mr. Wiggins asked him if he knew where he could sell some of his pills for top dollar. Mr. Sizemore stated that he knew a few people in Flat Lick that would buy them. Mr. Sizemore stated that Mr. Wiggins was walking to his car when Mrs. York told him that it would be a good time to rob Mr. Wiggins. Mr. Sizemore stated that Mrs. York has made comments about robbing Mr. Wiggins for several months now. Mr. Sizemore then went outside and got in the car with Mr. Wiggins. They left Barbourville and traveled toward Flat Lick. Mr. Wiggins pulled his vehicle into the parking lot of the Creek Mart gas station on the side of US 25 E. Mr. Wiggins advised Mr. Sizemore that he needed to drive because he doesn't know where they are going. Mr. Sizemore stated he got into the vehicle and drove up Stinking Creek to Buckeye Branch. Mr. Sizemore stated he went to the residence of Leonard Jr and Brenda Messer, where William "Bill Bill" Anderson stays at to see if he wanted to buy Mr. Wiggins' pills. Mr. Sizemore stated that Mr. Anderson wasn't there and that him and David Fox had went to the store. Mr. Sizemore then stated that he drove back down Buckeye Branch to the junction of KY 718 and pulled across the road in a gravel lot. He stated him and Mr. Wiggins done a pill while waiting for Mr. Anderson to come home. Mr. Sizemore stated that the Messer's van turned up Buckeye Branch so he pulled out and followed them. He stated he flashed his headlights and the van pulled over. Mr. Sizemore advised Mr. Anderson got out of the van and walked back to him. He stated he talked to Mr. Anderson for a few minutes and that Mr. Wiggins remained in the car. Mr. Sizemore was talking to Mr. Anderson about the pills and Mr. Fox asked Mr. Sizemore if he could get him one. Mr. Sizemore went back to the car and asked Mr. Wiggins if Mr. Fox could have a pill and Mr. Wiggins said he could if Mr. Sizemore was sure that they could sale the rest of them. Mr. Sizemore advised him he could so Mr. Wiggins gave Mr. Sizemore an oxycodone 30mg pill to give to Mr. Fox. Mr. Fox then got into the van and drove it up to the Messers'. Mr. Sizemore, Mr. Wiggins and Mr. Anderson then got into Mr. Wiggins car and went to another residence belonging to the Messers, which is where Mr. Anderson sometimes stays. It is also in Buckeye Branch. They went into the residence and Mr. Wiggins sat down on the living room couch. Mr. Anderson walked back to a bedroom and Mr. Sizemore followed him back there. Mr. Sizemore then told Mr. Anderson about the pills Mr. Wiggins has. He also told him that Kimberly York said he would be easy to rob too. Mr. Sizemore then stated that Mr. Anderson got on his cell phone and began talking to someone, as if he was trying to sell some pills. Mr. Sizemore said he doesn't believe Mr. Anderson was really talking to anyone, that it was just a way to make Mr. Wiggins believe someone was willing to buy the pills. They told Mr. Wiggins that a person from Bell County was willing to buy the Oxycodone 30 mg pills for $35.00 each, but they won't deal on the roads because they don't want to get caught by the police. Instead, they will meet them on a logging road on Red Bird mountain. Mr. Sizemore then stated that he walked outside with Mr. Wiggins to his car, at which point Mr. Wiggins got into the back seat and removed a clear cellophane package that had some more pills in it. Mr. Wiggins then placed it in his pocket and got into the passengers side of a side by side atv. Mr. Anderson got into the drivers side of the ATV and Mr. Sizemore got into the dump bed and they proceeded up to the top of Red Bird mountain. Mr. Sizemore stated that when they arrived, they were waiting around as if

someone was going to meet them there. He stated that after approximately 30 minutes, he told Mr. Wiggins that no one was coming to buy the pills and that they were there to rob him. Mr. Sizemore stated he told Mr. Wiggins to give them his pills and money. Mr. Sizemore then stated that Mr. Wiggins said no. At that point, Mr. Sizemore advised that Mr. Anderson, who was still sitting in the ATV, stated you heard him, give it to us or it will get bad. Mr. Sizemore stated that Mr. Wiggins then began to physically assault him and that they fought for several minutes. Mr. Sizemore stated that Mr. Wiggins had him down on his knees and that when he put his left hand down on the ground, he felt a rock and picked it up. When Mr. Sizemore looked up and seen Mr. Wiggins coming down at him, Mr. Sizemore then swung and struck Mr. Wiggins in the right side of the head with the rock. He stated Mr. Wiggins stumbled back at which point he threw the rock at him striking him in the face. Mr. Sizemore stated he got up to his feet at which point Mr. Anderson came from behind him toward Mr. Wiggins and had a black knife in his right hand which had 2 blades, one coming out from each end, and Mr. Anderson began to stab Mr. Wiggins in the chest. Mr. Sizemore stated he then turned around because he couldn't watch what was going on. Mr. Anderson then went and took a towel from the ATV and wrapped it around the head of Mr. Wiggins. Mr. Sizemore stated the he began to freak out and Mr. Anderson told him "you are in it just as much as I am so you need to grow some balls and quit being a pussy." Mr. Sizemore stated that he got into Mr. Wiggins front right pocket and removed the cellophane package containing the pills and split them with Mr. Anderson. Mr. Sizemore then stated that Mr. Anderson got his wallet out of his back pocket but doesn't know how much money was in it because he didn't get any of it. Mr. Sizemore stated that he was afraid of Mr. Anderson and wasn't going to ask if for any of it. At this point, Mr. Sizemore picked up Mr. Wiggins arms and Mr. Anderson picked up his legs. They then carried him over to the edge of the road and set him down. Mr. Sizemore then advised that Mr. Anderson removed Mr. Wiggins belt and tied it around his legs because it would make him roll better. They then pushed Mr. Wiggins body over the embankment to roll down the mountain side. Mr. Sizemore said the belt came off and the body went through some briars causing it to pull his pants down. They then went and moved the body further down the mountain side to a small level spot. Mr. Sizemore stated he started to freak out again when Mr. Anderson told him that he would leave him up there too. Mr. Sizemore told Mr. Anderson to leave that knife in your pocket and I'll do whatever. Mr. Sizemore said Mr. Anderson told him to just cover the body with some leaves and stuff and that he would come back later with some lime and take care of it. Mr. Sizemore stated that they then went back to the ATV and drove back to Buckeye Branch. Once they arrived there, they took Mr. Wiggins car and drove down to Jeremy Ferrell's residence located on KY 718 in Flat Lick. Mr. Sizemore stated that Mr. Anderson drove and while traveling down Buckeye Branch he threw Mr. Wiggins cell phone out of the drivers side window into the creek. When they arrived there, Mr. Sizemore stated he went into the residence and spoke to Mr. Ferrell. Mr. Ferrell then came outside and got into the car and they drove down to the "indian store" which is located on KY 223 in Stinking Creek. While there, they bought some cigarettes and pop. They then drove back to Jeremy Ferrells residence. This time, Mr. Sizemore removed the owners manual from the glove box and took it beside the residence and burnt it. He then went into the residence along with Mr. Anderson. Mr. Sizemore stated they done some of the pills taken from Mr. Wiggins. Mr. Sizemore and Mr. Anderson then left and drove back up to Buckeye Branch. Mr. Anderson then told Mr. Sizemore to take the car and get rid of it, because he was going to take it to Tennessee where his family lives to sell it for parts but doesn't want to fool with it. Mr. Sizemore stated Mr. Anderson removed Mr. Wiggins coat and hat and took them inside the residence. Mr. Sizemore advised he left and drove back down to Mr. Ferrell's residence because he didn't know where else to go. He advised he was going to tell Mr. Ferrell what happened but didn't know how to tell him. Mr. Sizemore stated he then drove back up to Mr. Anderson's and told him that he didn't know what to do with the car. Mr. Sizemore stated that Mr. Anderson walked up to the Messers' and got their van and came back to the house he stays in. While there, Mr. Anderson told Mr. Sizemore to follow him in the van, and that when he pulls over, to drive past him a little ways, turn around, and pick me up. Mr. Sizemore stated they drove onto a side road down around Artemus and when Mr. Anderson pulled over, that he drove on past him. Mr. Sizemore stated a car came past him and that it made him nervous so he turned around and went back to where Mr. Anderson was. Mr. Sizemore stated

that when he got to Mr. Anderson, he was standing by the car and had to hood up and that when he stopped, the car became engulfed in flames. He stated that Mr. Anderson then put a gas container into a plastic bag and placed it in the van. Mr. Anderson then got into the passengers seat and Mr. Sizemore drove to the residence of Kimberly York in Barbourville. Mr. Anderson then got into the drivers seat and left. Mr. Sizemore went into Mrs. York's residence and called his mother, Laura Sizemore, to see if she could come get him. She told him to call Tommy Whitt to come get him. Mr. Sizemore then called Mr. Whitt and he came and picked him up and took him to Payne Hill, his in-laws residence. Mr. Sizemore stated he gave Mr. Whitt 2 pills for taking him home.

December 03, 2011  0845 hours
I arrived at the Medical Examiner's office in Frankfort for the autopsy of Bobby Wiggins. Dr. Cristine Rolf was the medical examiner. The autopsy results determined Mr. Wiggins was struck with a blunt object on the right side of his head, causing a laceration to the skull. Mr. Wiggins also was struck with a blunt object on the left side of the nose causing a fracture of the skull with a subarachnoid hemorrhage. Mr. Wiggins also sustained 12 stab wound to his chest area and 6 stab wounds to his neck. Dr. Rolf listed the immediate cause of death as "sharp force injuries of trunk and neck with exsanguination". Dr. Rolf also listed other significant conditions contributed to death but not resulting in the underlying cause given as "blunt force injuries of head." Copy of the autopsy reports will be placed in the case. While at the autopsy, I collected several items from Mr. Wiggins.

1408 hours
I collected hair samples obtained by Dr. Rolf.

1412 hours
I collected left hand fingernail samples obtained by Dr. Rolf.

1415
I collected right hand fingernail samples obtained by Dr. Rolf.

1420 hours
I collected a sample of the white material located on the body of Mr. Wiggins.

1505 hours
I collected a DNA card on Mr. Wiggins.

1515 hours
I collected a maroon nike T-shirt and a black zero point long sleeve shirt.

1525 hours
I collected a pair of levi jeans, white socks, and white jockey underwear. I also collected a blue towel which was tied around the neck of Mr. Wiggins.

1550 hours
I departed the autopsy and contacted Det. Mark Mefford. I advised him the injuries on Mr. Wiggins correlated to the statement given by Mr. Sizemore. Det. Mefford completed a criminal complaint and an arrest warrant on William J. Anderson for the charge of murder. Det. Mefford, Det. York, and Sgt. Pickrell went to Buckeye Branch and located Mr. Anderson. While detaining him, Sgt. Pickrell located a black smith and wesson pocket knife in his front pants pocket. The knife was placed in an evidence envelope. The knife had two blades which opened in opposite directions, matching the description given by Mr. Sizemore. Mr. Anderson was transported to the Barbourville Police Department where myself and Det.

PL 027611

York interviewed him. Mr. Anderson was read his Miranda Warning and signed his waiver of rights. A copy will be placed in the case. Mr. Anderson's interview was recorded and will be placed on a disc. Mr. Anderson stated that James Otis Sizemore gave him the black jacket and hat. He stated that him and Dave Fox seen James Sizemore and Jeremy Ferrell together in a black car at the "indian store" and that James paid for their cigarettes and pop. Mr. Anderson then stated that Mr. Fox left in the van and that he got into the car with Mr. Sizemore and Mr. Ferrell. Mr. Anderson stated they went to Mr. Ferrells and that Mr. Sizemore then burnt some items from the glove box of the car. Mr. Anderson stated him and Mr. Sizemore then went back to his residence up Buckeye Branch and done a pill. I asked what kind of pill and he stated it was an Oxy 30. He stated that is when Mr. Sizemore asked him if he wanted a hat and jacket. He stated he took the hat from him then. I asked Mr. Anderson when he last seen Mr. Sizemore prior to the day at the Indian Store and he said it was probably around 7 months ago, and that he seen him for about an hour. He stated that before that it had probably been another 3 or 4 months before that. Also while talking to Mr. Anderson, he stated that he sometimes rides a Honda Big Red side by side ATV which belonged to Leonard Messer Jr. on the logging roads in the mountains. Mr. Anderson denied knowing Bobby Wiggins and stated he was not involved in his death. Mr. Anderson was charged with murder (citation # J848511 and was transported to the Bell County Detention Center by Tpr. Jason Bunch U/333.

Post 10 conducted a criminal history on Mr. Anderson at 1734 hours. The report will be placed in the case.

December 4, 2011 0200 hours.
Sgt. Jackie Pickrell obtained a search warrant for the residence in Buckeye Branch where Mr. Anderson stays to attempt to locate the wallet of Mr. Wiggins. Sgt. Pickrell, Det. York, and Deputy Eubanks went to the residence to serve the search warrant. While at the residence conducting the search warrant, they did not locate the wallet belonging to Mr. Wiggins.

1614 hours
While myself and Det. Mefford was up Alex Creek conducting a neighborhood search, Sheriff Pickard and Deputy Eubanks pulled up and stated that they located a Black and Silver Motorola flip cell phone in the creek that runs along side of Buckeye Branch. The phone was located at 36 56' 12"N and 83 39'04"W. Deputy Eubanks stated there was approximately a 10 feet embankment to the creek. The creek was approximately 8 feet wide and the phone was approximately 5 feet from the creek edge. The phone was turned over to me at 1614 hours and was placed into an evidence envelope to be placed in Post evidence.

December 5, 2011 0846 hours
I went to the Bell County Attorneys Office and obtained a warrant for James O. Sizemore for the charge of Murder.

December 5, 2011
I went to the Knox County Detention Center and recontacted Mr. Sizemore. He was again read his rights and agreed to talk to me. I asked Mr. Sizemore to tell me again what had occurred. Mr. Sizemore gave me a statement. This statement was also recorded and a copy will be placed on a disc and placed in the case. I served the warrant on Mr. Sizemore for murder, citation # J848480.

December 12, 2011 1330 hours
Bell District Court for William J. Anderson. Due to his lawyer not being present, the case was continued until 12/21/2011 at 1100 hours.

December 20, 2011 1152 hours.
I went to 1308 Exeter Ave in Middlesboro, KY to the residence of Helen Faye Scott. She is Mr. Wiggins sister. She stated that the day Mr. Wiggins was reported missing, she had been calling people to see if

PL 027612

they had seen him. She stated that she was put in contact with Kimberly York, and Mrs. York told her to come pick her up and they would go drive around and talk to some people. Mrs. Scott stated that when she got to Mrs. Yorks residence, she told Mrs. York to drive because she didn't know where to go. Mrs. Scott stated they got just down the street from the Knox County hospital and Mrs. York told her that they burnt the stuff in his glove box. Mrs. Scott stated she jumped out of the car because she knew at that moment her brother was dead. Mrs. Scott stated people were stopping asking if she was ok. Mrs. Scott got back into the vehicle and said that her friend Suzy, who lives in Tazewell, TN, was talking to Mrs. York. Suzy was talking to Kim about the stuff in the car being burnt and said it sounds like Mr. Wiggins is dead. Suzy said that Mrs. York made the comment that he is. Mrs. Scott also said that Mrs. York told her they took the coat and hat from the car when they burnt it. Mrs. Scott told her that they have to go report it to the police. They went to the Knox County Sheriffs office to report Mr. Wiggins missing. Mrs. Scott said Mrs. York told her that they are going to kill her for ratting.

December 21, 2011  1100 hours
Went to Bell District Court on William J. Anderson for the Murder charge. The case was waived to the Grand Jury.

*STATUS OF CASE:*
Open


*ATTACHMENT*
NA