IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | | |
|---|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) | |
| | ) | Case No. 17-CV-84 |
| Plaintiffs, | ) ) | |
| | ) | Hon. ROBERT E. WEIR |
| v. | ) ) | |
| | ) | Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | ) ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | | |

# EXHIBIT 88

AOC-491  Doc. Code: EGP
Rev. 7-12
Page 1 of 2

Commonwealth of Kentucky
Court of Justice    www.courts.ky.gov

RCr 8.08, 8.10; KRS 532.050(1)

**MOTION TO ENTER GUILTY PLEA**

Case No. 12-CR-40
Court Circuit
County Bell

COMMONWEALTH OF KENTUCKY                                                PLAINTIFF
VS.

James Otis Sizemore                                                      DEFENDANT

FILED
COLBY SLUSHER
AUG 27 2013
BELL CIRCUIT COURT CLERK
BY_____

Comes the Defendant, in person and with aid of counsel, and respectfully moves this Court to allow him/her to withdraw his/her former plea of "NOT GUILTY" and enter a plea of "GUILTY" as set forth below. In support of this motion, the Defendant states as follows:

1. My full name is James Otis Sizemore
   I am the same person named in the indictment.

2. My judgment is not now impaired by drugs, alcohol or medication.

3. I have reviewed a copy of the indictment and told my attorney all the facts known to me concerning my charges. I believe he/she is fully informed about my case. We have fully discussed, and I understand, the charges and any possible defenses to them.

4. I understand that I may plead "NOT GUILTY" or "GUILTY" to any charge against me.

5. I further understand the Constitution guarantees to me the following rights:

   (a) The right not to testify against myself;
   (b) The right to a speedy and public trial by jury at which I would be represented by counsel and the Commonwealth would have to prove my guilt beyond a reasonable doubt;
   (c) The right to confront and cross-examine all witnesses called to testify against me;
   (d) The right to produce any evidence, including attendance of witnesses, in my favor;
   (e) The right to appeal my case to a higher court.

   I understand that if I plead "GUILTY," I waive these rights.

5. I understand that if I plead "GUILTY," the Court may impose any punishment within the range provided by law and that although it may consider the Commonwealth's recommendation, the Court may reject it. The legal penalty ranges are set forth on the attached "Commonwealth's Offer on a Plea of Guilty (AOC-491.1)" which I have reviewed and signed.

6. I understand that if the Court rejects the plea agreement, it must so inform me. If this occurs, I may either persist in my guilty plea and possibly receive harsher treatment than I bargained for or I may withdraw my guilty plea and proceed to trial. I further understand the Court shall not impose a sentence for a felony, other than a capital offense, without first ordering a presentence investigation. The Court will consider a written report of the presentence investigation before it informs me whether it will accept the plea agreement.

7. In return for my guilty plea, the Commonwealth has agreed to recommend to the Court the sentence(s) set forth in the attached "Commonwealth's Offer on a Plea of Guilty." Other than that recommendation, no one, including my attorney, has promised me any other benefit in return for my guilty plea nor has anyone forced or threatened me to plead "GUILTY."

PL 029707

AOC- 491  Doc. Code: EGP
Rev. 7-12
Page 2 of 2

Case No. 12-CR-40

8. Because I am **GUILTY**, and make no claim of innocence, I wish to plead **"GUILTY"** in reliance on the attached "Commonwealth's Offer on a Plea of Guilty."

9. I declare my plea of **"GUILTY"** is freely, knowingly, intelligently and voluntarily made; that I have been represented by counsel; that my attorney has fully explained my constitutional rights to me, as well as the charges against me and any defenses to them; and that I understand the nature of this proceeding and all matters contained in this document.

10. I understand that if I am convicted of a methamphetamine related offense or offense related to anhydrous ammonia found in KRS Chapter 218A, 250 or 514, it shall be unlawful for me to possess ephedrine, pseudoephedrine, phenylpropanolamine, their salts or optical isomers, or salts of optical isomers until five years following my conviction, discharge from incarceration or release from probation, shock probation, parole, or other form of conditional discharge, whichever is later. KRS 218A.1446.

11. I understand that because of my conviction here today, **I may be subject to greater/enhanced penalties if found guilty and/or convicted of any future criminal offenses.** I understand that if I am not a United States citizen, I may be subject to deportation pursuant to the laws and regulations governing the United States Immigration and Naturalization Service. I understand the complete terms of this plea and all the obligations imposed upon me by its terms.

Signed in open court in the presence of my attorney this 22nd day of August, 2013

**CERTIFICATION OF COURT RECORD**
I, Colby Slusher, Clerk of the Bell Circuit/District Court,
Do certify that the foregoing are true and correct copy(s)
Of the original document(s) as recorded in my office.
In testimony whereof witness my hand as Clerk aforesaid,
This the 15 day of April 2016

_____ D.C.

Defendant's Signature

**CERTIFICATE OF COUNSEL**

1. To the best of my knowledge and belief, the defendant understands the allegations contained in the indictment and/or any amendments thereto. I have fully discussed with the defendant the charges and any possible defenses to them and I believe he/she fully understands the charges and possible defenses. I have reviewed with defendant the attached "Commonwealth's Offer on a Plea of Guilty" and the foregoing "Motion to Enter a Plea of Guilty," and I believe he/she understands these documents.

2. To the best of my knowledge and belief, his/her plea of **"GUILTY"** is made freely, knowingly, intelligently and voluntarily. I have fully explained the defendant's constitutional rights to him/her and I believe that he/she understands them.

3. The plea of **"GUILTY"** as offered by the defendant is consistent with my advice to him/her, and I recommend to the Court that his/her plea be accepted.

Signed by me in open court in the presence of the Defendant this 22nd day of August, 2013.

Attorney for Defendant

| AOC-491.1  Doc. Code: COPG | | Case No. | 12-CR-00040 |
|---|---|---|---|
| Rev. 4-01  03/15/2012 10:53 am | | Court | BELL CIRCUIT |
| Page 1 of 2  Ver. 1.01 | | | |
| Commonwealth of Kentucky  Court of Justice | **COMMONWEALTH'S OFFER ON A PLEA OF GUILTY** | County | Bell |

COMMONWEALTH OF KENTUCKY  ............  PLAINTIFF

VS.

JAMES OTIS SIZEMORE, ............  DEFENDANT

*FILED COLBY SLUSHER AUG 27 2013 BELL CIRCUIT COURT CLERK BY _____ D.C.*

1. **Charges and Penalties:**

   **Charge**    I. Murder or Complicity to Commit Murder
   **Penalty**   I. 20 - 50 Years or Life; $1,000 - $10,000 Fine

   **Charge**    II. Persistent Felony Offender in the Second Degree
   **Penalty**   II. Enhancement of 20-50 Years or Life; $1,000 - $10,000 Fine

   CERTIFICATION OF COURT RECORD

   **Charge**    I, Colby Slusher, Clerk of the Bell Circuit/District Court,
   **Penalty**   Do certify that the foregoing are true and correct copy(s) of the original document(s) as recorded in my office.
                 In testimony whereof witness my hand, as Clerk aforesaid,
   **Charge**    This the  15  day of  April 2016
   **Penalty**                                                              D.C.
                 _Charlotte Drew_

   **Charge**    _____
   **Penalty**   _____

2. **Amended Charges (if any):**
   **Amended Charge**  N/A
   **Penalty**
   **Amended Charge**
   **Penalty**
   **Amended Charge**
   **Penalty**
   **Amended Charge**
   **Penalty**
   **Amended Charge**
   **Penalty**

PL 029709

AOC-491.1
Rev. 4-01
Page 2 of 2

3. **Reason(s) for amended charge(s) (if applicable):**
With specific authorization of investigating officer and the immediate family members of Bobby Wiggins

4. **Facts of the Case:**
On or about the 23rd day of November, 2011, in Bell County KY., the Defendant with the intention of promoting or facilitating the commission of Murder did aid, counsel or attempt to aid William J. Anderson in planning or committing the offense of the murder of Bobby Wiggins, who died as a result of sharp force + blunt force injuries of head, neck & trunk; is over 21 and has previously been convicted of a felony, under Count I

5. **Recommendations on a Plea of Guilty (Plea Agreement):** under Count I
30 yrs. in the penitentiary. Defendant agrees to testify truthfully against Co-Defendant if called upon to do so, such testimony being a material term of the plea agreement. The sentence under Count I shall be enhanced by a plea of guilty to Count II.

6. Offered this 27th day of August, 2013.

_____
Commonwealth's Attorney or
Assistant Commonwealth's Attorney

_____
Defense Attorney

_____
Defendant

_____
Prosecuting Witness

_____
Police Officer

_____
Prosecuting Witness

_____
Police Officer