IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

AMANDA HOSKINS and JONATHAN　　)
TAYLOR,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　　Case No. 17-CV-84
　　　　Plaintiffs,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　　Hon. ROBERT E. WEIR
　　　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　　Mag. HANLY A. INGRAM
KNOX COUNTY, ET AL.,　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　　JURY TRIAL DEMANDED
　　　　Defendants.

# EXHIBIT 90



CASE NO. 12-CR-041

# COMMONWEALTH OF KENTUCKY

V.

# WILLIAM J. ANDERSON

JURY TRIAL

DATE:

**May 25, 2016**



a courtroom
**powerhouse**



✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

PL 029582

1              COMMONWEALTH OF KENTUCKY

2               BELL CIRCUIT COURT

3             JUDGE ROBERT COSTANZO

4              CASE NO. 12-CR-041

5

6         COMMONWEALTH OF KENTUCKY,

7                  PLAINTIFF

8

9                     V.

10

11            WILLIAM J. ANDERSON,

12                 DEFENDANT

13

14

15

16                 JURY TRIAL

17

18

19              JURY INSTRUCTIONS

20             CLOSING ARGUMENTS

21                  VERDICT

22

23

24

25   DATE:  MAY 25, 2016


Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029583

```
1                        APPEARANCES

2

3    ON BEHALF OF THE PLAINTIFF, COMMONWEALTH OF KENTUCKY:

4    KAREN GREENE BLONDELL

5    LISA FUGATE

6    P.O. BOX W

7    MIDDLESBORO, KENTUCKY 40965

8    TELEPHONE NO.: (606) 248-0224

9

10   ON BEHALF OF THE DEFENDANT, WILLIAM J. ANDERSON:

11   JENNIFER F. NAGLE

12   LINDA WEST

13   NAGLE LAW OFFICE

14   1914 CUMBERLAND AVENUE

15   MIDDLESBORO, KENTUCKY 40965

16   TELEPHONE NO.: (606) 248-2144

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029584

```
 1                    PROCEEDINGS

 2

 3               (BENCH CONFERENCE)

 4          JUDGE CONSTANZO:  Anyone had a chance to look

 5  at the opposed reinstructions?

 6          MS. NAGLE:  Yes, sir.

 7          MS. BLONDELL:  Yes, Your Honor.

 8          JUDGE CONSTANZO:  Is that okay?

 9          MS. NAGLE:  Your Honor, I have some

10  objections.

11          JUDGE CONSTANZO:  Okay.

12          MS. NAGLE:  With respect to instruction 2B,

13  complicity to murder, in paragraph B, it says, "The

14  defendant solicited or engaged in a conspiracy with

15  James Otis Sizemore to rob Bobby Wiggins or aided or

16  counseled James Otis Sizemore in robbing Bobby Wiggins."

17  And I think that should be to kill Bobby Wiggins or

18  aided or counseled James Otis Sizemore to --

19          JUDGE CONSTANZO:  Which instruction are you

20  referring to?

21          MS. NAGLE:  2B

22          JUDGE CONSTANZO:  2B.  Okay.

23          MS. BLONDELL:  Your Honor, I think it very

24  completely describes a reasonable inference from the

25  evidence in this case.  I think it's totally proper.
```

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029585

1        JUDGE CONSTANZO:  Well, under 2A, it describes
2   the killing, the act.
3        MS. NAGLE:  That's the complicity to the act.
4        JUDGE CONSTANZO:  Right.
5        MS. NAGLE:  And 2B is the complicity to the
6   result --
7        JUDGE CONSTANZO:  The result.
8        MS. NAGLE:  -- and throughout the instructions
9   it discusses, you know, the two theories of the
10  Commonwealth.  Either that Mr. Anderson actually did the
11  stabbing or that he was there, and somehow aided or
12  assisted Mr. Sizemore in the death of Mr. Wiggins.  So
13  his complicity pursuant to the Commonwealth's theory is
14  that he was at the scene and that he assisted in some
15  way in the death of Mr. Wiggins.  Basically, their
16  theory is that he -- after Mr. Sizemore engaged in a
17  fight with Mr. Wiggins, that Mr. Anderson jumped in and
18  assisted and held Mr. Wiggins and thereby aided in the
19  killing of Mr. Wiggins.  So it is not that the
20  complicity is aiding in the killing of Mr. Wiggins.  And
21  this is a whole different theory that they're trying to
22  put in here with 2B.  This is saying that, you know, a
23  complicity that he intended or engaged in some kind of
24  conspiracy to rob and that that led to Mr. Wiggins'
25  death.  That has not been the theory.  There have been

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029586

1  two theories proposed.  One, that Mr. Anderson did the

2  stabbing, and one that he was there.  That's the

3  Jeremiah Evans story.  That he was there and assisted

4  Mr. Sizemore in the killing of Mr. Wiggins.  This is a

5  whole different theory being proposed here in this

6  instruction 2B.

7        JUDGE CONSTANZO:  Well, Mr. Sizemore testified

8  that the intent was to go up and take him on the

9  mountain and rob him.

10       MS. BLONDELL:  Exactly.

11       MS. NAGLE:  May I respond?

12       JUDGE CONSTANZO:  I'm sorry.

13       MS. NAGLE:  No, no, that's okay.  But yes, the

14  Court's right.  And probably the person with the -- the

15  person who could best speak to the Commonwealth's theory

16  is the Commonwealth, and the Commonwealth's theory is

17  the evidence.  We believe the evidence shows that the

18  defendant killed by stabbing or cutting Mr. Wiggins.  In

19  the alternative, we believe that if the jury has --

20  believes Jeremiah Evans and what the defendant said to

21  Jeremiah Evans, then complicity applies.  However, the

22  Court will recall and the jury will be reminded that the

23  testimony in this case is that the defendant and James

24  Otis Sizemore went to the defendant's residence, at

25  which time the defendant used a cell phone -- pretended

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029587

1  to use a cell phone as if he were setting up some kind

2  of drug transaction. The conspiracy clearly is shown in

3  a variety of ways, but one way is the defendant and

4  James Otis Sizemore conspired at the defendant's house

5  to rob this man. So this isn't a new theory. It is a

6  reasonable inference from the evidence, and it's

7  something the jury can choose to believe or not believe.

8  But it's a reasonable inference from the evidence, and

9  the Commonwealth's theory in the case is to comport with

10  the evidence. That's what the Commonwealth's theory in

11  the case is. Follow the evidence.

12         JUDGE CONSTANZO: Will you intend on anything

13  further?

14         MS. NAGLE: Yes, sir. I have objections to

15  instructions number 3, 6, and 9, because I believe they

16  allow the jury to make a conviction without a unanimous

17  verdict. They would allow the jury to convict the

18  defendant either as a principle or an accomplice, so

19  some jurors could find him to be a principle and some

20  jurors could find him to be an accomplice and find him

21  guilty under those instructions, which would mean that

22  it might not be a unanimous verdict.

23         MS. BLONDELL: Court will be instructing the

24  jury that this is and is a part of the instructions that

25  the verdict must be unanimous. So it requires 12 people

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029588

1  to choose that as a verdict.

2          JUDGE CONSTANZO:  So 3, 6, and 9?

3          MS. NAGLE:  Yes, sir.  And Your Honor,

4  finally, the defense proposed a missing evidence

5  instruction, with respect to the 2009 -- primarily with

6  respect to the 2009 black Toyota Camry.  And we would

7  like to have that instruction included.

8          JUDGE CONSTANZO:  When that was first

9  proposed, I didn't think that was going to be an issue,

10  but when I further looked at it and researched a couple

11  things that I found.  For to Bessinger --

12  B-E-S-S-I-N-G-E-R -- versus Commonwealth, 2013, court of

13  appeals case. Bottom line, "We agree with the court

14  below that mere negligence would not result in a missing

15  evidence instruction."  In a Supreme Court case, Carlos

16  Ordway -- O-R-D-W-A-Y -- versus Commonwealth, 210

17  Supreme Court, 2013 case where it was found "when

18  appropriately given, the missing evidence instruction

19  allows the jury upon finding that the evidence was

20  intentionally and in bad faith destroyed or concealed by

21  the party possession in to infer that the evidence, if

22  available, would be adverse to that party or favorable

23  to his opponent. When it is established that the

24  evidence was lost due to mere negligence or in

25  advertence, which in effect negates a finding of bad

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029589

1   faith, the missing instruction should not be given."

2   With that in mind, there's been no showing or even

3   allegation of bad faith, it's just it's missing, we

4   don't know why.  Supreme Court has held that a missing

5   evidence instruction would be inappropriate.  Read the

6   Supreme Court if you'd like to.

7          MS. NAGLE:  Your Honor, I hear that.  I would

8   just refer the court to Johnson versus Commonwealth, at

9   892 Southwest Second, 558.  And also Tinsley versus

10  Jackson, 771 Southwest Second, 331.  And the courts have

11  held that when there is -- that there is an alternative

12  form, when the evidence has been lost or released, when

13  there is simply negligence, and that's what we're asking

14  for.

15         JUDGE CONSTANZO:  I looked at the first one.

16  The Tinsley case I did not look at.

17         MS. BLONDELL:  It would be the Commonwealth's

18  position that the Ordway case, the 2013 Supreme Court

19  case, supersedes those cases that are dated.

20         JUDGE CONSTANZO:  Tinsley, did you say 771

21  Southwest Second 331 --

22         MS. NAGLE:  771 Southwest Second 331.

23         JUDGE CONSTANZO:  Let me look at that quickly.

24  All right.  We'll reconvene in just a few minutes.  I'm

25  going to look at a few things.

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029590

1          (END OF BENCH CONFERENCE)

2          (OFF THE RECORD)

3          (BENCH CONFERENCE)

4          JUDGE CONSTANZO:  All right.  Back on the jury

5     instructions.  The Court took a look at several things,

6     one being on the lost evidence.  And from the research,

7     the Court finds that negligence alone is no longer

8     sufficient for a missing evidence instruction.  It's

9     clear that the courts are moving away from that.  So

10    that will not be allowed -- not won't be allowed.  It

11    won't be included in the instructions.  As regards

12    toinstruction 2B, under the complicity, looking at that

13    further, it's clear to the court that there was

14    testimony -- clear testimony -- that the defendant

15    participated, went up on the mountain, took him up on

16    the mountain, going to rob him.  There's testimony from

17    James Otis Sizemore.  And that the instruction 2B

18    talking about intent, which if you take that theory of

19    it there was no intent to kill but only to rob,

20    including the robbing in that instruction would in fact

21    be proper.  That'll remain.  Then the instruction on 3,

22    6, and 9 under the principle of accomplice.  The court

23    looked at two cases, one is a Supreme Court, I believe

24    fairly recent.  Futrell -- F-U-T-R-E-L-L -- versus

25    Commonwealth, Supreme Court case 471 Southwest Third.

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029591

1   And it also looked at Halvorsen -- H-A-L-V-O-R-S-E-N --

2   730 Southwest Second 921. And in part, they

3   particularly complain that the combination instruction

4   does not list the elements of principle or accomplice

5   liability. "This complaint is without merit, since the

6   combination instruction specifically refers to an

7   incorporation by reference to prior instruction, which

8   consecutively listed the elements of principle and

9   accomplice liability. Instructions are not proper if

10  when read together and considered as a whole, they

11  submit the law in a form capable of being understood by

12  the jury." That referred to Thomas versus Commonwealth,

13  412 Southwest Second, 578. It went on to say that,

14  "Likewise, without merit is the contention that the

15  instruction rendered the jury's verdict non-unanimous,

16  since it did not require the jury to indicate which

17  crime it was finding Halverant guilty of. A verdict

18  cannot be attacked as being not unanimous where both

19  theories are supported by sufficient evidence." We find

20  that sufficient evidence does appear to exist, so that

21  instruction will remain the same. Daniel is writing a

22  final draft. We caught a couple typographicals  that we

23  had made, but he should have those in just a moment or

24  two.

25          MS. BLONDELL:  Just mention something non-jury



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029592

1    instruction related.  Before the opening statements --

2    and I say this in good faith and for all the right

3    reasons -- I don't ever want to absent a necessity,

4    interrupt a colleague's closing statement, and I don't

5    want to do that today.  But in re-listening to the

6    opening statement -- and I caught this the day the

7    opening statement was given, but I did not want to just

8    start this trial by an objection.  I'm going to state

9    for the record, my good faith holds that counsel will

10   not repeat the language "We believe, we believe, I

11   believe" since it is improper for any counsel to state a

12   personal opinion about the evidence.  As I say, I heard

13   that, caught that in the opening statement but just did

14   not want to object.  I have objected in a closing

15   statement, maybe one or two times in 23 years, and I

16   want to -- I'm saying this hoping that that language

17   will not repeat, because I do not want to object to the

18   closing.  So I want to state for the record that it is

19   improper for any lawyer to state "I believe the evidence

20   shows, we believe the evidence shows."  That's what I'll

21   settle, that you can't vouch -- personally vouch for

22   your opinion in the evidence.

23              JUDGE CONSTANZO:  Okay.  We'll take

24   instructions in a moment.  Thank you very much.

25              (END OF BENCH CONFERENCE)

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029593

1      BAILIFF:  When out there to get them but they

2  all left her.  They said they probably back in a few

3  minutes.  I told her just sit there with the baby and

4  keep him quiet.

5      JUDGE CONSTANZO:  She just keeps dragging that

6  baby in here for that particular reason.

7      BAILIFF:  She said she's going to wait for her

8  lawyer on that.  Talk to her in a second.

9          (OFF THE RECORD)

10     JUDGE CONSTANZO:    We're back on the record

11 in the matter of the Commonwealth versus William

12 Anderson, 12CR41, all parties are present.  Shall we

13 proceed?

14     MS. BLONDELL:  Yes, Your Honor.

15     MS. NAGLE:  Yes, Your Honor.

16     JUDGE CONSTANZO:  Ladies and gentlemen of the

17 jury, these will be your instructions.  The law presumes

18 a defendant to be innocent of a crime and the indictment

19 should not be considered as evidence or as having any

20 weight against him.  You shall find the defendant

21 William J. Anderson not guilty under these instructions,

22 unless you are satisfied from the evidence alone and

23 beyond a reasonable doubt that he is guilty.  If upon

24 the whole case you have a reasonable doubt that he is

25 guilty, you shall find him not guilty.  If you do not

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029594

1    find the defendant guilty under one particular

2    instruction, you may find him guilty under another

3    instruction.  However, you may find the defendant guilty

4    under only one of these instructions.  The verdict of

5    the jury must be in writing, must be unanimous, and must

6    be signed by one of you as foreperson.  You shall use

7    the verdict form at the conclusion of these instructions

8    for rendering your verdict.  If you find the defendant

9    guilty under any of these instructions, you will not

10   deliberate as to his punishment, but you will

11   immediately return with your verdict to the courtroom.

12   Definitions.  For purposes of these instructions, the

13   following terms shall have the indicated meanings.

14          Intentionally: a person acts intentionally

15   with respect to a result or to conduct when his

16   conscious objective is to cause that result or to engage

17   in that conduct.

18          Knowingly: a person acts knowingly with

19   respect to conduct or to a circumstance described by a

20   statute defining an offense when he is aware that his

21   conduct is of that nature or that circumstance exists.

22   Wantonly: a person acts wantonly with respect to a

23   result or to a circumstance when he is aware of and

24   consciously disregards a substantial and unjustifiable

25   risk that the result will occur or that the circumstance



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029595

1  exists.  The risk must be of such nature and degree that

2  disregard thereof constitutes a gross deviation from the

3  standard of conduct that a reasonable person would

4  observe in the situation.  Serious physical injury:

5  means physical injury which creates a substantial risk

6  of death or which causes serious and prolonged

7  disfigurement, prolonged impairment of health, or

8  prolonged loss or impairment of the function of any

9  bodily organ. Instruction number 1.  You will find the

10 defendant

11        William J. Anderson guilty of murder under

12 this instruction if and only if you believe from the

13 evidence beyond a reasonable doubt all of the following:

14 A, that in Bell County, Kentucky on or about the 23rd

15 day of November 2011 and before the finding of the

16 indictment herein, the defendant killed Bobby Wiggins by

17 stabbing and/or cutting him, and B, that in so doing,

18 either 1, he caused the death of Bobby Wiggins

19 intentionally or 2, he was wantonly engaging in conduct

20 that created a grave risk of death to him and thereby

21 caused the death of

22        Bobby Wiggins under circumstances manifesting

23 ia extreme indifference to human life.  Instruction 2A.

24 Complicity to murder, complicity to the act.  You will

25 find the defendant William J. Anderson guilty of



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  complicity to murder under this instruction if and only

2  if you believe from the evidence beyond a reasonable

3  doubt all the following: A, that in Bell County,

4  Kentucky on or about the 23rd day of November 2011 and

5  before the finding of the indictment herein, James Otis

6  Sizemore killed Bobby Wiggins by stabbing and/or cutting

7  him.  B, that James Otis Sizemore caused the death of

8  Bobby Wiggins intentionally.  C, that the defendant

9  solicited or engaged in a conspiracy with James Otis

10  Sizemore to kill Bobby Wiggins or aided or counseled

11  James Otis Sizemore in killing Bobby Wiggins.  And D,

12  that the defendant intended that Bobby Wiggins would be

13  killed.

14         Instruction 2B, complicity to murder,

15  complicity to the result.  You will find the defendant

16  William J. Anderson guilty of complicity to murder under

17  this instruction if and only if you believe from the

18  evidence beyond a reasonable doubt all of the following:

19  A, that in Bell County, Kentucky on or about the 23rd

20  day of November 2011 and before the finding of the

21  indictment herein, James Otis Sizemore killed Bobby

22  Wiggins by stabbing and/or cutting him.  B, that the

23  defendant solicited or engaged in a conspiracy with

24  James Otis Sizemore to rob Bobby Wiggins or aided or

25  counseled James Otis Sizemore in robbing Bobby Wiggins.



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029597

1  And C, that the defendant was wantonly engaging in

2  conduct which created a grave risk of death to Bobby

3  Wiggins under circumstances manifesting in extreme

4  indifference to human life. Instruction number 3,

5  murder, principle or accomplice. If you believe from the

6  evidence beyond a reasonable doubt that the defendant

7  William J. Anderson is guilty of either murder under

8  instruction number 1 or complicity to murder under

9  instruction number 2A or 2B, but you are unable to

10 determine from the evidence whether the defendant

11 committed this crime as principle under instruction

12 number 1 or accomplice under instructions number 2A or

13 2B, then you will find him guilty under this instruction

14 number 3 and so state on the verdict form.  Instruction

15 number 4, first degree manslaughter.  You will find the

16 defendant William J.

17        Anderson guilty of first degree manslaughter

18 under this instruction if and only if you believe from

19 the evidence beyond a reasonable doubt all of the

20 following: A, that in Bell County, Kentucky on or about

21 the 23rd day of

22        November 2011 and before the finding of the

23 indictment herein, the defendant killed Bobby Wiggins by

24 stabbing and/or cutting him, and B, that in so doing, he

25 intended to cause serious physical injury to him.

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029598

1  Instruction number 5, complicity to first degree

2  manslaughter.  You will find the defendant William J.

3  Anderson guilty of complicity to first degree

4  manslaughter under this instruction if and only if you

5  believe from the evidence beyond a reasonable doubt all

6  of the following:  A, that in Bell County, Kentucky on

7  or about the 23rd day of November 2011 and before the

8  finding of the indictment herein, James Otis Sizemore

9  killed Bobby Wiggins by stabbing and/or cutting him.  B,

10  that in so doing, James Otis Sizemore intended to cause

11  Bobby Wiggins serious physical injury.  C, that the

12  defendant solicited or engaged in a conspiracy with

13  James Otis Sizemore to cause serious physical injury to

14  Bobby Wiggins or aided or counseled James Otis Sizemore

15  in causing serious physical injury to Bobby Wiggins, and

16  D, that the defendant intended for James Otis Sizemore

17  to cause Bobby Wiggins serious physical injury.

18  Instruction number 6, first degree manslaughter,

19  principle or accomplice.  If you believe from the

20  evidence beyond a reasonable doubt that the defendant

21  William J. Anderson is guilty of either first degree

22  manslaughter under instruction 4 or complicity to first

23  degree manslaughter under instruction number 5, but you

24  are unable to determine from the evidence whether the

25  defendant committed this crime as principle under



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029599

1  instruction number 4 or accomplice under instruction

2  number 5, then you will find him guilty under this

3  instruction number 6 and so state on the verdict form.

4  Instruction number 7, second degree manslaughter.  You

5  will find the defendant

6      William J. Anderson guilty of second degree

7  manslaughter under this instruction if and only if you

8  believe from the evidence beyond reasonable doubt all of

9  the following:  A, that in Bell County, Kentucky on or

10  about the 23rd day of November 2011 and before the

11  finding of the indictment herein, the defendant killed

12  Bobby

13      Wiggins by stabbing and/or cutting him and B,

14  that in so doing, he was acting wantonly.  Instruction

15  number 8, complicity to second degree manslaughter.  You

16  will find the defendant William J. Anderson guilty of

17  complicity to second degree manslaughter under this

18  instruction if and only if you believe from the evidence

19  beyond a reasonable doubt all of the following: That in

20  Bell County, Kentucky on or about the 23rd day of

21  November 2011 and before the finding of the indictment

22  herein, James Otis Sizemore killed Bobby Wiggins by

23  stabbing and/or cutting him.  B, the defendant solicited

24  or engaged in a conspiracy with James Otis Sizemore to

25  stab and/or cut Bobby Wiggins or aided or counseled



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029600

1   James Otis Sizemore in stabbing and/or cutting Bobby

2   Wiggins, and C, that in so doing, he was acting

3   wantonly. Instruction number 9, second degree

4   manslaughter principle or accomplice.  If you believe

5   from the evidence beyond a reasonable doubt that the

6   defendant William J. Anderson is guilty of either second

7   degree manslaughter under instruction 7 or complicity to

8   second degree manslaughter under instruction number 8,

9   but you are unable to determine from the evidence

10  whether the defendant committed this crime as principle

11  under instruction number 7 or accomplice under

12  instruction number 8, then you will find him guilty

13  under this instruction number 9 and so state on the

14  verdict form. You will see towards the end the verdict

15  form.  We the jury find the defendant William J.

16  Anderson not guilty, would be a place for the foreperson

17  to affix their signature.  We the jury find the

18  defendant William J. Anderson guilty of intentional

19  murder pursuant to instruction number 1B1, a place for

20  the foreperson to affix their signature.  We the jury

21  find the defendant William J. Anderson guilty of wanton

22  murder pursuant to instruction number 1B2, place for the

23  foreperson to affix their signature should that be your

24  verdict.  We the jury find the defendant William J.

25  Anderson guilty of complicity to murder pursuant to

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029601

1  instruction number 2A, place for the foreperson to affix

2  their signature should that be your verdict.  We the

3  jury find the defendant William J. Anderson guilty of

4  complicity to murder pursuant to instruction number 2B,

5  place for the foreperson to affix their signature should

6  that be your verdict.  We the jury find the defendant

7  William J. Anderson guilty of murder as principle or

8  accomplice pursuant to instruction number 3, place for

9  the foreperson to affix their signature should that be

10  your verdict.  We the jury find the defendant William J.

11  Anderson guilty of first degree manslaughter pursuant to

12  instruction number 4, place for the foreperson to affix

13  their signature should that be your verdict.  We the

14  jury find the defendant William J. Anderson guilty of

15  complicity to first degree manslaughter pursuant to

16  instruction number 5, place for the foreperson to affix

17  their signature should that be your verdict.  We the

18  jury find the defendant William J. Anderson guilty of

19  first degree manslaughter as principle or accomplice

20  pursuant to instruction number 6, place for the

21  foreperson to affix their signature should that be your

22  verdict.  We the jury find the defendant William J.

23  Anderson guilty of second degree manslaughter pursuant

24  to instruction number 7, place for the foreperson to

25  affix their signature should that be your verdict.  We



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029602

1  the jury find the defendant William J. Anderson guilty

2  of complicity to second degree manslaughter pursuant to

3  instruction number 8, place for the foreperson to affix

4  their signature should that be your verdict.  We the

5  jury find the defendant William J. Anderson guilty of

6  second degree manslaughter as principle or accomplice

7  pursuant to instruction number 9, place for the

8  foreperson to affix their signature should that be your

9  verdict.  And ladies and gentlemen of the jury, at the

10 bottom of each of these pages, I'll ask that you read

11 the very bottom and follow the instructions.  You will

12 proceed to the next page.  If you find the defendant

13 guilty under this instruction, you shall not deliberate

14 further, but shall mark your verdict on the verdict form

15 and return to the courtroom.  Ladies and gentlemen of

16 the jury, these will be your instructions.

17         MS. NAGLE:  May it please the Court?

18         JUDGE CONSTANZO:  Mrs. Nagle.

19         MS NAGLE:  Mrs. Blondell?

20         MS. BLONDELL:  Ms. Nagle.

21         MS. NAGLE:  Ladies and gentlemen of the jury.

22 Mr. Anderson is innocent of these charges against him.

23 He has waited four and a half years for you.  You are

24 his last safeguard against a wrongful prosecution and a

25 wrongful conviction.  What shows that he is innocent?

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029603

1    Number 1, the physical evidence in this case shows that

2    Mr. Anderson is not guilty.  Number 2, the prosecution

3    is asking you to trust persons who cannot be trusted.

4    And number 3, there is a lack of effective and thorough

5    law enforcement investigation in this case.  Those three

6    factors combine to show you that there is not proof

7    beyond a reasonable doubt in this case.  The

8    Commonwealth has not met their burden of proof to prove

9    that Mr. Anderson is guilty of these offences, of this

10   offence of murder beyond a reasonable doubt.  And at the

11   end, I am going to ask you to return a verdict of not

12   guilty.  On November 23, 2011, Kim York lured Bobby

13   Wiggins to her home.  Bobby Wiggins had what she wanted,

14   drugs, money, and a car.  She called Bobby, asked him to

15   come to her home.  "Bobby, I need some pills."  This is

16   Kim York's Thanksgiving preparation.  And she set up

17   Bobby Wiggins.  She knew where he kept his money and

18   drugs in his car.  She had been on trips to Florida and

19   Georgia with Bobby Wiggins.  And she in conjunction with

20   James Otis Sizemore planned the robbery and murder of

21   Bobby Wiggins.  She set up the meeting between Bobby

22   Wiggins and James Otis Sizemore at her home, and ladies

23   and gentlemen, it is un-contradicted that James Otis

24   Sizemore and Bobby Wiggins left the home of Kim York on

25   the day of November 23, 2011 in the car of Bobby Wiggins



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029604

1   together, alone. William Anderson wasn't there. That

2   evidence is un-contradicted. And Mr. Wiggins left with

3   James Otis Sizemore to meet his death. Where did they

4   go? James Otis Sizemore took Bobby Wiggins to his home

5   turf, to the home turf of James Otis. He took him over

6   to the Stinking Creek area to Alex Creek, where James

7   Otis had grown up, where he grew up raised by his

8   grandmother Thelma Helton, raised by his aunt Wendy

9   Gray, and to the mountain that he told you he knew like

10   the back of his hand. He took the car. That he wanted

11   that car. He needed that car. That's where the drugs

12   and money was. In the car. So he wasn't letting that

13   car get away from him. He kept the car. The whole

14   point was to get the car. They took the Alex Creek

15   route, Crockett Lane to Highway 66, and a mile and a

16   half up that route, that Bloggen Road or that road

17   maintained by the coal company, to the top of Redbird

18   Mountain. And what happened there? James Otis Sizemore

19   clobbered Bobby Wiggins on the top of the head. You

20   look at the photographs. Those were vicious blows. The

21   medical examiner and Dr. Nichols told you that there

22   were two to five blunt force injuries to Bobby Wiggins'

23   head. One of them went through to his skull and caused

24   a divot in his skull. One of them caused a sub-aracnal

25   hemorrhage, bleeding on his brain. They were vicious



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029605

1 blows. There wasn't any fight. James Otis Sizemore has
2 told so many stories, but he tried to say that there was
3 a fight between him and this 61-year-old man, Bobby
4 Wiggins. That's not true. There wasn't a fight. James
5 Otis Sizemore didn't go down to a knee and finally get a
6 blow in on Bobby Wiggins. He attacked Bobby Wiggins
7 viciously, and ladies and gentlemen, he intended to kill
8 him. And those blows to his head would have killed him.
9 The medical examiner and Dr. Nichols told you that those
10 blows would have killed Mr. Wiggins, and they made him
11 unconscious. And the injuries to his knees show that he
12 fell to his knees. And the injuries to his face show
13 that he fell forward. And James Otis Sizemore grabbed
14 his wrists and pulled him off to the side of the road.
15 This is a road that is travelled. It was in the
16 afternoon, in the daylight, 2:00 to 3:00 in the
17 afternoon, and James Otis had to get Mr. Wiggins off the
18 side of the road. Bobby was still breathing. James
19 Otis goes through his pockets. He finds his wallet. He
20 finds some pills. He finds a knife. He takes off his
21 watch, and James Otis cut his throat. And there was a
22 gush of blood. There was spurting of blood, and Dr.
23 Nichols told you that that was almost all the blood in
24 Mr. Wiggins' body. And what do we know about James
25 Otis' clothing? He had blood on his shirt. He had to



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

PL 029606

1   get that shirt changed at Jeremy Farrell's.  And he

2   asked his wife Ruth to get rid of his bloody shoes.  And

3   Mr. Anderson never had on him.  No bloody clothes found

4   at Mr. Anderson's home.  Blood on Mr. Sizemore.  And it

5   came from that gushing blood coming out of the severed

6   carotid arteries when he cut the throat of Mr. Sizemore.

7   And then stab, stab, stab, stab, stab.  And Mr. Sizemore

8   told you exactly how many stab wounds there were.  And

9   he said that in his statement.  18 stab wounds.  And

10  ladies and gentlemen, the person who made the stab

11  wounds knows how many there were.  And that was James

12  Otis Sizemore.  And he left the body.  He left Mr.

13  Wiggins' body.  He's got to come back under cover of

14  darkness.  This is daytime.  So he drives down Pigeon

15  Roost.  He knows that mountain like the back of his

16  hand.  And he drives down Pigeon Roost, and he's got to

17  find a place to clean up because he's got blood on him.

18  He's got blood on his shirt.  He's told you that.  He's

19  got blood on his shoes.  And he's got to find a place to

20  clean up.  He drives to his friend Jeremy Farrell's

21  home.  And Jeremy tells you he changed his shirt.  And

22  Jeremy threw that shirt away.  And he washed his hands.

23  And he washed his arms.  First piece of evidence that

24  James Otis destroyed.  Not the last, but the first.  And

25  Jeremy and James go to the Indian store.  And Jeremy



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029607

1　tells you that he had to drive, because James Otis was

2　high.  So he'd already started doing those pills that he

3　took off of Bobby Wiggins.  And it is un-contradicted

4　that James Otis showed up at Jeremy Farrell's house

5　alone in Bobby Wiggins' car.  William Anderson wasn't

6　with him.  And they go -- Jeremy and -- Jeremy Farrell

7　and James Otis Sizemore go to the Indian store.  And

8　that's where they run into Bill and Dave Fox.  Bill and

9　Dave Fox are there to -- it's their last chance for

10　cigarettes.  And they stop there to buy cigarettes and

11　pop.  They're running a little short of money, and James

12　Otis Sizemore has money.  He's got six, seven, or eight

13　twenties.  And he pays for what Bill and Dave are

14　lacking on the cigarettes and pop.  Dave goes on to the

15　-- back to the house at the Messers', and Bill goes with

16　Jeremy and James Otis back to Jeremy's, and they shoot

17　some pills.  They sit there and James Otis and Bill

18　shoot some pills.  And what else does James Otis do?  He

19　burns all the papers in the glove box of that car.

20　That's the second piece of evidence that he's destroyed.

21　First the shirt, then the papers in the car.  And he's

22　got money and pills.  James Otis and Bill go on back up

23　to Bill's house.  And James Otis gives Bill a hat and a

24　coat.  That's the third piece of evidence that James

25　Otis is getting rid of.  The shirt, the papers, and now

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029608

1　he gives Bill that hat and coat.  He's getting rid of
2　evidence as fast as he can.  And what did Jeremy say
3　about James Otis's demeanor?  Said he acted suspicious,
4　said he was paranoid, said he was looking at cars.  No
5　evidence at all that Bill Anderson acted unusual in any
6　way.  December 1st, Faye Scott starts looking for her
7　brother.  He hadn't been -- he hadn't been home.  And
8　she starts looking for him.  Where is the first place or
9　one of the first places she goes?  Kim York's.  She
10　knows there's a connection between Bobby Wiggins and Kim
11　York.  Now Kim, she already knows.  She already knows
12　that Bobby Wiggins is dead.  Because James Otis, he went
13　right back over to that location on the night of
14　November 23, 2011.  You look at that map when you get
15　back in the jury room, and you look at where Algin Cain
16　lives.  You look at where that car was burned, and that
17　is exactly where James Otis Sizemore went back that
18　night.  He said he went back to -- went to Algin Cain's
19　to sell parts off the car.  He went to Algin Cain's to
20　tear that car apart.  To find the pills, to find the
21　money, because that's what he was looking for, the money
22　and the pills that Bobby kept in that car.  And then
23　what did he do?  Then he burned the car, and all this --
24　Kim and Algin and the burn location -- it's all within a
25　few miles of each other.  He didn't drive back over to

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029609

```
1   Stinking Creek, 45 minutes back over to Stinking Creek
2   and back over to the burn site.  He spent that time at
3   Algin's going through the car to get the pills and the
4   money, and then went to the burn site and burned that
5   car.  Now we don't have the car.  Had keys in it.
6   Might've had evidence in it, blood, maybe the knife.
7   They burned it because it had something in it.  And then
8   he went to Kim York's, and she knows.  She knew.  She
9   knew then.  And he spent the night with her on Sunday
10  too.  So Kim knew everything about it.  But on December
11  1, 2011, when Faye came to see her, she's playing the
12  game.  She's playing the good game.  She's pretending to
13  help Faye, to look for people who might know, you know,
14  when Bobby was last seen.  You know, she knew he left
15  her -- she was -- you know, "Well, he left my house on
16  November 23."  So she's playing the game.  And she gets
17  on the phone with Dave Fox.  And they're talking about,
18  you know, "Well, when did you last see Bobby, Dave?" And
19  William Anderson hears the phone call.  It's on speaker
20  phone.  And talking about James Otis driving that black
21  Toyota Camry on November 23, 2011.  And the man who owns
22  that car is missing.  And William says, "What was he
23  wearing?"  "Well, a black coat and a hat." "Oh my God,
24  James Otis gave me a black coat and hat." And William
25  knows something's wrong, that James Otis has given him a
```

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029610

1  black coat and hat out of that car.  And what does he do
2  with it?  Does he destroy it?  No.  He tells Faye -- he
3  tells Kim on the phone he's got it. And he holds on to
4  it, and when the police come to talk to him, when
5  Sheriff Pickard and Deputy Eubanks come to talk to him
6  on December 1st, that evening.  Ladies and gentlemen, it
7  is un-contradicted that he came out to them with that
8  coat and hat in a sack and turned it over.  He was
9  polite, he was cooperative.  He was nervous.  Had a coat
10 and hat, came out of the car of a man who's missing.  He
11 turned it over.  Didn't hide it. Didn't destroy it.
12 He'd had it since November 23rd.  If he had been
13 involved in any crime connected to Bobby Wiggins, would
14 he have held on to that coat and hat? Does that make
15 sense?  The prosecution wants to tell you that he held
16 onto that coat and hat from November 23rd and developed
17 a big conspiracy about it when what would have been
18 easier?  To do what James Otis was doing. Just start
19 destroying evidence.  That is not what William Anderson
20 did.  When he found out that there was a problem with
21 that car and the missing man and he had that coat and
22 hat, he held onto it, he did the right thing, he turned
23 it over.  James Otis is picked up on December 2, 2011,
24 and he is -- he immediately starts telling stories.
25 Immediately.  He -- "Bobby dropped me off at the Shell.



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029611

1  Drove around with Bobby.  Selling pills.  Bobby was in
2  the car at the Indian store, he's just passed out in the
3  back seat.  You boys got the wrong day.  Dropped Bobby
4  off at the Mexican."  Police aren't buying it.  They
5  tell him, "We know more.  But you can make a deal.  You
6  can get eight years at 15 percent.  You'll only serve 14
7  months."  James Otis, "Just tell me what you know.  Just
8  tell me what you'uns know so I can figure out what to
9  say."  And what's their response?  "What about that hat
10 and coat?  What about that hat?  What about that coat?"
11 And the lightbulb goes off in James Otis's head, and he
12 decides to blame it on Bill.  Why do ten when you can
13 tell on a friend? He decides that to get that -- to get
14 that deal, he can spread the blame.  And why not blame
15 it on that guy he gave the coat and hat to?  And he
16 tells those police that he can show them where Mr.
17 Wiggins' body is.  And he takes them to the top of
18 Redbird Mountain.  And what's he do there?  He escapes.
19 He runs like a deer. He runs down that mountain.  Ladies
20 and gentlemen, the guilty fleeth when no man pursueth.
21 Now they captured him.  And they took him back up there,
22 and what did he do?  He showed them exactly where Mr.
23 Wiggins' was buried.  Not Mr. Anderson.  James Otis
24 Sizemore.  They interrogate him further, and he tells
25 them more lies. "There was a fight.  Mr. Wiggins and I

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029612

1　had a fight.  Mr. Wiggins was getting the best of me.  I

2　was down on a knee.  Bill came from behind Mr. Wiggins -

3　- no, no -- he came from behind me -- no, no -- he came

4　from beside me."  He cannot keep his details straight.

5　How many times in life does somebody telling multiple

6　stories, continuing to change their story, make them

7　more believable?  There's no evidence of a physical

8　fight. No wounds on Mr. Wiggins' hands.  The marks on

9　his wrist are consistent with him being drug off to the

10　side of the road.  And then -- I think then he says

11　something very telling.  He says, "Bill had that knife

12　in his left hand."  Ladies and gentlemen, that's a

13　confession. James Otis Sizemore believed that the

14　medical examiners could tell whether those wounds were

15　made by a left- handed person or a right-handed person.

16　He believed that.  James Otis Sizemore is left-handed.

17　William Anderson is right-handed.  So James Otis put

18　that knife in William Anderson's left hand.  He

19　confessed right there that he was the stabber.  Now, the

20　medical examiner told you, you know, "We can't tell.

21　You can't tell whether those wounds were made by a

22　right-handed or left-handed person."  James Otis didn't

23　know that.  Now, what did James Otis tell you about the

24　knife?  Four and a half years ago, he's sure that that's

25　Mr. Anderson's knife.  He describes it.  It's Bill's



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029613

1  pocket knife, a double-bladed pocket knife.  And when

2  Bill is arrested on December 3rd, that pocket knife of

3  his is right in his pocket.  Police had talked to him on

4  December 1st. Did he get rid of his knife?  No.  The

5  knife is right there in his pocket on December 3rd.  And

6  -- where is number 29?  Let's take a look at this knife.

7  This is the knife that was in Mr. Anderson's pocket.

8  This is Mr. Anderson's knife, that he's had for many

9  years. It's got two blades.  It's a Smith and Wesson

10 knife. Not an unusual knife.  You can buy these knives

11 many places.  Probably buy them in flea markets.  You'll

12 be able to examine this knife back in the jury room.

13 This is the knife that Mr. Anderson held on to, from

14 December 1st after he first talked to the police to

15 December 3rd when they came and they arrested him.  He

16 didn't resist, he didn't run.  And this knife was in his

17 pocket.  And what do we know about the Kentucky State

18 Police testing of this knife?  We know that they tested

19 every surface, that they tested both surfaces of each

20 blade, that they tested the surfaces of the handle, and

21 they tested inside the sheath.  And that there was no

22 blood on this knife.  This knife is not the murder

23 weapon.  And what did Dr. Nichols tell you about this

24 knife?  You can tell I'm not a knife person, because I

25 can't put it back together.  What did Dr. Nichols tell



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029614

1  you about this knife?  He looked at the wounds on the

2  chest, and he saw a hilt mark.  And he said this knife

3  did not cause those wounds.  He can't rule it out from

4  causing the neck wound, but this knife did not cause the

5  wounds on the chest.  This knife is not the murder

6  weapon.  It is William Anderson's knife, not the murder

7  weapon.  Now, Faye Scott gave some very --

8            BAILIFF:  Want me to close it for you?

9            MS. NAGLE:  Yeah, you probably know how to do

10 that.  Faye Scott gave some very emotional testimony,

11 and she said that Bill's knife looks like a knife her

12 brother owned.  Maybe so.  Smith and Wesson is not an

13 unusual knife.  This knife is not a special edition. You

14 can buy Smith and Wesson many places, and all of us --

15 all of us feel sorry for Mr. Wiggins' family.  All of us

16 feel sorry for Faye Scott.  But you cannot convict

17 someone who did not commit a crime because you feel

18 sorry for the victim's family.  To say that that knife

19 belonged to Mr. Wiggins is to say that Mr. Anderson

20 carried that knife on him from November 23rd, after the

21 police talked to him on December 1st, until the police

22 found him and arrested -- until the police came and

23 arrested him at his home on December 3rd.  And that does

24 not make sense.  Mr. Anderson was turning over anything

25 he had.  That knife belonged to Mr. Anderson, and he



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

PL 029615

1  told the police that in his statement.  Now who is the
2  person destroying evidence in this case?  James Otis
3  Sizemore.  The shirt, the papers, gave away the coat and
4  hat, showed the police where his cell phone was, in
5  Buckeye Branch Creek.  He's the one that showed him
6  where it was.  The police cannot even tell you who that
7  cell phone belongs to.  He was there.  He burned the
8  car.  And his shoes.  There were black shoes that were
9  on his porch on the -- from the house where he was
10  arrested, that he asked his wife Ruth to destroy.  And
11  she did.  She destroyed those shoes for him.  And what
12  was on those shoes?  Blood.  Another part of this case
13  is trust.  The prosecution is asking you to trust people
14  who cannot be trusted.  James Otis Sizemore.  Kim York.
15  Jeremiah Evans.  James Otis Sizemore has told so many
16  stories that even he can't keep them all straight.
17  Sheriff Pickard told you that when it comes to criminal
18  matters, James Otis Sizemore will say whatever you will
19  listen to.  He wanted to make a deal, and he made a
20  deal.  He pled guilty to murder.  He got 30 years
21  recommendation.  But what's that recommendation
22  dependent on?  That recommendation is dependent on him
23  getting up there and giving his "truthful testimony"
24  against William Anderson.  Now, he knows what that
25  means.  He knows -- James Otis Sizemore knows what that



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029616

1 means.  That means he's got to get up here and say what

2 that -- his last story is against William Anderson, or

3 he doesn't get that deal.  He's not been sentenced yet.

4 And if he doesn't get up here and do that, then he's

5 looking at life imprisonment.  To convict William

6 Anderson, you have to trust James Otis Sizemore.  To

7 convict William Anderson, you have to trust Kim York. In

8 the middle of trial, when she's called to testify, she

9 has a new statement.  Four and a half years later. Only

10 now, when she's staring down the barrel of two

11 methamphetamine charges, she comes up with a new

12 statement against William Anderson.  Kim York was once a

13 registered nurse.  She lost her license due to narcotics

14 violations.  How far she has fallen in life.  She calls

15 herself the black sheep of the family.  Even her family

16 has no respect for her.  She has no self-respect.  She

17 is a meth head.  She will do anything for her next fix.

18 She should have been arrested in this case, yet she

19 walks among us while William Anderson waits in jail.

20 There is more evidence against her and Jeff Gray, yet

21 that sorry woman walks free.  Who is she afraid of?  I

22 submit she's afraid of Jeff Gray.  And who has sat in

23 the courtroom throughout this trial but Thelma Helton,

24 the grandmother of James Otis Sizemore, the mother of

25 Wendy Gray, to listen, report, and we have tried to get

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029617

1  Wendy and Jeff and Algin Cain.  We've issued subpoenas,

2  we've sent them to the Knox County sheriff, but we're

3  not the police, and we can't get them here.  They're

4  avoiding those subpoenas.  Prosecution wants to say that

5  Kim York, Jeff Gray, those are distractions.  Well,

6  since when is finding the true culprits in a crime a

7  distraction?  This crime went over county lines.  We got

8  folks in Knox County who are involved in this crime.

9  Since when is it a defense to murder that you live in

10  Knox County?  TO convict William Anderson, you have to

11  trust Kim York, a woman who should not be left

12  unattended in a home for more than five minutes.

13  Jeremiah Evans, a jailhouse snitch.  Day before trial,

14  prosecution brings him in, a man who'd been in jail with

15  the defendant three years ago -- with Mr. Anderson three

16  years ago -- who's got a statement that Mr. Anderson

17  allegedly made.  And what do we know about Jeremiah

18  Evans?  We know that the prosecution sent out the same

19  trooper to pick him up to make this statement who

20  arrested him on his felony.  We know that Mr. Evans said

21  he felt like he had to go with the law enforcement when

22  they came to get him, that he had to make a statement.

23  That he was a "marked man."  And the story that he told

24  sounds just like James Otis Sizemore.  Does not fit what

25  really happened to Bobby Wiggins, but is James Otis

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029618

1   Sizemore's story of a fight.  And we found out that Mr.
2   Evans and James Otis Sizemore had been in jail together
3   in the Clay County Detention Center from December 24th,
4   2012 to September 13th, 2013.  And you've heard those
5   jail phone calls and how big a talker James Otis
6   Sizemore is.  And Jeremiah Evans was trying to play both
7   sides here.  Sure, you know those police -- that police
8   officer came and got him.  He's not going to go against
9   him.  He's going to make a statement.  And he changed it
10  just a little bit to say that the Mexican was the
11  stabber, because he thought that would help Bill.  So
12  he's trying to do two different things.  Is this a man a
13  person would even buy a used car from?  He is not a
14  person to be trusted.  To convict William Anderson, you
15  have to trust Jeremiah Evans.  And poor little Ruth
16  Sizemore.  You know, she came in here and said she'd
17  heard William say he wished he could find somebody to
18  knock in the head.  The only person who's admitted to
19  knocking anybody in the head is James Otis Sizemore. And
20  she's afraid of him.  He beat her.  He's still
21  threatening her today.  And if he did what he did to
22  Bobby Wiggins, what would he do to poor little Ruth
23  Sizemore?  You know, she tampered with evidence for him.
24  She destroyed those bloody shoes for him.  What else
25  would she do to satisfy him?  Those witnesses are not



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029619

1    trustworthy.  They are not reliable.  That is not

2    evidence on which you can convict somebody of murder.

3    What else has no proof beyond a reasonable doubt?  The

4    crime scene investigation.  The prosecutor wants to say,

5    "Well, CSI, that's just TV.  Don't pay any attention to

6    that."  What does CSI stand for?  Crime Scene

7    Investigation.  Why do we have Crime Scene

8    Investigation?  To find the guilty and protect the

9    innocent?  The physical evidence in this case shows Mr.

10   Anderson is not guilty, that his knife is not the murder

11   weapon.  Let's look at the ATV.  One interesting fact

12   about the ATV -- James Otis Sizemore in his trial

13   testimony said that they went up the mountain in a blue

14   Rhino.  Leonard Messer owned a blue Rhino at one point,

15   probably when James Otis Sizemore was living over there

16   on that property.  November 23, 2011, he's got a red

17   Honda.  They have a search warrant on December 4, 2011.

18   Officer Joseph admitted she didn't even talk to Leonard

19   Messer.  She didn't even look in the attached garage.

20   And that's where Mr. Messer keeps his Honda.  Detective

21   Johnson came on January 10, 2012, five weeks after Mr.

22   Anderson is arrested, and he looks at the Honda.  Mr.

23   Messer cooperates thoroughly.  He looks for finger

24   prints.  He finds smudges.  He doesn't come back until

25           October 2012.  Almost a year later.  And at

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029620

1  that time, he confiscates the ATV and he takes a lot of
2  swabs.  A lot of swabs.  You remember all those places
3  they took the swabs.  No blood.  Blood on James Otis.
4  Blood on his shirt.  Blood on his shoes.  Spurting
5  blood.  No blood on the ATV.  Conclusion: that ATV was
6  not used. James Otis Sizemore is a liar.  More crime
7  scene investigation.  Detective Johnson takes a picture
8  of a rock.  Didn't confiscate the rock.  If it was
9  important, where's the rock?  Tool marks, tool marks at
10 the gravesite.  Took pictures of what they called tool
11 marks.  Went to Jeff Gray's, knows he's got a shovel. No
12 shovel.  Where's the shovel?  No search at all at Jeff
13 Gray's, even after they saw the video.  Jeff Gray's got
14 an ATV.  Jeff Gray's got a truck.  Jeff Gray's got
15 cameras.  Detective Johnson took Jeff Gray's word that
16 those cameras weren't working.  That, ladies and
17 gentlemen, that's not a crime scene investigation.
18 That's not an investigation.  No search at all of the
19 home where James Otis Sizemore was arrested.  And we
20 know evidence was found there.  Because Ruth Sizemore,
21 bless her heart, destroyed it for her husband.  Now,
22 what else could have been there?  No search of the co-
23 defendant that admitted to murder.  What is that about?
24 That means there is no proof beyond a reasonable doubt
25 that Mr. Anderson is guilty.  No search of Kim York's.

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029621

1  Mr. Sizemore saying she, you know, planned it.  She
2  threw the whole thing up.  No search there.  Could there
3  have been fruits of the crime over there?  Heck yes
4  there could've been.  Did anybody check?  No.  We don't
5  even know who the cell phone belongs to that James Otis
6  pointed out.  Lost or don't have the interview of James
7  Otis on 12-5-2011 because the batteries didn't work.
8  Don't have the Walmart gas receipt that Faye Scott gave
9  to Detective Johnson that may have proved where Mr.
10 Wiggins was part of the time on November 23, 2011.  And
11 the police officers never interviewed Dessie Owens or
12 Maxine Kaiser from the Big Chicken until weeks before
13 this trial.  And now we're going to accuse them of
14 having bad memories?  And most of all, the car, the 2009
15 Toyota Camry.  They knew that night who that car
16 belonged to.  November 24, 2011 at 12:01, they knew who
17 it belonged to.  December 1st, they knew there was a
18 missing person.  No effort to hold on to that car.  No
19 effort to search that car, look at the keys that were in
20 it, look in the trunk, see what evidence that car could
21 show you.  No effort to talk to the person who reported
22 that car -- Curt Hinkle, who came in here and talked to
23 you.  No crime scene investigation.  No proof beyond a
24 reasonable doubt.  There was a search at William
25 Anderson's.  No evidence located.  No wallet.  No pills.



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029622

1  No money.  Now, Officer Joseph comes in here four and a

2  half years later and says there was an empty bag of

3  lime.  Well, where is it?  They have to prove their

4  case.  Mr. Anderson depended on these law enforcement

5  officers.  He depended on them to investigate because he

6  is innocent.  Crime scene investigation, the purpose is

7  to find the guilty party, not just round up who's

8  convenient.  Detective Johnson himself said to Bill,

9  "It's all about the physical evidence."  For four and a

10 half years, Mr. Anderson has never wavered.  In his

11 statements of December 1st and December 3rd, he begged

12 the officers to check out what he was telling them.

13 Prosecution wants to argue that because the witnesses

14 support what Mr. Anderson says about what he did on

15 November 23rd, that that's a sign of guilt.  It's a

16 damned if you do or damned if you don't scenario.  If

17 the witnesses support what you say, it must be sign of a

18 conspiracy.  If the witnesses don't support you, then

19 you must be lying.  So you're either lying or you're

20 lying.  Ladies and gentlemen, the witnesses supported

21 and agreed with what Mr. Anderson said because it was

22 the truth.  The afternoon of November 23, 2011, Mr.

23 Anderson spent at the home of Leonard and Brenda Messer,

24 helping to car for their son Lij.  Dave Fox was there

25 too.  Leonard confirms that.  Lij confirms that. Leonard



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029623

1   says that William was there when he and Brenda left, and
2   that William was there when they got home. Dessie and
3   Maxine remember Bill and Dave delivering the beans and
4   the chow-chow. Jeremy's definite that James Otis
5   arrived alone at his house, and that the two of them ran
6   into Bill and Dave at the Indian store. Now, the
7   prosecutor has tried to attack these witnesses. And
8   they've tried to attack Leonard Messer, a 66-year-old
9   man who got confused on the witness stand, and he was
10  interrupted, and he was told what he couldn't say. "You
11  can't say what people said." And he got confused. And
12  the prosecutor pounced on the words that night. Talking
13  about the coat and hat and when he saw the coat and hat
14  and what was said about the coat and hat. And Mr.
15  Messer wanted to explain. But he was frustrated. Now,
16  ladies and gentlemen, don't depend on what I say or what
17  the prosecutor says. If you want to review testimony,
18  you can. You can review evidence. You can review
19  testimony. You make your decision about what somebody
20  said, what they meant. Mr. Messer was confused, he was
21  frustrated, and you decide what he meant about what he
22  knew and when about that coat and hat. Jeremy Ferrell.
23  Bill did call Jeremy Farrell. Called Jeremy Ferrell
24  after he found out that coat and hat came out of a car
25  that James Otis Sizemore had been driving around in, now



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029624

1  -- that belonged to -- now, he finds out a missing man,

2  that happened on December 1st.  And he called Jeremy,

3  and Jeremy said Bill called him.  And Bill said, "The

4  law's coming.  Be watching for the law."  He had just

5  talked to them, and he had told them about being at

6  Jeremy's.  And he said, "You tell them that that coat

7  and hat came out of that car."  And Jeremy says, "Man, I

8  didn't see the coat and hat."  But Jeremy also said he

9  did not think Bill was telling him to lie.  Now, Bill

10 sure wished he'd seen that coat and hat.  And the

11 prosecutor wants to say that that conversation took

12 place on November 24th.  Well, this is four and a half

13 years later.  And to say that you should convict William

14 Anderson based on the confusion of witnesses about when

15 these conversations happened, on the confusion of dates,

16 that is not sufficient reason to convict a man.  The

17 conversation happened, and yes, it was before Mr.

18 Wiggins' body was discovered.  His body was discovered

19 December 2nd.  It happened after Bill found out about

20 the car, the missing man, and oh my God, I've got a coat

21 and hat.  Mr. Anderson was interrogated.  Interrogated

22 on December 1st, and interrogated on December 3rd.  Dave

23 Fox's friend was interrogated by Officer Joseph and

24 Jason York.  And his -- twice.  In his first statement,

25 he supports William Anderson.  In his second statement,



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029625

1  he is lied to, threatened, and Jason York knocks his hat

2  off his head.  Jason York is the officer you hear

3  interrogate William Anderson.  "F-in' this, F-in' that."

4  It is a shame to think of how a citizen in our

5  commonwealth can be treated.  And that caused Dave Fox

6  to change his statement in support of William Anderson,

7  but his first statement, when he wasn't being lied to,

8  threatened, and having his hat knocked off his head, he

9  supporting the fact that he had been at the house with

10  William Anderson on November 23rd.  Now, what about

11  William Anderson in his statement?  Ladies and

12  gentlemen, he withstood the test of fire.  The guilty

13  fleeth when no man pursueth.  The righteous stands like

14  a lion.  Mr. Anderson never wavered in his five hour

15  interrogation.  No matter whether he was cussed, no

16  matter whether he was yelled at, no matter whether they

17  refused to give him a drink of water, he never wavered.

18  At the end, he asked if he could simply lay his head

19  down.  But he was polite.  He consistently told them,

20  "No, sir.  That didn't happen."  "No, sir.  I wasn't

21  there."  The police seem to think that because James

22  Otis told on himself, he must be telling the truth about

23  William Anderson.  That does not make sense.  James Otis

24  is a confirmed liar.  Sheriff Pickard told you he will

25  tell you anything you will listen to in a criminal

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029626

1  matter.  Sheriff Pickard said, but the prosecutor's

2  going to rely on this, that Sheriff Pickard said, "Well,

3  but I know he was telling the truth when he became

4  emotional."  Did you see that?  Did you hear that?  Or

5  did you hear a jail call where he joked about being

6  called the undertaker and the gravedigger?  And what

7  about his reasons to lie?  To spread the blame, to get a

8  better deal, to protect someone.  And who's he

9  protecting?  That video from November 25, 2011 does not

10  lie.  Jeff Gray and James Otis Sizemore bought a digging

11  shovel, six bags of lime, and a flashlight.  Mr.

12  Wiggins' body was buried November 25th.  He was exposed

13  to the air for two days.  The maggots show that.  Now,

14  why do we introduce maggot evidence?  To solve the

15  crime.  Because if you know who buried the body, you

16  might know who committed the crime.  Why did Jeff Gray

17  have a motive to help James Otis Sizemore?  Either

18  because he loved him so much, or because he was

19  involved.  The video -- look close at that video.  Do

20  you see William Anderson on that video?  William

21  Anderson is not on that video.  And look at the jail

22  calls.  James Otis Sizemore to his aunt Wendy, "A deer

23  hunter seen me.  I told them Bill-Bill was the one that

24  went up there and buried the damn shit."  To Wendy, "I

25  ain't going to say nothing.  You got nothing to worry



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029627

1  about.  I'm going to hang Bill-Bill."  To Wendy, "Hey
2  sis, I ain't said nothing now.  I'll rot right here.  I
3  ain't getting out, but I ain't told on nobody.  Row
4  right there should know it's all good.  Only you 'uns
5  know what I know."  Now, he keeps Bill's name in it too,
6  but here's what he says on December 21st, "I ain't no
7  rat.  I ain't talked to nobody."  He's talking to Ruth.
8  "That's who it was, Ruth.  That's who it was with me. It
9  wasn't who everybody thinks it was.  Row was with me.
10 Row was with me.  That's how everything got took up
11 there.  Row.  The truck.  That's why they was coming to
12 get me and stuff when I was at Mamaw's.  That's -- see?
13 What's-his-name really never had nothing to do with it."
14 To say that James Otis Sizemore was talking about drugs,
15 was trying to protect Jeff Gray's name from involvement
16 in drugs is an insult to your intelligence.  He was in
17 jail for murder.  He was talking about murder of Bobby
18 Wiggins.  The prosecution has not met its burden of
19 proof.  Now, you got a whole bunch of instructions.
20 Murder all the way down to manslaughter.  Complicity.
21 Murder, the argument is that William Anderson was there
22 and he did the stabbing.  Complicity, the argument is
23 William Anderson was there and he helped James Otis
24 Sizemore do the killing.  Or James -- William Anderson
25 conspired with James Otis Sizemore to do the killing.

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029628

1  There is no sufficient proof of any of that, ladies and
2  gentlemen.  No sufficient proof of any of that.  The
3  prosecution has asked you to trust people not worthy of
4  your trust.  The physical evidence shows Bill is not
5  guilty, and there is a serious lack of investigation.
6  There is no proof beyond a reasonable doubt.  Bill
7  depended on the police to investigate.  He had faith
8  that he would be -- that the evidence as it came in
9  would let him go.  Now, he's relying on you to say
10 enough is enough.  He's waited for you for four and a
11 half years.  I ask you to find William Anderson not
12 guilty.  Thank you.
13          MS. BLONDELL:  Your Honor, may we approach?
14          JUDGE COSTANZO:  You may.
15             (BENCH CONFERENCE)
16          MS. BLONDELL:  I just want to note for the
17 record -- and I intentionally did not object out of
18 respect for my colleague -- but the call of my colleague
19 quoted the Bible three times.  The ethical rules totally
20 prohibit quoting the Bible.  The two passages, one that
21 she did twice, straight out of the Bible.  So I just
22 want that noted for the record, an intentional disregard
23 of well-settle law, that you can't get up and quote the
24 Bible in a closing argument.
25          JUDGE CONSTANZO:  All right.



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

PL 029629

1          (END OF BENCH CONFERENCE)

2          JUDGE CONSTANZO:  Ladies and gentlemen, we're

3    going to take a 12 minute break.  Courtside admonition

4    remains in effect.  Do not discuss with anyone.  Do not

5    allow anyone to discuss the case with you.  Should

6    someone attempt to, let us know immediately.  And we'll

7    see you back in about 12 minutes.

8          (OFF THE RECORD)

9          JUDGE CONSTANZO:  All right.  We'll be back on

10   the record.  I'll ask the jury, do you have anything to

11   report as regards the court's admonition?  Very well.

12   Thank you very much.

13         MS. BLONDELL:  May it please the Court?

14         JUDGE CONSTANZO:  Ms. Blondell.

15         MS. BLONDELL:  Ladies and gentlemen of the

16   jury.  Before I begin what will be inevitably lengthy

17   remarks, let me just thank you on behalf of the citizens

18   of this community for taking this time out of your lives

19   to hear this case.  Jurors do an invaluable service, and

20   I know it's a great burden, and we thank you.  I started

21   this trial by telling you that what you hear from the

22   Commonwealth and what you hear from the defense, they're

23   two different roles, and you've seen that play out.  The

24   Commonwealth -- and the Commonwealth, that sounds like a

25   big fancy word, and people try to act like that's just

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

PL 029630

1  me or Ryan.  The Commonwealth is the community.  The

2  citizenry.  And the Commonwealth has the responsibility

3  of presenting to you all admissible, relevant evidence.

4  And there's been a lot of it.  And we're going to walk

5  through a lot of it together.  Remember, not only in the

6  presentation of the case and in the practicing of this

7  case, but in the closing statement of this case, on

8  behalf of the defense, the defense has one goal.  One

9  goal.  One job.  And it's to do anything -- and yes,

10  that's the word I use, because that's what it is -- to

11  distract you.  And the distraction is to take your eyes

12  off those 12 stab wounds and those 6 stab wounds that

13  killed Bobby Wiggins.  That's the goal of the defense.

14  And that's why even in your closing statement, you

15  perpetuate what I'll call, with quotation marks, "the

16  story."  Now, you've watched all this unfold.  And from

17  day one, from day one, John Pickard and others remarked

18  that there was a thread that ran through all the

19  statements that were made.  And that thread, when you

20  line up a story -- that thread when you line up a story,

21  it's hard to keeep people on script, on point, if you

22  just line up a story.  So what I'm going to do, first,

23  because I think it's extremely important that you don't

24  just take my word for it.  That's one thing I'll agree

25  with what Ms. Nagle said.  You don't need to just take

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029631

1  the lawyer's word for it.  You need to remember it by

2  listening to the people who said it.  So it's not the

3  Commonwealth telling you.  It's not the defense lawyer

4  telling you.  You need to listen to the mouths of those

5  people you've been listening to for days and days of

6  your life.  So I'm going to review that.  And I'm not

7  just going to tell you what they said.  I'm going to let

8  you hear it again.  And so I'm going to begin by

9  summarizing -- you know, this trial has been long.  It's

10  had some unavoidable delays.  And so as a result, it's

11  easy to forget what somebody said two weeks ago.  Pardon

12  me.  I am sorry.  It's easy to forget what somebody said

13  two weeks ago.  I mean, it's easy for me to forget.  So

14  not only did I painfully sit here and listen in trial. I

15  went back and listened to it all.  So it's not just my

16  saying it.  You need to listen to it.  And we're going

17  to start with Leonard Messer, Junior.  And it is no

18  mystery to me that Ms. Nagle this morning would try to

19  tell you, "Oh poor 66-year-old Leonard Messer."  As if

20  that's old.  "Poor 66-year-old Messer.  He just got

21  confused.  That prosecutor got him confused."  Leonard

22  Messer -- and this is later in my remarks -- Leonard

23  Messer made the most important statement in this case.

24  He wasn't a bit confused, but what he did was he went

25  off script.  What he did is he no longer -- as many of



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029632

1  these witnesses -- they no longer perpetuated that story
2  that this defendant tried to sell the police right after
3  the death of Bobby Wiggins.  So let's start with Leonard
4  Messer, Junior.  Leonard Messer, Junior. -- now, you
5  heard no talk of this in that closing -- who's business
6  is pills, who has as part of his staff of people who he
7  supports -- his words -- the defendant lived off of him.
8  A grown man with five children and a wife, and he's
9  living off Leonard Messer.  Well, is that just out of
10 the kindness of the heart of Leonard Messer, Junior?  Oh
11 no, it's because -- it's all about the pills, folks.
12 It's all about trips to Florida and Georgia, where
13 Leonard Messer fronts the money to pay for MRIs to pay
14 for doctor's visits so you can bring back Oxy 30s to
15 sell.  Didn't hear that in the closing.  Leonard Messer,
16 Junior, who said that this defendant had lived off of
17 him for five years with no job.  Leonard Messer provided
18 his transportation, his food, his lodging.  Why do you
19 do that?  You talk about somebody asking you to leave
20 your common sense at the door.  For you to believe the
21 script, the story, you have to leave all common sense at
22 the door, because who supports a whole -- a whole group
23 of people on a VA check?  He supports -- he told you --
24 his wife, his son Adam, Adam's friend Rosie, Elijah, the
25 defendant, Dave Fox.  Everybody lives off Leonard Messer

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029633

1 and that VA check. Well, how does that happen? No,

2 they're in the pill business. And Mr. Messer to his

3 credit, I must say this, when he got in this courtroom

4 and he took an oath to tell the truth, he said some

5 things I wasn't expecting. You probably could tell by

6 our reaction. Let's listen to the first thing he said.

7 Now, remember, you've been led to believe -- you've been

8 led to believe that this defendant stayed in with Lij,

9 all the early afternoon of November 23, 2011 in Leonard

10 Messer's house. And you've been led to believe he

11 didn't go anywhere, he didn't drive anything, and then

12         Mr. Messer said:

13             (PLAYS TESTIMONY FROM LEONARD MESSER)

14 BY MS. BLONDELL:

15     **Q     And he had free access to your vehicles,**

16 **didn't he?**

17     A     To the four-wheeler.

18     **Q     To the four-wheeler?  Okay.**

19     A     Right --

20     **Q     And we're talking about the big red --**

21     A     Side by side, yeah.

22     **Q     He could've driven that anytime he wanted; is**

23 **that fair to say?**

24     A     No, not anytime he wanted. I kept the keys

25 locked up tight. But that day -- that day, I let him



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    use it.

2                    (END OF PLAYED TESTIMONY)

3          MS. BLONDELL:  "But that day, I let him use

4    it."  Now, if you want to tune into the story, which is

5    that he sat at the bedside of Lij Messer all afternoon,

6    why'd he need a side-by-side?  And that came from an

7    unexpected person.  That came from a man with whom he

8    lived, the man who kept the keys, but he specifically

9    got that side-by-side on November 23, 2011.  And Mr.

10   Messer told you, he never talked to the defendant that

11   day while they were gone.  Remember that?  Never talked

12   to him.  He didn't know where he was.  Mr. Messer told

13   you that that side-by-side, which the police could not

14   find, when they executed the search warrant, that

15   side-by-side had set out in the sun, had been washed.

16   You heard Megan Dillary Duff tell you that the way to

17   get blood off the side-by-side -- it was easy.  All you

18   had to do was wash it.  All you had to do was let it sit

19   out in the sun.  That's all you had to do.  Mr. Messer

20   acknowledged that all of that had happened.  Now, is the

21   -- is part of the case that the Commonwealth believes

22   Leonard Messer was tampering with evidence?  No.  We

23   have no conspiracy theories.  We go with the evidence.

24   But the evidence is he told you that side-by-side -- he

25   specifically remembered giving it to the defendant on

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029635

1   that day.  The defendant told Jeremiah Evans -- I'm
2   going to talk about each of these people separately. But
3   the side-by-side went exactly where the defendant told
4   Jeremiah Evans when he was getting advice from Jeremiah
5   Evans as to how was he going to explain all of this
6   stuff.  How was he going to explain what had happened?
7   Well, he took it -- he took the side-by-side to --
8   Jeremiah Evans -- I believe his words were -- to his
9   wife's or his ex-wife's.  The same place he took his
10  bloody clothes.  The same place he changed clothes,
11  because before he came back and joined Mr. Sizemore
12  shooting up pills.  So -- "Oh, oh my goodness, I don't
13  know where this hat and coat came from."  This defendant
14  wanted help from Jeremiah Evans in explaining why --
15  what he did with his side-by-side.  He took his
16  side-by-side to his ex-wife or to his wife.  Now, poor
17  Mr. Messer.  I'm not picking on Mr. Messer, but the
18  script says -- the story is -- you went to the Big
19  Chicken. We're going to talk about the Big Chicken
20  separately. And I know you-all thought I was crazy when
21  I kept asking questions about the Big Chicken and what
22  people bought, but there was a reason.  Because the
23  story was, they had to take the green beans and chow-
24  chow to Dessie and Maxine, because the store was closing
25  at 6:00 or 7:00.  Did you hear Dessie come in and say,

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029636

1   "We're open 24/7.  We never close."  Well, see, the
2   story is they had to hurry and take it for Thanksgiving
3   to a place that never closes?  They were building a
4   timeline.  Now, you notice the timeline has been
5   abandoned, when the facts begin to prevail.  But then
6   Mr. Messer -- we're still on Mr. Messer.  Mr. Messer
7   said that the defendant came back and aggravated him to
8   get a car.  Aggravated him to get a car.  Now,
9   aggravated him to get a car, after the side-by-side's
10  been hidden.  Aggravated him to get a car so he could
11  accompany James Otis Sizemore and burn Bobby Wiggins'
12  car.  I love watching these things develop.  The first
13  story was, well he had a child in the hospital, and he
14  was hurrying to go to the hospital. You didn't hear that
15  anymore, because you'll remember the explanation as to
16  why he didn't go see the child that night was he didn't
17  have a driver's license and he didn't want to be -- all
18  that's gone out the wayside today.  Because as the rest
19  of the story developed, there's no mention of him
20  leaving.  He aggravated to get a car so there'd be
21  somebody to drive them away from where they were burning
22  Bobby Wiggins' car.  And he came back to Mr. Messer's
23  later.  Mr. Messer admits he had no idea what happened
24  while he was gone.  Now, we'll -- I'm going to
25  crystalize in a minute all the people who might have

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029637

1 known what happened during those early afternoon hours,

2 but Mr. Messer told you, I think in all candor, that he

3 did not know what had happened to those -- through those

4 two hours.  So then we have Lij Messer, convicted felon.

5 Boyfriend of the defendant's sister -- nothing wrong

6 with that -- for six or seven years.  But he tells you

7 when all this happened, he's taking Oxy 30s, Oxy 15s,

8 Klonopins, morphines, sleeping meds -- hey, he had his

9 leg shot off.  I'm surprised he wasn't taking everything

10 in the book, and he'd be justified. I'm sure he was in a

11 lot of pain, okay?  But he slept off and on.  He said

12 that that afternoon -- I mean, use your God-given common

13 sense.  What's a man who is totally medicated -- Jackie

14 Joseph, a woman who has advanced training in the effect

15 of drugs on people.  She saw him.  She told you he

16 couldn't even put a sentence together.  Sergeant

17 Detective Joseph.  What's she got in this case?  Why

18 would she come in and say something different?  Lij

19 Messer's not the one who's going to know what happened.

20 But let's listen to something -- you know, when people

21 go off script -- which is wonderful, because that's when

22 the truth emerges -- you learn all kinds of things.

23 Let's listen to what Lij Messer said.

24                 (PLAYS TESTIMONY FROM ELIJAH MESSER)

25 BY MS. BLONDELL:

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029638

1       Q       And you knew James Otis Sizemore?

2       A       Yes.

3       Q       Now, the day before Thanksgiving, did you see

4    James Otis Sizemore?

5       A       Yes.

6       Q       And you never left that house, did you?

7       A       No.

8                       (END OF PLAYED TESTIMONY)

9               MS BLONDELL:  Why is that important?  Do you

10   remember the big tall tale about how James Otis Sizemore

11   had been banned from the Messer property?  He'd

12   mistreated a child.  He'd been banned.  Lij Messer saw

13   James Otis Sizemore that day, when he drove up to get

14   the defendant.  He saw him there, and he -- remember

15   what he said, he never left the house.  If James Otis

16   Sizemore did not come there with the defendant -- now

17   remember, they start by telling you, oh he was banned

18   from the property.  Lij saw him.  Lij saw him when he

19   came with Bobby Wiggins.  And don't forget this -- this

20   is two weeks ago, but don't forget the testimony that

21   they stopped down in Lij's house, and that's where the

22   conspiracy to rob Bob Wiggins started.  It didn't start

23   at Kim York's.  Now, I'm going to call -- talk about Kim

24   York separately.  And it certainly didn't start because

25   Kim York and Faye Scott were friends -- all that's

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029639

1  hooey.  It started in Lij Messer's house when Bob
2  Wiggins and the defendant and James Otis Sizemore -- and
3  Lij Messer saw him there.  Off script.  He went off
4  script.  Lij Messer saw him there and he saw in Bob
5  Wiggins -- with Bob Wiggins there, James Otis Sizemore
6  there, the defendant there, that's when James Otis
7  Sizemore sits out with Bob Wiggins in the defendant's
8  house, and the defendant gets on his cell phone and
9  fakes a call that there's somebody who might want to buy
10 drugs.  How else would Lij Messer know -- how else would
11 he know that James Otis Sizemore was there, if he
12 weren't there to see the defendant?  And all that
13 happened -- all that happened before Redbird Mountain.
14 Just as a little aside -- now remember, we're going to
15 talk about Dave Fox separately too -- but Dave Fox, who
16 obviously knew exactly what happened, left town.  Glad
17 he came back to testify.  The one that Ms. Nagle calls
18 the defendant's friend, he got out of here.  He got out
19 of here.  So let's talk about -- let's talk about Dave
20 Fox.  Dave Fox, Ms. Nagle tells you today, changes his
21 statement because they were bad to him.  Did you hear
22 him say that?  He said Sergeant Detective Joseph, who
23 was the primary questioner -- she was very nice to him.
24 Very professional with him.  He didn't change his story
25 because he was -- that's another one of the myths that



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029640

1  they've -- because remember, all they need is to

2  distract one of you from those 18 stab wounds.  Just

3  takes one of you.  So they tell you Dave Fox, the good

4  friend of the defendant, was mistreated.  No, here's why

5  they're upset about Dave Fox.  Because Dave Fox also

6  abandoned the story that had been created.  Dave Fox is

7  a convicted felon.  He told you that.  Dave Fox was

8  prosecuted by my office.  Clearly, he's not going to do

9  me any favors, okay?  Use your God-given common sense.

10  He wasn't here to help me.  Dave Fox admitted that when

11  Detective Johnson and I traveled to Beattyville, he

12  wouldn't talk to us.  That's his right.  He needed to

13  talk to the defense first.  We accepted that.  Why do

14  you need to talk to the defense first?  Maybe you need

15  to talk to the defense first, if it's been a while, to

16  remember what the story is.  But when he was talking to

17  Sergeant Detective Joseph on December 3, 2011, remember

18  what he said.

19           (PLAYS TESTIMONY FROM DAVE FOX)

20      A    Throughout that day, I can't account for, you

21  know, the defendants whereabouts, I mean --

22           (END OF PLAYED TESTIMONY)

23      MS. BLONDELL:  Said two or three things.

24           (PLAYS TESTIMONY FROM DAVE FOX)

25      A    As to saying where he's at or what he was



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029641

1   doing, I couldn't say, because I pretty much stayed in

2   the house with Lij, you know, looking after him and

3   caring for his needs or whatever.

4               (END OF PLAYED TESTIMONY)

5          MS. BLONDELL:  Okay, and before we hear the

6   third one -- now he's not saying what the story is.

7   Because he acknowledges he's the one that's staying with

8   Lij.  He didn't know where the defendant was.  The

9   defendant who said he stayed right there to take care of

10  Lij.  Here's his friend, they've labeled him his friend,

11  but this is -- this is the real telling statement.

12              (PLAYS TESTIMONY FROM DAVE FOX)

13  BY MS. BLONDELL:

14      **Q     You did see the defendant, as you recall,**

15  **sometime after 3:00?**

16      A     Yes, ma'am.

17              (END OF PLAYED TESTIMONY)

18         MS. BLONDELL:  3:00.  Because by 3:00, Bob

19  Wiggins is dead on Redbird Mountain.  By 3:00, by the

20  time they encounter Jeremy Ferrell -- we're going to

21  talk all about that -- and you say, why do you dwell on

22  the details?  Because the details is where -- it's not

23  just a story.  The details are in the evidence and the

24  evidence alone.  So by 3:00, the defendant is taking

25  that side-by-side that Leonard Messer told you that he

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029642

1   had, and he's doing just what he told Jeremiah Evans

2   that he did with it.  He's hiding it.  And here's his

3   good friend -- but when he raises his right and swears

4   to tell the truth, his friend says he didn't see him

5   until 3:00.  So now we go -- and I'm going to structure

6   this now -- I'm going to show my age, which shows anyway

7   and that's all right.  If you ever heard Paul Harvey,

8   the rest of the story, you'd hear this little tidbit of

9   a story, and then you have a commercial, and he'd tell

10  the rest of the story.  I'm going to start filling in

11  the rest of the story.  And I'm going to do it in a way

12  so you'll know what the story was told.  And then what

13  was the rest of the story that you heard in the

14  evidence.  And that is took green beans to Dessie.

15  Except Desi said the green beans went to Maxine.  Dave

16  Fox told you he saw the defendant and James Otis at the

17  Messers' in Bobby Wiggins' car.  He told you that on

18  November 23rd, not only was he in the defendant's car,

19  folks --and he admitted this -- he drove it.  Now,

20  here's where they really, really want you to leave your

21  common sense at the door.  You're telling me that a man

22  that says he sat and watched James Otis Sizemore burn

23  papers out of car.  He saw the black coat and hat in the

24  car while he was sitting there.  He saw the coat and

25  hat, he drove the dead man's car, but he didn't know

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029643

1  anything about this?  Maybe it was because instead of
2  what he said in the first statement where he had done a
3  pill, maybe it's because he sat there and shot up drugs
4  for two hours.  You notice that wasn't acknowledged,
5  until proof came out with other people.  The trial
6  started with him doing a pill, except that he did 15 or
7  20 pills with James Otis Sizemore, shooting them up with
8  a needle that he brought, that he had.  Dave Fox also
9  told you something that Kim York said in her testimony,
10 that in Lij Messer's car, they went on a pill hunt after
11 everybody had given their first statement to the police.
12 Now, remember that.  After they'd given the first
13 statement to the police, they go on a pill hunt and it
14 just so happens -- just coincidence -- that the
15 defendant jumped in the backseat with Kim York, and I'll
16 let you hear it from her later.  But he confirms there
17 was a pill hunt that day, and that's when the defendant
18 told -- at that time told Kim York -- we'll hear it
19 later in what I have to say -- but the defendant said,
20 "James Otis couldn't do it.  I finished him off." Jeremy
21 Ferrell.  Did you hear Ms. Nagle stand right in front of
22 you and say that Jeremy Farrell said there was blood on
23 the shirt?  There are all kinds of things that you just
24 heard that aren't in evidence, and this is one of them.
25 Jeremy Ferrell told you James Otis Sizemore's shirt was



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029644

1  dirty.  I specifically asked him if there was blood on

2  the shirt, and he said no, he said that it was dirty,

3  and that he gave him another shirt, and that he washed

4  his hands.  And then she comes before you and says he

5  said there was blood gushing on the shirt? Don't rely on

6  spin designed for one purpose.  Rely on what you heard

7  on this witness stand.  We'll hear what Jeremy Ferrell

8  had to say.  Jeremy Ferrell said all three sat in Mr.

9  Wiggins' car doing Oxys.  He said that James Otis

10  Sizemore burned papers out of the car.  He said that

11  they shot up for over two hours, and that Jeremy Ferrell

12  held the light so they could shoot up. Now, remember in

13  fact -- I know this is a long time ago -- but you

14  remember what the defendant said in his statement to the

15  police?  "Now, I can't lie to you-all, I did a pill."

16  Whoa.  "Did a pill?"  How about 15 or 20, shooting up?

17  There with his own needle.  But the most important thing

18  that Jeremy Ferrell has to say was this.

19              (PLAYS TESTIMONY FROM JEREMY FERRELL)

20       A    He informed me that I would probably be

21  speaking to the police.  He asked if I could tell them

22  that James -- or that I seen James Otis give him a hat

23  and a coat, and I replied to him that I didn't recall

24  seeing that exchange and I couldn't -- I couldn't inform

25  the police that I seen -- seen that happen.



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029645

1          (END OF PLAYED TESTIMONY)

2          MS. BLONDELL:  Okay.  Just focus on that.  The

3  next day -- now, Ms. Nagle told you it was December 1st,

4  but Jeremy told you that the next day or at most the

5  next day after Bob Wiggins was killed, the defendant

6  says, "You're going to be speaking with the police."  Why

7  do you do that if you didn't know this?  Why would the

8  defendant say Jeremy Ferrell was going to be speaking

9  with the -- he knew exactly.  The story had been

10  drafted.  The story had been concocted.  And the reason

11  he begged the police to talk to Jeremy Ferrell and to

12  talk to -- you know, he called the names, "Now, ask this

13  one, this one."  Those were all people who knew the

14  story.  But Jeremy Ferrell -- and to his credit Jeremy

15  Farrell said to the defendant, "I didn't see that."

16  When the defendant tried to get him to say James Otis

17  Sizemore gave him that coat and hat.  To his credit,

18  Jeremy Ferrell said "I didn't see that.  I'm not going

19  to say that."  To his credit.  But then listen to this.

20          (PLAYS TESTIMONY FROM JEREMY FERRELL)

21  BY MS. BLONDELL:

22     A    It was in the day that he called me in regard

23  to the coat and the hat that was something that was

24  discussed between him and I.

25     Q    That somebody might be dead?

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029646

1      A      That -- yes.

2                    (END OF PLAYED TESTIMONY)

3           MS. BLONDELL:  That somebody might be dead.

4    Why in the world would the defendant be talking to

5    Jeremy Ferrell, saying the police are coming, somebody

6    might be dead the day after Bob Wiggins died?  Why?

7    There's no other explanation.  He went to Jeremy

8    Ferrell, because he wanted Jeremy Ferrell to get in line

9    with the story.  And then there's Kim York.  I don't

10   know how you look at a person like Kim York and call

11   them that sorry woman.  She's a drug addict.  I don't

12   know how you treat another human being the way she was

13   treated on the witness stand.  And you know why she got

14   jumped on, folks?  To her credit, she may have charges

15   -- you didn't hear any proof that she's going to get any

16   break for her charges, because that's just not true.  If

17   you throw that out there and you look down on somebody

18   who's an addict -- unbelievable.  You look down on them,

19   and you berate them because of what she had to say.

20   That's why they're -- that's why she's so upset about

21   Kim York, because Kim York before she took the stand --

22   and hey, is it ever too late to tell the rest of the

23   story?  She'd given statements.  She'd welcomed Ms.

24   Nagle and her investigator, Ms. Evans, into her home.

25   She told you that.  And she had talked to them not even



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029647

1  knowing she was recorded.  She told you that.  And she

2  had talked to them without even being given the courtesy

3  of seeing her statement -- in fact, it's -- you know.  I

4  guess that's how you treat somebody that you think is

5  sorry, like they're less than human.  So if you can

6  trick them and tape them without them knowing it, and

7  not show them their statement.  But right before she

8  took the stand, to her credit, she disclosed this.  You

9  saw this happen.  She disclosed this, and all of us

10  heard it at the same time.  Kim York went off script

11  too.  Remember what she said?

12           (PLAYS TESTIMONY FROM KIM YORK)

13      A    "James Otis didn't have the balls to take care

14  of business but he did.  And he would take care of

15  business.  And we need to stick together on this."

16           (END OF PLAYED TESTIMONY)

17           MS. BLONDELL:  "We need to stick together on

18  this."  Why in the world, if she's such a sorry human

19  being, does the defendant get in the backseat with her

20  and say, "We need to stick together on this?"  Are those

21  the words of an innocent man?  Are those the words of an

22  innocent man before the body of Bob Wiggins has even

23  been found?  Do you get that?  I know you do.  That's a

24  rhetorical question.  Just don't miss it.  Before that

25  man's body had been found, the story -- "we need to

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029648

1  stick together on this."  Why do you think he's telling
2  go talk to this one, go talk -- is that to aid this
3  officer in his investigation?  What a joke.  Oh he
4  offered that coat and hat right up.  Oh no he didn't.
5          John Pickard told you, they went and got the
6  coat and hat from the defendant's hands after Kim York
7  said the defendant has Bob Wiggins' coat and hat.  He
8  wasn't trying to aid in this investigation.  He's saying
9  we need to all stick together.  If you're innocent, why
10  do you need people to stick with the script?  That's why
11  they went -- that's why they're calling her unbelievable
12  names.  She also said:
13                  (PLAYS TESTIMONY FROM KIM YORK)
14     A    He just said he would finish it.  He said,
15  "James Otis did not have the balls to finish it, and I
16  do.  And I will finish it," is what he said.
17                  (END OF PLAYED TESTIMONY)
18          MS. BLONDELL:  Why would this woman come in
19  and say that?  There's nothing in it for her.  Nothing
20  at all.  She's not going to be out of trouble.  She's in
21  trouble.  She's still going to be in trouble.  Ms. Nagle
22  throws out that she has charges.  Doesn't mean a thing.
23  She's still in trouble.  She's sat and told you that.
24  Ms. York told you that this defendant got in the car
25  with her again before Bob Wiggins' body was found, sold

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029649

1  her methadone.  She loaned him money to by Oxys for Lij

2  Messer.  But I tell you, my favorite thing is a moment

3  you'll never forget.  After being treated like she was

4  sorry, here's what she said.

5                  (PLAYS TESTIMONY FROM KIM YORK)

6       A    Yeah, but I'm old school.  I believe in

7  telling the truth.  And I'm solid.  If it makes me a rat

8  by saying what I said, then so be it.

9                  (END OF PLAYED TESTIMONY)

10            MS. BLONDELL:  Who can blame her?  Who can

11  blame her for not wanting to get involved in this.  But

12  right before she raised her right hand, she disclosed,

13  not a new story, but the rest of the story.  The rest of

14  the story.  Then there's Jeremiah Evans.  But before we

15  talk about Jeremiah Evans, I have wanted since I heard

16  this happen -- I have anticipated what I'm about to say

17  to you.  Because there's not a more important thing

18  that's been said in this trial.  I want to go back to

19  Mr. confused, 66-year-old Leonard Messer.  Leonard

20  Messer was not confused.  Leonard Messer disclosed --

21  which shoots the whole story out the window -- remember

22  what --

23                  (PLAYS TESTIMONY FROM LEONARD MESSER)

24  BY MS. NAGLE:

25       Q    On that day of November 23, 2011, did you see



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029650

1　some unknown person at your home with James Otis

2　Sizemore in a black car?

3　　　　A　　No, I never did see James Otis in a black car.

4　I didn't see no black car or nothing.  When I first

5　heared about it was that day, that evening or the next

6　day when I heared about it.

7　　　　　　　　　(END OF PLAYED TESTIMONY)

8　　　　　　　MS. BLONDELL:  "When I heared about it was

9　that evening, or the next day."  Ladies and gentlemen,

10　that's this case.  Do you remember how the room fell

11　silent?  Wow.  And it was hard not to react to that,

12　because Mr. Messer tells you he heard about it that

13　evening or the next day.  And after a very prolonged

14　pause, if you'll remember, Ms. Nagle said, "Well, they

15　were talking about it in the community were you --

16　weren't they?"  That evening they were talking about it

17　in the community?  The next day they were talking about

18　it in -- how could they have been talking about it?  Mr.

19　Wiggins had not been found.  His body was not found for

20　ten days.  Think about it, folks.  This will solve any

21　question you have.  Who's the only person who could've

22　told Leonard Messer about it?  You talk about a moment

23　in time, an epiphany, you talk about a moment.  The only

24　person who could've told Leonard Messer about it was

25　this defendant.  That Leonard Messer specifically said

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029651

```
1   he didn't see James Otis Sizemore.  Who would have told
2   Leonard Messer that evening or the next day?  There's
3   only one person.  It's not the community.  It's William
4   J. Anderson.  But he said more.
5                  (PLAYS TESTIMONY FROM LEONARD MESSER)
6   BY MS. NAGLE:
7        Q     You didn't learn about this murder the day of
8   November 23, 2011, did you?
9        A     No, no, no.
10       Q     Was it sometime after that?
11       A     Yes.  Yes, sometime after that.
12       Q     How long after that?
13       A     Just a couple days after that.
14                 (END OF PLAYED TESTIMONY)
15                 MS. BLONDELL:  Couple of days.  She's trying
16  -- you talk about a show.  She's trying to dig him out.
17  He says that evening or the next day, and to try to
18  salvage this the best he can do -- and when I say the
19  best he can do, because the man was telling the truth.
20                 He knew about it immediately.  But she's
21  trying to save it so now he says a couple days.  And
22  then he says:
23                 (PLAYS TESTIMONY FROM LEONARD MESSER)
24  BY MS. NAGLE:
25       Q     When did you observe the coat and hat?
```



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029652

1     A     The next day.

2     **Q     When you say "the next day," the next day --**

3     A     Well, the day that -- the murder -- the day

4   the murder was, I didn't know nothing about that.  And

5   it's the next day before when I got up that Bill had

6   told Brenda about the coat --

7                    (END OF PLAYED TESTIMONY)

8          MS. BLONDELL:  I could stop right now and

9   you'd have enough to go back there and find this man

10  guilty.  I'm not going to, and I know you would stop.

11  But I'm going to make my way through all the testimony.

12  But when you go back there, you just think about that.

13  Leonard Messer said that evening, then he said a couple

14  of days, and then he said the next day.  If it's any of

15  that -- I don't care which one it is.  Who's the only

16  person who could've told him?  The man with the coat and

17  the hat.  Jeremiah Evans.  Now today, you know, Jeremiah

18  Evans is a bad guy because he went with the police.  You

19  know, you saw that evolve, and I'll tell you something.

20  For somebody who wants to complain about the good job

21  that our police officer's do -- you know, they always

22  bash the police.  They want you to think they left

23  something out.  The fact that this good officer, right

24  up to this trial, when he got tips, was still pursuing

25  them, good for him.  Good for him.  So when he learned

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029653

1  right before this trial that there was someone who had
2  been a cell mate with this defendant, sure, sure he went
3  looking for him.  Good for him.  He should be rewarded.
4  He should be complimented rather than criticized,
5  because when he talked to Jeremiah Evans -- listen to
6  this.  Jeremiah Evans, remember what he said.  Jeremiah
7  Evans, who'd been in the -- who had played ball with the
8  defendant on Wednesdays.  And on Wednesdays, the
9  defendant would ask him for advice about his case.
10  Jeremiah Evans, who's not in trouble today.  Jeremiah
11  Evans is not trying to work his way out of any problem.
12  Jeremiah Evans, who probably really did think he was
13  helping him by saying that Mr. Anderson said he did not
14  do the stabbing himself.  Now, when you plot a story and
15  you don't know the law, you don't necessarily know that
16  if you're in complicity, that's still equal to murder.
17  I'll talk about that when I talk about jury
18  instructions.  Here's what he told Jeremiah Evans.  He
19  told Jeremiah Evans that he borrowed the side-by-side --
20  same thing Leonard Messer said -- that it was an older
21  gentleman, that was Bob Wiggins, 61 years old.  He told
22  him that even -- Mr. Anderson told him that he didn't do
23  the stabbing but that -- here's what happened.
24              (PLAYS TESTIMONY FROM JEREMIAH EVANS)
25  BY MS. NAGLE:

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029654

```
 1        A     He tried to knock the guy out with a rock, and
 2   it didn't knock him out --
 3        Q     It didn't knock the victim out?
 4        A     No.
 5        Q     Okay.  So what did Mr. Anderson say that he
 6   Mr. Anderson did?
 7        A     He had to control -- get a hold of the
 8   situation.
 9        Q     How did he get a hold of the situation?
10        A     I guess he grabbed hold of the guy, started
11   fighting with the guy.
12                   (END OF PLAYED TESTIMONY)
13             MS. BLONDELL:  Had to get a hold of the
14   situation, because you see when he told that to Jeremiah
15   Evans, while they were in the same cell, he probably
16   didn't know that if you get a -- if you try to get
17   control of the situation and you get in a fight and you
18   jump on the person who is stabbed, that's still as much
19   murder.  If it's complicity or it's murder.  It's still
20   murder.  So he didn't know that.  He was trying to -- so
21   he went through all the essential facts except he didn't
22   admit to doing the stabbing.  However, he tells more.
23                   (PLAYS TESTIMONY FROM JEREMIAH EVANS)
24   BY MS. BLONDELL:
25        Q     What did he say happen to the side-by-side?
```



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029655

1    A    I -- he -- I think that the side-by-side he

2  took -- he got home, or he tried to hide it at his wife

3  -- ex-wife's.

4    **Q    Who tried to hide the side-by-side?**

5    A    Mr. Anderson.

6    **Q    Did he tell you where he changed clothes after**

7  **he tried to hide the side-by-side?**

8    A    At his ex-wife's.

9              (END OF PLAYED TESTIMONY)

10            MS. BLONDELL:  Now, all the essential facts of

11  this crime this defendant told Jeremiah Evans, and the

12  best they can offer you is some guy from the Clay County

13  Detention Center who says, "Well, James Otis Sizemore

14  and Jeremiah Evans were in jail at the same time."  Did

15  anybody tell you they ever even saw each other?  No. Did

16  anybody tell you they were in the same cell?  No. Did

17  anybody tell you that they played basketball together?

18  No.  They bring in this guy as the big star witness from

19  the Clay County Detention Center so you'll just guess

20  that maybe James Otis Sizemore told him. Well, you got a

21  live human being -- Jeremiah Evans -- sitting on that

22  witness stand.  He didn't come looking for us.  Nothing

23  wrong with this good officer going looking for him.  So

24  let's talk about the story.  Here's the story.  What you

25  were told.  What the trial told you.  The defendant

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029656

1  stayed with Lij Messer, while Junior and Brenda went
2  shopping.  Except that Junior Messer said that he didn't
3  know what happened while he was gone.  Except that Dave
4  Fox said he didn't see this defendant until 3:00.
5  Except Lij Messer is so medicated he doesn't know --
6  who's their proof?  Where's the proof that he was there?
7  There is no proof.  Because the fact is he was at that
8  time not with Lij Messer, he was with James Otis
9  Sizemore on Redbird Mountain.  He was on that mountain.
10 He was inflicting what his own witness called -- I like
11 it.  I like it better than what the medical examiner
12 said, so I'll use it.  He's slashed and stabbed one,
13 two, three, four, five, six, seven, eight, nine, ten,
14 eleven, twelve in the left side.  And then carotid
15 artery, carotid artery.  And four more stab wounds.
16 Don't look away from that.  And think of this.  Although
17 they almost abandoned this theory.  Ask yourself one
18 question, and frankly sometimes things come to you at
19 unusual times.  I literally came to this conclusion on
20 Friday.  And it went off like a light bulb.  If you have
21 a knife, why do you need to start with a rock?  If James
22 Otis Sizemore intended to kill Bobby Wiggins by himself,
23 why do you start out with a rock?  That was a two-person
24 job, and James Otis Sizemore told you what he did.  Now,
25 I'm not upholding him.  I'm not saying that's great.

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029657

1  It's terrible.  It's vicious.  But he walked in here and
2  said he did it.  If you have a knife, you don't start
3  with a rock.  You start with a knife.  Proof in this
4  case it's exactly what James Otis Sizemore said.  He
5  took the rock and -- yes, would he have ultimately died
6  from that wound to the rock -- by the rock?  Sure he
7  would have.  And I hope my mother will forgive me for
8  saying this.  But what happened is exactly what he told
9  Kim York happened.  "James Otis didn't have the balls to
10 finish it, but I did."  That was a two-person job, and
11 all through this trial -- whoa, I'm telling you, this
12 Jeff Gray -- might've been Jeff Gray, might've been Kim
13 York.  Did anybody see Jeff Gray driving that car or
14 shooting up drugs?  Did anybody see Kim Gray -- Kim York
15 driving that car or shooting up drugs?  Did Kim York or
16 Jeff Gray have the dead man's clothes?  Did Kim York or
17 Jeff Gray have the dead man's knife?  That's to turn
18 your head from a vicious savage attack by this
19 defendant.  Nobody had those clothes that belonged to
20 Bob Wiggins but this defendant.  That sentimental knife
21 of his dad's?  You heard what Faye Scott said.  I was
22 fascinated when she took that witness stand, she said
23 something I didn't even know was coming out of her
24 mouth.  In fact, it rattled it a little bit.  She said,
25 "Where's the money clip?"  And there it was.  Because

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029658

1  she'd done his laundry.  Did Kim York have the dead

2  man's knife?  I felt a little silly myself when I was

3  asking the question about can you buy cigarettes and pop

4  at the chicken store?  I know you-all thought what's

5  this woman -- here's why I said that.  Part of the story

6  is that a man who just delivered green beans and chow-

7  chow where they sell pop and cigarettes.  Why do you

8  stop just a few minutes later to get pop and cigarettes?

9  Because that's what fit into the story.  Not the truth,

10  but that's what fit into the story, and all this

11  clamoring about James Otis Sizemore paid for what

12  happened there, I had to go back and reread his

13  statement.  The defendant said, "Dave Fox paid for it."

14  Again, you may say, "Why are you dwelling on these

15  details?"  Because ladies and gentlemen, these cases are

16  proven by details.  I went back and I caught this when

17  it was first made, but you know, I didn't want to miss

18  anything, so I went back and I listened to the four ways

19  Ms. Nagle told you in her opening you were going to be

20  able to know that he was innocent.  You got to be real

21  careful in this business about what you promise you're

22  going to deliver.  Some of which, obviously, has been

23  abandoned in the closing, and I understand that.  But

24  she started in her opening by saying, "You'll find that

25  there was no blood on the ATV."  But she didn't tell you

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029659

1  that the ATV wasn't on the property when the police
2  came. She didn't tell you that the defendant had hidden
3  it. She didn't tell you that it had set out in the sun
4  and had been washed. She didn't tell you that Leonard
5  Messer was going to say he had that ATV that day. And
6  the knife. She says today -- as if it's a revelation --
7  "Ladies and gentlemen, this is not the murder weapon."
8  Did we say it was the murder weapon? Now, James Otis
9  Sizemore, in his initial statement, said that, but
10 that's not what he said on the witness stand. He said
11 it was a black -- a knife with a black blade. He didn't
12 say it was that knife. You heard what Faye Scott said.
13 That was the knife of Bob Wiggins. And we don't have to
14 figure out why he kept it in his pocket. Maybe it was
15 because he thought he could sell the story that it was a
16 sentimental knife from his daddy. Story which also got
17 dropped in the trial. Faye Scott knows whose knife,
18 with the money clip, that was. And she said the Lowe's
19 video would prove it all. We showed you the Lowe's
20 video. See that's what's so interesting about all this.
21 That Lowe's video doesn't tell you one thing about who
22 killed Bob Wiggins. Now, I'm not going to stand here
23 and tell you who put the lime on Bob Wiggins. I don't
24 know. Because guess what, it doesn't matter. That
25 doesn't have anything to do with who killed him. I



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029660

1   don't know if Jeff Gray went and put lime on him.  I
2   don't know if it was the lime out of the defendant's.  I
3   don't know.  But that doesn't say anything about who
4   killed him.  Again, if you call Jeff Gray's name enough
5   times, maybe you can turn people's head.  But that's
6   just to mislead you.  That's all that is.  That's if we
7   say Jeff Gray enough, and then if we tell you -- I've
8   never seen this.  You put somebody on the stand and you
9   act like it takes one person to serve a subpoena.  You
10  call somebody from the Knox County Sheriff's Department
11  and you said, "Did you try to serve" -- hey.  Anybody
12  over 18 can serve subpoenas.  Maybe some of those 13
13  hours that Faye Scott was tormented could've been used
14  to serve some subpoenas in this case.  That's to mislead
15  you.  That's to make you think, "Oh the Knox County
16  Sheriff's Office, they're hiding the fact."  The
17  investigator could've served those subpoenas.  Anybody
18  could've served those subpoenas.  That's to mislead you.
19  So you'll think somebody's hidden Jeff Gray away.  And
20  Algin Cain?  I mean, did -- James Otis Sizemore told you
21  he went to Algin Cain's house to try to get rid of those
22  -- all these things are designed to mislead you. Because
23  don't let him get you, folks.  They're not here to see
24  that you see all the admissible relevant evidence.
25  They're here to try to convince you that this man, who

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029661

1 had the clothes, who drove his car, who had his knife,

2 that this man, this man who for days and days and days -

3 - days and days and days -- knew all about this. I want

4 to talk just very briefly, very briefly, about the

5 experts they brought in.  Why do you bring in a man to

6 talk about maggots?  Oh my goodness.  A man who's going

7 to tell you how old the maggots are, because that's

8 going to try to convince you when he was -- has nothing

9 to do with Bob Wiggins dying, but have you ever seen

10 anything like it?  A man who says, "I'm an expert." I

11 was offended that he tried to impress you with, "I

12 testified in the Casey Anthony trial."  Well, I hope he

13 did a better job.  Because in this trial, when he told

14 you he made his judgements about this case based on

15 pictures, do you remember he didn't even know when the

16 pictures were taken?  And do you remember I pointed out

17 that he testified in Trigg County, Kentucky and he

18 admitted saying you can't make those judgements on

19 pictures.  Remember him saying that?  Now, I know

20 through all of this, you know, you think, "Well, why do

21 you fight so hard about that?"  You're fighting for the

22 jury to hear relevant, admissible evidence.  And instead

23 you got Casey Anthony's expert witness trying to sway

24 people about -- trying to mislead people about something

25 that has nothing to do with this case.  And his lab is

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029662

1  in his daughter's basement.  Enough said.  That's the
2  kind of experts that the defense brought you in this
3  case.  Do you remember when I asked the defendant -- and
4  I named all these people -- "Do any of them a motive to
5  fabricate?"  In other words, is there a reason all these
6  people would lie on you?  And he said no.  Because he
7  knows they're not lying.  He knows that all these
8  people, who you heard, not just my saying it, who you
9  heard.  People that -- like, Leonard Messer, who had
10 taken care of him.  So I want to briefly help you take a
11 look at these jury instructions.  And to do that, I mean
12 when the judge reads it, I know it's hard to really
13 focus on it.  There are a couple of terms I want you to
14 look at.  And these are written in his definitions.  "A
15 person acts wantonly." What does that mean?  Wantonly?
16 "A person acts wantonly when he is aware of and
17 consciously disregards a substantial and unjustifiable
18 risk that the result will occur, and it's a gross
19 deviation from the standard of conduct that a reasonable
20 person would observe."  Let me tell you why I want to
21 point that out to you.  You're going to have five ways
22 that you can find this defendant guilty of murder.  I
23 told you from day one, that if he either did the
24 stabbing -- and it's clear that he did.  He did the 18
25 stab wounds, but -- so he either intentionally stabbed

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029663

1  him.  That's one way that you can find him guilty.  Or

2  he was aware of and consciously disregarded a

3  substantial and unjustifiable risk that the result will

4  occur.  And that that action is a gross deviation from

5  the standard of conduct a reasonable person would

6  observe.  That's instruction number 1.  Now one of you

7  will -- you'll select a foreperson.  And you'll read

8  through these, of course.  Instruction number 1.  Either

9  way, it's all on this same instruction number 1.  Either

10  if you find he did the stabbing, and there's

11  overwhelming evidence that he did the stabbing, or --

12  intentionally.  I left out the word intentionally.

13  Unintentionally.  Or it was wantonly.  Now, let me just

14  ask you this.  If you have any doubt that it is wanton

15  conduct to stab somebody 18 times and expect them to

16  die, I mean, it sounds ridiculous.  But 18 stab wounds

17  -- if you stab somebody 12 times right there on the left

18  side, and you cut both of their carotid arteries,

19  wouldn't you think it'd be a gross deviation from the

20  standard of conduct that a reasonable -- if you do that,

21  you know somebody's going to die, so whether it is --

22  whether you find that he intentionally wanted him to die

23  or that he engaged in conduct which he knew would cause

24  his death, that's instruction number 1.  Instruction

25  number 2 has to do with complicity.  They're two

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029664

1  different complicity instructions.  One is if you find

2  -- and don't miss this, because Ms. Nagle spent probably

3  80 percent of her closing on James Otis Sizemore, so if

4  you want to believe that James Otis Sizemore first

5  picked up the rock and then picked up the knife -- if

6  you want to believe it's a one-person job, it's still

7  murder.  If James Otis Sizemore caused the death, but

8  the defendant engaged in a conspiracy with him to rob

9  Mr. Wiggins and the intent was that Bobby Wiggins was

10  killed, it's still murder.  It's complicity to murder.

11  Likewise, the next one is complicity to murder to the

12  result.  Again, if you want to believe that this was a

13  one-person job for the stabbing and the rock, which is

14  absurd, but if you want to believe that, and he did what

15  he told Jeremiah Evans he did, that he just got control

16  of the situation, that he just got in a fight with him,

17  that he saw that Mr. Wiggins was getting the best of

18  James Otis Sizemore, then pick that one.  Or the fifth

19  choice is -- listen to this carefully.  If you think

20  he's guilty of murder under instruction number 1,

21  intentionally or wantonly, or complicity -- if you

22  believe any of that and you're not sure -- if you're

23  unable to determine from the evidence whether he

24  committed this crime as the principle, meaning the main

25  one, or an accomplice, it's still murder.  It's still



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029665

1  murder on number 5.  So I encourage you to go to the

2  form verdict.  The court's already said this, but just

3  -- I know you -- this is a jury panel that hasn't heard

4  many cases.  Go to the form verdict, "We the jury" --

5  you've got one, two, three, four, five ways to find him

6  guilty of murder.  Any way you want to look at it, it's

7  murder.  Whether he did the stabbing intentionally to

8  kill him, or whether he did the stabbing in such a way

9  that is a gross deviation from what a reasonable person

10 would do, that's still it.  If James Otis Sizemore did

11 the stabbing and he fought him and held him down so they

12 could rob him and then he killed him, all of that's the

13 same thing.  You have five ways to find him guilty of

14 murder.  One, two, three, four, five.  Just pick one.

15 You can't pick more than one.  That's the key thing to

16 remember.  You can only sign -- the foreperson can sign

17 one line.  No one -- no one, no reasonable person could

18 believe that it would be first degree manslaughter. That

19 the intention when you stab somebody 18 times is to

20 cause them serious physical injury.  Now, I'm coming to

21 a close, and I just want to say to you, to help you see

22 how this ends, we're going to talk one final time about

23 what really happened.  And to aid in looking at this, I

24 want you to look at a calendar because the calendar

25 tells the story.  This is just a regular calendar, but

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029666

1  if you look at that calendar -- let me step to the other
2  side.  He went missing Wednesday, November 23rd.  So
3  recall the testimony as you look at that calendar, and
4  recall that on the very next day, the very next day --
5  or at most two days, he said -- this defendant -- so
6  it's either the 24th or the 25th -- this defendant calls
7  Jeremy Farrell, and he says, "The police are coming to
8  talk to you."  And the story begins.  "And you need to
9  tell them that you saw James Otis Sizemore give me that
10 coat and hat."  But Jeremy Ferrell said, "I didn't see
11 that."  Bob Wiggins is on the mountain.  Bob Wiggins is
12 on the mountain, and he's talking about the police are
13 coming to see you?  The police hadn't interviewed him.
14 All this spin that Ms. Nagle wanted to tell you, that he
15 cooperated, he was nice, oh, no.  He was cooking up his
16 story on the 24th and the 25th.  He didn't go to John
17 Pickard on the 24th or the 25th or the 26th.  He didn't
18 go to John Pickard, period.  He didn't produce that coat
19 and hat until Thursday, December 1st.  The 24th and the
20 25th.  On the 28th, on Monday, Dave Fox and Kim York
21 discuss the fact that Bob Wiggins' car was at the
22 Messers' on the 23rd.  Anybody go to the police on the
23 28th?  Oh, no.  On 12-1 -- on 12-1, the defendant talks
24 to the police.  Does he tell them that he finished him
25 off, like he told Kim York on the pill hunt?  Oh, of



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029667

1   course not.  Does he tell them that the coat and hat
2   were in the car with him?  Does he tell them that he
3   drove the defendant's car?  Or that he had the
4   defendant's knife?  No.  But he tells Kim York.  "I
5   finished it off."  James Otis just couldn't do it.  I
6   knew it was coming.  I knew it was coming when Ms. Nagle
7   said to you in the opening statement her client had been
8   waiting four and a half years for you.  I tell you who's
9   been waiting four and a half years for you, Faye Scott.
10  Chad Scott.  Arnold Callahan.  Bryan Johnson.  Because
11  -- and before I say this -- I'm not criticizing this,
12  it's never too late to get all the truth.  But Paul
13  Harvey rested the story -- Ms. Nagle, when she bemoaned
14  that it had been four and a half years, you didn't know
15  then that the lab work was done by the KSP and the
16  people who testified here, a long time ago.  John Clem's
17  report done in 2012.  Megan Dillary Duff reports done
18  2012, '13, and '14.  So don't misunderstand this.  I'm
19  not in any way begrudging the fact that another lab
20  looked at the evidence.  Good.  They didn't find
21  anything different from the KSP lab.  We did that by
22  agreement.  I'm not begrudging the fact that Dr. Nichols
23  looked at Christin Roth's report.  And he told you he
24  agreed with the medical examiner's findings.  Except Dr.
25  Roth told you -- let me rephrase that.  Dr. Nichols told

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029668

1  you that when he was advised of Dr. Roth's subsequent

2  findings -- and you saw him -- there were marks on the

3  back of the 61-year-old man's hands.  Marks that were

4  consistent with shielding himself from the rock,

5  shielding himself from a rock that didn't fracture his

6  skull, but disabled him, disabled him to the point that

7  the defendant felt the need to finish it off.  So

8  genetic testing, 2014, 2015.  The maggot man was hired

9  in October of 2015.  Dr. Nichols reports through October

10  2015.  Jeremy Woods came in with his report that day.  I

11  don't care.  That's all right.  But the reason she

12  looked at you and said it'd been four and a half years

13  is to make you think that somebody else is responsible

14  for the delay in bringing this case to trial.  The sad

15  thing, ladies and gentlemen, and this family does not

16  want your sympathy.  They don't want a verdict based on

17  sympathy.  They want a verdict based on the evidence

18  that I've tried to help you recall.  They've waited four

19  and a half years because these trials somehow overlook

20  that this is about a human being.  Bob Wiggins, that one

21  witness said wouldn't hurt a flea.  Bob Wiggins, that

22  Ken Jarvis told you he'd known since grade school, that

23  would give you the shirt off your back -- shirt off his

24  back.  Bob Wiggins, who did nothing to James Otis

25  Sizemore and William J. Anderson.  Today is the only day

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029669

1  that 12 of you can say, not out of sympathy for this
2  precious family, but for justice, that whether he did
3  the stabbing himself or whether he got the situation
4  under control and whipped Bob Wiggins doesn't matter.
5  It's all murder.  Anyone of those five ways, he has been
6  proven guilty beyond a reasonable doubt.  I trust this
7  jury to hold him accountable by picking any one of those
8  -- whatever you believe, any one of those five ways, and
9  find him guilty.
10           JUDGE CONSTANZO:  You ready to take them back?
11           BAILIFF:  Yeah.
12           JUDGE CONSTANZO:  Ladies and gentlemen of the
13  jury, if you will follow the bailiff, he will escort you
14  to the -- oh, wait a minute.  Thank you very much.  It's
15  been a few days.  If you'll recall when we first began,
16  I told you that we always seek two alternates in case
17  someone were to get ill, something were to occur.  And
18  that the clerk will draw two names.  Those two names
19  that are drawn will be excused from these proceedings.
20  And that you have considerable time in this if you
21  happen to be the ones that called -- are called, if
22  you'd like to give the bailiff your phone number, we
23  will call you when the verdict is reached, since you
24  were engaged in this.  I'll ask at this time, Madame
25  Clerk, if you'll excuse the two alternates.

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029670

1        CLERK:  438.  254.

2        JUDGE CONSTANZO:  438 and 254.  All right,

3   ladies, thank you so much.  If you want to do that,

4   that's fine.  You don't have to.  Ladies, may I see both

5   of you for a minute?  I know this has been a huge

6   inconvenience.  But believe me, I certainly appreciate

7   your-all's patience.  You-all have been -- this whole

8   bunch has been great.  Thank you very much.

9        Ladies and gentlemen, if you will follow the

10  bailiff, he will escort you to your deliberations. Could

11  I see counsel for just one moment, please?

12              (OFF THE RECORD)

13       JUDGE CONSTANZO:  All right, we'll be back on

14  the record in the matter of the Commonwealth versus

15  William J. Anderson, 12CR41.  The jury has deliberated

16  and returned with its verdict.  This is the verdict

17  which this jury has returned which has been handed to me

18  by the bailiff.  Thank you.  Okay.  On the court's

19  verdict form, "We the jury find the defendant, William

20  J. Anderson, not guilty," signed by the foreperson.  Is

21  this the unanimous verdict of this jury?  Thank you. Any

22  questions of this jury?

23       MS. BLONDELL:  No, Your Honor.

24       JUDGE CONSTANZO:  Very well.  Ladies and

25  gentlemen of the jury, thank you so much for your time.



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

PL 029671

1    I know you're going to hate this, but you are hereby

2    excused from this proceeding.  Thank you so much.

3           BAILIFF:  Jury, now that you've been excused,

4    step right over here.

5           JUDGE CONSTANZO:  Are the jurors out?  All

6    right, Mr. Anderson.  The jury has returned its verdict.

7    They find him not guilty.  The defendant shall be

8    released from custody.

9                   (TRIAL CONCLUDED)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029672

1            CERTIFICATE OF REPORTER

2          COMMONWEALTH OF KENTUCKY AT LARGE

3

4  I do hereby certify that the said matter was reduced to

5  type written form under my direction, and constitutes a

6  true record of the recording as taken, all to the best

7  of my skill and ability. I certify that I am not a

8  relative or employee of either counsel, and that I am in

9  no way interested financially, directly or indirectly,

10  in this action.

11

12

13

14

15

16

17

18

19

20  

21

22  COURTNEY BUSICK,

23  COURT REPORTER / NOTARY

24  COMMISSION EXPIRES ON: 10/18/2017

25  SUBMITTED ON:  09/23/2016

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

———

**-**

———

**--and** 61:19

———

**1**

———

**1** 14:9,18 16:8, 12 22:1 28:11 82:6,8,9,24 83:20

**10** 38:21

**12** 6:25 48:3,7 49:12 82:17 88:1

**12-1** 85:23

**12-5-2011** 40:7

**12:01** 40:16

**12CR41** 12:12 89:15

**13** 79:12 86:18

**13th** 37:4

**14** 30:6 86:18

**15** 30:6 62:6 63:16

**15s** 56:7

**18** 25:9 59:2 79:12 81:24 82:15,16 84:19

**1B1** 19:19

**1B2** 19:22

**1st** 27:6 29:6 32:4,14 33:21 40:17 41:11 43:2,22 64:3 85:19

———

**2**

———

**2** 14:19 22:2 29:23 82:25

**20** 62:7 63:16

**2009** 7:5,6 40:14

**2011** 14:15 15:4,20 16:22 17:7 18:10,21 22:12,25 27:14 28:11,21 29:23 38:16,17 40:10, 16 41:22 45:9 52:9 53:9 59:17 68:25 70:8

**2012** 37:4 38:21,25 86:17, 18

**2013** 7:12,17 8:18 37:4

**2014** 87:8

**2015** 87:8,9,10

**210** 7:16

**21st** 46:6

**23** 11:15 22:12, 25 27:14 28:16, 21 38:16 40:10 41:22 52:9 53:9 68:25 70:8

**23rd** 14:14 15:4,19 16:21 17:7 18:10,20 29:12,16 33:20 41:15 44:10 61:18 85:2,22

**24** 40:16

**24/7** 55:1

**24th** 37:3 43:12 85:6,16,17,19

**25** 45:9

**254** 89:1,2

**25th** 45:12 85:6,16,17,20

**26th** 85:17

**28th** 85:20,23

**29** 32:6

**2:00** 24:16

**2A** 4:1 14:23 16:9,12 20:1

**2B** 3:12,21,22 4:5,22 5:6 9:12,

17 15:14 16:9, 13 20:4

**2nd** 43:19

———

**3**

———

**3** 6:15 7:2 9:21 16:4,14 20:8 22:4 59:17

**30** 34:20

**30s** 51:14 56:7

**331** 8:10,21,22

**3:00** 24:16 60:15,18,19,24 61:5 75:4

**3rd** 32:2,5,15 33:23 41:11 43:22

———

**4**

———

**4** 16:15 17:22 18:1 20:12 38:17

**412** 10:13

**438** 89:1,2

**45** 28:1

**471** 9:25

———

**5**

———

**5** 17:1,23 18:2 20:16 84:1

**558** 8:9

**578** 10:13

———

**6**

———

**6** 6:15 7:2 9:22 17:18 18:3 20:20 49:12

**61** 72:21

**61-year-old** 24:3 87:3

**66** 23:15

**66-year-old** 42:8 50:19,20 68:19

**6:00** 54:25

———

**7**

———

**7** 18:4 19:7,11 20:24

**730** 10:2

**771** 8:10,20,22

**7:00** 54:25

———

**8**

———

**8** 18:15 19:8,12 21:3

**80** 83:3

**892** 8:9

———

**9**

———

**9** 6:15 7:2 9:22 19:3,13 21:7

**921** 10:2

———

**A**

———

**abandoned** 55:5 59:6 75:17 77:23

**absent** 11:3

**absurd** 83:14

**accepted** 59:13

**access** 52:15

**accompany** 55:11

**accomplice** 6:18,20 9:22 10:4,9 16:5,12 17:19 18:1 19:4,11 20:8,19 21:6 83:25

**account** 59:20

**accountable** 88:7

**accuse** 40:13

**acknowledged** 53:20 62:4

**acknowledges** 60:7

**act** 4:2,3 14:24 48:25 79:9

**acted** 27:3,5

**acting** 18:14 19:2

**action** 82:4

**acts** 13:14,18, 22 81:15,16

**Adam** 51:24

**Adam's** 51:24

**addict** 65:11, 18

**admissible** 49:3 79:24 80:22

**admit** 73:22

**admits** 55:23

**admitted** 37:18 38:18 39:23 59:10 61:19 80:18

**admonition** 48:3,11

**advanced** 56:14

**adverse** 7:22

**advertence** 7:25

**advice** 54:4 72:9

**advised** 87:1

**affix** 19:17,20, 23 20:1,5,9,12, 16,21,25 21:3,8

**afraid** 35:21,22



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029674

37:20

**afternoon** 24:16,17 41:22 52:9 53:5 56:1, 12

**age** 61:6

**aggravated** 55:7,8,9,10,20

**agree** 7:13 49:24

**agreed** 41:21 86:24

**agreement** 86:22

**aid** 67:2,8 84:23

**aided** 3:15,18 4:11,18 15:10, 24 17:14 18:25

**aiding** 4:20

**air** 45:13

**Alex** 23:6,14

**Algin** 27:15,18, 19,24 36:1 79:20,21

**Algin's** 28:3

**allegation** 8:3

**allegedly** 36:17

**allowed** 9:10

**alternates** 88:16,25

**alternative** 5:19 8:11

**and/or** 14:17 15:6,22 16:24 17:9 18:13,23, 25 19:1

**Anderson** 4:10,17 5:1 12:12,21 14:11, 25 15:16 16:7, 17 17:3,21 18:6,16 19:6, 16,18,21,25

20:3,7,11,14, 18,23 21:1,5,22 22:2,9 23:1 25:3 26:5 27:5 28:19 29:19 30:23 31:17 32:13 33:19,24, 25 34:24 35:2, 6,7,12,19 36:10,15,16 37:14 38:10,22 39:25 41:4,10, 14,21,23 43:14, 21,25 44:3,6, 10,11,14,23 45:20,21 46:21, 23,24 47:11 70:4 72:13,22 73:5,6 74:5 87:25 89:15,20

**Anderson's** 25:4 31:18,25 32:7,8 33:6 40:25

**Anthony** 80:12

**Anthony's** 80:23

**anticipated** 68:16

**anymore** 55:15

**anytime** 52:22, 24

**appeals** 7:13

**applies** 5:21

**approach** 47:13

**appropriately** 7:18

**area** 23:6

**argue** 41:13

**argument** 46:21,22 47:24

**arms** 25:23

**Arnold** 86:10

**arrested** 32:2, 15 33:22,23

34:10 35:18 36:20 38:22 39:19

**arrived** 42:5

**arteries** 25:6 82:18

**artery** 75:15

**assisted** 4:12, 14,18 5:3

**attached** 38:19

**attack** 42:7,8 76:18

**attacked** 10:18 24:6

**attempt** 48:6

**attention** 38:5

**ATV** 38:11,12 39:1,5,14 77:25 78:1,5

**aunt** 23:8 45:22

**avoiding** 36:4

**aware** 13:20,23 81:16 82:2

———————

**B**

**B-e-s-s-i-n-g-e-r** 7:12

**baby** 12:3,6

**back** 9:4 12:2, 10 23:10 25:13, 15 26:15,16,22 27:13,15,17,18, 25 28:1,2 30:3, 21 32:12,25 38:24 48:7,9 50:15 51:14 54:11 55:7,22 58:17 68:18 71:9,12 77:12, 16,18 87:3,23, 24 88:10 89:13

**backseat** 62:15 66:19

**bad** 7:20,25 8:3 40:14 58:21

71:18

**bag** 41:2

**bags** 45:11

**bailiff** 12:1,7 33:8 88:11,13, 22 89:10,18

**ball** 72:7

**balls** 66:13 67:15 76:9

**banned** 57:11, 12,17

**barrel** 35:10

**based** 43:14 80:14 87:16,17

**basement** 81:1

**bash** 71:22

**Basically** 4:15

**basketball** 74:17

**batteries** 40:7

**beans** 42:3 54:23 61:14,15 77:6

**beat** 37:20

**Beattyville** 59:11

**bedside** 53:5

**began** 88:15

**begged** 41:11 64:11

**begin** 48:16 50:8 55:5

**begins** 85:8

**begrudging** 86:19,22

**behalf** 48:17 49:8

**believable** 31:7

**believed** 31:13,16

**believes** 5:20

53:21

**Bell** 14:14 15:3, 19 16:20 17:6 18:9,20

**belonged** 33:19,25 40:16, 17 43:1 76:19

**belongs** 34:7 40:5

**bemoaned** 86:13

**BENCH** 3:3 9:1,3 11:25 47:15 48:1

**berate** 65:19

**Bessinger** 7:11

**Bible** 47:19,20, 21,24

**big** 29:17 37:5 40:12 48:25 52:20 54:18,19, 21 57:10 74:18

**Bill** 26:8,13,15, 17,22,23 27:1,5 30:12 31:2,11 32:2 37:11 41:8 42:3,6,23 43:3, 9,19 47:4,6 71:5

**Bill's** 26:23 31:25 33:11 46:5

**Bill-bill** 45:23 46:1

**bit** 37:10 50:24 76:24

**black** 7:6 28:20,23,24 29:1 34:8 35:15 61:23 69:2,3,4 78:11

**blade** 32:20 78:11

**blades** 32:9

**blame** 30:12,14 45:7 68:10,11



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029675

**bleeding** 23:25

**bless** 39:21

**Bloggen** 23:16

**Blondell** 3:7, 23 5:10 6:23 8:17 10:25 12:14 21:19,20 47:13,16 48:13, 14,15 52:14 53:3 56:25 57:9 59:23 60:5,13, 18 64:2,21 65:3 66:17 67:18 68:10 69:8 70:15 71:8 73:13,24 74:10 89:23

**blood** 24:22, 23,25 25:4,5, 17,18,19 28:6 32:22 34:12 39:3,4,5 53:17 62:22 63:1,5 77:25

**bloody** 25:2,3 37:24 54:10

**blow** 24:6

**blows** 23:20 24:1,8,10

**blue** 38:13,14

**blunt** 23:22

**Bob** 57:22 58:1,4,5,7 60:18 64:5 65:6 66:22 67:7,25 72:21 76:20 78:13,22,23 80:9 85:11,21 87:20,21,24 88:4

**Bobby** 3:15,16, 17 14:16,18,22 15:6,8,10,11, 12,21,24,25 16:2,23 17:9, 11,14,15,17 18:12,22,25 19:1 22:12,13, 14,15,17,19,21, 24,25 23:4,19,

22 24:3,6,18 26:3,5 27:10, 12,22 28:14,18 29:13,25 30:1,3 36:25 37:22 46:17 49:13 51:3 55:11,22 57:19 61:17 75:22 83:9

**bodily** 14:9

**body** 24:24 25:12,13 30:17 43:18 45:12,15 66:22,25 67:25 69:19

**book** 56:10

**borrowed** 72:19

**bottom** 7:13 21:10,11

**bought** 45:10 54:22

**box** 26:19

**Boyfriend** 56:5

**boys** 30:3

**brain** 23:25

**Branch** 34:5

**break** 48:3 65:16

**breathing** 24:18

**Brenda** 41:23 42:1 71:6 75:1

**briefly** 80:4 81:10

**bring** 51:14 74:18 80:5

**bringing** 87:14

**brings** 36:14

**brother** 27:7 33:12

**brought** 62:8 80:5 81:2

**Bryan** 86:10

**Buckeye** 34:5

**building** 55:3

**bulb** 75:20

**bunch** 46:19 89:8

**burden** 22:8 46:18 48:20

**buried** 30:23 45:12,15,24

**burn** 27:24 28:2,4 55:11 61:22

**burned** 27:16, 23 28:4,7 34:7 63:10

**burning** 55:21

**burns** 26:19

**business** 51:5 52:2 66:14,15 77:21

**buy** 26:10 32:10,11 33:14 37:13 58:9 77:3

**buying** 30:4

———————

**C**

———————

**Cain** 27:15 36:1 79:20

**Cain's** 27:18, 19 79:21

**calendar** 84:24,25 85:1,3

**call** 28:19 42:23 45:5 47:18 49:15 57:23 58:9 65:10 79:4,10 88:23

**Callahan** 86:10

**called** 22:14 35:8 39:10 42:23 43:2,3 45:6 64:12,22 75:10 88:21

**calling** 67:11

**calls** 35:14 37:5 45:22 58:17 85:6

**cameras** 39:15,16

**Camry** 7:6 28:21 40:15

**candor** 56:2

**capable** 10:11

**captured** 30:21

**car** 22:14,18,25 23:10,11,12,13, 14 26:5,19,21 27:16,19,20,22, 23 28:3,5,22 29:1,10,21 30:2 34:8 37:13 40:14,15,18,19, 20,22 41:24 42:24 43:7,20 55:8,9,10,12, 20,22 61:17,18, 23,24,25 62:10 63:9,10 67:24 69:2,3,4 76:13, 15 80:1 85:21 86:2,3

**care** 60:9 66:13,14 71:15 81:10 87:11

**careful** 77:21

**carefully** 83:19

**caring** 60:3

**Carlos** 7:15

**carotid** 25:6 75:14,15 82:18

**carried** 33:20

**cars** 27:4

**case** 3:25 5:23 6:9,11 7:13,15, 17 8:16,18,19 9:25 12:24 22:1,5,7 34:2, 12 35:18 38:9 41:4 48:5,19

49:6,7 50:23 53:21 56:17 69:10 72:9 76:4 79:14 80:14,25 81:3 87:14 88:16

**cases** 8:19 9:23 77:15 84:4

**Casey** 80:12, 23

**caught** 10:22 11:6,13 77:16

**caused** 14:18, 21 15:7 23:23, 24 44:5 83:7

**causing** 17:15 33:4

**cell** 5:25 6:1 34:4,7 40:5 58:8 72:2 73:15 74:16

**Center** 37:3 74:13,19

**Chad** 86:10

**chance** 3:4 26:9

**change** 31:6 44:6 58:24

**changed** 25:1, 21 37:9 54:10 74:6

**charges** 21:22 35:11 65:14,16 67:22

**check** 40:4 41:12 51:23 52:1

**chest** 33:2,5

**chicken** 40:12 54:19,21 77:4

**child** 55:13,16 57:12

**children** 51:8

**choice** 83:19

**choose** 6:7 7:1



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029676

chow 54:24 77:7

chow- 54:23 77:6

chow-chow 42:4

Christin 86:23

cigarettes 26:10,14 77:3, 7,8

circumstance 13:19,21,23,25

circumstance s 14:22 16:3

citizen 44:4

citizenry 49:2

citizens 48:17

clamoring 77:11

Clay 37:3 74:12,19

clean 25:17,20

clear 9:9,13,14 81:24

Clem's 86:16

clerk 88:18,25 89:1

client 86:7

clip 76:25 78:18

clobbered 23:19

close 33:8 45:19 55:1 84:21

closes 55:3

closing 11:4, 14,18 47:24 49:7,14 51:5,15 54:24 77:23 83:3

clothes 25:3 54:10 74:6 76:16,19 80:1

clothing 24:25

co- 39:22

coal 23:17

coat 26:24 27:1 28:23,24 29:1, 8,9,14,16,21 30:10,15 34:3 42:13,14,22,24 43:6,8,10,20 54:13 61:23,24 63:23 64:17,23 67:4,6,7 70:25 71:6,16 85:10, 18 86:1

coincidence 62:14

colleague 47:18

colleague's 11:4

combination 10:3,6

combine 22:6

commercial 61:9

commit 33:17

committed 16:11 17:25 19:10 45:16 83:24

common 51:20,21 56:12 59:9 61:21

commonwealt h 4:10 5:16 7:12,16 8:8 9:25 10:12 12:11 22:8 44:5 48:22,24 49:1,2 50:3 53:21 89:14

Commonwealt h's 4:13 5:15, 16 6:9,10 8:17

community 48:18 49:1 69:15,17 70:3

company 23:17

complain 10:3 71:20

complaint 10:5

completely 3:24

complicity 3:13 4:3,5,13, 20,23 5:21 9:12 14:24 15:1,14, 15,16 16:8 17:1,3,22 18:15,17 19:7, 25 20:4,15 21:2 46:20,22 72:16 73:19 82:25 83:1,10,11,21

complimented 72:4

comport 6:9

concealed 7:20

conclusion 13:7 39:5 75:19

concocted 64:10

conduct 13:15, 17,19,21 14:3, 19 16:2 81:19 82:5,15,20,23

CONFERENC E 3:3 9:1,3 11:25 47:15 48:1

confessed 31:19

confession 31:13

confirmed 44:24

confirms 41:25 62:16

confiscate 39:8

confiscates 39:1

confused 42:9,11,20 50:21,24 68:19, 20

confusion 43:14,15

conjunction 22:19

connected 29:13

connection 27:10

conscious 13:16

consciously 13:24 81:17 82:2

consecutively 10:8

considerable 88:20

considered 10:10 12:19

consistent 31:9 87:4

consistently 44:19

conspiracy 3:14 4:24 6:2 15:9,23 17:12 18:24 29:17 41:18 53:23 57:22 83:8

conspired 6:4 46:25

CONSTANZO 3:4,8,11,19,22 4:1,4,7 5:7,12 6:12 7:2,8 8:15, 20,23 9:4 11:23 12:5,10,16 21:18 47:25 48:2,9,14 88:10,12 89:2, 13,24

constitutes 14:2

contention 10:14

continuing 31:6

control 73:7,17 83:15 88:4

convenient 41:8

conversation 43:11,17

conversations 43:15

convict 6:17 33:16 35:5,7 36:10 37:14 38:2 43:13,16

convicted 56:4 59:7

conviction 6:16 21:25

convince 79:25 80:8

cooking 85:15

cooperated 85:15

cooperates 38:23

cooperative 29:9

COSTANZO 47:14

could've 40:4 52:22 69:21,24 71:16 79:13,17, 18

counsel 11:9, 11 89:11

counseled 3:16,18 15:10, 25 17:14 18:25

county 14:14 15:3,19 16:20 17:6 18:9,20 36:2,7,8,10



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029677

37:3 74:12,19
79:10,15 80:17

**couple** 7:10
10:22 70:13,15,
21 71:13 81:13

**court** 5:22 6:23
7:12,13,15,17
8:4,6,8,18 9:5,
7,13,22,23,25
21:17 48:13

**court's** 5:14
48:11 84:2
89:18

**courtesy** 66:2

**courtroom**
13:11 21:15
35:23 52:3

**courts** 8:10 9:9

**Courtside** 48:3

**cover** 25:13

**crazy** 54:20

**created** 14:20
16:2 59:6

**creates** 14:5

**credit** 52:3
64:14,17,19
65:14 66:8

**Creek** 23:6,14
28:1 34:5

**crime** 10:17
12:18 16:11
17:25 19:10
29:13 33:17
36:6,7,8 38:4,6,
7 39:6,17 40:3,
23 41:6 45:15,
16 74:11 83:24

**criminal** 34:17
44:25

**criticized** 72:4

**criticizing**
86:11

**Crockett** 23:15

**crystalize**
55:25

**CSI** 38:5,6

**culprits** 36:6

**Curt** 40:22

**cussed** 44:15

**cut** 18:25 24:21
25:6 82:18

**cutting** 5:18
14:17 15:6,22
16:24 17:9
18:13,23 19:1

---

**D**

**dad's** 76:21

**daddy** 78:16

**damn** 45:24

**damned** 41:16

**Daniel** 10:21

**darkness**
25:14

**dated** 8:19

**dates** 43:15

**daughter's**
81:1

**Dave** 26:8,9,13,
14 28:17,18
41:24 42:3,6
43:22 44:5
51:25 58:15,19,
20 59:3,5,6,7,
10,19,24 60:12
61:15 62:8 75:3
77:13 85:20

**day** 11:6 14:15
15:4,20 16:21
17:7 18:10,20
22:25 30:3
36:13 49:17
52:25 53:3,11
54:1 57:3,13
59:20 62:17
64:3,4,5,22
65:6 68:25
69:5,6,9,13,17
70:2,7,17 71:1,
2,3,5,14 78:5
81:23 85:4

**87:**10,25

**daylight** 24:16

**days** 45:13
50:5 69:20
70:13,15,21
71:14 80:2,3
85:5 88:15

**daytime** 25:14

**dead** 27:12
60:19 61:25
64:25 65:3,6
76:16,17 77:1

**deal** 30:5,14
34:19,20 35:3
45:8

**death** 4:12,15,
25 14:6,18,20,
21 15:7 16:2
23:3 51:3 82:24
83:7

**December**
27:6 28:10
29:6,23 32:2,4,
5,14,15 33:21,
23 37:3 38:17
40:17 41:11
43:2,19,22 46:6
59:17 64:3
85:19

**decide** 42:21

**decides** 30:12,
13

**decision** 42:19

**deer** 30:19
45:22

**defendant**
3:14 5:18,20,
23,25 6:3,18
9:14 12:18,20
13:1,3,8 14:10,
16,25 15:8,12,
15,23 16:1,6,
10,16,23 17:2,
12,16,20,25
18:5,11,16,23
19:6,10,15,18,
21,24 20:3,6,
10,14,18,22
21:1,5,12 36:15

**39:**23 51:2,7,
16,25 52:8
53:10,25 54:1,
3,13 55:7
57:14,16 58:2,
6,8,12 59:4
60:8,9,14,24
61:16 62:15,17,
19 63:14 64:5,
8,15,16 65:4
66:19 67:7,24
69:25 72:2,8,9
74:11,25 75:4
76:19,20 77:13
78:2 81:3,22
83:8 85:5,6,23
87:7 89:19

**defendant's**
5:24 6:4 56:5
58:7,18 61:18
67:6 79:2 86:3,
4

**defendants**
59:21

**defense** 7:4
36:9 48:22
49:8,13 50:3
59:13,14,15
81:2

**defining** 13:20

**definite** 42:4

**definitions**
13:12 81:14

**degree** 14:1
16:15,17 17:1,
3,18,21,23
18:4,6,15,17
19:3,7,8 20:11,
15,19,23 21:2,6
84:18

**delay** 87:14

**delays** 50:10

**deliberate**
13:10 21:13

**deliberated**
89:15

**deliberations**
89:10

**deliver** 77:22

**delivered** 77:6

**delivering**
42:3

**demeanor**
27:3

**Department**
79:10

**depend** 42:16

**depended**
41:4,5 47:7

**dependent**
34:22

**Deputy** 29:5

**describes**
3:24 4:1 31:25

**Desi** 61:15

**designed** 63:6
79:22

**Dessie** 40:11
42:2 54:24,25
61:14

**destroy** 29:2,
11 34:10

**destroyed**
7:20 25:24
26:20 34:11
37:24 39:21

**destroying**
29:19 34:2

**details** 31:4
60:22,23 77:15,
16

**Detective**
38:20 39:7,15
40:9 41:8 56:17
58:22 59:11,17

**Detention** 37:3
74:13,19

**determine**
16:10 17:24
19:9 83:23

**develop** 55:12

**developed**
29:16 55:19

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029678

deviation 14:2 81:19 82:4,19 84:9

die 82:16,21,22

died 65:6 76:5

dig 70:16

digging 45:10

Dillary 53:16 86:17

dirty 63:1,2

disabled 87:6

disclosed 66:8,9 68:12,20

discovered 43:18

discuss 48:4,5 85:21

discussed 64:24

discusses 4:9

disfigurement 14:7

disregard 14:2 47:22

disregarded 82:2

disregards 13:24 81:17

distract 49:11 59:2

distraction 36:7 49:11

distractions 36:5

divot 23:24

doctor's 51:14

door 51:20,22 61:21

double-bladed 32:1

doubt 12:23,24 14:13 15:3,18 16:6,19 17:5,20

18:8,19 19:5 22:7,10 38:3 39:24 40:24 47:6 82:14 88:6

draft 10:22

drafted 64:10

dragging 12:5

draw 88:18

drawn 88:19

drink 44:17

drive 26:1 27:25 52:11 55:21

driven 52:22

driver's 55:17

drives 25:14, 16,20

driving 28:20 42:25 76:13,15

dropped 29:25 30:3 78:17

drove 30:1 57:13 61:19,25 80:1 86:3

drug 6:2 31:9 65:11

drugs 22:14,18 23:11 46:14,16 56:15 58:10 62:3 76:14,15

due 7:24 35:13

Duff 53:16 86:17

dwell 60:21

dwelling 77:14

dying 80:9

**E**

early 52:9 56:1

easier 29:18

easy 50:11,12, 13 53:17

edition 33:13

effect 7:25 48:4 56:14

effective 22:4

effort 40:18,19, 21

elements 10:4, 8

eleven 75:14

Elijah 51:24 56:24

emerges 56:22

emotional 33:10 45:4

empty 41:2

encounter 60:20

encourage 84:1

end 9:1 11:25 19:14 22:11 44:18 48:1 53:2 57:8 59:22 60:4,17 64:1 65:2 66:16 67:17 68:9 69:7 70:14 71:7 73:12 74:9

ends 84:22

enforcement 22:5 36:21 41:4

engage 13:16

engaged 3:14 4:16,23 15:9,23 17:12 18:24 82:23 83:8 88:24

engaging 14:19 16:1

epiphany 69:23

equal 72:16

escapes 30:18

escort 88:13 89:10

essential 73:21 74:10

established 7:23

ethical 47:19

Eubanks 29:5

Evans 5:3,20, 21 34:15 36:13, 18,20 37:2,6,15 54:1,4,5,8,14 61:1 65:24 68:14,15 71:17, 18 72:5,6,7,10, 11,12,18,19,24 73:15,23 74:11, 14,21 83:15

evening 29:6 69:5,9,13,16 70:2,17 71:13

evidence 3:25 5:17 6:6,8,10, 11 7:4,15,18, 19,21,24 8:5,12 9:6,8 10:19,20 11:12,19,20,22 12:19,22 14:13 15:2,18 16:6, 10,19 17:5,20, 24 18:8,18 19:5,9 22:1 23:2 25:23 26:20,24 27:2,5 28:6 29:19 31:7 34:2 35:20 37:23 38:2,9 39:20 40:20,25 41:9 42:18 45:14 47:4,8 49:3 53:22,23, 24 60:23,24 61:14 62:24 79:24 80:22 82:11 83:23 86:20 87:17

evolve 71:19

ex-wife 54:16

ex-wife's 54:9 74:3,8

examine 32:12

examiner 23:21 24:9 31:20 75:11

examiner's 86:24

examiners 31:14

exchange 63:24

excuse 88:25

excused 88:19

executed 53:14

exist 10:20

exists 13:21 14:1

expect 82:15

expecting 52:5

expert 80:10, 23

experts 80:5 81:2

explain 42:15 54:5,6

explaining 54:14

explanation 55:15 65:7

exposed 45:12

extreme 14:23 16:3

extremely 49:23

eyes 49:11

**F**

F-in' 44:3

F-u-t-r-e-l-l 9:24

fabricate 81:5

face 24:12



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

fact 9:20 38:11 44:9 63:13 66:3 71:23 75:7 76:24 79:16 85:21 86:19,22

factors 22:6

facts 55:5 73:21 74:10

fair 52:23

fairly 9:24

faith 7:20 8:1,3 11:2,9 47:7

fakes 58:9

fallen 35:14

family 33:15,18 35:15 87:15 88:2

fancy 48:25

Farrell 26:6 42:23 62:22 64:15 85:7

Farrell's 25:1, 20 26:4

fascinated 76:22

fast 27:2

favorable 7:22

favorite 68:2

favors 59:9

Faye 27:6 28:11,13 29:2 33:7,10,16 40:8 57:25 76:21 78:12,17 79:13 86:9

feel 33:15,16, 17

fell 24:12,13 69:10

felon 56:4 59:7

felony 36:20

felt 36:21 77:2 87:7

Ferrell 42:22, 23 60:20 62:21, 25 63:7,8,11, 18,19 64:8,11, 14,18,20 65:5,8 85:10

fight 4:17 24:1, 3,4 30:25 31:1, 8 37:1 73:17 80:21 83:16

fighting 73:11 80:21

figure 30:8 78:14

filling 61:10

final 10:22 84:22

finally 7:4 24:5

find 6:19,20 10:19 12:20,25 13:1,2,3,8 14:9, 25 15:15 16:13, 15 17:2 18:2,5, 16 19:12,15,17, 21,24 20:3,6, 10,14,18,22 21:1,5,12 25:17,19 27:20 37:17 38:8 41:7 47:11 53:14 71:9 77:24 81:22 82:1,10, 22 83:1 84:5,13 86:20 88:9 89:19

finding 7:19,25 10:17 14:15 15:5,20 16:22 17:8 18:11,21 36:6

findings 86:24 87:2

finds 9:7 24:19, 20 38:24 43:1

fine 89:4

finger 38:23

finish 67:14, 15,16 76:10 87:7

finished 62:20 85:24 86:5

fire 44:12

fit 36:24 77:9, 10

fix 35:17

flashlight 45:11

flea 32:11 87:21

fleeth 30:20 44:13

Florida 22:18 51:12

focus 64:2 81:13

folks 36:8 51:11 61:19 65:14 69:20 79:23

follow 6:11 21:11 88:13 89:9

food 51:18

force 23:22

foreperson 13:6 19:16,20, 23 20:1,5,9,12, 16,21,24 21:3,8 82:7 84:16 89:20

forget 50:11, 12,13 57:19,20 68:3

forgive 76:7

form 8:12 10:11 13:7 16:14 18:3 19:14,15 21:14 84:2,4 89:19

forward 24:13

fought 84:11

found 7:11,17 25:3 29:20 33:22 37:1 39:20 42:24

43:19 66:23,25 67:25 69:19

four-wheeler 52:17,18

Fox 26:8,9 28:17 41:24 44:5 51:25 58:15,20 59:3, 5,6,7,10,19,24 60:12 61:16 62:8 75:4 77:13 85:20

Fox's 43:23

fracture 87:5

frankly 75:18

free 35:21 52:15

Friday 75:20

friend 25:20 30:13 43:23 51:24 58:18 59:4 60:10 61:3,4

friends 57:25

front 62:21

fronts 51:13

fruits 40:3

frustrated 42:15,21

function 14:8

Futrell 9:24

_____

G

game 28:12,16

garage 38:19

gas 40:8

gave 28:24 30:15 33:7,10 34:3 40:8 63:3 64:17

genetic 87:8

gentleman 72:21

gentlemen 12:16 21:9,15, 21 22:23 24:7 25:10 29:6 30:20 31:12 39:17 41:20 42:16 44:12 47:2 48:2,15 69:9 77:15 78:7 87:15 88:12 89:9,25

Georgia 22:19 51:12

get all 86:12

give 44:17 63:22 85:9 87:23 88:22

giving 34:23 53:25

Glad 58:16

glove 26:19

goal 49:8,9,13

God 28:23 43:20

God-given 56:12 59:9

good 11:2,9 28:12 46:4 59:3 61:3 71:20,23, 25 72:3 74:23 86:20

goodness 54:12 80:6

grabbed 24:13 73:10

grade 87:22

grandmother 23:8 35:24

grave 14:20 16:2

gravedigger 45:6

gravesite 39:10

Gray 23:9 35:20,22,25

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202





502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029680

36:5 45:10,16
76:12,13,14,16,
17 79:1,7,19

**Gray's** 39:11,
13,14,15 46:15
79:4

**great** 48:20
75:25 89:8

**green** 54:23
61:14,15 77:6

**grew** 23:7

**gross** 14:2
81:18 82:4,19
84:9

**group** 51:22

**grown** 23:7
51:8

**guess** 66:4
73:10 74:19
78:24

**guilt** 41:15

**guilty** 6:21
10:17 12:21,23,
25 13:1,2,3,9
14:11,25 15:16
16:7,13,17
17:3,21 18:2,6,
16 19:6,12,16,
18,21,25 20:3,
7,11,14,18,23
21:1,5,13 22:2,
9,12 30:20
34:20 38:8,10
39:25 41:7
44:12 47:5,12
71:10 81:22
82:1 83:20
84:6,13 88:6,9
89:20

**gush** 24:22

**gushing** 25:5
63:5

**guy** 30:15
71:18 73:1,10,
11 74:12,18

## H

**H-a-l-v-o-r-s-e-n** 10:1

**half** 21:23
23:16 31:24
35:9 41:2,10
43:12 47:11
86:8,9,14
87:12,19

**Halverant**
10:17

**Halvorsen**
10:1

**hand** 23:10
25:16 31:12,18
68:12

**handed** 31:15
89:17

**handle** 32:20

**hands** 25:22
31:8 63:4 67:6
87:3

**hang** 46:1

**happen** 44:20
52:1 63:25 66:9
68:16 73:25
88:21

**happened**
23:18 36:25
43:2,15,17,19
53:20 54:6
55:23 56:1,3,7,
19 58:13,16
72:23 75:3
76:8,9 77:12
84:23

**hard** 49:21
69:11 80:21
81:12

**Harvey** 61:7
86:13

**hat** 26:23 27:1
28:23,24 29:1,
8,10,14,16,22
30:9,10,15 34:4
42:13,14,22,24
43:7,8,10,21

44:1,8 54:13
61:23,25 63:22
64:17,23 67:4,
6,7 70:25 71:17
85:10,19 86:1

**head** 23:19,23
24:8 30:11
35:17 37:18,19
44:2,8,18 76:18
79:5

**health** 14:7

**hear** 8:7 44:2
45:4,5 48:19,
21,22 50:8
51:15 54:25
55:14 58:21
60:5 61:8
62:16,18,21
63:7 65:15
80:22

**heard** 11:12
37:4,17 51:5
53:16 61:7,13
62:24 63:6
66:10 68:15
69:12 76:21
78:12 81:8,9
84:3

**heared** 69:5,6,
8

**hears** 28:19

**heart** 39:21
51:10

**Heck** 40:3

**held** 4:18 8:4,
11 29:14,15,22
32:13 63:12
84:11

**helped** 46:23

**helping** 41:24
72:13

**Helton** 23:6
35:23

**hemorrhage**
23:25

**hey** 46:1 56:8
65:22 79:11

**hidden** 55:10
78:2 79:19

**hide** 29:11
74:2,4,7

**hiding** 61:2
79:16

**high** 26:2

**Highway** 23:15

**hilt** 33:2

**Hinkle** 40:22

**hired** 87:8

**hold** 40:18
73:7,9,10,13
88:7

**holds** 11:9
29:3

**home** 22:13,
15,22,24 23:4,5
25:4,21 27:7
33:23 36:12
39:19 41:23
42:2 65:24 69:1
74:2

**Honda** 38:17,
20,22

**Honor** 3:7,9,23
7:3 8:7 12:14,
15 47:13 89:23

**hooey** 58:1

**hope** 76:7
80:12

**hoping** 11:16

**hospital** 55:13,
14

**hour** 44:14

**hours** 56:1,4
62:4 63:11
79:13

**house** 6:4
26:4,15,23
28:15 34:9 42:5
44:9 52:10
57:6,15,21
58:1,8 60:2
79:21

**huge** 89:5

**human** 14:23
16:4 65:12
66:5,18 74:21
87:20

**hunt** 62:10,13,
17 85:25

**hunter** 45:23

**hurry** 55:2

**hurrying** 55:14

**hurt** 87:21

**husband** 39:21

## I

**ia** 14:23

**idea** 55:23

**ill** 88:17

**immediately**
13:11 29:24,25
48:6 70:20

**impairment**
14:7,8

**important** 39:9
49:23 50:23
57:9 63:17
68:17

**impress** 80:11

**imprisonment**
35:5

**improper**
11:11,19

**inappropriate**
8:5

**included** 7:7
9:11

**including** 9:20

**inconvenience**
89:6

**incorporation**
10:7

**Indian** 25:25
26:7 30:2 42:6

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029681

indictment 12:18 14:16 15:5,21 16:23 17:8 18:11,21

indifference 14:23 16:4

inevitably 48:16

infer 7:21

inference 3:24 6:6,8

inflicting 75:10

inform 63:24

informed 63:20

initial 78:9

injuries 23:22 24:11,12

injury 14:4,5 16:25 17:11,13, 15,17 84:20

innocent 12:18 21:22,25 38:9 41:6 66:21,22 67:9 77:20

inside 32:21

instructing 6:23

instruction 3:12,19 5:6 7:5, 7,15,18 8:1,5 9:8,17,20,21 10:3,6,7,15,21 11:1 13:2,3 14:9,12,23 15:1,14,17 16:4,8,9,11,13, 14,18 17:1,4, 18,22,23 18:1, 3,4,7,14,18 19:3,7,8,11,12, 13,19,22 20:1, 4,8,12,16,20,24 21:3,7,13 82:6, 8,9,24 83:20

instructions 4:8 6:15,21,24 9:5,11 10:9

11:24 12:17,21 13:4,7,9,12 16:12 21:11,16 46:19 72:18 81:11 83:1

insult 46:16

intelligence 46:16

intend 6:12

intended 4:23 15:12 16:25 17:10,16 24:7 75:22

intent 5:8 9:18, 19 83:9

intention 84:19

intentional 19:18 47:22

intentionally 7:20 13:14 14:19 15:8 47:17 81:25 82:12,22 83:21 84:7

interesting 38:11 78:20

interrogate 30:24 44:3

interrogated 43:21,22,23

interrogation 44:15

interrupt 11:4

interrupted 42:10

interview 40:6

interviewed 40:11 85:13

introduce 45:14

invaluable 48:19

investigate 41:5 47:7

investigation 22:5 38:4,7,8 39:7,17,18 40:23 41:6 47:5 67:3,8

investigator 65:24 79:17

involved 29:13 36:8 45:19 68:11

involvement 46:15

issue 7:9

issued 36:1

---

**J**

Jackie 56:13

Jackson 8:10

jail 35:19 36:14 37:2,5 45:5,21 46:17 74:14

jailhouse 36:13

James 3:15,16, 18 5:23 6:4 9:17 15:5,7,9, 11,21,24,25 17:8,10,13,14, 16 18:22,24 19:1 22:20,22, 23 23:3,4,5,6, 18 24:1,4,13, 17,18,21,24 25:11,24,25 26:1,4,7,11,16, 17,18,22,23,24 27:3,12,17 28:20,24,25 29:18,23 30:7, 11,23 31:13,16, 17,22,23 34:2, 14,15,18,25 35:6,24 36:24, 25 37:2,5,19 38:12,15 39:3, 6,19 40:5,6 42:4,25 44:21, 23 45:10,17,22 46:14,23,24,25

55:11 57:1,4, 10,13,15 58:2, 5,6,11 61:16,22 62:7,20,25 63:9,22 64:16 66:13 67:15 69:1,3 70:1 74:13,20 75:8, 21,24 76:4,9 77:11 78:8 79:20 83:3,4,7, 18 84:10 85:9 86:5 87:24

January 38:21

Jarvis 87:22

Jason 43:24 44:1,2

Jeff 35:20,22 36:1,5 39:11, 12,13,14,15 45:10,16 46:15 76:12,13,16,17 79:1,4,7,19

Jeremiah 5:3, 20,21 34:15 36:13,17 37:6, 15 54:1,4,8,14 61:1 68:14,15 71:17 72:5,6, 10,12,18,19,24 73:14,23 74:11, 14,21 83:15

Jeremy 25:1, 20,21,22,25 26:4,6,16 27:2 42:22,23 43:2, 3,7,8 60:20 62:20,22,25 63:7,8,11,18,19 64:4,8,11,14, 18,20 65:5,7,8 85:7,10 87:10

Jeremy's 26:16 42:4 43:6

job 49:9 51:17 71:20 75:24 76:10 80:13 83:6,13

John 49:17 67:5 85:16,18 86:16

Johnson 8:8 38:21 39:7,15 40:9 41:8 59:11 86:10

joined 54:11

joke 67:3

joked 45:5

Joseph 38:18 41:1 43:23 56:14,17 58:22 59:17

judge 3:4,8,11, 19,22 4:1,4,7 5:7,12 6:12 7:2, 8 8:15,20,23 9:4 11:23 12:5, 10,16 21:18 47:14,25 48:2, 9,14 81:12 88:10,12 89:2, 13,24

judgements 80:14,18

jump 73:18

jumped 4:17 62:15 65:14

Junior 50:17 51:4,10,16 75:1,2

jurors 6:19,20 48:19

jury 5:19,22 6:7,16,17,24 7:19 9:4 10:12, 16 12:17 13:5 19:15,17,20,24 20:3,6,10,14, 18,22 21:1,5,9, 16,21 27:15 32:12 48:10,16 72:17 80:22 81:11 84:3,4 88:7,13 89:15, 17,19,21,22,25

jury's 10:15

justice 88:2

justified 56:10


Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**K**

**Kaiser** 40:12

**keeep** 49:21

**Ken** 87:22

**Kentucky** 14:14 15:4,19 16:20 17:6 18:9,20 32:17 80:17

**key** 84:15

**keys** 28:5 40:19 52:24 53:8

**kill** 3:17 9:19 15:10 24:7 75:22 84:8

**killed** 5:18 14:16 15:6,13, 21 16:23 17:9 18:11,22 24:8, 10 49:13 64:5 78:22,25 79:4 83:10 84:12

**killing** 4:2,19, 20 5:4 15:11 46:24,25

**Kim** 22:12,16, 24 27:9,10,11, 24 28:8,10 29:3 34:14 35:7,12 36:5,11 39:25 57:23,25 62:9, 15,18 65:9,10, 21 66:10,12 67:6,13 68:5 76:9,12,14,15, 16 77:1 85:20, 25 86:4

**kind** 4:23 6:1 81:2

**kindness** 51:10

**kinds** 56:22 62:23

**Klonopins** 56:8

**knee** 24:5 31:2

**knees** 24:11,12

**knew** 22:17 23:9 28:8,9,10, 14 40:15,16,17 42:22 57:1 58:16 64:9,13 70:20 80:3 82:23 86:6

**knife** 24:20 28:6 31:11,18, 24,25 32:1,2,4, 5,6,7,8,10,12, 13,16,18,22,24 33:1,2,4,5,6,11, 13,18,20,25 38:10 75:21 76:2,3,17,20 77:2 78:6,11, 12,13,16,17 80:1 83:5 86:4

**knives** 32:10

**knock** 37:18 73:1,2,3

**knocked** 44:8

**knocking** 37:19

**knocks** 44:1

**knowing** 66:1, 6

**knowingly** 13:18

**Knox** 36:2,8,10 79:10,15

**KSP** 86:15,21

**L**

**lab** 80:25 86:15,19,21

**labeled** 60:10

**lack** 22:4 47:5

**lacking** 26:14

**ladies** 12:16 21:9,15,21 22:22 24:7 25:10 29:6

30:19 31:12 39:16 41:20 42:16 44:11 47:1 48:2,15 69:9 77:15 78:7 87:15 88:12 89:3,4,9,24

**Lane** 23:15

**language** 11:10,16

**late** 65:22 86:12

**laundry** 77:1

**law** 10:11 12:17 22:5 36:21 41:4 43:4 47:23 72:15

**law's** 43:4

**lawyer** 11:19 12:8 50:3

**lawyer's** 50:1

**lay** 44:18

**learn** 56:22 70:7

**learned** 71:25

**leave** 51:19,21 61:20

**leaving** 55:20

**led** 4:24 52:7,8, 10

**left** 12:2 22:24 23:2 25:12 28:14,15 31:12, 18 36:11 42:1 57:6,15 58:16 71:22 75:14 82:12,17

**left-** 31:15

**left-handed** 31:16,22

**leg** 56:9

**lengthy** 48:16

**Leonard** 38:14,18 41:23, 25 42:8 50:17,

19,21,22 51:3, 4,9,10,13,15, 17,25 52:9,13 53:22 60:25 68:19,20,23 69:22,24,25 70:2,5,23 71:13 72:20 78:4 81:9

**letting** 23:12

**liability** 10:5,9

**liar** 39:6 44:24

**license** 35:13 55:17

**lie** 43:9 45:7,10 63:15 81:6

**lied** 44:1,7

**lies** 30:25

**life** 14:23 16:4 31:5 35:5,14 50:6

**light** 63:12 75:20

**lightbulb** 30:11

**Lij** 41:24,25 52:8 53:5 56:4, 18,23 57:12,18 58:1,3,4,10 60:2,8,10 62:10 68:1 75:1,5,8

**Lij's** 57:21

**Likewise** 10:14 83:11

**lime** 41:3 45:11 78:23 79:1,2

**lines** 36:7

**lion** 44:14

**list** 10:4

**listed** 10:8

**listen** 34:19 35:25 44:25 50:4,14,16 52:6 56:20,23 64:19 72:5 83:19

**listened** 50:15

77:18

**listening** 50:2, 5

**literally** 75:19

**live** 36:9 74:21

**lived** 51:7,16 53:8

**lives** 27:16 48:18 51:25

**living** 38:15 51:9

**loaned** 68:1

**located** 40:25

**location** 27:13, 24

**locked** 52:25

**lodging** 51:18

**long** 50:9 63:13 70:12 86:16

**longer** 9:7 50:25 51:1

**looked** 7:10 8:15 9:23 10:1 33:1 86:20,23 87:12

**loss** 14:8

**lost** 7:24 8:12 9:6 35:13 40:6

**lot** 39:1,2 49:4, 5 56:11

**love** 55:12

**loved** 45:18

**Lowe's** 78:18, 19,21

**lured** 22:12

**lying** 41:19,20 81:7

**M**

**Madame** 88:24

**made** 10:23 24:10 25:10





Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029683

31:15,21 34:19 36:17 49:19 50:23 77:17 80:14

**maggot** 45:14 87:8

**maggots** 45:13 80:6,7

**main** 83:24

**maintained** 23:17

**make** 6:16 29:14 30:5 31:6 33:24 34:19 36:19,22 37:9 42:19 44:23 71:11 79:15 80:18 87:13

**makes** 68:7

**Mamaw's** 46:12

**man** 6:5 24:3 28:21 29:10,21 30:20 36:14,23 37:12 42:9 43:1,7,16,20 44:13 51:8 53:7,8 56:13 61:21 66:21,22 70:19 71:9,16 77:6 79:25 80:2,5,6,10 87:8

**man's** 61:25 66:25 76:16,17 77:2 87:3

**manifesting** 14:22 16:3

**manslaughter** 16:15,17 17:2, 4,18,22,23 18:4,7,15,17 19:4,7,8 20:11, 15,19,23 21:2,6 46:20 84:18

**map** 27:14

**mark** 21:14 33:2

**marked** 36:23

**markets** 32:11

**marks** 31:8 39:9,11 49:15 87:2,3

**mate** 72:2

**matter** 12:11 44:15,16 45:1 78:24 88:4 89:14

**matters** 34:18

**Maxine** 40:12 42:3 54:24 61:15

**meaning** 83:24

**meanings** 13:13

**means** 14:5 34:25 35:1 39:24

**meant** 42:20, 21

**medical** 23:21 24:9 31:14,20 75:11 86:24

**medicated** 56:13 75:5

**meds** 56:8

**meet** 23:3

**meeting** 22:21

**Megan** 53:16 86:17

**memories** 40:14

**mention** 10:25 55:19

**mere** 7:14,24

**merit** 10:5,14

**Messer** 38:14, 19,20,23 41:23 42:8,15,20 50:17,19,20,22, 23 51:4,9,10, 13,15,17,25 52:2,12,13

53:5,10,12,19, 22 54:17 55:6, 23 56:2,4,23,24 57:11,12 58:3, 4,10 60:25 68:2,19,20,23 69:12,22,24,25 70:2,5,23 71:13 72:20 75:1,2,5, 8 78:5 81:9

**Messer's** 52:10 55:22 56:19 58:1 62:10

**Messers'** 26:15 61:17 85:22

**met** 22:8 46:18

**meth** 35:17

**methadone** 68:1

**methampheta mine** 35:11

**Mexican** 30:4 37:10

**middle** 35:8

**might've** 28:6 76:12

**mile** 23:15

**miles** 27:25

**mind** 8:2

**minute** 48:3 55:25 88:14 89:5

**minutes** 8:24 12:3 28:1 36:12 48:7 77:8

**mislead** 79:6, 14,18,22 80:24

**missing** 7:4, 14,18 8:1,3,4 9:8 28:22 29:10,21 40:18 43:1,20 85:2

**mistreated** 57:12 59:4

**misunderstand** 86:18

**moment** 10:23 11:24 68:2 69:22,23 89:11

**Monday** 85:20

**money** 22:14, 17 23:12 26:11, 12,22 27:21 28:4 41:1 51:13 68:1 76:25 78:18

**months** 30:7

**morning** 50:18

**morphines** 56:8

**mother** 35:24 76:7

**motive** 45:17 81:4

**mountain** 5:9 9:15,16 23:9,18 25:15 30:18,19 38:13 58:13 60:19 75:9 85:11,12

**mouth** 76:24

**mouths** 50:4

**moving** 9:9

**MRIS** 51:13

**multiple** 31:5

**murder** 3:13 14:11,24 15:1, 14,16 16:5,7,8 19:19,22,25 20:4,7 22:10,20 32:22 33:5,6 34:20 36:9 38:2,10 39:23 46:17,20,21 70:7 71:3,4 72:16 73:19,20 78:7,8 81:22 83:7,10,11,20, 25 84:1,6,7,14 88:5

**mystery** 50:18

**myths** 58:25

---

**N**

---

**Nagle** 3:6,9,12, 21 4:3,5,8 5:11, 13 6:14 7:3 8:7, 22 12:15 21:17, 18,19,20,21 33:9 49:25 50:18 58:17,20 62:21 64:3 65:24 67:21 68:24 69:14 70:6,24 72:25 77:19 83:2 85:14 86:6,13

**named** 81:4

**names** 64:12 67:12 88:18

**narcotics** 35:13

**nature** 13:21 14:1

**necessarily** 72:15

**necessity** 11:3

**neck** 33:4

**needed** 23:11 59:12

**needle** 62:8 63:17

**negates** 7:25

**negligence** 7:14,24 8:13 9:7

**nervous** 29:9

**nice** 58:23 85:15

**Nichols** 23:21 24:9,23 32:23, 25 86:22,25 87:9

**night** 27:13,18 28:9 40:15 42:12 55:16





Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

non-jury 10:25

non-unanimous 10:15

note 47:16

noted 47:22

notice 55:4 62:4

November 14:15 15:4,20 16:22 17:7 18:10,21 22:12, 25 27:14 28:16, 21 29:12,16 33:20 38:16 40:10,16 41:15, 22 43:12 44:10 45:9,12 52:9 53:9 61:18 68:25 70:8 85:2

number 6:15 14:9 16:4,8,9, 12,14,15 17:1, 18,23 18:1,2,3, 4,15 19:3,8,11, 12,13,19,22 20:1,4,8,12,16, 20,24 21:3,7 22:1,2,4 32:6 82:6,8,9,24,25 83:20 84:1 88:22

nurse 35:13

O

O-r-d-w-a-y 7:16

oath 52:4

object 11:14, 17 47:17

objected 11:14

objection 11:8

objections 3:10 6:14

objective 13:16

observe 14:4 70:25 81:20 82:6

occur 13:25 81:18 82:4 88:17

October 38:25 87:9

offence 22:10

offences 22:9

offended 80:11

offense 13:20

offer 74:12

offered 67:4

office 59:8 79:16

officer 37:8 38:18 41:1 43:23 44:2 67:3 71:23 74:23

officer's 71:21

officers 40:11 41:5,12

older 72:20

one-person 83:6,13

open 55:1

opening 11:1, 6,7,13 77:19,24 86:7

opinion 11:12, 22

opponent 7:23

opposed 3:5

Ordway 7:16 8:18

organ 14:9

Otis 3:15,16,18 5:24 6:4 9:17 15:5,7,9,11,21, 24,25 17:8,10, 13,14,16 18:22, 24 19:1 22:20,

22,23 23:3,4,5, 7,18 24:1,5,13, 17,19,21 25:12, 24 26:1,4,7,12, 16,17,18,22,23, 25 27:12,17 28:20,24,25 29:18,23 30:7, 23 31:13,16,17, 22,23 34:2,14, 15,18,25 35:6, 24 36:24,25 37:2,5,19 38:12,15 39:3, 6,19 40:5,7 42:4,25 44:22, 23 45:10,17,22 46:14,23,25 55:11 57:1,4, 10,13,15 58:2, 5,6,11 61:16,22 62:7,20,25 63:9,22 64:16 66:13 67:15 69:1,3 70:1 74:13,20 75:8, 22,24 76:4,9 77:11 78:8 79:20 83:3,4,7, 18 84:10 85:9 86:5 87:24

Otis' 24:25

Otis's 27:3 30:11

overlook 87:19

overwhelming 82:11

Owens 40:11

owned 33:12 38:14

owns 28:21

Oxy 51:14 56:7

Oxys 63:9 68:1

P

pages 21:10

paid 77:11,13

pain 56:11

painfully 50:14

panel 84:3

papers 26:19, 21,25 34:3 61:23 63:10

paragraph 3:13

paranoid 27:4

Pardon 50:11

part 6:24 10:2 34:12 40:10 51:6 53:21 77:5

participated 9:15

parties 12:12

parts 27:19

party 7:21,22 41:7

passages 47:20

passed 30:2

patience 89:7

Paul 61:7 86:12

pause 69:14

pay 38:5 51:13

pays 26:13

people 6:25 28:13 34:13 42:11 47:3 48:25 49:21 50:2,5 51:6,23 54:2,22 55:25 56:15,20 62:5 64:13 67:10 80:24 81:4,6,8, 9 86:16

people's 79:5

percent 30:6 83:3

period 85:18

perpetuate 49:15

perpetuated 51:1

person 5:14,15 13:14,18,22 14:3 25:10 31:15,22 32:24 34:2 37:13,14, 18 40:18,21 53:7 65:10 69:1,21,24 70:3 71:16 73:18 79:9 81:15,16, 20 82:5 84:9,17

personal 11:12

personally 11:21

persons 22:3

phone 5:25 6:1 28:17,19,20 29:3 34:4,7 37:5 40:5 58:8 88:22

photographs 23:20

physical 14:4, 5 16:25 17:11, 13,15,17 22:1 31:7 38:9 41:9 47:4 84:20

pick 36:19 83:18 84:14,15

Pickard 29:5 34:17 44:24 45:1,2 49:17 67:5 85:17,18

picked 29:23 83:5

picking 54:17 88:7

picture 39:7

pictures 39:10 80:15,16,19

piece 25:23 26:20,24

Pigeon 25:14, 16

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



PL 029685

**pill** 52:2 62:3,6, 10,13,17 63:15, 16 85:25

**pills** 22:15 24:20 26:2,17, 18,22 27:20,22 28:3 30:1 40:25 51:6,11 54:12 62:7

**place** 19:16,19, 22 20:1,5,8,12, 16,20,24 21:3,7 25:17,19 27:8 43:12 54:9,10 55:3

**places** 27:9 32:11 33:14 39:2

**planned** 22:20 40:1

**play** 37:6 48:23

**played** 53:2 57:8 59:22 60:4,17 64:1 65:2 66:16 67:17 68:9 69:7 70:14 71:7 72:7 73:12 74:9,17

**playing** 28:11, 12,16

**PLAYS** 52:13 56:24 59:19,24 60:12 63:19 64:20 66:12 67:13 68:5,23 70:5,23 72:24 73:23

**pled** 34:20

**plot** 72:14

**pocket** 32:1,2, 3,5,7,17 78:14

**pockets** 24:19

**point** 23:14 38:14 49:21 81:21 87:6

**pointed** 40:6 80:16

**police** 29:4 30:4,16 32:3, 14,18 33:21,22 34:1,4,6 36:3 37:7 40:11 44:21 47:7 51:2 53:13 62:11,13 63:15,21,25 64:6,11 65:5 71:18,21,22 78:1 85:7,12, 13,22,24

**polite** 29:9 44:19

**poor** 37:15,22 50:19,20 54:16

**pop** 26:11,14 77:3,7,8

**porch** 34:9

**position** 8:18

**possession** 7:21

**pounced** 42:12

**practicing** 49:6

**precious** 88:2

**preparation** 22:16

**present** 12:12

**presentation** 49:6

**presenting** 49:3

**presumes** 12:17

**pretended** 5:25

**pretending** 28:12

**pretty** 60:1

**prevail** 55:5

**primarily** 7:5

**primary** 58:23

**principle** 6:18, 19 9:22 10:4,8

16:5,11 17:19, 25 19:4,10 20:7,19 21:6 83:24

**prints** 38:24

**prior** 10:7

**problem** 29:20 72:11

**proceed** 12:13 21:12

**proceedings** 3:1 88:19

**produce** 85:18

**professional** 58:24

**prohibit** 47:20

**prolonged** 14:6,7,8 69:13

**promise** 77:21

**proof** 22:6,8 38:3 39:24 40:23 46:19 47:1,2,6 62:5 65:15 75:6,7 76:3

**proper** 3:25 9:21 10:9

**property** 38:16 57:11,18 78:1

**proposed** 5:1, 5 7:4,9

**prosecuted** 59:8

**prosecution** 21:24 22:2 29:15 34:13 36:4,14,18 41:13 46:18 47:3

**prosecutor** 38:4 42:7,12,17 43:11 50:21

**prosecutor's** 45:1

**protect** 38:8 45:8 46:15

**protecting** 45:9

**prove** 22:8 41:3 78:19

**proved** 40:9

**proven** 77:16 88:6

**provided** 51:17

**pulled** 24:14

**punishment** 13:10

**purpose** 41:6 63:6

**purposes** 13:12

**pursuant** 4:13 19:19,22,25 20:4,8,11,15, 20,23 21:2,7

**pursueth** 30:20 44:13

**pursuing** 71:24

**put** 4:22 31:17 32:25 56:16 78:23 79:1,8

---

**Q**

**question** 66:24 69:21 75:18 77:3

**questioner** 58:23

**questions** 54:21 89:22

**quickly** 8:23

**quiet** 12:4

**quotation** 49:15

**quote** 47:23

**quoted** 47:19

**quoting** 47:20

---

**R**

**raised** 23:7,8 68:12

**raises** 61:3

**ran** 42:5 49:18

**rat** 46:7 68:7

**rattled** 76:24

**re-listening** 11:5

**reached** 88:23

**react** 69:11

**reaction** 52:6

**read** 8:5 10:10 21:10 82:7

**reads** 81:12

**ready** 88:10

**real** 60:11 77:20

**reason** 12:6 43:16 54:22 64:10 81:5 87:11

**reasonable** 3:24 6:6,8 12:23,24 14:3, 13 15:2,18 16:6,19 17:5,20 18:8,19 19:5 22:7,10 38:3 39:24 40:24 47:6 81:19 82:5,20 84:9,17 88:6

**reasons** 11:3 45:7

**recall** 5:22 60:14 63:23 85:3,4 87:18 88:15

**receipt** 40:8

**recent** 9:24

**recommendati on** 34:21,22


Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029686

**reconvene** 8:24

**record** 9:2 11:9,18 12:9,10 47:17,22 48:8, 10 89:12,14

**recorded** 66:1

**red** 38:16 52:20

**Redbird** 23:17 30:18 58:13 60:19 75:9

**refer** 8:8

**reference** 10:7

**referred** 10:12

**referring** 3:20

**refers** 10:6

**refused** 44:17

**regard** 64:22

**registered** 35:13

**regular** 84:25

**reinstructions** 3:5

**related** 11:1

**released** 8:12

**relevant** 49:3 79:24 80:22

**reliable** 38:1

**rely** 45:2 63:5,6

**relying** 47:9

**remain** 9:21 10:21

**remains** 48:4

**remarked** 49:17

**remarks** 48:17 50:22

**remember** 39:2 42:3 49:5 50:1 52:7 53:11 55:15 57:10,14, 17 58:14 59:1, 16,17 62:12

**remembered** 53:25

**reminded** 5:22

**rendered** 10:15

**rendering** 13:8

**repeat** 11:10, 17

**rephrase** 86:25

**replied** 63:23

**report** 35:25 48:11 86:17,23 87:10

**reported** 40:21

**reports** 86:17 87:9

**require** 10:16

**requires** 6:25

**reread** 77:12

**research** 9:6

**researched** 7:10

**residence** 5:24

**resist** 32:16

**respect** 3:12 7:5,6 13:15,19, 22 35:16 47:18

**respond** 5:11

**response** 30:9

**responsibility** 49:2

**responsible** 87:13

**rest** 55:18 61:8, 10,11,13 65:22 68:13

**rested** 86:13

**result** 4:6,7 7:14 13:15,16, 23,25 15:15 50:10 81:18 82:3 83:12

**return** 13:11 21:15 22:11

**returned** 89:16,17

**revelation** 78:6

**review** 42:17, 18 50:6

**rewarded** 72:3

**rhetorical** 66:24

**Rhino** 38:14

**rid** 25:2 26:25 27:1 32:4 79:21

**ridiculous** 82:16

**right-handed** 31:15,17,22

**righteous** 44:13

**risk** 13:25 14:1, 5,20 16:2 81:18 82:3

**road** 23:16 24:14,15,18 31:10

**rob** 3:15 4:24 5:9 6:5 9:16,19 15:24 57:22 83:8 84:12

**robbery** 22:20

**robbing** 3:16 9:20 15:25

**rock** 39:8,9 73:1 75:21,23 76:3,5,6 83:5, 13 87:4,5

**roles** 48:23

**room** 27:15 32:12 69:10

**Roost** 25:15,16

**Rosie** 51:24

**rot** 46:2

**Roth** 86:25

**Roth's** 86:23 87:1

**round** 41:7

**route** 23:15,16

**Row** 46:3,9,10, 11

**rule** 33:3

**rules** 47:19

**run** 26:8 32:16

**running** 26:11

**runs** 30:19

**Ruth** 25:2 34:10 37:15,22 39:20 46:7,8

**Ryan** 49:1

**— S —**

**sack** 29:8

**sad** 87:14

**safeguard** 21:24

**salvage** 70:18

**sat** 35:22 53:5 61:22 62:3 63:8 67:23

**satisfied** 12:22

**satisfy** 37:25

**savage** 76:18

**save** 70:21

**scenario** 41:16

**scene** 4:14 38:4,6,7 39:7, 17 40:23 41:6

**school** 68:6 87:22

**Scott** 27:6

**script** 49:21 50:25 51:21 54:18 56:21 58:3,4 66:10 67:10

**search** 38:17 39:12,18,22,25 40:2,19,24 53:14

**seat** 30:3

**seek** 88:16

**select** 82:7

**self-respect** 35:16

**sell** 27:19 51:2, 15 77:7 78:15

**Selling** 30:1

**sense** 29:15 33:24 44:23 51:20,21 56:13 59:9 61:21

**sentence** 56:16

**sentenced** 35:3

**sentimental** 76:20 78:16

**separately** 54:2,20 57:24 58:15

**September** 37:4

**Sergeant** 56:16 58:22 59:17

**serve** 30:6 79:9,11,12,14

**served** 79:17, 18

**service** 48:19

**set** 22:16,21 53:15 78:3

**33:**7,10,16 40:8 57:25 76:21 78:12,17 79:13 86:9,10

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029687

**setting** 6:1

**settle** 11:21

**severed** 25:5

**shame** 44:4

**she'd** 37:16
65:23 77:1

**sheath** 32:21

**sheep** 35:15

**Shell** 29:25

**sheriff** 29:5
34:17 36:2
44:24 45:1,2

**Sheriff's**
79:10,16

**shielding** 87:4,
5

**shirt** 24:25
25:1,18,21,22
26:21,25 34:3
39:4 62:23,25
63:2,3,5 87:23

**shit** 45:24

**shoes** 25:2,19
34:8,11,12
37:24 39:4

**shoot** 26:16,18
63:12

**shooting**
54:12 62:7
63:16 76:14,15

**shoots** 68:21

**shopping** 75:2

**short** 26:11

**shot** 56:9 62:3
63:11

**shovel** 39:11,
12 45:11

**show** 22:6
24:11,12 30:16
40:21 45:13
61:6 66:7 70:16

**showed** 26:4
30:22 34:4,5
78:19

**showing** 8:2

**shown** 6:2

**shows** 5:17
11:20 21:25
22:1 38:9 47:4
61:6

**side** 24:14,18
31:10 52:21
75:14 82:18
85:2

**side-by-side**
53:6,9,13,15,
17,24 54:3,7,
15,16 60:25
72:19 73:25
74:1,4,7

**side-by-side's**
55:9

**sides** 37:7

**sign** 41:15,17
84:16

**signature**
19:17,20,23
20:2,5,9,13,17,
21,25 21:4,8

**signed** 13:6
89:20

**silent** 69:11

**silly** 77:2

**simply** 8:13
44:18

**sir** 3:6 6:14 7:3
44:20

**sis** 46:2

**sister** 56:5

**sit** 12:3 26:17
50:14 53:18

**site** 28:2,4

**sits** 58:7

**sitting** 61:24
74:21

**situation** 14:4
73:8,9,14,17
83:16 88:3

**Sizemore**
3:15,16,18
4:12,16 5:4,7,
24 6:4 9:17
15:6,7,10,11,
21,24,25 17:8,
10,13,14,16
18:22,24 19:1
22:20,22,24
23:3,4,18 24:1,
5,13 25:4,6,7,
12 26:7,12
27:17 30:24
31:13,16 34:3,
14,15,18,25
35:6,24 36:24
37:2,6,16,19,23
38:12,15 39:6,
19,20 40:1
42:25 45:10,17,
22 46:14,24,25
54:11 55:11
57:1,4,10,13,16
58:2,5,7,11
61:22 62:7
63:10 64:17
69:2 70:1
74:13,20 75:9,
22,24 76:4
77:11 78:9
79:20 83:3,4,7,
18 84:10 85:9
87:25

**Sizemore's**
37:1 62:25

**skull** 23:23,24
87:6

**slashed** 75:12

**sleeping** 56:8

**slept** 56:11

**Smith** 32:9
33:12,14

**smudges**
38:24

**snitch** 36:13

**sold** 67:25

**solicited** 3:14
15:9,23 17:12
18:23

**solid** 68:7

**solve** 45:14
69:20

**somebody's**
79:19 82:21

**something's**
28:25

**son** 41:24
51:24

**sounds** 36:24
48:24 82:16

**Southwest**
8:9,10,21,22
9:25 10:2,13

**speak** 5:15

**speaker** 28:19

**speaking**
63:21 64:6,8

**special** 33:13

**specifically**
10:6 53:8,25
63:1 69:25

**spent** 28:2,9
41:23 83:2

**spin** 63:6 85:14

**spread** 30:14
45:7

**spurting** 24:22
39:4

**stab** 18:25
25:7,8,9,10
49:12 59:2
75:15 81:25
82:15,16,17
84:19

**stabbed** 73:18
75:12 81:25

**stabber** 31:19
37:11

**stabbing** 4:11
5:2,18 14:17
15:6,22 16:24
17:9 18:13,23
19:1 46:22
72:14,23 73:22
81:24 82:10,11

**solid** 68:7

**stand** 38:6
42:9 62:21 63:7
65:13,21 66:8
74:22 76:22
78:10,22 79:8

**standard** 14:3
81:19 82:5,20

**stands** 44:13

**star** 74:18

**staring** 35:10

**start** 11:8
29:18 50:17
51:3 57:17,22,
24 61:10 75:21,
23 76:2,3

**started** 26:2
48:20 57:22
58:1 62:6 73:10
77:24

**starts** 27:6,8
29:24

**state** 11:8,11,
18,19 16:14
18:3 19:13
32:17

**statement**
11:4,6,7,13,15
25:9 34:1 35:9,
12 36:16,19,22
37:9 43:24,25
44:6,7,11 49:7,
14 50:23 58:21
60:11 62:2,11,
13 63:14 66:3,7
77:13 78:9 86:7

**statements**
11:1 41:11
49:19 65:23

**statute** 13:20

**stayed** 52:8
60:1,9 75:1

**staying** 60:7

**step** 85:1

83:13 84:7,8,11
88:3

**staff** 51:6





Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029688

**stick** 66:15,17,
20 67:1,9,10

**Stinking** 23:6
28:1

**stop** 26:10
71:8,10 77:8

**stopped** 57:21

**store** 25:25
26:7 30:2 42:6
54:24 77:4

**stories** 24:2
29:24 31:6
34:16

**story** 5:3 31:6
35:2 36:23 37:1
49:16,20,22
51:1,21 53:4
54:18,23 55:2,
13,19 58:24
59:6,16 60:6,23
61:8,9,10,11,
12,13 64:9,10,
14 65:9,23
66:25 68:13,14,
21 72:14 74:24
77:5,9,10
78:15,16 84:25
85:8,16 86:13

**straight** 31:4
34:16 47:21

**structure** 61:5

**stuff** 46:12 54:6

**sub-aracnal**
23:24

**submit** 10:11
35:22

**subpoena**
79:9

**subpoenas**
36:1,4 79:12,
14,17,18

**subsequent**
87:1

**substantial**
13:24 14:5
81:17 82:3

**sufficient** 9:8

10:19,20 43:16
47:1,2

**summarizing**
50:9

**sun** 53:15,19
78:3

**Sunday** 28:9

**supersedes**
8:19

**support** 41:14,
17,18 44:6

**supported**
10:19 41:20

**supporting**
44:9

**supports**
43:25 51:7,22,
23

**Supreme** 7:15,
17 8:4,6,18
9:23,25

**surface** 32:19

**surfaces**
32:19,20

**surprised** 56:9

**suspicious**
27:3

**swabs** 39:2,3

**sway** 80:23

**swears** 61:3

**sympathy**
87:16,17 88:1

___ T ___

**takes** 24:20
30:17 39:1,7
59:3 79:9

**taking** 48:18
56:7,9 60:24

**tale** 57:10

**talk** 12:8 29:4,5
38:18 40:21
51:5,19 54:2,19

57:23 58:15,19
59:12,13,14,15
60:21 64:11,12
67:2 68:15
69:22,23 70:16
72:17 74:24
80:4,6 84:22
85:8

**talked** 32:3,14
33:21 40:22
43:5 46:7
53:10,11 65:25
66:2 72:5

**talker** 37:5

**talking** 9:18
28:17,20 42:12
46:7,14,17
52:20 59:16
65:4 69:15,16,
17,18 85:12

**talks** 85:23

**tall** 57:10

**tampered**
37:23

**tampering**
53:22

**tape** 66:6

**tear** 27:20

**telling** 29:24
31:5,11 41:12
43:9 44:22 45:3
48:21 50:3,4
57:17 60:11
61:21 67:1 68:7
70:19 76:11

**tells** 25:21 26:1
29:2,3 30:16,24
56:6 58:20
69:12 73:22
84:25 86:4

**ten** 30:12 69:20
75:13

**terms** 13:13
81:13

**terrible** 76:1

**test** 44:12

**tested** 32:18,

19,20,21

**testified** 5:7
80:12,17 86:16

**testify** 35:8
58:17

**testimony**
5:23 9:14,16
33:10 34:23
38:13 42:17,19
52:13 53:2
56:24 57:8,20
59:19,22,24
60:4,12,17 62:9
63:19 64:1,20
65:2 66:12,16
67:13,17 68:5,
9,23 69:7 70:5,
14,23 71:7,11
72:24 73:12,23
74:9 85:3

**testing** 32:18
87:8

**Thanksgiving**
22:16 55:2 57:3

**That'll** 9:21

**Thelma** 23:8
35:23

**theories** 4:9
5:1 10:19 53:23

**theory** 4:13,16,
21,25 5:5,15,16
6:5,9,10 9:18
75:17

**there'd** 55:20

**thereof** 14:2

**thing** 29:22
40:2 49:24 52:6
63:17 67:22
68:2,17 72:20
78:21 84:13,15
87:15

**things** 7:11
8:25 9:5 37:12
52:5 55:12
56:22 59:23
62:23 75:18
79:22

**thinks** 46:9

**Thomas** 10:12

**thought** 37:11
54:20 77:4
78:15

**thread** 49:18,
19,20

**threatened**
44:1,8

**threatening**
37:21

**threw** 25:22
40:2

**throat** 24:21
25:6

**throw** 65:17

**throws** 67:22

**Thursday**
85:19

**tidbit** 61:8

**tight** 52:25

**time** 5:25 28:2
39:1 40:10
48:18 60:20
62:18 63:13
66:10 69:23
74:14 75:8
84:22 86:16
88:20,24 89:25

**timeline** 55:4

**times** 11:15
31:5 47:19
75:19 79:5
82:15,17 84:19

**Tinsley** 8:9,16,
20

**tips** 71:24

**today** 11:5
37:21 55:18
58:20 71:17
72:10 78:6
87:25

**toinstruction**
9:12

**told** 12:3 23:9,
21 24:2,9,23
25:8,18 31:20


Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029689

34:1,15,17
36:23 42:10
43:5 44:19,22,
24 45:23 46:3
51:23 53:10,12,
24 54:1,3 56:2,
15 59:7 60:25
61:1,12,16,17
62:9,18,25
64:3,4 65:25
66:1 67:5,23,24
69:22,24 70:1
71:6,16 72:18,
19,21,22 73:14
74:11,20,25
75:24 76:8
77:19 79:20
80:13 81:23
83:15 85:25
86:23,25 87:22
88:16

**tool** 39:9,10

**top** 23:17,19
30:17

**tormented**
79:13

**totally** 3:25
47:19 56:13

**town** 58:16

**Toyota** 7:6
28:21 40:15

**training** 56:14

**transaction**
6:2

**transportation**
51:18

**traveled** 59:11

**travelled** 24:15

**treat** 65:12
66:4

**treated** 44:5
65:13 68:3

**trial** 11:8 35:8,
23 36:13 38:12
40:13 48:21
50:9,14 62:5
68:18 71:24
72:1 74:25

76:11 78:17
80:12,13 87:14

**trials** 87:19

**trick** 66:6

**Trigg** 80:17

**trips** 22:18
51:12

**trooper** 36:19

**trouble** 67:20,
21,23 72:10

**truck** 39:14
46:11

**true** 24:4 36:6
65:16

**trunk** 40:20

**trust** 22:3
34:13 35:6,7
36:11 37:15
47:3,4 88:6

**trusted** 22:3
34:14 37:14

**trustworthy**
38:1

**truth** 41:22
44:22 45:3 52:4
56:22 61:4 68:7
70:19 77:9
86:12

**truthful** 34:23

**tune** 53:4

**turf** 23:5

**turn** 76:17 79:5

**turned** 29:8,11,
22

**turning** 33:24

**TV** 38:5

**twelve** 75:14

**twenties** 26:13

**two-person**
75:23 76:10

**typographical
s** 10:22

---

**U**

**ultimately** 76:5

**un-
contradicted**
22:23 23:2 26:3
29:7

**unable** 16:9
17:24 19:9
83:23

**unanimous**
6:16,22,25
10:18 13:5
89:21

**unattended**
36:12

**unavoidable**
50:10

**unbelievable**
65:18 67:11

**unconscious**
24:11

**understand**
77:23

**understood**
10:11

**undertaker**
45:6

**unexpected**
53:7

**unfold** 49:16

**Unintentionall
y** 82:13

**unjustifiable**
13:24 81:17
82:3

**unknown** 69:1

**uns** 46:4

**unusual** 27:5
32:10 33:13
75:19

**upholding**
75:25

**upset** 59:5

65:20

---

**V**

**VA** 51:23 52:1

**variety** 6:3

**vehicles** 52:15

**verdict** 6:17,
22,25 7:1
10:15,17 13:4,
7,8,11 16:14
18:3 19:14,24
20:2,6,10,13,
17,22,25 21:4,
9,14 22:11
84:2,4 87:16,17
88:23 89:16,19,
21

**versus** 7:12,16
8:8,9 9:24
10:12 12:11
89:14

**vicious** 23:20,
25 76:1,18

**viciously** 24:7

**victim** 73:3

**victim's** 33:18

**video** 39:13
45:9,19,20,21
78:19,20,21

**violations**
35:14

**visits** 51:14

**vouch** 11:21

---

**W**

**wait** 12:7 88:14

**waited** 21:23
47:10 87:18

**waiting** 86:8,9

**waits** 35:19

**walk** 49:4

**walked** 76:1

**walks** 35:19,21

**wallet** 24:19
40:25

**Walmart** 40:8

**wanted** 22:13
23:10 34:19
42:15 52:22,24
54:14 65:8
68:15 82:22
85:14

**wanting** 68:11

**wanton** 19:21
82:14

**wantonly**
13:22 14:19
16:1 18:14 19:3
81:15,16 82:13
83:21

**warrant** 38:17
53:14

**wash** 53:18

**washed** 25:22,
23 53:15 63:3
78:4

**watch** 24:21

**watched** 49:16
61:22

**watching** 43:4
55:12

**water** 44:17

**wavered** 41:10
44:14,17

**ways** 6:3 77:18
81:21 84:5,13
88:5,8

**wayside** 55:18

**weapon** 32:23
33:6,7 38:11
78:7,8

**wearing** 28:23

**Wednesday**
85:2

**Wednesdays**
72:8



Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029690

weeks 38:21
40:12 50:11,13
57:20

weight 12:20

welcomed
65:23

well-settle
47:23

Wendy 23:8
35:25 36:1
45:22,24 46:1

Wesson 32:9
33:12,14

What's-his-
name 46:13

whereabouts
59:21

whipped 88:4

who'd 36:14
72:7

whoa 63:16
76:11

why'd 53:6

wife 25:2 34:10
51:8,24 54:16
74:2

wife's 54:9

Wiggins 3:15,
16,17 4:12,15,
17,18,19,20
5:4,18 14:16,
18,22 15:6,8,
10,11,12,22,24,
25 16:3,23
17:9,11,14,15,
17 18:13,22,25
19:2 22:13,17,
19,21,22,24,25
23:2,4,19 24:4,
6,10,17 26:3
27:10,12 29:13
30:25 31:1,2
33:19 36:25
37:22 40:10
46:18 49:13
51:3 57:19,22
58:2,5,7 60:19
64:5 65:6 66:22

69:19 72:21
75:22 76:20
78:13,22,23
80:9 83:9,17
85:11 87:20,21,
24 88:4

Wiggins' 4:24
23:22 24:24
25:13 26:5
30:17,23 31:8
33:15 43:18
45:12 55:11,22
61:17 63:9
67:7,25 85:21

William 12:11,
21 14:11,25
15:16 16:7,16
17:2,21 18:6,16
19:6,15,18,21,
24 20:3,7,10,
14,18,22 21:1,5
23:1 26:5
28:19,22,24
29:19 31:17,18
33:6 34:24
35:2,5,7,12,19
36:10 37:14,17
40:24 42:1,2
43:13,25 44:3,
6,10,11,23
45:20 46:21,23,
24 47:11 70:3
87:25 89:15,19

window 68:21

wished 37:17
43:10

withstood
44:12

witnesses
37:25 41:13,17,
18,20 42:7
43:14 51:1

woman 35:21
36:11 56:14
65:11 67:18
77:5

wonderful
56:21

Woods 87:10

word 39:15

48:25 49:10,24
50:1 82:12

words 42:12
51:7 54:8 66:21
81:5

work 40:7
72:11 86:15

working 39:16

world 65:4
66:18

worry 45:25

worthy 47:3

wound 33:4
76:6

wounds 25:8,
9,11 31:8,14,21
33:1,3,5 49:12
59:2 75:15
81:25 82:16

Wow 69:11

wrist 31:9

wrists 24:14

writing 10:21
13:5

written 81:14

wrong 28:25
30:3 56:5 74:23

wrongful
21:24,25

―――― Y ――――

year 38:25

years 11:15
21:23 30:6
31:24 32:9
34:20 35:9
36:15,16 41:2,
10 43:13 47:11
51:17 56:6
72:21 86:8,9,14
87:12,19

yelled 44:16

York 22:12,24
27:11 34:14
35:7,12 36:5,11

43:24 44:1,2
57:24,25 62:9,
15,18 65:9,10,
21 66:10,12
67:6,13,24 68:5
76:9,13,14,15,
16 77:1 85:20,
25 86:4

York's 22:16
27:9 28:8 39:25
57:23

you'uns 30:8

you-all 54:20
63:15 77:4 89:7

your-all's 89:7

Kentuckiana Reporters
730 West Main St. Suite 101
Louisville, KY 40202



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PL 029691