IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | |
|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| KNOX COUNTY, ET AL., | ) ) ) |
| Defendants. | |

Case No. 17-CV-84

Hon. ROBERT E. WEIR

Mag. HANLY A. INGRAM

JURY TRIAL DEMANDED

# **EXHIBIT 114**



FILED
GREG HELTON
JUN 5 2014
KNOX CIRCUIT/DISTRICT COURT

COMMONWEALTH OF KENTUCKY
27th JUDICIAL CIRCUIT
KNOX CIRCUIT COURT, DIVISION 2
INDICTMENT NO. 12-CR-00070

COMMONWEALTH OF KENTUCKY     PLAINTIFF,

v.

JONATHAN TAYLOR     DEFENDANT.

## NOTICE OF STATUTORY AGGRAVATING CIRCUMSTANCES AND INTENT TO SEEK THE DEATH PENALTY

Comes the Commonwealth, by counsel, pursuant to KRS 532.025 and other law, to publish its intent to treat and prosecute the Murder charge and indictment herein against JONATHAN TAYLOR as a capital offense and to seek the death penalty, imprisonment for life without benefit of probation or parole, and imprisonment for life without benefit of probation or parole until the Defendant has served a minimum of twenty-five (25) years of his sentence, as potential punishments in this case.

Pursuant to KRS 532.025(2), the Commonwealth states that the following are aggravating circumstances which are present in this case:

(1) The offense of murder was committed while the offender was engaged in the commission of robbery in the first degree; and/or

(2) The offender committed the offense of murder for himself or another, for the purpose of receiving money or any other thing of monetary value, or for other profit.

The Commonwealth will rely upon all of that evidence as provided and referred to in its discovery responses, all of which will be made prior to trial.

KNOX CIRCUIT 000600

Jackie Steele, Esq.
Commonwealth's Attorney
128 N. Main Street
London, Kentucky 40741
Telephone: (606) 330-2035

CERTIFICATE OF SERVICE:

The undersigned hereby certifies that a true and correct copy of the foregoing was served via first-class mail, postage prepaid, via facsimile, or via hand-delivery to the following on this the 4th day of June, 2014:

Hon. Tom Jensen
Knox Circuit Judge
P.O. Box 5189
London, Kentucky 40743-5189

Hon. Samuel Cox
163 West Short Street, Suite 375
Lexington, Kentucky 40507

Hon. Heather Gatnarek
163 West Short Street, Suite 375
Lexington, Kentucky 40507

Greg Helton
Knox Circuit Court Clerk
P.O. Box 760
Barbourville, Kentucky 40906

Commonwealth's Attorney

-2-

KNOX CIRCUIT 000601