IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | |
|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, | )<br>)<br>) Case No. 17-CV-84 |
| Plaintiffs, | )<br>) Hon. ROBERT E. WEIR |
| v. | )<br>) Mag. HANLY A. INGRAM |
| KNOX COUNTY, ET AL., | )<br>) JURY TRIAL DEMANDED |
| Defendants. | ) |

# EXHIBIT 125

## FILED CONVENTIONALLY