

**Report For**

**Amanda Hoskins**
**Johnathan Taylor**
**v.**
**Knox County  City of Barbourville**
**Mike Broughton  John Pickard**
**Derek Eubanks  Jason York**
**Brian Johnson  Mark Mefford**
**Dallas Eubanks  Kelly Farris**
**Jackie Pickerell  Jason Bunch**

**Case No: 17CV00084**
**ED Kentucky**

Prepared For:   Elliot Slosar
Loevy & Loevy
311 N. Aberdeen
Chicago, IL 60607
Attorney at Law

Prepared By:   Andy Garrett
Garrett Discovery Inc
agarrett@garrettdiscovery.com

Date:   December 6, 2018

# Contents

1.0 Expert Background ............................................................................................................. 3

2.0 Investigation Narrative ...................................................................................................... 4

3.0 SCAMP ............................................................................................................................... 4

    3.1 Time and Date ................................................................................................................. 5

    3.2 Originating and Terminating Number ............................................................................. 5

    3.3 Longitude and Latitude ................................................................................................... 6

    3.4 Tower Identifier .............................................................................................................. 8

    3.5 Beam Width and Azimuth ............................................................................................... 8

4.0 SCAMP Data for Mobile Number 6066221780 .................................................................. 9

    1        12/18/2010 15:08 – 12/20/2010 18:19 ......................................................... 11

    265     12/20/2010 18:21 ................................................................................................ 12

    278     12/20/2010 18:54 – 19:45 .................................................................................. 13

    344     12/21/2010 01:15 ................................................................................................ 14

    345     12/21/2010 01:15 ................................................................................................ 15

    346     12/21/2010 03:23 ................................................................................................ 16

    347     12/21/2010 03:24 ................................................................................................ 17

    348a    2/21/2010 11:21 ................................................................................................. 18

    348b    12/21/2010 11:21 – 11:28 .................................................................................. 19

    350     12/21/2010 11:32 ................................................................................................ 20

    353     12/21/2010 13:19 ................................................................................................ 21

    358     12/21/2010 15:20 ................................................................................................ 22

    360     12/21/2010 16:55 ................................................................................................ 23

    365     12/21/2010 17:07 ................................................................................................ 24

    382     12/21/2010 18:15 ................................................................................................ 25

    385     12/21/2010 18:49 – 22:18 .................................................................................. 26

    423     12/21/2010 23:30 – 12/22/2010 00:20 ............................................................. 27

    430     12/21/2010 02:32 ................................................................................................ 28

    451     12/22/2010 16:24 – 13:30 .................................................................................. 29

    460     12/22/2010 16:43 ................................................................................................ 30

    467     12/22/2010 17:32 ................................................................................................ 31

    483     12/22/2010 22:29 ................................................................................................ 32

494  12/23/2010 00:54 ................................................................................................ 33

501  12/23/2010 13:12 ................................................................................................ 34

518  12/23/2010 17:07 – 17:49 .................................................................................. 35

5.0 Declaration .......................................................................................................... 36

# 1.0 Expert Background

I, Andrew Garrett am employed by Garrett Discovery Inc, an Illinois based computer forensics

firm specializing in digital investigations and computer forensics.  I was selected to review digital

evidence and write an expert report.   I have been performing computer forensics for the last ten years

and was formerly a contractor and principal responsible for the largest computer forensics and

electronic discovery facility at the Department of Defense.   I have performed forensic analysis for private corporations, federal and state courts.  I have processed more than 500 investigations and cases. I have performed expert work by order of federal and state courts in Tennessee, Iowa, Illinois, Florida and Alabama.

I have received forensic training provided by Guidance Software and AccessData, whom are the leading forensic software companies in the United States.  Additionally, I have been deemed an expert in multiple federal and state courts and have held numerous computer certifications.  My CV and case history are attached.

## 2.0 Investigation Narrative

I was asked by counsel for the Plaintiff's to review  the Security Call Analysis and Monitoring Platform records and determine what locations the subscriber traveled between the dates of December 18 until December 25, 2010.

## 3.0 SCAMP

Security Call Analysis and Monitoring Platform (SCAMP) records notoriously have been held in a database management system called Daytona created by a statistician Doctor Rick Greer from Stanford University.   The system houses call data from millions of AT&T subscribers and is used by the

Department of Defense, CIA, NSA and upon request other law enforcement entities. A sample of a SCAMP report for a subscriber is below.



In order for the reader of this report to understand the elements of a SCAMP report, I will explain each.

## 3.1 Time and Date

The 'Conn-Date' and 'Conn-Time (UTC)' are the date and time the mobile telephone either received or placed a phone call or text.



<Connection Date and Time from Sample Report>

## 3.2 Originating and Terminating Number

The originating number can be the subscriber or another person's number who called the subscriber.

<Originating Number and Terminating Number from Sample Report>

## 3.3 Longitude and Latitude

Horizontal mapping lines on Earth are lines of latitude. They are known as "parallels" of latitude, because they run parallel to the equator.

Latitude lines are a numerical way to measure how far north or south of the equator a place is located. The equator is the starting point for measuring latitude--that's why it's marked as 0 degrees latitude. The number of latitude degrees will be larger the further away from the equator the place is located, all the way up to 90 degrees latitude at the poles. Latitude locations are given as ___ degrees North or ___ degrees South.

Vertical mapping lines on Earth are lines of longitude, known as "meridians".



<Latitude and Longitude Examples are in Red>

Prime Meridian is a line that is the start of the Longitude Numbering system and is displayed above.

SCAMP records tell the reader the Longitude and Latitude of the cellular tower being used by the subscriber to make or receive a call or text.  From the sample above the reader can see that the Latitude is 36.86304 and the Longitude is -83.78382.  A negative Latitude is South of the equator and a positive Latitude is North of the equator.  A negative Longitude is west of the prime meridian and a positive Longitude is east of the prime meridian.

```
Cell Location

[15034/60572:-83.78382:36.86304
```

## 3.4 Tower Identifier

The tower identifier is identified below.

```
Cell Location

[15034/60572:-83.78382:36.86304:120:105.0]
```

<Sample Record showing Cell Site ID highlighted>

## 3.5 Beam Width and Azimuth

If you were to take the Longitude and Latitude from the SCAMP records on a map you will have plotted the physical location of a cellular tower. Cellular towers usually have three sectors that resemble three pieces of a pie with each having 120 degrees.

SCAMP records can tell you which direction a sector is facing by analyzing the azimuth. If you were to draw a line from the point you plotted above to dew north you would have 0 degrees plotted. If you measure with a compass to the azimuth (105 degrees in the sample) and drew a line you would have plotted the center of the piece of a pie. Then if you draw two more lines ½ of the beam width you would have plotted the estimated area of coverage for the cellular antenna. As an example, a graphic below shows what you would have plotted. Although the beam width does not guarantee perfect coverage in the area, it is a good indicator that is someone had placed or received a call or text and the cellular tower recorded the call details that it would have been somewhere in the estimated coverage drawn below.



SCAMP records can be used to determine where a subscriber was physically located when making a call.  In the sample below the subscriber used the tower located at:

Latitude: 36.86304

Longitude: -83.78382

Antenna was facing 105 degrees from dew north

Beam Width: 120 degrees

```
Cell Location

[15034/60572:-83.78382:36.86304:120:105.0]
```

<Beam width and Azimuth Highlighted>

## 4.0 SCAMP Data for Mobile Number 6066221780

By using the data from the SCAMP records, I was able to determine that the subscriber whom possessed a phone assigned number 6066221780 was close to the following cellular towers at the dates and times listed below.

Note: I did not provide details regarding which side of the tower the subscriber was standing as it was not of importance to determine the general location of the subscriber. If needed, I will go back and process the data to determine which side of the cellular tower the subscriber was using his or her phone.

The visual representations below show the cellular tower that was serving the call, the location of the tower in relation to the town or city and the location of the tower in relation to the state. Cellular can broadcast and receive a phone call up to 20 miles. No one can provide the actual coverage area in distance from a tower without the engineering Radio Frequency maps and only if they were created on or around the date in question as network coverage changes. Although coverage cannot be guaranteed, it is without question that the serving cellular tower of the phone call or text is the one listed at the GPS location on the SCAMP record.

Mobility Usage (with cell location) report from AT&T run on 8/27/2015 for phone number (606) 622-1780 for dates 12/18/2010 – 12/25/2010. Times are in UTC. The graphics below correspond with the line number on the SCAMP report attached to this report.

**1        12/18/2010 15:08 – 12/20/2010 18:19**

Cell Location                                                    36.86304  -83.78382







11

Cell Location                                             36.76171  -83.67473







Cell Location                                    36.61042  -83.71364







Cell Location                                        35.73375   -83.0512778







Cell Location                                              35.6586361   -82.9944472







Cell Location                                          34.42293  -81.72037







16

Cell Location                                           34.27367  -81.51621







Cell Location                                    27.872833   -80.5883611







18

Cell Location                                      27.7684444   -80.55425







**350    12/21/2010 11:32**

Cell Location                                        27.6250833   -80.4945556







20

Cell Location                                                    26.319694   -80.0985944







Cell Location                                       27.336694  -80.4083944







Cell Location                                          28.7777  -80.8862







Cell Location                                        29.0555389  -81.0006111







Cell Location                                        30.074694  -81.4840667







Cell Location                                        30.2619389  -81.6445278







Cell Location                                    30.428056  -81.653778







Cell Location                                              31.21983  -81.52533







Cell Location                                                                  31.65166  -81.39503







## 460     12/22/2010 16:43

Cell Location                                                    32.05978  -81.25403







Cell Location                                                    32.84118  -80.73124







Cell Location                                                   36.0808611 -77.80875







Cell Location                                              37.33947  -77.40892







Cell Location                                        37.1252439  -80.3685939







34

Cell Location                                                        36.61042  -83.71364







## 5.0 Declaration

The opinions contained in this report are stated to a reasonable degree of professional certainty, and are based upon the information I have been provided to date. I reserve the right to modify my opinions should I receive new or additional information. Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing report is true and correct.

_____          <u>December 6, 2018</u>

Andy Garrett                                          Date