


# Kentucky Court Reporters

**CASE NO. 6-17-CV-00084-DLB**

**AMANDA HOSKINS, ET AL.**

vs

**KNOX COUNTY, ET AL.**

**DEPONENT:**

**ANDREW GARRETT**

**DATE:**

**April 24, 2019**


schedule@kyreporting.com


859.410.2415

www.kyreporting.com

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF KENTUCKY
 3                    LONDON DIVISION
 4   - - - - - - - - - - - - - - -x
 5   AMANDA HOSKINS, et al.,        :
 6              Plaintiff,          :
 7      v.                          :  Case No.
 8   KNOX COUNTY, et al.            :  6-17-CV-00084-DLB
 9              Defendants.         :
10   - - - - - - - - - - - - - - -x
11
12              Deposition of ANDREW GARRETT
13                    Chicago, Illinois
14              Wednesday, April 24, 2019
15                      12:01 p.m.
16
17
18
19
20
21
22
23   Job No.:  36896
24   Pages:  1 - 175
25   Reported by: Amanda N. Harwell, CSR, RPR
```

Kentucky Reporters
P.O. Box 3983
Louisville, KY 40201



859.410.2415 Phone
859.410.2419 Fax
schedule@kyreporting.com
www.kyreporting.com

1    A   Correct.
2    Q   So on that report, 18 to 19, you're
3  indicating from your report that it traveled from
4  this area of this tower to this area of the next
5  tower; right?
6    A   What I'm indicating in my report is that
7  the cell phone used one tower and then used
8  another -- sorry -- one antenna and then used
9  another antenna to make a phone call.
10   Q   And your report is inferring it traveled
11 to make those connections -- that's what it says
12 on page 4; right?
13   A   Let me look.  Yes.  It says using the
14 SCAMP data to determine what locations the
15 subscriber traveled between the dates of 18 of
16 December and 25 of December.
17   Q   And is it fair to say that there might be
18 other explanations but you can say that connecting
19 from one tower to the next is, at least,
20 consistent with travel or movement; is that fair?
21   A   Yes.
22   Q   And is it fair that in your report there
23 might be other explanations but you didn't
24 investigate those?
25   A   I wouldn't be able to without the data and

Kentucky Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKY COURT REPORTERS

859.410.2415 Phone
859.410.2419 Fax
schedule@kyreporting.com
www.kyreporting.com

1   A   Yes.

2   MR. SLOSAR:  Objection to form.

3   Q   Have you -- in cases where you've used CDR
4   data to map locations have you given opinions both
5   ways to indicate where a phone was or where a
6   phone was not?

7   A   Yes.

8   Q   I believe you indicated you've also given
9   opinions to indicate that the phones connecting to
10  multiple towers is consistent with movement?

11  A   Yes.

12  Q   Would you agree that -- before I get to
13  that.  Is it true that the general area where the
14  phone may be located you can narrow that area down
15  some if you have sector data?

16  MR. SLOSAR:  Objection to form.

17  A   I don't understand.

18  Q   Sure, I'll be happy to clarify.  So all
19  you know is that a phone connected to a tower,
20  you've got a 360 degree radius of the general area
21  where that phone might be; right?

22  A   No.  What you know is a phone connected to
23  an antenna that's hooked to a physical tower.  The
24  tower is just a piece of metal.  So --

25  Q   I need to stop using the word tower and

Kentucky Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKY COURT REPORTERS

859.410.2415 Phone
859.410.2419 Fax
schedule@kyreporting.com
www.kyreporting.com

1     A   That's correct.
2     Q   If you turn the next page, 38, there is
3  two connections to the easternmost tower one of
4  which is facing east.  Do you see that?
5     A   Yes.
6     Q   And I know it's backwards, but I'll
7  represent to you that the green number on the left
8  matches the green wedge, and the yellow number on
9  the right matches the yellow wedge --
10    A   Okay.
11    Q   -- but it's close in time, it's only two
12 minutes apart; right?
13    A   Yes.
14    Q   Would you agree then that from 10:26 on
15 page 37 facing west that approximately 20 minutes
16 later going east and facing east that that is
17 consistent with movement?
18        MR. SLOSAR:  Objection to form, calls for
19 speculation.
20    A   Yes.
21    Q   And then it continues to show 10:44 is the
22 green facing east.  10:46 is the same physical
23 structure but the sector facing west.  And then at
24 10:48 it shows a connection to another tower on
25 the west facing west.  Would you agree that that's



Kentucky Reporters
P.O. Box 3983
Louisville, KY 40201

859.410.2415 Phone
859.410.2419 Fax
schedule@kyreporting.com
www.kyreporting.com

CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

I, Amanda N. Harwell, Certified Shorthand Reporter No. 084-004878, CSR, RPR, and a Notary Public in and for the County of Cook, State of Illinois, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me and thereafter reduced to typewriting under my direction; that reading and signing was requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 13th day of May, 2019.

My commission expires December 4, 2021.

*Amanda N. Harwell*

AMANDA N. HARWELL
NOTARY PUBLIC IN AND FOR ILLINOIS


Kentucky Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKY COURT REPORTERS

859.410.2415 Phone
859.410.2419 Fax
schedule@kyreporting.com
www.kyreporting.com