**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION at LONDON**

**AMANDA HOSKINS**
**and JONATHAN TAYLOR**                                            **PLAINTIFFS**


v.                                          CIVIL ACTION NO. 6:17-cv-00084-REW-HAI


**KNOX COUNTY, et al.**                                            **DEFENDANTS**

---

**KENTUCKY STATE POLICE DEFENDANTS' RESPONSE**
**TO MOTION FOR EXTENSION OF TIME**

---

Come the Defendants, Kentucky State Police Trooper Kelly Farris, Trooper Dallas Eubanks, Trooper/Detective Bryan Johnson, Trooper/Detective Mark Mefford, and Lieutenant Jackie Joseph (formerly Pickrell), in their individual capacities ("KSP Defendants"), by counsel, pursuant to DN 250, and provide this response to the Plaintiff's Motion for an Extension of Time (DN 249).

Plaintiff's counsel has reported that he is preparing for a three-week trial that begins on March 9, 2020, and asks for an extension of time to respond to the KSP Defendants' Motion for Relief (DN 248). The Plaintiff's response is currently due on March 6, 2020. Given the overlap of the filing deadline and trial preparation, and as a matter of professional courtesy, the KSP Defendants do not oppose the request for an extension of time for the Plaintiff's counsel to respond to their Motion for Relief.

Respectfully submitted,

/s/ Amber Arnett
Alea Amber Arnett
Department of Kentucky State Police
Legal Office
919 Versailles Road
Frankfort, KY 40601
(502) 782-2163
(502) 573-1636 facsimile
Alea.Arnett@ky.gov
*Counsel for Kentucky State Police Officers*
*in their individual capacities: Dallas*
*Eubanks, Kelly Farris, Bryan Johnson,*
*Jackie Joseph (formerly Pickrell), and Mark*
*Mefford*


CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2020, I electronically filed this document with the clerk of the court by using the CM/ECF System, which will provide service to the following CM/ECF participants:

Arthur Loevy
Elliot Slosa
Jon Loevy
Michael I. Kanovitz
Amy Robinson Staples
Loevy & Loevy - IL
311 N. Aberdeen
3rd Floor
Chicago, IL 60607
312-243-5900
Fax: 312-243-5902
loevylaw@loevy.com
elliot@loevy.com
jon@loevy.com
mike@loevy.com
Amy@loevy.com
*Counsel for Plaintiffs*

2

John F. Kelley, Jr.
Jason E. Williams
Williams & Towe Law Group, PLLC
303 S. Main Street
P.O. Box 3199
London, KY 40743
606-877-5291
Fax: 606-877-5294
john@wftlaw.com
jason@wftlaw.com
*Counsel for Knox County, Knox County Sheriff's
Department Officers in their individual capacities:
John Pickard and Derek Eubanks, Unknown officers
from Knox County Sheriff's Department*

Alexandra Deaton DeMoss-Campbell
Licha H. Farah, Jr.
Nicole L. Antolic
Ward, Hocker & Thornton, PLLC - Lexington
333 W. Vine Street, Suite 1100
Lexington, KY 40507
859-422-6000
Fax: 859-422-6001
alexandra.demoss-campbell@whtlaw.com
lfarah@whtlaw.com
nicole.antolic@whtlaw.com
*Counsel for City of Barbourville, Kentucky, and
Barbourville Police Officer in his individual capacity: Mike Broughton*

Derrick T. Wright
Lyndol Scott Miller
Sturgill, Turner, Barker & Moloney PLLC
333 W. Vine Street, Suite 1500
Lexington, KY 40507
859-255-8581
Fax: 859-231-0851
ccole@sturgillturner.com
tosterloh@sturgillturner.com
dwright@sturgillturner.com
smiller@sturgillturner.com
*Counsel for Kentucky State Police Officers in their
individual capacities: Jason Bunch and Jason York*

3

Christian Matthew Feltner
Caldwell & Feltner, PLLC
P.O. Box 3073
London, KY 40743
859-391-1377
Fax: 606-672-1968
mattfeltner@msn.com
*Co-Counsel for Kentucky State Police Officers in their
individual capacities: Jason Bunch and Dallas Eubanks*

                                    /s/ Amber Arnett
                                    Alea Amber Arnett

4