

# MATTHEW G. BEVIN
### GOVERNOR

## EXECUTIVE ORDER

**Secretary of State**
Frankfort
Kentucky

2019-1272
December 6, 2019

### PARDON & COMMUTATION

### TO WHOM IT MAY CONCERN

**WHEREAS,** Patrick Brian Baker was convicted in Knox County Circuit Court in 2017 of murder, robbery impersonating a peace officer and tampering with physical evidence; and

**WHEREAS,** Patrick Baker is a man who has made a series of unwise decisions in his adult life. His drug addiction resulted in his association with people that in turn led to his arrest, prosecution and conviction for murder.

**WHEREAS,** the evidence supporting his conviction is sketchy at best. I am not convinced that justice has been served on the death of Donald Mills, nor am I convinced that the evidence has proven the involvement of Patrick Baker as murderer; and

**WHEREAS,** I am commuting Mr. Baker's sentence to time served and providing him with a pardon only for charges associated with this conviction:

**NOW, THEREFORE,** I, Matthew G. Bevin, Governor of the Commonwealth of Kentucky, in consideration of the foregoing, and by the virtue of the authority vested in me by Sections 77, 145, and 150 of the Constitution of the Commonwealth of Kentucky, do hereby commute the sentence of Patrick Brian Baker to time served and simultaneously grant him a full and unconditional pardon and return to him all rights and privileges of a citizen of this Commonwealth.

Done at the Capitol, in the City of Frankfort, this 6th day of December, in the year of our Lord Two Thousand and Nineteen and in the year of the Commonwealth the Two Hundred Twenty Eighth.

_____
MATTHEW G. BEVIN, Governor
Commonwealth of Kentucky

_____
ALISON LUNDERGAN GRIMES
Secretary of State

W-HAI RECEIVED AND FILED: 03/27/20
DATE 12-11-18 18810

ALISON LUNDERGAN GRIMES
SECRETARY OF STATE
COMMONWEALTH OF KENTUCKY
BY [signature]