I've contacted Matt and I am sending him your contact information.

Ok