IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, LONDON DIVISION

| | |
|---|---|
| AMANDA HOSKINS and JONATHAN TAYLOR, </br></br>    Plaintiffs,</br></br>v.</br></br>KNOX COUNTY, ET AL.,</br></br>    Defendants. | Case No. 17-CV-84</br></br>Hon. ROBERT E. WIER</br></br>Mag. HANLY A. INGRAM</br></br>JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION FOR A TELECONFERENCE TO DISCUSS CONTINUING THE TRIAL DATE AND ASSOCIATED DEADLINES DUE TO AN UNAVOIDABLE CONFLICT**

NOW COME Plaintiffs, AMANDA HOSKINS and JONATHAN TAYLOR, by and through counsel, and hereby file this unopposed motion for a teleconference to discuss continuing the trial date and associated deadlines due to an unavoidable conflict. In support, Plaintiffs state as follows:

1. This Honorable Court issued a summary judgment decision on March 23, 2020. *See* Dckt. No. 256. Shortly thereafter, on April 2, 2020, this Court issued the following order:

> To set this case on track for resolution, the Court orders the parties, by April 13, 2020, to submit a joint status report addressing the following topics: proposed trial dates (bearing in mind COVID-19 safety precautions), the anticipated length of the trial and the possibility of either a bench trial before the undersigned or a trial (jury or otherwise) by consent before a magistrate judge. The Court communicates no pressure as to these topics, but simply lists them for consideration given the scheduling problems now and sure to follow the COVID-19 era.

*See* Dckt. No. 260.

2. Pursuant to this order, the Parties conferred and submitted a joint status report on April 13, 2020. *See* Dckt. No. 262. There, the parties advised this Court of their availability to conduct a trial of two to three weeks in length between "(1) October 19, 2020 and November 20, 2020; and (2) February 1, 2021 and March 26, 2021." *See* Dckt. No. 262 at 1. The parties further advised this Court that they could "provide additional dates of availability to this Honorable Court if necessary." *Id.* at 1-2.

3. On April 24, 2020, this Honorable Court set a trial date of July 10, 2020 and significant pretrial motion deadlines throughout the month of June.

4. Plaintiffs' lead counsel cannot meet these deadlines due to an unavoidable scheduling conflict for which Plaintiffs' lead counsel cannot adjust.

5. The birth of his first child, Sophia. Meet Sophia.



6. Sophia is expected to introduce herself to the world on June 9, 2020.

7. Due to his child's anticipated birth on June 9, 2020, Plaintiffs' lead trial counsel, Elliot Slosar, is not available to conduct a trial in July. He also cannot meet the June deadlines as he will be on paternity leave.

8. Even in normal times - unlike those the world is currently experiencing - Mr. Slosar was set to take several weeks of paternity leave to join his wife in caring for their first child.

9. Given the COVID-19 pandemic, Mr. Slosar's presence and assistance in caring for the newborn child is necessary and paternity leave will likely extend into July depending on his wife's health, the ongoing COVID-19 pandemic, and how safe it is for others to assist in caring for Sophia.

10. Although Plaintiffs believe these unique circumstances alone justify a continuance of the July trial date, the ongoing COVID-19 pandemic does as well.

11. While Plaintiffs appreciate this Honorable Court prioritizing their case and setting the case for trial, preparation for a July trial during the COVID-19 pandemic would be impossible for them.

12. First, given the COVID-19 Executive Orders in effect in both Illinois (where Mr. Slosar and many other members of his team reside) and Kentucky, COVID-19 poses significant barriers to Plaintiffs' safely locating and meeting with witnesses and clients to prepare for trial. These witnesses and clients cannot be served and prepared to testify without putting everyone's health at risk.

13. Second, at least one witness is incarcerated within a facility – the Pulaski County Detention Center - that has completely banned visitors from

meeting with inmates.[1]  Plaintiffs' counsel called the facility today to confirm the order is still in place.  It is.

14. This Honorable Court acknowledged the serious nature of the COVID-19 pandemic in its April 2, 2020 order when it asked for "proposed trial dates (bearing in mind COVID-19 safety precautions)."[2] *See* Dckt. No. 206.  The Court's concerns were well founded as this District has postponed all civil trials through May 15, 2020, though that date appears to regularly extend via amended orders.

15. Given the above, Plaintiffs' respectfully asks this Court to schedule a telephonic conference where this Honorable Court and the parties can discuss a new trial date.

16. Plaintiffs' counsel has conferred with counsel for Defendant York, who advises he does not oppose the motion for a telephonic conference.

RESPECTFULLY SUBMITTED,

  /s/ Elliot Slosar
*Counsel for Plaintiffs*
Arthur Loevy
Jon Loevy
Mike Kanovitz
Amy Robinson Staples
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

---

[1] *See* Carla Slavey, "PCDC staff working to keep inmates safe during COVID-19 outbreak", Commonwealth Journal, https://www.somerset-kentucky.com/covid-19/pcdc-staff-working-to-keep-inmates-safe-during-covid-/article_6c2506f0-7070-11ea-a911-1faf551fb2fd.html (last updated March 27, 2020).

[2] According to the Center for Disease Control, the situation hasn't improved since April 2, 2020, in fact, only more people have been diagnosed and died from COVID-19.  *See* https://www.cdc.gov/covid-data-tracker/index.html

**CERTIFICATE OF SERVICE**

I, Elliot Slosar, an attorney, hereby certify that on April 27, 2020, I filed the foregoing motion via the Court's CM/ECF System and thereby served a copy on all counsel of record.

/s/ Elliot Slosar