

USPS TRACKING #

9590 9402 5350 9154 7039 09

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

Eastern District of Kentucky
F I L E D
AUG 09 2021
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

- Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
310 S. MAIN ST. STE 215
LONDON, KY 40741

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Correctional Reception Center
Warden George Frederick
11271 State Route 762
Orient, Ohio 43146

9590 9402 5350 9154 7039 09

2. Article Number (Transfer from service label)

7018 3090 0000 0385 0925

PS Form 3811, July 2015 PSN 7530-02-000-9053    6·17·Cv·84

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] y-4-6021
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt